PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
        hugh.mcdonald@pillsburylaw.com
        andrew.alfano@pillsburylaw.com

*Counsel to the Multi-State Endo Executive Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Joint Administration Pending)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in the above-captioned chapter 11 cases, as counsel for the Multi-State Endo Executive Committee (the "**Endo EC**"), currently comprised of seven (7) states (Maine, Massachusetts, New Hampshire, Pennsylvania, Tennessee, Vermont and Virginia), plus certain other state Attorneys General as set

---

[1]  The last four digits of debtor Endo International plc's tax identification number are 3755.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

forth in the *Verified Statement of the Multi-State Endo Executive Committee Pursuant to Bankruptcy Rule 2019* filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the following attorneys request that copies of all notices and pleadings in the above-captioned chapter 11 cases be provided and served upon each of them:

> Andrew M. Troop
> Hugh M. McDonald
> Andrew V. Alfano
> 31 West 52nd Street
> New York, NY 10019
> Telephone: (212) 858-1000
> Facsimile: (212) 858-1500
> Email: andrew.troop@pillsburylaw.com
>          hugh.mcdonald@pillsburylaw.com
>          andrew.alfano@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, any and all (i) orders and (ii) notices of any application, motion, petition, complaint, demand, request or other pleading in these chapter 11 cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to these chapter 11 cases, and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute (i) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a U.S. District Court; (ii) a waiver of rights to trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related thereto; (iii) a waiver of rights to have the U.S. District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal; or (iv) a consent to the jurisdiction of the U.S. Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in these cases

against or otherwise involving the Endo EC, all of which rights and consents the Endo EC reserves; or (v) a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Endo EC or its members are or may be entitled, either at law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments the Endo EC expressly reserves.

Dated:  August 17, 2022

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:      /s/ Andrew M. Troop
        Andrew M. Troop
        Hugh M. McDonald
        Andrew V. Alfano
        31 West 52nd Street
        New York, NY 10019
        Telephone: (212) 858-1000
        Email: andrew.troop@pillsburylaw.com
            hugh.mcdonald@pillsburylaw.com
            andrew.alfano@pillsburylaw.com

        *Counsel to the Multi-State Endo Executive Committee*