SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Evan A. Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.***,** | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Joint Administration Pending)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas S. Hagen, respectfully request admission to practice, *pro hac vice*, before the Honorable James L. Garrity, Jr. to represent Endo International plc and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors" and together with their non-debtor affiliates, the "Company") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

I certify that I am a member in good standing of the bar of the state of New York.

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 17, 2022
       New York, New York

                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                               */s/ Nicholas S. Hagen*
                               Nicholas S. Hagen
                               One Manhattan West
                               New York, New York 10001
                               Telephone: (212) 735-3000
                               Fax: (212) 735-2000

                               *Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **ENDO INTERNATIONAL plc, *et al.*,** | Case No. 22-22549 (JLG) |
| Debtors.[1] | (Joint Administration Pending) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE***

Upon the motion of Nicholas S. Hagen to be admitted, *pro hac vice*, to represent Endo International plc and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors" and together with their non-debtor affiliates, the "Company") and upon the movant's certification that the movant is a member in good standing of the bar of the state of New York, it is hereby

ORDERED that Nicholas S. Hagen is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2022

_____
JUDGE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.