**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
John R. Ashmead
Robert J. Gayda
Andrew J. Matott

*Counsel to U.S. Bank Trust Company,*
*National Association, as Trustee for the*
*5.375% Senior Notes due 2023 and*
*6.000% Senior Notes due 2028*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **ENDO INTERNATIONAL plc,** *et al.*, | Case No. 22-22549 (JLG) |
| Debtors.[1] | (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for U.S. Bank Trust Company, National Association, as trustee, (the "Trustee") under the 5.375% Senior Notes due 2023 and 6.000% Senior Notes due 2028 (collectively, the "Unsecured Notes") pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, and orders, or other documents,

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/endo/. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

>John R. Ashmead
>Robert J. Gayda
>Andrew J. Matott
>**SEWARD & KISSEL LLP**
>One Battery Park Plaza
>New York, NY 10004
>Telephone: (212) 574-1200
>Email:  ashmead@sewkis.com
>         gayda@sewkis.com
>         matott@sewkis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Trustee to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity,

or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 17, 2022
      New York, NY

**SEWARD & KISSEL LLP**

By: */s/ John R. Ashmead*
John R. Ashmead
Robert J. Gayda
Andrew J. Matott
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email: ashmead@sewkis.com
      gayda@sewkis.com
      matott@sewkis.com

*Counsel to U.S. Bank Trust Company, National Association, as Trustee for the 5.375% Senior Notes due 2023 and 6.000% Senior Notes due 2028*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, a copy of the foregoing Notice of Appearance and Request for Service of All Pleadings was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

*/s/ John R. Ashmead*
Counsel