**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Herb Baer, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 17, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Motion of the Debtors for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b); (II) Waiving the Requirements of Section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n); and (III) Granting Related Relief [Docket No. 2]

- Motion of the Debtors for Entry of an Order (I) Extending the Time to File Schedules and Statements of Financial Affairs; (II) Extending the Time to File Reports of Financial Information Required Under Bankruptcy Rule 2015.3; (III) Waiving Requirement to File List of Equity Security Holders and Provide Notice of Commencement to Equity Security Holders; and (IV) Granting Related Relief [Docket No. 3]

- Motion of the Debtors for an Order (I) Enforcing and Restating Sections 362, 365, 525, and 541 of the Bankruptcy Code; (II) Approving Form and Manner of Notice to Non-U.S. Customers, Suppliers, and Other Stakeholders of the Debtors; (III) Approving Form and Manner of Notice to Non-U.S. Customers, Suppliers, and Other Stakeholders of the Non-Debtor Affiliates; and (IV) Granting Related Relief [Docket No. 4]

- Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Deeming Utilities Adequately Assured

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

of Future Performance; and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 5] (the "*Utilities Motion*")

- Motion of the Debtors for an Order (I) Waiving the Requirement that Each Debtor Files a Separate List of its 20 Largest Unsecured Creditors; (II) Authorizing the Debtors to File a Single Consolidated List of Their 50 Largest Unsecured, Non-Insider Creditors; (III) Authorizing the Debtors and the Claims and Noticing Agent to Redact Personally Identifiable Information for Individuals; (IV) Authorizing the Claims and Noticing Agent to Withhold Publication of Claims Filed by Individuals Until Further Order of the Court; (V) Establishing Procedures for Notifying Creditors of the Commencement of the Debtors Chapter 11 Cases; and (VI) Granting Related Relief [Docket No. 6]

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; And (III) Granting Related Relief [Docket No. 7]

- Motion of the Debtors for Entry of an Order (I) Authorizing the Foreign Representatives to Act for the Debtors in Foreign Proceedings and (II) Granting Related Relief [Docket No. 8]

- Motion of the Debtors for Entry of an Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures [Docket No. 9]

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs; (II) Granting Relief from Stay to Permit Setoff in Connection with the Customer Programs; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief [Docket No. 10] (the "*Customer Programs Motion*")

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Specified Trade Claims; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 11] (the "*Critical Vendors Motion*")

- Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees; and (II) Financial Institutions to Honor and Process Related Checks and Transfer [Docket No. 12]

- Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Insurance Programs and Honor all Obligations in Respect Thereof; (II) Financial Institutions to Honor and Process Related Checks and Transfers; and (III) the Debtors to Modify the Automatic Stay with Respect to Workers Compensation Claims [Docket No. 13] (the ("*Insurance Motion*")

2

- Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Trading in Equity Securities of the Debtors; and (II) Granting Related Relief [Docket No. 14]

- Application of the Debtors for an Order (I) Appointing Kroll Restructuring Administration LLC as Claims and Noticing Agent *nunc pro tunc* to the Petition Date; and (II) Granting Related Relief [Docket No. 15]

- Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts, and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Granting Administrative Expense Priority for Postpetition Intercompany Claims; (III) Granting a Waiver with Respect to the Requirements of 11 U.S.C. § 345(b); and (IV) Granting Related Relief [Docket No. 16] (the "***Cash Management Motion***")

- Motion of the Debtors for the Entry of Interim and Final Orders (I) Authorizing Debtors Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 17]

- Declaration of Ray Dombrowski in Support of Debtors Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 (I) Authorizing Debtors Use of Cash Collateral; (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Docket No. 18]

- Declaration of Mark Bradley in Support of Chapter 11 Petitions and First Day Papers [Docket No. 19]

- Notice of Filing of Restructuring Support Agreement [Docket No. 20]

- Motion of the Debtors for Entry of an Order (I) Appointing Roger Frankel as Future Claimants' Representative, Effective as of the Petition Date; and (II) Granting Related Relief [Docket No. 21]

- Notice of Agenda for Zoom Hearing on First Day Applications and Motions [Docket No. 34] (the "***Notice of First Day Agenda***")

- Notice of Zoom Hearing on First Day Applications and Motions [Docket No. 36] (the "***Notice of First Day Hearing***")

- Revised Declaration of Mark Bradley in Support of Chapter 11 Petitions and First Day Papers [Docket No. 38]

On August 17, 2022, at my direction and under my supervision, employees of Kroll caused:

1) the Notice of First Day Agenda and Notice of First Day Hearing to be served (1) by the method set forth on the Master Overnight Mail and Fax Service List attached hereto as **Exhibit B** and (2) via overnight mail on the Cash Management Banks Overnight Mail Service List attached hereto as **Exhibit C**.

