STEVENS & LEE
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
Nicholas.Kajon@stevenslee.com
Constantine.Pourakis@stevenslee.com
Andreas.Milliaressis@stevenslee.com

*Counsel for Eric Hestrup and the
Putative Class*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ENDO INTERNATIONAL plc, *et al.*, | Case No. 22-22549 (JLG) |
| Debtors.[1] | |

**VERIFIED STATEMENT OF STEVENS & LEE, P.C.
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Stevens & Lee, P.C. ("S&L") makes the following representations on its own behalf and on behalf of Keller Postman LLC ("Keller Postman"), with whom S&L is associated in these bankruptcy cases:

1.  S&L and Keller Postman represent Dr. Eric Hestrup, in his individual capacity and as a representative of the putative classes of purchasers of health insurance ("Hestrup," and with the class members, collectively, the "Private Insurance Class Claimants") in the actions listed herein (the "Private Insurance Class Actions"). All of the Private Insurance Class Actions have been and

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the

SL1 1800389v2 000000.00000

remain stayed in connection with *In re National Prescription Opiate Litigation*, No. 1:17-md-2804 (N.D. Ohio) (the "MDL").

2. Dr. Hestrup is the lead class claimant in a nationwide class action complaint in the United States District Court for the Northern District of Illinois, *Hestrup v. Mallinckrodt PLC, et al.*, Case No. 19-cv-08453 ("*Hestrup* Complaint"). The *Hestrup* Complaint was subsequently transferred to the MDL and all proceedings in connection therewith are currently stayed.

3. Generally, the Private Insurance Class Actions seek to hold manufacturers and distributors of opioids, as well as pharmacies (collectively, "Opioid Defendants"), liable for their role in creating the opioid epidemic. Dr. Hestrup has named Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. (together, the "Defendant-Debtors") in the *Hestrup* Complaint.[2] As a result, Dr. Hestrup will be asserting claims herein on behalf of the Private Insurance Class Claimants.

4. The direct and proximate consequence of the misconduct of Opioid Defendants, including the Defendant-Debtors, is that every purchaser of private health insurance in the United States paid higher premiums, co-payments, and deductibles. Insurance companies have considerable market power and pass onto their insureds the expected cost of future care—including opioid-related coverage. Accordingly, insurance companies factored in the unwarranted and exorbitant healthcare costs of opioid-related coverage caused by Defendant-Debtors and other Opioid Defendants and passed all or virtually all of these increased costs through to insureds in the form of higher premiums, deductibles and co-payment.

5. Neither Dr. Hestrup nor any of the Private Insurance Class Claimants has any "disclosable economic interest" other than as disclosed in the preceding paragraphs.

---

Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

[2] Dr. Hestrup and the Private Insurance Class Claimants reserve the right to assert claims against all Debtors.

6.  Other than as disclosed herein, S&L does not currently represent or claim to represent any other entity with respect to the Debtors' cases, and does not hold any claim against or interest in the Debtors or their respective estates.

7.  Keller Postman represents other entities in actions also currently stayed in connection with the MDL, identified in the attached Exhibit A.

8.  S&L reserves its right to revise or supplement this verified statement as may be necessary or appropriate. This statement is provided without prejudice to the right of S&L and its clients to file any further statements, claims, adversary complaints, documents, notices or pleadings in these chapter 11 cases.

Dated: August 18, 2022

Respectfully submitted,

/s/ Nicholas F. Kajon
Nicholas F. Kajon
Nicholas.Kajon@stevenslee.com
Constantine D. Pourakis
Constantine.Pourakis@stevenslee.com
Andreas D. Milliaressis
Andreas.Milliaressis@stevenslee.com
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500

Ashley Keller
ack@kellerpostman.com
Seth Meyer
sam@kellerpostman.com
Alex Dravillas (*pro hac vice to be submitted*)
ajd@kellerpostman.com
Keller Postman LLC
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220

*Attorneys for Eric Hestrup and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2022, he caused a true copy of the foregoing *VERIFIED STATEMENT OF STEVENS & LEE, P.C. PURSUANT TO BANKRUPTCY RULE 2019* to be served electronically upon all parties in interest through the Court's CM/ECF System.

