**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg
Michael J. Cohen
Joshua K. Brody
Jason Zachary Goldstein
Christina M. Brown
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to the Ad Hoc First Lien Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc**, *et al.*, | **Case No. 22-22549 (JLG)** |
| Debtors.[1] | **(Jointly Administered)** |

**VERIFIED STATEMENT OF THE AD HOC FIRST LIEN GROUP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on Exhibit A hereto (collectively, the "**Ad Hoc First Lien Group**") hereby submit this verified statement (this "**Verified Statement**"), and in support hereof state as follows:

1.      In or around April 2021, the Ad Hoc First Lien Group was formed and retained attorneys currently affiliated with Gibson, Dunn & Crutcher LLP ("**Gibson Dunn**") to represent them as counsel in connection with a potential restructuring of the outstanding debt obligations of

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

the above-captioned debtors (collectively, the "**Debtors**") and certain of their subsidiaries and affiliates.

2.　　As of the date of this Verified Statement, Gibson Dunn represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the Ad Hoc First Lien Group, comprised of the beneficial holders or the investment advisors or managers for certain beneficial holders that are identified on **Exhibit A** hereto in their capacities as:

- lenders under that certain Credit Agreement, dated as of April 27, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, including, without limitation, by that certain Amendment and Restatement Agreement, dated as of March 25, 2021, the "**Credit Agreement**" and, the Term Loans and Revolving Loans (each as defined in the Credit Agreement) made thereunder, the "**First Lien Loans**") among Endo International plc, Endo Luxembourg Finance Company I S.à r.l. ("**Lux Borrower**"), Endo LLC, JPMorgan Chase Bank, N.A., as administrative agent, issuing bank, and swingline lender, and the lenders from time to time party thereto;

- holders of senior secured notes issued under that certain Indenture, dated as of April 27, 2017 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "**5.875% First Lien Notes Indenture**" and, the notes issued thereunder, the "**5.875% First Lien Notes due 2024**"), by and among Endo Designated Activity Company ("**Endo DAC**"), Endo Finance LLC ("**Endo Finance**"), and Endo Finco Inc. ("**Endo Finco**"), as issuers, each of the guarantors party thereto, and Computershare Trust Company, National Association ("**Computershare**"), as trustee;

- holders of senior secured notes issued under that certain Indenture, dated as of March 28, 2019 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "**7.500% First Lien Notes Indenture**" and, the notes issued thereunder, the "**7.500% First Lien Notes due 2027**"), by and among Par Pharmaceuticals, Inc., as issuer, each of the guarantors party thereto, and Computershare, as trustee; and/or

- holders of senior secured notes issued under that certain Indenture, dated as of March 25, 2021 (as amended, restated, amended restated, supplemented, or otherwise modified from time to time, the "**6.125% First Lien Notes Indenture**" and, the notes issued thereunder, (the "**6.125% First Lien Notes due 2029**"), among the Lux Borrower and Endo U.S. Inc., as issuers, each of the guarantors party thereto, and Computershare, as trustee.[2]

3. Gibson Dunn does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. Gibson Dunn does not represent the Ad Hoc First Lien Group as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Gibson Dunn. In addition, the Ad Hoc First Lien Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

---

[2] As used herein, (i) "**First Lien Indentures**" means, collectively, the 5.875% First Lien Notes Indenture, the 7.500% First Lien Notes Indenture, and the 6.125% First Lien Notes Indenture and (ii) "**First Lien Claims**" means, collectively, any claims on account of or related to the First Lien Loans, the 5.875% First Lien Notes due 2024, the 7.500% First Lien Notes due 2027, and the 6.125% First Lien Notes due 2029.

3

4. Upon information and belief formed after due inquiry, Gibson Dunn does not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

5. The names and addresses of each of the members of the Ad Hoc First Lien Group, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtors, are set forth in Exhibit A attached hereto. The information set forth in Exhibit A is based on information provided to Gibson Dunn by the members of the Ad Hoc First Lien Group and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

6. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the members of the Ad Hoc First Lien Group to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the members of the Ad Hoc First Lien Group to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights of any of the members of the Ad Hoc First Lien Group may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving any of the members of the Ad Hoc First Lien Group; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any of the members of the Ad Hoc First Lien

4

Group are or may be entitled under either the Credit Agreement or the First Lien Indentures, in law or in equity, applicable law or under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved in all respects.

