**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| Debtors.[1] | **(Joint Administration Pending)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Melissa L. Van Eck, Esq., request admission, ***pro hac vice***, before the Honorable James L. Garrity, Jr., to represent the Attorney General, Commonwealth of Pennsylvania, in the above-referenced cases.

**I certify that I am a member in good standing** of the bar of the Commonwealth of Pennsylvania and the bars of the United States District Courts for the Districts of Western, Middle, and Eastern Districts of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for ***pro hac vice*** admission.

Date:  August 18, 2022
New York, New York

By:    */s/ Melissa L. Van Eck*                        
　　　　　Melissa L. Van Eck
　　　　　Attorney ID 85869
　　　　　Chief Deputy Attorney General
　　　　　Pennsylvania Office of Attorney General
　　　　　Strawberry Square, 15th Floor
　　　　　Harrisburg, PA  17120
　　　　　Telephone (717) 787-5176
　　　　　Email: mvaneck@attorneygeneral.gov

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.