**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re*

ENDO INTERNATIONAL plc, *et al.*,

Debtors.[1]

Chapter 11

Case No. 22-22549 (JLG)

(Joint Administration Pending)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Melissa L. Van Eck, Esq. to be admitted, ***pro hac vice***, to represent the Attorney General, Commonwealth of Pennsylvania, in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania, and the bars of the United States District Courts for the Districts of the Western, Middle, and Eastern District of Pennsylvania it is hereby

ORDERED, that Melissa L. Van Eck, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Attorney General, Commonwealth of Pennsylvania, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
     New York, New York

_____
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.