PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
      hugh.mcdonald@pillsburylaw.com
      andrew.alfano@pillsburylaw.com

*Counsel to the Multi-State Endo Executive Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **ENDO INTERNATIONAL plc,** *et al.*, | Case No. 22-22549 (JLG) |
| **Debtors.**[1] | **(Jointly Administered)** |

**AMENDMENT TO VERIFIED STATEMENT OF THE MULTI-STATE ENDO EXECUTIVE COMMITTEE PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Multi-State Endo Executive Committee (the "**Endo EC**") files this amendment to its *Verified Statement of the Multi-State Endo Executive Committee Pursuant to Bankruptcy Rule 2019* [Docket No. 125] (the "**Statement**") to add to the Statement (Exhibit A) the following state that has indicated its support for the settlement between the Endo EC, the Debtors' first lien secured lenders, and the Debtors:

---

[1] The last four digits of debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

1

| STATE | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Alaska | Alaska Department of Law - Civil Division<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>Attn: Cori M. Mills | Unsecured; Unliquidated Claim; Police Power Actions |

Pillsbury reserves the right to amend and/or supplement the Statement (including this amendment) in accordance with Bankruptcy Rule 2019.

Dated: August 30, 2022     Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:     /s/ Andrew M. Troop
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
andrew.alfano@pillsburylaw.com

*Counsel to the Multi-State Endo Executive Committee*

2