Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@CullenandDykman.com, mkwiatkowski@CullenandDykman.com

and

Russell R. Johnson III
John M. Craig
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com, john@russelljohnsonlawfirm.com

*Co-Counsel for Constellation NewEnergy – Gas Division, LLC,
Consolidated Edison Company of New York, Inc., PECO Energy Company,
Orange and Rockland Utilities, Inc. and DTE Energy Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ENDO INTERNATIONAL, plc,** *et al.*, | Case No. 22-22549 (JLG) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

   A. Consolidated Edison Company of New York, Inc.
   Attn: Christina J. Deleveaux, Esq.
   Con Edison Law Department, Attn: Bankruptcy, 18th Floor
   4 Irving Place
   New York, New York 10003

   B. Constellation NewEnergy – Gas Division, LLC
   Attn: Mark J. Packel
   Assistant General Counsel

   C. Orange and Rockland Utilities, Inc.
   Attn: Jennifer Woehrle
   390 W. Route 59
   Spring Valley, New York 10977

   D. PECO Energy Company
   Attn: Lynn R. Zack, Esq.
   Assistant General Counsel
   Exelon Corporation
   2301 Market Street, S23-1
   Philadelphia, PA 19103

   E. DTE Energy Company
   Attn: Leland Prince, Esq.
   DTE Energy
   One Energy Plaza
   Detroit, MI 48226

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

   (a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: Consolidated Edison Company of New York, Inc., Constellation NewEnergy – Gas Division, LLC, Orange and Rockland Utilities, Inc., PECO Energy Company and DTE Energy Company

   (b) PECO Energy Company holds a surety bond that it will make a claim upon for the payment of some prepetition debt.

(c)   For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Motion of the Debtors For Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance* (Docket No. 147) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.   The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in August 2022. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

August 31, 2022

By:   /s/ Russell R. Johnson III
Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com