Alvarez & Marsal North America, LLC
600 Madison Avenue, 8th Floor
New York, NY  10022

*Financial Advisors to the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Endo International plc., *et al*., | Case No.: 22-22549 (JLG) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF FIRST MONTHLY STATEMENT OF ALVAREZ & MARSAL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM AUGUST 16, 2022, THROUGH SEPTEMBER 30, 2022**

| Name of Applicant: | Alvarez & Marsal North America, LLC |
|---|---|
| Authorized to Provide Services to: | Endo International, plc Debtors and Debtors in Possession |
| Date of Retention: | 10/7/22 |
| Period of which Compensation and Expenses are Sought: | August 16, 2022, through September 30, 2022 |
| Amount of Compensation Requested: | Total Fees: $4,304,798.50 |
| Less 20% Holdback: | ($860,759.70) |
| Compensation Net of Holdbacks: | $3,443,878.80 |
| Amount of Expense Requested: | $36,587.80 |
| Total Compensation and Expenses (Net of Holdbacks): | $3,479,626.61 |

In accordance with the *Order Granting Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Dr, Malvern PA 19355.

*Professionals*, dated October 3, 2022 [Docket No. 171] (the "Interim Compensation Order") Alvarez & Marsal North America, LLC ("A&M") herby submits this first monthly statement (the "First Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Debtors, for the period August 16, 2022 through September 30, 2022 (the "First Monthly Period"). By this First Monthly A&M seeks payment in the amount of $3,479,626.61, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in accordance with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.  Attached hereto as Exhibit "A" is a summary of the A&M professionals by individual, setting forth the (a) name and title of each individual who provided services for the First Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual with the A&M current billing rates, and (d) amount of fees billed by each A&M professional. The blended hourly billing rate of the A&M timekeepers during the First Monthly Fee Period is approximately $697.92.[2]

2.  Attached hereto as Exhibit "B" is a summary of the services rendered and compensation sought, by project category for the First Monthly Period.

3.  Attached hereto as Exhibit "C" is an itemization of services rendered and compensation sought by project category by individual, for the First Monthly Period.

4.  Attached hereto as Exhibit "D" is itemized time records of the A&M professionals for the First Monthly Period.

---

[2] The blended rate is comprised of all A&M timekeepers who provided services during the First Monthly Period.

2

5. Attached hereto as Exhibit "E" is a summary of expenses incurred and reimbursement of expenses sought, by expense type, for the First Monthly Period.

6. Attached hereto as Exhibit "F" is an itemized record of all expenses for the First Monthly Period.

## NOTICE OF OBJECTION PROCEDURES

7. Notice of this First Monthly Statement shall be given by hand or overnight delivery upon the following parties (the "Notice Parties"):  (i) The Debtors, [c/o Endo International plc, 1400 Atwater Drive, Malvern, PA 19355 (Attn: Matthew Maletta, Esq. and Brian Morrissey, Esq.)]; (ii) Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, New York 10001 Attn: Evan A. Hill (evan.hill@skadden.com) and Bram A. Strochlic (bram.strochlic@skadden.com) and 920 North King Street, Wilmington, Delaware 19801 Attn: Cameron M. Fee (cameron.fee@skadden.com); (iii)  Co-Counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 Attn: Albert Togut (altogut@teamtogut.com) and Kyle J. Ortiz (kortiz@teamtogut.com); (iv) Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Paul Schwartzberg, Susan Arbeit, Andy Velez-Rivera and Tara Tiantian; (v) Gibson, Dunn & Crutcher, 200 Park Avenue, New York, NY 10166 Attn: Scott J.Greenberg (sgreenberg@gibsondunn.com, Michael J. Cohen (mcohen@gibsondunn.com), and Joshua K. Brody (jbrody@gibsondunn.com), attorneys for the Ad Hoc First Lien Group (as defined in the First Day Declaration); (vi) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice B. Eaton (aeaton@paulweiss.com), and Andrew Parlen

3

(aparlen@paulweiss.com), attorneys for the Ad Hoc Cross-Holder Group (as defined in the First Day Declaration); (vii) Proposed counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 6th Avenue, New York New York 10036, Attn: Kenneth Eckstein Esq. (keckstein@kramerlevin.com), Amy Caton, Esq. (acaton@kramerlevin.com), Rachael Ringer (rringer@kramerlevin.com), and Megan Wasson (mwasson@kramerlevin.com); (viii) Proposed counsel to the Opioid Claimant Committee, Cooley LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Cullen D. Speckhart, Esq. (cspeckhart@cooley.com), Summer M. McKee, Esq. (smckee@cooley.com), and Evan Lazerowitz, Esq. (elazerowitz@cooley.com)); (ix) counsel to any other statutory committees appointed in the Chapter 11 Cases; and (x) (a) Roger Frankel (rfrankel@frankelwyron.com), Frankel Wyron, LLP, 2101 L Street, NW, Suite 800, Washington, DC 20037, the Proposed FCR (as defined in the First Day Declaration) and (b) Frankel Wyron, LLP, 2101 L Street, NW, Suite 800, Washington, DC 20037 Attn: Richard H. Wyron (rwyron@frankelwyron.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 Attn: James L. Patton, Jr. (jpatton@ycst.com), attorneys for the FCR.

8.  Objections to this First Monthly Statement, if any, must be served upon the Notice Parties, and by e-mail, hand, or overnight delivery, upon Alvarez & Marsal North America, LLC at Alvarez & Marsal North America, 600 Madison Avenue, 8th Floor, New York, New York 10022 and at rdombrowski@alvarezandmarsal.com no later than October 21, 2022 (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issues.

9. If no objections to the First Monthly Statement are received by the Objection Deadline, the Debtors shall pay A&M 80% of the fees and 100% of the expenses identified in this First Monthly Statement.

*[Concluded on Following Page]*

10. To the extent an objection to this First Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 6, 2022
      New York, New York

                                Alvarez & Marsal North America
                                Financial Advisor to the Debtors and Debtors in Possession
                                BY:

*/s/Ray Dombrowski*
Ray Dombrowski
Managing Director
Alvarez & Marsal North America
600 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: +1-609-304-4456
Email: rdombrowski@alvarezandmarsal.com