**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc, *et al.*,** | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 7, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- First Monthly Statement of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period from August 16, 2022 through September 30, 2022 [Docket No. 350]

Dated: October 12, 2022

                                                                          */s/ Moheen Ahmad*
                                                                          Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 12, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

SRF 64604

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO INTERNATIONAL PLC, ET AL. | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ARIK PREIS, MITCHELL P. HURLEY, THEODORE JAMES SALWEN ONE BRYANT PARK NEW YORK NY 10036-6745 | apreis@akingump.com mhurley@akingump.com jsalwen@akingump.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO INTERNATIONAL PLC, ET AL. | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: KATE DOORLEY 2001 K STREET NW WASHINGTON DC 20006 | kdoorley@akingump.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO INTERNATIONAL PLC, ET AL. | COOLEY LLP | ATTN: CULLEN D. SPECKHART, MICHAEL KLEIN, SUMMER M. MCKEE, EVAN M. LAZEROWITZ 55 HUDSON YARDS NEW YORK NY 10001 | cspeckhart@cooley.com mklein@cooley.com smckee@cooley.com elazerowitz@cooley.com | Email |
| DEBTORS | ENDO INTERNATIONAL PLC | ATTN: MATTHEW MALETTA, BRIAN MORRISSEY 1400 ATWATER DRIVE MALVERN PA 19355 | | First Class Mail |
| COUNSEL TO THE PROPOSED FUTURE CLAIMANTS' REPRESENTATIVE | FRANKEL WYRON LLP | ATTN: ROGER FRANKEL, RICHARD WYRON 2101 L STREET, NW SUITE 800 WASHINGTON DC 20037 | rwyron@frankelwyron.com rfrankel@frankelwyron.com | Email |
| COUNSEL TO THE AD HOC FIRST LIEN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MICHAEL J. COHEN, JOSHUA K. BRODY, JASON ZACHARY GOLDSTEIN, MARY BETH MALONEY, CHRISTINA M. BROWN, STEVEN A. DOMANOWSKI 200 PARK AVENUE NEW YORK NY 10166-0193 | sgreenberg@gibsondunn.com mcohen@gibsondunn.com jbrody@gibsondunn.com jgoldstein@gibsondunn.com mmaloney@gibsondunn.com christina.brown@gibsondunn.com sdomanowski@gibsondunn.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: KENNETH H. ECKSTEIN, AMY CATON, RACHAEL L. RINGER, DAVID E. BLABEY, JR. AND MEGAN WASSON 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 | keckstein@kramerlevin.com acaton@kramerlevin.com rringer@kramerlevin.com dblabey@kramerlevin.com mwasson@kramerlevin.com | Email |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: PAUL SCHWARTZBERG, SUSAN ARBEIT, ANDY VELEZ-RIVERA, TARA TIANTIAN 201 VARICK ST. STE. 1006 NEW YORK NY 10014 | ustpregion02.nyecf@usdoj.gov paul.schwartzberg@usdoj.gov susan.arbeit@usdoj.gov andy.velez-rivera@usdoj.gov tara.tiantian@usdoj.gov | Email |

In re: Endo International plc, *et al.*
Case No. 22-22549 (JLG)

Page 1 of 2

Exhibit A

Fee Application Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC GROUP OF HOLDERS OF PREPETITION FIRST LIEN INDEBTEDNESS, SECOND LIEN NOTES, AND UNSECURED NOTES; AD HOC CROSS-HOLDER GROUP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE EATON, ANDREW ROSENBERG, ANDREW M PARLEN, ALEXANDER WOOLVERTON, ZACH SINGER, DAVID WEISS, KEITH A JAMES, ASARA GREAVES<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 | aeaton@paulweiss.com<br>arosenberg@paulweiss.com<br>aparlen@paulweiss.com<br>awoolverton@paulweiss.com<br>zsinger@paulweiss.com<br>dweiss@paulweiss.com<br>agreaves@paulweiss.com<br>kajames@paulweiss.com | Email |
| COUNSEL TO THE DEBTORS | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: PAUL D. LEAKE, LISA LAUKITIS, SHANA A. ELBERG, EVAN A. HILL, ABIGAIL E. DAVIS, JASON N. KESTECHER, JACOB G. LEFKOWITZ, BRAM A. STROCHLIC, CAMERON M. FEE<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001 | paul.leake@skadden.com<br>lisa.laukitis@skadden.com<br>shana.elberg@skadden.com<br>evan.hill@skadden.com<br>abigail.sheehan@skadden.com<br>jason.kestecher@skadden.com<br>jacob.lefkowitz@skadden.com<br>bram.strochlic@skadden.com<br>cameron.fee@skadden.com | Email |
| CO-COUNSEL TO THE DEBTORS | TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ., FRANK A. OSWALD, ESQ., KYLE J. ORTIZ, ESQ.<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>kortiz@teamtogut.com | Email |
| COUNSEL TO THE PROPOSED FUTURE CLAIMANTS' REPRESENTATIVE | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: JAMES PATTON<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON DE 19801 | jpatton@ycst.com | Email |