JONES DAY
Michael C. Schneidereit
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939

- and –

Bruce Bennett (*pro hac vice pending*)
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939

*Counsel for Non-RSA First Lien Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **ENDO INTERNATIONAL plc, *et al.*,** | Case No. 22-22549 (JLG) |
| Debtors.[1] | (Jointly Administered) |

**VERIFIED STATEMENT OF THE NON-RSA FIRST LIEN LENDERS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jones Day submits this verified statement (this "Statement") on behalf of certain beneficial holders and/or investment advisers or managers for certain beneficial holders of (i) revolving loans and term loans (the "First Lien Loans") made under that certain credit agreement, dated as of April 27, 2017 (as amended and supplemented), by and among Endo

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

International plc, Endo Luxembourg Finance I S.à r.l., and Endo LLC, as borrowers, the lenders from time to time party thereto, and JPMorgan Chase Bank, N.A., as administrative agent, issuing bank, and swingline lender; (ii) the 5.875% Senior Secured Notes due 2024 (the "5.875% Notes") issued under that certain indenture, dated as of April 27, 2017 (as amended and supplemented), by and among Endo Designated Activity Company, Endo Finance LLC, and Endo Finco Inc., as issuers, each of the guarantors party thereto, and Computershare Trust Company, National Association, as trustee; (iii) 7.500% Senior Secured Notes due 2027 (the "7.500% Notes") issued under that certain indenture, dated as of March 28, 2019, by and among Par Pharmaceuticals, Inc., as issuer, the guarantors party thereto, and Computershare Trust Company, National Association, as trustee; (iv) 6.125% Senior Secured Notes due 2029 (the "6.125% Notes") issued under that certain indenture, dated as of March 25, 2021, by and among Endo Luxembourg Finance Company I S.à r.l., and Endo U.S. Inc., as issuers, the guarantors party thereto, and Computershare Trust Company, National Association, as trustee; (v) 9.50% Senior Secured Second Lien Notes due July 31, 2027 (the "Second Lien Notes") issued under that certain indenture, dated as of June 16, 2020, by and among Endo Designated Activity Company, Endo Finance, LLC, and Endo Finco Inc., as issuers, the guarantors party thereto, and Wilmington Savings Fund Society, FSB, as trustee; and (vi) 6.000% Unsecured Notes due 2028 (the "6.000% Unsecured Notes") issued under that certain indenture, dated as of June 16, 2020, by and among Endo DAC, Endo Finance, and Endo Finco, as issuers, each of the guarantors party thereto, and U.S. Bank, as trustee, as identified on Exhibit A hereto (collectively, the "Non-RSA First Lien Lenders") and in support hereof states as follows:

1.  Starting in September 2022, certain Non-RSA First Lien Lenders retained Jones Day to represent them as counsel in connection with chapter 11 proceedings of the above-

captioned debtors and debtors in possession (collectively, the "Debtors").  The Non-RSA First Lien Lenders hold, or manage or advise funds and/or accounts that hold, disclosable economic interests in relation to the Debtors.  Attached hereto as Exhibit A is a list of the names, addresses, nature, and amount of all disclosable economic interests of each Non-RSA First Lien Lender in relation to the Debtors as of October 17, 2022.  The information set forth in Exhibit A is based on information provided to Jones Day by each Non-RSA First Lien Lender, and may be updated from time to time by the filing of a further amended statement pursuant to Bankruptcy Rule 2019.

2. As of the date of this Statement, Jones Day continues to represent each Non-RSA First Lien Lender in connection with the above-captioned chapter 11 cases.  Jones Day does not represent or purport to represent any other person or entity with respect to these chapter 11 cases. Jones Day does not represent the Non-RSA First Lien Lenders as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any other creditor, party in interest, or other entity.  In addition, as of the date of this Statement, no Non-RSA First Lien Lender represents or purports to represent any other entity in connection with these chapter 11 cases, other than as set forth herein.  Moreover, no Non-RSA First Lien Lender has, or is a party to, any agreement to act as a group or in concert with respect to its interests in the Debtors, and each Non-RSA First Lien Lender has the unrestricted right to act as it chooses in respect of such interests without respect to the actions or interests of any other party.

3. Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

4. The undersigned verify that the foregoing is true and correct to the best of their knowledge, as of the date of this Statement.

5. Nothing contained in this Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any Non-RSA First Lien Lender to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any Non-RSA First Lien Lender to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights any Non-RSA First Lien Lenders may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the chapter 11 cases; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any Non-RSA First Lien Lender is or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

6. Jones Day reserves the right to further amend or supplement this Statement in accordance with the requirements of Bankruptcy Rule 2019 with any additional information that may become available.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 19, 2022                          Respectfully submitted,
      New York, New York

                                                 */s/ Michael C. Schneidereit*
                                                 JONES DAY
                                                 Michael C. Schneidereit
                                                 250 Vesey Street
                                                 New York, NY 10281
                                                 Telephone:  (212) 326-3939
                                                 Facsimile:  (212) 755-7306
                                                 E-mail:  mschneidereit@jonesday.com

                                               – and –

                                               Bruce Bennett (*pro hac vice pending*)
                                               555 S. Flower Street
                                               50th Floor
                                               Los Angeles, CA  90071
                                               Telephone:  (213) 489-3939
                                               Facsimile:  (213) 243.2539
                                               E-mail:  bbennett@jonesday.com

                                               *Counsel to the Non-RSA First Lien Lenders*

# **EXHIBIT A**

**Disclosable Economic Interests of the Non-RSA First Lien Lenders**

| Name of Creditor | Address of Creditor | First Lien Loans | 5.875% Notes | 6.125% Notes | 7.500% Notes | Second Lien Notes | 6.000% Unsecured Notes |
|---|---|---|---|---|---|---|---|
| Canyon Capital Advisors LLC, on behalf of its managed funds and accounts | 2728 N. Harwood Street, 2nd Floor Dallas, TX 75201 | $151,314,930.00 | | $105,305,000.00 | $42,797,000.00 | $162,545,000.00 | $99,851,000.00 |
| Capital Research and Management Company | 333 South Hope Street, 55th Floor Los Angeles, CA 90071 | | $11,744,000.00 | $23,340,000.00 | $170,426,000.00 | $6,560,000.00 | $53,676,000.00 |
| Glenview Capital Management, LLC, on behalf of certain advised or managed funds and/or accounts | 767 Fifth Avenue, 44th Floor New York, NY 10153 | | $8,145,000.00 | $61,586,000.00 | $11,455,000.00 | $10,977,000.00 | |
| Marathon Asset Management LP, on behalf of certain funds and accounts | One Bryant Park, 38th Floor New York, NY 10036 | $86,381,928.00 | | $87,514,000.00 | $54,979,000.00 | $164,400,000.00 | $133,041,000.00 |
| Oaktree Capital Management, L.P., solely as Investment Manager on behalf of certain funds and accounts within its USSL and OPPS Strategies | 333 South Grand Avenue, 28th Floor Los Angeles, CA 90071 | $112,499,936.97 | | | $109,432,000.00 | $81,585,000.00 | $108,489,000.00 |
| **Total:** | | **$350,196,794.97** | **$19,889,000.00** | **$277,745,000.00** | **$389,089,000.00** | **$426,067,000.00** | **$395,057,000.00** |