## Exhibit A

## Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.30 | $348.00 |
| Diligence | 23.50 | $27,260.00 |
| Employment/Fee Apps | 2.20 | $2,552.00 |
| Litigation/Hearings | 31.90 | $37,004.00 |
| Meetings | 5.60 | $6,496.00 |
| Non-Working Travel | 1.40 | $1,624.00 |
| **TOTALS:** | **64.90** | **$75,284.00** |

29821427.1