## Exhibit B

## Compensation by Individual

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Roger Frankel | $1,160 | 64.90 | $75,284.00 |
| **TOTALS:** | | **64.90** | **$75,284.00** |

29821427.1