**Exhibit C**

**Time Records for the Statement Period**

29821427.1

# Frankel Wyron LLP

### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

**Statement**

**October 15, 2022**              Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian         Re:  Case Admin
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 8/29/2022 | RF | Review Critical Dates calendar from YCST (.30). | 0.30 | 348.00 |
|  |  | TOTAL AMOUNT DUE |  | 348.00 |

# Frankel Wyron LLP

### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

**Statement**

**October 15, 2022**

### Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 8/17/2022 | RF | Review RSA, exhibits, various first day pleadings (3.10); telcon with S. Gilbert re background (.20); telcon with D. Molton re background (.20); review diligence request from Ducera (.50). | 4.00 | 4,640.00 |
| 8/22/2022 | RF | Review Bradley Declaration, RSA, Opioid Term Sheets (1.50); prepare internal memo for counsel re appointment, diligence issues (.90); review Debtors' motion to file under seal (.40); review Critical Dates memo from YCST (.30); review workplan from counsel (.40); telcon with R. Wyron re case issues (.30). | 3.80 | 4,408.00 |
| 8/23/2022 | RF | Review J. Gerber opinion in GM re future claims (.40); review Ducera Deck (8/23) in preparation for Zoom meeting (.80). | 1.20 | 1,392.00 |
| 8/30/2022 | RF | Review, revised Workplan in preparation for team meeting (.50); review Schneider, MDL Complaints re mesh personal injuries (1.60). | 2.10 | 2,436.00 |
| 8/31/2022 | RF | Review sample complaints re Ratidine, Zantac allegations (1.40); telcon with R. Wyron re case issues, FCR motion (.30). | 1.70 | 1,972.00 |
| 9/5/2022 | RF | Review memo from counsel re de minimis asset transactions (.50). | 0.50 | 580.00 |
| 9/7/2022 | RF | Review, consider email memo from counsel re case issues (.30); review critical dates calendar from YCST (.30). | 0.60 | 696.00 |
| 9/8/2022 | RF | Review Grumman USDC opinion (.80); telcon with J. Patton re committees, case issues (.30). | 1.10 | 1,276.00 |
| 9/9/2022 | RF | Review memo from YCST re pending first day motions and suggested comments (.70). | 0.70 | 812.00 |
| 9/14/2022 | RF | Review materials from Virtual Data Room (updated) (1.0); review series of emails from YCST re First Day Motions, Orders (.40). | 1.40 | 1,624.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800
Washington, DC 20037**

**Statement**

**October 15, 2022**

**Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 9/22/2022 | RF | Review Deck from Skadden in preparation for diligence meeting (.50); attend diligence call with YCST, Ducera, Skadden, PJT, A&M (1.0); review Westreich paper re opioid disorder latency (.70). | 2.20 | 2,552.00 |
| 9/26/2022 | RF | Review, edit draft summary of Westreich report from counsel (.80); review various documents in VDR (.70). | 1.50 | 1,740.00 |
| 9/29/2022 | RF | Review diligence request memo and prepare notes re open issues (1.0); review issues re free and clear sale (.60); telcon with R. Wyron re same (.20). | 1.80 | 2,088.00 |
| 9/30/2022 | RF | Review Bid Procedures as exhibit to RSA (.90). | 0.90 | 1,044.00 |
| | | TOTAL AMOUNT DUE | | 27,260.00 |

# FRANKEL WYRON LLP

### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

**Statement**

**October 15, 2022**                     **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian          Re: Employment/Fee Apps
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 9/17/2022 | RF | Review draft apps to employ and Declarations of YCST, FW and Ducera and email to YCST re same (1.20). | 1.20 | 1,392.00 |
| 9/19/2022 | RF | Review revised Apps to Employ and Declarations for YCST, FW and Ducera (.60). | 0.60 | 696.00 |
| 9/27/2022 | RF | Review draft App to Employ NERA and NERA Declaration (.30); email re same with comments (.10). | 0.40 | 464.00 |
| | | TOTAL AMOUNT DUE | | 2,552.00 |

# Frankel Wyron LLP

### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

## Statement

**October 15, 2022**                    **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian          Re:  Litigation/Hearings
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 8/18/2022 | RF | Review first day motions, proposed orders (1.30); attend first day hearing by Zoom (3.10). | 4.40 | 5,104.00 |
| 8/19/2022 | RF | Review Ad Hoc Unsecured Group Obj. to Cash Collateral Motion and Motion to Terminate Exclusivity (1.20). | 1.20 | 1,392.00 |
| 8/31/2022 | RF | Review certain utilities Objection to Debtors' Utilities motion (.40). | 0.40 | 464.00 |
| 9/6/2022 | RF | Review UST Objection to redacting of PII (.50). | 0.50 | 580.00 |
| 9/9/2022 | RF | Review UST Obj to FCR Motion (.80); prepare memo to counsel re same (.50). | 1.30 | 1,508.00 |
| 9/11/2022 | RF | Review email from counsel with attachments re OCC comments re FCR Order (.60); review marked FCR Order from counsel (.50). | 1.10 | 1,276.00 |
| 9/12/2022 | RF | Review further marked FCR Order from counsel (.40); Zoom meeting with J. Patton, R. Wyron, R. Brady, E. Harron, A. Tang re FCR Motion, case issues (.50); review further revised FCR Order from counsel (.30); review edits to draft FCR Order from OCC (.40). | 1.60 | 1,856.00 |
| 9/13/2022 | RF | Telcons with J. Patton re hearing on 9/28, Reply to FCR Obj., sharing of professionals (.30). | 0.30 | 348.00 |
| 9/15/2022 | RF | Review draft, marked cash collateral order and emails with counsel re same (.50); review further changes to FCR Order from Skadden (.30). | 0.80 | 928.00 |
| 9/16/2022 | RF | Review several markups of FCR Order from counsel and email comments re same (.90). | 0.90 | 1,044.00 |
| 9/17/2022 | RF | Review further versions of FCR Order from counsel and emails re same (.60). | 0.60 | 696.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

