## **Exhibit D**

## **Expense Summary for the Statement Period**

| Date | Expense | | Total Expenses |
|---|---|---|---|
| 9/27/2022 | Taxi | | $34.78 |
| 9/27/2022 | Taxi | | $44.95 |
| | | **TOTAL:** | **$79.73** |

29821427.1