| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | 341 Meeting Date:   December 8, 2022<br>341 Meeting Time:   3:00 pm |

---------------------------------------------------------X
:
In re                                                                    :            Chapter 11
:
Endo International PLC et al.,                            :
:
:            Case No. 22-22549 (JLG)
:
Debtor.                          :
---------------------------------------------------------X

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

The section 341 meeting of creditors for the above-captioned case(s) scheduled for **December 8, 2022 at 3:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

> Meeting Dial-in No:   877-459-4096, and
> when prompted enter the
> Participant Code: 6685886 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

1

Dated: New York, New York
      October 31, 2022

                                      Respectfully submitted,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, REGION 2

By:   */s/ Paul K. Schwartzberg*
       Paul K. Schwartzberg
       Trial Attorney
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, NY 10014
       Tel. (212) 510-0500