## Exhibit A

## Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 6.30 | $6,489.00 |
| Diligence | 14.20 | $14,626.00 |
| Employment/Fee Apps | 8.30 | $8,549.00 |
| Litigation/Hearings | 20.50 | $21,115.00 |
| Plan and Disclosure Statement | 3.20 | $3,296.00 |
| **TOTALS:** | **52.50** | **$54,075.00** |

29852208.1

## Exhibit B

## Compensation by Individual

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Richard H. Wyron | $1,030 | 52.50 | $54,075.00 |
|  | **TOTALS:** | **52.50** | **$54,075.00** |

29852208.1

# Exhibit C

## Time Records for the Statement Period

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Statement

**October 15, 2022**                                               **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800                         Re:  Case Admin
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 8/29/2022 | RHW | Call with R. Frankel and J. Patton re status of due diligence requests and case strategy (.5); review recent docket entries (.3). | 0.80 | 824.00 |
| 8/30/2022 | RHW | Call with R. Frankel, J. Patton, B. Brady, E. Harron, S. Greecher, A. Tang and N. Ansari re case status, pending issues and next steps (.6). | 0.60 | 618.00 |
| 8/31/2022 | RHW | Call with R. Frankel re pending issues and strategy (.3). | 0.30 | 309.00 |
| 9/1/2022 | RHW | Call with S. Plancich re NERA due diligence and retention application (.2). | 0.20 | 206.00 |
| 9/2/2022 | RHW | Review Committee appointments and emails with YCST team re same (.3). | 0.30 | 309.00 |
| 9/6/2022 | RHW | Review draft work plan for case coordination call (.2); call with R. Frankel, Ducera and YCST team re case coordination and strategy (.5). | 0.70 | 721.00 |
| 9/7/2022 | RHW | Review email from R. Brady re discussion with Debtors' counsel re pending matters (.2); review critical dates calendar (.3). | 0.50 | 515.00 |
| 9/12/2022 | RHW | Call with R. Frankel and YCST team re case issues and strategy (.5). | 0.50 | 515.00 |
| 9/14/2022 | RHW | Call with R. Frankel and YCST team re appointment order, objections and case strategy (.7). | 0.70 | 721.00 |
| 9/20/2022 | RHW | Review work plan (.2); attend weekly status call with R. Frankel and YCST team (.5). | 0.70 | 721.00 |
| 9/22/2022 | RHW | Call with R. Frankel, J. Patton, B. Brady, E. Harron, J. Chapman and S. Greecher re strategy, reply and supplemental declaration, open issues and next steps (.5). | 0.50 | 515.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Statement

**October 15, 2022**                                           **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800                    Re:  Case Admin
Washington, DC 20037

| Date      | Lawyer | Services                                                                          | Hours | Amount   |
|-----------|--------|-----------------------------------------------------------------------------------|-------|----------|
| 9/27/2022 | RHW    | Call with R. Frankel, YCST team and Ducera team re case issues and strategy (.5). | 0.50  | 515.00   |
|           |        | TOTAL AMOUNT DUE                                                                  |       | 6,489.00 |

# FRANKEL WYRON LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

**Statement**

**October 15, 2022**

**Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800
Washington, DC 20037

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 8/22/2022 | RHW | Review research on 363 issues (.7); call with R. Frankel re same (.3); review summary of non-opioid claims data (.4). | 1.40 | 1,442.00 |
| 8/23/2022 | RHW | Review Ducera presentation materials (1.2); strategy call with R. Frankel and J. Patton (.5); call with R. Frankel, YCST team and Ducera team re financial analysis, pending issues and strategy (.9). | 2.60 | 2,678.00 |
| 8/25/2022 | RHW | Review additional data on claims issues (1.1). | 1.10 | 1,133.00 |
| 9/2/2022 | RHW | Review materials re personal injury claims (1.1). | 1.10 | 1,133.00 |
| 9/5/2022 | RHW | Review first day pleadings (1.1). | 1.10 | 1,133.00 |
| 9/22/2022 | RHW | Review diligence notes in advance of call (.3); attend diligence session with Debtors' team (1.0); review Debtors' presentation materials (.7). | 2.00 | 2,060.00 |
| 9/28/2022 | RHW | Review medical data re OUD and future claims (1.1); call to K. Bray re issues (.3). | 1.40 | 1,442.00 |
| 9/29/2022 | RHW | Review summaries of personal injury litigation from data room, SEC filings and pleadings (1.9); prepare questions for 10/3 diligence session on personal injury claims (.5); call with R. Frankel re issues and next steps (.2); call with medical expert (.2); review summary of medical issues (.4); review NERA due diligence list (.3). | 3.50 | 3,605.00 |
| | | TOTAL AMOUNT DUE | | 14,626.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 800
Washington, DC 20037

