PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
        hugh.mcdonald@pillsburylaw.com
        andrew.alfano@pillsburylaw.com

*Counsel to the Multi-State Endo Executive Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**AMENDMENT TO VERIFIED STATEMENT OF THE MULTI-STATE ENDO EXECUTIVE
COMMITTEE PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy
Rules**"), the Multi-State Endo Executive Committee (the "**Endo EC**") files this amendment to its
*Verified Statement of the Multi-State Endo Executive Committee Pursuant to Bankruptcy Rule 2019*
[Docket Nos. 125, 141] (the "**Statement**") to add to the Statement (Exhibit A) the following state that
has indicated its support for the settlement between the Endo EC, the Debtors' first lien secured
lenders, and the Debtors:

---

[1] The last four digits of debtor Endo International plc's tax identification number are 3755.  Due to the large number of
debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax
identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the
Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service
address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

1

| STATE | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Ohio | Office of Ohio AG Dave Yost<br>30 E. Broad St., 17th Floor<br>Columbus, Ohio 43215<br>Attn: Jonathan D. Blanton | Unsecured; Unliquidated Claim;<br>Police Power Actions |

Pillsbury reserves the right to amend and/or supplement the Statement (including this amendment) in accordance with Bankruptcy Rule 2019.

Dated:  November 3, 2022          Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:     /s/ Andrew M. Troop
        Andrew M. Troop
        Hugh M. McDonald
        Andrew V. Alfano
        31 West 52nd Street
        New York, NY 10019
        Telephone: (212) 858-1000
        Email: andrew.troop@pillsburylaw.com
               hugh.mcdonald@pillsburylaw.com
               andrew.alfano@pillsburylaw.com

        *Counsel to the Multi-State Endo Executive Committee*