**Hearing Date: December 15, 2022, at 11:00 a.m. (ET)**

**Objection Deadline: December 8, 2022 at 4:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| ENDO INTERNATIONAL plc et al., | : | Case No. 22-22549 (JLG) |
| Debtors. | : | |

-------------------------------------------------------- X

### *OMNIBUS* NOTICE OF HEARING OF PLAINTIFF TRAVIS BLANKENSHIP, NEXT FRIEND AND GUARDIAN OF MINOR CHILD Z.D.B.'S MOTION TO LIFT AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Travis Blankenship, Next Friend and Guardian of Minor Child Z.D.B., hereby filed his Motion to Lift Automatic Stay on October 14, 2022 [Docket No. 398].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on December 15, 2022, at 11:00 a.m. (Prevailing Eastern Time) before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the Court, One Bowling Green, New York, NY 10004-1408, and served so as to be received by the following parties no later than December 8, 2022, at 4:00 p.m. (Prevailing Eastern Time):

(i) The Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, NY 10004-1408;

(ii) Stephen P. New, Esq., Counsel for Travis Blankenship, Next Friend and Guardian of Minor Child Z.D.B., 430 Harper Park Drive, Beckley, WV 25801; steve@newlawoffice.com;

(iii) The Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Paul Schwartzberg, Esq. (Paul.Schwartzberg@usdoj.gov), Susan Arbeit, Esq. (Susan.Arbeit@usdoj.gov), Andy Velez-Rivera (andy.velezrivera@usdoj.gov), and Tara Tiantian@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, for the Southern District of New York, or (iii) on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Endo; or by contacting Kroll directly at (877) 542-1878 (toll free for callers within the United States and Canada) and (929) 284-1688 (for international callers).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the deadline stated above, the Court may grant the relief requested in the Motion and enter the orders without further notice of a hearing.

Date: November 3, 2022

    Respectfully submitted,

**Travis Blankenship, Next Friend and Guardian of Minor Child Z.D.B.**

    **By counsel:**

    s/ Stephen P. New
    _____
    Stephen P. New (WVSB #7756)

NEW, TAYLOR & ASSOCIATES  
430 Harper Park Drive  
PO Box 5516  
Beckley, WV 25801  
Telephone: (304) 250-6017  
Facsimile: (304) 250-6012  
steve@newlawoffice.com