**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ENDO INTERNATIONAL plc, *et al*., | Case No.:  22-22549 (JLG) |
| Debtors.[1] | Jointly Administered |

## GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On August 16, 2022 (the "Petition Date"), Endo International plc ("Endo Parent") and its debtor affiliates, as debtors and debtors in possession (each a "Debtor," collectively, the "Debtors" and, together with their non-debtor affiliates, the "Company"), commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 22-22549 (JLG).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date.

These *Global Notes and Statements Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements, sub-Statements, exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements.  Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

---

[1]   The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in the chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of the chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

**<u>Reservation of Rights</u>**.  The Debtors' Chapter 11 Cases are large and complex.  The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.

The Debtors have made reasonable efforts to schedule the assets and liabilities, required financial information, and cash disbursements according to the appropriate Debtor entity. However, because the Company's accounting systems and practices were developed for consolidated reporting purposes, it is possible that not all scheduled information is attributed or recorded with the correct Debtor entity on these Schedules and Statements.

Subsequent information or discovery may result in material changes to these Schedules and Statements.  As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly.  Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority unsecured," on Schedule F as "nonpriority unsecured," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

1.    **Basis of Presentation**.    The Company historically prepared consolidated unaudited quarterly and consolidated audited annual financial statements, which include all of the Debtors, as well as affiliated non-Debtor entities.    Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.    Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the Company.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with United States generally accepted accounting principles ("GAAP"), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.

2.    **Reporting Date**.    Each Debtor operates on a fiscal year ending on December 31st annually. All asset and liability information, except where otherwise noted, is provided as of the Petition Date.

3.    **Currency**.    All amounts are reflected in U.S. dollars, which the Company uses as its reporting currency.    Unless otherwise noted, the Debtors used conversion rates provided by Bloomberg Markets as of the Petition Date.    One significant exception is the value of prepetition transfers, which were valued using the conversion rates as of the date of such transfer.

4.    **Estimates and Assumptions**.    The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affect the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense.    Actual results could differ materially from these estimates.    The Debtors reserve the right to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

5.    **Totals**.    All totals included in the Schedules and Statements represent totals of all known amounts.    To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/or disputed, the actual totals may differ from the listed totals.

6.    **Undetermined, To be Determined or Unknown Amounts**.    The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount.    Certain amounts may be clarified during the course of the Chapter 11 Cases.

7.    **Asset Presentation and Valuation**.    The Debtors' assets are presented at values consistent with their books and records.    These values do not purport to represent the ultimate value that would be received in the event of a sale and may not represent economic value as determined by an appraisal or other valuation technique.    As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.

8.    **Cash Management.** The Debtors use an integrated, centralized cash management system to facilitate the collection, concentration and disbursement of the various Debtors' funds in approximately five countries around the world.  As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is contained in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts, and Business Forms and (B) Implement Changes To Their Cash Management System In The Ordinary Course Of Business; (II) Granting Administrative Expense Priority for Postpetition Intercompany Claims; (III) Granting a Waiver With Respect to the Requirements of 11 U.S.C. § 345(b); and (IV) Granting Related Relief* [Docket No. 16].

9.    **Contingent Assets and Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross-claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) intercompany loans, (iv) tax-sharing agreements, (v) warranties, (vi) operational and servicing agreements, (vii) shared service agreements, and (viii) other arrangements.

10.    **Guarantees and Other Secondary Liability Claims**.  The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other similar agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of the Debtor or Debtors affected by such Guarantees. Where a Guarantee exists, co-obligors are listed on a Debtor's Schedule H to the extent the Debtor is either the primary obligor or the guarantor of the relevant obligation.  To the extent that a Debtor is a guarantor, such Guarantees are also listed on its Schedule D or E/F, as appropriate, and listed as "contingent" and "unliquidated" unless otherwise specified.  Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired

4

leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize, reclassify, add, or remove any such contract or claim.

11.    **Pledged Assets**. Substantially all of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors to secure certain obligations. Assets pledged as collateral are more fully described in the *Debtors' Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to use Cash Collateral; (ii) Granting Adequate Protection to Prepetition Secured Parties; (iii) Modifying the Automatic Stay; and (iv) Granting Related Relief* [Docket No. 17].

In certain instances, Endo Parent or another Debtor may be a co-obligor or guarantor with respect to the obligations of another Debtor or non-Debtor, which obligation or guarantee is secured by property pledged by the Debtor. To the extent that a Debtor no longer holds title to the pledged collateral securing an obligation or guarantee, such obligation or guarantee is considered unsecured and is listed on that Debtor's Schedule F.

12.    **Leases and Executory Contracts**. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect, and the Debtors reserve all of their rights.

13.    **Intercompany Transactions.** Net intercompany balances between a given Debtor and other Company entities as of the Petition Date are reported on such Debtor's Schedules in response to Question AB77 (Other property of any kind not already listed) for net intercompany receivables and Question F for any net intercompany payables.

14.    **Liabilities**. Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time. In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined." Further, liabilities such as certain deferred liabilities, accruals, or general reserves are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor. Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

15.     **Prepetition Litigations.**  While the Debtors and their professionals have taken all reasonable efforts to identify all pending litigations that had been commenced as of the Petition Date, the Debtors in some instances have received notice after the Petition Date of litigations commenced prior to the Petition Date.  For the purposes of these Schedules and Statements, the Debtors have used their reasonable best efforts to identify and disclose, as appropriate, all prepetition litigations that the Debtors were aware of as of the preparation of these Schedules and Statements.  The Debtors reserve the right, but are not required, to amend Schedules E/F if they later become aware of any such prepetition litigations.  For the avoidance of doubt, the Debtors have not listed on Schedule E/F or Statement Question 7 those litigations that were commenced post-petition.

16.     **Creditor Facilities**.  Although there may be multiple parties that hold a portion of the debt comprising the Debtors' prepetition credit facilities and notes, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule D, E/F, and H.

17.     **Confidentiality and Redactions**.    In accordance with the Bankruptcy Court's Memorandum Decision and Order authorizing the Debtors to redact certain personally identifiable information for individual creditors [Docket No. 567] (the "Redaction Order"), the home addresses of the Debtors' current and former employees (including directors and officers) reflect the office locations of the employees or the Debtors' service address, as applicable.  Pursuant to the Redaction Order, the Debtors have also redacted the names, home addresses, and/or email addresses, as applicable, for individual creditors, equity holders, vendors, contract counterparties, and litigants located in the United States, Canada, United Kingdom, European Union, and Australia in the publicly filed versions of the Schedules and Statements.  The Debtors have filed unredacted versions of the Schedules and Statements under seal with the Bankruptcy Court, which can be obtained upon request pursuant to procedures identified in the Redaction Order.

18.     **First Day Orders**.  The Bankruptcy Court has authorized (each, a "First Day Order") the Debtors to pay, in whole or in part, various outstanding prepetition claims, including but not limited to, certain payments relating to the Debtors' employee wages and compensation, severance, benefits, and reimbursable business expenses; goods and services ordered prepetition but received post-petition; insurance obligations; critical and foreign vendor and lienholder claims; and pre-petition taxes and fees.  Given that certain of these claims have been paid or are anticipated to be paid in accordance with the First Day Orders, such claims may not be listed in the Schedules, notwithstanding that such claims existed as of the Petition Date or may otherwise be listed as "unknown" or "to be determined."

        The Debtors reserve their rights to object to any listed claims on the ground that, among other things, such claims have already been satisfied pursuant to a First Day Order or otherwise satisfied during the pendency of the Chapter 11 Cases.  The estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

19.     **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded the following items which may be included in their GAAP financial statements

from the Schedules: operating leases, accrued salaries, employee benefit accruals, certain other accruals, capitalized interest, debt acquisition costs, goodwill, financial instruments, certain other assets, and deferred revenues and gains.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

20.  **Intellectual Property Rights**.  The values presented reflect the remaining net book values, determined in accordance with GAAP, of intellectual property which was previously acquired in a business combination, asset acquisition, in-licensing or similar transaction.  Value associated with intellectual property internally generated or created, including enhancements to previously acquired intellectual property, are not reflected herein.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

21.  **Liens**.  The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.  A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.  Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors.  It is not the Debtors' intent that the Schedules be construed to supersede any orders entered by the Bankruptcy Court.

22.  **Insiders**.  For the purposes of their responses to Statement Question 28, the Debtors have listed the current officers and directors for each individual Debtor entity.  For the purposes of Statement Question 29, the Debtors have listed the names of all former officers and directors who received any form of payment from the Debtors in the one year prior to the Petition Date.

Persons listed as "insiders" have been included for informational purposes only and do not constitute an admission that any such individuals are insiders for purposes of the Bankruptcy Code or otherwise.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

23.    <u>**Signatory**</u>.  The Schedules and Statements have been signed by Mark T. Bradley in his capacity as Chief Financial Officer of Endo Parent.  In reviewing and signing the Schedules and Statements, he has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals.  He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**Schedules of Assets and Liabilities**

<u>**Schedule A/B Notes**</u>.

- **General**.  Each Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in various currencies, converted into U.S. dollars as of the Petition Date.  The Debtors excluded accounts with no current balances that may be seldomly used or inactive.

- **Schedule A/B, Part 2 – Deposits and Prepayments**.  The Debtors have made reasonable efforts to identify all deposits.  However, the Schedules may not reflect an exhaustive list of deposits.  The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn post-petition by the counterparty.  In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.  Retainer and deposit amounts are listed as of the Petition Date.

- **Schedule A/B, Part 3 – Accounts Receivable, Item 11**.  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts.  Accounts receivable include ordinary course receivables, and may also include any net credits in favor of the Debtors with respect to their trade payables.

- **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**.  Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

- **Schedule A/B, Part 9 – Real Property, Item 55**.  In response to AB55, the Debtors did not allocate the total book values of their property interest to individual properties.  Rather, in response to AB55, the Debtors identified and listed the following: (a) each category of real property in which the Debtor has an interest (*e.g.*, "land," "buildings," "leasehold

8

improvements"), along with the total book value of the Debtor's interest in such category of real property, and separately (b) the underlying individual properties in which the Debtor has an interest, each listed with an "undetermined" value.

- **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66**. The Debtors report intellectual property assets at net book value based on the Debtors' books and records whenever applicable. For purposes of the Schedules, the Debtors have listed goodwill on the Schedules of the applicable Debtor entities for which such assets are recorded on their books; the Debtor's failure to list such an asset on another Debtor's Schedules should not be construed as an admission that such other Debtor does not have an interest in such intangible or intellectual property. The Debtors have not listed or assigned any value for their goodwill.

- <u>**Schedule A/B, Part 11 – All Other Assets.**</u>

   o *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*. The Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72.

   o *Item 73 – Interests in Insurance Policies or Annuities*. The Debtors have made reasonable and good faith efforts to list all of their known insurance policies, including historic insurance policies. However, the Debtors are continuing to review their insurance assets and therefore reserve their rights to amend the Schedules and Statements to reflect additional insurance policies that may be property of the estates. Any inadvertent omission of an insurance policy from the Schedules and Statements of a Debtor is not a waiver of any rights that such Debtor may have thereunder.

   o *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims*. The Debtors attempted to list all known causes of action and other affirmative claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

   o *Item 76 – Trusts, equitable or future interests in property*. The Debtors have reported Qualified Settlement Funds ("QSFs") with reversionary interest clauses. The QSFs include funds that may be returned to the Debtors upon certain conditions not being met by the plaintiffs. Since the amounts subject to reversion are unknown, the value of the QSFs are reported as undetermined.

- o **Item 77 – Other Property of Any Kind Not Already Listed**.  Each Debtor has attached an exhibit, where applicable, listing that Debtor's intercompany receivables, on a net basis, with all other Company entities, both Debtors and non-Debtors.  The intercompany receivables reflect amounts owed pursuant to various ordinary course transactions between Company entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other Company entities.  The Debtors have included intercompany receivables as of July 31, 2022.

**Schedule D Notes**.

- A description of the Debtors' prepetition capital structure is contained in the *Motion Of The Debtors For The Entry Of Interim And Final Orders (i) Authorizing Debtors To Use Cash Collateral; (ii) Granting Adequate Protection To Prepetition Secured Parties; (iii) Modifying The Automatic Stay; And (V) Granting Related Relief* [Docket No. 17].

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such potential claims is unknown.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities and secured notes reflect the approximate principal amounts as of the Petition Date.

- The descriptions provided on Schedule D, including the descriptions of the underlying collateral, are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules

and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

- Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof and not to the beneficiaries thereof.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Moreover, because the Debtors have scheduled all claims in U.S. dollars, foreign creditors asserting claims in local currencies may disagree with the scheduled amounts due to differences in applied conversion rate.

- Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F was incurred or arose, fixing that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- On Schedule F, the Debtors' intercompany payables are reported on a net basis with all other Company entities, both Debtors and non-Debtors. The intercompany payables reflect amounts owed pursuant to various ordinary course transactions between Company entities. The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other Company entities. The Debtors have included intercompany payables as of July 31, 2022.

- The Bankruptcy Court has authorized the Debtors to pay, in whole or in part, prepetition claims relating to the Debtors' employee wages and compensation, benefits, and reimbursable business expenses. Accordingly, a Debtor's Schedule E/F only reflects those employee related claims due and owing as of the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy in whole or in part. Schedule E/F also contains information regarding pending litigation involving the Debtors. However,

certain omissions may have occurred. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

- All asserted or potential litigation-related claims referenced in Schedule E/F are contingent, unliquidated, and disputed.

- For the purposes of these Schedules and Statements, where a Debtor is a codefendant with other parties in a litigation, such codefendant(s) are listed on Schedule E/F only where such codefendant has affirmatively asserted a cross-claims against the Debtor in the underlying litigation or where a tolling agreement has been executed between such codefendant and the Debtor in the litigation. Conversely, the Debtors have not included on Schedule E/F, Part 2 the thousands of codefendants involved in pending litigation where such codefendants have not affirmatively asserted a cross-claim against the Debtor or executed a tolling agreement with the Debtor in the underlying litigation. The Debtors also have not included on Schedule E/F, Part 2 any codefendants with cross-claims that may have been "deemed" asserted against the Debtors and/or asserted solely as a procedural matter. Where potential claims have been affirmatively asserted or tolled and are listed on Schedule E/F, Part 2, the amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules. The Debtors do not concede that any claims that any codefendants have or may assert against any of the Debtors have merit or that any amounts are owed by the Debtors to such codefendants on account of such claims.

- The Debtors are aware of certain additional litigations outside of the United States for which they have incomplete information as of the filing of the Schedules and Statements, due to local restrictions regarding the sharing and processing of personal data. Specifically, the Debtors have been named as defendants in (a) 13 claims brought by individual claimants in England and Wales in the High Court in relation to injury suffered as a result of surgical mesh implants, (b) 56 separate claims brought by individual claimants in Scotland in the Court of Session, and (c) a number of separate claims brought by individual claimants in the Netherlands and Ireland (the "UK/EU Individual Claimants"). The Debtors have also been named as defendants in a class action in the Federal Court of Australia (Proceeding NSD 35/2018) brought by two named individuals (the "Named Australian Litigation Claimants") on their own right and on behalf of other woman relating to the usage of transvaginal surgical mesh products designed to treat pelvic organ prolapse or stress urinary incontinence (the "Australian Class Action Proceeding"). In addition to the Named Australian Litigation Claimants, the Debtors are aware of over 3,000 potential class members in the Australian Class Action Proceeding (the "Additional Australian Litigation Claimants"). The Debtors are currently in the process of receiving information regarding the Additional Australian Litigation Claimants and UK/EU Individual Claimants following entry of the Redaction Order [Docket No. 567] and will file a supplement to Schedule E/F that accounts for the Additional Australian Litigation Claimants and UK/EU Individual Claimants after such information has been received and processed.

- Certain litigations reflected as claims for or against one Debtor may relate to one or more of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of each Debtor that is party to the action. Where this was not possible, Endo Parent was listed as the defendant. Moreover, given the number of litigations involving Debtors, the Schedules do not contain specific details of every litigation, such as the names and addresses of each party to a given litigation.

- In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to critical and foreign vendors, lienholders and fuel suppliers made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

**<u>Schedule G Notes</u>.**

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- In some cases, the same contract counterparty appears multiple times in a Debtor's Schedule G. This multiple listing is generally intended to reflect distinct agreements between the applicable Debtor and such counterparty, however, due to the magnitude of data, it is possible that a multiple listing may be the result of duplicates.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. A Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement or lease.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates,

13

letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- To the extent that a Debtor is a licensee or lessee pursuant to an executory contract or lease and also a sublessor or sub licensor pursuant to another executory contract or lease, both executory contracts or leases will be listed separately on the Debtor's Schedule G.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**Schedule H Notes**.

- For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. As such, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

- The Debtors have not listed any litigation-related codefendants on Schedule H. Codefendants who have affirmatively asserted cross-claims against the Debtor, other than cross-claims that may have been "deemed" asserted against the Debtors and/or asserted solely as a procedural matter, or who have executed a tolling agreement the Debtor in the underlying litigation, can be found on the Debtors' Schedule E/F.

## Statement of Financial Affairs

**Statement Question 1 and 2 – Revenue**. The Debtors have reported net sales which are consistent with SEC reporting. The net sales for the 2022 stub period are as of the Petition Date. Net sales amounts are not presented on a stand-alone legal entity basis. Instead, individual Debtor sale amounts are reflective of the total sales amounts reported in the consolidated SEC reporting of Endo Parent, which are then divided and allocated between the applicable Debtors.

14

**Statement Question 3 – 90 Day Payments.**  Any payments made to the Debtors' bankruptcy case professionals, charitable organization and/or insiders within the 90 days prior to the Petition Date are disclosed in responses to SOFA 11, SOFA 9 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3.  Payments made to the Debtors' non-insider employees also are not listed herein.  Payments made to employees for compensation are not included; *however*, transfers made to third-party administrators used to compensate employees have been included.

**Statement Question 4 – Payments to Insiders.**  The Debtors' response to Statement Question 4 contains the full list of payments made to insiders on behalf of all Debtors in the aggregate during the one year preceding the Petition Date.

**Statement Question 6 – Setoffs.**  The Debtors are routinely subject to setoffs from third parties in the ordinary course of business.  Setoffs in the ordinary course result from routine transactions, including but not limited to, intercompany transactions, pricing discrepancies, and other disputes between Debtors and third parties.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and are not listed in the Debtors' responses to Statement Question 6.  Furthermore, the Debtors engage in certain customer programs, including credits and refunds.  Such transactions were also not included in responding to Statement Question 6, although the Debtors reserve all rights with respect thereto and make no admission or waiver thereby.  The Debtors reserve all rights to enforce or challenge any setoffs that have been or may be asserted.

**Statement Question 7 – Legal Actions.**  The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors.  The Debtors reserve all of their rights and defenses with respect to any and all lawsuits and administrative proceedings, irrespective of whether they were listed in response to Statements Question 7.  Moreover, the listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that some or all of the Debtors are not appropriate parties to such actions or proceedings.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to Statements Question 7, using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, they nonetheless reserve the right to amend and/or modify their respective responses to Statements Question 7 as they may deem necessary and appropriate.

The Debtors have not included workers' compensation claims in response to this question because the Debtors maintain that this disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996) and, for certain foreign jurisdictions could constitute a breach of federal/local privacy laws.

**Statement Question 9 – Certain Gifts and Charitable Contributions.**  The Debtors listed the value of product donations according to the base cost of such products.

