**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ENDO INTERNATIONAL plc, *et al.*, | Case No.: 22-22549 (JLG) |
| Debtors.[1] | Jointly Administered |

## GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On August 16, 2022 (the "Petition Date"), Endo International plc ("Endo Parent") and its debtor affiliates, as debtors and debtors in possession (each a "Debtor," collectively, the "Debtors" and, together with their non-debtor affiliates, the "Company"), commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 22-22549 (JLG).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date.

These *Global Notes and Statements Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements, sub-Statements, exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements. Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in the chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of the chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

**Reservation of Rights**.  The Debtors' Chapter 11 Cases are large and complex.  The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.

The Debtors have made reasonable efforts to schedule the assets and liabilities, required financial information, and cash disbursements according to the appropriate Debtor entity. However, because the Company's accounting systems and practices were developed for consolidated reporting purposes, it is possible that not all scheduled information is attributed or recorded with the correct Debtor entity on these Schedules and Statements.

Subsequent information or discovery may result in material changes to these Schedules and Statements.  As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly.  Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority unsecured," on Schedule F as "nonpriority unsecured," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection.  The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

1.    **Basis of Presentation**.    The Company historically prepared consolidated unaudited quarterly and consolidated audited annual financial statements, which include all of the Debtors, as well as affiliated non-Debtor entities.    Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.    Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the Company.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with United States generally accepted accounting principles ("GAAP"), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.

2.    **Reporting Date**.    Each Debtor operates on a fiscal year ending on December 31st annually. All asset and liability information, except where otherwise noted, is provided as of the Petition Date.

3.    **Currency**.    All amounts are reflected in U.S. dollars, which the Company uses as its reporting currency.    Unless otherwise noted, the Debtors used conversion rates provided by Bloomberg Markets as of the Petition Date.    One significant exception is the value of prepetition transfers, which were valued using the conversion rates as of the date of such transfer.

4.    **Estimates and Assumptions**.    The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affect the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense.    Actual results could differ materially from these estimates.    The Debtors reserve the right to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

5.    **Totals**.    All totals included in the Schedules and Statements represent totals of all known amounts.    To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/or disputed, the actual totals may differ from the listed totals.

6.    **Undetermined, To be Determined or Unknown Amounts**.    The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount.    Certain amounts may be clarified during the course of the Chapter 11 Cases.

7.    **Asset Presentation and Valuation**.    The Debtors' assets are presented at values consistent with their books and records.    These values do not purport to represent the ultimate value that would be received in the event of a sale and may not represent economic value as determined by an appraisal or other valuation technique.    As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.

**8.**    **Cash Management.** The Debtors use an integrated, centralized cash management system to facilitate the collection, concentration and disbursement of the various Debtors' funds in approximately five countries around the world.  As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is contained in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts, and Business Forms and (B) Implement Changes To Their Cash Management System In The Ordinary Course Of Business; (II) Granting Administrative Expense Priority for Postpetition Intercompany Claims; (III) Granting a Waiver With Respect to the Requirements of 11 U.S.C. § 345(b); and (IV) Granting Related Relief* [Docket No. 16].

**9.**    **Contingent Assets and Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross-claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) intercompany loans, (iv) tax-sharing agreements, (v) warranties, (vi) operational and servicing agreements, (vii) shared service agreements, and (viii) other arrangements.

**10.**    **Guarantees and Other Secondary Liability Claims**.  The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other similar agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of the Debtor or Debtors affected by such Guarantees. Where a Guarantee exists, co-obligors are listed on a Debtor's Schedule H to the extent the Debtor is either the primary obligor or the guarantor of the relevant obligation.  To the extent that a Debtor is a guarantor, such Guarantees are also listed on its Schedule D or E/F, as appropriate, and listed as "contingent" and "unliquidated" unless otherwise specified.  Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired

4

leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize, reclassify, add, or remove any such contract or claim.

**11.**    **Pledged Assets**. Substantially all of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors to secure certain obligations. Assets pledged as collateral are more fully described in the *Debtors' Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to use Cash Collateral; (ii) Granting Adequate Protection to Prepetition Secured Parties; (iii) Modifying the Automatic Stay; and (iv) Granting Related Relief* [Docket No. 17].

In certain instances, Endo Parent or another Debtor may be a co-obligor or guarantor with respect to the obligations of another Debtor or non-Debtor, which obligation or guarantee is secured by property pledged by the Debtor. To the extent that a Debtor no longer holds title to the pledged collateral securing an obligation or guarantee, such obligation or guarantee is considered unsecured and is listed on that Debtor's Schedule F.

**12.**    **Leases and Executory Contracts**. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect, and the Debtors reserve all of their rights.

**13.**    **Intercompany Transactions.** Net intercompany balances between a given Debtor and other Company entities as of the Petition Date are reported on such Debtor's Schedules in response to Question AB77 (Other property of any kind not already listed) for net intercompany receivables and Question F for any net intercompany payables.

**14.**    **Liabilities**. Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time. In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined." Further, liabilities such as certain deferred liabilities, accruals, or general reserves are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor. Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

15. **Prepetition Litigations.** While the Debtors and their professionals have taken all reasonable efforts to identify all pending litigations that had been commenced as of the Petition Date, the Debtors in some instances have received notice after the Petition Date of litigations commenced prior to the Petition Date. For the purposes of these Schedules and Statements, the Debtors have used their reasonable best efforts to identify and disclose, as appropriate, all prepetition litigations that the Debtors were aware of as of the preparation of these Schedules and Statements. The Debtors reserve the right, but are not required, to amend Schedules E/F if they later become aware of any such prepetition litigations. For the avoidance of doubt, the Debtors have not listed on Schedule E/F or Statement Question 7 those litigations that were commenced post-petition.

16. **Creditor Facilities**. Although there may be multiple parties that hold a portion of the debt comprising the Debtors' prepetition credit facilities and notes, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule D, E/F, and H.

17. **Confidentiality and Redactions**. In accordance with the Bankruptcy Court's Memorandum Decision and Order authorizing the Debtors to redact certain personally identifiable information for individual creditors [Docket No. 567] (the "Redaction Order"), the home addresses of the Debtors' current and former employees (including directors and officers) reflect the office locations of the employees or the Debtors' service address, as applicable. Pursuant to the Redaction Order, the Debtors have also redacted the names, home addresses, and/or email addresses, as applicable, for individual creditors, equity holders, vendors, contract counterparties, and litigants located in the United States, Canada, United Kingdom, European Union, and Australia in the publicly filed versions of the Schedules and Statements. The Debtors have filed unredacted versions of the Schedules and Statements under seal with the Bankruptcy Court, which can be obtained upon request pursuant to procedures identified in the Redaction Order.

18. **First Day Orders**. The Bankruptcy Court has authorized (each, a "First Day Order") the Debtors to pay, in whole or in part, various outstanding prepetition claims, including but not limited to, certain payments relating to the Debtors' employee wages and compensation, severance, benefits, and reimbursable business expenses; goods and services ordered prepetition but received post-petition; insurance obligations; critical and foreign vendor and lienholder claims; and pre-petition taxes and fees. Given that certain of these claims have been paid or are anticipated to be paid in accordance with the First Day Orders, such claims may not be listed in the Schedules, notwithstanding that such claims existed as of the Petition Date or may otherwise be listed as "unknown" or "to be determined."

The Debtors reserve their rights to object to any listed claims on the ground that, among other things, such claims have already been satisfied pursuant to a First Day Order or otherwise satisfied during the pendency of the Chapter 11 Cases. The estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

19. **Excluded Assets and Liabilities**. The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules. The Debtors have excluded the following items which may be included in their GAAP financial statements

from the Schedules: operating leases, accrued salaries, employee benefit accruals, certain other accruals, capitalized interest, debt acquisition costs, goodwill, financial instruments, certain other assets, and deferred revenues and gains.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

20.    **Intellectual Property Rights**.  The values presented reflect the remaining net book values, determined in accordance with GAAP, of intellectual property which was previously acquired in a business combination, asset acquisition, in-licensing or similar transaction.  Value associated with intellectual property internally generated or created, including enhancements to previously acquired intellectual property, are not reflected herein.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

21.    **Liens**.  The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.  A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.  Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors.  It is not the Debtors' intent that the Schedules be construed to supersede any orders entered by the Bankruptcy Court.

22.    **Insiders**.  For the purposes of their responses to Statement Question 28, the Debtors have listed the current officers and directors for each individual Debtor entity.  For the purposes of Statement Question 29, the Debtors have listed the names of all former officers and directors who received any form of payment from the Debtors in the one year prior to the Petition Date.

Persons listed as "insiders" have been included for informational purposes only and do not constitute an admission that any such individuals are insiders for purposes of the Bankruptcy Code or otherwise.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

23.    **Signatory**.  The Schedules and Statements have been signed by Mark T. Bradley in his capacity as Chief Financial Officer of Endo Parent.  In reviewing and signing the Schedules and Statements, he has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals.  He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

## Schedules of Assets and Liabilities

**Schedule A/B Notes**.

- **General**.  Each Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in various currencies, converted into U.S. dollars as of the Petition Date.  The Debtors excluded accounts with no current balances that may be seldomly used or inactive.

- **Schedule A/B, Part 2 – Deposits and Prepayments**.  The Debtors have made reasonable efforts to identify all deposits.  However, the Schedules may not reflect an exhaustive list of deposits.  The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn post-petition by the counterparty.  In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.  Retainer and deposit amounts are listed as of the Petition Date.

- **Schedule A/B, Part 3 – Accounts Receivable, Item 11**.  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts.  Accounts receivable include ordinary course receivables, and may also include any net credits in favor of the Debtors with respect to their trade payables.

- **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**.  Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

- **Schedule A/B, Part 9 – Real Property, Item 55**.  In response to AB55, the Debtors did not allocate the total book values of their property interest to individual properties.  Rather, in response to AB55, the Debtors identified and listed the following: (a) each category of real property in which the Debtor has an interest (*e.g.*, "land," "buildings," "leasehold

8

improvements"), along with the total book value of the Debtor's interest in such category of real property, and separately (b) the underlying individual properties in which the Debtor has an interest, each listed with an "undetermined" value.

- **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66**. The Debtors report intellectual property assets at net book value based on the Debtors' books and records whenever applicable. For purposes of the Schedules, the Debtors have listed goodwill on the Schedules of the applicable Debtor entities for which such assets are recorded on their books; the Debtor's failure to list such an asset on another Debtor's Schedules should not be construed as an admission that such other Debtor does not have an interest in such intangible or intellectual property. The Debtors have not listed or assigned any value for their goodwill.

- **<u>Schedule A/B, Part 11 – All Other Assets.</u>**

  o *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*. The Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72.

  o *Item 73 – Interests in Insurance Policies or Annuities*. The Debtors have made reasonable and good faith efforts to list all of their known insurance policies, including historic insurance policies. However, the Debtors are continuing to review their insurance assets and therefore reserve their rights to amend the Schedules and Statements to reflect additional insurance policies that may be property of the estates. Any inadvertent omission of an insurance policy from the Schedules and Statements of a Debtor is not a waiver of any rights that such Debtor may have thereunder.

  o *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims*. The Debtors attempted to list all known causes of action and other affirmative claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

  o *Item 76 – Trusts, equitable or future interests in property*. The Debtors have reported Qualified Settlement Funds ("<u>QSFs</u>") with reversionary interest clauses. The QSFs include funds that may be returned to the Debtors upon certain conditions not being met by the plaintiffs. Since the amounts subject to reversion are unknown, the value of the QSFs are reported as undetermined.

o **Item 77 – Other Property of Any Kind Not Already Listed**.  Each Debtor has attached an exhibit, where applicable, listing that Debtor's intercompany receivables, on a net basis, with all other Company entities, both Debtors and non-Debtors.  The intercompany receivables reflect amounts owed pursuant to various ordinary course transactions between Company entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other Company entities.  The Debtors have included intercompany receivables as of July 31, 2022.

**<u>Schedule D Notes</u>**.

- A description of the Debtors' prepetition capital structure is contained in the *Motion Of The Debtors For The Entry Of Interim And Final Orders (i) Authorizing Debtors To Use Cash Collateral; (ii) Granting Adequate Protection To Prepetition Secured Parties; (iii) Modifying The Automatic Stay; And (V) Granting Related Relief* [Docket No. 17].

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such potential claims is unknown.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities and secured notes reflect the approximate principal amounts as of the Petition Date.

