## Exhibit A

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Diligence | 48.20 | $55,912.00 |
| Employment/Fee Apps | 1.10 | $1,276.00 |
| Litigation/Hearings | 29.70 | $34,452.00 |
| Meetings | 3.10 | $3,596.00 |
| **TOTALS:** | **82.10** | **$95,236.00** |

29881654.1