## Exhibit B

## Compensation by Individual

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Roger Frankel | $1,160 | 82.10 | $95,236.00 |
| **TOTALS:** | | **82.10** | **$95,236.00** |

29881654.1