**Exhibit C**

**Time Records for the Statement Period**

22-22549-jlg    Doc 686-3    Filed 11/14/22    Entered 11/14/22 16:15:56    Exhibit C
Pg 1 of 10

29881654.1

# Frankel Wyron LLP

**Statement**

2101 L Street, N.W., Suite 300
Washington, DC 20037

**November 3, 2022**

Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/2/2022 | RF | Review Declaration ISO of Petition (.90); review materials from VDR re mesh and ranitidine claims (1.20). | 2.10 | 2,436.00 |
| 10/3/2022 | RF | Review materials from VDR in preparation for Zoom meeting with Reed Smith (.80); prepare memo for counsel re primary due diligence issues (.90); telcon with R. Wyron re insurance issues (.20); review critical dates memo from YCST (.30); update memo re ranitidine, mesh after video conference with Reed Smith (.70); Webex meeting with Reed Smith, Skadden, R. Wyron, J. Patton, E. Harron, R. Brady re mesh and ranitidine litigation (1.40). | 4.30 | 4,988.00 |
| 10/4/2022 | RF | Review supp due diligence request from Ducera (.60); revise internal memo for counsel re 363 sale structure (.70); telcon with S. Gilbert re case issues (.20); Zoom meeting with S. Plancich, R. Wyron, J. Patton re NERA diligence (.50); review management presentations from data room (.50). | 2.50 | 2,900.00 |
| 10/5/2022 | RF | Review memo re insurance coverage (.40); emails with counsel re VDR (.30). | 0.70 | 812.00 |
| 10/6/2022 | RF | Zoom meeting with D. Creadore, J. Patton, R. Wyron, J. Chapman re NAS children issues (.50); telcon with J. Patton re Zoom meeting (.10). | 0.60 | 696.00 |
| 10/7/2022 | RF | Exchange of emails with S. Greenberg re Trust structure (.40); review spreadsheet from counsel re contents of VDR (.90); telcon with J. Patton re 363 sale memo (.20). | 1.50 | 1,740.00 |
| 10/8/2022 | RF | Review memo from counsel re D. Creadore meeting and review U. of Edinburgh article referenced by D.C. (.60); review memo from YCST re relation between 363 sale and future claims (2.10). | 2.70 | 3,132.00 |

# Frankel Wyron LLP

**Statement**

## 2101 L Street, N.W., Suite 300
## Washington, DC 20037

**November 3, 2022**

### Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/10/2022 | RF | Review prior settlement proposals re States from VDR (.90); review various incentive programs, employee data from VDR (.80); prepare email memo to counsel re outstanding diligence issues (.50). | 2.20 | 2,552.00 |
| 10/11/2022 | RF | Review compensation, scorecard templates from VDR (.60); prepare notes for meeting with FCR team (.50). | 1.10 | 1,276.00 |
| 10/12/2022 | RF | Review critical dates calendar memo from YCST (.30); review YCST Share Site and emails re same (.30); review spreadsheets, bank statements in VDR re QSF funds and prepare notes re same (1.10); review Endo-FL Settlement Agreement and related injunction (.90) | 2.60 | 3,016.00 |
| 10/13/2022 | RF | Review diligence memos and prepare agenda for meeting with Skadden (.60); review updated outreach Deck (.20); teams meeting with L. Laukitis, L. Downing, J. Patton, R. Wyron, J. Chapman re due diligence issues (.40). | 1.20 | 1,392.00 |
| 10/16/2022 | RF | Review Debt Capacity Analysis Report from VDR (.40); review Project Sideways Overview from VDR (.20); review LTP Pipeline Detail from VDR (.40); review McIlrath Complaint filed in Iowa State Court (.90). | 1.90 | 2,204.00 |
| 10/17/2022 | RF | Review Budget Reports and Variance Reports from VDR (.60); confer with J. Patton, R. Wyron re diligence issues, Trust scenarios (.50). | 1.10 | 1,276.00 |

