# Exhibit D

## Expense Records for the Statement Period

| Expense Category | Total Expenses |
|---|---|
| Taxi | $163.11 |
| Court Solutions | $140.00 |
| **TOTAL:** | **$303.11** |

29881654.1

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

**Statement**

**November 3, 2022**                           **Federal ID# 46-4457881**

Re: Expenses

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/1/2022 | RF | Taxi-To USBC hearing | | 81.60 |
| 10/1/2022 | RF | Taxi-From USBC hearing | | 81.51 |
| 10/13/2022 | RF | Court Solutions Fee | | 70.00 |
| 10/14/2022 | RF | Court Solutions Fee | | 70.00 |
| | | TOTAL AMOUNT DUE | | 303.11 |