## Exhibit A

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 6.50 | $6,695.00 |
| Diligence | 24.20 | $24,926.00 |
| Employment/Fee Apps | 3.80 | $3,914.00 |
| Litigation/Hearings | 5.10 | $5,253.00 |
| **TOTALS:** | **39.60** | **$40,788.00** |

29881724.1