**Exhibit B**

**Compensation by Individual**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Richard H. Wyron | $1,030 | 39.60 | $40,788.00 |
| | **TOTALS:** | **39.60** | **$40,788.00** |

29881724.1