# Exhibit C

# Time Records for the Statement Period

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

**Statement**

**November 3, 2022**                                    **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                              Re:  Case Admin
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/4/2022 | RHW | Weekly status and strategy call with R. Frankel and YCST team (.6); call with R. Brady re follow up for omnibus hearing and NERA diligence (.2). | 0.80 | 824.00 |
| 10/10/2022 | RHW | Review critical dates memo (.2); review notices re October 13 hearing and email Young Conaway team re coordination (.2); review settlement term sheets in data room (.8). | 1.20 | 1,236.00 |
| 10/11/2022 | RHW | Review YCST work plan and emails re pending topics (.3); weekly call with R. Frankel, YCST team and Ducera team (.6); review protective order re FCR's document access (.3). | 1.20 | 1,236.00 |
| 10/13/2022 | RHW | Call with R. Frankel, J. Patton and Skadden team re case status and upcoming matters (.4). | 0.40 | 412.00 |
| 10/17/2022 | RHW | Strategy discussion with R. Frankel and J. Patton (.5). | 0.50 | 515.00 |
| 10/18/2022 | RHW | Weekly call with R. Frankel and YCST team re case status and strategy (1.0). | 1.00 | 1,030.00 |
| 10/20/2022 | RHW | Weekly call with Debtors' team, R. Frankel and R. Brady (.5). | 0.50 | 515.00 |
| 10/25/2022 | RHW | Weekly FCR team call with R. Frankel, YCST team and Ducera team (.9). | 0.90 | 927.00 |
| | | TOTAL AMOUNT DUE | | 6,695.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

**Statement**

**November 3, 2022**

**Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/3/2022 | RHW | Review notes and materials for call with Endo's defense counsel (.7); call with R. Frankel, J. Patton, Skadden team and Reed Smith team re ranitidine and mesh claims (1.4); review public data on mesh claims (.8); call with R. Frankel re insurance issues (.2). | 3.10 | 3,193.00 |
| 10/4/2022 | RHW | Review data room materials (.8); review initial due diligence request and prepare notes for follow up (.4); call with S. Plancich, R. Frankel and J. Patton re NERA analysis (.5). | 1.70 | 1,751.00 |
| 10/6/2022 | RHW | Review data on NAS claims (.6); call with R. Frankel, J. Patton, J. Chapman and NAS counsel re NAS children's claims against Endo entities (.5); review OCC appointment notice re individual committee members (.2); review J. Chapman email and recent studies re impacts of opioid exposure in utero and causation issues (1.1). | 2.40 | 2,472.00 |
| 10/11/2022 | RHW | Review tracking report on diligence requests (.2); review and respond to emails re NERA diligence requests (.2). | 0.40 | 412.00 |
| 10/14/2022 | RHW | Review additional materials in the data room re claims (1.2); call with S. Plancich, J. Macintosh, S. Greecher and J. Chapman re due diligence issues (.3); review confidentiality agreements re NERA access to data and use of materials (.6). | 2.10 | 2,163.00 |
| 10/16/2022 | RHW | Review research memo on 363 issues (.9); review proposed protective order for FCR comments (.6); review proposed cash collateral order for FCR comments (.8). | 2.30 | 2,369.00 |
| 10/18/2022 | RHW | Call with S. Greecher, J. Chapman and Reed Smith team re mesh and ranitidine claims information (.7); prepare notes for follow-up requests (.4); review protective order re claims information (.3). | 1.40 | 1,442.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**November 3, 2022**

**Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/20/2022 | RHW | Call with Gibson Dunn team, R. Frankel and R. Brady re proposed opioid trust and underlying issues (.5); call with R. Frankel re upcoming call with 1Ls (.5); review and respond to emails re further diligence sessions (.2); call with R. Frankel following call with Gibson Dunn team (.3); call with Skadden team, R. Frankel, R. Brady, J. Chapman and S. Greecher re pending issues (.4). | 1.90 | 1,957.00 |
| 10/22/2022 | RHW | Review memo re insurance assets and discussion with Endo insurance counsel (.6). | 0.60 | 618.00 |
| 10/25/2022 | RHW | Review tracker for pending diligence items (.7); review and respond to emails with J. Chapman and R. Frankel re prior diligence requests (.3); review research on QSF issues (.6). | 1.60 | 1,648.00 |
| 10/26/2022 | RHW | Call with S. Plancich, J. Macintosh, and J. Chapman re diligence materials and additional requests (.4); review J. Chapman email re prioritization of requests and diligence tracker (.5); call with J. Chapman re prioritizing diligence requests for the Debtors (.3); call with R. Frankel, B. Brady and G. Wyatt re voluntary injunction and pending open issues (.4); review and respond to emails with A. Tang re diligence and next steps (.2); review additional diligence materials provided by the Debtors (1.3). | 3.10 | 3,193.00 |
| 10/27/2022 | RHW | Call with R. Frankel, B. Brady and Skadden team re pending issues (.5); call with E. Goodman re common interest agreement and emails re same (.3); review R. Brady summary of topics for discussion and emails re same (.4); call with R. Frankel re open issues (.3). | 1.50 | 1,545.00 |
| 10/28/2022 | RHW | Review Endo management presentation materials (1.1); attend Endo management presentation (1.0). | 2.10 | 2,163.00 |

# Frankel Wyron LLP

**Statement**

**November 3, 2022**

2101 L Street, N.W., Suite 300
Washington, DC 20037

Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
|      |        | TOTAL AMOUNT DUE |   | 24,926.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**November 3, 2022**                                         **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Employment/Fee Apps

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/3/2022 | RHW | Review NERA fee statement and email R. Frankel re same (.2); review S. Plancich supplemental declaration and compare to other cases (.3); review and respond to emails with S. Greecher re potential objections to NERA retention (.2). | 0.70 | 721.00 |
| 10/5/2022 | RHW | Review and respond to emails re potential objection to NERA retention application (.4); review NERA retention declarations in Mallinckrodt case for language on relevant questions (.5). | 0.90 | 927.00 |
| 10/6/2022 | RHW | Call with A. Jacobs re potential objections and discussions (.3); email to R. Frankel re proposed adjournment and open issues (.2); call with NERA counsel re status of discussions and potential resolutions (.4). | 0.90 | 927.00 |
| 10/22/2022 | RHW | Review UCC's application to employ BRG (.3); review OCC's application to employ Province (.3); consider disclosure requirements for FCR and emails re same (.2). | 0.80 | 824.00 |
| 10/27/2022 | RHW | Review draft supplemental Frankel declaration re BRG and Province (.3); review and respond to emails re potential FCR insurance counsel (.2). | 0.50 | 515.00 |
| | | TOTAL AMOUNT DUE | | 3,914.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

**Statement**

**November 3, 2022**                                    **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                             Re:  Litigation/Hearings
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/13/2022 | RHW | Attend telephonic hearing on FCR retention applications (1.3). | 1.30 | 1,339.00 |
| 10/14/2022 | RHW | Attend telephonic hearing re cash collateral issues and contested hearing (1.1). | 1.10 | 1,133.00 |
| 10/17/2022 | RHW | Review emails with FCR-proposed changes to the protective order and the proposed cash collateral orders (.4). | 0.40 | 412.00 |
| 10/18/2022 | RHW | Review further comments on proposed cash collateral orders (.4); review and respond to emails with R. Frankel and YCST team re same (.3). | 0.70 | 721.00 |
| 10/19/2022 | RHW | Call with R. Frankel and YCST team re comments on / potential objection to revised cash collateral order and strategy (.3); attend cash collateral hearing (1.0); review comments to protective order (.3). | 1.60 | 1,648.00 |
| | | TOTAL AMOUNT DUE | | 5,253.00 |