## Exhibit D

## Expense Records for the Statement Period

| Expense Category | Total Expenses |
|---|---|
| Court Solutions | $140.00 |
| **TOTAL:** | **$140.00** |

29881724.1

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**November 3, 2022**                    **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et. al
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

                                         Re: Expenses

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 10/13/2022 | RHW | Court Solutions Fee | | 70.00 |
| 10/14/2022 | RHW | Court Solutions Fee | | 70.00 |
| | | TOTAL AMOUNT DUE | | 140.00 |