| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>(212) 332-8840 / Fax: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc, *et al.*,**<br><br>**Debtors.**[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, the *Second Monthly Statement of Frankel Wyron LLP of Services Rendered and Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period October 1, 2022 Through October 31, 2022* was caused to be served as indicated upon the parties identified on the attached service list.

| | |
|---|---|
| Dated: November 14, 2022<br>       New York, New York | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: sgreecher@ycst.com<br><br>*Counsel to the Future Claimants' Representative* |

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

01:29827678.3

# Endo International plc
## Fee Application Service List

Endo International plc
Attn: Matthew Maletta and Brian Morrissey
1400 Atwater Drive
Malvern, PA 19355
(Federal Express)

Evan A. Hill
Bram A. Strochlic
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
evan.hill@skadden.com
bram.strochlic@skadden.com
(Electronic Mail)

Cameron M. Fee
Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
Wilmington, DE 19801
cameron.fee@skadden.com
(Electronic Mail)

Albert Togut
Kyle J. Ortiz
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, MY 10119
altogut@teamtogut.com
kortiz@teamtogut.com
(Electronic Mail)

Paul Schwartzberg
Susan Arbeit
Andy Velez-Rivera
Tara Tiantian
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
(Federal Express)

Scott J. Greenberg
Michael J. Cohen
Joshua K. Brody
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
mcohen@gibsondunn.com
jbrody@gibsondunn.com
(Electronic Mail)

Andrew N. Rosenberg
Alice Belisle Eaton
Andrew M. Parlen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
arosenberg@paulweiss.com
aeaton@paulweiss.com
aparlen@paulweiss.com
(Electronic Mail)

Kenneth H. Eckstein
Amy Caton
Rachael L. Ringer
Megan Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
acaton@kramerlevin.com
rringer@kramerlevin.com
mwasson@kramerlevin.com
(Electronic Mail)

Cullen D. Speckhart
Summer M. McKee
Evan M. Lazerowitz
Cooley LLP
55 Hudson Yards
New York, NY 10001
cspeckhart@cooley.com
smckee@cooley.com
elazerowitz@cooley.com
(Electronic Mail)