## EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 67.70 | $35,923.00 |
| Court Hearings (B002) | 80.30 | $70,559.50 |
| Cash Collateral / DIP Financing (B003) | 36.80 | $36,637.50 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 2.00 | $1,418.00 |
| Use, Sale, or Lease of Property (363 Issues) (B006) | 96.40 | $74,523.00 |
| Claims Analysis, Objections, and Resolutions (B007) | 274.00 | $228,161.00 |
| Meetings (B008) | 52.10 | $54,755.50 |
| Other Adversary Proceedings (B011) | 48.80 | $34,926.50 |
| Plan and Disclosure Statement (B012) | 10.40 | $9,840.00 |
| Employee Matters (B015) | 2.40 | $2,574.00 |
| Retention of Professionals / Fee Issues (B017) | 370.70 | $262,073.00 |
| Fee Application Preparation (B018) | 1.60 | $1,817.50 |
| Travel (B019) | 3.50 | $3,950.00 |
| TOTALS: | 1,046.70 | $817,158.50 |