# EXHIBIT B

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | $1,590 | 64.60 | $102,714.00 |
| Melanie K. Sharp | Partner since 1991. Joined firm as an associate in 1987. Member of DE Bar since 1986. | $1,215 | 7.20 | $8,748.00 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. | $1,160 | 89.60 | $103,936.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1996. | $1,160 | 5.50 | $6,380.00 |
| Edwin J. Harron | Partner since 2003. Joined firm as an associate in 1996. Member of DE Bar since 1995. | $1,105 | 37.00 | $40,885.00 |
| Edmon L. Morton | Partner since 2008. Joined firm as an associate in 1999. Member of DE Bar since 1999. | $995 | 6.40 | $6,368.00 |
| Sean T. Greecher | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2004. | $825 | 145.10 | $119,707.50 |
| Michael S. Neiburg | Partner since 2019. Joined firm as an associate in 2008. Member of DE Bar since 2009. | $800 | 8.40 | $6,720.00 |
| Jaime L. Chapman | Partner since 2019. Joined firm as an associate in 2008. Member of DE Bar since 2006. | $780 | 305.00 | $237,900.00 |
| Ashley E. Jacobs | Partner since 2022. Joined firm as an associate in 2011. Member of DE Bar since 2011. | $720 | 119.70 | $86,184.00 |
| Jared W. Kochenash | Joined firm as an associate in 2018. Member of DE Bar since 2018. | $500 | 34.30 | $17,150.00 |
| Heather P. Smillie | Joined firm as associate in 2020. Member of DE Bar since 2022. | $450 | 1.20 | $540.00 |
| Joshua Brooks | Joined firm as an associate in 2020. Member of DE Bar since 2022. | $450 | 6.10 | $2,745.00 |

29865796.1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alyssa M. Radovanovich | Joined firm as associate in 2022. Member of DE Bar since 2022. | $375 | 34.50 | $12,937.50 |
| Cheyenne A. Goodman | Joined firm as associate in 2022. | $375 | 100.60 | $37,725.00 |
| Debbie Laskin | Paralegal | $335 | 3.10 | $1,038.50 |
| Casey Walls | Paralegal | $325 | 75.90 | $24,667.50 |
| Lisa Eden | Paralegal | $325 | 2.50 | $812.50 |
| | | **TOTALS:** | **1,046.70** | **$817,158.50** |