# EXHIBIT D

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Air / Rail Travel | $604.00 |
| Computerized Legal Research (Westlaw) | $315.90 |
| Deposition / Transcript | $310.80 |
| Docket Retrieval / Search | $256.80 |
| Federal Express | $123.02 |
| Hotel / Lodging | $3,320.46 |
| Parking | $24.00 |
| Postage | $704.55 |
| Reproduction Charges | $5,097.70 |
| Teleconference / Video Conference | $4.71 |
| Working Meals | $269.49 |
| **TOTAL:** | **$11,031.43** |

29865796.1