# EXHIBIT E

## EXPENSE DETAIL

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | November 22, 2022 |
| Invoice Number: | 50037786 |
| Matter Number: | 102641.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/16/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/16/22 | Photocopy Charges Duplication | 23.00 | 4.60 |
| 08/16/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/16/22 | Photocopy Charges Duplication | 39.00 | 7.80 |
| 08/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/16/22 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/16/22 | Photocopy Charges Duplication | 29.00 | 5.80 |
| 08/16/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/16/22 | Photocopy Charges Duplication | 33.00 | 6.60 |
| 08/16/22 | Photocopy Charges Duplication | 28.00 | 5.60 |
| 08/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/16/22 | Photocopy Charges Duplication | 45.00 | 9.00 |
| 08/16/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/16/22 | Photocopy Charges Duplication | 28.00 | 5.60 |
| 08/16/22 | Photocopy Charges Duplication | 32.00 | 6.40 |
| 08/17/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/17/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/17/22 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 08/17/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/17/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 08/18/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/18/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/18/22 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.71 |
| 08/18/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/18/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/19/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/19/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/22 | Docket Retrieval / Search | 3.00 | 0.30 |

Roger Frankel, as Future Claimants' Representative

| | Invoice Date: | November 22, 2022 |
|---|---|---|
| | Invoice Number: | 50037786 |
| | Matter Number: | 102641.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 08/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/23/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/23/22 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/23/22 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 08/23/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 08/24/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 08/24/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/24/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 08/24/22 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 08/24/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 08/24/22 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/24/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 08/25/22 | Federal Express Corporation | 1.00 | 23.68 |
| 08/25/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/26/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/29/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/29/22 | Federal Express Corporation | 1.00 | 14.97 |
| 08/29/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 08/29/22 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 08/30/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/30/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/30/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/30/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/30/22 | Docket Retrieval / Search | 16.00 | 1.60 |
| 08/30/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/30/22 | Docket Retrieval / Search | 122.00 | 12.20 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 21.00 | 2.10 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | November 22, 2022 |
| | | Invoice Number: | 50037786 |
| | | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/30/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/30/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/30/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/30/22 | Docket Retrieval / Search | 71.00 | 7.10 |
| 08/30/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/30/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/30/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 08/30/22 | Docket Retrieval / Search | 27.00 | 2.70 |
| 08/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/30/22 | Docket Retrieval / Search | 17.00 | 1.70 |
| 08/30/22 | Docket Retrieval / Search | 21.00 | 2.10 |
| 08/30/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 08/31/22 | Docket Retrieval / Search | 29.00 | 2.90 |
| 08/31/22 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 08/31/22 | Docket Retrieval / Search | 17.00 | 1.70 |
| 08/31/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/22 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 08/31/22 | Photocopy Charges Duplication | 151.00 | 15.10 |
| 08/31/22 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 08/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/31/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 08/31/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/31/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/31/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/31/22 | Docket Retrieval / Search | 5.00 | 0.50 |

Roger Frankel, as Future Claimants' Representative

| | | | |
|---|---|---|---|
| Invoice Date: | | | November 22, 2022 |
| Invoice Number: | | | 50037786 |
| Matter Number: | | | 102641.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/31/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 08/31/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/31/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/31/22 | Photocopy Charges Duplication | 95.00 | 9.50 |
| 08/31/22 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 08/31/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/31/22 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 08/31/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/31/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 08/31/22 | Docket Retrieval / Search | 22.00 | 2.20 |
| 09/01/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 09/01/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 09/01/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/01/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 09/01/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 09/01/22 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 09/01/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/02/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/02/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/06/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/06/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/06/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 09/06/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/07/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/07/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 09/07/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/07/22 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 09/07/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/07/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/07/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/07/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/08/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/08/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/08/22 | Computerized Legal Research | 13.00 | 25.74 |
| 09/08/22 | Photocopy Charges Duplication | 59.00 | 5.90 |
| 09/08/22 | Federal Express Corporation | 1.00 | 15.19 |
| 09/08/22 | Photocopy Charges Duplication | 108.00 | 10.80 |
| 09/08/22 | Photocopy Charges Duplication | 6.00 | 0.60 |

