| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>(212) 332-8840 / Fax: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc, *et al.*,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 22-22549 (JLG)**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, the *First Monthly Statement of Young Conaway Stargatt & Taylor, LLP of Services Rendered and Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period August 16, 2022 Through October 31, 2022* was caused to be served as indicated upon the parties identified on the attached service list.

Dated: November 29, 2022
       New York, New York

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Sean T. Greecher
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email: sgreecher@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

01:29827678.5

**Endo International plc**
**Fee Application Service List**

Endo International plc
Attn: Matthew Maletta and Brian Morrissey
1400 Atwater Drive
Malvern, PA 19355
(Federal Express)

Evan A. Hill
Bram A. Strochlic
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
evan.hill@skadden.com
bram.strochlic@skadden.com
(Electronic Mail)

Cameron M. Fee
Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
Wilmington, DE 19801
cameron.fee@skadden.com
(Electronic Mail)

Albert Togut
Kyle J. Ortiz
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, MY 10119
altogut@teamtogut.com
kortiz@teamtogut.com
(Electronic Mail)

Paul Schwartzberg
Susan Arbeit
Andy Velez-Rivera
Tara Tiantian
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
(Federal Express)

Scott J. Greenberg
Michael J. Cohen
Joshua K. Brody
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
mcohen@gibsondunn.com
jbrody@gibsondunn.com
(Electronic Mail)

Andrew N. Rosenberg
Alice Belisle Eaton
Andrew M. Parlen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
arosenberg@paulweiss.com
aeaton@paulweiss.com
aparlen@paulweiss.com
(Electronic Mail)

Kenneth H. Eckstein
Amy Caton
Rachael L. Ringer
Megan Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
acaton@kramerlevin.com
rringer@kramerlevin.com
mwasson@kramerlevin.com
(Electronic Mail)

Cullen D. Speckhart
Summer M. McKee
Evan M. Lazerowitz
Cooley LLP
55 Hudson Yards
New York, NY 10001
cspeckhart@cooley.com
smckee@cooley.com
elazerowitz@cooley.com
(Electronic Mail)