Andrew K. Glenn
Kurt A. Mayr
Shai Schmidt
Agustina G. Berro
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to Ad Hoc Group of Unsecured Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENDO INTERNATIONAL plc, *et al.*, | ) Case No. 22-22549 (JLG) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Glenn Agre Bergman & Fuentes LLP hereby appears in

the above-captioned cases as counsel to an ad hoc group of holders of the Debtors' unsecured notes

(the "Ad Hoc Group of Unsecured Noteholders"), and pursuant to Section 1109(b) of title 11 of

the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to

be given and all papers served in these cases be delivered to and be served at the following address

and further requests to be added to the master service list:

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

Andrew K. Glenn
Kurt A. Mayr
Shai Schmidt
Agustina G. Berro
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
        kmayr@glennagre.com
        sschmidt@glennagre.com
        aberro@glennagre.com
        nrahman@glennagre.com

**PLEASE TAKE NOTICE THAT** the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the above referenced attorneys be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Documents shall not be deemed to be a waiver of the rights of the Ad Hoc Group of

2

Unsecured Noteholders: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Group of Unsecured Noteholders is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Ad Hoc Group of Unsecured Noteholders expressly reserves; or (v) to any and all defenses or objections the Ad Hoc Group of Unsecured Noteholders may have to any claims asserted against it in these cases including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court.

Dated: December 5, 2022
      New York, New York

                                        */s/  Andrew K. Glenn*
                                        Andrew K. Glenn
                                        Kurt A. Mayr
                                        Shai Schmidt
                                          Agustina G. Berro
                                        Naznen Rahman
                                        **GLENN AGRE BERGMAN & FUENTES LLP**
                                        1185 Avenue of the Americas
                                        22nd Floor
                                        New York, New York 10036
                                        Telephone: (212) 970-1600
                                        Email: aglenn@glennagre.com
                                                kmayr@glennagre.com
                                              sschmidt@glennagre.com
                                              aberro@glennagre.com
                                              nrahman@glennagre.com

                                        *Counsel to the Ad Hoc Group of Unsecured Noteholders*