**Objection Deadline: January 5, 2023 at 4:00 p.m. (Eastern Time)**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc,** *et al.***,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

**THIRD MONTHLY STATEMENT OF ROGER FRANKEL
AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS
OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

29971485.1

| | |
|---|---|
| Name of Applicant: | Roger Frankel |
| Authorized to Provide Professional Services as: | Future Claimants' Representative |
| Date of Retention | August 16, 2022 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2022 to November 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $80,620.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $70.00 |

29971485.1

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals Professionals* [Docket No. 326] (the "Interim Compensation Order"), Roger Frankel as the legal representative for future claimants (the "FCR" or "Future Claimants' Representative") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submits this Third Monthly Statement of Services Rendered and Expenses Incurred for the Period November 1, 2022 Through November 30, 2022 (the "Statement").

**Itemization of Services Rendered and Expenses Incurred**

1. Attached hereto as Exhibit A is a summary of the services rendered by the FCR during the period from November 1, 2022 to November 30, 2022 (the "Statement Period"), by project category.

2. Attached hereto as Exhibit B is a summary of the FCR's hourly billing rate and aggregate hours worked and fees incurred during the Statement Period.

3. Attached hereto as Exhibit C are the itemized records of the time spent by the FCR during the Statement Period. The services rendered by the FCR during the Statement Period are grouped into the project categories set forth therein.

4. Attached hereto as Exhibit D is a summary and itemization of the expenses incurred by the FCR during the Statement Period.

**Total Fees and Expenses Sought for the Statement Period**

5. The total amounts sought for fees for services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Total Fees | $80,620.00 |
|---|---|
| Total Expenses | $70.00 |
| **TOTAL** | **$80,690.00** |

29971485.1

6. Pursuant to the Interim Compensation Order, the FCR seeks payment of $64,566.00 for the Statement Period, representing (a) 80% of the FCR's total fees for services rendered and (b) 100% of the total expenses incurred.

## Notice and Objection Procedures

7. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"): (i) the Debtors; (ii) counsel to the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel to the Ad Hoc First Lien Group; (v) counsel to the Ad Hoc Cross-Holder Group; (vi) counsel to the Official Committee of Unsecured Creditors; (vii) counsel to the Official Committee of Opioid Claimants; and (viii) the Fee Examiner.

8. Pursuant to the Interim Compensation Order, objections to the Statement, if any, must be served upon the Notice Parties and the undersigned counsel to the FCR no later than **January 5, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

9. If no objections to the Statement are received by the Objection Deadline, the Debtors shall pay to the FCR 80% of the fees and 100% of the expenses identified in the Statement.

10. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

29971485.1

| | |
|---|---|
| Dated: December 21, 2022<br>New York, New York | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       eharron@ycst.com<br>       sgreecher@ycst.com<br><br>- and -<br><br>FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127<br>Email: rwyron@frankelwyron.com<br><br>*Counsel to the Future Claimants' Representative* |

29971485.1