## Exhibit A

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims Administration | 1.50 | $1,740.00 |
| Diligence | 34.80 | $40,368.00 |
| Employment/Fee Apps | 0.20 | $232.00 |
| Litigation/Hearings | 27.10 | $31,436.00 |
| Meetings | 5.90 | $6,844.00 |
| **TOTALS:** | **69.50** | **$80,620.00** |

29971485.1