**Exhibit B**

**Compensation by Individual**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Roger Frankel | $1,160 | 69.50 | $80,620.00 |
| | **TOTALS:** | **69.50** | **$80,620.00** |

29971485.1