# Exhibit C

# Time Records for the Statement Period

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**December 5, 2022**                                **Federal ID# 46-4457881**

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Claims Admin

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/30/2022 | RF | Review charts, article re drug overdose analysis from NERA (1.50). | 1.50 | 1,740.00 |
|  |  | TOTAL AMOUNT DUE |  | 1,740.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**December 5, 2022**

Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/2/2022 | RF | Teams meeting with L. Downing, J. Patton, R. Wyron, YCST re Irish tax spinoff (.50); telcon with R. Wyron re Ducera, related Debtor financial issues (.30); review series of emails with Ducera, other FAs re spinoff, bid procedures (.30). | 1.10 | 1,276.00 |
| 11/3/2022 | RF | Review, consider Deck from Skadden re Irish spinoff transaction (.90); emails with counsel re QSF documents (.20). | 1.10 | 1,276.00 |
| 11/4/2022 | RF | Review memo from J. Chapman re 11/3 meeting with Skadden (.30); Zoom meeting with Marsh, L. Downing, R. Wyron, J. Patton re insurance coverage issues (.60); telcon with R. Wyron re insurance issues (.30). | 1.20 | 1,392.00 |
| 11/6/2022 | RF | Review various MSAs, Trust & QSF Agreements re mesh settlements (2.30); review miscellaneous docs from VDR (.80). | 3.10 | 3,596.00 |
| 11/8/2022 | RF | Review revised, proposed Bidding Procedures from Skadden (1.50); review mesh proofs of claim (.40); video meeting with E. Greene, K. Ortiz, N. Hagen, R. Wyron, YCST re mesh settlement history (1.30). | 3.20 | 3,712.00 |
| 11/9/2022 | RF | Review 11th Circuit opinion re Zantac class action (.80); review PI draft insert for appointment of Monitor and emails with counsel re same (.60); review Forecast Compare May LTP to July LBE (.40); review, study org charts recently posted in VDR (.50). | 2.30 | 2,668.00 |
| 11/11/2022 | RF | Review draft Bid Procedures in preparation for call with Cooley (.60); Zoom meeting with C. Speckhart, Cooley, J. Patton, R. Wyron re case issues, bid procedures (.50); telcon with R. Wyron re presentation on future claims (.30). | 1.40 | 1,624.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022

Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/13/2022 | RF | Review Fairness Opinion from PJT re Bio Specifics transaction (.40); review proposed Budget prep by Company (.40); review Deck comparing third quarter results to budget (.50). | 1.30 | 1,508.00 |
| 11/15/2022 | RF | Review NERA workplan from counsel (.30); Zoom meeting with R. Wyron, Ducera, J. Patton, R. Brady, J. Chapman re bid procedures, related case issues (.60). | 0.90 | 1,044.00 |
| 11/17/2022 | RF | Review Kroll presentation re notice, bar date program (.90); review markup of Bid Procedures from R. Brady (1.0); review draft Order approving Bid Procedures (.50); review email memos from J. Chapman re diligence Zooms with Skadden (.40); review various items in VDR (.30); review ENDO Deck re Irish spinoff (.80); review revised Bid Procedures from Skadden (1.10); prepare email memo to counsel, Ducera re bid procedures (.30). | 5.30 | 6,148.00 |
| 11/18/2022 | RF | Review Ducera Deck re valuation, related issues (1.40); Zoom meeting with Ducera, YCST re bid procedures, call with Gibson (.30); Zoom meeting with Gibson re bid procedures (.30); telcon with R. Wyron re meeting with Gibson (.30); review materials re Irish spin (.40); Teams meeting re Irish spin with Skadden, J. Patton, Ducera (.40). | 3.10 | 3,596.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022

Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/21/2022 | RF | Review matrices of payments from A&M (.40); review draft Bar Date Notice, Opioid and Non-Opioid Proofs of Claim forms (.60); review various docs in VDR, including waterfall analyses (1.70); review Critical Dates calendar from YCST (.30); review memo from Skadden re Cash Management changes (.30); review email memo from A. Tang re calls with IBs re sale process (.30); Teams meeting with Skadden, UCC, OCC, YCST re DOJ investigation (.60). | 4.20 | 4,872.00 |
| 11/22/2022 | RF | Review marked versions of draft Bid Procedures and Order Approving Bid Procedures from YCST (.90); review, edit agenda for weekly FCR meeting (.40); review DOJ and Latham correspondence re DOJ investigation (.80); prepare email to K. Eckstein re common issues meeting (.30). | 2.40 | 2,784.00 |
| 11/28/2022 | RF | Review various reports, QSF documents from VDR (1.20); prepare notes for weekly FCR Team meeting (.70). | 1.90 | 2,204.00 |
| 11/29/2022 | RF | Review India presentation and variance reports in VDR (1.40); Zoom meeting with K. Eckstein, J. Patton, R. Wyron re case issues (.70); telcon with J. Patton re zoom with K. Eckstein (.20). | 2.30 | 2,668.00 |
| | | TOTAL AMOUNT DUE | | 40,368.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                                          Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian          Re:  Employment/Fee Apps
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/21/2022 | RF | Telcon with R. Wyron re Gilbert retention (.20). | 0.20 | 232.00 |
| | | TOTAL AMOUNT DUE | | 232.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                                          Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re:  Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/2/2022 | RF | Review revised Protective Order as submitted to Judge Garrity (.50). | 0.50 | 580.00 |
| 11/3/2022 | RF | Read Judge Garrity opinion re redacting personal identifying information (1.30). | 1.30 | 1,508.00 |
| 11/4/2022 | RF | Review UST Obj to Akin Gump retention application (.50); review UST Supp Obj to Wage Motion (.10); review Cross-over Group ROR re Akin retention (.20). | 0.80 | 928.00 |
| 11/7/2022 | RF | Review Critical Dates memo from YCST (.30). | 0.30 | 348.00 |
| 11/8/2022 | RF | Review Statements of NAS Group, Opioid PI Group ISO Akin retention (.40). | 0.40 | 464.00 |
| 11/9/2022 | RF | Review Akin Reply and C. Speckhart ISO Akin Retention by OCC (.90); review ENDO Reply to UST Obj. to Wage Motion (.70); review Agenda for 11/10 hearing (.30); review marked PI proposed Order from YCST (.50); review email memo from R. Brady re limited Obj to PI Order and emails with counsel re same (.40). | 2.80 | 3,248.00 |
| 11/10/2022 | RF | Review, prepare email memo to S. Greecher re Limited Obj to PI Order (.60); review revised Limited Obj from S. Greecher (.30); review E Binder in preparation for hearing (.60); attend Zoom hearing on PI Injunction, Wage motion (3.0). | 4.50 | 5,220.00 |
| 11/11/2022 | RF | Review draft motion and order from UST appointing a fee examiner (.50). | 0.50 | 580.00 |
| 11/12/2022 | RF | Zoom meeting with R. Brady, R. Wyron, J. Patton re changes to PI order (.50). | 0.50 | 580.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**December 5, 2022**              Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian
Morrissey, Esq.

Re: Litigation/Hearings

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/14/2022 | RF | Review revised PI Order from Skadden (.50); attend hearing by Court Solutions re PI Ruling (1.0). | 1.50 | 1,740.00 |
| 11/15/2022 | RF | Review Critical Dates Calendar from YCST (.20); review proposed Order re PI and Voluntary Injunction (.70); review memorandum Opinion from J. Garrity re Wage Motion (.90). | 1.80 | 2,088.00 |
| 11/16/2022 | RF | Review Revised Bid Procedures from Skadden (1.0). | 1.00 | 1,160.00 |
| 11/17/2022 | RF | Review Stipulation for 2004 Exams between Debtors and UCC (.30). | 0.30 | 348.00 |
| 11/18/2022 | RF | Review draft Bar Date Motion from Skadden and email counsel re same (1.10). | 1.10 | 1,276.00 |
| 11/23/2022 | RF | Review Motion to Approve Bid Procedures and Bid Procedures and prepare notes re same (3.20). | 3.20 | 3,712.00 |
| 11/25/2022 | RF | Review exhibits to Motion re Bid Procedures, including Description of Reconstruction Steps, Purchase and Sale Agreement (2.50); review Barberio, Elaguizy and Maher Declarations (1.0). | 3.50 | 4,060.00 |
| 11/28/2022 | RF | Review Motion for Bar Date and Finegan Declaration ISO Bar Date Motion (1.50); telcon with R. Wyron re strategy (.30). | 1.80 | 2,088.00 |
| 11/29/2022 | RF | Review, prepare notes re YCST Memo outlining objections to Bid Procedures (1.30). | 1.30 | 1,508.00 |
| | | TOTAL AMOUNT DUE | | 31,436.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

December 5, 2022                           Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian                Re: Meetings
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/1/2022 | RF | Review workplan, diligence issues in preparation for weekly meeting (.50); Zoom meeting with Ducera, R. Wyron, J. Patton, R. Brady, J. Chapman, S. Greecher re diligence issues, protective order, other case issues (.50). | 1.00 | 1,160.00 |
| 11/3/2022 | RF | Review workplan, prepare notes for weekly Skadden meeting (.40); Teams meeting with Skadden, J. Patton, R. Wyron, J. Chapman re pending case issues, diligence (.40). | 0.80 | 928.00 |
| 11/8/2022 | RF | Review workplan, emails in preparation for weekly meeting (.50); Zoom meeting with Ducera, R. Wyron, J. Patton, R. Brady, E. Harron re bid procedures, diligence, related case issues (1.10). | 1.60 | 1,856.00 |
| 11/15/2022 | RF | Confer with J. Patton, R. Wyron, E. Harron, R. Brady re bid procedures, case strategy (.60). | 0.60 | 696.00 |
| 11/17/2022 | RF | Teams meeting with L. Downing, J. Patton, R. Wyron, R. Brady re pending case issues, bid procedures (.40). | 0.40 | 464.00 |
| 11/22/2022 | RF | Zoom meeting with Ducera, R. Wyron, J. Patton, J. Chapman, R. Brady, S. Greecher re diligence, sale process, bar date, other case issues (.80). | 0.80 | 928.00 |
| 11/29/2022 | RF | Zoom meeting with Ducera, R. Wyron, J. Patton, J. Chapman re pending case issues, sale process (.70). | 0.70 | 812.00 |
| | | TOTAL AMOUNT DUE | | 6,844.00 |