## Exhibit D

### Expense Records for the Statement Period

| Expense Category | Total Expenses |
|---|---|
| Court Solutions | $70.00 |
| TOTAL: | **$70.00** |

# Frankel Wyron LLP

### 2101 L Street, N.W., Suite 300
### Washington, DC 20037

**Statement**

**December 5, 2022**                    Federal ID# 46-4457881

Endo International plc, et al.
1400 Atwater Drive,
Malvern, PA 19355
Attn: Matthew Maletta, Esq. and Brian                    Re: Expenses
Morrissey, Esq.

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
| 11/14/2022 | RF | Ct Hearing | | 70.00 |
| | | TOTAL AMOUNT DUE | | 70.00 |