| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>(212) 332-8840 / Fax: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc, *et al.*,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, the *Third Monthly Statement of Roger Frankel as the Legal Representative for Future Claimants of Services Rendered and Expenses Incurred for the Period November 1, 2022 Through November 30, 2022* was caused to be served as indicated upon the parties identified on the attached service list.

Dated: December 21, 2022
       New York, New York

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Sean T. Greecher
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email: sgreecher@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

01:29827678.6

# Endo International plc
## Fee Application Service List

| | |
|---|---|
| Endo International plc<br>Attn: Matthew Maletta and Brian Morrissey<br>1400 Atwater Drive<br>Malvern, PA 19355<br>(Federal Express) | Evan A. Hill<br>Bram A. Strochlic<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>evan.hill@skadden.com<br>bram.strochlic@skadden.com<br>(Electronic Mail) |
| Cameron M. Fee<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>920 North King Street<br>Wilmington, DE 19801<br>cameron.fee@skadden.com<br>(Electronic Mail) | Albert Togut<br>Kyle J. Ortiz<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, MY 10119<br>altogut@teamtogut.com<br>kortiz@teamtogut.com<br>(Electronic Mail) |
| Paul Schwartzberg<br>Susan Arbeit<br>Andy Velez-Rivera<br>Tara Tiantian<br>Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>(Federal Express) | Scott J. Greenberg<br>Michael J. Cohen<br>Joshua K. Brody<br>Gibson, Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>jbrody@gibsondunn.com<br>(Electronic Mail) |
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Andrew M. Parlen<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>aparlen@paulweiss.com<br>(Electronic Mail) | Kenneth H. Eckstein<br>Amy Caton<br>Rachael L. Ringer<br>Megan Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br>acaton@kramerlevin.com<br>rringer@kramerlevin.com<br>mwasson@kramerlevin.com<br>(Electronic Mail) |
| Cullen D. Speckhart<br>Summer M. McKee<br>Evan M. Lazerowitz<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>cspeckhart@cooley.com<br>smckee@cooley.com<br>elazerowitz@cooley.com<br>(Electronic Mail) | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 North King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>(Electronic Mail) |