## Exhibit A

### Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.80 | $5,974.00 |
| Claims Administration | 3.00 | $3,090.00 |
| Diligence | 23.20 | $23,896.00 |
| Employment/Fee Apps | 5.10 | $5,253.00 |
| Litigation/Hearings | 10.70 | $11,021.00 |
| TOTALS: | **47.80** | **$49,234.00** |

29971769.1