## Exhibit B

## Compensation by Individual

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Richard H. Wyron | $1,030 | 47.80 | $49,234.00 |
| | **TOTALS:** | **47.80** | **$49,234.00** |

29971769.1