# Exhibit C

# Time Records for the Statement Period

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                                    Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                         Re:  Case Admin
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/1/2022 | RHW | Call with R. Frankel, YCST team and Ducera team re case status, pending diligence requests and next steps (.5). | 0.50 | 515.00 |
| 11/3/2022 | RHW | Call with R. Frankel, YCST team and Skadden team re pending issues (.4). | 0.40 | 412.00 |
| 11/8/2022 | RHW | Call with R. Frankel, YCST team and Ducera team re status of diligence, open issues and strategy (1.1). | 1.10 | 1,133.00 |
| 11/15/2022 | RHW | Weekly call with R. Frankel, YCST team and Ducera team (.6); confer with J. Patton and R. Frankel re strategy (.4); confer with R. Frankel, J. Patton, E. Harron, B. Brady and R. Frankel re strategy (.6). | 1.60 | 1,648.00 |
| 11/17/2022 | RHW | Weekly call with R. Frankel, YCST team and Skadden team (.4). | 0.40 | 412.00 |
| 11/22/2022 | RHW | Call with R. Frankel, YCST team and Ducera team re pending issues and strategy (.8); review and respond to emails with R. Frankel, J. Patton and R. Brady re call with UCC counsel and topics for discussion (.3). | 1.10 | 1,133.00 |
| 11/29/2022 | RHW | Weekly call with R. Frankel, J. Patton, S. Greecher, J. Chapman and Ducera team re pending issues and strategy (.7). | 0.70 | 721.00 |
| | | TOTAL AMOUNT DUE | | 5,974.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300**
**Washington, DC 20037**

Statement

**December 5, 2022**                                **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Claims Admin

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/14/2022 | RHW | Status call with S. Plancich re NERA timeline, data on opioid deaths and non-adult victims, and status of due diligence efforts (.4); review due diligence tracker for status of NERA-requested data (.3). | 0.70 | 721.00 |
| 11/18/2022 | RHW | Review draft bar date motion and order (1.1); review bar date orders in other mass tort matters and prepare notes for follow up (.4). | 1.50 | 1,545.00 |
| 11/30/2022 | RHW | Review data from NERA and published article re OUD diagnoses and death rates and trends (.8). | 0.80 | 824.00 |
| | | TOTAL AMOUNT DUE | | 3,090.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

**Statement**

**December 5, 2022**

Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re:  Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/1/2022 | RHW | Review diligence materials re insurance in preparation for call with Marsh (1.1). | 1.10 | 1,133.00 |
| 11/2/2022 | RHW | Call with R. Frankel, YCST team and Skadden team re Irish tax considerations, proposed transaction and bidding procedures (.5); review slide deck from Skadden re same (.6); call with R. Frankel re Ducera work plan (.3); call with A. Tang re next steps for Ducera analysis and diligence issues (.4); review and respond to emails with A. Tang and R. Frankel re same (.3).; review notes on mesh and ranitidine claims for insurance call (.7). | 2.80 | 2,884.00 |
| 11/3/2022 | RHW | Weekly call with NERA team, J. Patton, S. Greecher and J. Chapman re status of diligence requests and timeline (.5); review and respond to emails with J. Chapman re diligence follow up and data placed in VDR (.3). | 0.80 | 824.00 |
| 11/4/2022 | RHW | Call with R. Frankel, J. Patton, Skadden team and Marsh re insurance issues (.6); review and organize notes for discussion with insurance counsel (.4); call with R. Frankel re insurance issues (.3). | 1.30 | 1,339.00 |
| 11/8/2022 | RHW | Review various settlement agreements for mesh claims (2.3); call with R. Frankel, YCST team, K. Ortiz, E. Green and Marsh re mesh settlements and QSF issues (1.3); organize notes re issues (.3); review diligence materials on ranitidine claims (.9). | 4.80 | 4,944.00 |
| 11/10/2022 | RHW | Call with NERA team and YCST team re diligence on personal injury claims streams and next steps (.5). | 0.50 | 515.00 |
| 11/11/2022 | RHW | Call with R. Frankel, J. Patton and OCC counsel re bidding procedures and proposed opioid trust issues (.5). | 0.50 | 515.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022

Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300
Washington, DC 20037

Re: Diligence

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/12/2022 | RHW | Review status tracker on NERA diligence requests (.2); review and organize notes on claims data for mesh claims (.6). | 0.80 | 824.00 |
| 11/17/2022 | RHW | Weekly call with R. Brady, J. Chapman, J. Patton and NERA team re work plan (.5); review draft Ducera business plan analysis and prepare notes for discussion (1.4); calls with J. Patton and Ducera team re bidding procedures, business plan analysis and next steps (1.3); review markup of bid procedures motion and order (1.4). | 4.60 | 4,738.00 |
| 11/18/2022 | RHW | Review revisions to proposed bid procedure order (.7); call with R. Frankel, YCST team and Ducera team re bid procedures issues and strategy for follow up (.3); call with R. Frankel, YCST team and Gibson Dunn team re bid procedures (.3); call with J. Patton re strategy (.2); call with R. Frankel, YCST team and Skadden team re Irish spin-off transaction and implications for creditors (.4); call with R. Frankel re strategy (.3). | 2.20 | 2,266.00 |
| 11/21/2022 | RHW | Call with Skadden and other Endo counsel re DOJ claims (.6); review diligence materials re DOJ issues (.4); review and respond to email from A. Tang re deal points and open issues on opioid trust (.3); review YCST critical dates calendar (.4). | 1.70 | 1,751.00 |
| 11/22/2022 | RHW | Review bar date motion, claims forms and proposed order (1.3). | 1.30 | 1,339.00 |
| 11/23/2022 | RHW | Review data from S. Plancich on public estimates of opioid incidence for minors and 10 year projected death rates (.8). | 0.80 | 824.00 |
| | | TOTAL AMOUNT DUE | | 23,896.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                              Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                   Re:  Employment/Fee Apps
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/2/2022 | RHW | Review Frankel Wyron LLP and FCR draft September fee applications (.3). | 0.30 | 309.00 |
| 11/13/2022 | RHW | Review FCR October draft fee application (.2). | 0.20 | 206.00 |
| 11/14/2022 | RHW | Review Frankel Wyron LLP draft October fee monthly fee application and provide comments (.3). | 0.30 | 309.00 |
| 11/20/2022 | RHW | Review draft application to employ Gilbert LLP as special insurance counsel (.9); review and respond to email with K. Quinn re retention letter and next steps (.2). | 1.10 | 1,133.00 |
| 11/21/2022 | RHW | Call with R. Frankel re Gilbert retention (.2); draft emails to YCST team re Gilbert retention and compensation issues (.2). | 0.40 | 412.00 |
| 11/23/2022 | RHW | Draft additions to Gilbert LLP retention application (.3); review and respond to emails with R. Frankel, J. Patton and K. Quinn re same (.2). | 0.50 | 515.00 |
| 11/28/2022 | RHW | Call with D. Eggert re NERA application and resolving US Trustee questions (.2); emails with FCR team re same and timing for next hearing (.2); review comments on Gilbert LLP draft retention application and emails re same (.4). | 0.80 | 824.00 |
| 11/29/2022 | RHW | Revise insert for Gilbert LLP retention application (.4); emails with R. Frankel, K. Quinn and A. Jacobs re same (.4). | 0.80 | 824.00 |
| 11/30/2022 | RHW | Review revised draft Gilbert LLP retention application (.4); emails with K. Quinn, A. Jacobs, K. Eckstein and M. Wasson re same (.3). | 0.70 | 721.00 |

# Frankel Wyron LLP

**2101 L Street, N.W., Suite 300
Washington, DC 20037**

**Statement**

**December 5, 2022**  **Federal ID# 46-4457881**

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300  Re:  Employment/Fee Apps
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|------|--------|----------|-------|--------|
|      |        | TOTAL AMOUNT DUE |       | 5,253.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                                    Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                         Re: Litigation/Hearings
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 11/9/2022 | RHW | Review hearing agenda (.2); review emails re proposed PI order and comments (.5); review emails from R. Brady re objections to PI order and discussions with opposing counsel (.4). | 1.10 | 1,133.00 |
| 11/10/2022 | RHW | Attend Zoom hearing re FCR objection to proposed PI order (.5); review and respond to emails with R. Brady re issues and potential resolution (.3). | 0.80 | 824.00 |
| 11/11/2022 | RHW | Review J. Chapman email and research re latency issues and future claims in response to arguments from the EC and others (.5); outline key points re scope of future claims and issues to address (.8); call with R. Frankel re litigation strategy and follow up (.3). | 1.60 | 1,648.00 |
| 11/12/2022 | RHW | Call with R. Frankel and YCST team re potential resolution of FCR objection to PI motion (.5). | 0.50 | 515.00 |
| 11/14/2022 | RHW | Review proposed revisions to preliminary injunction order and emails re same (.4); attend telephonic hearing re Court's ruling (1.0). | 1.40 | 1,442.00 |
| 11/28/2022 | RHW | Review notes on bar date pleadings (.3); call with R. Frankel re strategy (.3). | 0.60 | 618.00 |
| 11/29/2022 | RHW | Review proposed bid procedures and sale motion (3.1); review draft outline of response (.9); call with R. Frankel, J. Patton, K. Eckstein and M. Wasson re bid procedures and sale motion and responses thereto, insurance assets, and case issues (.7). | 4.70 | 4,841.00 |

# Frankel Wyron LLP

2101 L Street, N.W., Suite 300
Washington, DC 20037

Statement

December 5, 2022                                    Federal ID# 46-4457881

Roger Frankel, FCR
for Endo International plc et al.
c/o Frankel Wyron LLP
2101 L Street NW, Suite 300                         Re:  Litigation/Hearings
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | TOTAL AMOUNT DUE | | 11,021.00 |