| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>(212) 332-8840 / Fax: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc, *et al.*,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, the *Third Monthly Statement of Frankel Wyron LLP of Services Rendered and Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period November 1, 2022 Through November 30, 2022* was caused to be served as indicated upon the parties identified on the attached service list.

Dated: December 21, 2022
      New York, New York

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Sean T. Greecher
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email: sgreecher@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

01:29827678.7

**Endo International plc**
**Fee Application Service List**

| | |
|---|---|
| Endo International plc<br>Attn: Matthew Maletta and Brian Morrissey<br>1400 Atwater Drive<br>Malvern, PA 19355<br>(Federal Express) | Evan A. Hill<br>Bram A. Strochlic<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>evan.hill@skadden.com<br>bram.strochlic@skadden.com<br>(Electronic Mail) |
| Cameron M. Fee<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>920 North King Street<br>Wilmington, DE 19801<br>cameron.fee@skadden.com<br>(Electronic Mail) | Albert Togut<br>Kyle J. Ortiz<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, MY 10119<br>altogut@teamtogut.com<br>kortiz@teamtogut.com<br>(Electronic Mail) |
| Paul Schwartzberg<br>Susan Arbeit<br>Andy Velez-Rivera<br>Tara Tiantian<br>Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>(Federal Express) | Scott J. Greenberg<br>Michael J. Cohen<br>Joshua K. Brody<br>Gibson, Dunn & Crutcher<br>200 Park Avenue<br>New York, NY 10166<br>sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>jbrody@gibsondunn.com<br>(Electronic Mail) |
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Andrew M. Parlen<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>aparlen@paulweiss.com<br>(Electronic Mail) | Kenneth H. Eckstein<br>Amy Caton<br>Rachael L. Ringer<br>Megan Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br>acaton@kramerlevin.com<br>rringer@kramerlevin.com<br>mwasson@kramerlevin.com<br>(Electronic Mail) |
| Cullen D. Speckhart<br>Summer M. McKee<br>Evan M. Lazerowitz<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001<br>cspeckhart@cooley.com<br>smckee@cooley.com<br>elazerowitz@cooley.com<br>(Electronic Mail) | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 North King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com<br>(Electronic Mail) |