**Objection Deadline: January 12, 2023 at 4:00 p.m. (Eastern Time)**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855 | FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127 |

*Counsel to the Future Claimants' Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-22549 (JLG)<br><br>(Jointly Administered) |

**SECOND MONTHLY STATEMENT OF YOUNG CONAWAY**
**STARGATT & TAYLOR, LLP OF SERVICES RENDERED**
**AND EXPENSES INCURRED AS COUNSEL TO THE**
**LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR**
**THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

29865796.1

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | Counsel to the Future Claimants' Representative |
| Date of Retention | August 16, 2022 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2022 to November 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $467,444.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,653.19 |

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals Professionals* [Docket No. 326] (the "Interim Compensation Order"), Young Conaway Stargatt & Taylor, LLP ("YCST") as counsel to Roger Frankel, the legal representative for future claimants (the "FCR" or "Future Claimants' Representative") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this Second Monthly Statement of Services Rendered and Expenses Incurred for the Period November 1, 2022 Through November 30, 2022 (the "Statement").

**Itemization of Services Rendered and Expenses Incurred**

1. Attached hereto as Exhibit A is a summary of the services rendered by YCST during the period from November 1, 2022 to November 30, 2022 (the "Statement Period"), by project category.

2. Attached hereto as Exhibit B is a listing of YCST attorneys and paraprofessionals who rendered services to the FCR during the Statement Period and their title, hourly billing rate, aggregate hours worked, and fees incurred. The blended hourly billing rate of all attorneys during the Statement Period is $836.60. The blended hourly billing rate of all attorneys and paraprofessionals during the Statement Period is $818.07.

3. Attached hereto as Exhibit C is an itemized record of the time spent by YCST during the Statement Period. The services rendered by YCST during the Statement Period are grouped into the project categories set forth therein.

4. Attached hereto as Exhibit D is a summary of the expenses incurred by YCST during the Statement Period.

5. Attached hereto as Exhibit E is a detailed itemization of expenses.

29865796.1

**Total Fees and Expenses Sought for the Statement Period**

6. The total amounts sought for fees for services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| Total Fees | $467,444.50 |
|---|---|
| Total Expenses | $4,653.19 |
| **TOTAL** | **$472,097.69** |

7. Pursuant to the Interim Compensation Order, YCST seeks payment of $378,608.79 for the Statement Period, representing (a) 80% of YCST's total fees for services rendered and (b) 100% of the total expenses incurred.

**Notice and Objection Procedures**

8. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"): (i) the Debtors; (ii) counsel to the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York; (iv) counsel to the Ad Hoc First Lien Group; (v) counsel to the Ad Hoc Cross-Holder Group; (vi) counsel to the Official Committee of Unsecured Creditors; (vii) counsel to the Official Committee of Opioid Claimants; and (viii) the Fee Examiner.

9. Pursuant to the Interim Compensation Order, objections to the Statement, if any, must be served upon the Notice Parties and the undersigned counsel to the FCR no later than **January 12, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

10. If no objections to the Statement are received by the Objection Deadline, the Debtors shall pay to YCST 80% of the fees and 100% of the expenses identified in the Statement.

29865796.1

11. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

| | |
|---|---|
| Dated: December 28, 2022<br>New York, New York | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>James L. Patton, Jr.<br>Robert S. Brady<br>Edwin J. Harron<br>Sean T. Greecher<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone: (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email: jpatton@ycst.com<br>        rbrady@ycst.com<br>        eharron@ycst.com<br>        sgreecher@ycst.com<br><br>- and -<br><br>FRANKEL WYRON LLP<br>Richard H. Wyron<br>2101 L Street, NW, Suite 300<br>Washington, DC 20037<br>Telephone: (202) 367-9127<br>Email: rwyron@frankelwyron.com<br><br>*Counsel to the Future Claimants' Representative* |