# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 16.80 | $9,013.00 |
| Court Hearings (B002) | 18.60 | $19,522.50 |
| Cash Collateral / DIP Financing (B003) | 0.20 | $156.00 |
| Use, Sale, or Lease of Property (363 Issues) (B006) | 267.20 | $230,323.00 |
| Claims Analysis, Objections, and Resolutions (B007) | 153.50 | $114,284.50 |
| Meetings (B008) | 31.20 | $33,032.00 |
| Stay Relief Matters (B009) | 1.60 | $721.50 |
| Other Adversary Proceedings (B011) | 30.20 | $31,983.50 |
| Employee Matters (B015) | 1.50 | $562.50 |
| Retention of Professionals / Fee Issues (B017) | 46.60 | $25,893.50 |
| Fee Application Preparation (B018) | 4.00 | $1,952.50 |
| **TOTALS:** | **571.40** | **$467,444.50** |

29865796.1