# EXHIBIT B

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | $1,590 | 50.30 | $79,977.00 |
| Melanie K. Sharp | Partner since 1991. Joined firm as an associate in 1987. Member of DE Bar since 1986. | $1,215 | 2.10 | $2,551.50 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. | $1,160 | 54.20 | $62,872.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1996. | $1,160 | 17.40 | $20,184.00 |
| Edwin J. Harron | Partner since 2003. Joined firm as an associate in 1996. Member of DE Bar since 1995. | $1,105 | 8.10 | $8,950.50 |
| Edmon L. Morton | Partner since 2008. Joined firm as an associate in 1999. Member of DE Bar since 1999. | $995 | 42.10 | $41,889.50 |
| Sean T. Greecher | Partner since 2014. Joined firm as an associate in 2003. Member of DE Bar since 2004. | $825 | 49.90 | $41,167.50 |
| Jaime L. Chapman | Partner since 2019. Joined firm as an associate in 2008. Member of DE Bar since 2006. | $780 | 126.30 | $98,514.00 |
| Ashley E. Jacobs | Partner since 2022. Joined firm as an associate in 2011. Member of DE Bar since 2011. | $720 | 63.80 | $45,936.00 |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of DE Bar since 2013. | $650 | 1.40 | $910.00 |
| Jared W. Kochenash | Joined firm as an associate in 2018. Member of DE Bar since 2018. | $500 | 41.50 | $20,750.00 |
| Heather P. Smillie | Joined firm as associate in 2020. Member of DE Bar since 2022. | $450 | 22.50 | $10,125.00 |
| Joshua Brooks | Joined firm as an associate in 2020. Member of DE Bar since 2022. | $450 | 0.30 | $135.00 |

29865796.1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kristin L. McElroy | Joined firm as an associate in 2022. Member of DE Bar since 2022. | $400 | 8.20 | $3,280.00 |
| Cheyenne A. Goodman | Joined firm as associate in 2022. | $375 | 62.60 | $23,475.00 |
| Casey Walls | Paralegal | $325 | 20.70 | $6,727.50 |
| | | **TOTALS:** | **571.40** | **$467,444.50** |

29865796.1