## EXHIBIT D

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Car / Bus / Subway Travel | $258.39 |
| Computerized Legal Research | $768.60 |
| Deposition / Transcript | $736.80 |
| Docket Retrieval / Search | $196.40 |
| Federal Express | $108.46 |
| Filing Fee | $490.00 |
| Hotel / Lodging | $985.55 |
| Postage | $62.40 |
| Reproduction Charges | $918.60 |
| Travel Meals | $127.99 |
| **TOTAL:** | **$4,653.19** |

29865796.1