# EXHIBIT E

# EXPENSE DETAIL

Roger Frankel, as Future Claimants' Representative

Invoice Date: December 27, 2022
Invoice Number: 50038517
Matter Number: 102641.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/27/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/27/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/27/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/27/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/27/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 10/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/01/22 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 11/01/22 | Color Photocopy Charges Duplication Color | 24.00 | 19.20 |
| 11/02/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/02/22 | Federal Express Corporation - Paul Schwartzberg, Office of the U.S. Trustee, New York, NY | 1.00 | 14.72 |
| 11/02/22 | Federal Express Corporation - M. Maletta, Endo International PLC, Malvern, PA | 1.00 | 14.72 |
| 11/02/22 | Postage | 26.00 | 31.20 |
| 11/02/22 | Photocopy Charges Duplication | 59.00 | 5.90 |
| 11/02/22 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 11/03/22 | Color Photocopy Charges Duplication Color | 8.00 | 6.40 |
| 11/03/22 | Court Solutions fee for E. Harron re: 10/13/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 11/03/22 | Court Solutions fee for J. Chapman re: 10/14/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/03/22 | Court Solutions fee for A. Jacobs re: 10/13/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Court Solutions fee for S. Greecher re: 10/13/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Court Solutions fee for R. Brady re: 10/13/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Court Solutions fee for J. Patton re: 10/13/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Court Solutions fee for S. Greecher re: 10/14/22 hearing | 1.00 | 70.00 |
| 11/03/22 | Docket Retrieval / Search76963.1001 | 30.00 | 3.00 |
| 11/03/22 | Color Photocopy Charges Duplication Color | 8.00 | 6.40 |
| 11/03/22 | Docket Retrieval / Search76963.1001 | 24.00 | 2.40 |
| 11/04/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 11/07/22 | Computerized Legal Research | 15.00 | 31.50 |
| 11/07/22 | Docket Retrieval / Search | 30.00 | 3.00 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | December 27, 2022 |
|---|---|---|---|
| | | Invoice Number: | 50038517 |
| | | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/07/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/07/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/07/22 | Computerized Legal Research | 83.00 | 174.30 |
| 11/07/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/08/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/08/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/08/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/08/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 11/08/22 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 11/08/22 | Hotel/Lodging (1 night, Park Hyatt New York) for R. Brady re: 9/28/22 hearing | 1.00 | 657.03 |
| 11/08/22 | Cab Fare in New York, NY for R. Brady re: 9/28/22 hearing | 1.00 | 28.34 |
| 11/08/22 | Robert S. Brady - Travel Meals Lunch (Il Tinello, New York, NY) for R. Brady and R. Harron re: 9/28/22 hearing WRITE DOWN TO $70? | 1.00 | 127.99 |
| 11/08/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/08/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/08/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/08/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/08/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 11/08/22 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 11/08/22 | Computerized Legal Research | 115.00 | 241.50 |
| 11/08/22 | Photocopy Charges Duplication | 49.00 | 4.90 |
| 11/08/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/08/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/08/22 | Photocopy Charges Duplication | 5,081.00 | 508.10 |
| 11/09/22 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/09/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/09/22 | Hotel/Lodging (1 night, Park Hyatt New York) for E. Harron re: 9/28/22 hearing (divided among multiple clients) | 1.00 | 328.52 |
| 11/09/22 | Car service (round trip) from Wilmington, DE to New York, NY for Harron and Brady re: 9/28/22 hearing (divided among multiple clients) | 1.00 | 230.05 |
| 11/09/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/09/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/09/22 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 11/09/22 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 11/09/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/10/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/10/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/10/22 | Docket Retrieval / Search | 30.00 | 3.00 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | December 27, 2022 |
|---|---|---|---|
| | | Invoice Number: | 50038517 |
| | | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/10/22 | Postage | 26.00 | 31.20 |
| 11/10/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/10/22 | Photocopy Charges Duplication | 104.00 | 10.40 |
| 11/10/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 11/10/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/10/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/11/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/22 | eScribers, LLC - Transcript of 10/14/22 hearing | 1.00 | 52.80 |
| 11/11/22 | eScribers, LLC - Transcript of 10/19/22 hearing | 1.00 | 52.80 |
| 11/11/22 | eScribers, LLC - Transcript of 8/18/22 hearing | 1.00 | 278.40 |
| 11/11/22 | eScribers, LLC - Transcript of 10/13/22 hearing | 1.00 | 70.80 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/11/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/11/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/11/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/11/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/11/22 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 11/11/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/11/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/14/22 | Photocopy Charges Duplication | 55.00 | 5.50 |
| 11/14/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 11/14/22 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 11/14/22 | Photocopy Charges Duplication | 55.00 | 5.50 |
| 11/14/22 | Photocopy Charges Duplication | 138.00 | 13.80 |
| 11/14/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/14/22 | Federal Express Corporation - Paul Schwartzberg, Office of the U.S. Trustee, New York, NY | 1.00 | 15.19 |
| 11/14/22 | Federal Express Corporation - M. Maletta and B. Morrisey, Endo International PLC, Malvern, PA | 1.00 | 15.19 |
| 11/14/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/14/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/15/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/15/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/15/22 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 11/16/22 | Photocopy Charges Duplication | 15.00 | 1.50 |