2) the Insurance Motion, the Notice of First Day Agenda and Notice of First Day Hearing to be served via email on the Insurance Email Service List attached hereto as **Exhibit D**.

3) the Cash Management Motion, the Customer Programs Motion, the Critical Vendors Motion, the Notice of First Day Agenda and Notice of First Day Hearing to be served via email on the Cash Management Banks Email Service List attached hereto as **Exhibit E**.

Dated: August 17, 2022

*/s/ Herb Baer*
Herb Baer

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 17, 2022, by Herb Baer, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 63471

**EXHIBIT A**

## Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | ABON | ATTN: ROBERT B. FORD, CHIEF EXECUTIVE OFFICER | robert.ford@abbott.com |
| TOP 50 UNSECURED CREDITOR | AGENCY FOR HEALTH CARE ADMINISTRATION | ATTN: CODY L. FARRILL, CHIEF OF STAFF | cody.farrill@dot.state.fl.us |
| TOP 50 UNSECURED CREDITOR | ALLERGAN USA INC | ATTN: RICHARD A GONZALEZ, CHIEF EXECUTIVE OFFICER | richard.gonzalez@abbvie.com |
| TOP 50 UNSECURED CREDITOR | AMERISOURCEBERGEN CORPORATION | ATTN: MELISSA RAND, SENIOR COUNSEL | melissa.rand@amerisourcebergen.com |
| TOP 50 UNSECURED CREDITOR | ANDA INC. | ATTN: SVEN DETHLEFS, EXECUTIVE VICE PRESIDENT | sven.dethlefs@tevapharm.com |
| COUNSEL TO THE INDENTURE TRUSTEE UNDER EACH OF THE DEBTORS' OUTSTANDING BOND ISSUANCES\ 1L INDENTRURE TRUSTEE | ARENT FOX SCHIFF LLP | ATTN: BETH M. BROWNSTEIN, ANDREW SILFEN, NICHOLAS A. MARTEN | beth.brownstein@afslaw.com andrew.silfen@afslaw.com nicholas.marten@afslaw.com |
| TOP 50 UNSECURED CREDITOR | ARIZONA HEALTH CARE COST CONTAINMENT SYSTEMS | ATTN: JAMI SNYDER, DIRECTOR | jami.snyder@azahcccs.gov |
| TOP 50 UNSECURED CREDITOR | ASCENT | ATTN: MARK SAGON, MANAGING PARTNER | mpsagon@gmail.com |
| TOP 50 UNSECURED CREDITOR | ASTRAZENECA LP | ATTN: ARADHANA SARIN, CHIEF FINANCIAL OFFICER | aradhana.sarin@astrazeneca.com |
| TOP 50 UNSECURED CREDITOR | BAYER AG | ATTN: WERNER BAUMANN, CHIEF EXECUTIVE OFFICER | werner.baumann@bayerhealthcare.com |
| COUNSEL TO MCKESSON CORPORATION, ON BEHALF OF ITSELF AND CERTAIN CORPORATE AFFILIATES | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: JEFFREY K. GARFINKLE, ESQ. | jgarfinkle@buchalter.com |
| TOP 50 UNSECURED CREDITOR | CALIFORNIA DEPARTMENT OF HEALTH CARE | ATTN: TOMAS J. ARAGON, DIRECTOR | tomas.aragon@sfdph.org |
| TOP 50 UNSECURED CREDITOR | CARDINAL HEALTH | ATTN: DEBRA A. WILLET, VICE PRESIDENT & ASSOCIATE GENERAL COUNSEL | debra.willet@cardinalhealth.com |
| TOP 50 UNSECURED CREDITOR | CMS FEDERAL REBATES MCOS | ATTN: K AREN JACKSON, CHIEF OPERATING OFFICER | karen.jackson@cms.hhs.gov |
| TOP 50 UNSECURED CREDITOR | COLORADO HEALTH CARE POLICY | ATTN: KIM BIMESTEFER, EXECUTIVE DIRECTOR | kim.bimestefer@state.co.us |
| TOP 50 UNSECURED CREDITOR | CONNECTIVERX | ATTN: JIM CORRIGAN, CHIEF EXECUTIVE OFFICER | jcorrigan@connectiverx.com |
| TOP 50 UNSECURED CREDITOR | CVS/ PHARMACY, INC. | ATTN: BRIAN E. WHALEN, SVP, PHARMACY TRADE & SUPPLY CHAIN | brian.whalen@cvshealth.com |
| TOP 50 UNSECURED CREDITOR | DEERFIELD GENERICS LP | ATTN: KAREN HEIDELBERGER, INVESTMENT AND PARTNERSHIP | karenh1@deerfield.com |
| TOP 50 UNSECURED CREDITOR | DHS MANAGED CARE REBATE 052 | ATTN: SUSAN WINKELMANN, ASSISTANT DIRECTOR | susan.winklemann@state.mn.us |
| TOP 50 UNSECURED CREDITOR | EXPRESS SCRIPTS | ATTN: AMY BRICKER, PRESIDENT | abricker@express-scripts.com |

Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | FHSC-SC DRUG REBATE | ATTN: ROBERT M. KERR, DIRECTOR | rkerr@scdhhs.gov |
| COUNSEL TO FUTURE CLAIM REPRESENTATIVE | FRANKEL WYRON LLP | ATTN: ROGER FRANKEL AND RICHARD WYRON | rwyron@frankelwyron.com rfrankel@frankelwyron.com |
| COUNSEL TO THE AD HOC FIRST LIEN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN, JOSHUA K. BRODY, JASON ZACHARY GOLDSTEIN, MARY BETH MALONEY, CHRISTINA M. BROWN | sgreenberg@gibsondunn.com mcohen@gibsondunn.com jbrody@gibsondunn.com jgoldstein@gibsondunn.com mmaloney@gibsondunn.com christina.brown@gibsondunn.com |
| TOP 50 UNSECURED CREDITOR | ILLINOIS DEPARTMENT OF PUBLIC AID RECOVERY UNIT/DRP | ATTN: TYLER WHITE, DRUG REBATE UNIT MANAGER | tyler.p.white@illinois.gov |
| TOP 50 UNSECURED CREDITOR | INDIANA MEDICAID DRUG REBATES | ATTN: DANIEL RUSYNIAK, SECRETARY | daniel.rusyniak@fssa.in.gov |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | mimi.m.wong@irscounsel.treas.gov |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | mimi.m.wong@irscounsel.treas.gov |
| TOP 50 UNSECURED CREDITOR | JOHNSON CONTROLS INC | ATTN: GEORGE R. OLIVER, CHAIRMAN AND CEO | george.oliver@jci.com |
| TOP 50 UNSECURED CREDITOR | LOUISIANA DEPARTMENT OF HEALTH | ATTN: DR. COURTNEY N. PHILLIPS, SECRETARY | courtney.phillips@la.gov |
| TOP 50 UNSECURED CREDITOR | MALLINCKRODT PHARMACEUTICALS | ATTN: MARK CASEY, EXECUTIVE VICE PRESIDENT AND CHIEF LEGAL OFFICER | mark.casey@cytyc.com |
| TOP 50 UNSECURED CREDITOR | MCKESSON CORPORATION | ATTN: BEN CARLSEN, MANAGING LEAD COUNSEL | ben.carlsen@mckesson.com |
| TOP 50 UNSECURED CREDITOR | MD DHMH | ATTN: DENNIS R SCHRADER, SECRETARY | dennis.schrader@maryland.gov |
| TOP 50 UNSECURED CREDITOR | MERCK SHARP AND DOHME INTERNATIONAL | ATTN: CAROLINE LITCHFIELD, EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER | caroline_litchfield@merck.com |
| TOP 50 UNSECURED CREDITOR | MORRIS AND DICKSON COMPANY LTD | ATTN: JODY HATCHER, CHIEF EXECUTIVE OFFICER | jhatcher@morrisdickson.com |
| STATE ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | kcordry@naag.org |
| TOP 50 UNSECURED CREDITOR | NJ ENCOUNTER MCO DRUG REBATE PROGRAM | ATTN: JENNIFER LANGER JACOBS, ASSISTANT COMMISSIONER | jennifer.jacobs@dhs.nj.gov |
| TOP 50 UNSECURED CREDITOR | NYS DEPARTMENT OF HEALTH EMPIRE STATE PLAZA | ATTN: MARY T. BASSETT, COMMISSIONER | cmr@health.ny.gov |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: PAUL SCHWARTZBERG, SUSAN ARBEIT, ANDY VELEZ-RIVERA, TARA TIANTIAN | ustpregion02.nyecf@usdoj.gov |

Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | OPTUM, INC. | ATTN: HEATHER CIANFROCCO, CHIEF EXECUTIVE OFFICER | heather.cianfrocco@uhc.com |
| TOP 50 UNSECURED CREDITOR | PA DEPARTMENT OF HUMAN SERVICES | ATTN: MEG SNEAD, SECRETARY OF HUMAN SERVICES | costellomeg@gmail.com |
| COUNSEL TO THE AD HOC GROUP OF HOLDERS OF PREPETITION FIRST LIEN INDEBTEDNESS, SECOND LIEN NOTES, AND UNSECURED NOTES; AD HOC CROSS-HOLDER GROUP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE EATON, ANDREW ROSENBERG, ANDREW M PARLEN, ALEXANDER WOOLVERTON, ZACH SINGER, DAVID WEISS, KEITH A JAMES, ASARA GREAVES | aeaton@paulweiss.com arosenberg@paulweiss.com aparlen@paulweiss.com awoolverton@paulweiss.com zsinger@paulweiss.com kajames@paulweiss.com agreaves@paulweiss.com |
| COUNSEL TO THE MULTI-STATE ENDO EXECUTIVE COMMITTEE | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: ANDREW M. TROOP, HUGH M. MCDONALD, ANDREW V. ALFANO | andrew.troop@pillsburylaw.com hugh.mcdonald@pillsburylaw.com andrew.alfano@pillsburylaw.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | bankruptcynoticeschr@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | secbankruptcy@sec.gov |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE 5.375% SENIOR NOTES DUE 2023 AND 6.000% SENIOR NOTES DUE 2028 | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ROBERT J. GAYDA, ANDREW J. MATOTT | ashmead@sewkis.com gayda@sewkis.com matott@sewkis.com |
| COUNSEL TO THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PREPETITION CREDIT AGREEMENT | SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA | squsba@stblaw.com |
| TOP 50 UNSECURED CREDITOR | SMITH DRUG COMPANY | ATTN: WADE LEWIS, PRESIDENT | wlewis@smithdrug.com |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | attorney.general@alaska.gov |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | aginfo@azag.gov |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | bankruptcy@coag.gov |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | attorney.general@ct.gov denise.mondell@ct.gov |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | attorney.general@state.de.us |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | hawaiiag@hawaii.gov |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | webmaster@atg.state.il.us |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | info@atg.in.gov |

Exhibit A

Master Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | webteam@ag.iowa.gov |
| TOP 50 UNSECURED CREDITOR | STATE OF KENTUCKY - DMS | ATTN: ERIC FRIEDLANDER, SECRETARY | friedlander@louisvilleky.gov |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumerinfo@ag.state.la.us |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumer.mediation@maine.gov |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | oag@oag.state.md.us |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ago@state.ma.us |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | miag@michigan.gov |
| TOP 50 UNSECURED CREDITOR | STATE OF MICHIGAN-DCH | ATTN: ELIZABETH HERTEL, DIRECTOR | elizabeth.hertel@michigan.gov |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | attorney.general@ago.mo.gov |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | contactdoj@mt.gov |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ago.info.help@nebraska.gov |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | aginfo@ag.nv.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | attorneygeneral@doj.nh.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | askconsumeraffairs@lps.state.nj.us |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ndag@nd.gov |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumer.hotline@doj.state.or.us |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumerhelp@state.sd.us |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumer.affairs@tn.gov |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | public.information@oag.state.tx.us |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | uag@utah.gov |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ago.bankruptcies@vermont.gov |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | consumer@wvago.gov |
| TOP 50 UNSECURED CREDITOR | TEXAS HEALTH AND HUMAN SERVICES COMMISSION NORTH AUSTIN COMPLEX | ATTN: CECILE ERWIN YOUNG, EXECUTIVE COMMISSIONER | cecile.young@hhsc.state.tx.us |
| PROPOSED CO-COUNSEL FOR THE DEBTORS | TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ., FRANK A. OSWALD, ESQ., KYLE J. ORTIZ, ESQ. | altogut@teamtogut.com frankoswald@teamtogut.com kortiz@teamtogut.com |
| TOP 50 UNSECURED CREDITOR | TREASURER STATE OF OHIO | ATTN: ROBERT SPRAGUE, TREASURER | rsprague@ci.findlay.oh.us |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION | david.jones6@usdoj.gov jeffrey.oestericher@usdoj.gov carina.schoenberger@usdoj.gov lawrence.fogelman@usdoj.gov peter.aronoff@usdoj.gov linda.riffkin@usdoj.gov |
| TOP 50 UNSECURED CREDITOR | UROGPO LLC | ATTN: DAVID COURY, CHIEF EXECUTIVE OFFICER | david.coury@urogpo.us.com |
| TOP 50 UNSECURED CREDITOR | VEEVA SYSTEMS INC | ATTN: PETER GASSNER, CHIEF EXECUTIVE OFFICER | peter.gassner@gmail.com |

Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | WALGREENS | ATTN: LISA BADGLEY, SENIOR VICE PRESIDENT | lisa.badgley@walgreens.com |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | oag@dc.gov |
| TOP 50 UNSECURED CREDITOR | WELLS FARGO BANK , NATIONAL ASSOCIATION - 5.375% SENIOR NOTES DUE 2023 | ATTN: TINA GONZALEZ, VICE PRESIDENT | tina.gonzalez@wellsfargo.com |
| TOP 50 UNSECURED CREDITOR | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2023 | ATTN: TINA GONZALEZ, VICE PRESIDENT | tina.gonzalez@wellsfargo.com |
| TOP 50 UNSECURED CREDITOR | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2025 | ATTN: TINA GONZALEZ, VICE PRESIDENT | tina.gonzalez@wellsfargo.com |
| TOP 50 UNSECURED CREDITOR | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2028 | ATTN: TINA GONZALEZ, VICE PRESIDENT | tina.gonzalez@wellsfargo.com |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN, ESQ. | andrew.goldman@wilmerhale.com |
| COUNSEL TO THE INDENTURE TRUSTEE UNDER EACH OF THE DEBTORS' OUTSTANDING BOND ISSUANCES\ 2L INDENTRURE TRUSTEE; WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: BENJAMIN W. LOVELAND, ESQ. | benjamin.loveland@wilmerhale.com |
| COUNSEL TO FUTURE CLAIM REPRESENTATIVE | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES PATTON | jpatton@ycst.com |