    */s/ Nicholas F. Kajon*
    Nicholas F. Kajon

Exhibit A

1. Keller Postman has filed the following nationwide class action against Opioid Defendants:

*Hestrup v. Mallinckrodt PLC, et al.*, Case No. 19-cv-08453 (United States District Court for the Northern District of Illinois)

2. Keller Postman has filed the following actions against Opioid Defendants:

FILED FEDERAL CLASS OPIOID CASES

| State | Court | Status/Case No. | Name |
|---|---|---|---|
| AL | S.D. Ala. | No 1:19-cv-00086 | *Ronald D. Stracener*<br><br>v.<br><br>Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp. |
| AZ | D. Az. | No. 2:18-cv-02646 | *F. Kirk Hopkins*<br><br>v.<br><br>Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp. |
| CA | N.D. Cal. | No. 18-cv-2576 | *Jordan Chu*<br><br>v.<br><br>Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp. |
| CO | D. Colo. | No 2:18-cv-00719 | *Amel Eiland*<br><br>v. |

| | | | |
|---|---|---|---|
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| CT | D. Ct. | No. 3:18-cv-01425 | *Nadja Streiter*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| FL | S.D. Fla. | No. 0:18-cv-61960 | *Michael Konig*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC d/b/a Allergan, PLC; Actavis Pharmaceuticals, Inc. f/k/a Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| GA | N.D. Ga. | No. 19-cv-5354 | *Bolden v. Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |
| ID | D. Id. | No. 1:18-cv-00369 | *Eli Medina*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| IL | N.D. Ill. | No. 1:18-cv-03116 | *Barbara Rivers* |

|    |          |                    |                                                                                                                                                                                                                                                                                                                                                                                                                   |
|----|----------|--------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |          |                    | *v.*                                                                                                                                                                                                                                                                                                                                                                                                              |
|    |          |                    | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| IL | N.D. Ill. | No. 19-cv-08453    | *Hestrup v. Mallinckrodt plc, Mallinckrodt LLC, Mallinckrodt Enterprises, LLC, Mallinckrodt Brand Pharmaceuticals, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |
| IN | S.D. Ind.| No. 1:18-cv-02778  | *Marketing Services of Indiana, Inc.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| KS | D. Kan.  | 19-cv-2596         | *Taylor v. Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company, Inc., Insys Therapeutics, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |
| LA | E.D. La. | No. 2:19-cv-01048  | *Glenn Golden, Gretta Golden, and Michael Christy*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |

| MA | D. Mass. | No. 18-cv-10857 | *Edward Grace* |
| --- | --- | --- | --- |
| | | | *v.* |
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| MI | W.D. Mi. | No. 1:19-cv-00094 | *Debra Dawsey* |
| | | | *v.* |
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| MN | D. Minn. | No. 18-cv-03335 | *Darcy Sherman* |
| | | | *v.* |
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| MO | W.D. Mo. | No. 4:18-cv-00653 | *Kimberly Brand* |
| | | | *v.* |
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| NC | E.D.N.C. | No. 4:18-cv-181 | *Kevin Wilk* |
| | | | *v.* |
| | | | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.;* |

| | | | |
|---|---|---|---|
| | | | *Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| NJ | D.N.J. | No. 3:18-cv-8706 | *Lou Sardella*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| NY | S.D.N.Y. | No. 18-cv-3927 | *Michael Klodzinski*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| OH | S.D. Ohio | No. 2:19-cv-00448 | *Heather Enders*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| OK | N.D. Okla. | No. 19-cv-526 | *Stock v. Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company, Inc., Insys Therapeutics, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |
| OR | D. Or. | No. 3:18-cv-01911 | *Jason Reynolds*<br><br>v. |

|    |          |                    |                                                                                                                                                                                                                                                                                                                                                                                                 |
|----|----------|--------------------|-----|
|    |          |                    | *Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| PA | W.D. Pa. | No. 2:18-cv-01109  | *MSI Corp.*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| SD | D.S.D.   | No. 4:18-cv-04132  | *Deborah Green-Kuchta*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| TN | E.D. Tenn. | No. 1:18-cv-00194 | *W. Andrew Fox*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| TX | S.D. Tex. | No. 4:18-cv-02889 | *Dora Lawrence*<br><br>v.<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.;* |

|    |    |    |    |
|---|---|---|---|
|    |    |    | *McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| UT | D. Ut. | No 2:18-cv-00719 | *Michael Lopez*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| VA | E.D. Va. | No. 19-cv-1469 | *Moe v. Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |
| WI | E.D. Wis. | No. 2:19-cv-00611 | *Zachary R. Schneider*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Co., Inc.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Actavis PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; McKesson Corp.; Cardinal Health, Inc.; and AmerisourceBergen Corp.* |
| WV | S.D.W. Va. | No. 19-cv-723 | *Al Marino, Inc. v. Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company, Inc., Insys Therapeutics, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc., McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation* |