8. The Ad Hoc First Lien Group, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of the Bankruptcy Rule 2019 at any time in the future.

|  |  |
|---|---|
| Dated: August 18, 2022<br>New York, New York | Respectfully submitted,<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/* Scott J. Greenberg<br>Scott J. Greenberg<br>Michael J. Cohen<br>Joshua K. Brody<br>Jason Zachary Goldstein<br>Christina M. Brown<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email:  sgreenberg@gibsondunn.com<br>           mcohen@gibsondunn.com<br>           jbrody@gibsondunn.com<br>           jgoldstein@gibsondunn.com<br>           christina.brown@gibsondunn.com<br><br>*Counsel to the Ad Hoc First Lien Group* |

**Exhibit A**

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| 140 Summer Partners Master Fund L.P.<br>1450 Broadway, 28th Floor<br>New York, NY 10018 | Term Loans:  $6,000,000<br>7.500% First Lien Notes due 2027: $22,000,000 | |
| Aegon USA Investment Management, LLC<br>222 West Adams Street, Suite 2050<br>Chicago, IL 60606 | 5.875% First Lien Notes due 2024: $1,500,000<br>7.500% First Lien Notes due 2027: $27,977,000<br>6.125% First Lien Notes due 2029: $18,845,000 | |
| Amundi Asset Management US, Inc.<br>60 State Street<br>Boston MA 02109 | Term Loans: $5,848,538<br>5.875% First Lien Notes due 2024: $18,152,000<br>7.500% First Lien Notes due 2027: $27,005,000 | 9.500% Second Lien Notes due 2027:[2]  $1,746,000 |
| Arena Capital Advisors, LLC, on behalf of funds and accounts managed or advised by it<br>12121 Wilshire Boulevard, Ste 1010<br>Los Angeles, CA 90025 | 5.875% First Lien Notes due 2024: $28,615,000 | |
| Aristeia Capital, L.L.C.<br>One Greenwich Plaza, 3rd Floor<br>Greenwich, CT 06830 | 6.125% First Lien Notes due 2029: $22,800,000 | 9.500% Second Lien Notes due 2027:  ($18,500,000) (short)<br>Equity Interests:[3]  (3,841,100 shares) (short) |
| Assured Investment Management, LLC, and BlueMountain Fuji, LLC, on behalf of funds and accounts managed or advised by it<br>1633 Broadway, 25th Floor<br>New York, NY 10019 | Term Loans:  $27,436,891 | |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates, as applicable.  Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document.  To the best of Gibson Dunn's knowledge, the information included herein is accurate as of close of business August 16, 2022 except as otherwise indicated herein.

[2] "**9.500% Second Lien Notes due 2027**" means the second lien secured notes issued under that certain Indenture dated as of June 16, 2020, by and among Endo DAC, Endo Finance, and Endo Finco, as issuers, each of the guarantors party thereto, and Wilmington Savings Fund Society, FSB, as trustee, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

[3] "**Equity Interests**" means those common equity interests presently listed on the Nasdaq Stock Market under the ticker symbol "ENDP".

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Aurelius Capital Management, LP, on behalf of the funds and entities that it manages or advises, and not in its individual capacity[4]<br>3825 PGA Boulevard, Suite 205<br>Palm Beach Gardens, FL 33410 | Term Loans: $1,000,000 | |
| Bain Capital Credit, LP<br>200 Clarendon Street<br>Boston, MA 02116 | Term Loans: $127,207,101<br>7.500% First Lien Notes due 2027: $768,000<br>6.125% First Lien Notes due 2029: $10,198,000 | |
| Atlas Macro Master Fund, Ltd., acting by Balyasny Asset Management L.P., in its capacity as investment manager<br>444 West Lake Street, 50th Floor<br>Chicago, IL 60606 | Term Loans: $29,924,242.41 | |
| Accounts managed by subsidiaries of Bardin Hill Loan Management LLC<br>299 Park Ave., 24th Floor<br>New York, NY 10171 | Term Loans: $8,062,582.69 | |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by BlackRock Financial Management, Inc., or an affiliate thereof[5]<br>40 East 52nd Street<br>New York, NY 10022 | Term Loans: $4,949,875<br>6.125% First Lien Notes due 2029: $3,219,000 | |
| Brevan Howard Alpha Strategies Master Fund Limited<br>c/o Brevan Howard Asset Management LLP<br>55 Baker Street<br>London W1U 8EW<br>United Kingdom | 7.500% First Lien Notes due 2027: $4,000,000<br>6.125% First Lien Notes due 2029: $3,000,000 | |

---

[4] Holdings are as of August 17, 2022.

[5] Certain other funds and accounts managed or advised by affiliates of BlackRock Financial Management, Inc. may hold equity or debt in the Debtors. Gibson Dunn does not represent these funds with respect to such holdings.