## Statement

**October 15, 2022**                     **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.                     Re: Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 9/19/2022 | RF | Review further revised order, cumulative red-lined, appointing FCR (.50); attend by phone 341 hearing (.30). | 0.80 | 928.00 |
| 9/20/2022 | RF | Review revised Reply in draft form from counsel (.40); confer with J. Patton, E. Harron, R. Brady re September 28 hearing (.50). | 0.90 | 1,044.00 |
| 9/21/2022 | RF | Review revised draft Reply from Skadden to FCR Objections (.70); review Endo EC Obj to Benefits Programs (.30); review UST Objections to Benefits Programs, Cash Management (.50). | 1.50 | 1,740.00 |
| 9/22/2022 | RF | Review updated versions of draft Reply and FCR Supp. Declaration (.70); Zoom meeting with J. Patton, E. Harron, R. Brady, R. Wyron re September 28 hearing (.50). | 1.20 | 1,392.00 |
| 9/23/2022 | RF | Review further revised and final Reply to UST Objection and Supp. Declaration of FCR (.70). | 0.70 | 812.00 |
| 9/26/2022 | RF | Review revised proposed orders re Obj Procedures re Equity, Prepetition Obligations to Customers, Prepetition Specified Trade Claims and Cash Management (1.20); review edits to Cash Management Order from counsel and emails re same (.60); review Reply to Bonus Program by Endo and Proposed Order re same (.90); review IL Reply to UCC ROR (.50); review memo from counsel of FCR direct examination (.80); review Agenda for 9/28 hearing (.30); review series of emails, marked draft orders re FCR requested changes (.60). | 4.90 | 5,684.00 |

# FRANKEL WYRON LLP

### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

**Statement**

**October 15, 2022**                    **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.                    Re: Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|------:|-------:|
| 9/27/2022 | RF | Review proposed changes to cash management order (.30); telcon with R. Brady re same (.20); confer with J. Patton, E. Harron, R. Brady, R. Wyron in preparation for hearing (1.50); review pleadings in preparation for hearing (1.30). | 3.30 | 3,828.00 |
| 9/28/2022 | RF | Attend court hearing for various 2nd Day matters and FCR Motion (5.0). | 5.00 | 5,800.00 |
| 9/29/2022 | RF | Review revised Case Management Order from counsel (.50). | 0.50 | 580.00 |
| | | TOTAL TIME | | 37,004.00 |
| 9/27/2022 | RF | Taxi | | 34.78 |
| 9/27/2022 | RF | Taxi | | 44.95 |
| | | TOTAL EXPENSES | | 79.73 |
| | | TOTAL AMOUNT DUE | | 37,083.73 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800
Washington, DC 20037**

**Statement**

**October 15, 2022**                    **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian          Re:  Meetings
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 8/23/2022 | RF | Zoom meeting with J. Patton, R. Wyron re 363 sale issues, FCR Motion (.50); Zoom meeting with Ducera, YCST, R. Wyron re new Ducera Deck, sale process (.90). | 1.40 | 1,624.00 |
| 8/29/2022 | RF | Zoom with J. Patton, R. Wyron re case issues, committee formation (.50). | 0.50 | 580.00 |
| 8/30/2022 | RF | Zoom meeting with J. Patton, R. Wyron, E. Harron, A. Tang re FCR Motion, case issues, YCST research projects (.60). | 0.60 | 696.00 |
| 9/6/2022 | RF | Zoom meeting with J. Patton, YCST, R. Wyron and Ducera re diligence case matters (.50). | 0.50 | 580.00 |
| 9/14/2022 | RF | Zoom meeting with J. Patton, E. Harron, R. Wyron, R. Brady, Ducera re case issues, diligence, September 28 hearing (.70); prepare notes for Zoom meeting (.40). | 1.10 | 1,276.00 |
| 9/19/2022 | RF | Zoom with J. Patton, J. Chapman, R. Brady, R. Wyron re FCR Reply and Supp. Declaration (.50). | 0.50 | 580.00 |
| 9/20/2022 | RF | Zoom meeting with R. Wyron, J. Patton, Ducera, J. Chapman re FCR Motion, related case issues (.50). | 0.50 | 580.00 |
| 9/27/2022 | RF | Weekly Zoom meeting with J. Patton, R. Wyron, Ducera re hearing, sale process, case issues (.50). | 0.50 | 580.00 |
| | | TOTAL AMOUNT DUE | | 6,496.00 |

# FRANKEL WYRON LLP

### 2101 L STREET, N.W., SUITE 800
### WASHINGTON, DC 20037

**Statement**

**October 15, 2022**                    FEDERAL ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian           Re: Non-Working Travel
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 9/27/2022 | RF | Travel to YCST NY office (.50); travel to NY apt from YCST office (.50).  (1/2 time). | 0.50 | 580.00 |
| 9/28/2022 | RF | Travel from NY apt to USBC (.80); travel from USBC to NY Apt (1.0) (1/2 time). | 0.90 | 1,044.00 |
| | | TOTAL AMOUNT DUE | | 1,624.00 |