Statement

October 15, 2022                                        Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800                    Re:  Employment/Fee Apps
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 9/7/2022 | RHW | Review draft retention applications for YCST, Ducera and NERA (1.6); review draft omnibus declaration for R. Frankel (.4); review parties in interest information for supplemental disclosures (.4). | 2.40 | 2,472.00 |
| 9/9/2022 | RHW | Review and provided comments to A. Jacobs on draft FW LLP retention application (1.1); follow up with S. Greecher and A. Jacobs re status of retention apps and open issues (.2). | 1.30 | 1,339.00 |
| 9/14/2022 | RHW | Review revised parties in interest list from the Debtors for disclosure purposes (.8). | 0.80 | 824.00 |
| 9/18/2022 | RHW | Review further revised retention applications for FW LLP, YCST and Ducera (.9); draft email summarizing comments to A. Jacobs (.3). | 1.20 | 1,236.00 |
| 9/19/2022 | RHW | Review revised draft retention applications for FW LLP, YCST and Ducera with accompanying declarations (1.4); emails with A. Jacobs re changes (.2). | 1.60 | 1,648.00 |
| 9/26/2022 | RHW | Review revisions to NERA retention application and provide comments (.4). | 0.40 | 412.00 |
| 9/27/2022 | RHW | Review revised draft NERA retention agreement and provide comments (.6). | 0.60 | 618.00 |
| | | TOTAL AMOUNT DUE | | 8,549.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Statement

**October 15, 2022**                                     **Federal ID# 46-4457881**


Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800
Washington, DC 20037

Re:  Litigation/Hearings


| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 8/18/2022 | RHW | Review M. Bradley first day declaration (1.3); review objection and exclusivity termination motion filed by ad hoc group of unsecured noteholders (.5); attend case discussion and cash collateral portions of first day hearing (2.7). | 4.50 | 4,635.00 |
| 9/8/2022 | RHW | Review US Trustee's objection to FCR Appointment Motion (.7); review and respond to emails with R. Frankel and YCST team re same (.3) | 1.00 | 1,030.00 |
| 9/11/2022 | RHW | Review and provided comments to R. Frankel and YCST team on revisions to proposed FCR appointment order (.8); review R. Frankel outline for discussion of reply to US Trustee objection and prepare notes for discussion (.9). | 1.70 | 1,751.00 |
| 9/12/2022 | RHW | Review and respond to emails re revised proposed FCR order (.4); review and consider further revised language for proposed appointment order (.5); review objection by Multi-state EC (.3). | 1.20 | 1,236.00 |
| 9/15/2022 | RHW | Review OCC proposed additional revisions to FCR appointment order (.6). | 0.60 | 618.00 |
| 9/18/2022 | RHW | Review series of near-final revisions to proposed FCR appointment order and respond to emails re same (.6). | 0.60 | 618.00 |
| 9/19/2022 | RHW | Review further sets of revisions to proposed FCR order and emails re same (.6); call with R. Frankel and YCST team re reply and supplemental Frankel declaration, strategy and next steps (.5). | 1.10 | 1,133.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 800
Washington, DC 20037

Statement

October 15, 2022                                    Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800                          Re:  Litigation/Hearings
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 9/21/2022 | RHW | Review and provide comments on draft reply re FCR appointment motion and supplemental declaration (1.1). | 1.10 | 1,133.00 |
| 9/22/2022 | RHW | Review and provide comments on edits draft reply in support of FCR appointment motion and supplemental Frankel declaration (.8); review service lists for potential connections for supplemental Frankel declaration (.9); review R. Brady email re discussions with Skadden team on appointment motion and due diligence (.2). | 1.90 | 1,957.00 |
| 9/23/2022 | RHW | Review further revised drafts of Second Supplemental Frankel Declaration and Debtors' reply to objection to FCR appointment motion (.6); emails with J. Chapman re same (.2). | 0.80 | 824.00 |
| 9/27/2022 | RHW | Review draft direct outline for R. Frankel (.4); review memo re potential cross-examination topics (.3); call with R. Frankel, J. Patton, R. Brady, E. Harron, J. Chapman and S. Greecher re testimony and appointment hearing preparation (1.5). | 2.20 | 2,266.00 |
| 9/28/2022 | RHW | Attend portion of second day hearing (by Zoom) (3.8). | 3.80 | 3,914.00 |
| | | TOTAL AMOUNT DUE | | 21,115.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Statement

**October 15, 2022**  **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 800
Washington, DC 20037

Re: Plan and Disclosure Statement

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 8/17/2022 | RHW | Review case law and analyses re treatment of future claims in 363 sales orders and liquidating plans (3.2). | 3.20 | 3,296.00 |
| | | TOTAL AMOUNT DUE | | 3,296.00 |

## Exhibit D

## Expense Summary for the Statement Period

FW LLP did not incur any expenses during the Statement Period.