**Statement Question 16 – Personally Identifiable Information**.  The Company privacy policies are disclosed on its public website at https://www.endo.com/privacy-legal, in multiple languages.

**Statement Question 26d – Firms Who Have Audited Books and Records.**
PricewaterhouseCoopers LLP audits the Company's consolidated financial statements.  As reflected in the various Debtors' responses to Statement Question 26b, other accounting firms may perform statutory stand-alone entity audits for certain Debtor entities in foreign jurisdictions.

**Statement Question 26d – Recipients of Financial Statements.**    Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at the end of each of its fiscal quarters and years, Endo Parent, prepare and file with the Securities and Exchange Commission (the "SEC") quarterly reports on Form 10-Q, annual reports on Form 10-K and current reports on Form 8-K, among other filings made with the SEC from time to time (collectively, the "SEC filings"). Certain of Endo Parent's filings contain consolidated financial statements relating to Endo International plc and its subsidiaries. Additionally, Endo Parent has historically provided the SEC filings in the investor relations sections of its website. Because the SEC filings are of public record, Endo Parent does not maintain records the parties who requested or obtained copies of any of the SEC filings from the SEC, the debtors, or other sources. In addition, certain Debtors are required to file financial statements in Ireland (pursuant to the Companies Act 2004 and in the United Kingdom (pursuant to the Companies Act 2006). Additionally, certain Debtors are subject to file annual accounts online with the Trade and Companies Register (registre de commerce et des sociétés - RCS) in Luxembourg and required to mention the filing of the accounts in the Electronic Compendium of Companies and Associations (recueil électronique des sociétés et associations - RESA).

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.**    Refer to Statement Question 4 for this item.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Endo International plc |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-22549 (JLG) |

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ....................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ....................................................................................................

   $ _____ 45,781,331.88*

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* ....................................................................................................

   $ _____ 45,781,331.88*

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____ 6,952,404,263.10

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................................

   $ _____ Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................................

   + $ _____ 1,737,538,040.68*

4. **Total liabilities** ...................................................................................................................................

   Lines 2 + 3a + 3b

   $ _____ 8,689,942,303.78*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name _____Endo International plc_____

United States Bankruptcy Court for the: _____Southern District of New York_____

Case number (If known) _____22-22549 (JLG)_____

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $ 22,199,554.28 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 22,199,554.28

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1 None | $ 0.00 |
| 7.2 | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 Prepaid - Insurance: D&O Liability | $ | 19,597,221.24 |
| 8.2 Prepaid - Professional / Legal Advisors | $ | 3,487,750.21 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 23,084,971.45

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ face amount | — _____ doubtful or uncollectible accounts | = | ...... → | $ | |
| 11b. Over 90 days old: | _____ face amount | — _____ doubtful or uncollectible accounts | = | ...... → | $ | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | | $ 0.00 |
| 14.2 | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 Endo Designated Activity Company | 100% % | N/A | $ Undetermined |
| 15.2 | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | | $ 0.00 |
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ Undetermined

---

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.

☐  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23.  Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24.  Is any of the property listed in Part 5 perishable?**

☐  No

☐  Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No

☐  Yes. Book value    $ _____    Valuation method _____    Current value    $ _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No

☐  Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.

☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor _____ Endo International plc _____ Case number (if known) 22-22549 (JLG)
    Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
                                Pg 21 of 269

**33. Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value   $ _____   Valuation method _____   Current value   $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38 Does the debtor own or lease any office furniture, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| **39. Office furniture** | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ _____ | _____ | $ _____ |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Endo International plc                                                                  Case number (If known)  22-22549 (JLG)
          Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ | 0.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>None | $ | | $ 0.00 |
| **61. Internet domain names and websites**<br>None | $ | | $ 0.00 |
| **62. Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| **64. Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| **65. Goodwill**<br>None | $ | | $ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ | 0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☐ No
- ☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71. Notes receivable**

Description (include name of obligor)

| None | | Total Face Amount | — Doubtful or uncollectible Amount | = → | $ | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | $ | 0.00 |
| --- | --- | --- | --- |
|  | Tax Year | $ | |
|  | Tax Year | $ | |

**73. Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
| --- | --- | --- |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| MCKESSON CORPORATION | $ | Undetermined |
| --- | --- | --- |

| Nature of Claim | Indemnification Claim |
| --- | --- |
| Amount Requested | $ Undetermined |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Purdue Pharmaceuticals L.P., et al., Debtors - Bankruptcy Claim | $ | Undetermined |
| --- | --- | --- |

| Nature of Claim | Claim filed for co-liability in connection with Opioid Lawsuits |
| --- | --- |
| Amount Requested | $ Undetermined |

**76. Trusts, equitable or future interests in property**

| None | $ | 0.00 |
| --- | --- | --- |

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 496,806.15 |
| --- | --- | --- |
|  | $ | |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 496,806.15* |
| --- | --- | --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

*Plus Undetermined Amounts

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 22,199,554.28 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 23,084,971.45 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ | 0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ | Undetermined | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ | 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . ................ → | | | $ | 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ | 496,806.15* | |
| 91. | **Total.** Add lines 80 through 90 for each column............91a. | $ | 45,781,331.88* | + 91b. $ 0.00 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................ | | | $ | 45,781,331.88* |

**\*Plus Undetermined Amounts**

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| E*TRADE | Investment | 5038 | $103,125.80 |
| Bank of America | Disbursement | 8017 | $21,063,650.76 |
| Bank of America | Intercompany | 8025 | $1,032,777.72 |
| | | **TOTAL** | **$22,199,554.28** |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Factory Mutual Insurance Europe S.A. | Property | 1099665 | Undetermined |
| Factory Mutual Insurance Company | Property | 1099697 | Undetermined |
| Factory Mutual Insurance Europe S.A. | Property | 1099694 | Undetermined |
| Lloyd's Insurance Company S.A. | Special Crime | B1723UBMSK2150080 | Undetermined |
| Generali | D&O Policy (Inc. Tail) | B1723UFIMW2250240 | Undetermined |
| Hiscox London | D&O Policy (Inc. Tail) | B1723UFIMW2250242 | Undetermined |
| Allied World Assurance Company (Europe) | D&O Policy (Inc. Tail) | B1723UFIMW2250241 | Undetermined |
| Lloyds of London | D&O Policy (Inc. Tail) | B1723UFIMW2250243 | Undetermined |
| Assicurazioni Generali | D&O Policy (Inc. Tail) | B1723UFIMW2250245 | Undetermined |
| Allied World Assurance Company (Europe) | D&O Policy (Inc. Tail) | B1723UFIMW2250246 | Undetermined |
| Lloyd's - Beazley | D&O Policy (Inc. Tail) | B1723UFIMW2250250 | Undetermined |
| Isosceles Insurance Ltd. | D&O Liability | EN-01-2022 | Undetermined |
| Everest Premier Insurance Company | Workers' Compensation (AOS) | RM5WC00042-211 | Undetermined |
| Everest Premier Insurance Company | Workers' Compensation (FL/NJ) | RM5WC00043-211 | Undetermined |
| Everest Premier Insurance Company | Workers' Compensation (Retro) | RM5WC00044-211 | Undetermined |
| Everest National Insurance Company | General Liability | RM5GL00029-211 | Undetermined |
| Everest National Insurance Company | Auto Liability (AOS) | RM5CA00026-211 | Undetermined |
| Everest National Insurance Company | Auto Liability | RM5CA00027-211 | Undetermined |
| Everest National Insurance Company | Primary Umbrella | XC5CU00208-211 | Undetermined |
| Chubb | Casualty (1st Excess) | XCQ G72542083 001 | Undetermined |
| XL Insurance America, Inc. | Casualty (2nd Excess) | US00011755LI21A | Undetermined |
| Liberty Mutual | Casualty (3rd Excess) | ECO(22)59929060 | Undetermined |
| Navigators Insurance Company | Casualty (4th Excess) | NY21MXE916645IV | Undetermined |
| Lloyd's Insurance Company S.A. | Marine and Cargo - Stock thru-put, Primary Layer | B0509MARCW2150597 | Undetermined |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Lloyd's Insurance Company S.A. | Marine and Cargo - Stock thru-put, 1st Layer | B0509MARCW2150604 | Undetermined |
| Lloyd's Insurance Company S.A. | Marine and Cargo - Stock thru-put, 2nd Layer | B0509MARCW2150926 | Undetermined |
| Lloyd's Insurance Company S.A. | Marine and Cargo - Stock thru-put, 3rd Layer | B0509MARCW2150601 | Undetermined |
| Lloyd's Insurance Company S.A. | Marine and Cargo - Stock thru-put, 4th Layer | B0509MARCW2150600 | Undetermined |
| LifeSciences Risk | Product Liability | LSR-PCO-00382-21 | Undetermined |
| NorthStar LifeSciences | Product Liability | EXSS 1054 21 | Undetermined |
| Illinois Union Insurance Company | Product Liability | G72543361 001 | Undetermined |
| TDC Specialty Underwriters | Product Liability | LSX-00001-20-05 | Undetermined |
| NorthStar LifeSciences | Product Liability | EXSS 1054 21 | Undetermined |
| Beazley/2623 AFB Lloyd's Syndicate | Product Liability | W24602210401 | Undetermined |
| Liberty Bermuda | Product Liability | LSMAHC158997A | Undetermined |
| 1218 NWL Lloyd's Syndicate | Product Liability | B1723UBMCI2150203 | Undetermined |
| Navigators Management Company Inc | Product Liability | B1723UBMCI2150204 | Undetermined |
| ACE American Insurance Company | International Casualty - Control Master Program Excluding Products | CXC D38075135 006 | Undetermined |
| AIG | Fiduciary Liability | B1723UFIMW2150207 | Undetermined |
| AIG | Cyber Security | B1723UFIPY2150022 | Undetermined |
| Lloyds (Chubb) | Crime | B1723UFIMW2250244 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2020 - 2021) | HC7NAB115P001 | Undetermined |
| NorthStar LifeSciences | Product Liability (Years: 2020 - 2021) | EXSS105420 | Undetermined |
| Life Science Risk | Product Liability (Years: 2020 - 2021) | LSRXS0055020 | Undetermined |
| TDC Specialty Insurance Company | Product Liability (Years: 2020 - 2021) | LSX000012004 | Undetermined |
| NorthStar LifeSciences | Product Liability (Years: 2020 - 2021) | EXSS238620 | Undetermined |
| Beazley (MGA) | Product Liability (Years: 2020 - 2021) | W24602200301 | Undetermined |
| Liberty Specialty Markets Bermuda Limited | Product Liability (Years: 2020 - 2021) | LSMAHC101307A | Undetermined |

Debtor Name: Endo International plc                                              Case Number: 22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Newline Underwriting Syndicate | Product Liability (Years: 2020 - 2021) | BOWCI2000740 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2020 - 2021) | HC7NAB20PS001 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2019 - 2020) | 3753201 | Undetermined |
| NorthStar LifeSciences | Product Liability (Years: 2019 - 2020) | EXSS105419 | Undetermined |
| TDC Specialty Insurance Company | Product Liability (Years: 2019 - 2020) | LSX000011903 | Undetermined |
| Life Science Risk | Product Liability (Years: 2019 - 2020) | LSRXS0045619 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2019 - 2020) | 1160208 | Undetermined |
| Illinois Union Insurance Company | Product Liability (Years: 2019 - 2020) | G46817837003 | Undetermined |
| Beazley (MGA) | Product Liability (Years: 2019 - 2020) | W24602190201 | Undetermined |
| Liberty Specialty Markets Agency Limited | Product Liability (Years: 2019 - 2020) | ISH0005557 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2019 - 2020) | BOWCI1900557 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2018 - 2019) | 003753200 | Undetermined |
| NorthStar LifeSciences | Product Liability (Years: 2018 - 2019) | EXSS105418 | Undetermined |
| TDC Specialty Insurance Company | Product Liability (Years: 2018 - 2019) | LSX000011802 | Undetermined |
| Life Science Risk | Product Liability (Years: 2018 - 2019) | LSRXS0036018 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2018 - 2019) | 001160207 | Undetermined |
| Illinois Union Insurance Company | Product Liability (Years: 2018 - 2019) | G46817837002 | Undetermined |
| Beazley (MGA) | Product Liability (Years: 2018 - 2019) | W24602180101 | Undetermined |
| Endurance Specialty Insurance Ltd. | Product Liability (Years: 2018 - 2019) | EXC10011805901 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2018 - 2019) | BOWCI1800502 | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2017 - 2018) | GL120895 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2017 - 2018) | 001160206 | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2017 - 2018) | EX152811 | Undetermined |
| Life Science Risk | Product Liability (Years: 2017 - 2018) | LSRXS0028517 | Undetermined |

Debtor Name:  Endo International plc                                                                                    Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| TDC Specialty Insurance Company | Product Liability (Years: 2017 - 2018) | LSX000241700 | Undetermined |
| TDC Specialty Insurance Company | Product Liability (Years: 2017 - 2018) | LSX000011701 | Undetermined |
| Illinois Union Insurance Company | Product Liability (Years: 2017 - 2018) | G46817837001 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2017 - 2018) | BOWCI1700522 | Undetermined |
| Endurance Specialty Insurance Ltd. | Product Liability (Years: 2017 - 2018) | EXC10011805900 | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2016 - 2017) | GL120894 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2016 - 2017) | 001160205 | Undetermined |
| LifeScience Risk | Product Liability (Years: 2016 - 2017) | LSRXS0019816 | Undetermined |
| TDC Specialty Insurance Company | Product Liability (Years: 2016 - 2017) | LSX000011600 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2016 - 2017) | B0509BOWCI1600558 | Undetermined |
| StarStone Specialty Insurance Company | Product Liability (Years: 2016 - 2017) | 34048D162AHL | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2015 - 2016) | GL120893 | Undetermined |
| Aspen Insurance UK Ltd | Product Liability (Years: 2015 - 2016) | K0A0YWK15A0H | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2015 - 2016) | 1160204 | Undetermined |
| LifeScience Risk | Product Liability (Years: 2015 - 2016) | LSRXS0011115 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2015 - 2016) | B0509DR734415 | Undetermined |
| Torus Specialty Insurance Company | Product Liability (Years: 2015 - 2016) | 34048D151AHL | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2014 - 2015) | GL120892 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2014 - 2015) | 1160203 | Undetermined |
| James River | Product Liability (Years: 2014 - 2015) | 00064035-0 | Undetermined |
| Torus Specialty Insurance Company | Product Liability (Years: 2014 - 2015) | 34048D140AHL | Undetermined |
| Aspen Insurance UK Ltd | Product Liability (Years: 2014 - 2015) | O0A0YWK14A0H | Undetermined |
| Markel Insurance Company | Product Liability (Years: 2014 - 2015) | 107239-1533-XSCLM-2014 | Undetermined |
| Newline Underwriting Syndicate | Product Liability (Years: 2014 - 2015) | DR691314(1) | Undetermined |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Endurance Specialty Insurance Ltd. | Product Liability (Years: 2014 - 2015) | EXC10004224401 | Undetermined |
| Gemini Insurance Co | Product Liability (Years: 2013 - 2014) | GL12089-1 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2013 - 2014) | 1160202 | Undetermined |
| Columbia Casualty Company | Product Liability (Years: 2013 - 2014) | 2054989843 | Undetermined |
| Aspen Insurance UK Ltd | Product Liability (Years: 2013 - 2014) | O0A0YWK13A0H | Undetermined |
| Markel Europe plc | Product Liability (Years: 2013 - 2014) | 1001261289XSCLM2013 | Undetermined |
| Chubb Custom Insurance Company | Product Liability (Years: 2013 - 2014) | 79957317 | Undetermined |
| Columbia Casualty Company | Product Liability (Years: 2013 - 2014) | 4032127311 | Undetermined |
| Catlin Syndicate (SJC) | Product Liability (Years: 2013 - 2014) | DL575113(1) | Undetermined |
| Endurance Specialty Insurance Ltd. | Product Liability (Years: 2013 - 2014) | EXC10004224400 | Undetermined |
| Lexington Insurance Company | Product Liability (Years: 2011 - 2012) | 6794179 | Undetermined |
| Columbia Casualty Company | Product Liability (Years: 2011 - 2012) | 2054989843 | Undetermined |
| Aspen Insurance UK Ltd | Product Liability (Years: 2011 - 2012) | O0A0YWK10A0H | Undetermined |
| Chubb Custom Insurance Company | Product Liability (Years: 2011 - 2012) | 79957317 | Undetermined |
| Ironshore Specialty Insurance Company | Product Liability (Years: 2011 - 2012) | 1160200 | Undetermined |
| Federal Insurance Company | Product Liability (Years: 2011 - 2012) | 79876963 | Undetermined |
| Lloyds Liberty Syndicate | D&O Liability (Years: 2017 - 2018) | B0509FINMW1700757 | Undetermined |
| AIG Europe Limited | D&O Liability (Years: 2015 - 2016) | B0509FINMW1500805 | Undetermined |
| Chubb European Group Limited | D&O Liability, 6th Excess (Years: 2017 - 2018) | B0509FINMW1700731 | Undetermined |
| Allied World Assurance Company (Europe) DAC | D&O Liability, 7th Excess / Lead Side A DIC (Years: 2017 - 2018) | B0509FINMW1700793 | Undetermined |
| Lloyds of London | D&O Liability, 8th Excess / 1st Excess Lead Side A DIC (Years: 2017 - 2018) | B0509FINMW1700799 | Undetermined |
| AIG Europe Limited / Llyods Syndicate | D&O Liability, 9th Excess / 2nd Excess Lead Side A DIC (Years: 2017 - 2018) | B0509FINMW1700798 | Undetermined |
| Allied World Assurance Company (Europe) Limited | D&O Liability, 7th Excess / Lead Side A DIC (Years: 2015 - 2016) | B0509FINMW1500489 | Undetermined |

Debtor Name:  Endo International plc                                                    Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Lloyds of London | D&O Liability, 8th Excess / 1st Excess Lead Side A DIC (Years: 2015 - 2016) | B0509FINMW1500486 | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| Other Current Assets | $429,400.44 |
| Intercompany Receivable - Anchen Pharmaceuticals, Inc. | $40,930.16 |
| Intercompany Receivable - Endo Finance LLC | $25,986.55 |
| Intercompany Receivable - Par Pharmaceutical, Inc. | $489.00 |
| **TOTAL** | **$496,806.15** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Endo International plc |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-22549 (JLG) |

☐ Check if this is an amended filing

## Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>COMPUTERSHARE TRUST COMPANY, N.A.<br><br>**Creditor's mailing address**<br>ATTN: MEGAN FORD<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | **Describe debtor's property that is subject to a lien**<br>Secured on a pari passu basis by first-priority liens on, and security interests in, the Prepetition Collateral in accordance with the terms of the First Lien Prepetition Security Documents and the First Lien Collateral Trust Agreement | $ 305,863,122.19 | $ Undetermined |
| | **Describe the lien**<br>Guarantor to 5.875% Senior Secured Notes due 2024 | | |
| **Creditor's email address, if known**<br>megan.ford@computershare.com | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**     Undetermined | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>     See Global Notes for Schedule D Disclosures | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| **2.2 Creditor's name**<br>COMPUTERSHARE TRUST COMPANY, N.A.<br><br>**Creditor's mailing address**<br>ATTN: MEGAN FORD<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | **Describe debtor's property that is subject to a lien**<br>Secured on a pari passu basis by first-priority liens on, and security interests in, the Prepetition Collateral in accordance with the terms of the First Lien Prepetition Security Documents and the First Lien Collateral Trust Agreement | $ 1,324,806,083.11 | $ Undetermined |
| | **Describe the lien**<br>Guarantor to 6.125% Senior Secured Notes due 2029 | | |
| **Creditor's email address, if known**<br>megan.ford@computershare.com | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**     Undetermined | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes.  Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☑ Yes. The relative priority of creditors is specified on lines      2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 6,952,404,263.10

| Debtor | Endo International plc | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
COMPUTERSHARE TRUST COMPANY, N.A.