- The descriptions provided on Schedule D, including the descriptions of the underlying collateral, are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules

and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

- Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof and not to the beneficiaries thereof.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Moreover, because the Debtors have scheduled all claims in U.S. dollars, foreign creditors asserting claims in local currencies may disagree with the scheduled amounts due to differences in applied conversion rate.

- Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F was incurred or arose, fixing that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- On Schedule F, the Debtors' intercompany payables are reported on a net basis with all other Company entities, both Debtors and non-Debtors. The intercompany payables reflect amounts owed pursuant to various ordinary course transactions between Company entities. The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other Company entities. The Debtors have included intercompany payables as of July 31, 2022.

- The Bankruptcy Court has authorized the Debtors to pay, in whole or in part, prepetition claims relating to the Debtors' employee wages and compensation, benefits, and reimbursable business expenses. Accordingly, a Debtor's Schedule E/F only reflects those employee related claims due and owing as of the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy in whole or in part. Schedule E/F also contains information regarding pending litigation involving the Debtors. However,

certain omissions may have occurred. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

- All asserted or potential litigation-related claims referenced in Schedule E/F are contingent, unliquidated, and disputed.

- For the purposes of these Schedules and Statements, where a Debtor is a codefendant with other parties in a litigation, such codefendant(s) are listed on Schedule E/F only where such codefendant has affirmatively asserted a cross-claims against the Debtor in the underlying litigation or where a tolling agreement has been executed between such codefendant and the Debtor in the litigation. Conversely, the Debtors have not included on Schedule E/F, Part 2 the thousands of codefendants involved in pending litigation where such codefendants have not affirmatively asserted a cross-claim against the Debtor or executed a tolling agreement with the Debtor in the underlying litigation. The Debtors also have not included on Schedule E/F, Part 2 any codefendants with cross-claims that may have been "deemed" asserted against the Debtors and/or asserted solely as a procedural matter. Where potential claims have been affirmatively asserted or tolled and are listed on Schedule E/F, Part 2, the amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules. The Debtors do not concede that any claims that any codefendants have or may assert against any of the Debtors have merit or that any amounts are owed by the Debtors to such codefendants on account of such claims.

- The Debtors are aware of certain additional litigations outside of the United States for which they have incomplete information as of the filing of the Schedules and Statements, due to local restrictions regarding the sharing and processing of personal data. Specifically, the Debtors have been named as defendants in (a) 13 claims brought by individual claimants in England and Wales in the High Court in relation to injury suffered as a result of surgical mesh implants, (b) 56 separate claims brought by individual claimants in Scotland in the Court of Session, and (c) a number of separate claims brought by individual claimants in the Netherlands and Ireland (the "UK/EU Individual Claimants"). The Debtors have also been named as defendants in a class action in the Federal Court of Australia (Proceeding NSD 35/2018) brought by two named individuals (the "Named Australian Litigation Claimants") on their own right and on behalf of other woman relating to the usage of transvaginal surgical mesh products designed to treat pelvic organ prolapse or stress urinary incontinence (the "Australian Class Action Proceeding"). In addition to the Named Australian Litigation Claimants, the Debtors are aware of over 3,000 potential class members in the Australian Class Action Proceeding (the "Additional Australian Litigation Claimants"). The Debtors are currently in the process of receiving information regarding the Additional Australian Litigation Claimants and UK/EU Individual Claimants following entry of the Redaction Order [Docket No. 567] and will file a supplement to Schedule E/F that accounts for the Additional Australian Litigation Claimants and UK/EU Individual Claimants after such information has been received and processed.

- Certain litigations reflected as claims for or against one Debtor may relate to one or more of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of each Debtor that is party to the action. Where this was not possible, Endo Parent was listed as the defendant. Moreover, given the number of litigations involving Debtors, the Schedules do not contain specific details of every litigation, such as the names and addresses of each party to a given litigation.

- In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to critical and foreign vendors, lienholders and fuel suppliers made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

**Schedule G Notes.**

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- In some cases, the same contract counterparty appears multiple times in a Debtor's Schedule G. This multiple listing is generally intended to reflect distinct agreements between the applicable Debtor and such counterparty, however, due to the magnitude of data, it is possible that a multiple listing may be the result of duplicates.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. A Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement or lease.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates,

13

letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- To the extent that a Debtor is a licensee or lessee pursuant to an executory contract or lease and also a sublessor or sub licensor pursuant to another executory contract or lease, both executory contracts or leases will be listed separately on the Debtor's Schedule G.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**Schedule H Notes**.

- For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. As such, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

- The Debtors have not listed any litigation-related codefendants on Schedule H. Codefendants who have affirmatively asserted cross-claims against the Debtor, other than cross-claims that may have been "deemed" asserted against the Debtors and/or asserted solely as a procedural matter, or who have executed a tolling agreement the Debtor in the underlying litigation, can be found on the Debtors' Schedule E/F.

## Statement of Financial Affairs

**Statement Question 1 and 2 – Revenue**. The Debtors have reported net sales which are consistent with SEC reporting. The net sales for the 2022 stub period are as of the Petition Date. Net sales amounts are not presented on a stand-alone legal entity basis. Instead, individual Debtor sale amounts are reflective of the total sales amounts reported in the consolidated SEC reporting of Endo Parent, which are then divided and allocated between the applicable Debtors.

**Statement Question 3 – 90 Day Payments.**  Any payments made to the Debtors' bankruptcy case professionals, charitable organization and/or insiders within the 90 days prior to the Petition Date are disclosed in responses to SOFA 11, SOFA 9 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3.  Payments made to the Debtors' non-insider employees also are not listed herein.  Payments made to employees for compensation are not included; *however*, transfers made to third-party administrators used to compensate employees have been included.

**Statement Question 4 – Payments to Insiders.**  The Debtors' response to Statement Question 4 contains the full list of payments made to insiders on behalf of all Debtors in the aggregate during the one year preceding the Petition Date.

**Statement Question 6 – Setoffs.**  The Debtors are routinely subject to setoffs from third parties in the ordinary course of business.  Setoffs in the ordinary course result from routine transactions, including but not limited to, intercompany transactions, pricing discrepancies, and other disputes between Debtors and third parties.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and are not listed in the Debtors' responses to Statement Question 6.  Furthermore, the Debtors engage in certain customer programs, including credits and refunds.  Such transactions were also not included in responding to Statement Question 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.  The Debtors reserve all rights to enforce or challenge any setoffs that have been or may be asserted.

**Statement Question 7 – Legal Actions.**  The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors.  The Debtors reserve all of their rights and defenses with respect to any and all lawsuits and administrative proceedings, irrespective of whether they were listed in response to Statements Question 7.  Moreover, the listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that some or all of the Debtors are not appropriate parties to such actions or proceedings.

The Debtors have devoted substantial resources to identify and provide as much information for as many proceedings as possible in response to Statements Question 7, using records that were reasonably accessible and reviewable. While the Debtors believe they were diligent in their efforts, they nonetheless reserve the right to amend and/or modify their respective responses to Statements Question 7 as they may deem necessary and appropriate.

The Debtors have not included workers' compensation claims in response to this question because the Debtors maintain that this disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996) and, for certain foreign jurisdictions could constitute a breach of federal/local privacy laws.

**Statement Question 9 – Certain Gifts and Charitable Contributions.**  The Debtors listed the value of product donations according to the base cost of such products.

**Statement Question 16 – Personally Identifiable Information**.  The Company privacy policies are disclosed on its public website at https://www.endo.com/privacy-legal, in multiple languages.

**Statement Question 26d – Firms Who Have Audited Books and Records.**
PricewaterhouseCoopers LLP audits the Company's consolidated financial statements.  As reflected in the various Debtors' responses to Statement Question 26b, other accounting firms may perform statutory stand-alone entity audits for certain Debtor entities in foreign jurisdictions.

**Statement Question 26d – Recipients of Financial Statements.**   Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at the end of each of its fiscal quarters and years, Endo Parent, prepare and file with the Securities and Exchange Commission (the "SEC") quarterly reports on Form 10-Q, annual reports on Form 10-K and current reports on Form 8-K, among other filings made with the SEC from time to time (collectively, the "SEC filings"). Certain of Endo Parent's filings contain consolidated financial statements relating to Endo International plc and its subsidiaries. Additionally, Endo Parent has historically provided the SEC filings in the investor relations sections of its website. Because the SEC filings are of public record, Endo Parent does not maintain records the parties who requested or obtained copies of any of the SEC filings from the SEC, the debtors, or other sources. In addition, certain Debtors are required to file financial statements in Ireland (pursuant to the Companies Act 2004 and in the United Kingdom (pursuant to the Companies Act 2006). Additionally, certain Debtors are subject to file annual accounts online with the Trade and Companies Register (registre de commerce et des sociétés - RCS) in Luxembourg and required to mention the filing of the accounts in the Electronic Compendium of Companies and Associations (recueil électronique des sociétés et associations - RESA).

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.**   Refer to Statement Question 4 for this item.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Endo International plc |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known) | 22-22549 (JLG) |

☐ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   Income

---

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM/DD/YYYY | to _____ | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 MM/DD/YYYY | to 08/16/2022 | Interest Income | $ 70.39 |
| **For prior year:** | From 01/01/2021 MM/DD/YYYY | to 12/31/2021 MM/DD/YYYY | Interest Income | $ 112.17 |
| **For the year before that:** | From 01/01/2020 MM/DD/YYYY | to 12/31/2020 MM/DD/YYYY | Interest Income | $ 3,452.89 |

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|--------|----------|------|------|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None    **See Attached Rider**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 _____<br>Street _____<br>City ____ State ____ Zip Code ____ | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2 _____<br>Street _____<br>City ____ State ____ Zip Code ____ | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None    **See Attached Rider**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 _____<br>Street _____<br>City ____ State ____ Zip Code ____ | _____ | $ _____ | _____<br>_____ |
| **Relationship to debtor** | | | |
| _____ | | | |
| 4.2 _____<br>Street _____<br>City ____ State ____ Zip Code ____ | _____ | $ _____ | _____<br>_____ |
| **Relationship to debtor** | | | |
| _____ | | | |

| Debtor | Endo International plc | | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ | _____ | _____ | $ _____ |
| Street _____ | _____ | | |
| City          State          Zip Code | | | |
| 5.2 _____ | _____ | _____ | $ _____ |
| Street _____ | _____ | | |
| City          State          Zip Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt .

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| Street _____ | _____ | | |
| City          State          Zip Code | | | |

Last 4 digits of account number: XXXX - _____

**Part 3:**      Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None      **See Attached Rider**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 _____ | _____ | _____ | ☐ Pending |
| | | Street _____ | ☐ On appeal |
| **Case number** | | City          State          Zip Code | ☐ Concluded |
| _____ | | | |
| 7.2 _____ | _____ | _____ | ☐ Pending |
| | | Street _____ | ☐ On appeal |
| **Case number** | | City          State          Zip Code | ☐ Concluded |
| _____ | | | |

| Debtor | Endo International plc | | Case number (If known) | 22-22549 (JLG) |
| | Name | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $ _____ |
| Street | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| City        State        Zip Code | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | _____ | _____ | _____ | $ _____ |
| | Street | _____ | | |
| | _____ | | | |
| | City        State        Zip Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2 | _____ | _____ | _____ | $ _____ |
| | Street | _____ | | |
| | _____ | | | |
| | City        State        Zip Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| _____ | | | |

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None    **See Attached Rider**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | $ |
| **Address** | | | |
| | | | |
| Street | | | |
| City            State            Zip Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 | | | $ |
| **Address** | | | |
| | | | |
| Street | | | |
| City            State            Zip Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property-by sale, trade, or any other means-made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs . Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | BIOSPECIFICS TECHNOLOGIES CORP. | Merger/acquisition of all of BioSpecifics' issued and outstanding shares | 12/02/2020 | $          655.7mm |

**Address**

1400 ATWATER DR.
MALVERN, PA 10355

**Relationship to debtor**

Licensing Partner

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 | | | | $ |

**Address**

**Relationship to debtor**

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | | Dates of Occupancy | | |
|---|---|---|---|---|---|---|
| 14.1 | | | | From | To | |
| | Street | | | | | |
| | City | State | Zip Code | | | |
| 14.2 | | | | From | To | |
| | Street | | | | | |
| | City | State | Zip Code | | | |

| Debtor | Endo International plc | | Case number (if known) | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | | | |
| | Street | | |
| | City          State          Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2 | | | |
| | Street | | |
| | City          State          Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.      See Debtor's website for a full list of information collected - https://www.endo.com/privacy-legal/privacy