# Frankel Wyron LLP

### 2101 L Street, N.W., Suite 300
### Washington, DC 20037

**Statement**

**November 3, 2022**

### Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/18/2022 | RF | Review email memos re requested changes to Cash Collateral Order and Protective Order (.50); review and prepare notes re revised workplan from YCST in preparation for Zoom (.60); review (preliminary) documents provided by Reed Smith (.50); review updated chart from counsel re docs in VDR (.40). | 2.00 | 2,320.00 |
| 10/20/2022 | RF | Review memo from counsel re meeting with Reed Smith re mesh claims (.30); prepare notes, review file in preparation for weekly call with Skadden (.50); video conference with Skadden, R. Wyron, R. Brady, J. Chapman, S. Greecher re case issues, protective order (.40); review updates to VDR and Reed Smith docs in data room (1.10); review payment matrices from C. Moffatt (.40); telcon with R. Wyron in preparation for Gibson call (.50); conference call with M. Cohen of Gibson, L. Downing, R. Wyron, R. Brady re Trust structure under RSA (.50); telcon with R. Wyron re Gibson call (.30). | 4.00 | 4,640.00 |
| 10/21/2022 | RF | Review expert reports, complaints from Reed Smith re mesh litigation (2.0) | 2.00 | 2,320.00 |
| 10/22/2022 | RF | Review FDA Advisories issued 2008 and 2011 (.70); review various SJ pleadings and Conway SJ Opinion  (1.80); review further materials re mesh from Reed Smith (.50). | 3.00 | 3,480.00 |
| 10/24/2022 | RF | Review critical dates calendar from YCST (.30); review emails of new docs on VDR site (.40). | 0.70 | 812.00 |
| 10/25/2022 | RF | Review RSA exhibits, Bidding Procedures (1.50); review various diligence requests sent to Skadden (.50); review workplan, prepare notes for FCR Team call (.70). | 2.70 | 3,132.00 |

# Frankel Wyron LLP

**Statement**

### 2101 L Street, N.W., Suite 300
### Washington, DC 20037

**November 3, 2022**

### Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/26/2022 | RF | Review materials from counsel re voluntary injunction in MNK and as proposed in Endo (1.0); review, consider market share data re AMS mesh sales (.40); video conference with G. Wyatt, R. Brady, R. Wyron re open PI Injunction matters (.40). | 1.80 | 2,088.00 |
| 10/27/2022 | RF | Review issues list from R. Brady re weekly call with Skadden and email to counsel re same (.50); review Compensation Program presentation from  A&M (.50); review memo from J. Chapman re weekly call with Skadden (.20); review various emails from counsel re insurance coverage for tort claims (.20); telcon with R. Wyron re bar date, insurance issues (.30). | 1.70 | 1,972.00 |
| 10/28/2022 | RF | Review management presentation before and after Teams meeting (1.40); Teams meeting with Endo management, TCC and OCC and Skadden (1.0). | 2.40 | 2,784.00 |
| 10/29/2022 | RF | Review J. Chapman email memo to Skadden with diligence priorities and diligence tracker update from J. Chapman (.70); review Opioid Supply Chain presentation from 6/22 prepared by Skadden (.70). | 1.40 | 1,624.00 |
| 10/31/2022 | RF | Review Presentation from VDR of illustrative waterfall recoveries (1.40); review critical dates memo from YCST (.20); review summaries from YCST of UCC and OCC Apps to Employ Professionals (.40). | 2.00 | 2,320.00 |
|  |  | TOTAL AMOUNT DUE |  | 55,912.00 |

# Frankel Wyron LLP

## 2101 L Street, N.W., Suite 300
## Washington, DC 20037

**Statement**

**November 3, 2022**                    Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Employment/Fee Apps

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/12/2022 | RF | Review apps to employ and Declarations in preparation for hearing (.80). | 0.80 | 928.00 |
| 10/27/2022 | RF | Review draft FCR Supp Declaration and exchange of emails with counsel re same (.30). | 0.30 | 348.00 |
| | | TOTAL AMOUNT DUE | | 1,276.00 |