Roger Frankel, as Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | November 22, 2022 |
| Invoice Number: | | 50037786 |
| Matter Number: | | 102641.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/08/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 09/08/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 09/08/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/22 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 09/08/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/08/22 | Docket Retrieval / Search | 132.00 | 13.20 |
| 09/08/22 | Docket Retrieval / Search | 149.00 | 14.90 |
| 09/08/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/08/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 09/09/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/09/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/09/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 09/12/22 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 09/12/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Federal Express Corporation | 1.00 | 15.06 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 4.00 | 0.40 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | November 22, 2022 |
| | | Invoice Number: | 50037786 |
| | | Matter Number: | 102641.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/12/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/12/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/13/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/13/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/13/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/13/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/13/22 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 09/13/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 09/13/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/13/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/13/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/13/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/13/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/14/22 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 09/14/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/14/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/14/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 09/14/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/14/22 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 09/14/22 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 09/14/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/14/22 | Photocopy Charges Duplication | 9.00 | 0.90 |

Roger Frankel, as Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | November 22, 2022 |
| Invoice Number: | 50037786 |
| Matter Number: | 102641.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 09/14/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/14/22 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 09/14/22 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 09/14/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/14/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 09/14/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 09/14/22 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 09/14/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/15/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/15/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 09/15/22 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 09/15/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/15/22 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 09/15/22 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 09/15/22 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 09/15/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/15/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/22 | Docket Retrieval / Search | 38.00 | 3.80 |
| 09/15/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/15/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/15/22 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 09/15/22 | Docket Retrieval / Search | 42.00 | 4.20 |
| 09/15/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/15/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/15/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/15/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/16/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/16/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/18/22 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 09/18/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/18/22 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 09/18/22 | Computerized Legal Research | 4.00 | 7.92 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | November 22, 2022 |
|---|---|---|---|
| | | Invoice Number: | 50037786 |
| | | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/19/22 | Photocopy Charges Duplication | 2,416.00 | 241.60 |
| 09/19/22 | Photocopy Charges Duplication | 7,737.00 | 773.70 |
| 09/19/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/19/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 09/19/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/19/22 | Docket Retrieval / Search | 20.00 | 2.00 |
| 09/19/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 09/19/22 | Photocopy Charges Duplication | 5,620.00 | 562.00 |
| 09/19/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/19/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/19/22 | Photocopy Charges Duplication | 7,047.00 | 704.70 |
| 09/19/22 | Docket Retrieval / Search | 14.00 | 1.40 |
| 09/19/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/19/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 09/19/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/19/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/20/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/20/22 | Photocopy Charges Duplication | 281.00 | 28.10 |
| 09/20/22 | Postage | 10.00 | 157.50 |
| 09/20/22 | Postage | 1.00 | 12.65 |
| 09/20/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/20/22 | Postage | 16.00 | 188.00 |
| 09/20/22 | Photocopy Charges Duplication | 261.00 | 26.10 |
| 09/20/22 | Photocopy Charges Duplication | 267.00 | 26.70 |
| 09/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/21/22 | Docket Retrieval / Search | 10.00 | 1.00 |
| 09/21/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/21/22 | Docket Retrieval / Search | 18.00 | 1.80 |
| 09/21/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/22/22 | Computerized Legal Research | 7.00 | 13.86 |
| 09/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/22/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 09/22/22 | Photocopy Charges Duplication | 6.00 | 0.60 |

Roger Frankel, as Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | November 22, 2022 |
| Invoice Number: | 50037786 |
| Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/23/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/23/22 | Computerized Legal Research | 20.00 | 39.60 |
| 09/23/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/26/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/26/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/26/22 | Color Photocopy Charges Duplication | 669.00 | 535.20 |
| 09/26/22 | Photocopy Charges Duplication | 1,566.00 | 156.60 |
| 09/26/22 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 09/26/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/26/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/26/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/26/22 | Photocopy Charges Duplication | 35.00 | 3.50 |
| 09/26/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/26/22 | Photocopy Charges Duplication | 55.00 | 5.50 |
| 09/27/22 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 09/27/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 09/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/27/22 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 09/27/22 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 09/27/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/27/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 09/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/27/22 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 09/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/27/22 | Photocopy Charges Duplication | 262.00 | 26.20 |
| 09/27/22 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 09/27/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 09/27/22 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 09/27/22 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 09/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/27/22 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 09/27/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 09/27/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 09/27/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 09/27/22 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 09/27/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/27/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 09/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/28/22 | Federal Express Corporation | 1.00 | 24.42 |