Roger Frankel, as Future Claimants' Representative

Invoice Date: December 27, 2022
Invoice Number: 50038517
Matter Number: 102641.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/16/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/16/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/17/22 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 11/17/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/18/22 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 11/18/22 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 11/18/22 | Photocopy Charges Duplication | 71.00 | 7.10 |
| 11/18/22 | Computerized Legal Research | 82.00 | 172.20 |
| 11/18/22 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/18/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 11/18/22 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 11/18/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/18/22 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/18/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/21/22 | Docket Retrieval / Search | 99.00 | 9.90 |
| 11/21/22 | Docket Retrieval / Search | 17.00 | 1.70 |
| 11/21/22 | Computerized Legal Research | 8.00 | 16.80 |
| 11/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/21/22 | Computerized Legal Research | 27.00 | 56.70 |
| 11/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/21/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/22/22 | Docket Retrieval / Search | 0.00 | 0.00 |
| 11/22/22 | Docket Retrieval / Search | 22.00 | 2.20 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/22/22 | Docket Retrieval / Search | 15.00 | 1.50 |
| 11/22/22 | Computerized Legal Research | 26.00 | 54.60 |
| 11/22/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/22/22 | Docket Retrieval / Search | 27.00 | 2.70 |

Roger Frankel, as Future Claimants' Representative

| | | Invoice Date: | December 27, 2022 |
|---|---|---|---|
| | | Invoice Number: | 50038517 |
| | | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/22/22 | Docket Retrieval / Search | 0.00 | 0.00 |
| 11/22/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 11/22/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/22 | Docket Retrieval / Search | 165.00 | 16.50 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/22/22 | Computerized Legal Research | 4.00 | 8.40 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 11/22/22 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 11/22/22 | Docket Retrieval / Search | 19.00 | 1.90 |
| 11/22/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 18.00 | 1.80 |
| 11/22/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 20.00 | 2.00 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Docket Retrieval / Search | 19.00 | 1.90 |
| 11/22/22 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/22/22 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 11.00 | 1.10 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 12.00 | 1.20 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 11/22/22 | Docket Retrieval / Search | 23.00 | 2.30 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |

Roger Frankel, as Future Claimants' Representative

| | Invoice Date: | December 27, 2022 |
|---|---|---|
| | Invoice Number: | 50038517 |
| | Matter Number: | 102641.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/22/22 | Docket Retrieval / Search | 17.00 | 1.70 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/22/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 11/22/22 | Docket Retrieval / Search | 29.00 | 2.90 |
| 11/22/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/22 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/22/22 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 11/22/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/22/22 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/22/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/22/22 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/22/22 | Docket Retrieval / Search | 47.00 | 4.70 |
| 11/22/22 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/22/22 | Docket Retrieval / Search | 25.00 | 2.50 |
| 11/22/22 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/22/22 | Docket Retrieval / Search | 53.00 | 5.30 |
| 11/22/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/23/22 | Computerized Legal Research | 6.00 | 12.60 |
| 11/23/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/23/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/23/22 | Color Photocopy Charges Duplication Color | 18.00 | 14.40 |
| 11/23/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/23/22 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/23/22 | Photocopy Charges Duplication | 293.00 | 29.30 |
| 11/23/22 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/23/22 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/23/22 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 11/23/22 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 11/23/22 | Photocopy Charges Duplication | 327.00 | 32.70 |
| 11/23/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/23/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/23/22 | Photocopy Charges Duplication | 342.00 | 34.20 |
| 11/23/22 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 11/23/22 | Docket Retrieval / Search | 8.00 | 0.80 |

Roger Frankel, as Future Claimants' Representative

Invoice Date: December 27, 2022
Invoice Number: 50038517
Matter Number: 102641.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/23/22 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/23/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/23/22 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/23/22 | Photocopy Charges Duplication | 65.00 | 6.50 |
| 11/28/22 | eScribers, LLC - Transcript of 11/14/22 hearing | 1.00 | 64.80 |
| 11/28/22 | eScribers, LLC - Transcript of 11/10/22 hearing | 1.00 | 217.20 |
| 11/28/22 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 11/28/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/28/22 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 11/29/22 | Federal Express Corporation - Paul Schwartzberg, Office of the U.S. Trustee, New York, NY | 1.00 | 34.07 |
| 11/29/22 | Federal Express Corporation - M. Maletta and B. Morrisey, Endo International PLC, Malvern, PA | 1.00 | 14.57 |
| 11/29/22 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 11/29/22 | Photocopy Charges Duplication | 71.00 | 7.10 |
| 11/29/22 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 11/29/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/30/22 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 11/30/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/30/22 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/30/22 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 11/30/22 | Photocopy Charges Duplication | 174.00 | 17.40 |
| | **Total** | | **$4,653.19** |

Roger Frankel, as Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | December 27, 2022 |
| Invoice Number: | 50038517 |
| Matter Number: | 102641.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Car/Bus/Subway Travel | 258.39 |
| Computerized Legal Research | 768.60 |
| Deposition/Transcript | 736.80 |
| Docket Retrieval / Search | 196.40 |
| Federal Express | 108.46 |
| Filing Fee | 490.00 |
| Hotel/Lodging | 985.55 |
| Postage | 62.40 |
| Reproduction Charges | 918.60 |
| Travel Meals | 127.99 |
| **Total** | **$4,653.19** |