**EXHIBIT B**

Exhibit B
Master Overnight Mail and Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | ABON | ATTN: ROBERT B. FORD, CHIEF EXECUTIVE OFFICER<br>140 LEGRAND AVE<br>NORTHVALE NJ 07647 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | AGENCY FOR HEALTH CARE ADMINISTRATION | ATTN: CODY L. FARRILL, CHIEF OF STAFF<br>2727 MAHAN DRIVE<br>TALLAHASSEE FL 32308 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | ALLERGAN USA INC | ATTN: RICHARD A GONZALEZ, CHIEF EXECUTIVE OFFICER<br>5 GIRALDA FARMS<br>MADISON NJ 07940 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | AMERISOURCEBERGEN CORPORATION | ATTN: MELISSA RAND, SENIOR COUNSEL<br>9075 CENTRE POINT DRIVE SUITE 140<br>WEST CHESTER OH 45069 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | ANDA INC. | ATTN: SVEN DETHLEFS, EXECUTIVE VICE PRESIDENT<br>2915 WESTON ROAD<br>WESTON FL 33331 | | Overnight Mail |
| COUNSEL TO THE INDENTURE TRUSTEE UNDER EACH OF THE DEBTORS' OUTSTANDING BOND ISSUANCES\ 1L INDENTRURE TRUSTEE | ARENT FOX SCHIFF LLP | ATTN: BETH M. BROWNSTEIN, ANDREW SILFEN, NICHOLAS A. MARTEN<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 | 212-484-3990 | Fax |
| TOP 50 UNSECURED CREDITOR | ARIZONA HEALTH CARE COST CONTAINMENT SYSTEMS | ATTN: JAMI SNYDER, DIRECTOR<br>801 E JEFFERSON ST<br>PHOENIX AZ 85034 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | ASCENT | ATTN: MARK SAGON, MANAGING PARTNER<br>77 DRESSER STREET SOUTH<br>BOSTON MA 02127 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | ASTRAZENECA LP | ATTN: ARADHANA SARIN, CHIEF FINANCIAL OFFICER<br>1800 CONCORD PIKE P.O. BOX 15437<br>WILMINGTON DE 19850-5437 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | BAYER AG | ATTN: WERNER BAUMANN, CHIEF EXECUTIVE OFFICER<br>KAISER WILHELM ALLEE<br>LEVERKUSEN 51373 GERMANY | | Overnight Mail |
| COUNSEL TO MCKESSON CORPORATION, ON BEHALF OF ITSELF AND CERTAIN CORPORATE AFFILIATES | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: JEFFREY K. GARFINKLE, ESQ.<br>18400 VON KARMAN AVENUE, SUITE 800<br>IRVINE CA 92612 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | CALIFORNIA DEPARTMENT OF HEALTH CARE | ATTN: TOMAS J. ARAGON, DIRECTOR<br>1500 CAPITOL AVE MS 7602<br>SACRAMENTO CA 95814 | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | CARDINAL HEALTH | ATTN: DEBRA A. WILLET, VICE PRESIDENT & ASSOCIATE GENERAL COUNSEL<br>7000 CARDINAL PLACE<br>DUBLIN OH 43017 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | CMS FEDERAL REBATES MCOS | ATTN: K AREN JACKSON, CHIEF OPERATING OFFICER<br>7500 SECURITY BOULEVARD<br>BALTIMORE MD 21244 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | COLORADO HEALTH CARE POLICY | ATTN: KIM BIMESTEFER, EXECUTIVE DIRECTOR<br>1570 GRANT STREET<br>DENVER CO 80203 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | COMMISSIONER OF SOCIAL SERVICES DRUG REHAB PROGRAM | ATTN: DR. KILOLO KIJAKAZI, ACTING COMMISIONER<br>P.O. BOX 2951<br>HARTFORD CT 06104 | | Overnight Mail |
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPARTMENT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | 787-729-2059 | Fax and Overnight Mail |
| TOP 50 UNSECURED CREDITOR | CONNECTIVERX | ATTN: JIM CORRIGAN, CHIEF EXECUTIVE OFFICER<br>200 JEFFERSON PARK<br>WHIPPANY NJ 07981 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | CVS/ PHARMACY, INC. | ATTN: BRIAN E. WHALEN, SVP, PHARMACY TRADE & SUPPLY CHAIN<br>ONE CVS DRIVE<br>WOONSOCKET RI 02895 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | DEERFIELD GENERICS LP | ATTN: KAREN HEIDELBERGER, INVESTMENT AND PARTNERSHIP<br>345 PARK AVENUE SOUTH 12TH FL<br>NEW YORK NY 10010 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | DEPT OF VA | ATTN: DENIS MCDONOUGH, VA SECRETARY<br>810 VERMONT AVE., NW<br>WASHINGTON DC 20420 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | DHS MANAGED CARE REBATE 052 | ATTN: SUSAN WINKELMANN, ASSISTANT DIRECTOR<br>P.O. BOX 64837<br>ST. PAUL  MN 55164-0837 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | EXPRESS SCRIPTS | ATTN: AMY BRICKER, PRESIDENT<br>ONE EXPRESS WAY<br>SAINT LOUIS MO 63121 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | FHSC-SC DRUG REBATE | ATTN: ROBERT M. KERR, DIRECTOR<br>P.O. BOX 60009<br>CHARLOTTE  SC 28260-0009 | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FUTURE CLAIM REPRESENTATIVE | FRANKEL WYRON LLP | ATTN: ROGER FRANKEL AND RICHARD WYRON<br>2101 L STREET, N.W.<br>WASHINGTON DC 20037 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | ILLINOIS DEPARTMENT OF PUBLIC AID RECOVERY UNIT/DRP | ATTN: TYLER WHITE, DRUG REBATE UNIT MANAGER<br>EEO/AA OFFICE<br>401 S. CLINTON STREET, 7TH FLOOR<br>CHICAGO IL 60607 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | INDIANA MEDICAID DRUG REBATES | ATTN: DANIEL RUSYNIAK, SECRETARY<br>950 N MERIDIAN ST SUITE 1150<br>INDIANAPOLIS IN 46204 | | Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 | Fax |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 | Fax |