FILED STATE CLASS OPIOID CASES

| State | Court | Status/Case No. | Name |
|---|---|---|---|
| AZ | Superior Court of Maricopa County, Arizona | No. CV 2018-013354 – This matter has been stayed due to Defendants' bankruptcy | *Ramon Martin* <br><br> v. <br><br> *Insys Therapeutics, Inc.* |
| CA | Superior Court of Los Angeles County, California | No. 19STCV21224 – This matter has been dismissed upon McKesson's transferring its headquarters to Texas | *Brian Sarkis* <br><br> v. <br><br> *McKesson Corp.* |
| CT | Superior Court for the Judicial District of Stamford/Norwalk, Connecticut | No. FST-CV19-6042390-S | *Andrea Harley* <br><br> v. <br><br> *Purdue Pharma L.P. d/b/a Purdue Pharma (Delaware) Limited Partnership; and Purdue Pharma Inc.* |
| FL | Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Fla. | No. 19-ca-9468 | *Khan v. Anda, Inc.* |
| IL | Circuit Court of Cook County, Illinois | No. 2019L008162 – Removed to federal court and stayed. | *Eric Hestrup* <br><br> v. <br><br> *H.D. Smith, LLC; and Smith Medical Partners, LLC* |
| MI | Circuit Court of Wayne County, Michigan | No. 19-011385-NZ – Dismissed. | *Frank Staples* <br><br> v. <br><br> *The Harvard Drug Group, L.L.C.* |
| MO | Sixteenth Judicial Circuit, Jackson County, Missouri | No. 1916-CV15077 | *Robert Ruth* <br><br> v. <br><br> *Mallinckrodt LLC; Mallinckrodt Enterprises LLC; and Mallinckrodt Brand Pharmaceuticals, Inc.* |
| NJ | Superior Court of Camden County, New Jersey | No. CAM-L-004677-18 – Dismissed and on appeal. | *Matthew Enriquez* <br><br> v. <br><br> *Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Actavis Pharma, Inc.; and Actavis, LLC* |
| OH | Court of Common Pleas, Franklin County, Ohio | No. 19CV001242 | *Kelly Becker and Janelle Carroll* <br><br> v. <br><br> *Cardinal Health, Inc.* |

| PA | Court of Common Pleas, Allegheny County, Pennsylvania | No. GD 18-12337 | *Adam Kassab*<br><br>*v.*<br><br>*Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Endo Pharmaceuticals, Inc.; and AmerisourceBergen Corp.* |

MUNICIPAL OPIOID CASES

| State | Court | Status/Case No. | Name |
| --- | --- | --- | --- |
| ID | D. Id. | No. 1:19-cv-00151 | *Bannock County*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| ID | D. Id. | No. 1:18-cv-00500 | *City of Boise*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| ID | D. Id. | No. 4:19-cv-00278 | *City of Chubbuck*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |

| | | | |
|---|---|---|---|
| ID | D. Id. | No. 4:19-cv-00189 | *City of Pocatello*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| ID | D. Id. | No. 4:19-cv-00031 | *City of Preston*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt Pharmaceuticals; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| ID | D. Id. | No. 4:19-cv-00303 | *City of Twin Falls*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| ID | | No. 19-cv-00348 | *Twin Falls County, Idaho*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters* |

| | | | |
|---|---|---|---|
| | | | *Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-002379 | *City of Coon Rapids, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; McKesson Corp.; Cardinal Health, Inc.; Amerisourcebergen Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-01077 | *City of Duluth, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-01995 | *City of North St. Paul, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-02190 | *City of Proctor*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo* |

22-22549-jlg    Doc 59    Filed 08/18/22    Entered 08/18/22 10:45:12    Main Document
Pg 16 of 18

| | | | |
|---|---|---|---|
| | | | *Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-01317 | *City of Rochester, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-01907 | *Pine County, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| MN | D. Minn. | No. 19-cv-01274 | *Yellow Medicine County, Minn.*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Insys Therapeutics, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| NV | D. Nev. | No. 2:19-cv-01057 | *Boulder City* |

|    |    |    |    |
|----|----|----|----|
|    |    |    | *v.* |
|    |    |    | *Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| NV | D. Nev. | No. 2:19-cv-01058 | *City of Mesquite*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| WI | W.D. Wis. | No. 3:19-cv-00430 | *City of Superior*<br><br>*v.*<br><br>*Purdue Pharma L.P.; Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Endo International PLC; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Amerisourcebergen Corp.; Cardinal Health, Inc.; McKesson Corp.; Omnicare Distribution Center LLC; and Masters Pharmaceutical, Inc.* |
| WI | E.D. Wis. | No. 19-cv-01754 | *City of Marinette v. Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Endo International plc, Endo Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Mallinckrodt plc, Mallinckrodt LLC, Allergan plc f/k/a Actavis plc, Watson Pharmaceuticals, Inc. f/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Amercisourcebergen Corporation, Cardinal Health, Inc., McKesson Corporation, and Omnicare, Inc.* |

STATE OF ARIZONA

| State | Court | Status/Case No. | Name |
|---|---|---|---|
| AZ | Superior Court of Pima County, Arizona | No. C20072471 | *State of Arizona v. Purdue Pharma L.P.; Purdue Pharma, Inc.; The Purdue Frederick Co., Inc. (d/b/a The Purdue Frederick Co.); Richard Sackler; Theresa Sackler; Kathe Sasckler; Jonathan Sackler; Mortimer D. Sackler; Beverly Sackler; David Sackler; and Ilene Sackler Lefcour* |