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Cetus Capital VI, L.P.<br>8 Sound Shore Drive, Suite 303<br>Greenwich, CT 06830 | Term Loans: $24,936,868 | |
| CIFC Asset Management LLC, as investment adviser for its discretionary funds and accounts<br>875 Third Avenue, 24th Floor<br>New York, NY 10022 | Term Loans: $72,582,280 | 9.500% Second Lien Notes due 2027: $8,000,000 |
| Credit Suisse Loan Funding LLC;<br>Credit Suisse Securities (USA) LLC<br>11 Madison Avenue, 4th Floor<br>New York, NY 10010 | Term Loans: $1,348,153.62<br>7.500% First Lien Notes due 2027: $25,700,000 | 6.125% First Lien Notes due 2029: ($3,239,000) (short)<br>9.500% Second Lien Notes due 2027: $2,000,000<br>5.375% Unsecured Notes due 2023:[6] $5,099,000<br>6.000% Unsecured Notes due 2023:[7] $9,000,000<br>6.000% Unsecured Notes due 2028:[8] ($5,237,000) (short) |
| Credit Suisse Asset Management, LLC<br>11 Madison Avenue<br>New York, NY 10010 | Term Loans: $97,024,478.41<br>5.875% First Lien Notes due 2024: $2,250,000<br>6.125% First Lien Notes due 2029: $4,655,000 | |
| Davidson Kempner Capital Management LP<br>520 Madison Avenue, 30th Fl.<br>New York, NY 10022 | Term Loans: $79,883,065<br>6.125% First Lien Notes due 2029: $20,000,000 | |
| D.E. Shaw Galvanic Portfolios, L.L.C.;<br>DESALKIV Portfolios, L.L.C.<br>1166 Avenue of the Americas, 9th Floor<br>New York, NY 10036 | 5.875% First Lien Notes due 2024: $10,663,000<br>7.500% First Lien Notes due 2027: $115,000,000<br>6.125% First Lien Notes due 2029: $35,000,000 | 9.500% Second Lien Notes due 2027: $27,000,000 |

---

[6] "**5.375% Unsecured Notes due 2023**" means the unsecured notes issued under that certain Indenture, dated as of June 30, 2014, by and among Endo Finance and Endo Finco, as issuers, each of the guarantors party thereto, and U.S. Bank, National Association ("**U.S. Bank**"), as trustee, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

[7] "**6.000% Unsecured Notes due 2023**" means the unsecured notes issued under that certain Indenture, dated as of July 9, 2015, by and among Endo Limited, Endo Finance, and Endo Finco, as issuers, each of the guarantors party thereto, and U.S. Bank, as trustee, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

[8] "**6.000% Unsecured Notes due 2028**" means the unsecured notes issued under that certain Indenture, dated as of June 16, 2020, by and among Endo DAC, Endo Finance, and Endo Finco, as issuers, each of the guarantors party thereto, and U.S. Bank, as trustee, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Diameter Capital Partners LP, on behalf of its investment funds<br>55 Hudson Yards, 29th Floor<br>New York, NY 10001 | Revolving Loans: $4,500,000[9] | |
| Eaton Vance Management and Boston Management and Research<br>522 Fifth Avenue, 6th Floor<br>New York, NY 10036 | 5.875% First Lien Notes due 2024: $18,510,000<br>6.125% First Lien Notes due 2029: $36,263,000 | |
| FFI Fund Ltd.; FYI Ltd.; Olifant Fund, Ltd.; XYQ Cayman Ltd.<br>888 Boylston Street, 15th Floor<br>Boston, MA 02199 | Term Loans: $14,962,121.21<br>6.125% First Lien Notes due 2029: $179,735,000 | |
| GoldenTree Asset Management LP, on behalf of funds and accounts managed or advised by it<br>300 Park Avenue, 21st Floor<br>New York, NY 10022 | Term Loans: $171,528,478<br>7.500% First Lien Notes due 2027: $111,675,000<br>6.125% First Lien Notes due 2029: $170,770,000 | 9.500% Second Lien Notes due 2027: $65,629,000 |
| Greywolf Loan Management LP, on behalf of funds and accounts managed or advised by it<br>4 Manhattanville Road, Suite 201<br>Purchase, NY 10577 | Term Loans: $12,401,671 | |
| Guggenheim Investments<br>330 Madison Ave, 10th Floor<br>New York, NY 10017 | Term Loans: $39,421,000<br>7.500% First Lien Notes due 2027: $25,754,000<br>6.125% First Lien Notes due 2029: $12,825,000 | 9.500% Second Lien Notes due 2027: $9,644,000<br>Equity Interests: 6,096 shares |
| HPS Investment Partners, LLC, on behalf of funds and accounts managed or advised by it<br>40 West 57th Street, 33rd Floor<br>New York, NY 10019 | Term Loans: $7,406,250 | |
| Hudson Bay Capital Management LP on behalf of Hudson Bay Master Fund Ltd.<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | Term Loans: $25,000,000<br>5.875% First Lien Notes due 2024: $15,000,000 | 7.500% First Lien Notes due 2027: ($1,000,000) (short)<br>6.000% Unsecured Notes due 2028: $10,000,000 |