**Describe debtor's property that is subject to a lien**
Secured on a pari passu basis by first-priority liens on, and security interests in, the Prepetition Collateral in accordance with the terms of the First Lien Prepetition Security Documents and the First Lien Collateral Trust Agreement

$ 2,072,337,165.30    $ Undetermined

**Creditor's mailing address**
ATTN: MEGAN FORD
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045

**Describe the lien**
Guarantor to 7.500% Senior Secured Notes due 2027

**Creditor's email address, if known**
MEGAN.FORD@COMPUTERSHARE.COM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines    2.1

---

**2.4**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Describe debtor's property that is subject to a lien**
As provided in the U.S. Pledge and Security Agreement - First-priority liens on and security interests in substantially all of the Debtors' assets, including all proceeds thereof.

$ 1,982,282,812.50    $ Undetermined

**Creditor's mailing address**
ATTN: RYAN BOWMAN
10 S. DEARBORN
CHICAGO, IL 60603

**Describe the lien**
Borrower to Term Loan Facility

**Creditor's email address, if known**
ryan.t.bowman@jpmorgan.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines    2.1

---

| Debtor | Endo International plc | | | |
|---|---|---|---|---|
| | Name | | Case number (If known): | 22-22549 (JLG) |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

JPMORGAN CHASE BANK,N.A.,AS
ADMINISTRATIVE AGENT

**Creditor's mailing address**

ATTENTION: RYAN BOWMAN
10 S. DEARBORN
CHICAGO, IL 60603

**Creditor's email address, if known**

ryan.t.bowman@jpmorgan.com

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines     2.1

**Describe debtor's property that is subject to a lien**

As provided in the U.S. Pledge and Security Agreement - First-priority liens on and security interests in substantially all of the Debtors' assets, including all proceeds thereof.

**Describe the lien**

Borrower to Revolving Credit Facility

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$ 277,875,675.00     $ Undetermined

---

**2.6**

**Creditor's name**

WILMINGTON SAVINGS FUND SOCIETY, FSB

**Creditor's mailing address**

ATTN: JOHN MICHOL
500 DELAWARE AVENUE
WILMINGTON, DE 19801

**Creditor's email address, if known**

jmcnichol@wsfsbank.com

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines     2.1

**Describe debtor's property that is subject to a lien**

Second-priority lien on, and on a junior basis with respect to, the Prepetition Collateral in accordance with the terms of the Second Lien Prepetition Security Documents and the Second Lien Collateral Trust Agreement

**Describe the lien**

Guarantor to 9.500% Senior Secured Second Lien Notes due 2027

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$ 989,239,405.00     $ Undetermined

---

| Debtor | 22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document |
|---|---|
| | Endo International plc                                    Pg 37 of 269 |

Name

Case number (If known):  22-22549 (JLG)

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| COMPUTERSHARE TRUST COMPANY, N.A.<br>C/O: ARENTFOX SCHIFF LLP<br>ATTN: BETH BROWNSTEIN, ANDREW SILFEN, NICHOLAS MARTEN<br>1301 AVENUE OF AMERICAS<br>NEW YORK, NY 10019 | Line 2.___1___ | _____ |
| COMPUTERSHARE TRUST COMPANY, N.A.<br>C/O: ARENTFOX SCHIFF LLP<br>ATTN: BETH BROWNSTEIN, ANDREW SILFEN, NICOLAS MARTEN<br>1301 AVENUE OF AMERICAS<br>NEW YORK, NY 10019 | Line 2.___2___ | _____ |
| COMPUTERSHARE TRUST COMPANY, N.A.<br>C/O: ARENTFOX SCHIFF LLP<br>ATTN: BETH M. BROWNSTEIN, ANDREW SILFEN, NICOLAS MARTEN<br>1301 AVENUE OF AMERICAS<br>NEW YORK, NY 10019 | Line 2.___3___ | _____ |
| J.P. MORGAN EUROPE LIMITED, LOAN AND AGENCY GROUP<br>25 BANK STREET<br>CANARY WHARF, LONDON, E14 5JP<br>UNITED KINGDOM | Line 2.___5___ | _____ |
| J.P. MORGAN EUROPE LIMITED, LOAN AND AGENCY GROUP<br>25 BANK STREET<br>CANARY WHARF, LONDON, E14 5JP<br>UNITED KINGDOM | Line 2.___4___ | _____ |
| JPMORGAN CHASE BANK, N.A.<br>C/O: SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA<br>425 LEXINGTON AVE.<br>NEW YORK, NY 10017 | Line 2.___5___ | _____ |
| JPMORGAN CHASE BANK, N.A.<br>C/O: SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA<br>425 LEXINGTON AVE.<br>NEW YORK, NY 10017 | Line 2.___4___ | _____ |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O: WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: ANDREW GOLDMAN & BENJAMIN LOVELAND<br>60 STATE STREET<br>BOSTON, MA 02109 | Line 2.___6___ | _____ |
| WILMINGTON TRUST, N.A., COLLATERAL TRUSTEE<br>C/O ALSTON & BIRD LLP<br>ATTN: ANTONE LITTLE<br>101 SOUTH TRYON STREET. SUITE 4000<br>CHARLOTTE, NC 28280-4000 | Line 2.___5___ | _____ |
| WILMINGTON TRUST, N.A., COLLATERAL TRUSTEE<br>C/O ALSTON & BIRD LLP<br>ATTN: ANTONE LITTLE<br>101 SOUTH TRYON STREET. SUITE 4000<br>CHARLOTTE, NC 28280-4000 | Line 2.___4___ | _____ |
| | Line 2._____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Endo International plc |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known) | 22-22549 (JLG) |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>STATE OF WISCONSIN<br>2135 RIMROCK ROAD<br>MADISON, WI 53708 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Income / Franchise Tax Audit | $     Undetermined | $     Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
A.F. of L. - A.G.C. Building Trades Welfare Plan
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2**
**Nonpriority creditor's name and mailing address**
Advantage Behavioral Health Systems
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.3**
**Nonpriority creditor's name and mailing address**
Aetna Inc
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.4**
**Nonpriority creditor's name and mailing address**
Alaska Native Tribal Health Consortium, Alaska
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.5**
**Nonpriority creditor's name and mailing address**
Albany Area Community Service Board d/b/a Aspire Behavioral Health & Developmental Disability Services
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.6**
**Nonpriority creditor's name and mailing address**
Aleutian Pribilof Islands Association, Inc.
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7**   **Nonpriority creditor's name and mailing address**

American Federation of State, County and Municipal Employees District
Council 37 Health & Security Plan
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

American Federation of State, County and Municipal Employees District
Council 37 Health & Security Plan
c/o Lieff Cabraser Heimann and Bernstein, LLP, Attn: DAN DRACHLER
1904 Third Avenue
Suite 1030
Seattle, WA 98101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**

AMERICAN STOCK TRANSFER AND TRUST COMPANY LLC
ARMOR HOLDCO INC
6201 15TH AVENUE
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    8.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

America's 1st Choice of South Carolina Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

Amerigroup Community Care Of New Mexico Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc
          Name                                                    Case number *(if known)*    22-22549 (JLG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Amerigroup District Of Columbia Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

Amerigroup Insurance Company d/b/a Amerigroup Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

Amerigroup Iowa Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

Amerigroup Kansas Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

Amerigroup Maryland Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**

Amerigroup Mississippi Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Amerigroup New Jersey Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Amerigroup Ohio Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Amerigroup Oklahoma Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

Amerigroup Pennsylvania Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Amerigroup Texas Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Amerigroup Washington Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

AmeriHealth Administrators, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

AMERIHEALTH CARITAS HEALTH PLAN
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

AmeriHealth HMO, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.27**

**Nonpriority creditor's name and mailing address**

AmeriHealth Insurance Company of New Jersey
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**

Amerisource Bergen Drug Corporation
c/o Buchanan Ingersoll & Rooney P.C. (Phill, Attn: Samantha Lee Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**

Amgp Georgia Managed Care Company Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**

Anthem Blue Cross Life And Health Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**

Anthem Health Plans Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Endo International plc
Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Case number (if known)    22-22549 (JLG)
Pg 45 of 269

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
| --- | --- | --- |

---

**3.32**  **Nonpriority creditor's name and mailing address**

Anthem Health Plans Of Kentucky Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33**  **Nonpriority creditor's name and mailing address**

Anthem Health Plans Of Maine Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34**  **Nonpriority creditor's name and mailing address**

Anthem Health Plans Of New Hampshire Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35**  **Nonpriority creditor's name and mailing address**

Anthem Health Plans Of Virginia Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36**  **Nonpriority creditor's name and mailing address**

Anthem Insurance Companies Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.37** | **Nonpriority creditor's name and mailing address**

Anthem Kentucky Managed Care Plan Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Anthem Life & Disability Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

Anthem Life Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Apc Passe LLC
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

Appanoose County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

Asbestos Workers Local 6 Health and Welfare Fund, on behalf of themselves and all others similarly situated
c/o Thornton Law Firm LLP, Attn: Evan R. Hoffman
30th Floor
100 Summer Street
Boston, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

Asbestos Workers Local Union No. 2 Welfare Fund
c/o VSCP Law, Attn: Gregory S. Spizer
Two Commerce Square
2001 Market Street, Ste. 3700
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

Baltimore City Board of School Commissioners
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

Baltimore County
c/o Silverman Thompson Slutkin and White LLC, Attn: Steven Donald Silverman
201 N Charles St Ste 2600
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

Bannock County, Idaho
c/o Mooney Wieland, Attn: Carl J. Withroe
Ste. 500
802 W. Bannock Street
Boise, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.47**

**Nonpriority creditor's name and mailing address**

BCBS of Mass HMO Blue Inc
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.48**

**Nonpriority creditor's name and mailing address**

BCBS of NC
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.49**

**Nonpriority creditor's name and mailing address**

Bergen County, New Jersey
c/o Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.50**

**Nonpriority creditor's name and mailing address**

Berkeley County, South Carolina
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.51**

**Nonpriority creditor's name and mailing address**

Bi-Lo Holding, LLC
c/o AHERN & ASSOCIATES PC, Attn: THEODORE B. BELL
8 SOUTH MICHIGAN AVE SUITE 3600
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**   **Nonpriority creditor's name and mailing address**

Blue Cross & Blue Shield Of Rhode Island
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53**   **Nonpriority creditor's name and mailing address**

Blue Cross and Blue Shield Association
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**   **Nonpriority creditor's name and mailing address**

Blue Cross And Blue Shield Association
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**   **Nonpriority creditor's name and mailing address**

Blue Cross and Blue Shield of Alabama
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**   **Nonpriority creditor's name and mailing address**

Blue Cross and Blue Shield of Florida Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.57**   **Nonpriority creditor's name and mailing address**

Blue Cross And Blue Shield Of Kansas City
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58**   **Nonpriority creditor's name and mailing address**

Blue Cross And Blue Shield Of Massachusetts Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59**   **Nonpriority creditor's name and mailing address**

Blue Cross And Blue Shield Of Minnesota
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60**   **Nonpriority creditor's name and mailing address**

Blue Cross and Blue Shield of Nebraska, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61**   **Nonpriority creditor's name and mailing address**

Blue Cross And Blue Shield Of Vermont
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**

**Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield Healthcare Plan Of Georgia Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield Of North Dakota And Nonprofit Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

Blue Cross Blue Shield Of Wisconsin
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

Blue Cross Of California
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

Blue Cross Of California Partnership Plan Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.67**  **Nonpriority creditor's name and mailing address**

Blue Cross of Idaho Health Service, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68**  **Nonpriority creditor's name and mailing address**

Blue Shield Of California
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69**  **Nonpriority creditor's name and mailing address**

Bluecross Blueshield Of South Carolina
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**  **Nonpriority creditor's name and mailing address**

Bluecross Blueshield Of Tennessee
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**  **Nonpriority creditor's name and mailing address**

Board of County Commissioners of the County of Colfax
c/o Durham, Pittard & Spalding, LLP, Attn: Caren I. Friedman
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Undetermined |
|---|---|---|---|
| | Board of County Commissioners of the County of Luna c/o Durham, Pittard & Spalding, LLP, Attn: Caren I. Friedman 505 Cerrillos Road, Suite A209 Santa Fe, NM 87501 | ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Opioid Litigation | |
| | **Date or dates debt was incurred**   Undetermined **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Undetermined |
|---|---|---|---|
| | Board of County Commissioners of the County of Torrance c/o Durham, Pittard & Spalding, Llp, Attn: Justin R. Kaufman 505 Cerrillos Road, Suite A209 Santa Fe, NM 87501 | ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Opioid Litigation | |
| | **Date or dates debt was incurred**   Undetermined **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Undetermined |
|---|---|---|---|
| | Board of County Commissioners of The County of Union c/o Durham, Pittard & Spalding, LLP, Attn: Caren I. Friedman 505 Cerrillos Road, Suite A209 Santa Fe, NM 87501 | ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Opioid Litigation | |
| | **Date or dates debt was incurred**   Undetermined **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Undetermined |
|---|---|---|---|
| | Board of Education of Bangor School Department c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers 70 W. Madison Ste. 4000 Chicago, IL 60602 | ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Opioid Litigation | |
| | **Date or dates debt was incurred**   Undetermined **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $  Undetermined |
|---|---|---|---|
| | Board of Education of Boardman Local Schools c/o Gertz & Rosen, Attn: Peter G. Tsarnas 11 South Forge Street Akron, OH 44304 | ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Opioid Litigation | |
| | **Date or dates debt was incurred**   Undetermined **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.77** | **Nonpriority creditor's name and mailing address**

Board of Education of Breathitt County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.78** | **Nonpriority creditor's name and mailing address**

Board of Education of Bullitt County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.79** | **Nonpriority creditor's name and mailing address**

Board of Education of Cape Elizabeth School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.80** | **Nonpriority creditor's name and mailing address**

Board of Education of East Aurora, School District 131
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.81** | **Nonpriority creditor's name and mailing address**

Board of Education of Ellsworth School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Board of Education of Estill County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Board of Education of Fayette County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Board of Education of Goshen School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Board of Education of Harrison County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Board of Education of Hart County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.87** | **Nonpriority creditor's name and mailing address**

Board of Education of Jefferson County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.88** | **Nonpriority creditor's name and mailing address**

Board of Education of Johnson County Public School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.89** | **Nonpriority creditor's name and mailing address**

Board of Education of Joliet Township High School, District 204
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.90** | **Nonpriority creditor's name and mailing address**

Board of Education of Kearsarge RSU- School Administrative Unit 65
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.91** | **Nonpriority creditor's name and mailing address**

Board of Education of LaRue County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.92** | **Nonpriority creditor's name and mailing address**

Board of Education of Lawrence County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.93** | **Nonpriority creditor's name and mailing address**

Board of Education of Lebanon School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.94** | **Nonpriority creditor's name and mailing address**

Board of Education of Liberty Local Schools
c/o Gertz & Rosen, Attn: Peter G. Tsarnas
11 South Forge Street
Akron, OH 44304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.95** | **Nonpriority creditor's name and mailing address**

Board of Education of Maine Regional School (RSU) Unit 10
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.96** | **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 13
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

| Debtor | Endo International plc | Case number *(if known)* | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 25
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 26
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 29
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 34
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 40
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.102**  **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 50
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**  **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 57
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 60
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105**  **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 71
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**

Board of Education of Maine RSU 9
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Endo International plc     22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document
        Name                                        Case number (if known)   22-22549 (JLG)
                                        Pg 60 of 269

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 15
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 28
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 35
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 44
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 53
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                         Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Endo International plc
         Name

Case number *(if known)*   22-22549 (JLG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.112**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 55
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 6
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 61
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine SAD 72
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**

Board of Education of Maine School Administrative (SAD) District 11
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.117**   **Nonpriority creditor's name and mailing address**

Board of Education of Martin County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118**   **Nonpriority creditor's name and mailing address**

Board of Education of Mason County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119**   **Nonpriority creditor's name and mailing address**

Board of Education of Menifee County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120**   **Nonpriority creditor's name and mailing address**

Board of Education of Minnetonka Public School District No. 276
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121**   **Nonpriority creditor's name and mailing address**

Board of Education of Owsley County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor | 22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Endo International plc
Name     Case number *(if known)*    22-22549 (JLG)
Pg 63 of 269

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address**

Board of Education of Pittsfield School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

Board of Education of Portland School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

Board of Education of Rochester City School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

Board of Education of Scarborough School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

Board of Education of South Portland School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
   Endo International plc
   Name    Pg 64 of 269    Case number (if known)    22-22549 (JLG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.127**   **Nonpriority creditor's name and mailing address**

Board of Education of St. George Municipal School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128**   **Nonpriority creditor's name and mailing address**

Board of Education of Tamworth School District
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129**   **Nonpriority creditor's name and mailing address**

Board of Education of the Pleasant Valley School District
c/o Frantz Law Group APLC, Attn: James Frantz
71 Stevenson Street, Suite 400
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130**   **Nonpriority creditor's name and mailing address**

Board of Education of Thornton Fractional Township High Schools , District 215
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**   **Nonpriority creditor's name and mailing address**

Board of Education of Thornton Township High Schools , District 205
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Endo International plc          22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document
         Name                                                    Case number (if known)   22-22549 (JLG)
                                           Pg 65 of 269

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.132** | **Nonpriority creditor's name and mailing address**

Board of Education of Waterville School Department
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

Board of Education of Wolfe County Public Schools
c/o Hughes Socol Piers Resnick & Dym, Attn: Matthew J. Piers
70 W. Madison
Ste. 4000
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

Breckinridge County Fiscal Court all other similarly situated Kentucky counties
on behalf of Breckinridge County
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

Bristol Bay Area Health Corporation
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS INC
BROADRIDGE ICS
51 MERCEDES WAY
EDGEWOOD, NY 11717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    8,609.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137**

**Nonpriority creditor's name and mailing address**

Broward Behavioral Health Coaltion, Florida
c/o Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Attn: Robert Cecil Gilbert
2800 Ponce de Leon Boulevard
Suite 1100
Miami, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**

**Nonpriority creditor's name and mailing address**

Buxton Hemsley Group, Inc.
1185 Avenue of the Americas
Floor 3
New York, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Litigation

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**

**Nonpriority creditor's name and mailing address**

Camden County, New Jersey
c/o Seeger Weiss - Newark, Attn: David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**

**Nonpriority creditor's name and mailing address**

Cardinal Health Inc
c/o Baker & Hostetler LLP, Attn: Victoria Morton Rutherfurd
45 Rockefeller Plaza
New York, NY 10111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141**

**Nonpriority creditor's name and mailing address**

CareFirst Bluechoice, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Endo International plc | Doc 628 | Filed 11/09/22 | Entered 11/09/22 23:53:18 | Main Document |
| | Name | | | Case number *(if known)* | 22-22549 (JLG) |

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Pg 67 of 269

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

Caremark PHC, LLC
c/o Foley & Lardner LLP, Attn: Rachel Esther Kramer
90 Park Ave
New York, NY 10016

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

Caremore Health Plan
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

Caremore Health Plan Of Arizona Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