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No
☐ Yes

| Debtor | Endo International plc | | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, old, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Street _____ <br> City   State   Zip Code | XXXX- _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |
| 18.2 _____ <br> Street _____ <br> City   State   Zip Code | XXXX- _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Street _____ <br> City   State   Zip Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Street _____ <br> City   State   Zip Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

| Debtor | Endo International plc | Case number (if known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| _____ | _____ | _____ | _____ |
| Street | | | |
| _____ | | | |
| City        State        Zip Code | | | |

---

**Part 12:**    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| **Case Number** | Street | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |
| | City        State        Zip Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Street | Street | | |
| _____ | _____ | | |
| City        State        Zip Code | City        State        Zip Code | | |

| Debtor | Endo International plc | | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|---|
| | Name | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Street | Street | _____ | |
| _____ | _____ | | |
| City          State      Zip Code | City          State      Zip Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 ENDO DESIGNATED ACTIVITY COMPANY<br>FIRST FLOOR, MINERVA HOUSE<br>SIMMONSCOURT ROAD<br>BALLSBRIDGE<br>DUBLIN 4,<br>IRELAND (EIRE) | Holding Company | EIN:  98-1147135 |

**Dates business existed**

From  10/29/2013          To   Present

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2 | | EIN: |

**Dates business existed**

From  _____          To   _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3 | | EIN: |

**Dates business existed**

From  _____          To   _____

| Debtor | Endo International plc | Case number (If known) | 22-22549 (JLG) |
|---|---|---|---|
| | Name | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None    **See Attached Rider**

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.1 | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State          Zip Code | | |

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.2 | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State          Zip Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26b.1 | PRICEWATERHOUSECOOPERS LLP<br>TWO COMMERCE SQUARE<br>2001 MARKET ST.<br>SUITE 1800<br>PHILADELPHIA, PA 19103 | From 8/16/2020 | To Present |

| Name and address | | Dates of service | |
|---|---|---|---|
| 26b.2 | | From _____ | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None    **See Attached Rider**

| Name and address | | if any books of account and records are unavailable, explain why | |
|---|---|---|---|
| 26c.1 | _____ | _____ | |
| | Street | | |
| | _____ | _____ | |
| | City          State          Zip Code | | |

Debtor    Endo International plc                                          Case number (If known)    22-22549 (JLG)
          Name

| | Name and address | if any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | | |
| | Street | |
| | City            State            Zip Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None    **See Attached Rider**

| | Name and address |
|---|---|
| 26d.1 | |
| | Street |
| | City            State            Zip Code |

| | Name and address |
|---|---|
| 26d.2 | |
| | Street |
| | City            State            Zip Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 | | |
| Street | | |
| City            State            Zip Code | | |

Debtor    Endo International plc                                                                        Case number (If known)    22-22549 (JLG)
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2

_____
Street

_____
City                    State                    Zip Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached Rider | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached Rider | | | From           To |
| | | | From           To |
| | | | From           To |
| | | | From           To |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1   Refer to Statement of Financial Affairs Q #: 4 | | | |
| Street | | | |
| City                    State                    Zip Code | | | |
| **Relationship to debtor** | | | |

Debtor    Endo International plc                                    Case number (If known)    22-22549 (JLG)
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 | | | |
| Street | | | |
| City          State          Zip Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

| **Part 14:** | **Signature and Declaration** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     11/09/2022
                MM / DD / YYYY

**X** /s/ Mark T. Bradley                              Printed name    Mark T. Bradley
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name:  Endo International plc                                                                                        Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| A AND L GOODBODY<br>A AND L GOODBODY<br>SOLICITORS<br>INT FINANCIAL SERVICE<br>CENTER<br>25-28 NORTH WALL QUAY<br>DUBLIN,<br>IRELAND (EIRE) | 20001551 | 05/27/2022 | Services | $320,342.95 |
| | 20001574 | 06/17/2022 | Services | $773,487.94 |
| | 20001583 | 06/30/2022 | Services | $160,261.76 |
| | 20001594 | 07/15/2022 | Services | $311,756.20 |
| | 20001617 | 07/29/2022 | Services | $478,537.25 |
| | 20001624 | 08/05/2022 | Services | $251,405.21 |
| | 20001642 | 08/10/2022 | Services | $163,831.97 |
| | 20001666 | 08/11/2022 | Services | $263,813.71 |
| | | | **SUBTOTAL** | **$2,723,436.99** |
| ALIXPARTNERS LLP<br>PO BOX 5838<br>CAROL STREAM, IL 60197-5838 | 20001576 | 06/22/2022 | Services | $418,895.00 |
| | 20001600 | 07/15/2022 | Services | $592,429.92 |
| | 20001628 | 08/05/2022 | Services | $251,626.89 |
| | 20001663 | 08/10/2022 | Services | $150,000.00 |
| | | | **SUBTOTAL** | **$1,412,951.81** |
| AMARCHAND<br>AMARCHAND TOWERS<br>216 OKHLA INDUSTRIAL EST<br>PHASE III<br>NEW DELHI, 110020<br>INDIA | 15000623 | 07/08/2022 | Services | $6,150.00 |
| | 15000626 | 07/29/2022 | Services | $1,862.50 |
| | 15000628 | 08/10/2022 | Services | $65,977.50 |
| | | | **SUBTOTAL** | **$73,990.00** |
| ANKURA CONSULTING GROUP<br>LLC<br>PO BOX 74007043<br>CHICAGO, IL 60674-7043 | 20001657 | 08/10/2022 | Services | $142,559.00 |
| | | | **SUBTOTAL** | **$142,559.00** |
| ANKURA INTERMEDIATE<br>HOLDINGS LP<br>ANKURA CONSULTING GROUP<br>LLC<br>485 LEXINGTON AVE 10TH<br>FLOOR<br>NEW YORK, NY 10017-2619 | 20001553 | 05/27/2022 | Services | $69,222.00 |
| | 20001571 | 06/16/2022 | Services | $57,334.00 |
| | | | **SUBTOTAL** | **$126,556.00** |
| APPLEBY (BERMUDA) LIMITED<br>22 VICTORIA STREET PO BOX<br>HM 1179<br>HAMILTON, HM EX<br>BERMUDA | 20001584 | 06/30/2022 | Services | $4,239.49 |
| | 20001625 | 08/05/2022 | Services | $119,512.20 |
| | 20001647 | 08/10/2022 | Services | $59,832.27 |
| | 20001661 | 08/10/2022 | Services | $19,247.61 |

Debtor Name:  Endo International plc                                                                                     Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$202,831.57** |
| ARTHUR COX<br>ADDRESS ON FILE | 20001668 | 08/11/2022 | Services | $367,974.45 |
| | | | **SUBTOTAL** | **$367,974.45** |
| BAKER AND MACKENZIE LLP<br>100 BARANGAROO AVE<br>NSW<br>BARANGAROO, 2000<br>AUSTRALIA | 15000627 | 08/10/2022 | Services | $21,815.69 |
| | | | **SUBTOTAL** | **$21,815.69** |
| BROADRIDGE INVESTOR<br>COMMUNICATION<br>SOLUTIONS INC<br>BROADRIDGE ICS<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | 20001578 | 06/24/2022 | Services | $46,365.18 |
| | 20001610 | 07/22/2022 | Services | $439.24 |
| | | | **SUBTOTAL** | **$46,804.42** |
| COLE SCHOTZ<br>25 MAIN STREET COURT PLAZA<br>NORTH<br>HACKENSACK, NJ 07602-0800 | 20001552 | 05/27/2022 | Services | $3,756.00 |
| | 20001580 | 06/24/2022 | Services | $16,648.00 |
| | 20001597 | 07/15/2022 | Services | $13,141.50 |
| | 20001649 | 08/10/2022 | Services | $7,952.50 |
| | | | **SUBTOTAL** | **$41,498.00** |
| COMPUTERSHARE INC<br>462 S 4TH ST MAILBOX 829 16TH<br>FL<br>LOUISVILLE, KY 40202 | 20001611 | 07/22/2022 | Services | $5,264.17 |
| | 20001645 | 08/10/2022 | Services | $4,757.71 |
| | | | **SUBTOTAL** | **$10,021.88** |
| COMPUTERSHARE INVESTOR<br>SERVICES<br>IRELAND LIMITED<br>3100 LAKE DRIVE CITYWEST<br>BUS CAMPUS<br>DUBLIN 24, D24 AK82<br>IRELAND (EIRE) | 20001557 | 06/03/2022 | Services | $1,672.47 |
| | 20001560 | 06/10/2022 | Services | $1,429.08 |
| | 20001579 | 06/24/2022 | Services | $1,427.24 |
| | 20001626 | 08/05/2022 | Services | $1,362.63 |
| | | | **SUBTOTAL** | **$5,891.42** |
| CT CORPORATION SYSTEM<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | 20001561 | 06/10/2022 | Services | $8,364.95 |
| | 20001601 | 07/15/2022 | Services | $16,501.22 |
| | 20001652 | 08/10/2022 | Services | $2,384.18 |
| | | | **SUBTOTAL** | **$27,250.35** |
| DAVIES WARD PHILLIPS<br>VINEBERG LLP<br>1501 MCGILL COLLEGE AVE 26TH<br>FL<br>MONTREAL, QC H3A 3N9<br>CANADA | 20001662 | 08/10/2022 | Services | $2,909.46 |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

SOFA Question 3: Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$2,909.46** |
| DONNELLEY FINANCIAL SOLUTIONS DONNELLEY FINANCIAL LLC PO BOX 842282 BOSTON, MA 02284-2282 | 20001581 | 06/24/2022 | Services | $15,896.00 |
| | 20001599 | 07/15/2022 | Services | $15,896.00 |
| | 20001650 | 08/10/2022 | Services | $15,896.00 |
| | | | **SUBTOTAL** | **$47,688.00** |
| DUCERA PARTNERS LLC 11 TIMES SQUARE FLOOR 36 NEW YORK, NY 10036 | 20001639 | 08/05/2022 | Services | $141,129.03 |
| | | | **SUBTOTAL** | **$141,129.03** |
| ELVINGER HOSS AND PRUSSEN 2 PLACE WINSTON CHURCHILL LUXEMBOURG, 1340 LUXEMBOURG | 20001644 | 08/10/2022 | Suppliers or Vendors | $25,256.33 |
| | 20001667 | 08/11/2022 | Services | $45,762.44 |
| | | | **SUBTOTAL** | **$71,018.77** |
| ERNST AND YOUNG US LLP PO BOX 640382 PITTSBURGH, PA 15264-0382 | 20001555 | 06/03/2022 | Services | $200,000.00 |
| | 20001559 | 06/03/2022 | Services | $175,000.00 |
| | 20001623 | 08/05/2022 | Services | $10,000.00 |
| | | | **SUBTOTAL** | **$385,000.00** |
| ETRADE FINANCIAL CORPORATE SERVICES INC 671 N GLEBE ROAD ARLINGTON, VA 22203 | 15000613 | 06/10/2022 | Services | $1,425.00 |
| | 15000625 | 07/29/2022 | Services | $22,795.29 |
| | | | **SUBTOTAL** | **$24,220.29** |
| EVERCORE BD INVESTCO LLC EVERCORE GROUP LLC 55 E 52ND ST NEW YORK, NY 10055 | 20001564 | 06/10/2022 | Services | $200,441.86 |
| | 20001607 | 07/15/2022 | Services | $202,715.91 |
| | 20001633 | 08/05/2022 | Services | $202,317.98 |
| | | | **SUBTOTAL** | **$605,475.75** |
| FINANCIAL ACCOUNTING FOUNDATION FINANCIAL ACCOUNTING STANDARDS BOARD PO BOX 418272 BOSTON, MA 02241-8272 | 15000610 | 05/27/2022 | Services | $900.00 |
| | | | **SUBTOTAL** | **$900.00** |
| FRANKEL WYRON LLP 2101 L STREET NW STE 800 WASHINGTON, DC 20037 | 20001638 | 08/05/2022 | Services | $400,000.00 |
| | | | **SUBTOTAL** | **$400,000.00** |
| FTI CONSULTING INC PO BOX 418005 BOSTON, MA 02241-8005 | 20001614 | 07/27/2022 | Services | $300,000.00 |