# Frankel Wyron LLP

## 2101 L Street, N.W., Suite 300
## Washington, DC 20037

**Statement**

**November 3, 2022**                    Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/3/2022 | RF | Review Dombrowski Declaration ISO Prelim. Injunction (.70); review memo ISO preliminary injunction (1.0); review signed order authorizing cash management systems (.40). | 2.10 | 2,436.00 |
| 10/6/2022 | RF | Review OCC Objection to Cash Collateral, Adequate Protection proposed Order  (1.40) | 1.40 | 1,624.00 |
| 10/7/2022 | RF | Review UCC Objection to proposed cash collateral, adequate protection order (1.20); review memo from S. Greecher re objections (.30). | 1.50 | 1,740.00 |
| 10/12/2022 | RF | Review Order granting motion for Protective Order and proposed Protective Order re PI Motion (.70). | 0.70 | 812.00 |
| 10/13/2022 | RF | Review signed Case Management Order (.50); review amended E Binder in preparation for hearing (.40); attend Omnibus hearing via Court Solutions (1.40). | 2.30 | 2,668.00 |
| 10/14/2022 | RF | Review Reply of Debtors to Objections to Cash Collateral Motion (1.30); Review Reply of 1L Group to Cash Collateral Motion (1.20); review and prepare notes re proposed Cash Collateral Order (1.40); review and prepare notes re proposed Protective Order (1.30); review Objection of non-RSA 1L parties to Cash Collateral Order (.30); attend by Court Solutions status conference on Cash Collateral hearing (1.0); review memo from counsel re status conference (.30). | 6.80 | 7,888.00 |

# Frankel Wyron LLP

## 2101 L Street, N.W., Suite 300
## Washington, DC 20037

**Statement**

**November 3, 2022**                         **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian          Re:  Litigation/Hearings
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/15/2022 | RF | Prepare email memo to counsel re issues with proposed Protective Order and Cash Collateral Order (.90); review States EC Response to PI Complaint (.30); review Joinder to OCC Objection (.10); review Dombrowski Declaration and attachments ISO cash collateral order (1.20); review Bradley Declaration ISO Cash Collateral Order (.30); review Goldstein, Rauch Declarations ISO1L Group Reply (.40). | 3.20 | 3,712.00 |
| 10/17/2022 | RF | Review Ltd Obj of OCC to PI Motion to Seal and Preis Affidavit (.70). | 0.70 | 812.00 |
| 10/18/2022 | RF | Review proposed revised Cash Collateral Order (.70); series of emails with counsel re same (.30); series of emails with counsel re FCR requested changes to CC Order (.90). | 1.90 | 2,204.00 |
| 10/19/2022 | RF | Review, consider series of emails between counsel and 1L counsel re cash collateral order (.70); Zoom meeting with R. Brady, R. Wyron, S. Greecher, J. Chapman re resolution of open issues with CC Order (.30); attend Zoom hearing on Final Cash Collateral Order (1.0); review Sealed Version of OCC Obj to PI Motion (.70); review revised Final Cash Collateral Order to be filed with USBC (.50). | 3.20 | 3,712.00 |
| 10/20/2022 | RF | Review memos from counsel re OCC Obj to PI Motion and re WV and San Francisco's Objections (.50); review revised Protective Order (draft) from counsel (.70). | 1.20 | 1,392.00 |
| 10/21/2022 | RF | Review Order Governing Protocol at PI Hearing (.30). | 0.30 | 348.00 |

# Frankel Wyron LLP

## 2101 L Street, N.W., Suite 300
## Washington, DC 20037

**Statement**

**November 3, 2022**                  Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/22/2022 | RF | Review 1L Motion to Intervene in PI Motion and 1L Limited Response (.50). | 0.50 | 580.00 |
| 10/27/2022 | RF | Review Proposed Modifying Order re Compensation Program and attached Declarations (.40). | 0.40 | 464.00 |
| 10/28/2022 | RF | Review Debtors Reply ISO PI Motion (1.30). | 1.30 | 1,508.00 |
| 10/29/2022 | RF | Review Barberio and Cumberland Decs ISO Wage Motion and A&M Presentation re same (2.20). | 2.20 | 2,552.00 |
| | | TOTAL AMOUNT DUE | | 34,452.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300
Washington, DC 20037**

**Statement**

**November 3, 2022**                    **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.                    Re:  Meetings

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 10/4/2022 | RF | Zoom meeting with R. Wyron, J. Patton, E. Harron, R. Brady, Ducera to review case issues (.60). | 0.60 | 696.00 |
| 10/11/2022 | RF | Zoom meeting with Ducera, YCST, R. Wyron re pending case issues, diligence requests (.60). | 0.60 | 696.00 |
| 10/18/2022 | RF | Zoom meeting with R. Wyron, Ducera, J. Patton, E. Harron, R. Brady, J. Chapman, S. Greecher re case issues, changes to cash collateral order, protective order (1.0). | 1.00 | 1,160.00 |
| 10/25/2022 | RF | Zoom meeting with Ducera, R. Wyron, R. Brady, J. Chapman, S. Greecher re PI hearing, diligence requests, mesh QSF, related case issues (.90). | 0.90 | 1,044.00 |
| | | TOTAL AMOUNT DUE | | 3,596.00 |