Roger Frankel, as Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | November 22, 2022 |
| Invoice Number: | | 50037786 |
| Matter Number: | | 102641.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/28/22 | Postage | 8.00 | 215.60 |
| 09/28/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/28/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 09/28/22 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 09/28/22 | Photocopy Charges Duplication | 3,606.00 | 360.60 |
| 09/28/22 | Color Photocopy Charges Duplication | 669.00 | 535.20 |
| 09/28/22 | Photocopy Charges Duplication | 144.00 | 14.40 |
| 09/28/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/28/22 | Photocopy Charges Duplication | 3,684.00 | 368.40 |
| 09/29/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/29/22 | Photocopy Charges Duplication | 94.00 | 9.40 |
| 09/29/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/29/22 | Postage | 1.00 | 1.44 |
| 09/29/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 09/29/22 | Computerized Legal Research | 24.00 | 47.52 |
| 09/29/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 09/29/22 | Postage | 27.00 | 32.40 |
| 09/30/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 09/30/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 09/30/22 | Computerized Legal Research | 27.00 | 53.46 |
| 10/03/22 | Photocopy Charges Duplication | 78.00 | 7.80 |
| 10/03/22 | Postage | 1.00 | 1.68 |
| 10/03/22 | Postage | 26.00 | 31.20 |
| 10/03/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 10/04/22 | Color Photocopy Charges Duplication | 102.00 | 81.60 |
| 10/04/22 | Lunch on 9/27/22 for R. Frankel, J. Patton, R. Brady, E. Harron, J. Chapman ,and A. Oleksij re: hearing preparation meeting | 1.00 | 173.32 |
| 10/04/22 | Photocopy Charges Duplication | 394.00 | 39.40 |
| 10/05/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 10/06/22 | Computerized Legal Research | 2.00 | 3.60 |
| 10/06/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 10/07/22 | Postage | 26.00 | 31.20 |
| 10/07/22 | Photocopy Charges Duplication | 132.00 | 13.20 |
| 10/07/22 | Postage | 1.00 | 1.68 |
| 10/13/22 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 10/17/22 | Photocopy Charges Duplication | 1,921.00 | 192.10 |
| 10/17/22 | Hotel/Lodging (1 night Park Hyatt New York) for E. Harron re: 9/28/22 hearing | 1.00 | 1,326.06 |
| 10/17/22 | Photocopy Charges Duplication | 79.00 | 7.90 |

Roger Frankel, as Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | November 22, 2022 |
| Invoice Number: | 50037786 |
| Matter Number: | 102641.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 10/17/22 | Photocopy Charges Duplication | 79.00 | 7.90 |
| 10/17/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 10/18/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 10/18/22 | Photocopy Charges Duplication | 250.00 | 25.00 |
| 10/20/22 | Photocopy Charges Duplication | 79.00 | 7.90 |
| 10/20/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 10/20/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 10/20/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 10/20/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 10/21/22 | Train fare (round trip) for J. Patton from Wilmington, DE to New York, NY re: 9/28/22 hearing | 1.00 | 604.00 |
| 10/21/22 | Parking at Wilmington train station for J. Patton re: 9/28/22 hearing in New York, NY | 1.00 | 24.00 |
| 10/21/22 | Hotel/Lodging (1 night, Baccarat Hotel in NYC) for J. Patton re: 9/28/22 hearing | 1.00 | 1,994.40 |
| 10/21/22 | Lunch on 9/28/22 for J. Patton, E. Harron, R. Brady, and R. Frankel re: 9/28/22 hearing | 1.00 | 96.17 |
| 10/21/22 | Federal Express Corporation - Endo International PLC Malvern, PA | 1.00 | 14.85 |
| 10/21/22 | Federal Express Corporation - Office of the U.S. Trustee, New York, NY | 1.00 | 14.85 |
| 10/24/22 | Computerized Legal Research | 3.00 | 5.40 |
| 10/24/22 | eScribers, LLC - Transcript of 9/28/22 hearing | 1.00 | 310.80 |
| 10/25/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 10/25/22 | Computerized Legal Research | 7.00 | 12.60 |
| 10/25/22 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 10/26/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 10/26/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 10/26/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 10/26/22 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 10/27/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 10/27/22 | Postage | 26.00 | 31.20 |
| 10/27/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 10/27/22 | Computerized Legal Research | 30.00 | 54.00 |
| 10/27/22 | Photocopy Charges Duplication | 49.00 | 4.90 |
| 10/27/22 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 10/28/22 | Computerized Legal Research | 29.00 | 52.20 |

|  | **Total** | **$11,031.43** |
|---|---|---|

Roger Frankel, as Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | November 22, 2022 |
| Invoice Number: | 50037786 |
| Matter Number: | 102641.1001 |

**Cost Summary**

| Description | Amount |
|---|---|
| Air/Rail Travel | 604.00 |
| Computerized Legal Research | 315.90 |
| Deposition/Transcript | 310.80 |
| Docket Retrieval / Search | 256.80 |
| Federal Express | 123.02 |
| Hotel/Lodging | 3,320.46 |
| Parking | 24.00 |
| Postage | 704.55 |
| Reproduction Charges | 5,097.70 |
| Teleconference / Video Conference | 4.71 |
| Working Meals | 269.49 |
| **Total** | **$11,031.43** |