| TOP 50 UNSECURED CREDITOR | JOHNSON CONTROLS INC | ATTN: GEORGE R. OLIVER, CHAIRMAN AND CEO<br>4700 EXCHANGE COURT STE 300<br>BOCA RATON FL 33431 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | LOUISIANA DEPARTMENT OF HEALTH | ATTN: DR. COURTNEY N. PHILLIPS, SECRETARY<br>628 N. 4TH STREET<br>BATON ROUGE LA 70802 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | MALLINCKRODT PHARMACEUTICALS | ATTN: MARK CASEY, EXECUTIVE VICE PRESIDENT AND CHIEF LEGAL OFFICER<br>675 MCDONNELL BLVD<br>HAZELWOOD MO 63042 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | MCKESSON CORPORATION | ATTN: BEN CARLSEN, MANAGING LEAD COUNSEL<br>9954 MARYLAND DR STE 4000<br>HENRICO VA 23233 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | MD DHMH | ATTN: DENNIS R SCHRADER, SECRETARY<br>HERBERT R. O'CONOR STATE OFFICE BUILDING<br>201 W. PRESTON STREET<br>BALTIMORE MD 21201 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | MERCK SHARP AND DOHME INTERNATIONAL | ATTN: CAROLINE LITCHFIELD, EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>POSTBUS 581<br>HAARLEM 2003 PC THE NETHERLANDS | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | MISSOURI DIVISION MED SERVICES | ATTN: PAULA F. NICKELSON, ACTING DIRECTOR<br>912 WILDWOOD DR<br>JEFFERSON CITY  MO 65102 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | MORRIS AND DICKSON COMPANY LTD | ATTN: JODY HATCHER, CHIEF EXECUTIVE OFFICER<br>410 KAY LANE<br>SHREVEPORT LA 71115 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | NJ ENCOUNTER MCO DRUG REBATE PROGRAM | ATTN: JENNIFER LANGER JACOBS, ASSISTANT COMMISSIONER<br>P.O. BOX 712<br>TRENTON NJ 08625 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | NORTH CAROLINA DHHS DRUG REBATE - C | ATTN: KODY KINSLEY, SECRETARY OF HEALTH AND HUMAN SERVICES<br>2001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2000 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | NYS DEPARTMENT OF HEALTH EMPIRE STATE PLAZA | ATTN: MARY T. BASSETT, COMMISSIONER<br>CORNING TOWER, ROOM 1325<br>ALBANY NY 12237 | | Overnight Mail |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: PAUL SCHWARTZBERG, SUSAN ARBEIT, ANDY VELEZ-RIVERA, TARA TIANTIAN<br>201 VARICK ST.<br>STE. 1006<br>NEW YORK NY 10014 | 212-668-2255 | Fax and Overnight Mail |
| TOP 50 UNSECURED CREDITOR | OPTUM, INC. | ATTN: HEATHER CIANFROCCO, CHIEF EXECUTIVE OFFICER<br>11000 OPTUM CIRCLE<br>EDEN PRAIRIE MN 55344 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | PA DEPARTMENT OF HUMAN SERVICES | ATTN: MEG SNEAD, SECRETARY OF HUMAN SERVICES<br>625 FORESTER STREET<br>HARRISBURG PA 17120 | | Overnight Mail |
| COUNSEL TO THE AD HOC GROUP OF HOLDERS OF PREPETITION FIRST LIEN INDEBTEDNESS, SECOND LIEN NOTES, AND UNSECURED NOTES; AD HOC CROSS-HOLDER GROUP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE EATON, ANDREW ROSENBERG, ANDREW M PARLEN, ALEXANDER WOOLVERTON, ZACH SINGER, DAVID WEISS, KEITH A JAMES, ASARA GREAVES<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 | 212-757-3990 | Fax |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 | | Overnight Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | | Overnight Mail |
| COUNSEL TO THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PREPETITION CREDIT AGREEMENT | SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA 425 LEXINGTON AVENUE NEW YORK NY 10017 | 212-455-2502 | Fax |
| TOP 50 UNSECURED CREDITOR | SMITH DRUG COMPANY | ATTN: WADE LEWIS, PRESIDENT 9098 FAIRFOREST RD SPARTANBURG SC 29301 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | 334-242-2433 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 110300 JUNEAU AK 99811-0300 | 907-465-2075 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | 602-542-4085 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | 501-682-8084 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | 916-323-5341 | Fax |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | 720-508-6030 | Fax |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 165 CAPITOL AVENUE HARTFORD CT 06106 | 860-808-5387 | Fax |