---

[9]   Funded amount, total commitment is $15,000,000.

4

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Invesco Advisers, Inc.[10]<br>Two Peachtree Pointe<br>1555 Peachtree Street, N.E., Suite 1800<br>Atlanta, GA 30309 | Term Loans: $7,771,625<br>7.500% First Lien Notes due 2027: $10,322,000 | |
| North America Credit Trading group of J.P. Morgan Chase Bank, N.A. and J.P. Morgan Securities LLC, solely in respect of itself and not any other affiliates thereof (or any of their other respective groups, desks, divisions, business units, subsidiaries or affiliates)<br>383 Madison Avenue<br>New York, NY 10179 | Term Loans: $49,317,095.67[11] | 7.500% First Lien Notes due 2027: ($4,772,000) (short)[12]<br>6.125% First Lien Notes due 2029: ($1,984,000) (short)[13]<br>9.500% Second Lien Notes due 2027: ($141,000) (short)[14]<br>6.000% Unsecured Notes due 2025:[15] $798,000[16]<br>6.000% Unsecured Notes due 2028: $14,249,000[17] |
| MacKay Shields LLC<br>1345 Avenue of the Americas<br>New York, NY 10105 | 5.875% First Lien Notes due 2024: $6,150,000<br>7.500% First Lien Notes due 2027: $73,722,000 | |
| Macquarie Investment Management Business Trust<br>100 Independence, 610 Market Street<br>Philadelphia, PA 19106-2354 | Term Loans: $4,733,017.68<br>7.500% First Lien Notes due 2027: $21,897,000<br>6.125% First Lien Notes due 2029: $80,000 | |
| Mariner Investment Group, LLC<br>500 Mamaroneck Avenue, 1st Floor<br>Harrison, NY 10528 | Term Loans: $2,962,500<br>7.500% First Lien Notes due 2027: $1,000,000 | |

---

[10] Certain other funds and accounts managed or advised by Invesco Advisers, Inc. may hold equity or debt in the Debtors. Gibson Dunn does not represent these funds with respect to such holdings.

[11] Held by the North America Credit Trading group of JPMorgan Chase Bank, N.A.

[12] Held by the North America Credit Trading group of J.P. Morgan Securities LLC.

[13] Held by the North America Credit Trading group of J.P. Morgan Securities LLC.

[14] Held by the North America Credit Trading group of J.P. Morgan Securities LLC.

[15] "**6.000% Unsecured Notes due 2025**" means the unsecured notes issued under that certain Indenture, dated as of January 27, 2015, by and among Endo Limited, Endo Finance, and Endo Finco, as issuers, each of the guarantors party thereto, and U.S. Bank, as trustee, as amended, restated, amended and restated, supplemented, or otherwise modified from time to time.

[16] Held by the North America Credit Trading group of J.P. Morgan Securities LLC.

[17] Held by the North America Credit Trading group of J.P. Morgan Securities LLC.