Caremore Health Plan Of Nevada
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.147**   **Nonpriority creditor's name and mailing address**

Caremore Llc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148**   **Nonpriority creditor's name and mailing address**

Caresource Management Group Co
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149**   **Nonpriority creditor's name and mailing address**

Caroline County, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**   **Nonpriority creditor's name and mailing address**

Cass County, North Dakota
c/o Serkland, Lundberg, Erickson, Marcil & McLean, Attn: Joseph A. Wetch , Jr.
P.O. Box 6017
Fargo, ND 58108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**   **Nonpriority creditor's name and mailing address**

Centene Corporation
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc      22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name          Case number (if known)    22-22549 (JLG)
Pg 69 of 269

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.152** | **Nonpriority creditor's name and mailing address**

Central States, Southeast and Southwest Areas Health & Welfare Fund,
Individually and on Behalf of All Others Similarly Situated , Illinois
c/o Robbins Geller Rudman & Dowd LLP, Attn: Aelish Marie Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

Cerro Gordo County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

CHAO, JENNIFER M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

$       Undetermined

**Date or dates debt was incurred**    2/17/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

Charter Township of Harrison
c/o Kirk and Huth, Attn: Robert S. Huth , Jr.
Ste. 100
19500 Hall Road
Clinton Township, MI 48038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

Cherokee County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.157** **Nonpriority creditor's name and mailing address**

Chester County, Pennsylvania, Individually and on Behalf of All Others Similarly Situated
c/o PENNSYLVANIANS FOR MODERN COURTS, Attn: DEBORAH R. GROSS
TWO PENN CENTER SUITE 1140
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

Chet Johnson Drug Inc
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

Chicago Regional Council of Carpenters
c/o Edelson - San Francisco, Attn: Rafey S. Balabanian
150 California Street 18th Floor
San Francisco, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

Chicago Regional Council of Carpenters Welfare Fund
c/o Edelson - San Francisco, Attn: Rafey S. Balabanian
150 California Street 18th Floor
San Francisco, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**

Chickasaw County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Endo International plc
_____
Name

22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document
Case number (if known)   22-22549 (JLG)
Pg 71 of 269

| Part 2: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162**

**Nonpriority creditor's name and mailing address**

City and County of San Francisco, California
c/o Andrus Anderson LLP, Attn: Jennie Lee Anderson
155 Montgomery Street
Suite 900
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.163**

**Nonpriority creditor's name and mailing address**

City of Anaheim
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.164**

**Nonpriority creditor's name and mailing address**

City of Bellefonte, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.165**

**Nonpriority creditor's name and mailing address**

City of Berwyn
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.166**

**Nonpriority creditor's name and mailing address**

City of Boise, Idaho
c/o Mooney Wieland PLLC, Attn: Daniel E Mooney
405 S. 8th Street, Ste. 295
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.167** | **Nonpriority creditor's name and mailing address**

City of Boulder (NV)
c/o Keller Lenkner LLC, Attn: Ashley C. Keller
150 North Riverside Plaza
Suite 5100
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**

City of Bowie, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**

CITY OF CHICAGO
ATTN: THOMAS P. MCNULTY & FIONA BURKE
CITY OF CHICAGO DEPT. OF LAW
CONSTITUTIONAL & COMMERCIAL LITIGATION DIVISION
2 NORTH LASALLE STREET, SUITE 520
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Opioid Settlement Payment Guaranty

$ _____ Undetermined

**Date or dates debt was incurred**    7/5/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

City of Chicago Heights
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

City of Chubbuck, Idaho
c/o Mooney Wieland, Attn: Carl J. Withroe
Ste. 500
802 W. Bannock Street
Boise, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
         Name                                                        Case number *(if known)*    22-22549 (JLG)
                                                Pg 73 of 269

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.172** | **Nonpriority creditor's name and mailing address**

City of Concord, New Hampshire
c/o Cole Law Office, Attn: David N. Cole
65 Dartmouth College Hwy
LYME, NH 03768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.173** | **Nonpriority creditor's name and mailing address**

City of Coon Rapids, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.174** | **Nonpriority creditor's name and mailing address**

City of Costa Mesa
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.175** | **Nonpriority creditor's name and mailing address**

City of Covington, Louisiana
c/o Porteous Hainkel & Johnson, Attn: Glenn B Adams
704 Carondelet St
New Orleans, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.176** | **Nonpriority creditor's name and mailing address**

City of Detroit
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.177** | **Nonpriority creditor's name and mailing address**

City of Dover, New Hampshire
c/o Cole Law Office, Attn: David N. Cole
65 Dartmouth College Hwy
LYME, NH 03768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

City of Dublin
c/o Robins Kaplan - Minneapolis, Attn: Holly H. Dolejsi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

City of Duluth, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

City of East Lansing, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**

City of Encinitas
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.182** | **Nonpriority creditor's name and mailing address**

City of Escanaba
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

City of Fargo, North Dakota
c/o Serkland Law Firm, Attn: Ian Ronald McLean
P.O. Box 6017
Fargo, ND 58108-6017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

City of Frederick, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

City of Fullerton, California
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

City of Grand Forks, North Dakota
c/o Serkland, Lundberg, Erickson, Marcil & McLean, Attn: Joseph A. Wetch , Jr.
P.O. Box 6017
Fargo, ND 58108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.187** | **Nonpriority creditor's name and mailing address**

City of Grand Rapids, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.188** | **Nonpriority creditor's name and mailing address**

City of Grande Prairie
c/o Napoli Shkolnik PPLC, Attn: Hunter J. Shkolnik
360 Lexington Avenue
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.189** | **Nonpriority creditor's name and mailing address**

City of Greenup, KY On behalf of themselves and all other similarly situated
home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.190** | **Nonpriority creditor's name and mailing address**

City Of Harvey
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.191** | **Nonpriority creditor's name and mailing address**

City of Henderson, Kentucky
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

City of Hopwell, Virginia
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

City of Jackson, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

City of Jenkins, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

City of Jersey City, New Jersey
c/o Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

City of Kankakee
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Endo International plc
_____    Case number (if known)  22-22549 (JLG)
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197**

**Nonpriority creditor's name and mailing address**

City of La Habra
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**

City of La Mesa
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199**

**Nonpriority creditor's name and mailing address**

City of Lansing
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**

City of Los Angeles, California
c/o Robbins Geller Rudman & Dowd LLP, Attn: Aelish Marie Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**

City of Marinette
c/o Keller Lenkner LLC, Attn: Ashley C. Keller
150 North Riverside Plaza
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Endo International plc       22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name
Case number *(if known)*    22-22549 (JLG)
Pg 79 of 269

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.202** | **Nonpriority creditor's name and mailing address**

City of Mesquite (NV)
c/o Keller Lenkner LLC, Attn: Ashley C. Keller
150 North Riverside Plaza
Suite 5100
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

City of Mobile
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

City of Murrieta
c/o Robins Kaplan - Minneapolis, Attn: Holly H. Dolejsi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

City of North St. Paul
c/o Campbell Knutson, Attn: Jared D. Shepherd
Grand Oak Office Center
1860 Blue Gentian Road, Ste. 209
Eagan, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

City of Northlake
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.207**

**Nonpriority creditor's name and mailing address**

City of Oxnard
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**

City of Pekin
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**

City of Peoria
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**

City of Phoenix, Arizona
c/o Robbins Geller Rudman & Dowd LLP, Attn: Dorothy P. Antullis
120 East Palmetto Park Road
Suite 500
BOCA RATON, FL 33432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**

City of Pineville, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Endo International plc
          _____
          Name

Case number (if known)    22-22549 (JLG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.212** **Nonpriority creditor's name and mailing address**

City of Placentia
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

City of Pocatello, Idaho
c/o Mooney Wieland PLLC, Attn: Steven P Wieland
802 W. Bannock St., Ste 500
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

City of Poughkeepsie
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

City of Preston, Idaho
c/o Mooney Wieland PLLC, Attn: Steven P Wieland
802 W. Bannock St., Ste 500
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

City of Proctor, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.217** | **Nonpriority creditor's name and mailing address**

City of Providence, Rhode Island
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**

City of Rochester
c/o Terence Murphy O'Rourke
City of Rochester
31 Wakefield Street
ROCHESTER, NH 03867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**

City of Rochester, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**

City of Russell, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**

City of Sacramento
c/o Susman Godfrey, Attn: Steven G. Sklaver
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 90067-6029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.222** | **Nonpriority creditor's name and mailing address**

City of San Clemente
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address**

City of San Diego, California
c/o San Diego City Attorney, Attn: Mark D. Ankcorn
1200 Third Avenue, Suite 1100
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address**

City of Santa Ana
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address**

City of Sault Ste. Marie, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**

City of South Shore, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew D. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.227**

**Nonpriority creditor's name and mailing address**

City of Sterling Heights
c/o Kirk and Huth, Attn: Robert S. Huth , Jr.
Ste. 100
19500 Hall Road
Clinton Township, MI 48038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**

City of Streator
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229**

**Nonpriority creditor's name and mailing address**

City of Superior, Wisconsin
c/o The Previant Law Firm, S.C., Attn: Casey Paul Shorts
310 W. Wisconsin Avenue, Ste. 100 MW
Milwaukee, WI 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**

City of Traverse City, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**

City of Twin Falls, Idaho
c/o Mooney Wieland PLLC, Attn: Daniel E Mooney
405 S. 8th Street, Ste. 295
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Endo International plc_____     22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document
        Name                                                              Case number (if known)    22-22549 (JLG)
                                                    Pg 85 of 269

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.232** | **Nonpriority creditor's name and mailing address**

City of Vanceburg, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**

City of Warren, Michigan
c/o Kirk and Huth, Attn: Robert S. Huth , Jr.
Ste. 100
19500 Hall Road
Clinton Township, MI 48038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**

City of Westland, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**

City of Westminster
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**

City of Worthington, KY On behalf of themselves and all other similarly situated home rule cities
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Endo International plc
          Name                                                    Case number *(if known)*   22-22549 (JLG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.237**  **Nonpriority creditor's name and mailing address**

Claim Management Services Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238**  **Nonpriority creditor's name and mailing address**

Class of Doxycycline End-Payers
c/o LOCKRIDGE GRINDAL NAUEN PLLP, Attn: HEIDI M SILTON
100 SOUTH WASHINGTON AVENUE
SUITE 2200
MINNEAPOLIS, MN 55401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239**  **Nonpriority creditor's name and mailing address**

Class of Propranolol End-Payers
c/o LOCKRIDGE GRINDAL NAUEN PLLP, Attn: HEIDI M SILTON
100 SOUTH WASHINGTON AVENUE
SUITE 2200
MINNEAPOLIS, MN 55401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240**  **Nonpriority creditor's name and mailing address**

Clayton Community MH/SA/DS Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241**  **Nonpriority creditor's name and mailing address**

Cleveland Bakers and Teamsters Health and Welfare Fund
c/o Robbins Geller Rudman & Dowd LLP, Attn: Aelish Marie Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc
        Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
                              Pg 87 of 269
Case number (if known)    22-22549 (JLG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** Nonpriority creditor's name and mailing address

Cobb County Community Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Opioid Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.243** Nonpriority creditor's name and mailing address

COLE SCHOTZ PC
25 MAIN STREET COURT PLAZA NORTH
HACKENSACK, NJ 07602-0800

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 285.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.244** Nonpriority creditor's name and mailing address

Community Care Health Plan Of Louisiana Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Generic Pricing Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.245** Nonpriority creditor's name and mailing address

Community Care Health Plan Of Nevada Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Generic Pricing Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.246** Nonpriority creditor's name and mailing address

Community Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Generic Pricing Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** | **Nonpriority creditor's name and mailing address**

Community Mental Health Center of East Central Georgia d/b/a Serenity Behavioral Health Systems
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address**

Community Service Board of Middle Georgia
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address**

Compcare Health Services Insurance Corporation
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address**

CompServices, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address**

COMPUTERSHARE INVESTOR SERVICES
IRELAND LIMITED
3100 LAKE DRIVE CITYWEST BUS CAMPUS
DUBLIN 24, D24 AK82
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

CONYERS DILL AND PEARMAN
2 CHURCH STREET
HAMILTON, HM 11
BERMUDA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,737.50

---

**3.253** **Nonpriority creditor's name and mailing address**

COOKE, SHANE M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred**    8/25/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.254** **Nonpriority creditor's name and mailing address**

County of Alameda
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.255** **Nonpriority creditor's name and mailing address**

County of Albany
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.256** **Nonpriority creditor's name and mailing address**

County of Alcona, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Endo International plc     **22-22549-jlg**    **Doc 628**    **Filed 11/09/22**    **Entered 11/09/22 23:53:18**    **Main Document**

Name     Case number *(if known)*    22-22549 (JLG)

Pg 90 of 269

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.257**

**Nonpriority creditor's name and mailing address**

County of Alger, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.258**

**Nonpriority creditor's name and mailing address**

County of Alpena, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.259**

**Nonpriority creditor's name and mailing address**

County of Antrim, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.260**

**Nonpriority creditor's name and mailing address**

County of Arenac, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.261**

**Nonpriority creditor's name and mailing address**

County of Baraga, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.262** Nonpriority creditor's name and mailing address

County of Benzie, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Opioid Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address

County of Berrien, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Opioid Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address

County of Cass, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Opioid Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.265** Nonpriority creditor's name and mailing address

County of Cattaraugus
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Generic Pricing Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address

County of Charlevoix, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Opioid Litigation

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267**

**Nonpriority creditor's name and mailing address**

County of Cheboygan
c/o The Miller Law Firm, P.C., Attn: Sharon S. Almonrode
950 West University Drive
Suite 300
Rochester, MI 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268**

**Nonpriority creditor's name and mailing address**

County of Chemung
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269**

**Nonpriority creditor's name and mailing address**

County of Chenango
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270**

**Nonpriority creditor's name and mailing address**

County of Chippewa
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271**

**Nonpriority creditor's name and mailing address**

County of Clinton, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.272**   **Nonpriority creditor's name and mailing address**

County of Columbia
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273**   **Nonpriority creditor's name and mailing address**

County of Crawford, Michigan
c/o Weitz & Luxenberg - New York, Attn: Ellen Relkin
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274**   **Nonpriority creditor's name and mailing address**

County of Delta
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275**   **Nonpriority creditor's name and mailing address**

County of Dickinson, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276**   **Nonpriority creditor's name and mailing address**

County of Erie
c/o NAPOLI SHKOLNIK & ASSOC., PLLC, Attn: W. STEVEN BERMAN
10,000 LINCOLN DRIVE E
ONE GREENTREE CENTER, SUITE 201
MARLTON, NJ 08053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Endo International plc___ | 22-22549-jlg Doc 628 Filed 11/09/22 Entered 11/09/22 23:53:18 Main Document | Case number (if known) 22-22549 (JLG)
Name

Pg 94 of 269

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

County of Essex
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

County of Genesee
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

County of Grand Traverse
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

County of Gratiot, Michigan
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

County of Hillsdale
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name                                          Pg 95 of 269                    Case number (if known)    22-22549 (JLG)

22-22549-jlg

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.282** | **Nonpriority creditor's name and mailing address**

County of Houghton, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**

County of Ingham, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**

County of Ionia, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address**

County of Iosco, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**

County of Iron Mountain, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.287** | **Nonpriority creditor's name and mailing address**

County of Isabella, Michigan
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address**

County of Kent, Michigan
c/o Welch Law Firm, Attn: Elizabeth Welch
P.O. Box 6262
Grand Rapids, MI 49516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address**

County of Lake, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address**

County of Leelanau, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address**

County of Lenawee, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Endo International plc    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name    Case number (if known)    22-22549 (JLG)
Pg 97 of 269

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.292** | **Nonpriority creditor's name and mailing address**

County of Livingston
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address**

County of Livingston, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**

County of Luce, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**

County of Macomb
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**

County of Manistee, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.297** | **Nonpriority creditor's name and mailing address**

County of Marin, California
c/o Andrus Anderson, Attn: Jennie Lee Anderson
155 Montgomery Street Ste. 900
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

County of Marquette, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

County of Merrimack, Montana
c/o Mitchell Municipal Group PA, Attn: Naomi N. Butterfield
25 Beacon Street E
LACONIA, NH 03246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

County of Monroe
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

County of Monroe, Michigan
c/o The Miller Law Firm, P.C., Attn: Sharon L. Almonrode
950 West University Drive
Suite 300
Rochester, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc      22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name          Case number (if known)    22-22549 (JLG)
Pg 99 of 269

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

County of Montcalm, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

County of Montmorency, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

County of Napa, California
c/o Andrus Anderson, Attn: Jennie Lee Anderson
155 Montgomery Street Ste. 900
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**

County of Newaygo, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**

County of Oakland
c/o The Miller Law Firm, P.C., Attn: Dennis A. Lienhardt
950 W. University Drive
Suite 300
Rochester, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Endo International plc
Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Pg 100 of 269
Case number (if known) _____ 22-22549 (JLG)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307**   **Nonpriority creditor's name and mailing address**

County of Oceana, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308**   **Nonpriority creditor's name and mailing address**

County of Ogemaw, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309**   **Nonpriority creditor's name and mailing address**

County of Oneida
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310**   **Nonpriority creditor's name and mailing address**

County of Onondaga
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311**   **Nonpriority creditor's name and mailing address**

County of Ontonagon, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.312** | **Nonpriority creditor's name and mailing address**

County of Osceola
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**

County of Osceola, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

County of Otsego
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

County of Otsego, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

County of Presque Isle, Michigan
c/o Weitz & Luxenberg - Detroit, Attn: Paul F. Novak
Ste. 2150
3011 West Grand Blvd.
Detroit, MI 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.317** | **Nonpriority creditor's name and mailing address**

County of Roscommon, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address**

County of Saginaw
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address**

County of San Luis Obispo, California
c/o Andrus Anderson, Attn: Jennie Lee Anderson
155 Montgomery Street Ste. 900
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address**

County of San Mateo
c/o Cotchett, Pitre & McCarthy, Attn: Anne Marie Murphy
840 Malcolm Road
Ste. 200
Burlinghame, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address**

County of Sanilac, Michigan
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Endo International plc    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name
Case number (if known)    22-22549 (JLG)
Pg 103 of 269

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

County of Santa Cruz, California
c/o Andrus Anderson, Attn: Jennie Lee Anderson
155 Montgomery Street Ste. 900
San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

County of Schuyler
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

County of Shelby
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

County of Shiawassee, Michigan
c/o Behm and Behm, Attn: Michael J. Behm
209 Schwartz Drive
Flint, MI 48503

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

County of Sonoma, California
c/o Andrus Anderson, Attn: Jennie Lee Anderson
155 Montgomery Street Ste. 900
San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.327** **Nonpriority creditor's name and mailing address**

County of St. Clair, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**

County of Suffolk
c/o CALCATERRA POLLACK LLP, Attn: JANINE LEE POLLACK
1140 AVENUE OF THE AMERICAS 9TH FL
NEW YORK, NY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329** **Nonpriority creditor's name and mailing address**

County of Tulare, California
c/o Casey, Gerry, Schenk, Francavilla, Blatt & Penfield LLP, Attn: Alyssa
Marie Williams
110 Laurel Street
San Diego, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330** **Nonpriority creditor's name and mailing address**

County of Tuscola, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331** **Nonpriority creditor's name and mailing address**

County of Washtenaw, Michigan
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Endo International plc
Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Case number (if known)   22-22549 (JLG)
Pg 105 of 269

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.332** | **Nonpriority creditor's name and mailing address**