Debtor Name:  Endo International plc                                              Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | 20001653 | 08/10/2022 | Services | $779,979.27 |
| | 15000632 | 08/16/2022 | Services | $474,989.34 |
| | | | **SUBTOTAL** | **$1,554,968.61** |
| GANADO ADVOCATES 171 OLD BAKERY STREET VALLETTA, VLT 1455 MALTA | 20001622 | 07/29/2022 | Services | $4,340.28 |
| | 20001622 | 07/29/2022 | Suppliers or Vendors | $18,433.42 |
| | | | **SUBTOTAL** | **$22,773.70** |
| GIBBONS PC ONE GATEWAY CENTER NEWARK, NJ 07102-5310 | 20001558 | 06/03/2022 | Services | $1,876.00 |
| | 20001570 | 06/16/2022 | Services | $1,638.00 |
| | 20001604 | 07/15/2022 | Services | $163.00 |
| | | | **SUBTOTAL** | **$3,677.00** |
| GIBSON DUNN AND CRUTCHER LLP 333 SOUTH GRAND AVENUE LOS ANGELES, CA 90071-3197 | 20001546 | 05/18/2022 | Services | $53,647.00 |
| | 20001565 | 06/10/2022 | Services | $1,338,622.68 |
| | 20001608 | 07/15/2022 | Services | $1,949,528.69 |
| | 20001637 | 08/05/2022 | Services | $2,732,661.19 |
| | 20001673 | 08/11/2022 | Services | $1,048,584.52 |
| | 15000633 | 08/16/2022 | Services | $900,000.00 |
| | 15000634 | 08/16/2022 | Services | $742,780.56 |
| | | | **SUBTOTAL** | **$8,765,824.64** |
| GOODMANS LLP 333 BAY STREET SUITE 3400 TORONTO, ON M5H 2S7 CANADA | 20001589 | 06/30/2022 | Services | $34,849.08 |
| | 20001632 | 08/05/2022 | Services | $101,250.00 |
| | 20001658 | 08/10/2022 | Services | $153,468.80 |
| | | | **SUBTOTAL** | **$289,567.88** |
| HAYSTACK NEEDLE LLC 2280 EIGHTH AVENUE SUITE 10B NEW YORK, NY 10027 | 20001573 | 06/16/2022 | Services | $13,450.00 |
| | 20001664 | 08/10/2022 | Services | $22,550.00 |
| | 15000631 | 08/15/2022 | Services | $5,530.00 |
| | | | **SUBTOTAL** | **$41,530.00** |
| HOULIHAN LOKEY CAPITAL INC 10250 CONSTELLATION BLVD 5TH FL LOS ANGELES, CA 90067 | 15000629 | 08/15/2022 | Services | $676,219.92 |
| | | | **SUBTOTAL** | **$676,219.92** |
| ICE SYSTEMS INC DBA PROXYTRUST PO BOX 11126 HAUPPAUGE, NY 11788 | 20001593 | 07/15/2022 | Services | $58.06 |
| | | | **SUBTOTAL** | **$58.06** |
| IQVIA INC PO BOX 8500-784290 PHILADELPHIA, PA 19178-4290 | 20001670 | 08/11/2022 | Services | $325,000.00 |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$325,000.00** |
| K AND L GATES LLP<br>210 SIXTH AVENUE<br>PITTSBURGH, PA 15222 | 20001548 | 05/20/2022 | Services | $690.00 |
| | 20001568 | 06/16/2022 | Services | $4,380.00 |
| | 20001618 | 07/29/2022 | Services | $3,900.00 |
| | 20001654 | 08/10/2022 | Services | $6,750.00 |
| | | | **SUBTOTAL** | **$15,720.00** |
| KPMG<br>1 STOKES PLACE ST STEVENS GREEN<br>DUBLIN, 2<br>IRELAND (EIRE) | 20001547 | 05/20/2022 | Services | $5,720.20 |
| | 20001556 | 06/03/2022 | Services | $1,293.66 |
| | 20001646 | 08/10/2022 | Services | $20,067.30 |
| | | | **SUBTOTAL** | **$27,081.16** |
| LATHAM AND WATKINS<br>PO BOX 7247-8202<br>PHILADELPHIA, PA 19170-8202 | 20001549 | 05/20/2022 | Services | $9,653.63 |
| | 20001587 | 06/30/2022 | Services | $99,303.50 |
| | 20001605 | 07/15/2022 | Services | $11,161.80 |
| | | | **SUBTOTAL** | **$120,118.93** |
| MARSH IRELAND BROKERS LIMITED<br>25-28 ADELAIDE ROAD 4TH FLOOR<br>DB<br>DUBLIN, D02 RY98<br>IRELAND (EIRE) | 20001588 | 06/30/2022 | Services | $1,840.71 |
| | 20001592 | 07/08/2022 | Services | $30.88 |
| | 20001615 | 07/27/2022 | Services | $20,987,366.40 |
| | | | **SUBTOTAL** | **$20,989,237.99** |
| MEDIANT COMMUNICATIONS INC<br>PO BOX 29976<br>NEW YORK, NY 10087-9976 | 20001598 | 07/15/2022 | Services | $126.09 |
| | 20001612 | 07/22/2022 | Services | $10,735.93 |
| | | | **SUBTOTAL** | **$10,862.02** |
| MORGAN LEWIS AND BOCKIUS LLP<br>PO BOX 8500 S 6050<br>PHILADELPHIA, PA 19178-6050 | 20001609 | 07/22/2022 | Services | $1,130.80 |
| | | | **SUBTOTAL** | **$1,130.80** |
| NATIONAL ECONOMIC RESEARCH ASSO INC<br>NERA ECONOMIC CONSULTING<br>PO BOX 7247-6754<br>PHILADELPHIA, PA 19170-6754 | 20001635 | 08/05/2022 | Services | $175,000.00 |
| | | | **SUBTOTAL** | **$175,000.00** |
| OFFICE OF THE REVENUE COMMISSIONERS, IRELAND<br>DUBLIN CASTLE<br>DUBLIN,<br>IRELAND (EIRE) | 6008227K0D81 | 08/15/2022 | Other- Taxes/Governmental | $451,476.21 |
| | | | **SUBTOTAL** | **$451,476.21** |

Debtor Name: Endo International plc                                                    Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PAUL HASTINGS LLP<br>LOCKBOX 4803  PO BOX 894803<br>LOS ANGELES, CA 90189-4803 | 20001566 | 06/16/2022 | Services | $37,707.55 |
| | 20001627 | 08/05/2022 | Services | $15,066.95 |
| | | | **SUBTOTAL** | **$52,774.50** |
| PAUL WEISS RIFKIND WHARTON AND<br>GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | 20001544 | 05/18/2022 | Services | $304,231.59 |
| | 20001575 | 06/20/2022 | Services | $583,825.06 |
| | 20001596 | 07/15/2022 | Services | $973,137.21 |
| | 20001634 | 08/05/2022 | Services | $695,559.67 |
| | 20001669 | 08/11/2022 | Services | $504,395.64 |
| | | | **SUBTOTAL** | **$3,061,149.17** |
| PILLSBURY<br>PO BOX 30769<br>NEW YORK, NY 10087-0769 | 20001545 | 05/18/2022 | Services | $170,910.04 |
| | 20001630 | 08/05/2022 | Services | $148,335.25 |
| | 20001672 | 08/11/2022 | Services | $169,846.60 |
| | 15000635 | 08/16/2022 | Services | $26,797.00 |
| | | | **SUBTOTAL** | **$515,888.89** |
| PRICEWATERHOUSECOOPERS<br>ONE SPENCER DOCK<br>DB<br>DUBLIN, 1<br>IRELAND (EIRE) | 20001595 | 07/15/2022 | Services | $127,607.02 |
| | 20001648 | 08/10/2022 | Services | $46,850.90 |
| | | | **SUBTOTAL** | **$174,457.92** |
| PRICEWATERHOUSECOOPERS LLP<br>4040 W BOY SCOUT BOULEVARD<br>TAMPA, FL 33607 | 20001550 | 05/27/2022 | Services | $315,300.00 |
| | 20001577 | 06/24/2022 | Services | $7,672.00 |
| | 20001590 | 07/08/2022 | Services | $1,753,151.80 |
| | 20001616 | 07/29/2022 | Services | $409,000.00 |
| | 20001640 | 08/10/2022 | Services | $85,141.00 |
| | 20001665 | 08/11/2022 | Services | $25,168.00 |
| | | | **SUBTOTAL** | **$2,595,432.80** |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT<br>BOARD<br>PO BOX 418631<br>BOSTON, MA 02241-8631 | 15000611 | 05/27/2022 | Services | $5,800.00 |
| | | | **SUBTOTAL** | **$5,800.00** |
| PULSE SECURITY MANAGEMENT LTD<br>UNIT F1A RIVERVIEW BUS PARK<br>NANGOR RD<br>DUBLIN 12, D12 RC44<br>IRELAND (EIRE) | 20001660 | 08/10/2022 | Services | $250.84 |
| | | | **SUBTOTAL** | **$250.84** |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PWP HOLDINGS LP DBA PERELLA WEINBERG PARTNERS LP 767 FIFTH AVENUE 10TH FLOOR NEW YORK, NY 10153 | 20001563 | 06/10/2022 | Services | $200,000.00 |
| | 20001606 | 07/15/2022 | Services | $200,433.01 |
| | 20001631 | 08/05/2022 | Services | $200,513.28 |
| | | | **SUBTOTAL** | **$600,946.29** |
| REISMAN KARRON GREENE LLP 1725 DESALES STREET NW STE 501 WASHINGTON, DC 20036 | 20001651 | 08/10/2022 | Services | $17,058.00 |
| | | | **SUBTOTAL** | **$17,058.00** |
| SARD VERBINNEN AND CO LLC 630 THIRD AVENUE NEW YORK, NY 10017 | 20001643 | 08/10/2022 | Services | $25,000.00 |
| | | | **SUBTOTAL** | **$25,000.00** |
| THORSTEINSSONS LLP 181 BAY ST 33RD FL BROOKFIELD PLACE TORONTO, ON M5J 2T3 CANADA | 20001567 | 06/16/2022 | Services | $30,888.03 |
| | 20001585 | 06/30/2022 | Services | $13,963.23 |
| | | | **SUBTOTAL** | **$44,851.26** |
| TORYS 79 WELLINGTON ST W 30TH FL TORONTO, ON M5K 1N2 CANADA | 20001641 | 08/10/2022 | Services | $2,735.46 |
| | | | **SUBTOTAL** | **$2,735.46** |
| YOUNG CONAWAY STARGATT AND TAYLOR LLP RODNEY SQUARE NORTH 1000 NORTH KING STREET WILMINGTON, DE 19801 | 20001636 | 08/05/2022 | Services | $500,000.00 |
| | | | **SUBTOTAL** | **$500,000.00** |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | $30,000.00 | 11/10/2021 | Board of Director Retainer and Committee Fees |
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | $210,000.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | $210,000.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | $210,000.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | $10,156.38 | 6/30/2022 | Expense Reimbursement |
| BARBERIO, MARK<br>ADDRESS ON FILE | Chairman of the Board | Undetermined | Various Dates | KPMG Tax Filing Services |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $120,000.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $2,662.40 | 1/7/2022 | Expense Reimbursement |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $120,000.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $7,645.62 | 6/10/2022 | Expense Reimbursement |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $120,000.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | $8,973.84 | 6/30/2022 | Expense Reimbursement |
| CHAO, JENNIFER<br>ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |
| COOKE, SHANE<br>ADDRESS ON FILE | Board of Directors | $126,250.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| COOKE, SHANE<br>ADDRESS ON FILE | Board of Directors | $126,250.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| COOKE, SHANE<br>ADDRESS ON FILE | Board of Directors | $126,250.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| COOKE, SHANE<br>ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |
| ENDO LUXEMBOURG<br>FINANCE COMPANY I S.À R.L.<br>18, BOULEVARD DE<br>KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | Affiliate Entity | $11,900.00 | 12/8/2021 | Intercompany Cash Transaction |
| ENDO LUXEMBOURG<br>FINANCE COMPANY I S.À R.L.<br>18, BOULEVARD DE<br>KOCKELSCHEUER<br>L-1821<br>LUXEMBOURG | Affiliate Entity | $58,526.99 | 6/22/2022 | Intercompany Cash Transaction |