Exhibit B

Master Overnight Mail and Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | 302-577-6630 | Fax |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | 850-488-4872- | Fax |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | 404-657-8733 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | 808-586-1239 | Fax |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | 208-854-8071 | Fax |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | 317-232-7979 | Fax |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | 515-281-4209 | Fax |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA KS 66612-1597 | 785-296-6296 | Fax |
| TOP 50 UNSECURED CREDITOR | STATE OF KENTUCKY - DMS | ATTN: ERIC FRIEDLANDER, SECRETARY<br>275 E. MAIN ST. 6W-A<br>FRANKFORT KY 40621 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | 502-564-2894 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | 225-326-6499 | Fax |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | 517-373-3042 | Fax and Overnight Mail |
| TOP 50 UNSECURED CREDITOR | STATE OF MICHIGAN-DCH | ATTN: ELIZABETH HERTEL, DIRECTOR<br>CAPITOL VIEW BUILDING<br>201 TOWNSEND STREET<br>LANSING  MI 48913 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200 P.O. BOX 220<br>JACKSON MS 39201 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | 573-751-0774 | Fax |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | 406-444-3549 | Fax |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | 402-471-3297 | Fax |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | 775-684-1108 | Fax |

## Exhibit B

Master Overnight Mail and Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 33 CAPITOL ST. CONCORD NH 03301 | 603-271-2110 | Fax |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET P.O. BOX 080 TRENTON NJ 08625-0080 | 609-292-3508 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. DRAWER 1508 SANTA FE NM 87504-1508 | 505-827-5826 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT THE CAPITOL ALBANY NY 12224-0341 | 866-413-1069 | Fax |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | 919-716-6750 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 | 701-328-2226 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | 405-521-6246 | Fax |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1162 COURT STREET NE SALEM OR 97301 | 503-378-4017 | Fax |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 | 717-787-8242 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 150 SOUTH MAIN STREET PROVIDENCE RI 02903 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | 605-773-4106 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | 615-741-3334 | Fax |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | 512-475-2994 | Fax |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | 801-538-1121 | Fax |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | 802-304-1014 | Fax |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | 804-225-4378 | Fax |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | 304-558-0140 | Fax |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST P.O. BOX 7857<br>MADISON WI 53707-7857 | 608-267-2223 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | 307-777-6869 | Fax |
| TOP 50 UNSECURED CREDITOR | TEXAS HEALTH AND HUMAN SERVICES COMMISSION NORTH AUSTIN COMPLEX | ATTN: CECILE ERWIN YOUNG, EXECUTIVE COMMISSIONER<br>4601 W. GUADALUPE ST.<br>AUSTIN TX 78751 | | Overnight Mail |