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| MidOcean Credit Fund Management, LP<br>245 Park Avenue, 38th Floor<br>New York, NY 10167 | Term Loans: $4,169,731 | |
| Nuveen Asset Management, LLC, on behalf of funds and accounts managed or advised by it<br>333 West Wacker Drive<br>Chicago, IL 60606 | 5.875% First Lien Notes due 2024: $1,000,000<br>7.500% First Lien Notes due 2027: $4,126,000 | 6.000% Unsecured Notes due 2028: $2,894,000 |
| Octagon Credit Investors, LLC, on behalf of funds and accounts managed or advised by it<br>250 Park Avenue, 15th Floor<br>New York, NY 10177 | Term Loans: $49,938,471.90 | |
| Investment funds managed by Owl Creek Asset Management, L.P.<br>640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | 7.500% First Lien Notes due 2027: $25,000,000 | 6.000% Unsecured Notes due 2028: $25,000,000 |
| PGIM, Inc.<br>P.O. Box 32339<br>Newark, NJ 07102 | Term Loans: $55,187,815<br>7.500% First Lien Notes due 2027: $49,000 | 9.500% Second Lien Notes due 2027: $99,000<br>6.000% Unsecured Notes due 2025: $2,000<br>6.000% Unsecured Notes due 2028: $125,000 |
| P. Schoenfeld Asset Management LP<br>1350 Avenue of the Americas, 21st Floor<br>New York, NY 10019 | Term Loans: $20,448,232<br>7.500% First Lien Notes due 2027: $29,571,000 | |
| Pentwater Capital Management LP<br>1001 10th Avenue S, Suite 216<br>Naples, FL 34102 | 6.125% First Lien Notes due 2029: $3,000,000 | 6.000% Unsecured Notes due 2023: $5,732,000 |
| Redwood Capital Management, LLC<br>250 West 55th Street, 26th Floor<br>New York, NY 10019 | Term Loans: $18,054,755<br>7.500% First Lien Notes due 2027: $37,233,000 | |
| Rokos Capital Management (US) LP, on behalf of its advisee fund<br>600 Lexington Avenue<br>New York, NY 10022 | 5.875% First Lien Notes due 2024: $10,000,000<br>7.500% First Lien Notes due 2027: $50,000,000<br>6.125% First Lien Notes due 2029: $89,962,000 | |

6

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Shenkman Capital Management, Inc., on behalf of certain advisory accounts in its capacity as Investment Management<br>151 West 42nd Street, 29th Floor<br>New York, NY 10036 | Term Loans: $29,183,799<br>7.500% First Lien Notes due 2027: $25,441,000 | |
| Silver Point Capital, L.P.[18]<br>2 Greenwich Plaza, First Floor<br>Greenwich, CT 06830 | Term Loans: $318,941,234<br>Revolving Loans: $16,300,000[19]<br>7.500% First Lien Notes due 2027: $178,957,000 | |
| Sixth Street Partners, LLC[20]<br>345 California Street, Suite 2600<br>San Francisco, CA 94104 | Term Loans: $62,160,132 | |
| Capital Ventures International<br>c/o Susquehanna Advisors Group, Inc.[21]<br>401 City Avenue – Suite 220<br>Bala Cynwyd, PA 19004 | 7.500% First Lien Notes due 2027: $20,000,000<br>6.125% First Lien Notes due 2029: $18,000,000 | |
| System 2 Master Fund Limited<br>c/o Walkers Corporate Limited[22]<br>Cayman Corporate Centre,<br>190 Elgin Avenue<br>George Town, Grand Cayman,<br>KY1-9008, Cayman Islands | Term Loans: $23,000,000<br>5.875% First Lien Notes due 2024: $7,750,000<br>6.125% First Lien Notes due 2029: $2,000,000 | |
| Taconic Capital Advisors L.P.<br>280 Park Avenue, 5th Floor<br>New York, NY 10017 | Term Loans: $26,629,260<br>7.500% First Lien Notes due 2027: $12,500,000<br>6.125% First Lien Notes due 2029: $20,200,000 | |

---

[18]   Holdings are as of August 17, 2022.

[19]   Funded amount, total commitment is $54,333,333.33.

[20]   Holdings attributable to Sixth Street Partners, LLC include positions held by certain entities, funds and/or accounts managed, advised or controlled by affiliates of Sixth Street Partners, LLC.

[21]   Holdings are as of August 17, 2022.

[22]   Holdings are as of August 17, 2022.

| Client Name and Address | First Lien Claims[1] | Other Disclosable Economic Interests |
|---|---|---|
| Third Point LLC, on behalf of funds and accounts managed or advised by it<br>55 Hudson Yards<br>New York, NY 10001 | Term Loans: $34,911,616.16<br>6.125% First Lien Notes due 2029: $83,000,000 | |
| UBS O'Connor LLC, on behalf of funds and accounts managed or advised by it<br>1 North Wacker Drive, 31st Floor<br>Chicago, IL 60606 | 5.875% First Lien Notes due 2024: $8,425,000<br>7.500% First Lien Notes due 2027: $29,390,000<br>6.125% First Lien Notes due 2029: $3,000,000 | 9.500% Second Lien Notes due 2027: $173,000<br>6.000% Unsecured Notes due 2028: $12,500,000 |
| Värde Partners, Inc.<br>901 Marquette Avenue South, Suite 3300<br>Minneapolis, MN 55402 | Term Loans: $47,608,821 | |