County of Wayne, Michigan
c/o The Miller Law Firm, P.C., Attn: Dennis A. Lienhardt
950 W. University Drive
Suite 300
Rochester, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address**

County of Westchester
c/o Napoli Shkolnik PLLC, Attn: Salvatore C. Badala
360 Lexington Avenue
11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address**

County of Wexford, Michigan
c/o Smith & Johnson Attorneys PC, Attn: Timothy P. Smith
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**

County of Yates
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address**

CVS Pharmacy Inc
c/o Constantine Cannon LLP, Attn: Allison Sheedy
1001 Pennsylvania Ave, NW
Suite 1300N
Washington, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.337** | **Nonpriority creditor's name and mailing address**

CVS Pharmacy, Inc.
c/o Hangley Aronchick Segal Pudlin & Schiller, Attn: Barry L Refsin
One Logan Square
27th Floor
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**

Detectives Endowment Association of The City of New York
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**

Detroit Wayne Mental Health Authority, Michigan
c/o The Miller Law Firm, P.C., Attn: Sharon S. Almonrode
950 West University Drive
Suite 300
Rochester, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**

DF KING AND CO INC
48 WALL STREET 22ND FL
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    20,102.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL LLC
DBA DONNELLEY FINANCIAL SOLUTIONS
35 W WACKER DRIVE
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.342** Nonpriority creditor's name and mailing address

DONNELLEY FINANCIAL SOLUTIONS
DONNELLEY FINANCIAL LLC
PO BOX 842282
BOSTON, MA 02284-2282

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,642.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.343** Nonpriority creditor's name and mailing address

Drogueria Betances, LLC, on behalf of itself and all others similarly situated
c/o Garwin Gerstein & Fisher LLP, Attn: Bruce E. Gerstein
1501 Broadway
Suite 1416
New York, NY 10036

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Antitrust Litigation

$ Undetermined

Date or dates debt was incurred　　Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.344** Nonpriority creditor's name and mailing address

Dry Creek Band of Pomo Indians
c/o Skikos Crawford Skikos & Joseph - San Francisco, Attn: Steven J. Skikos
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Opioid Litigation

$ Undetermined

Date or dates debt was incurred　　Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.345** Nonpriority creditor's name and mailing address

Eddy County
c/o Durham, Pittard & Spalding, LLP, Attn: Caren I. Friedman
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Opioid Litigation

$ Undetermined

Date or dates debt was incurred　　Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.346** Nonpriority creditor's name and mailing address

Emblemhealth Inc & Its Subsidiaries Including Hipogny & GH Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Generic Pricing Litigation

$ Undetermined

Date or dates debt was incurred　　Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.347** | **Nonpriority creditor's name and mailing address**

Emmet County, Iowa
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**

Empire Healthchoice Assurance Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$        Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address**

Empire Healthchoice Hmo Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$        Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**

ENDO LUXEMBOURG FINANCE COMPANY I S.À R.L.
18, BOULEVARD DE KOCKELSCHEUER
L-1821
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$        199,185,683.34

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

ENDO PHARMACEUTICALS INC.
1400 ATWATER DRIVE
MALVERN, PA 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$        131,581,902.64

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,528.20 |
| --- | --- | --- | --- |

ENDO U.S. INC.
1400 ATWATER DRIVE
MALVERN, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 51,150,027.13 |
| --- | --- | --- | --- |

ENDO VENTURES LIMITED
FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD
BALLSBRIDGE
DUBLIN 4,
IRELAND (EIRE)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

Essex County, New Jersey
c/o Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,635.44 |
| --- | --- | --- | --- |

ETRADE FINANCIAL CORPORATE SERVICES INC
671 N GLEBE ROAD
ARLINGTON, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

Express Scripts Inc
c/o Husch Blackwell LLP, Attn: Matthew D. Knepper
190 Carondelet Plaza, Suite 600
St Louis, MO 63105

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.357** **Nonpriority creditor's name and mailing address**

Falconer Pharmacy Inc
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**

Federal Trade Commission
c/o Federal Trade Commission, Attn: Markus H. Meier
400 7th Street SW
Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**

Frederick County, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

Freedom Health Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**

Fremont County, Iowa
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.362** | **Nonpriority creditor's name and mailing address**

FWK Holdings, LLC
c/o Sperling & Slater PC, Attn: David P. Germaine
55 W. Monroe St.
Suite 3200
Chicago, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**

FWK Holdings, LLC
c/o Hagens Berman Sobol Shapiro LLP, Attn: Thomas M. Sobol
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**

Garrett County, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**

Gateway Community Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**

Georgia Mountains Community Services d/b/a Avita Community Partners
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.367**   **Nonpriority creditor's name and mailing address**

Georgia Pines Community Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368**   **Nonpriority creditor's name and mailing address**

GFD COMMUNICATIONS LIMITED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ _____ 1,091.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.369**   **Nonpriority creditor's name and mailing address**

Global Tpa LLC
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370**   **Nonpriority creditor's name and mailing address**

Government Employees Health Association , Inc.
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371**   **Nonpriority creditor's name and mailing address**

Government Employees Health Association, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.372** **Nonpriority creditor's name and mailing address**

Greater Georgia Life Insurance Company Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

Green County Fiscal Court all other similarly situated Kentucky counties on behalf of Green County
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

Halliday's & Koivisto's Pharmacy
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

Hancock County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.377** | **Nonpriority creditor's name and mailing address**

Hardin County Fiscal Court all other similarly situated Kentucky counties on behalf of Hardin County
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**

Harford County, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**

Harmon County Board of County Commissioners
c/o Fulmer Sill Law Group, Attn: Harrison C. Lujan
1101 North Broadway Avenue
Ste. 102
Oklahoma City, OK 73103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**

Harris County, Texas
c/o THE CICALA LAW FIRM PLLC, Attn: JOANNE CICALA
101 COLLEGE STREET
DRIPPING SPRINGS, TX 78620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address**

Harvard Pilgrim Health Care Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.382** **Nonpriority creditor's name and mailing address**

Hawaii Medical Service Association
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.383** **Nonpriority creditor's name and mailing address**

HAYSTACK NEEDLE LLC
2280 EIGHTH AVENUE SUITE 10B
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**

Health Care Service Corp
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.385** **Nonpriority creditor's name and mailing address**

Health Net Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.386** **Nonpriority creditor's name and mailing address**

Health Partners Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.387**

**Nonpriority creditor's name and mailing address**

Healthkeepers Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388**

**Nonpriority creditor's name and mailing address**

Healthlink Hmo Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389**

**Nonpriority creditor's name and mailing address**

HealthNow New York, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390**

**Nonpriority creditor's name and mailing address**

Healthplus Hp LLC
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391**

**Nonpriority creditor's name and mailing address**

Healthsun Health Plans Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392**

**Nonpriority creditor's name and mailing address**

Healthy Alliance Life Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.393**

**Nonpriority creditor's name and mailing address**

H-E-B LP
c/o Kenny Nachwalter P.A., Attn: Anna Theresa Neill
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394**

**Nonpriority creditor's name and mailing address**

Hennepin County
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395**

**Nonpriority creditor's name and mailing address**

Henry County, Iowa
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396**

**Nonpriority creditor's name and mailing address**

Her Majesty The Queen in Right of the Province of British Columbia
c/o British Columbia Ministry of Justice, Attn: Honourable David Eby, Attorney General
P.O. Box 9044 Stn Prov Govt
Victoria, BC V8W 9E2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.397**   **Nonpriority creditor's name and mailing address**

Highland Rivers Community Service Board d/b/a Highland Rivers Health
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398**   **Nonpriority creditor's name and mailing address**

Highmark Bcbsd Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399**   **Nonpriority creditor's name and mailing address**

Highmark Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400**   **Nonpriority creditor's name and mailing address**

Highmark West Virginia Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401**   **Nonpriority creditor's name and mailing address**

Hmo Colorado Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.402**

**Nonpriority creditor's name and mailing address**

Hmo Missouri Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**

Horizon Healthcare Services Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404**

**Nonpriority creditor's name and mailing address**

HOULIHAN LOKEY CAPITAL INC
10250 CONSTELLATION BLVD 5TH FL
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.405**

**Nonpriority creditor's name and mailing address**

Humana Inc
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406**

**Nonpriority creditor's name and mailing address**

Humana Inc
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
| --- | --- | --- |

**3.407** | **Nonpriority creditor's name and mailing address**

Humana Inc.
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

HUTSON, NANCY J., PH.D.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Indemnification Claim

$                              Undetermined

**Date or dates debt was incurred**    2/28/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

HYATT, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Indemnification Claim

$                              Undetermined

**Date or dates debt was incurred**    2/28/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

Ida County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

ILWU-PMA Welfare Plan
c/o Hughes Socol Piers Resnick Dym, Attn: Caryn C. Lederer
Ste. 4000
70 West Madison Street
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Endo International plc
         Name

22-22549-jlg   Doc 628   Filed 11/09/22   Entered 11/09/22 23:53:18   Main Document
                        Pg 121 of 269
Case number (if known)   22-22549 (JLG)

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Independence Hospital Indemnity Plan, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Independent Health Association
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Independent Health Benefits Corporation
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Indian Health Council, Inc.
c/o Hobbs, Straus, Dean & Walker, Attn: Adam Phillip Bailey
1903 21st Street
3rd Floor
SACRAMENTO, CA 95811

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Intergovernmental Personnel Benefit Cooperative
c/o Edelson - San Francisco, Attn: Rafey S. Balabanian
150 California Street 18th Floor
San Francisco, CA 94111

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Intergovernmental Risk Management Agency, Illinois
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

International Union of Operating Engineers Local 30 Benefits Fund
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

International Union of Operating Engineers, Local 150, Illinois
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Iron County
c/o Weitz & Luxenberg - New York, Attn: Paul J. Pennock
5th Floor
700 Broadway
New York, NY 10003

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JAMES PAPP
First Floor, Minerva House, Simmonscourt Road
Ballsbridge, Dublin 4 Ireland

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred**    6/12/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.422**   **Nonpriority creditor's name and mailing address**

Jamestown S'Klallam Tribe, Washington
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423**   **Nonpriority creditor's name and mailing address**

JENNY O'CONNELL
First Floor, Minerva House, Simmonscourt Road
Ballsbridge, Dublin 4 Ireland

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

$    Undetermined

**Date or dates debt was incurred**    11/13/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424**   **Nonpriority creditor's name and mailing address**

JM Smith Corporation
c/o KENNY NACHWALTER, P.A., Attn: WILLIAM J. BLECHMAN
1441 Brickell Avenue
suite 1100
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.425**   **Nonpriority creditor's name and mailing address**

Johns Hopkins Healthcare LLC
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426**   **Nonpriority creditor's name and mailing address**

Jones County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.427**

**Nonpriority creditor's name and mailing address**

Keokuk County, Iowa
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428**

**Nonpriority creditor's name and mailing address**

Keystone Family Health Plan
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.429**

**Nonpriority creditor's name and mailing address**

Keystone Health Plan East, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430**

**Nonpriority creditor's name and mailing address**

Kodiak Area Native Association, Alaska
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431**

**Nonpriority creditor's name and mailing address**

Lac La Ronge Indian Band
c/o Napoli Shkolnik PPLLC, Attn: Hunter J. Shkolnik
360 Lexington Avenue
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Endo International plc    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name    Case number (if known)    22-22549 (JLG)
Pg 125 of 269

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.432**   **Nonpriority creditor's name and mailing address**

LATHAM AND WATKINS
555 WEST FIFTH STREET STE 300
LOS ANGELES, CA 90013-1020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.433**   **Nonpriority creditor's name and mailing address**

LATHAM AND WATKINS LLP
PO BOX 7247-8202
PHILADELPHIA, PA 19170-8202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     7,245.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434**   **Nonpriority creditor's name and mailing address**

Law Enforcement Health Benefits Inc.
c/o Grant & Eisenhofer, P.A., Attn: Deborah A. Elman
485 Lexington Avenue
29th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435**   **Nonpriority creditor's name and mailing address**

Lee Memorial Health System
c/o Hartley Law, Attn: Timothy M. Hartley
12 Southeast Seventh Street, Ste. 610
Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436**   **Nonpriority creditor's name and mailing address**

Lookout Mountain Community Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437**  **Nonpriority creditor's name and mailing address**

Louisiana Health Service & Indemnity Company d/b/a BCBS of Louisiana and HMO Louisiana Inc
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.438**  **Nonpriority creditor's name and mailing address**

Lower Southampton, PA
c/o Skikos Crawford Skikos & Joseph - San Francisco, Attn: Steven J. Skikos
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.439**  **Nonpriority creditor's name and mailing address**

Lupin Ltd
c/o Garwin Gerstein & Fisher LLP, Attn: Daniel Litvin
88 Pine Street, 10th Floor
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.440**  **Nonpriority creditor's name and mailing address**

Lupin Pharmaceuticals Inc
c/o Garwin Gerstein & Fisher LLP, Attn: Daniel Litvin
88 Pine Street, 10th Floor
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.441**  **Nonpriority creditor's name and mailing address**

Madison County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.442** | **Nonpriority creditor's name and mailing address**

Madison County, Virginia
c/o Sanford Heisler, Attn: Grant Edward Morris
1666 Connecticut Avenue, NW
Suite 300
Washington, DC 20009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                               Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address**

MagnaCare Insurance
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                               Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address**

MARIE-THERESE BOLGER
First Floor, Minerva House, Simmonscourt Road
Ballsbridge, Dublin 4 Ireland

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

$                               Undetermined

**Date or dates debt was incurred**   11/13/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address**

MARK G BARBERIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

$                               Undetermined

**Date or dates debt was incurred**   2/19/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address**

MARY CHRISTINE SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

$                               Undetermined

**Date or dates debt was incurred**   7/29/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.447**   **Nonpriority creditor's name and mailing address**

Mason County
c/o Weitz & Luxenberg - New York, Attn: Ellen Relkin
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448**   **Nonpriority creditor's name and mailing address**

Massachusetts Bricklayers & Masons Trust Funds , on behalf of themselves and all others similarly situated
c/o Thornton Law Firm LLP, Attn: Evan R. Hoffman
30th Floor
100 Summer Street
Boston, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.449**   **Nonpriority creditor's name and mailing address**

Matthew Thornton Health Plan Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450**   **Nonpriority creditor's name and mailing address**

Meade County Fiscal Court all other similarly situated Kentucky counties on behalf of Meade County
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451**   **Nonpriority creditor's name and mailing address**

MEBCO
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.452** | **Nonpriority creditor's name and mailing address**

Medical Mutual Of Ohio
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.453** | **Nonpriority creditor's name and mailing address**

Meijer Distribution, Inc.
c/o Hagens Berman Sobol Shapiro LLP, Attn: Thomas M. Sobol
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.454** | **Nonpriority creditor's name and mailing address**

Meijer, Inc.
c/o Hagens Berman Sobol Shapiro LLP, Attn: Thomas M. Sobol
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.455** | **Nonpriority creditor's name and mailing address**

Middle Flint Area Community Service Board d/b/a Middle Flint Behavioral Healthcare
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.456** | **Nonpriority creditor's name and mailing address**

Midwest Operating Engineers Health and Welfare Fund
c/o Edelson - San Francisco, Attn: Rafey S. Balabanian
150 California Street 18th Floor
San Francisco, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457** | **Nonpriority creditor's name and mailing address**

Molina Healthcare Inc
c/o SCHNEIDER WALLACE COTTRELL KONECKY WOTKYN LLP, Attn:
Todd M. Schneider
2000 POWELL STREET
SUITE 1400
EMERYVILLE, CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$            Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**

Molina Healthcare Inc.
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$            Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**

MONTAGUE, WILLIAM P.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Indemnification Claim

$            Undetermined

**Date or dates debt was incurred**  2/28/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**

Montgomery County, Maryland
c/o Robbins Geller Rudman & Dowd LLP, Attn: Aelish Marie Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$            Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address**

MOODYS INVESTORS SERVICE INC
7 WTC AT 250 GREENWICH STREET
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            150,574.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462** | **Nonpriority creditor's name and mailing address**

Muscatine County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address**

MVP Health Plan, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address**

MVP Health Services Corp.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address**

Mylan Pharmaceuticals Inc
c/o Wilson Sonsini Goodrich & Rosati, Attn: Jeffrey C. Bank
1700 K Street NW, Fifth Floor
Washington, DC 20006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00126858
c/o Koskie Minsky LLP, Attn: Adam Tanel
20 Queen Street West, Suite 900
Box 52
Toronto, ON M5H 3R3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.467**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00127180
c/o Greer Pipkin Russell Dent & Leathers, Attn: Jefferson Vaughan Hester
P.O. Box 907
Tupelo, MS 38802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.468**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00127184
c/o Power Solicitors
Nessan House
St Nessans Road. Dooradoyle
Limerick,
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Astora Mesh Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.469**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00127561
c/o Pitzer Snodgrass, Attn: Edward M. Tjaden
Ste. 400
100 South Fourth Street
St. Louis, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.470**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00127625
c/o Pitzer Snodgrass, Attn: Edward M. Tjaden
Ste. 400
100 South Fourth Street
St. Louis, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.471**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00128263
c/o LEVI & KORSINSKY LLP, Attn: EDUARD KORSINSKY
55 Broadway
10th Floor
New York, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Securities Litigation

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.472**  **Nonpriority creditor's name and mailing address**

NAME ON FILE_00128372
c/o Onder Law, Llc, Attn: James G. Onder
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.473**  **Nonpriority creditor's name and mailing address**

NAME ON FILE_00128762
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474**  **Nonpriority creditor's name and mailing address**

NAME ON FILE_00129496
c/o Koskie Minsky LLP, Attn: Adam Tanel
20 Queen Street West, Suite 900
Box 52
Toronto, ON M5H 3R3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475**  **Nonpriority creditor's name and mailing address**

NAME ON FILE_00129630
c/o Power Solicitors
Nessan House
St Nessans Road. Dooradoyle
Limerick,
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Astora Mesh Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476**  **Nonpriority creditor's name and mailing address**

NAME ON FILE_00129926
c/o Levin, Fishbein, Sedran & Berman, Attn: Michael M. Weinkowitz
510 Walnut Street 5th Floor
Philadelphia, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.477** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00130182
c/o McLeod Law Group, LLC, Attn: Colin Ram
Post Office Box 21624
Post Office Box 21624
Charleston, SC 29413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00130525
c/o Pitzer Snodgrass, Attn: Edward M. Tjaden
Ste. 400
100 South Fourth Street
St. Louis, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00131066
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00131186
c/o Koskie Minsky LLP, Attn: Kirk M. Baert
20 Queen Street West, Suite 900
Box 52
Toronto, ON M5H 3R3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00131407
c/o LEVI & KORSINSKY LLP, Attn: EDUARD KORSINSKY
55 Broadway
10th Floor
New York, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Securities Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE_00132771
c/o Van der Goen Advocaten, Attn: J.J. van der Goen
Postbus 318, 3760 AH Soest, Vredehofstraat 15

NETHERLANDS

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Astora Mesh Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE_00132980
c/o Daniell Upton & Perry, P.C, Attn: David A. Busby
30421 Highway 181
Daphne, AL 36527
Daphne, AL 36527

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE_00133251
c/o Freiwald Law PC, Attn: Glenn A Ellis
1500 Walnut Street 18th Floor
Philadelphia, PA 19102

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE_00133321
c/o Goldman Ismail Tomaselli Brennan & Baum LLP, Attn: Alan Littman
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Other Tort Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE_00133452
c/o CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.,
Attn: DONALD A. ECKLUND
5 BECKER FARM ROAD
ROSELAND, NJ 07068