Debtor Name:  Endo International plc                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| ENDO PHARMACEUTICALS INC. 1400 ATWATER DRIVE MALVERN, PA 19355 | Affiliate Entity | $17,000,000.00 | 12/8/2021 | Intercompany Cash Transaction |
| HUTSON, NANCY ADDRESS ON FILE | Board of Directors | $126,250.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| HUTSON, NANCY ADDRESS ON FILE | Board of Directors | $126,250.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| HUTSON, NANCY ADDRESS ON FILE | Board of Directors | $7,888.68 | 5/13/2022 | Expense Reimbursement |
| HUTSON, NANCY ADDRESS ON FILE | Board of Directors | $126,250.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| HUTSON, NANCY ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |
| HYATT, MICHAEL ADDRESS ON FILE | Board of Directors | $20,000.00 | 11/10/2021 | Board of Director Retainer and Committee Fees |
| HYATT, MICHAEL ADDRESS ON FILE | Board of Directors | $156,250.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| HYATT, MICHAEL ADDRESS ON FILE | Board of Directors | $156,250.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| HYATT, MICHAEL ADDRESS ON FILE | Board of Directors | $156,250.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| HYATT, MICHAEL ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | $20,000.00 | 11/10/2021 | Board of Director Retainer and Committee Fees |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | $156,250.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | $156,250.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | $156,250.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | $7,028.53 | 7/26/2022 | Expense Reimbursement |
| MONTAGUE, WILLIAM ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |
| SMITH, CHRISTINE ADDRESS ON FILE | Board of Directors | $120,000.00 | 12/21/2021 | Board of Director Retainer and Committee Fees |
| SMITH, CHRISTINE ADDRESS ON FILE | Board of Directors | $120,000.00 | 3/30/2022 | Board of Director Retainer and Committee Fees |
| SMITH, CHRISTINE ADDRESS ON FILE | Board of Directors | $120,000.00 | 6/29/2022 | Board of Director Retainer and Committee Fees |
| SMITH, CHRISTINE ADDRESS ON FILE | Board of Directors | Undetermined | Various Dates | KPMG Tax Filing Services |

Debtor Name:  Endo International plc                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| [Name on File] , plaintiff, et al v. [Name on File] defendant, et al | 2022-CP-15-00173 | Opioid Litigation | Court of Common Pleas, 14th Judicial Circuit, Colleton County, South Carolina<br>100 Benson Street<br>PO Box 157<br>Walterboro, SC 29488 | Pending |
| [Name on File] and Apotex Inc., et al. | CI-21-01-34320 | Opioid Litigation | Court of Queen's Bench, Winnipeg Centre<br>Law Courts Building Main Floor<br>408 York Avenue<br>Winnipeg, MB R3C 0P9<br>CANADA | Pending |
| [Name on File] et al v. [Name on File] et al | 2001000381 | Opioid Litigation | Philadelphia Court of Common Pleas - Office of Judicial Records - Civil<br>City Hall<br>Broad and Market Sts, #284<br>Philadelphia, PA 19107 | Pending |
| [Name on File] et al v. Purdue Pharma L.P. et al | 1:19-op-45330 | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| [Name on File] et al v. The City Of New York , et al | 1:18-cv-04866-GBD-J W | Opioid Litigation | U.S. District Court, Southern District of New York, Foley Square<br>40 Centre Street<br>New York, NY 10007-1501 | Concluded |
| [Name on File] v Apotex Inc. et al. | CV-19-0062004-00C P | Opioid Litigation | Superior Court of Justice<br>393 University Avenue<br>Toronto, ON M5G 1E6<br>CANADA | Pending |
| [Name on File] V- LENNON & ORS 2019/7514 P | 2019/7514 P | Astora/Mesh Litigation | The High Court, Ireland<br>The Courts Service, 6th Floor<br>15/24 Phoenix Street North, Smithfield<br>Dublin, D07 F95Y<br>IRELAND (EIRE) | Pending |
| [Name on File] v. [Name on File] et al | 1:19-op-46116-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| [Name on File] v. [Name on File] et al | 1:19-op-46117-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| [Name on File] v. [Name on File] et al | 2017-CV-902787 | Opioid Litigation | Circuit Court of Mobile County, Alabama<br>Government Plaza<br>205 Government Street, Suite 913<br>Mobile, AL 36644-2913 | Pending |
| [Name on File] v. AMERICAN MEDICAL SYSTEMS, INC. et al | 1:20-cv-00775 | Astora/Mesh Litigation | U.S. District Court, District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Concluded |
| [Name on File] v. Apotex Inc. et al | CV-19-00620048 | Opioid Litigation | Superior Court of Justice<br>393 University Avenue<br>Toronto, ON M5G 1E6<br>CANADA | Pending |
| [Name on File] v. Astora Women's Health System, LLC et al | 4:21-cv-02903 | Astora/Mesh Litigation | U.S. District Court, Southern District of Texas<br>515 Rusk Street<br>Houston, TX 77002-2600 | Pending |
| [Name on File] v. BioSpecifics Technologies Corp. and Endo International plc | [Unknown] | Contract Dispute | American Arbitration Association, International Centre for Dispute Resolution<br>120 Broadway, Floor 21<br>New York, NY 10271 | Pending |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| [Name on File] v. Cork University Hospital, HSE, Astora Women's Health Ireland Limited, Astora Women's Health LLC, and Endo International PLC | 2020/1387 P | Astora/Mesh Litigation | The High Court, Ireland The Courts Service, 6th Floor 15/24 Phoenix Street North, Smithfield Dublin, D07 F95Y IRELAND (EIRE) | Pending |
| [Name on File] v. Endo International PLC et al | 2:17-cv-05114-MMB; 2:20-cv-05263-MMB (consolidated) | Securities Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Concluded |
| [Name on File] v. Endo International PLC, et al | 30-2022-01265507-CU-OE-CXC | Employment | Orange County Superior Court 700 W Civic Center Dr Santa Ana, CA 92701 | Pending |
| [Name on File] v. Endo International, PLC et al | 2:17-cv-03711-TJS | Securities Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Concluded |
| [Name on File] v. Endo Pharmaceuticals, Inc. et al | 1:19-op-46182-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| [Name on File] vs Mckesson Corporation, et al | 1:21-op-45132-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| [Name on File] vs. Endo International PLC et al | 2:20-cv-07536-MCA-MAH | Securities Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |
| Advantage Behavioral Health Systems et al v. Teva Pharmaceuticals USA, Inc. et al | 1:20-op-45249-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Alaska Native Tribal Health Consortium v. Purdue Pharma L.P., et al. | 3:18-cv-00269 | Opioid Litigation | U.S. District Court, District of Alaska 222 West 7th Avenue Anchorage, AK 99513-7500 | Pending |
| Aleutian Pribilof Islands Association, Inc. v. Purdue Pharma L.P. et al | 3:18-cv-00294 | Opioid Litigation | U.S. District Court, District of Alaska 222 West 7th Avenue Anchorage, AK 99513-7500 | Pending |
| AMERICA'S 1ST CHOICE OF SOUTH CAROLINA, INC. ETAL | 190702094 | Generic Pricing Litigation | Philadelphia Court of Common Pleas Room 284 City Hall Philadelphia, PA 19107 | Pending |

Debtor Name: Endo International plc                                                   Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| AmeriHealth Caritas Health Plan; Keystone Family Health Plan; Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Nebraska, Inc.; CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield; CareFirst Bluechoice, Inc.; Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield; Government Employees Health Association, Inc.; HealthNow New York, Inc.; Johns Hopkins Healthcare LLC; MVP Health Plan, Inc.; MVP Health Services Corp.; North Carolina State Health Plan for Teachers and State Employees; Triple-S Salud, Inc.; QCC Insurance Company; Keystone Health Plan East, Inc.; Independence Hospital Indemnity Plan, Inc.; AmeriHealth Administrators, Inc.; AmeriHealth Insurance Company of New Jersey; AmeriHealth HMO, Inc.; CompServices, Inc. v. Actavis Elizabeth, LLC; DAVA Pharmaceuticals, LLC; Endo International plc; Generics Bidco I, LLC; Par Pharmaceutical Companies, Inc.; Par Pharmaceutical, Inc.; et al. | 211000688 | Generic Pricing Litigation | Philadelphia Court of Common Pleas Room 284 City Hall Philadelphia, PA 19107 | Pending |
| Appanoose County et al v. Allergan PLC et al | 1:21-op-45051-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Asbestos Workers Local 6 Health and Welfare Fund et al v. Purdue Pharma, L.P. et al | 1:18-cv-10799 | Opioid Litigation | U.S. District Court, District of Massachusetts 1 Courthouse Way Boston, MA 02210 | Pending |
| Asbestos Workers Local Union No. 2 Welfare Fund v. Allergan, PLC | 1:21-op-45023-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Baltimore County v. Purdue Pharma L.P. et al | 1:18-cv-01215 | Opioid Litigation | U.S. District Court, District of Maryland, Northern Division 101 West Lombard Street Baltimore, MD 21201-2605 | Pending |
| Bannock County v. Purdue Pharma L.P., et al. | 1:19-cv-00151 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| Bergen County v. Purdue Pharma L.P., et al. | 2:18-cv-08845 | Opioid Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Blue Cross Blue Shield of North Carolina, et al. v. Endo International plc; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; DAVA Pharmaceuticals, LLC; Generics Bidco I, LLC | 200500347 | Generic Pricing Litigation | Philadelphia Court of Common Pleas Room 284 City Hall Philadelphia, PA 19107 | Pending |
| Board of County Commissioners of the County of Colfax v. Allergan Finance LLC et al | 1:21-op-45055-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Board of County Commissioners of the County of Luna v. Allergan PLC et al | 1:21-op-45056-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Board Of County Commissioners of the County of Torrance vs Allergran Plc, et al | 1:21-cv-01229-JHR-KK | Opioid Litigation | U.S. District Court, District of New Mexico 333 Lomas Boulevard, N.W. Albuquerque, NM 87102 | Pending |
| Board of County Commissioners of The County of Union v. Allergan PLC et al | 1:21-op-45057-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Board of Education of Boardman Local Schools et al v. Cephalon, Inc. et al | 1:22-op-45023 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | 1:20-op-45281-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Boulder City v. Purdue Pharma L.P., et al. | 2:19-cv-01057 | Opioid Litigation | U.S. District Court, District of Nevada 333 Las Vegas Boulevard South Las Vegas, NV 89101-7065 | Pending |
| Bristol Bay Area Health Corporation v. Purdue Pharma L.P. et al | 1:19-op-46175-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Broward Behavioral Health Coalition v. Purdue Pharma L.P., et al. | 0:19-cv-61172 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Pending |
| Broward County, Florida v. Purdue Pharma L.P., et al. | 0:18-cv-60535 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Concluded |
| Camden County, NJ v. Purdue Pharma L.P., et al. | 1:18-cv-11983 | Opioid Litigation | U.S. District Court, District of New Jersey, Camden Vicinage 400 Cooper Street Camden, NJ 08102-1570 | Pending |
| Cass County, North Dakota et al v. Purdue Pharma L.P. et al | 1:19-op-45276-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Central States, Southeast and Southwest Areas Health & Welfare Fund v. Purdue Pharma L.P., et al. | 1:18-op-45623 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| Charter Township of Harrison v. The Pain Center USA, PLLC et al | 1:19-op-45863-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Cherokee Nation v. Purdue Pharma, LP et al | 1:18-op-46325 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Chester County, Pennsylvania, individually and on behalf of all others similarly situated v. Purdue Pharma L.P., et al. | 2:19-cv-01018 | Opioid Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| City of Boise v. Purdue Pharma L.P., et al. | 1:18-cv-00500 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| City of Chubbuck v. Purdue Pharma L.P., et al. | 4:19-cv-00278 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| City of Concord, New Hampshire and City of Dover, New Hampshire v. Purdue Pharma L.P., et al. | 1:18-cv-00328 | Opioid Litigation | U.S. District Court, District of New Hampshire 55 Pleasant Street Concord, NH 03301 | Pending |
| City of Coon Rapids, Minnesota v. Purdue Pharma, L.P. et al | 0:19-cv-02379 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| City of Covington v. Purdue Pharma L.P., et al. | 2:18-cv-04789 | Opioid Litigation | U.S. District Court, Eastern District of Louisiana 500 Poydras Street New Orleans, LA 70130 | Pending |
| City of Delray Beach v. Purdue Pharma L.P., et al. | 9:17-cv-81384 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Concluded |
| City of Detroit v. Purdue Pharma L.P., et al. | 4:17-cv-14075 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| City of Dublin et al v. Cephalon, Inc. et al | 1:20-op-45255-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Duluth, Minnesota v. Purdue Pharma L.P., et al. | 0:19-cv-01077 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| City of East Lansing, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45902 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Escanaba, Michigan v. Purdue Pharma L.P., et al. | 2:17-cv-00208 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| City of Fargo v. Purdue Pharma L.P. et al | 1:19-op-45675-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Fullerton et al v. Cephalon Inc. et al | 1:20-op-45143-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Grand Rapids, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00327 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| City of Harvey et al v. Purdue Pharma L.P. et al | 1:18-op-46335-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Henderson v. Purdue Pharma L.P. et al | 1:20-op-45062-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Hoover, a municipal corporation v. Purdue Pharma L.P., et al. | 2:19-cv-01256 | Opioid Litigation | U.S. District Court, Northern District of Alabama, Southern Division 1729 5th Avenue North Birmingham, AL 35203 | Concluded |
| City of Hopewell, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45433 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| City of Iron Mountain, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00037 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| City of Jackson, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45904 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Jersey City, New Jersey v. Purdue Pharma L.P., et al. | 2:18-cv-11210 | Opioid Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |
| City of Lansing v. Purdue Pharma L.P., et al. | 1:17-cv-01114 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| City of Los Angeles, California v. Purdue Pharma L.P., et al. | 2:18-cv-03712 | Opioid Litigation | U.S. District Court, Central District of California 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565 | Pending |
| City of Marinette v. Cephalon Inc et al | 1:19-op-46181-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Mesquite v. Purdue Pharma L.P., et al. | 2:19-cv-01058 | Opioid Litigation | U.S. District Court, District of Nevada 333 Las Vegas Boulevard South Las Vegas, NV 89101-7065 | Pending |
| City of North St. Paul, Minnesota v. Purdue Pharma L.P., et al. | 1:19-op-46066-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Palm Bay v. Purdue Pharma L.P., et al. | 6:18-cv-01554 | Opioid Litigation | U.S. District Court, Middle District of Florida, Orlando Division 401 West Central Boulevard Orlando, FL 32801 | Concluded |
| City of Palmetto v. Purdue Pharma L.P., et al. | 8:18-cv-02036 | Opioid Litigation | U.S. District Court, Middle District of Florida, Tampa Division 801 North Florida Avenue Tampa, FL 33602 | Concluded |
| City of Pembroke Pines, Florida v. Purdue Pharma L.P., et al. | 0:18-cv-62995 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Concluded |
| City of Phoenix v. Purdue Pharma L.P., et al. | 2:18-cv-01150 | Opioid Litigation | U.S. District Court, District of Arizona 401 West Washington Street Phoenix, AZ 85003 | Pending |