Exhibit B

Master Overnight Mail and Fax Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | TPA | ATTN: JOE JOHNSON, PRESIDENT AND CHIEF OPERATING OFFICER 17 TECHNOLOGY CIRCLE COLUMBIA SC 29203 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | TREASURER STATE OF OHIO | ATTN: ROBERT SPRAGUE, TREASURER 30 E. BROAD STREET - 9TH FLOOR COLUMBUS OH 43215 | | Overnight Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION 86 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 | 212-637-2685 | Fax and Overnight Mail |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | UROGPO LLC | ATTN: DAVID COURY, CHIEF EXECUTIVE OFFICER 600 SUPERIOR AVENUE EAST STE 1500 CLEVELAND OH 44114 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | VEEVA SYSTEMS INC | ATTN: PETER GASSNER, CHIEF EXECUTIVE OFFICER 4280 HACIENDA DRIVE PLEASANTON CA 94588-2719 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | VIRGINIA DEPT. OF MED ASSISTANCE SERVICES | ATTN: MICHAEL H. COOK ESQ., CHAIR, BOARD OF MEDICAL ASSISTANCE SERVICES 600 EAST BROAD STREET RICHMOND VA 23219 | | Overnight Mail |
| TOP 50 UNSECURED CREDITOR | WALGREENS | ATTN: LISA BADGLEY, SENIOR VICE PRESIDENT 200 WILMOT ROAD DEERFIELD IL 60015 | | Overnight Mail |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 441 4TH STREET, NW WASHINGTON DC 20001 | 202-347-8922 | Fax |
| TOP 50 UNSECURED CREDITOR | WELLS FARGO BANK , NATIONAL ASSOCIATION - 5.375% SENIOR NOTES DUE 2023 | ATTN: TINA GONZALEZ, VICE PRESIDENT AS INDENTURE TRUSTEE, CORPORATE TRUST SERVICES—ADMINISTRATOR FOR ENDO HEALTH SOLUTIONS INC. 150 EAST 42ND STREET, 40TH FLOOR NEW YORK NY 10017 | | Overnight Mail |
| COUNSEL TO FUTURE CLAIM REPRESENTATIVE | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES PATTON RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 | 302-576-3325 | Fax |

**EXHIBIT C**

## Exhibit C

Cash Management Banks Overnight Mail Service List

Served via overnight mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| CM0002558 | BANK OF AMERICA | ATTN: SABRINA ALI & ADAM DANOWSKI | 100 W. 33RD STREET | NEW YORK | NY | 10001 | |
| CM0002560 | BANK OF AMERICA | ATTN: MARCO BUZZI | SQUARE DE MEEUS 38-40 | BRUSSELS | | 1000 | BELGIUM |
| CM0002561 | BANK OF AMERICA | ATTN: MARCO BUZZI | 2 KING EDWARD STREET | LONDON | | EC1A 1HQ | UNITED KINGDOM |
| CM0002562 | BANK OF AMERICA | ATTN: MARCO BUZZI | 2 PARK PLACE, HATCH STREET | DUBLIN 2 | | | IRELAND (EIRE) |
| CM0002563 | BANK OF AMERICA | ATTN: MARCO BUZZI | ING LUXEMBOURG; 52, ROUTE D'ESCH | LUXEMBOURG | | L-2965 | LUXEMBOURG |
| CM0002564 | BANK OF AMERICA | ATTN: SABRINA ALI & ADAM DANOWSKI | 200 FRONT STREET WEST, STE 2600 | TORONTO | ON | M5V 3L2 | CANADA |
| CM0007570 | E*TRADE | ATTN: PRESIDENT | 4005 WINDWARD PLAZA DRIVE | ALPHARETTA | GA | 30005 | |
| CM0007572 | E*TRADE FINANCIAL CORPORATE SERVICES, INC. | ATTN : MANAGING ATTORNEY | 671 NORTH GLEBE ROAD | ARLINGTON | VA | 22203 | |
| CM0025293 | WELLS FARGO | ATTN: JEANNIE WONG | 420 MONTGOMERY STREET | SAN FRANCISCO | CA | 94104 | |

**EXHIBIT D**

## Exhibit D

Insurance Email Service List

Served via email

| CMID | NAME | CONTACT NAME | EMAIL |
|------|------|--------------|-------|
| CM0008425 | EVEREST NATIONAL INSURANCE COMPANY | RAJ KUMAR | amit.rajkumar@everestre.com |
| CM0008636 | FEDERAL INSURANCE COMPANY/CHUBB AND SON | NICK UVA | nicholas.uva@chubb.com |
| CM0021127 | SEDGWICK CLAIMS MANAGEMENT SERVICES INC. | BARBARA CASAMENTO | barbara.casamento@sedgwickcms.com |

**<u>EXHIBIT E</u>**

## Exhibit E

Cash Management Banks Email Service List

Served via email

| CMID | NAME | CONTACT NAME | EMAIL |
|---|---|---|---|
| CM0002558 | | | sabrina.ali@bofa.com |
| CM0002564 | BANK OF AMERICA | SABRINA ALI AND ADAM DANOWSKI | adam.danowski@bofa.com |
| CM0002560 | | | |
| CM0002561 | | | |
| CM0002562 | | | |
| CM0002563 | BANK OF AMERICA | MARCO BUZZI | marco.buzzi@bofa.com |
| CM0025293 | WELLS FARGO | JEANNIE WONG | jeannie.o.wong@wellsfargo.com |