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Securities Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.487** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00133514
c/o Martin Baughman PLLC, Attn: Laura Jean Baughman
3141 Hood Street
Suite 600
Dallas, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Astora Mesh Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.488** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00133833
c/o Pomerantz LLP, Attn: Jeremy A. Lieberman
600 Third Avenue
20th Floor
New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Securities Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.489** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00134105
c/o LEVI & KORSINSKY LLP, Attn: EDUARD KORSINSKY
55 Broadway
10th Floor
New York, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Securities Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.490** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00134329
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.491** | **Nonpriority creditor's name and mailing address**

NAME ON FILE_00134372
c/o Simoes Law Group, Attn: Kimberly Anne Simoes
117 N. Broadway Street
Tupelo, MS 38804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.492**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00134496
c/o Pomerantz LLP, Attn: Gustavo Fabian Bruckner
600 Third Avenue
20th Floor
New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Securities Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.493**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00141416
c/o Apex Trial Law, Attn: Ryan M. Ferrell; Thomas W. Kohler
4934 South Hemet Street
Gilbert, AZ 85298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00141442
c/o James Hawkins, P.C., Attn: James Hawkins and christina Lucio
9880 Research Drive
Suite 200
Irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Employment Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00158316
c/o Goldman Ismail Tomaselli Brennan & Baum LLP
Alan Littmann; Whitney Woodward; Sarah Kinter
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Product Liability Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496**   **Nonpriority creditor's name and mailing address**

NAME ON FILE_00158316
c/o Goldman Ismail Tomaselli Brennan & Baum LLP
Alan Littmann; Whitney Woodward; Sarah Kinter
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Product Liability Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NAME ON FILE_00158325
c/o Outten & Golden LLP, Attn: Cara E. Greene
685 3rd Ave
25th Floor
New York, NY 10017

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

National Roofers Union & Employers Joint Health & Welfare Fund, Individually and on Behalf of all Others Similarly Situated, Minnesota
c/o Robbins Geller Rudman & Dowd LLP, Attn: Carissa J. Dolan
655 West Broadway
Suite 1900
SAN DIEGO, CA 92101

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

New Horizons Community Service Board
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

New York Department of Financial Services
One State Street
New York, NY 10004

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

New York State Teamsters Council Health and Hospital Fund
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.502** Nonpriority creditor's name and mailing address

North Carolina State Health Plan for Teachers and State Employees
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.503** Nonpriority creditor's name and mailing address

North Sunflower Medical Center
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.504** Nonpriority creditor's name and mailing address

Norton Sound Health Corporation, Alaska
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.505** Nonpriority creditor's name and mailing address

Ohio County Fiscal Court all other similarly situated Kentucky counties on behalf of Ohio County
c/o Grabhorn Law Office, Attn: Andrew M. Grabhorn
2525 Nelson Miller Parkway Ste. 107
Louisville, KY 40223

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.506** Nonpriority creditor's name and mailing address

Optimum Healthcare Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.507** | **Nonpriority creditor's name and mailing address**

Optum RX Inc
c/o Dorsey & Whitney LLP, Attn: Jonathan Richard Montcalm
51 West 52nd Street
New York, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address**

Orland Fire Protection District
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address**

Osceola County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address**

Pala Band of Mission Indians, California
c/o Hobbs, Straus, Dean & Walker, Attn: Adam Phillip Bailey
1903 21st Street
3rd Floor
SACRAMENTO, CA 95811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address**

PALADIN LABS INC.
100 ALEXIS NIHON SUITE 600
ST.-LAURENT, QUEBEC, H4M 2P2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$    52,410.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.512** | **Nonpriority creditor's name and mailing address** | | |
|---|---|

PAR LABORATORIES EUROPE, LTD.
40 BANK STREET
CANARY WHARF, E14 5DS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$    3,026.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address**

PAR PHARMACEUTICAL, INC.
6 RAM RIDGE ROAD
CHESTNUT RIDGE, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$    3,377.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**

Passaic County, New Jersey
c/o Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**

Passamaquoddy Tribe-Indian Township, Maine
c/o Weitz & Luxenberg - New York, Attn: Ellen Relkin
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**

Passamaquoddy Tribe-Pleasant Point, Maine
c/o Weitz & Luxenberg - New York, Attn: Ellen Relkin
5th Floor
700 Broadway
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517** | **Nonpriority creditor's name and mailing address**

People of the State of California, by and through Fullerton and Westminster
City Attorney Richard D. Jones
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address**

People of the State of California, by and through Mara W. Elliott, City Attorney
of San Diego
c/o San Diego City Attorney, Attn: Mark D. Ankcorn
1200 Third Avenue, Suite 1100
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address**

Peter Ballantyne Cree Nation
c/o Napoli Shkolnik PPLC, Attn: Hunter J. Shkolnik
360 Lexington Avenue
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address**

Philadelphia Federation of Teachers Health and Welfare Fund
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address**

Pine County, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document |
|---|---|
| | Endo International plc | Case number (if known) | 22-22549 (JLG) |
| | Name | | |

Pg 143 of 269

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.522** | **Nonpriority creditor's name and mailing address**

Pineland Behavioral Health and Developmental Disabilities CSB
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address**

Pipe Fitters Local Union No. 120 Insurance Fund, Ohio
c/o Robbins Geller Rudman & Dowd LLP, Attn: Aelish Marie Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address**

Pocahontas County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address**

Port Gamble Sklallam Tribe, Washington
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**

Poweshiek County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Endo International plc
Name

22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Case number (if known)    22-22549 (JLG)
Pg 144 of 269

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527** | **Nonpriority creditor's name and mailing address**

Prairie Band Potawatomi Nation
c/o Skikos Crawford Skikos & Joseph - San Francisco, Attn: Steven J. Skikos
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                      Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**

Premera Blue Cross
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                      Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address**

Priority Health
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

$                      Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**

Public Service Insurance Company
c/o Cohen, Placitella & Roth, Attn: Stewart L. Cohen
Two Commerce Square
2001 Market Street, Ste. 2900
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                      Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address**

Putnam County School Board, Individually, and on Behalf of All Others
Similarly Situated
c/o Gertz & Rosen, Attn: Peter G. Tsarnas
11 South Forge Street
Akron, OH 44304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$                      Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.532** | **Nonpriority creditor's name and mailing address**

QCC Insurance Company
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address**

REED SMITH LLP
1717 ARCH ST  SUITE 3100
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address**

Reliable Pharmacy
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address**

Rite Aid Corporation
c/o Hangley Aronchick Segal Pudlin & Schiller, Attn: Barry L Refsin
One Logan Square
27th Floor
Philadelphia, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address**

Rite Aid Corporation
c/o Hangley Aronchick Segal Pudlin & Schiller, Attn: Eric L Bloom
2805 Old Post Road
Suite 100
Harrisburg, PA 17110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

RITE AID CORPORATION
c/o HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER, Attn: ERIC L. BLOOM
2805 OLD POST ROAD, SUITE 100
HARRISBURG, PA 17110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Rite Aid Hdqtrs Corp
c/o HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER, Attn: ERIC L. BLOOM
2805 OLD POST ROAD, SUITE 100
HARRISBURG, PA 17110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Rite Aid Hdqtrs. Corp.,
c/o Hangley Aronchick Segal Pudlin & Schiller, Attn: Barry L Refsin
One Logan Square
27th Floor
Philadelphia, PA 19103

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Rite Aid Hdqtrs. Corp.,
c/o Hangley Aronchick Segal Pudlin & Schiller, Attn: Eric L Bloom
2805 Old Post Road
Suite 100
Harrisburg, PA 17110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

River Edge Behavioral Health
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** **Nonpriority creditor's name and mailing address**

Rochester Drug Co-Operative, Inc.
c/o Faruqi & Faruqi, LLP, Attn: Peter R. Kohn
101 Greenwood Ave
Suite 600
Jenkintown, PA 19046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.543** **Nonpriority creditor's name and mailing address**

Rochester Drug Co-Operative, Inc. onbehalf of itself and all others similarly situated
c/o Berger Montague PC, Attn: Andrew C. Curley
1818 Market Street
Suite 3600
Philadelphia, PA 19103-6365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.544** **Nonpriority creditor's name and mailing address**

Rocky Mountain Hospital And Medical Service Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.545** **Nonpriority creditor's name and mailing address**

Russell's Mr Discount Drugs Inc
c/o CUNEO GILBERT & LADUCA LLP, Attn: JONATHAN W. CUNEO
4725 WISCONSIN AVENUE NW
SUITE 200
WASHINGTON, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.546** **Nonpriority creditor's name and mailing address**

Sac and Fox Nation of Missouri in Kansas and Nebraska
c/o Skikos Crawford Skikos & Joseph - San Francisco, Attn: Steven J. Skikos
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.547** | **Nonpriority creditor's name and mailing address**

San Leandro Unified School District, a local education agency
c/o Frantz Law, Attn: Jade S. Koller
Ste. 860
402 West Broadway
San Diego, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.548** | **Nonpriority creditor's name and mailing address**

San Mateo County
c/o Cotchett Pitre & McCarthy, Attn: Joseph W. Cotchett
840 Malcolm Road
Burlingame, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.549** | **Nonpriority creditor's name and mailing address**

Sarasota County Public Hospital District, d/b/a Memorial Healthcare System, Inc.
c/o Bentley & Bruning, PA, Attn: Morgan R. Bentley
783 S Orange Ave Ste 300
SARASOTA, FL 34236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.550** | **Nonpriority creditor's name and mailing address**

Satilla Community Services d/b/a Unison Behavioral Health
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.551** | **Nonpriority creditor's name and mailing address**

SAY TECHNOLOGIES LLC
ROBINHOOD MARKETS INC
85 WILLOW ROAD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    4,642.59

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Security Health Plan of Wisconsin, Inc.
c/o Aries Equity, Attn: Timothy S. Mentkowski
4230 North Oakland Avenue
Ste. 197
Shorewood, WI 53211

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Self-Insured Schools of California
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Self-Insured Schools of California
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

Sergeants Benevolent Association of the Police Department of the City of New York Health and Welfare Fund
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 31,362.50 |
|---|---|---|---|---|

SHARDUL AMARCHAND MANGALDAS AND CO
AMARCHAND TOWERS
216 OKHLA INDUSTRIAL EST PHASE III
NEW DELHI, 110020
INDIA

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

Simply Healthcare Plans Inc
c/o LOWEY DANNENBERG PC, ATTN: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**

Southeast Alaska Regional Health Consortium, Alaska
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**

Southwestern Central School District
c/o Gertz & Rosen, Attn: Peter G. Tsarnas
11 South Forge Street
Akron, OH 44304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**

STATE OF ALABAMA
ATTN: CLAY CRENSHAW, CHIEF DUPTY ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
501 WASHINGTON AVE.
P.O. BOX 300152
MONTGOMERY, AL 36130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Opioid Settlement Payment Guaranty

$                    Undetermined

**Date or dates debt was incurred**    10/29/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address**

State of Georgia
c/o 40 Capitol Square SW, Attn: Office of the GA Attorney General
Atlanta, GA 30334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.562**   **Nonpriority creditor's name and mailing address**

State of Idaho, through Attorney General Lawrence G. Wasden
c/o Miller, Barnhill & Galland, Attn: Benjamin J. Blustein
14 West Erie Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563**   **Nonpriority creditor's name and mailing address**

STATE OF WEST VIRGINIA
ATTN: VAUGHN T. SIZEMORE, DEPUTY ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 1789
CHARLESTON, WV 25326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Opioid Settlement Payment Guaranty

$      Undetermined

**Date or dates debt was incurred**    3/30/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564**   **Nonpriority creditor's name and mailing address**

Steamfitters Local 449 Medical & Benefit Fund
c/o Fitz & Bianculli LLC, Attn: Brian E Frtiz
1515 Market Street
Suite 1801
Philadelphia, PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.565**   **Nonpriority creditor's name and mailing address**

Superintendent of Financial Services of the State of New York
c/o RIKER, DANZIG, SCHERER, HYLAND& PERRETTI LLP, Attn: Brian E. O'Donnell
500 Fifth Avenue
New York City, NY 10110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.566**   **Nonpriority creditor's name and mailing address**

Suquamish Tribe
c/o Hobbs, Straus, Dean, & Walker - Portland, Attn: Geoffrey D. Strommer
Ste. 200
215 SW Washington Street
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc     22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Name      Case number (if known)    22-22549 (JLG)

Pg 152 of 269

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.567** | **Nonpriority creditor's name and mailing address**

Sussex County, New Jersey
c/o Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

Talbot County, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

Teamsters Local 237 Retirees Benefit Fund
c/o Wolf, Haldenstein, Adler, Freeman & Herz - New York, Attn: Benjamin Y. Kaufman
270 Madison Avenue
New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

Teamsters Local 237 Welfare Fund
c/o Wolf, Haldenstein, Adler, Freeman & Herz - New York, Attn: Benjamin Y. Kaufman
270 Madison Avenue
New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

The Board of Education of the City of Chicago, School District No. 299
c/o Hughes Socol Piers Resnick & Dym, Attn: Emily R. Brown
Ste. 4000
70 West Madison
Chicago, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

The Cherokee Nation, Oklahoma
c/o Curtis N. Bruehl
14005 North Eastern Avenue
Edmond, OK 73013

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

The City of Providence, Rhode Island
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

The Corporation of the City of Brantford
c/o Napoli Shkolnik PPLC, Attn: Hunter J. Shkolnik
360 Lexington Avenue
New York, NY 10017

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

The Klamath Tribes
c/o Weitz & Luxenberg - New Jersey, Attn: John M. Broaddus
Ste. 210
220 Lake Drive East
CHERRY HILL, NJ 08002

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined

The Kroger Co.
c/o Kenny Nachwalter P.A., Attn: Scott Eliot Perwin
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577** | **Nonpriority creditor's name and mailing address**

The Kroger Co.
c/o Kenny Nachwalter P.A., Attn: Anna Theresa Neill
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.578** | **Nonpriority creditor's name and mailing address**

The Mayor and Common Council of Westminster, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.579** | **Nonpriority creditor's name and mailing address**

The Mayor and Council of Rockville, Maryland
c/o Themis PLLC, Attn: John P Pierce
2305 Calvert St NW
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.580** | **Nonpriority creditor's name and mailing address**

The People of the State of California by and through Dublin City Attorney John Bakker and Murrieta City Attorney Leslie Devaney
c/o Robins Kaplan - Minneapolis, Attn: Holly H. Dolejsi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.581** | **Nonpriority creditor's name and mailing address**

The People of the State of California
c/o Robins Kaplan, Attn: Bernice Conn
Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582**   **Nonpriority creditor's name and mailing address**

The People of the State of California,
c/o Robbins Geller Rudman Dowd LLP, Attn: X. Jay Alvarez
655 West Broadway
Suite 1900
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.583**   **Nonpriority creditor's name and mailing address**

The People of the State of California, acting by and through the City of
Sacramento City Attorney Susana Alcala Wood
c/o Susman Godfrey, Attn: Steven G. Sklaver
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 90067-6029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.584**   **Nonpriority creditor's name and mailing address**

The Town of Amherst
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.585**   **Nonpriority creditor's name and mailing address**

Triple-S Salud, Inc.
c/o LOWEY DANNENBERG, P.C., Attn: Peter D. St. Phillip
44 SOUTH BROADWAY
SUITE 1100
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.586**   **Nonpriority creditor's name and mailing address**

Tufts Assocd Hmo Inc & Affls Tufts Hlth Pub Pl Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $      Undetermined

Turlock Irrigation District
c/o Grant & Eisenhofer, P.A., Attn: Robert Gerard Eisler
123 Justison Street
Wilmington, DE 19801

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $      Undetermined

Twin Falls County
c/o Mooney Wieland, Attn: Carl J. Withroe
Ste. 500
802 W. Bannock Street
Boise, ID 83702

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $      6,155,358.65

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION
ATTENTION: JUSTIN L. SHEARER, VICE PRESIDENT
100 WALL STREET
SUITE 600
NEW YORK, NY 10005

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to 5.375% Senior Notes due 2023

**Date or dates debt was incurred**    06/30/2014

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $      1,270,079,189.33

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION
ATTENTION: JUSTIN L. SHEARER, VICE PRESIDENT
100 WALL STREET
SUITE 600
NEW YORK, NY 10005

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to 6.000% Senior Notes due 2028

**Date or dates debt was incurred**    06/16/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $      Undetermined

UFCW Local 1500 Welfare Fund
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Endo International plc    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
                     Name                                              Case number (if known)    22-22549 (JLG)
                                                    Pg 157 of 269

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

UFCW Local 1500 Welfare Fund
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

UFCW Local 1500 Welfare Fund
c/o Morgan & Morgan, P.C., Attn: Domenico George Minerva
5 Penn Plaza Suite 2315
New York, NY 10001

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 22,338,015.64 |
| --- | --- | --- | --- | --- |

UMB BANK, NATIONAL ASSOCIATION
ATTENTION: JULIE J. BECKER, SENIOR VICE PRESIDENT
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to 6.000% Senior Notes due 2025

**Date or dates debt was incurred**    01/27/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 56,727,586.00 |
| --- | --- | --- | --- | --- |

UMB BANK, NATIONAL ASSOCIATION
ATTENTION: JULIE J. BECKER, SENIOR VICE PRESIDENT
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor to 6.000% Senior Notes due 2023

**Date or dates debt was incurred**    07/09/2015

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

Unicare Health Plan Of West Virginia Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.597**

**Nonpriority creditor's name and mailing address**

Unicare Life & Health Insurance Company
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.598**

**Nonpriority creditor's name and mailing address**

Unite Here Health
c/o FINE, KAPLAN AND BLACK, Attn: ROBERTA D. LIEBENBERG
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.599**

**Nonpriority creditor's name and mailing address**

United Healthcare Services Inc
c/o BOIES SCHILLER & FLEXNER LLP, Attn: HAMISH P.M. HUME
1401 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.600**

**Nonpriority creditor's name and mailing address**

United Healthcare Services Inc
c/o ZELLE LLP, Attn: RORY D. ZAMANSKY
500 WASHINGTON AVE S SUITE 4000
MINNEAPOLIS, MN 55415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.601**

**Nonpriority creditor's name and mailing address**

United HealthCare Services, Inc.
c/o Girard Sharp LLP, Attn: Dena C. Sharp
601 California Street, Suite 1400
San Francisco, CA 94108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Antitrust Litigation

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
| --- | --- | --- | --- |

United States of America Attorney General
Attention Bankruptcy Dept
US Dept of Justice
950 Pennsylvania Ave NW
Albany, NY 12224-0341

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
| --- | --- | --- | --- |

US Attorney's Office, Western District of Virginia
255 W Main St
Charlottesville, VA 22902

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
| --- | --- | --- | --- |

Usable Mutual Insurance Co, d/b/a Arkansas BCBS
c/o LOWEY DANNENBERG PC, Attn: LAURA KILLIAN MUMMERT
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
| --- | --- | --- | --- |

Ventura County Medi-Cal Managed Care Commission
c/o Krinzman, Huss, Lubetsky, Feldman & Hotte, Attn: Richard L. Allen
Alfred I. duPont Building
169 East Flagler Street, Ste. 500
Miami, FL 33131

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
| --- | --- | --- | --- |

View Point Health
c/o Pope McGlamry, Attn: Charles W. Byrd
1200 6th Avenue
Columbus, GA 31901

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Village of Addison
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Village of Bellwood
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Village of Bensenville
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Village of Berkeley
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Village of Bolingbrook
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Endo International plc
Name        Case number (if known)    22-22549 (JLG)
Pg 161 of 269