Debtor Name:  Endo International plc                                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| City of Pocatello v. Purdue Pharma L.P., et al. | 4:19-cv-00189 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| City of Preston v. Purdue Pharma L.P., et al. | 4:19-cv-00031 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| City of Proctor, Minnesota v. Purdue Pharma L.P., et al. | 0:19-CV-02190 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| City of Rochester and County of Merrimack v. Purdue Pharma L.P., et al. | 1:18-cv-00808 | Opioid Litigation | U.S. District Court, District of New Hampshire 55 Pleasant Street Concord, NH 03301 | Pending |
| City of Rochester, Minnesota v. Purdue Pharma L.P., et al. | 0:19-CV-01317 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| City of Sacramento et al v. Teva Pharmaceutical Industries, Ltd. et al | 1:20-op-45290-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Sarasota v. Purdue Pharma L.P., et al. | 8:18-cv-00859 | Opioid Litigation | U.S. District Court, Middle District of Florida, Tampa Division 801 North Florida Avenue Tampa, FL 33602 | Concluded |
| City of Sault Ste. Marie, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45928 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Sterling Heights v. The Pain Center USA, PLLC et al | 1:19-op-45864-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Superior v. Purdue Pharma L.P., et al. | 3:19-cv-00340 | Opioid Litigation | U.S. District Court, Western District of Wisconsin 120 North Henry Street Madison, WI 53703-2559 | Pending |
| City of Traverse City, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45901 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| City of Twin Falls v. Purdue Pharma L.P., et al. | 4:19-cv-00303 | Opioid Litigation | U.S. District Court, District of Idaho 550 West Fort Street Boise, ID 83724-0101 | Pending |
| City of Warren v. The Pain Center USA, PLLC, et al. | 2:19-cv-11687 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| City of Westland, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45903 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Cleveland Bakers and Teamsters Health and Welfare Fund et al v. Purdue Pharma L.P. et al | 1:18-op-45432 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Alameda et al v. [Name on File] et al | 1:20-op-45055-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Albany et al v. Actavis Holdco US, Inc. et al | 2:21-cv-01875 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |

Debtor Name:  Endo International plc                                                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| County of Alcona, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10820 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Alger, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00032 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |
| County of Alpena, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45871 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Antrim, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00265 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |
| County of Arenac, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10821 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Baraga, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00033 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |
| County of Benzie, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00266 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |
| County of Berkeley, South Carolina v. Purdue Pharma L.P., et al. | 1:19-op-45436 | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| County of Berrien, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45887 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Cass, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45868 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Charlevoix, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45897 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Cheboygan v. Purdue Pharma L.P., et al. | 1:19-cv-11769 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Chippewa v. Purdue Pharma L.P., et al. | 2:17-cv-00206 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |
| County of Clinton v. Purdue Pharma LP, et al. | 1:18-op-45889 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Crawford, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45105 | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| County of Delta v. Purdue Pharma L.P., et al. | 2:17-cv-00207 | Opioid Litigation | U.S. District Court, Western District of Michigan<br>410 West Michigan Avenue<br>Kalamazoo, MI 49007 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| County of Dickinson, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00036 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Grand Traverse v. Purdue Pharma L.P., et al. | 1:17-cv-01115 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Gratiot, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10810 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Hardin v. Purdue Pharma L.P., et al. | 4:19-cv-00114 | Opioid Litigation | U.S. District Court, Southern District of Texas, Houston Division 515 Rusk Street Houston, TX 77002-2600 | Concluded |
| County of Hillsdale, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45355-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Houghton, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45866 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Ingham, Michigan v. Purdue Pharma L.P. et al | 1:18-op-46178 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Ionia, Michigan v. Purdue Pharma L.P., et al | 1:19-op-45261 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Iosco, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10823 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Iron, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45888 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Isabella, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10864 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Kent, Michigan v. Purdue Pharma L.P. et al | 1:19-op-45000 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Kleberg v. CVS Health et al | 4:19-cv-02815 | Opioid Litigation | U.S. District Court, Southern District of Texas 515 Rusk Street Houston, TX 77002-2600 | Concluded |
| County of Lake, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00267 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Leelanau, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00030 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Lenawee, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-10835 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| County of Livingston v. Purdue Pharma LP, et al. | 1:19-op-45262 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Luce, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00034 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Macomb v. Purdue Pharma L.P., et al. | 4:17-cv-14077 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Manistee, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00033 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Marin v. Purdue Pharma L.P., et al. | 3:18-cv-02730 | Opioid Litigation | U.S. District Court, Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102-3434 | Pending |
| County of Marquette, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-00001 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Monroe v. Purdue Pharma LP, et al. | 2:18-cv-10251 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Montcalm, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45865 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Montmorency, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10834 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Napa, California v. Purdue Pharma L.P., et al. | 3:18-cv-03374 | Opioid Litigation | U.S. District Court, Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102-3434 | Pending |
| County of Newaygo, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-46187 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Newton v. Purdue Pharma L.P., et al. | 4:19-cv-00117 | Opioid Litigation | U.S. District Court, Southern District of Texas 515 Rusk Street Houston, TX 77002-2600 | Concluded |
| County of Oceana, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00274 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| County of Ogemaw, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10839 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County of Ontonagon, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45893 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| County of Osceola, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00271 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |

Debtor Name:  Endo International plc                                                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| County of Ostego, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10828 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Presque Isle, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45894 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Roscommon, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-10078 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Saginaw v. Purdue Pharma L.P., et al. | 1:17-cv-14076 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of San Luis Obispo, California v. Purdue Pharma L.P., et al. | 2:18-cv-09516 | Opioid Litigation | U.S. District Court, Central District of California, Western Division<br>350 W 1st Street, Suite 4311<br>Los Angeles, CA 90012-4565 | Pending |
| County of San Mateo v. McKesson Corporation et al | 4:18-cv-04535-JST | Opioid Litigation | U.S. Judicial Panel On Multidistrict Litigation<br>1 Columbus Circle, N.E.<br>Washington, DC 20544 | Pending |
| County of San Mateo v. Purdue Pharma L.P. et al | 1:19-op-45126-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| County of Sanilac, Michigan v. Purdue Pharma L.P., et al. | 5:18-cv-10812 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Santa Cruz, California v. Purdue Pharma L.P., et al. | 5:18-cv-02803 | Opioid Litigation | U.S. District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3434 | Pending |
| County of Shiawassee, Michigan v. Purdue Pharma L.P., et al. | 2:18-cv-10811 | Opioid Litigation | U.S. District Court, Eastern District of Michigan<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | Pending |
| County of Sonoma, California v. Purdue Pharma L.P., et al. | 3:18-cv-03806 | Opioid Litigation | U.S. District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3434 | Pending |
| County of St. Clair, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45896 | Opioid Litigation | U.S. District Court, Northern District of Ohio<br>201 Superior Avenue<br>Cleveland, OH 44114 | Pending |
| County of Suffolk v. Actavis Holdco US, Inc. et al | 2:20-cv-04893 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania<br>601 Market Street<br>Philadelphia, PA 19106-1729 | Pending |
| County of Tulare, California v. Purde Pharma L.P., et al. | 1:18-cv-00860 | Opioid Litigation | U.S. District Court, Eastern District of California<br>501 I Street<br>Sacramento, CA 95814-7300 | Pending |
| County of Tuscola, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45870 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division<br>125 Market Street<br>Youngstown, OH 44503 | Pending |
| County of Walker v. Abbott Laboratories, Inc., et al. | 4:19-cv-01767 | Opioid Litigation | U.S. District Court, Southern District of Texas, Houston Division<br>515 Rusk Street<br>Houston, TX 77002-2600 | Concluded |

Debtor Name:  Endo International plc                                                      Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| County of Washtenaw, Michigan v. Purdue Pharma L.P. et al | 1:18-op-45886 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| County of Wayne & County of Oakland v. Purdue Pharma L.P., et al. | 4:17-cv-13334 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| County Of Westchester v. Actavis Holdco US, Inc. et al | 2:21-cv-04474 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| County of Wexford, Michigan v. Purdue Pharma L.P., et al. | 1:18-cv-00273 | Opioid Litigation | U.S. District Court, Western District of Michigan 410 West Michigan Avenue Kalamazoo, MI 49007 | Pending |
| CVS PHARMACY, INC. v. ACTAVIS ELIZABETH, LLC et al | 2:20-cv-06310-CMR | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Dallas County Hospital District et al v. Amneal Pharmaceuticals, Inc. et al | 1:20-op-45142-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Concluded |
| Detroit Wayne Mental Health Authority v. Purdue Pharma L.P., et al. | 2:18-cv-13645 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| DOJ False Claims Act Investigation re Generics Pricing | N/A | Government Inquiry/Investigation | United States of America Attorney General Attention Bankruptcy Dept US Dept of Justice 950 Pennsylvania Ave NW Albany, NY 12224-0341 | Pending |
| Dry Creek Band of Pomo Indians v. Cephalon, Inc. et al | 1:20-op-45147-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Eddy County v. Allergan PLC et al | 1:22-op-45015 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Essex County, New Jersey v. Purdue Pharma L.P., et al. | 2:18-cv-12313 | Opioid Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |
| Federal Trade Commission v. Endo Pharmaceuticals Inc. et al | 1:21-cv-00217 | Other Antitrust Litigation | U.S. District Court, District of Columbia 333 Constitution Avenue, N.W. Washington, DC 20001 | Pending |
| FWK Holdings LLC et al v. Takeda Pharmaceutical Company Ltd. et al | 1:21-cv-11057-GAO | Antitrust Litigation | U.S. District Court, District of Massachusetts 1 Courthouse Way Boston, MA 02210 | Pending |
| FWK Holdings, LLC v. Novartis Pharmaceuticals Corporation et al | 1:18-cv-05886-AKH | Antitrust Litigation | U.S. District Court, Southern District of New York 500 Pearl Street New York, NY 10007-1312 | Pending |
| Genesee County v. Purdue Pharma L.P., et al. | 2:17-cv-14074 | Opioid Litigation | U.S. District Court, Eastern District of Michigan 231 West Lafayette Boulevard Detroit, MI 48226 | Pending |
| Hardin County Fiscal Court et al v. Purdue Pharma L.P. et al | 1:20-op-45063-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |

Debtor Name:  Endo International plc                                                                Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Harmon County Board of County Commissioners v. Cephalon Inc et al | 1:20-op-45388-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Harris County, Texas v. Teva Pharmaceuticals USA, Inc. et al | 2:20-cv-02296 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Hartford County, Maryland; Caroline County, Maryland; Garrett County, Maryland; Frederick County, Maryland; Talbot County, Maryland; City of Frederick, Maryland; The Mayor and Common Council of Westminster, Maryland; City of Bowie, Maryland; The Mayor and Council of Rockville, Maryland v. Purdue Pharma L.P., et al. | 1:18-cv-01913 | Opioid Litigation | U.S. District Court, District of Maryland, Southern Division 209 East Main Street Salisbury, MD 21801-4920 | Pending |
| Health Care Service Corp. v. Actavis Elizabeth, LLC; et al. | 2:19-cv-05819-CMR | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Her Majesty the Queen in Right of the Province of British Columbia v. Apotex Inc. | S 189395 | Opioid Litigation | Supreme Court of British Columbia, Vancouver Registry 800 Smithe Street Vancouver, BC V6Z 2E1 CANADA | Pending |
| Humana, Inc. v. Actavis Elizabeth, LLC, et al. (including Endo International plc; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.) | 2:19-cv-04862 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Humana, Inc. v. Actavis Elizabeth, LLC, et al. (including Endo International plc; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.) | 2:18-cv-03299 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| ILWU-PMA Welfare Plan v. Cephalon, Inc. et al | 1:21-op-45013-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| In re Novartis and Par Antitrust Litigation | 1:18-cv-04361-AKH | Antitrust Litigation | U.S. District Court, Southern District of New York 500 Pearl Street New York, NY 10007-1312 | Pending |
| In re Xyrem (Sodium Oxybate) Antitrust Litigation | 3:20-md-02966 | Antitrust Litigation | U.S. District Court, Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102-3434 | Pending |
| IN RE: DOXYCYCLINE CASES (END-PAYER); [Name on File] ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; And [Name on File] on behalf of themselves and all others similarly situated | 2:16-DX-27242 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| IN RE: PROPRANOLOL CASES (END-PAYER) | 2:16-PP-27242 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Indian Health Council, Inc., v. Purdue Pharma L.P. et al | 3:18-cv-02626 | Opioid Litigation | U.S. District Court, Southern District of California 333 W. Broadway San Diego, CA 92101 | Pending |
| Intergovernmental Risk Management Agency and Intergovernmental Personnel Benefit Cooperative v. McKesson Corp., et al. | 1:18-cv-06959 | Opioid Litigation | U.S. District Court, Northern District of Illinois, Chicago Division 219 South Dearborn Street Chicago, IL 60604 | Pending |
| International Union of Operating Engineers, Local 150; Midwest Operating Engineers Health and Welfare Fund; Chicago Regional Council of Carpenter; and Chicago Regional Council of Carpenters Welfare Fund v. Purdue Pharma L.P., et al. | 1:19-cv-00811 | Opioid Litigation | U.S. District Court, Northern District of Illinois, Eastern Division 219 South Dearborn Street Chicago, IL 60604 | Pending |
| JM Smith Corporation v. Actavis Holdco U.S., Inc., et al. (including Endo International plc; Generics Bidco I, LLC; Par Pharmaceutical, Inc.) | 2:20-cv-04370 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Kodiak Area Native Association v. Purdue Pharma L.P., et al. | 3:18-cv-00243 | Opioid Litigation | U.S. District Court, District of Alaska 222 West 7th Avenue Anchorage, AK 99513-7500 | Pending |
| Lac La Ronge Indian Band; Peter Ballantyne Cree Nation | QB72/21 | Opioid Litigation | Court of Queen's Bench for Saskatchewan 2425 Victoria Avenue Regina, SK S4P 4W6 CANADA | Pending |
| Lee Memorial Health System, d/b/a Lee Health v. Actavis LLC et al | 1:21-op-45092-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Lower Southampton, Pennsylvania v. Cephalon, Inc. et al | 1:20-op-45181-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Madison County, Virginia v. Purdue Pharma L.P., et al. | 3:19-cv-00028 | Opioid Litigation | U.S. District Court, Western District of Virginia 210 Franklin Road, S.W. Roanoke, VA 24011-2204 | Pending |
| Mason, County of v. Purdue Pharma L.P. et al | 1:18-op-45112-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Molina Healthcare, Inc. v. Actavis Elizabeth, LLC; Endo International plc; Generics Bidco I, LLC; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc., et al. | 2:20-cv-00695-CMR | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Montgomery County, Maryland v. Purdue Pharma L.P., et al. | 8:18-cv-00377 | Opioid Litigation | U.S. District Court, District of Maryland, Southern Division 209 East Main Street Salisbury, MD 21801-4920 | Pending |
| National Roofers Union & Employers Joint Health & Welfare Fund v. Purdue Pharma L.P., et al | 2:18-cv-01949 | Opioid Litigation | U.S. District Court, District of Arizona 401 West Washington Street Phoenix, AZ 85003 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Norton Sound Health Corporation v. Purdue Pharma L.P., et al. | 3:18-cv-00247 | Opioid Litigation | U.S. District Court, District of Alaska 222 West 7th Avenue Anchorage, AK 99513-7500 | Pending |
| Pala Band of Mission Indians v. Purdue Pharma L.P., et al. | 3:18-cv-02673 | Opioid Litigation | U.S. District Court, Southern District of California 333 W. Broadway San Diego, CA 92101 | Pending |
| Passaic County, New Jersey v. Purdue Pharma L.P., et al. | 2:19-cv-15809 | Opioid Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |
| Passamaquoddy Tribe-Indian Township v. Purdue Pharma L.P., et al. | 1:18-op-45876 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma L.P., et al. | 1:19-op-45100 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| Pine County, Minnesota v. Purdue Pharma L.P., et al. | 0:19-cv-01907 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| Pleasant Valley School District v. Cephalon, Inc. et al | 1:21-op-45120-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Port Gamble S'Klallam Tribe et al v. Purdue Pharma L.P. et al | 1:18-op-45271-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Prairie Band Potawatomi Nation v. Cephalon, Inc. et al | 1:20-op-45139-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Public Service Insurance Company v. Janssen Pharmaceuticals, Inc. et al | 1:20-op-45015-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Putnam County School Board v. Cephalon, Inc. et al | 1:22-op-45025 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| RELIABLE PHARMACY et al v. ACTAVIS HOLDCO US, INC. et al | 2:19-cv-06044 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| RITE AID CORPORATION et al v. ACTAVIS HOLDCO U.S., INC. et al | 2:20-cv-03367 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Rite Aid Corporation et al v. Novartis Pharmaceuticals Corp. et al | 1:18-cv-11835-AKH | Antitrust Litigation | U.S. District Court, Southern District of New York 500 Pearl Street New York, NY 10007-1312 | Pending |
| Rochester Drug Co-Operative, Inc. v. Novartis Pharmaceuticals Corporation et al | 1:18-cv-05708-AKH | Antitrust Litigation | U.S. District Court, Southern District of New York 500 Pearl Street New York, NY 10007-1312 | Pending |
| Russell, KY et al v. Abbott Laboratories et al | 1:21-op-45094-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |

Debtor Name:  Endo International plc                                                                                          Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Sac and Fox Nation of Missouri in Kansas and Nebraska v. Cephalon, Inc. et al | 1:20-op-45161-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| San Leandro Unified School District vs Cephalon Inc, et al | 1:21-op-45114-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Sarasota County Public Hospital District d/b/a Memorial Healthcare System, Inc. | 8:18-cv-02236 | Opioid Litigation | U.S. District Court, Middle District of Florida, Tampa Division 801 North Florida Avenue Tampa, FL 33602 | Pending |
| Security Health Plan of Wisconsin, Inc. v. Janssen Pharmaceuticals, Inc. et al | 1:19-op-45867-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| SouthEast Alaska Regional Health Consortium v. Purdue Pharma L.P., et al. | 3:18-cv-00217 | Opioid Litigation | U.S. District Court, District of Alaska 222 West 7th Avenue Anchorage, AK 99513-7500 | Pending |
| Southwestern Central School District v. Cephalon, Inc. et al | 1:22-op-45024 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| State of Georgia v. Purdue Pharma L.P. et al | 19-A-00060-8 | Opioid Litigation | Gwinnett County Superior Court 75 Langley Drive Lawrenceville, GA 30046 | Pending |
| State of Idaho v. Endo Health Solutions Inc. et al | 1:19-op-45745-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| State of Illinois, ex rel., [Name on File] v. Endo International, plc, et al | 2021L003829 | Opioid Litigation | Circuit Court of Cook County, Illinois 50 West Washington Street, Richard J. Daley Center Chicago, IL 60602 | Concluded |
| STATE OF TEXAS v. ENDO HEALTH SOLUTIONS INC. et al. | D-1-GN-22-002314 | Opioid Litigation | District Court of Travis County, Texas Heman Marion Sweatt Travis County Courthouse 1000 Guadalupe Austin, TX 78701 | Concluded |
| Steamfitters Local 449 Medical & Benefit Fund v. Allergan, PLC F/K/A Actavis PLC, et al | 001412 | Opioid Litigation | Philadelphia Court of Common Pleas - Office of Judicial Records - Civil City Hall Broad and Market Sts, #284 Philadelphia, PA 19107 | Pending |
| Sussex County, New Jersey v. Purdue Pharma L.P., et al. | 2:19-cv-13747 | Opioid Litigation | U.S. District Court, District of New Jersey 50 Walnut Street Newark, NJ 07102 | Pending |
| Tax Year 2020 | N/A | Income / Franchise Tax Audit | STATE OF MINNESOTA 600 N. ROBERT ST. ST. PAUL, MN 55101 | Concluded |
| Tax Years 2017, 2018 & 2019 | N/A | Income / Franchise Tax Audit | STATE OF WISCONSIN 2135 RIMROCK ROAD MADISON, WI 53708 | Pending |
| Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund v. Purdue Pharma L.P., et al. | 1:18-cv-00336 | Opioid Litigation | U.S. District Court, Southern District of New York 500 Pearl Street New York, NY 10007-1312 | Pending |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| The Board of Education of the City of Chicago, School District No. 299 v. Cephalon, Inc. et al | 1:19-op-46042-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| The City of Grande Prairie and The Corporatioln of the City of Brantford as Representative Plantiff v. Apotex Inc., et el | 2001-0073 | Opioid Litigation | Court of Queen's Bench of Alberta, Judicial Centre of Calgary Calgary Courts Centre 601 5th Street SW Calgary, AB T2P 5P7 CANADA | Pending |
| The City of Lauderhill, Florida v. Purdue Pharma L.P., et al. | 0:19-cv-60472 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Concluded |
| The City of Miramar, Florida v. Purdue Pharma L.P., et al. | 0:19-cv-60313 | Opioid Litigation | U.S. District Court, Southern District of Florida 400 North Miami Avenue Miami, FL 33128 | Concluded |
| The City of Orlando, Florida v. CVS Health Corporation et al | 6:20-cv-00736-RBD-EJK | Opioid Litigation | Circuit Court of Orange County, Florida 425 N. Orange Avenue Orlando, FL 32801 | Concluded |
| The City of San Diego and the People of the State of California, by and through Mara W. Elliott, City Attorney of San Diego v. Purdue Pharma L.P., et al. | 3:19-cv-00420 | Opioid Litigation | U.S. District Court, Southern District of California 333 W. Broadway San Diego, CA 92101 | Pending |
| The Klamath Tribes v. Purdue Pharma L.P., et al. | 1:19-op-45786 | Opioid Litigation | U.S. District Court, Northern District of Ohio, Eastern Division 125 Market Street Youngstown, OH 44503 | Pending |
| The People of the State of California acting by and through San Francisco City Attorney Dennis J. Herrera and the City and County of San Francisco v. Purdue Pharma L.P., et al. | 3:18-cv-07591 | Opioid Litigation | U.S. District Court, Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102-3434 | Pending |
| THE PEOPLE OF THE STATE OF NEW YORK et al v. PURDUE PHARMA L.P et al | 400016/2018 | Opioid Litigation | Supreme Court of the State of New York, County of Suffolk Cohalan Court Complex 400 Carleton Avenue, PO Box 9075 Central Islip, NY 11722 | Concluded |
| The Superintendent Of Financial Services Of The State Of New York In Her Capacities As Administrator Of The New York Workers v. Endo International PLC.,et al | 652441/2021 | Opioid Litigation | New York County Supreme Court - Civil Branch 80 Centre Street New York, NY 10013 | Pending |
| Twin Falls County, Idaho v. Purdue Pharma L.P. et al | 1:19-op-45828-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al | 2:19-cv-00629 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al | 2:19-cv-05042 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |

Debtor Name: Endo International plc

Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| Ventura County Medi-Cal Managed Care Commission d/b/a Gold Coast Health Plan v. Teva Pharmaceuticals USA, Inc. et al | 1:19-op-46020-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Village Of Addison et al v. Cephalon, Inc. et al | 1:21-op-45018-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Village of Lexington v. Actavis LLC et al | 1:21-op-45109 | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| Village of Melrose Park et al v. McKesson Corporation et al | 1:18-op-46312-DAP | Opioid Litigation | U.S. District Court, Northern District of Ohio 201 Superior Avenue Cleveland, OH 44114 | Pending |
| WDVA USAO Subpoenas re: McKinsey / Opioids | N/A | Government Inquiry/Investigation | US Attorney's Office, Western District of Virginia 255 W Main St Charlottesville, VA 22902 | Pending |
| WINN-DIXIE STORES, INC. et al v. ACTAVIS HOLDCO U.S., INC. et al | 2:20-cv-06290 | Generic Pricing Litigation | U.S. District Court, Eastern Division of Pennsylvania 601 Market Street Philadelphia, PA 19106-1729 | Pending |
| Yellow Medicine County, Minnesota v. Purdue Pharma L.P., et al. | 0:19-cv-01274 | Opioid Litigation | U.S. District Court, District of Minnesota 300 South Fourth Street Minneapolis, MN 55415 | Pending |
| [Unknown] | [Unknown] | Astora/Mesh Litigation | Netherlands Council for the Judiciary P.O. Box 90613 The Hague, 2509 LP NETHERLANDS | Pending |
| In the Matter of Endo International, PLC., Endo Health Solutions, Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical, Inc. (Administrative Action filed by New York Department of Financial Services) | 2020-0022-C | Gov't Proceeding | New York Department of Financial Services One State Street New York, NY 10004 | On Appeal |

Debtor Name: Endo International plc

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 9/13/2021 | $1,194,445.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 9/13/2021 | $1,130,741.60 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 10/15/2021 | $1,552,339.64 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 10/29/2021 | $1,123,951.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 11/24/2021 | $1,661,391.44 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 12/17/2021 | $1,149,612.93 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 1/28/2022 | $387,842.17 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 2/18/2022 | $557,839.92 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 3/18/2022 | $181,189.51 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 4/29/2022 | $505,186.95 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 5/6/2022 | $459,892.66 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 6/16/2022 | $759,544.17 |

Debtor Name: Endo International plc                                                                    Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 6/16/2022 | $556,344.27 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 6/16/2022 | $450,807.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 6/24/2022 | $466,547.60 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 6/30/2022 | $509,308.32 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 7/8/2022 | $502,415.68 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 7/15/2022 | $609,802.45 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 7/22/2022 | $507,135.37 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 7/29/2022 | $621,673.83 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 8/5/2022 | $882,307.98 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 8/10/2022 | $1,700,000.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 8/10/2022 | $589,862.64 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | N/A | N/A | 8/15/2022 | $750,000.00 |

Debtor Name: Endo International plc                                                    Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 11/24/2021 | $100,000.00 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 11/24/2021 | $87,504.75 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 12/23/2021 | $190,441.80 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 12/23/2021 | $169,181.10 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 1/7/2022 | $113,506.25 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 2/11/2022 | $111,700.95 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 3/4/2022 | $88,090.65 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 3/25/2022 | $57,061.75 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 5/27/2022 | $214,786.65 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 5/27/2022 | $42,289.65 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 7/29/2022 | $95,920.37 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 7/29/2022 | $66,302.20 |

Debtor Name: Endo International plc                                                    Case Number: 22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 8/10/2022 | $326,997.35 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 8/10/2022 | $160,000.00 |
| KROLL RESTRUCTURING ADMINISTRATION LLC 55 EAST 52ND STREET 17TH FLOOR NEW YORK, NY 10055 | www.kroll.com | N/A | N/A | 8/10/2022 | $143,031.95 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 9/3/2021 | $251,079.82 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 10/15/2021 | $10,169,230.77 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 10/15/2021 | $358,333.33 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 11/12/2021 | $251,510.55 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 12/10/2021 | $253,459.65 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 1/21/2022 | $252,556.68 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 2/11/2022 | $251,102.49 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 3/18/2022 | $250,000.00 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 4/15/2022 | $251,557.32 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 5/13/2022 | $250,774.23 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 6/10/2022 | $251,460.19 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 7/15/2022 | $250,393.38 |
| PJT PARTNERS LP 280 PARK AVENUE NEW YORK, NY 10017 | www.pjtpartners.com | N/A | N/A | 8/10/2022 | $253,621.55 |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $559,055.70 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $461,911.45 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $191,737.25 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $43,677.40 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $12,915.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $4,966.20 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $2,902.50 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $535.50 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/20/2021 | $70.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/24/2021 | $56,703.15 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/24/2021 | $32,024.25 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/24/2021 | $21,577.05 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/24/2021 | $297.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $73,324.35 |

Debtor Name:  Endo International plc

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $43,773.75 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $28,580.40 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $14,949.90 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $13,961.70 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $11,694.15 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $9,303.75 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $8,759.70 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $7,295.85 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Luxembourg Finance Company I S.a r.l. | N/A | 8/27/2021 | $6,681.15 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Luxembourg Finance Company I S.a r.l. | N/A | 8/27/2021 | $3,357.45 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $2,452.50 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $2,417.85 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $1,805.40 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $1,556.10 |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Luxembourg Finance Company I S.a r.l. | N/A | 8/27/2021 | $758.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 8/27/2021 | $392.40 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/3/2021 | $32,707.35 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 9/7/2021 | $178.20 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/10/2021 | $11,492.10 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/10/2021 | $7,270.20 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/10/2021 | $6,819.30 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/24/2021 | $356,884.65 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/24/2021 | $22,253.40 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/24/2021 | $14,035.05 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 9/24/2021 | $6,621.75 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | N/A | N/A | 10/8/2021 | $33,641.10 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 10/15/2021 | $9,301,712.28 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 10/15/2021 | $5,698,287.72 |

Debtor Name:  Endo International plc                                                    Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Charles Schwab as 401(k) Plan Administrator | N/A | 10/15/2021 | $850.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 11/17/2021 | $17,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 12/2/2021 | $8,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Charles Schwab as 401(k) Plan Administrator | N/A | 1/10/2022 | $1,062.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 1/14/2022 | $8,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 2/8/2022 | $8,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 3/8/2022 | $5,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Charles Schwab as 401(k) Plan Administrator | N/A | 3/17/2022 | $2,439.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 4/7/2022 | $5,000,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 5/5/2022 | $6,500,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Charles Schwab as 401(k) Plan Administrator | N/A | 5/16/2022 | $7,688.25 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 6/7/2022 | $6,500,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 7/12/2022 | $6,500,000.00 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/10/2022 | $2,000,000.00 |

Debtor Name:  Endo International plc

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Creditor Name and Address | Email or website | Who made payment? | Description of Property | Date | Amount |
|---|---|---|---|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE MANHATTAN WEST NEW YORK, NY 10001 | www.skadden.com | Endo Pharmaceuticals Inc. | N/A | 8/10/2022 | $165,000.00 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 1/28/2022 | $107,956.80 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 2/11/2022 | $37,618.00 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 2/11/2022 | $37,497.65 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 2/11/2022 | $26,074.89 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 5/6/2022 | $51,549.00 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 5/6/2022 | $45,140.00 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 5/6/2022 | $3,717.34 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 5/6/2022 | $3,035.30 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 6/16/2022 | $2,653.74 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 7/29/2022 | $9,036.00 |
| TOGUT, SEGAL & SEGAL LLP ONE PENN PLAZA SUITE 3335 NEW YORK, NY 10119 | www.togutlawfirm.com | N/A | N/A | 8/11/2022 | $150,000.00 |

Debtor Name:  Endo International plc                                                                                 Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26a:** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and Address | From | To |
|---|---|---|
| FRANK B. RACITI<br>CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 8/9/2021 | Present |
| FRANK B. RACITI<br>ASSISTANT CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 8/16/2020 | 8/9/2021 |
| JACK BOYLE<br>TREASURER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 8/9/2021 | Present |
| JACK BOYLE<br>CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 8/16/2020 | 8/9/2021 |
| MARK T. BRADLEY<br>CHIEF FINANCIAL OFFICER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 8/16/2020 | Present |
| THOMAS TRIMBACK<br>ASSISTANT CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | 12/28/2021 | Present |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26c:** Firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Name and Address | If unavailable, why? |
|---|---|
| FRANK B. RACITI<br>CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | N/A |
| JACK BOYLE<br>TREASURER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | N/A |
| MARK T. BRADLEY<br>CHIEF FINANCIAL OFFICER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | N/A |
| THOMAS TRIMBACK<br>ASSISTANT CONTROLLER<br>1400 ATWATER DRIVE<br>MALVERN, PA 19355 | N/A |
| PRICEWATERHOUSECOOPERS LLP<br>TWO COMMERCE SQUARE<br>2001 MARKET ST.<br>SUITE 1800<br>PHILADELPHIA, PA 19103 | N/A |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issues a financial statement within 2 years before filing this case.

| Name and Address |
|---|
| |

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at the end of each of its fiscal quarters and years, Endo International plc, prepare and file with the Securities and Exchange Commission (the "SEC") quarterly reports on Form 10-Q, annual reports on Form 10-K and current reports on Form 8-K, among other filings made with the SEC from time to time (collectively, the "SEC filings").   Certain of Endo International plc's filings contain consolidated financial statements relating to Endo International plc and its subsidiaries. Additionally, Endo International plc has historically provided the SEC filings in the investor relations sections of its website. Because the SEC filings are of public record, Endo International plc does not maintain records the parties who requested or obtained copies of any of the SEC filings from the SEC, the debtors, or other sources.  In addition, certain Debtors are required to file financial statements in Ireland (pursuant to the Companies Act 2004 and in the United Kingdom (pursuant to the Companies Act 2006).   Additionally, certain Debtors are subject to file annual accounts online with the Trade and Companies Register  (registre de commerce et des sociétés - RCS) in Luxembourg and required to mention the filing of the accounts in the Electronic Compendium of Companies and Associations  (recueil électronique des sociétés et associations - RESA).

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 28:** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position | % Interest |
|---|---|---|---|
| BLAISE A. COLEMAN | 1400 ATWATER DRIVE MALVERN, PA 19355 | President, Chief Executive Officer & Chairman of the Board | N/A |
| BRIAN MORRISSEY | 1400 ATWATER DRIVE MALVERN, PA 19355 | Senior Corporate Counsel and Assistant Secretary | N/A |
| DEANNA VOSS | 1400 ATWATER DRIVE MALVERN, PA 19355 | Assistant Secretary | N/A |
| FRANK B. RACITI | 1400 ATWATER DRIVE MALVERN, PA 19355 | Vice President, Controller & Chief Accounting Officer | N/A |
| JENNIFER M. CHAO | ADDRESS ON FILE | Board of Directors | N/A |
| M. CHRISTINE SMITH, PH.D. | ADDRESS ON FILE | Board of Directors | N/A |
| MARK G. BARBERIO | ADDRESS ON FILE | Chairman of the Board | N/A |
| MARK T. BRADLEY | 1400 ATWATER DRIVE MALVERN, PA 19355 | Executive Vice President and Chief Financial Officer | N/A |
| MATTHEW J. MALETTA | 1400 ATWATER DRIVE MALVERN, PA 19355 | Executive Vice President, Chief Legal Officer & Secretary | N/A |
| MICHAEL HYATT | ADDRESS ON FILE | Board of Directors | N/A |
| NANCY J. HUTSON, PH.D. | ADDRESS ON FILE | Board of Directors | N/A |
| PATRICK A. BARRY | 1400 ATWATER DRIVE MALVERN, PA 19355 | Executive Vice President and President, Global Commercial Operations | N/A |
| SHANE M. COOKE | ADDRESS ON FILE | Board of Directors | N/A |
| WILLIAM P. MONTAGUE | ADDRESS ON FILE | Board of Directors | N/A |

Debtor Name:  Endo International plc

Case Number:  22-22549 (JLG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 29:** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name | Address | Position | Start | End |
|---|---|---|---|---|
| GEORGE APOSTOL | 1400 ATWATER DRIVE<br>MALVERN, PA 19355 | Executive Vice President, Global Research & Development | 5/5/2020 | 11/12/2021 |