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.612 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

Village of Broadview
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

Village Of Chicago Ridge
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

Village of Dolton
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

Village of Forest Park
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

Village of Franklin Park
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.617**   **Nonpriority creditor's name and mailing address**

Village of Harwood Heights
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.618**   **Nonpriority creditor's name and mailing address**

Village of Hillside
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.619**   **Nonpriority creditor's name and mailing address**

Village Of Hoffman Estates
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620**   **Nonpriority creditor's name and mailing address**

Village of La Grange Park
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.621**   **Nonpriority creditor's name and mailing address**

Village of Lexington
c/o Leslie O. Murray
316 E. Water Street
Sandusky, OH 44870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>Village Of Maywood<br>c/o Edelson, Attn: Benjamin H. Richman<br>350 North LaSalle Street 14th Floor<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Opioid Litigation | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>Village of McCook<br>c/o Edelson, Attn: Ari Jonathan Scharg<br>14th Floor<br>350 North LaSalle Street<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Opioid Litigation | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>Village of Melrose Park<br>c/o Edelson, Attn: Alfred Kirkland Murray, II<br>14th Floor<br>350 North LaSalle Street<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Opioid Litigation | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>Village of Merrionette Park<br>c/o Edelson, Attn: Benjamin H. Richman<br>350 North LaSalle Street 14th Floor<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Opioid Litigation | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.626 | **Nonpriority creditor's name and mailing address**<br><br>Village of North Riverside<br>c/o Edelson, Attn: Benjamin H. Richman<br>350 North LaSalle Street 14th Floor<br>Chicago, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Opioid Litigation | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.627** **Nonpriority creditor's name and mailing address**

Village of Oak Lawn
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

Village of Oak Park
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.629** **Nonpriority creditor's name and mailing address**

Village of Orland Park
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.630** **Nonpriority creditor's name and mailing address**

Village of Posen
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.631** **Nonpriority creditor's name and mailing address**

Village of River Forest
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.632**  **Nonpriority creditor's name and mailing address**

Village Of River Grove
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.633**  **Nonpriority creditor's name and mailing address**

Village of Riverside
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.634**  **Nonpriority creditor's name and mailing address**

Village of Schiller Park
c/o Edelson, Attn: Ari Jonathan Scharg
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.635**  **Nonpriority creditor's name and mailing address**

Village of Stone Park
c/o Edelson, Attn: Benjamin H. Richman
350 North LaSalle Street 14th Floor
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.636**  **Nonpriority creditor's name and mailing address**

Village of Tinley Park
c/o Edelson, Attn: Alfred Kirkland Murray, II
14th Floor
350 North LaSalle Street
Chicago, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.637**

**Nonpriority creditor's name and mailing address**

Walgreen Co.
c/o Kenny Nachwalter P.A., Attn: Scott Eliot Perwin
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Antitrust Litigation

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.638**

**Nonpriority creditor's name and mailing address**

Walgreen Co.
c/o Kenny Nachwalter P.A., Attn: Scott E Perwin
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Antitrust Litigation

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.639**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT INC OF TENNESSEE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.640**

**Nonpriority creditor's name and mailing address**

WCA Group Health Trust
c/o Napoli Shkolnik PLLC, Attn: Alastair J.M. Findeis
360 Lexington Ave., 11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Generic Pricing Litigation

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.641**

**Nonpriority creditor's name and mailing address**

Webster County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Opioid Litigation

$         Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.642**

**Nonpriority creditor's name and mailing address**

Wellcare Health Plans Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643**

**Nonpriority creditor's name and mailing address**

Wellmark Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644**

**Nonpriority creditor's name and mailing address**

Wellmark Of South Dakota Inc
c/o LOWEY DANNENBERG PC, Attn: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.645**

**Nonpriority creditor's name and mailing address**

Winn-Dixie Stores Inc
c/o AHERN & ASSOCIATES PC, Attn: THEODORE B. BELL
8 SOUTH MICHIGAN AVE SUITE 3600
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.646**

**Nonpriority creditor's name and mailing address**

Winnebago County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.647** | **Nonpriority creditor's name and mailing address**

Wisconsin Collaborative Insurance Company
c/o LOWEY DANNENBERG PC, ATTN: ANTHONY M. CHRISTINA
ONE TOWER BRIDGE
100 FRONT STREET, SUITE 520
WEST CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Generic Pricing Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address**

Wright County
c/o Crawford & Mauro, Attn: Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address**

Yellow Medicine County, Minnesota
c/o Hoff Barry, P.A., Attn: Jared D. Shepherd
775 Prairie Center Drive
Suite 160
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Opioid Litigation

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: ROBERT J. GAYDA<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.578<br><br>☐ Not listed. Explain | |
| 4.2 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: ANDREW J. MATOTT<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.577<br><br>☐ Not listed. Explain | |
| 4.3 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: JOHN R. ASHMEAD<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.578<br><br>☐ Not listed. Explain | |
| 4.4 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: KALYAN DAS<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.578<br><br>☐ Not listed. Explain | |
| 4.5 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: ANDREW J. MATOTT<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.578<br><br>☐ Not listed. Explain | |
| 4.6 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: JOHN R. ASHMEAD<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.577<br><br>☐ Not listed. Explain | |
| 4.7 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: ROBERT J. GAYDA<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.577<br><br>☐ Not listed. Explain | |
| 4.8 U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION<br>C/O: KALYAN DAS<br>SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 3.577<br><br>☐ Not listed. Explain | |
| 4.9 UMB BANK, NATIONAL ASSOCIATION<br>C/O: ERIC R. WILSON<br>KELLEY DRYE & WARREN LLP<br>3 WORLD TRADE CENTER<br>NEW YORK, NY 10007 | Line 3.583<br><br>☐ Not listed. Explain | |

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 UMB BANK, NATIONAL ASSOCIATION<br>ATTENTION: GAVIN WILKINSON, SENIOR VICE PRESIDENT, CORPORATE TRUST<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | Line 3.583<br><br>☐ Not listed. Explain | |
| 4.11 UMB BANK, NATIONAL ASSOCIATION<br>C/O: KRISTIN S. ELLIOTT<br>KELLEY DRYE & WARREN LLP<br>3 WORLD TRADE CENTER<br>NEW YORK, NY 10007 | Line 3.582<br><br>☐ Not listed. Explain | |
| 4.12 UMB BANK, NATIONAL ASSOCIATION<br>C/O: KRISTIN S. ELLIOTT<br>KELLEY DRYE & WARREN LLP<br>3 WORLD TRADE CENTER<br>NEW YORK, NY 10007 | Line 3.583<br><br>☐ Not listed. Explain | |
| 4.13 UMB BANK, NATIONAL ASSOCIATION<br>C/O: ERIC R. WILSON<br>KELLEY DRYE & WARREN LLP<br>3 WORLD TRADE CENTER<br>NEW YORK, NY 10007 | Line 3.582<br><br>☐ Not listed. Explain | |
| 4.14 UMB BANK, NATIONAL ASSOCIATION<br>ATTENTION: GAVIN WILKINSON, SENIOR VICE PRESIDENT, CORPORATE TRUST<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | Line 3.582<br><br>☐ Not listed. Explain | |

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| | | | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b.  + | $ 1,737,538,040.68 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,737,538,040.68 |
| | | | + Undetermined Amounts |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Endo International plc</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>22-22549 (JLG)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A /B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | 70 Maple Avenue, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Actient Pharmaceuticals LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Actient Therapeutics LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR RETURN OR DESTRUCTION OF ANACOR PHARMACEUTICALS. INC. CONFIDENTIAL INFORMATION RELATING TO THE CONFIDENTIALITY AGREEMENT CONFIDENTIALITY AGREEMENT/NDA DATED: 5/17/2016 | ANACOR PHARMACEUTICALS, INC. 1020 East Meadow Circle Palo Alto, CA 94303 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Anchen 2 Incorporated 1400 Atwater Drive Malvern, PA 19355 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Endo International plc                                             Case number (If known): 22-22549 (JLG)
        Name

| | | | |
|---|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Anchen Incorporated 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Anchen Pharmaceuticals 2, Inc. 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Holdings, LLC 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Australia PTY, LTC Parkview Building F Unit 31 16 Mars Road Lane Cove, 2066 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Bermuda ULC 13200 Pioneer Trail Suite 100 Eden Prairie, MA 55347 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health France SAS 6 place de la Madeleine Paris, 75006 FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Germany GMBH Vossstrasse 20 Berlin, D-10117 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Endo International plc                                              Case number (If known)  22-22549 (JLG)
              Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Holdings, LLC 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Ireland Limited FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Spain SL Joaquin Turina 2 1 – Oficina6 Pozuelo De Alarcon Madrid, SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health Technologies Clarendon House 2 Church Street Hamilton, HM11 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Astora Women's Health, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Auxilium International Holdings, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Auxilium Pharmaceuticals, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 — Auxilium UK LTD<br>Orchard Lea<br>Winkfield Lane<br>Windsor<br>Berkshire, SL4 4RP |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 — Auxilium US Holdings, LLC<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL<br>THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT — BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL<br>THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT — BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEMNITY AGREEMENT<br>DATED: 6/20/2016 — CITIGROUP GLOBAL MARKETS INC.<br>388 Greenwich Street<br>New York, NY 10013 |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE SERVICES AGREEMENT<br>SERVICE AGREEMENT<br>DATED: 5/30/2018 — COMPUTERSHARE COMPANIES |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE TRANSFER AGENCY AND SERVICE AGREEMENT<br>SERVICE AGREEMENT<br>DATED: 3/24/2017 — COMPUTERSHARE INC. |

Debtor    Endo International plc
                Name                                                          Case number (If known)    22-22549 (JLG)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE TRANSFER AGENCY AND SERVICE AGREEMENT SERVICE AGREEMENT DATED: 3/24/2017 | COMPUTERSHARE INVESTOR SERVICES INC. 3100 Lake Drive Citywest Bus Campus DUBLIN 24, D24 AK82 IRELAND (EIRE) |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | CPEC LLC 1400 Atwater Drive Malvern, PA 19355 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOLLING AGREEMENT OTHER DATED: 8/15/2017 | CUENO, GILBERT AND LADUCA, LLP 4725 Wisconsin Ave., Nw Suite 200 Washington, DC 20016 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOLLING AGREEMENT OTHER DATED: 8/15/2017 | CUENO, GILBERT AND LADUCA, LLP 4725 Wisconsin Ave., Nw Suite 200 Washington, DC 20016 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STARLIMS STATEMENT OF WORK – ATTACHMENT 1 STATEMENT OF WORK (SOW) DATED: 1/21/2021 | DATA INTEGRATOR CORP 9765 E Tree Tops Ct Davie, FL 33328 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | DAVA International, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | DAVA Pharmaceuticals, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |

Debtor    Endo International plc
                                                        Case number (If known):    22-22549 (JLG)
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE AGREEMENT SERVICE AGREEMENT DATED: 4/1/2017 | DILIGENT CORPORATION 111 West 33Rd Street, 16Th Floor New York, NY 10120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | EQUITY EDGE ONLINE AND EMPLOYEE STOCK PLAN SERVICES AGREEMENT THIRD PARTY BENEFIT PROVIDER - I.E. WORKERS COMP, BENEFITS, | E*TRADE FINANCIAL CORPORATE SERVICES, INC. President 4005 Windward Plaza Drive Alpharetta, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Designated Activity Company FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance Generics LLC 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance II Limited First Floor Minerva House Simmonscourt Road Dublin 4, IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance III Limited First Floor Minerva House Simmonscourt Road Dublin 4, IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance IV Limited First Floor Minerva House Simmonscourt Road Dublin 4, IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Endo International plc
         _____
         Name

Case number (If known):   22-22549 (JLG)
                          _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance Limited First Floor Minerva House Simmonscourt Road Dublin 4, IRELAND |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finance V Limited First Floor Minerva House Simmonscourt Road Dublin 4, IRELAND |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Finco Inc. 1400 ATWATER DRIVE MALVERN, PA 19355 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Generics Holdings, Inc. 1400 ATWATER DRIVE MALVERN, PA 19355 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Global Finance LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Global Ventures VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Endo International plc | Case number (If known): 22-22549 (JLG) |
| --- | --- | --- |
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Health Solutions Inc.<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Ireland Finance II Limited<br>FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Ireland Finance Limited<br>First Floor Minerva House<br>Simmonscourt Road<br>Dublin 4,<br>IRELAND |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo LLC<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Luxembourg Finance Company I S.à r.l.<br>18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Luxembourg Finance Company II S.à r.l.<br>2a<br>rue Nicolas Bove<br>L-1253<br>LUXEMBOURG |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Luxembourg Holding Company S.à r.l.<br>18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG |

Debtor    Endo International plc
          Name

Case number (If known): 22-22549 (JLG)

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Management Limited<br>FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Par Innovation Company, LLC<br>6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Pharmaceuticals Inc.<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Pharmaceuticals Solutions Inc.<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Pharmaceuticals Valera Inc.<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo Receivables Limited<br>75 Fort Street<br>Grand Cayman, KY1-1108<br>CAYMAN ISLANDS |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Endo TopFin Limited<br>FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) |

Debtor    Endo International plc
Name

Case number (If known):    22-22549 (JLG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo U.S. Inc.<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo US Holdings Luxembourg I S.à r.l.<br>18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo US Holdings Luxembourg II S.à r.l.<br>6<br>rue Eugene Ruppert<br>L-2453<br>LUXEMBOURG |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo Ventures Bermuda Limited<br>VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET<br>HAMILTON HM 10,<br>BERMUDA |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo Ventures Cyprus Limited<br>LAMPOUSAS, 1, 1095<br>NICOSIA,<br>CYPRUS |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Endo Ventures Limited<br>FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY AND SERVICE AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 6/15/2018 | Endo Ventures Limited<br>FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) |

Debtor    Endo International plc
Case number (If known): 22-22549 (JLG)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL AGREEMENT THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | FARRELL, WHITE & LEGG PLLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Filterworks (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT OTHER DATED: 8/15/2017 | FINE, KAPLAN AND BLACK, R.P.C. One South Broad Street 23Rd Floor Philadelphia, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT OTHER DATED: 8/15/2017 | FINE, KAPLAN AND BLACK, R.P.C. One South Broad Street 23Rd Floor Philadelphia, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Firefly Investments 223 (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT LETTER DATED: 6/3/2016 | FISH & RICHARDSON P.C. 601 Lexington Avenue 52Nd Floor New York, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Generics Bidco I, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Endo International plc        Pg 182 of 269    Case number (If known):   22-22549 (JLG)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Generics Bidco II, LLC 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Generics International (US) 2, Inc. 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Generics International (US), Inc. 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT SERVICE AGREEMENT DATED: 10/30/2020 | GENPACT (UK) LIMITED 6 Lloyds Avenue Suite 4Cl London, EC3N 3AX UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | FEE AND EXPENSE REIMBURSEMENT AGREEMENT OTHER DATED: 3/25/2021 | GIBSON, DUNN & CRUTCHER LLP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Goldex 775 (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | GOODELL DEVRIES ADDRESS UNKNOWN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Endo International plc                                                                    Case number (If known):    22-22549 (JLG)
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | GREENBERG TRAURIG, LLP |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Grupo Farmaceutico Somar, S.A. de C. V. |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest | THREAT & ATTACK SIMULATION SERVICES PROFESSIONAL SERVICES PROPOSAL OTHER DATED: 6/26/2019 | GUIDEPOINT SECURITY LLC 2201 Cooperative Way Suite 225 Herndon, VA 20171 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Hawk Acquisition Ireland Limited FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest | LOAN, SUBSCRIPTION AND BUY-BACK AGREEMENT OTHER DATED: 7/31/2015 | IMMUNOTEK PROPRIETARY LIMITED |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | IMPERATRICE, AMARANT & BELL, PC |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.89** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Innoteq, Inc. 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor  Endo International plc
Name

Case number (If known): 22-22549 (JLG)

▌ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT SERVICE AGREEMENT DATED: 1/26/2018 | JEFFREY J. KIMBELL & ASSOCIATES, INC. 601 13Th St. Nw Suite 650 North Washington, DC 20005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | JHP Acquisition, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | JHP Group Holdings 2, Inc. 6 Ram Ridge Road Chestnut Ridge, NY 10877 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | JHP Group Holdings, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER OF ENDO INTERNATIONAL PLC SERVICE AGREEMENT DATED: 10/17/2016 | JONES DAY 3161 Michelson Drive Suite 800 IRVINE, CA 92612-4408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | ENDO INTERNATIONAL PLC SERVICE AGREEMENT DATED: 11/2/2016 | JONES DAY 3161 Michelson Drive Suite 800 IRVINE, CA 92612-4408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Kali Laboratories 2, Inc. 1400 ATWATER DRIVE MALVERN, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Endo International plc    Case number (If known):  22-22549 (JLG)

Name

| | | | |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Kali Laboratories, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | TALENT ACQUISITION LETTER OF ENGAGEMENT THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT LETTER | KORN FERRY (US) 1900 Avenue Of The Stars Los Angeles, CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Laboratorios Serral, S.A. de C.V. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Lakeside Salud Humana, S.A. de C.V. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT FIRST ORDER FORM RENEWAL OF ORDER FORM NUMBER 1 SOFTWARE LICENSES AND IT CONTRACT | LEASEACCELERATOR SERVICES, LLC ("LAS") 10740 Parkridge Blvd. Suite 701 Reston, VA 20191 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | LOAN, SUBSCRIPTION AND BUY-BACK AGREEMENT OTHER DATED: 7/31/2015 | LHG Project Bear Proprietary Limited |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Litha Health Care Holdings (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    22-22549-jlg    Doc 628    Filed 11/09/22    Entered 11/09/22 23:53:18    Main Document
Endo International plc                              Pg 186 of 269         Case number (If known):    22-22549 (JLG)

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AND BUY-BACK AGREEMENT OTHER DATED: 7/31/2015 | Litha Health Care Holdings (Pty) Ltd |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | LOAN, SUBSCRIPTION AND BUY-BACK AGREEMENT OTHER DATED: 7/31/2015 | Litha Health Care Holdings (Pty) Ltd |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Litha Healthcare Group (PTY) 5th Street Sandton 2196 Private Bag 10015 Johannesburg, 2146 SOUTH AFRICA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Litha Healthcare Group SSC Proprietary Limited |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Litha Medical Consumables (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Litha Pharma (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 22-22549-jlg Doc 628 Filed 11/09/22 Entered 11/09/22 23:53:18 Main Document
Endo International plc Pg 187 of 269 Case number (If known): 22-22549 (JLG)

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Luxembourg Endo Specialty Pharmaceuticals Holding II S.à r.l. 2a rue Nicolas Bove L-1253 LUXEMBOURG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT: IP PAYMENTS TERMS MASTER SERVICES AGREEMENT (MSA) DATED: 9/3/2020 | MASTER DATA CENTER, INC. 30200 Telegraph Rd. Suite 300 Bingham Farms, MI 48025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | ACQUISITION OF SOMERSET THERAPEUTICS, LLC AND WINTAC, LIMITED BY ENDO INTERNATIONAL PIC ASSET PURCHASE AGREEMENT | MENDHAM HOLDINGS, LLC Attention: Arshad Kagalwalla 300 Franklin Square Drive Somerset, NJ 08873 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE BINDING AGREEMENT PURCHASE/PRICING AND SUPPLY AGREEMENT DATED: 2/16/2018 | MENDHAM HOLDINGS, LLC Attention: Arshad Kagalwalla 300 Franklin Square Drive Somerset, NJ 08873 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT CONFIDENTIALITY AGREEMENT/NDA DATED: 8/10/2015 | MESOBLAST LIMITED Level 38 55 Collins Street Melbourne, Victoria 3000 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Moores Mill Properties L.L.C. 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | MS Patient Care Pharmacy (PTY) LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT OTHER DATED: 8/15/2017 | NASTLAW LLC 1100 Market Street Suite 2801 Philadelphia, PA 19107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF CDS COMPOSITION AGREEMENT TERMINATION LETTER/AGREEMENT DATED: 3/24/2017 | OFFICE OF THE REVENUE COMMISSIONERS NATIONAL STAMP DUTY OFFICE Cross Block Lower Castle Yard Dublin Castle Dublin 2, IRELAND (EIRE) |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | O'MELVENY & MYERS LLP |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Otc pharma SA (PTY) LTD |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Paladin Labs Europe Limited Unit 5 Seapoint Building 44-45 Clontarf Road Dublin 3, IRELAND |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Paladin Labs Inc. 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Active Technologies Private Limited 1/58 Pudupakkam Main Road Pudupakkam Kelambakkam Chennai, Tamil Nadu, 603 103 INDIA |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Endo International plc
         Name

Case number (If known):   22-22549 (JLG)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.125** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Biosciences Private Limited 5th & 7th Floor Robert V Chandran Tower #149 Velachery - Tambaram Main Road, Pallikaranai Chennai, 600100 INDIA |
| **2.126** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Formulations Private Limited NO. 9/215 Pudupakkam Main Road Pudupakkam Kelambakkam, 603103 INDIA |
| **2.127** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARE-BASED COMPENSATION RECHARGE AGREEMENT INTERCOMPANY AGREEMENT DATED: 2/12/2018 | PAR FORMULATIONS PRIVATE LIMITED 9/215 Kelambakkam-Vandalur Main Road Chennai, Tamil Nadu, 603103 INDIA |
| **2.128** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Laboratories Europe, Ltd. 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM |
| **2.129** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Pharmaceutical 2, Inc. 1400 ATWATER DRIVE MALVERN, PA 19355 |
| **2.130** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Pharmaceutical Companies, Inc. 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| **2.131** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Pharmaceutical Holdings, Inc. 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |

Debtor    Endo International plc
          Name

Case number (If known):    22-22549 (JLG)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Sterile Products, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par Two Inc 1400 Atwater Drive Malvern, PA 19355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Par, LLC 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT CONFIDENTIALITY AGREEMENT/NDA DATED: 12/20/2018 | PERRIGO COMPANY PLC Treasury Building Lower Grand Canal Street Dublin 2, IRELAND (EIRE) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Pharma Inmobiliaria, S.A. de C.V. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Pharmafrica (PTY) LTD [Third Party] |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | BILLING PRACTICES AND PROCEDURES FOR OUTSIDE COUNSEL THIRD PARTY PROFESSIONAL I.E. CONSULTING ENGAGEMENT | PHILLIPS MURRAH ADDRESS UNKNOWN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Endo International plc
        Case number (If known): 22-22549 (JLG)

        Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br>SUPPLIES AND MATERIALS CONTRACT<br>DATED: 5/18/2006 | PLANTEX USA INC.<br>2 University Plaza<br>Suite 305<br>Hackensack, NJ 07601 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Quartz Specialty Pharmaceuticals, LLC<br>6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILE APPLICATION SECURITY TESTING - SOW<br>STATEMENT OF WORK (SOW)<br>DATED: 3/4/2021 | SECURITY RISK ADVISORS<br>1760 Market St.<br>3Rd Floor<br>Philadelphia, PA 19103 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Serral, S.A. de C.V. [Third Party] |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Slate Pharmaceuticals, LLC<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Somar Humana, S.A. de C.V. [Third Party] |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACQUISITION OF SOMERSET THERAPEUTICS, LLC AND WINTAC, LIMITED BY ENDO INTERNATIONAL PlC<br>ASSET PURCHASE AGREEMENT | SOMERSET THERAPEUTICS, LLC |

Debtor Endo International plc
Name
Case number (If known): 22-22549 (JLG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO THE BINDING AGREEMENT PURCHASE/PRICING AND SUPPLY AGREEMENT DATED: 2/16/2018 | SOMERSET THERAPEUTICS, LLC |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT INTERCOMPANY AGREEMENT DATED: 1/9/2017 | Timm Medical Holdings, LLC 1400 ATWATER DRIVE MALVERN, PA 19355 |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TPG PARTNERS VI, L.P.-ACQUISITION OF SHARES ASSET PURCHASE AGREEMENT (APA) DATED: 5/6/2016 | TPG PARTNERS VI, L.P. |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERIALIZATION AMENDMENT TO APPLICATION SERVICES PROVIDER AGREEMENT SERVICE AGREEMENT DATED: 6/26/2007 | TRACELINK, INC. 400 Riverpark Drive Floor 2 SUITE 200 North Reading, MA 01864 |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK STATEMENT OF WORK (SOW) DATED: 1/15/2021 | VECTOR MEDICAL, LLC 2001 Lincoln Street #2122 Denver, CO 80202 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK STATEMENT OF WORK (SOW) DATED: 1/27/2021 | VECTOR MEDICAL, LLC 2001 Lincoln Street #2122 Denver, CO 80202 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO THE BINDING AGREEMENT PURCHASE/PRICING AND SUPPLY AGREEMENT DATED: 2/16/2018 | VEEGO PHARMA, LLC Po Box 740434 Los Angeles, CA 90074-0434 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACQUISITION OF SOMERSET THERAPEUTICS, LLC AND WINTAC, LIMITED BY ENDO INTERNATIONAL PIC<br>ASSET PURCHASE AGREEMENT | VEEGO PHARMA, LLC<br>Po Box 740434<br>Los Angeles, CA 90074-0434 |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AGREEMENT<br>INTERCOMPANY AGREEMENT<br>DATED: 1/9/2017 | Vintage Pharmaceuticals, LLC<br>6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AND BUY-BACK AGREEMENT<br>OTHER<br>DATED: 7/31/2015 | WESTRATE TRADE AND INVEST PROPRIETARY LIMITED<br>155 108Th Ave Ne<br>Suite 650<br>Bellevue, WA 98004 |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOLLING AGREEMENT<br>OTHER<br>DATED: 8/15/2017 | WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street Nw<br>Washington, DC 20005 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Endo International plc |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-22549 (JLG) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.5 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.6 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc
Name                                                    Case number (If known):    22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.8 | 70 Maple Avenue, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.9 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.10 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.11 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.12 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.13 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.14 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc

Name

| | Case number (If known): | 22-22549 (JLG) |

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.16 | Actient Pharmaceuticals LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D  ☐ E/F  ☐ G |
| 2.17 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.18 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.19 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.20 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.21 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.22 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |

Debtor | Endo International plc | Case number (If known): | 22-22549 (JLG)
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.24 | Actient Therapeutics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.25 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.26 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.27 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.28 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.29 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.30 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc
Case number (If known): 22-22549 (JLG)

Name

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.32 | Anchen Incorporated | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D  ☐ E/F  ☐ G |
| 2.33 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.34 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.35 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.36 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.37 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.38 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |

Debtor  Endo International plc
Name

Case number (If known):  22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.40 | Anchen Pharmaceuticals, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.41 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.42 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.43 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.44 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.45 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.46 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.48 | Astora Women's Health, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D  ☐ E/F  ☐ G |
| 2.49 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.50 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.51 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.52 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.53 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.54 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |

Debtor    Endo International plc
Name    Case number (if known): 22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.56 | Auxilium International Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.57 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.58 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.59 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.60 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.61 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.62 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.64 | Auxilium Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D  ☐ E/F  ☐ G |
| 2.65 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.66 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.67 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.68 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.69 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.70 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |

Debtor  Endo International plc
        Name                                          Case number (if known):    22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.72 | Auxilium US Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.73 | Bermuda Acquisition Management Limited | | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.74 | Bermuda Acquisition Management Limited | | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.75 | Bermuda Acquisition Management Limited | | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.76 | Bermuda Acquisition Management Limited | | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.77 | Bermuda Acquisition Management Limited | | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.78 | Bermuda Acquisition Management Limited | | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.79 | Bermuda Acquisition Management Limited | | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.80 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.81 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.82 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.83 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.84 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.85 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.86 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | Biospecifics Technologies LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.88 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.89 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.90 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.91 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.92 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.93 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.94 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor  Endo International plc

Name

Case number (If known):    22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | Branded Operations Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.96 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.97 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.98 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.99 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.100 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.101 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.102 | DAVA International, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc |
|---|---|
| | Name |

| | Case number (If known): | 22-22549 (JLG) |
|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | DAVA International, LLC | 1400 ATWATER DRIVE<br>MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.104 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.105 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.106 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.107 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.108 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.109 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.110 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | DAVA Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.112 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.113 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.114 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.115 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.116 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.117 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.118 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor  Endo International plc
Name

Case number (If known):  22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | Endo Aesthetics LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.120 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.121 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.122 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.123 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.124 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.125 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.126 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor  Endo International plc

Case number (If known):  22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | Endo Bermuda Finance Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.128 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.129 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.130 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.131 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.132 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.133 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.134 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc
Name                                                        Case number (If known):    22-22549 (JLG)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.135 | Endo Designated Activity Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.136 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.137 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.138 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.139 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.140 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.141 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.142 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc

Case number (If known):    22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.143 | Endo Eurofin Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.144 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.145 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.146 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.147 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.148 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.149 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.150 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | Endo Finance IV Unlimited Company | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.152 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.153 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.154 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.155 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.156 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.157 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.158 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| 2.159 | Endo Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.160 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.161 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.162 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.163 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.164 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.165 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.166 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

Debtor  Endo International plc

Name

Case number (If known):   22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | Endo Finance Operations LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.168 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.169 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.170 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.171 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.172 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.173 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.174 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.175 | Endo Finco Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.176 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.177 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.178 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.179 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.180 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.181 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.182 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.183 | Endo Generics Holdings, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.184 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.185 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.186 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.187 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.188 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.189 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.190 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc

Name                                                    Case number (If known):    22-22549 (JLG)

| | | |
|---|---|---|
| ▉ | **Additional Page if Debtor Has More Codebtors** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | Endo Global Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.192 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.193 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.194 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.195 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.196 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.197 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.198 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | Endo Global Biologics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.200 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.201 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.202 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.203 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.204 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.205 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.206 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor  Endo International plc

Case number (If known):  22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|---|
| | Name | Mailing address | Name | |
| 2.207 | Endo Global Development Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.208 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.209 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.210 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.211 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.212 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.213 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.214 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Endo Global Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.216 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.217 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.218 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.219 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.220 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.221 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.222 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor | Endo International plc
Name | Case number (if known): 22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.223 | Endo Global Ventures | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.224 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.225 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.226 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.227 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.228 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.229 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.230 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.231 | Endo Health Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.232 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.233 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.234 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.235 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.236 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.237 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.238 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Endo Innovation Valera, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.240 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.241 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.242 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.243 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.244 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.245 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.246 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc |
|---|---|
| | Name |

| Case number (If known): | 22-22549 (JLG) |
|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.247 | Endo Ireland Finance II Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.248 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.249 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.250 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.251 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.252 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.253 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.254 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor  Endo International plc

Case number (If known): 22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Endo LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.256 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.257 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.258 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.259 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.260 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.261 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.262 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | Endo Luxembourg Finance Company I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.264 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.265 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.266 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.267 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.268 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.269 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.270 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor  Endo International plc

Case number (If known): 22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.271 | Endo Luxembourg Holding Company S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.272 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.273 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.274 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.275 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.276 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.277 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.278 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc

Name                                                    Case number (if known): ___22-22549 (JLG)___

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.279 | Endo Luxembourg International Financing S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.280 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.281 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.282 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.283 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.284 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.285 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.286 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor  Endo International plc

Name

Case number (If known):   22-22549 (JLG)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.287 | Endo Management Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.288 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.289 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.290 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.291 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.292 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.293 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.294 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor  Endo International plc

Name

Case number (If known):    22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | Endo Par Innovation Company, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.296 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.297 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.298 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.299 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.300 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.301 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.302 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.303 | Endo Pharmaceuticals Finance LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.304 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.305 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.306 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.307 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.308 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.309 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.310 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | Endo Pharmaceuticals Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.312 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.313 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.314 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.315 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.316 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D  ☐ E/F  ☐ G |
| 2.317 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☒ E/F  ☐ G |
| 2.318 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☒ E/F  ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.319 | Endo Pharmaceuticals Solutions Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.320 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.321 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.322 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.323 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.324 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.325 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.326 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.327 | Endo Pharmaceuticals Valera Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.328 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.329 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.330 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.331 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.332 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.333 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.334 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor   Endo International plc
Case number (If known): 22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.335 | Endo Procurement Operations Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.336 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.337 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.338 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.339 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.340 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.341 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.342 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.343 | Endo TopFin Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.344 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.345 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.346 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.347 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.348 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.349 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.350 | Endo U.S. Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc

Case number (If known): 22-22549 (JLG)

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.351 | Endo U.S. Inc. | 1400 ATWATER DRIVE<br>MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.352 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.353 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.354 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.355 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.356 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.357 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.358 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    Endo International plc

Case number (If known):    22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | Endo US Holdings Luxembourg I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.360 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.361 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.362 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.363 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.364 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.365 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.366 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc

Name

Case number (If known):    22-22549 (JLG)

| | Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.367 | Endo Ventures Aesthetics Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.368 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.369 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.370 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.371 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.372 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.373 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.374 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.375 | Endo Ventures Bermuda Limited | VICTORIA PLACE, 5TH FLOOR, 31 VICTORIA STREET HAMILTON HM 10, BERMUDA | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.376 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.377 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.378 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.379 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.380 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.381 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.382 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc

Name

Case number (If known):    22-22549 (JLG)

| | Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.383 | Endo Ventures Cyprus Limited | LAMPOUSAS, 1, 1095 NICOSIA, CYPRUS | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.384 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.385 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.386 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.387 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.388 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.389 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.390 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor   Endo International plc

_____

Name

| | Case number (If known): | 22-22549 (JLG) |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.391 | Endo Ventures Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.392 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.393 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.394 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.395 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.396 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.397 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.398 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Generics Bidco I, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.400 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.401 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.402 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.403 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.404 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.405 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.406 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Generics International (US) 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.408 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.409 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.410 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.411 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.412 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.413 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.414 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.415 | Generics International (US), Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.416 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.417 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.418 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.419 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.420 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.421 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.422 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

Debtor    Endo International plc
    Name    Case number (If known):    22-22549 (JLG)

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | Generics International Ventures Enterprises LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.424 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.425 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.426 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.427 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.428 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D  ☐ E/F  ☐ G |
| 2.429 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☒ E/F  ☐ G |
| 2.430 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☒ E/F  ☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Hawk Acquisition Ireland Limited | FIRST FLOOR, MINERVA HOUSE, SIMMONSCOURT ROAD BALLSBRIDGE DUBLIN 4, IRELAND (EIRE) | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D  ☐ E/F  ☐ G |
| 2.432 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.433 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.434 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.435 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.436 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D  ☐ E/F  ☐ G |
| 2.437 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |
| 2.438 | Innoteq, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D  ☑ E/F  ☐ G |

| Debtor | Endo International plc | Case number (If known): | 22-22549 (JLG) |
|--------|----------------------|------------------------|----------------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.439 | Innoteq, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.440 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.441 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.442 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.443 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.444 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.445 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.446 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Endo International plc
Name

Case number (If known):    22-22549 (JLG)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.447 | JHP Acquisition, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.448 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.449 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.450 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.451 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.452 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.453 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.454 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc

Name

Case number (if known):    22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.455 | JHP Group Holdings, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.456 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.457 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.458 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.459 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.460 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.461 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.462 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.463 | Kali Laboratories 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.464 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.465 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.466 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.467 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.468 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.469 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.470 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor  Endo International plc

Name

Case number (if known):  22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.471 | Kali Laboratories, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>☐ E/F<br>☐ G |
| 2.472 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.473 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.474 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.475 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.476 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.477 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.478 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.479 | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 18, BOULEVARD DE KOCKELSCHEUER L-1821 LUXEMBOURG | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.480 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.481 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.482 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.483 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.484 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.485 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.486 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor  Endo International plc

Case number (If known): 22-22549 (JLG)

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.487 | Moores Mill Properties L.L.C. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.488 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.489 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.490 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.491 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.492 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.493 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.494 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc
          Name

Case number (If known):   22-22549 (JLG)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.495 | Paladin Labs Canadian Holding Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.496 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.497 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.498 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.499 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.500 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.501 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.502 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.503 | Paladin Labs Inc. | 100 ALEXIS NIHON SUITE 600 ST.-LAURENT, QUEBEC, H4M 2P2 CANADA | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.504 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.505 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.506 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.507 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.508 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.509 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.510 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.511 | Par Laboratories Europe, Ltd. | 40 BANK STREET CANARY WHARF, E14 5DS UNITED KINGDOM | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.512 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.513 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.514 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.515 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.516 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.517 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.518 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor    Endo International plc    Case number (if known): 22-22549 (JLG)

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.519 | Par Pharmaceutical 2, Inc. | 1400 ATWATER DRIVE<br>MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.520 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.521 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.522 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.523 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.524 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.525 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.526 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Endo International plc | | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.527 | Par Pharmaceutical Companies, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.528 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.529 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.530 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.531 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.532 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.533 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.534 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (if known): | 22-22549 (JLG) |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.535 | Par Pharmaceutical Holdings, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.536 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.537 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.538 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.539 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.540 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.541 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.542 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.543 | Par Pharmaceutical, Inc. | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.544 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.545 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.546 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.547 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.548 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.549 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.550 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Endo International plc    Case number (If known):    22-22549 (JLG)

Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.551 | Par Sterile Products, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.552 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.553 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.554 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.555 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.556 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.557 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.558 | Par, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Endo International plc | | Case number (if known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.559 | Par, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.560 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.561 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.562 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.563 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.564 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.565 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.566 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | | Case number (If known): | 22-22549 (JLG) |

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.567 | Quartz Specialty Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.568 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.569 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.570 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.571 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.572 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.573 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.574 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.575 | Slate Pharmaceuticals, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.576 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.577 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.578 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | COMPUTERSHARE TRUST COMPANY, N.A. | ☒ D ☐ E/F ☐ G |
| 2.579 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.580 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.581 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.582 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Endo International plc
                                                    Case number (If known):    22-22549 (JLG)
        Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.583 | Timm Medical Holdings, LLC | 1400 ATWATER DRIVE MALVERN, PA 19355 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.584 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.585 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.586 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | COMPUTERSHARE TRUST COMPANY, N.A. | ☑ D ☐ E/F ☐ G |
| 2.587 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.588 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | JPMORGAN CHASE BANK,N.A.,AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.589 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.590 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD CHESTNUT RIDGE, NY 10977 | UMB BANK, NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

| Debtor | Endo International plc | | Case number (If known): | 22-22549 (JLG) |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.591 | Vintage Pharmaceuticals, LLC | 6 RAM RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.592 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.593 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.594 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.595 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.596 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.597 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.598 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name _____ Endo International plc _____

United States Bankruptcy Court for the: ____ Southern District of New York _____

Case number (If known) _____ 22-22549 (JLG) _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/09/2022_____         X /s/ Mark T. Bradley _____
              MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                            Mark T. Bradley _____
                                            Printed name

                                            Chief Financial Officer _____
                                            Position or relationship to debtor