**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **ENDO INTERNATIONAL plc, et al.,** | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**STATEMENT OF FEES AND REIMBURSEMENT OF**
**OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE**
**PERIOD OF NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of November 1, 2022 through November 30, 2022 (the "Third Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On August 16, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

2.   On September 2, 2022, the Debtors filed the *Application of the Debtors for an Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective* Nunc Pro Tunc *to the Petition Date; and (II) Granting Related Relief* [Docket No. 170] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated September 21, 2021. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On October 3, 2022, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 326] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On October 20, 2022, this Court entered the *Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker Effective* Nunc Pro Tunc *to the Petition Date, and (II) Granting Related Relief* [Docket No. 503] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement as modified by the Retention Order.

## II. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

5.   For the Third Compensation Period, PJT (a) earned monthly fees in the aggregate amount of $250,000.00 and incurred out-of-pocket expenses in the amount of $317.98, and (b) in accordance with the Procedures Order, seeks payment in the amount of $200,317.98 (representing 80% of the total amount of PJT's earned monthly fees, and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Third Compensation Period). Although every effort has been made to include all expenses incurred during the Third

Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such expenses incurred during the Third Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Third Compensation Period is attached hereto as <u>Appendix A</u>.  A summary of the compensation earned and out-of-pocket expenses incurred during the Third Compensation Period is outlined below:

| Third Compensation Period | Monthly Fee | Holdbacks @ 20% | Monthly Fee, Less Holdback | Out-Of-Pocket Expenses | Amount Due |
|---|---|---|---|---|---|
| November 1 – 30, 2022 | $250,000.00 | ($50,000.00) | $200,000.00 | $317.98 | **$200,317.98** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 486.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Third Compensation Period are provided in <u>Appendix B</u>.

8. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | November 2022 |
|---|---|
| Mark Buschmann | 46.5 |
| Tom Davidson | 16.5 |
| Tarek Aguizy | 17.0 |
| Scott Mates | 40.5 |
| Kevin Healey | 14.0 |
| Emanuele Pascale | 12.5 |
| Rory Green | 13.5 |
| Matthew O'Connell | 73.0 |
| Ethan Ross | 97.5 |
| Lou Colagreco | 18.0 |
| Marc Nagib | 17.5 |
| Angela Weng | 76.5 |
| Catherine Ruan | 15.5 |
| Charlie Ankeny | 27.5 |
| **Total Hours** | **486.0** |

## III. Requested Relief

9. Pursuant to the Retention Order and the Procedures Order, with respect to: (a) PJT's monthly fees in the amount of $250,000.00, and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $317.98, in each case earned or incurred during the Third Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---|
| Monthly Fee | $250,000.00 |
| Less: 20% Holdback | (50,000.00) |
| Out-Of-Pocket Expenses | 317.98 |
| **Total Amount Due** | **$200,317.98** |

Dated: December 30, 2022

PJT PARTNERS LP

By: /s/ *Mark Buschmann*
      Mark Buschmann
      Partner
      280 Park Avenue
      New York, NY 10017
      (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

December 29, 2022

Mark Bradley
EVP & Chief Financial Officer
Endo International plc
1400 Atwater Drive
Malvern, PA 19355

| | | |
|---|---|---|
| Monthly Fee for the period of November 1, 2022 through November 30, 2022: | $ | 250,000.00 |
| Less: Holdback @ 20% | | (50,000.00) |

Out-of-pocket expenses through the period of December 6, 2022:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 135.78 | |
| Meals | | 182.20 | 317.98 |
| **Total Amount** | | **$** | **200,317.98** |

**Invoice No. 10022981**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**Endo International plc**
**Summary of Expenses**

|  | GL Detail Dec-22 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 135.78 | $ 135.78 |
| Employee Meals | 182.20 | 182.20 |
| **Total** | **$ 317.98** | **$ 317.98** |
|  |  |  |
| **Ground Transportation** |  | **$ 135.78** |
| **Meals** |  | **182.20** |
|  |  |  |
| **Total Expenses** |  | **$ 317.98** |

**Endo International plc**
**Detail of Expenses Processed**
**Through December 6, 2022**
**Invoice No. 10022981**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Ankeny (weeknight taxi home from office) | 11/02/22 | 38.68 | |
| Ankeny (weeknight taxi home from office) | 11/08/22 | 59.15 | |
| Ankeny (weeknight taxi home from office) | 11/10/22 | 37.95 | |
| **Subtotal - Ground Transportation** | | $ | **135.78** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Ankeny (weeknight working dinner meal) | 11/04/22 | 20.00 | |
| Ankeny (weekend working dinner meal) | 11/05/22 | 20.00 | |
| Ankeny (weekend working lunch meal) | 11/06/22 | 19.62 | |
| Ankeny (weekend working dinner meal) | 11/06/22 | 20.00 | |
| Ankeny (weekend working lunch meal) | 11/12/22 | 12.52 | |
| Ankeny (weekend working lunch meal) | 11/13/22 | 19.62 | |
| Ankeny (weekend working lunch meal) | 11/19/22 | 16.84 | |
| Ankeny (weekend working lunch meal) | 11/27/22 | 13.60 | |
| Ankeny (weekend working dinner meal) | 11/27/22 | 20.00 | |
| Ankeny (weeknight working dinner meal) | 11/30/22 | 20.00 | |
| **Subtotal - Employee Meals** | | | **182.20** |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | **317.98** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Mark Buschmann | Partner | 46.5 |
| Tom Davidson | Partner | 16.5 |
| Tarek Aguizy | Partner | 17.0 |
| Scott Mates | Managing Director | 40.5 |
| Kevin Healey | Managing Director | 14.0 |
| Emanuele Pascale | Director | 12.5 |
| Rory Green | Director | 13.5 |
| Matthew O'Connell | Vice President | 73.0 |
| Ethan Ross | Associate | 97.5 |
| Lou Colagreco | Associate | 18.0 |
| Marc Nagib | Associate | 17.5 |
| Angela Weng | Analyst | 76.5 |
| Catherine Ruan | Analyst | 15.5 |
| Charlie Ankeny | Analyst | 27.5 |
| | **Total** | **486.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Mark Buschmann | 11/01/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/01/22 | 1.0 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/01/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/01/22 | 1.0 | Call / meeting with Company |
| Mark Buschmann | 11/02/22 | 1.0 | Call / meeting with Board |
| Mark Buschmann | 11/02/22 | 1.0 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/02/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/03/22 | 1.0 | Preparation and review of materials |
| Mark Buschmann | 11/03/22 | 0.5 | PJT internal call / meeting |
| Mark Buschmann | 11/04/22 | 1.0 | Call / meeting with Company |
| Mark Buschmann | 11/07/22 | 0.5 | PJT internal call / meeting |
| Mark Buschmann | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/07/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/08/22 | 1.5 | Call / meeting with Company |
| Mark Buschmann | 11/08/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/09/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/09/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/10/22 | 2.0 | Attending / preparing with counsel for court hearings |
| Mark Buschmann | 11/10/22 | 0.5 | Call / meeting with Company |
| Mark Buschmann | 11/11/22 | 1.0 | Call / meeting with Board |
| Mark Buschmann | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/11/22 | 0.5 | Call / meeting with Company |
| Mark Buschmann | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/13/22 | 1.0 | Email correspondence on various matters |
| Mark Buschmann | 11/14/22 | 0.5 | Attending / preparing with counsel for court hearings |
| Mark Buschmann | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/15/22 | 1.0 | Call / meeting with Company |
| Mark Buschmann | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/15/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/15/22 | 0.5 | Preparation and review of materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Mark Buschmann | 11/16/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/16/22 | 0.5 | PJT internal call / meeting |
| Mark Buschmann | 11/17/22 | 1.5 | Call / meeting with Board |
| Mark Buschmann | 11/18/22 | 1.5 | Preparation and review of materials |
| Mark Buschmann | 11/20/22 | 1.5 | Call / meeting with Company |
| Mark Buschmann | 11/21/22 | 1.0 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/22/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/22/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/22/22 | 1.0 | Preparation and review of materials |
| Mark Buschmann | 11/23/22 | 0.5 | PJT internal call / meeting |
| Mark Buschmann | 11/23/22 | 0.5 | Preparation and review of materials |
| Mark Buschmann | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/28/22 | 1.0 | Preparation and review of materials |
| Mark Buschmann | 11/28/22 | 0.5 | PJT internal call / meeting |
| Mark Buschmann | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/29/22 | 2.0 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/29/22 | 0.5 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/29/22 | 1.5 | Call / meeting with Company |
| Mark Buschmann | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Mark Buschmann | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/30/22 | 0.5 | Call / meeting with Company |
| Mark Buschmann | 11/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Mark Buschmann | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **46.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tom Davidson | 11/01/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tom Davidson | 11/07/22 | 0.5 | Call / meeting with Company |
| Tom Davidson | 11/07/22 | 0.5 | PJT internal call / meeting |
| Tom Davidson | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/08/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tom Davidson | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/11/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/11/22 | 0.5 | PJT internal call / meeting |
| Tom Davidson | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tom Davidson | 11/11/22 | 0.5 | PJT internal call / meeting |
| Tom Davidson | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/15/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/16/22 | 0.5 | PJT internal call / meeting |
| Tom Davidson | 11/16/22 | 0.5 | Call / meeting with Company |
| Tom Davidson | 11/17/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tom Davidson | 11/17/22 | 0.5 | Call / meeting with Company |
| Tom Davidson | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tom Davidson | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/22/22 | 0.5 | Call / meeting with Company |
| Tom Davidson | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/29/22 | 1.0 | Call / meeting with Company |
| Tom Davidson | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Tom Davidson | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tarek Aguizy | 11/01/22 | 0.5 | PJT internal call / meeting |
| Tarek Aguizy | 11/01/22 | 1.0 | Call / meeting with Company |
| Tarek Aguizy | 11/02/22 | 1.5 | Call / meeting with Company |
| Tarek Aguizy | 11/02/22 | 1.5 | Call / meeting with Debtors' advisors |
| Tarek Aguizy | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/07/22 | 0.5 | PJT internal call / meeting |
| Tarek Aguizy | 11/07/22 | 1.0 | Call / meeting with Company |
| Tarek Aguizy | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tarek Aguizy | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/11/22 | 1.0 | Call / meeting with Board |
| Tarek Aguizy | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/11/22 | 1.0 | Call / meeting with Company |
| Tarek Aguizy | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tarek Aguizy | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/15/22 | 0.5 | Call / meeting with Company |
| Tarek Aguizy | 11/15/22 | 0.5 | PJT internal call / meeting |
| Tarek Aguizy | 11/16/22 | 0.5 | PJT internal call / meeting |
| Tarek Aguizy | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tarek Aguizy | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/22/22 | 0.5 | Call / meeting with Company |
| Tarek Aguizy | 11/29/22 | 1.0 | Call / meeting with Company |
| Tarek Aguizy | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Tarek Aguizy | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Tarek Aguizy | 11/30/22 | 0.5 | PJT internal call / meeting |
| | | **17.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Scott Mates | 11/01/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/01/22 | 1.0 | Call / meeting with Company |
| Scott Mates | 11/02/22 | 1.0 | Call / meeting with Board |
| Scott Mates | 11/02/22 | 1.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/03/22 | 1.0 | Preparation and review of materials |
| Scott Mates | 11/04/22 | 1.0 | Call / meeting with Company |
| Scott Mates | 11/07/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/08/22 | 1.5 | Call / meeting with Company |
| Scott Mates | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/10/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/11/22 | 1.0 | Call / meeting with Board |
| Scott Mates | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/11/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/13/22 | 1.5 | Preparation and review of materials |
| Scott Mates | 11/14/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/14/22 | 1.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/15/22 | 1.0 | Call / meeting with Company |
| Scott Mates | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/17/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 11/17/22 | 1.5 | Call / meeting with Board |
| Scott Mates | 11/17/22 | 0.5 | Call / meeting with Board |
| Scott Mates | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/18/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 11/21/22 | 1.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/21/22 | 2.0 | Preparation and review of materials |
| Scott Mates | 11/22/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/23/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 11/25/22 | 1.0 | Preparation and review of materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Scott Mates | 11/28/22 | 2.0 | Preparation and review of materials |
| Scott Mates | 11/28/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 11/28/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/29/22 | 2.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/29/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/29/22 | 1.5 | Call / meeting with Company |
| Scott Mates | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/30/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 11/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Scott Mates | 11/30/22 | 1.0 | Preparation and review of materials |
| Scott Mates | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **40.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kevin Healey | 11/01/22 | 0.5 | PJT internal call / meeting |
| Kevin Healey | 11/01/22 | 1.0 | Call / meeting with Company |
| Kevin Healey | 11/02/22 | 1.5 | Call / meeting with Debtors' advisors |
| Kevin Healey | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/08/22 | 1.0 | Call / meeting with Company |
| Kevin Healey | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Kevin Healey | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/11/22 | 1.0 | Call / meeting with Board |
| Kevin Healey | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Kevin Healey | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/15/22 | 0.5 | Call / meeting with Company |
| Kevin Healey | 11/15/22 | 0.5 | PJT internal call / meeting |
| Kevin Healey | 11/16/22 | 0.5 | PJT internal call / meeting |
| Kevin Healey | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Kevin Healey | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/22/22 | 0.5 | Call / meeting with Company |
| Kevin Healey | 11/29/22 | 1.0 | Call / meeting with Company |
| Kevin Healey | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Kevin Healey | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Kevin Healey | 11/30/22 | 0.5 | PJT internal call / meeting |
| | | **14.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Emanuele Pascale | 11/01/22 | 1.0 | Call / meeting with Company |
| Emanuele Pascale | 11/01/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/07/22 | 0.5 | Call / meeting with Company |
| Emanuele Pascale | 11/07/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/08/22 | 1.0 | Call / meeting with Company |
| Emanuele Pascale | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/11/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/15/22 | 1.0 | Call / meeting with Company |
| Emanuele Pascale | 11/15/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Emanuele Pascale | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/29/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/29/22 | 1.0 | Call / meeting with Company |
| Emanuele Pascale | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Emanuele Pascale | 11/30/22 | 0.5 | PJT internal call / meeting |
| Emanuele Pascale | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **12.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rory Green | 11/01/22 | 1.0 | Call / meeting with Company |
| Rory Green | 11/01/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/07/22 | 0.5 | Call / meeting with Company |
| Rory Green | 11/07/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/08/22 | 1.0 | Call / meeting with Company |
| Rory Green | 11/08/22 | 0.5 | General diligence |
| Rory Green | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/11/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/15/22 | 1.0 | Call / meeting with Company |
| Rory Green | 11/15/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Rory Green | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/29/22 | 0.5 | General diligence |
| Rory Green | 11/29/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/29/22 | 1.0 | Call / meeting with Company |
| Rory Green | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Rory Green | 11/30/22 | 0.5 | PJT internal call / meeting |
| Rory Green | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **13.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Matthew O'Connell | 11/01/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/01/22 | 1.0 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/01/22 | 1.0 | Call / meeting with Company |
| Matthew O'Connell | 11/01/22 | 1.0 | Email correspondence on various matters |
| Matthew O'Connell | 11/01/22 | 1.0 | Preparation and review of materials |
| Matthew O'Connell | 11/02/22 | 1.0 | Call / meeting with Board |
| Matthew O'Connell | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/02/22 | 1.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/02/22 | 1.0 | Email correspondence on various matters |
| Matthew O'Connell | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/03/22 | 0.5 | PJT internal call / meeting |
| Matthew O'Connell | 11/03/22 | 1.0 | Email correspondence on various matters |
| Matthew O'Connell | 11/03/22 | 1.5 | Preparation and review of materials |
| Matthew O'Connell | 11/04/22 | 1.0 | Call / meeting with Company |
| Matthew O'Connell | 11/04/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/07/22 | 0.5 | PJT internal call / meeting |
| Matthew O'Connell | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/07/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/08/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/08/22 | 1.5 | Call / meeting with Company |
| Matthew O'Connell | 11/08/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/09/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/09/22 | 1.5 | Preparation and review of materials |
| Matthew O'Connell | 11/10/22 | 2.0 | Attending / preparing with counsel for court hearings |
| Matthew O'Connell | 11/10/22 | 0.5 | Call / meeting with Company |
| Matthew O'Connell | 11/10/22 | 1.0 | Email correspondence on various matters |
| Matthew O'Connell | 11/10/22 | 2.0 | Preparation and review of materials |
| Matthew O'Connell | 11/11/22 | 1.0 | Call / meeting with Board |
| Matthew O'Connell | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Matthew O'Connell | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/11/22 | 0.5 | Call / meeting with Company |
| Matthew O'Connell | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/11/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/11/22 | 1.5 | Preparation and review of materials |
| Matthew O'Connell | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/14/22 | 0.5 | Attending / preparing with counsel for court hearings |
| Matthew O'Connell | 11/14/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/15/22 | 1.0 | Call / meeting with Company |
| Matthew O'Connell | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/15/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/15/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/15/22 | 1.0 | Preparation and review of materials |
| Matthew O'Connell | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/16/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/16/22 | 0.5 | PJT internal call / meeting |
| Matthew O'Connell | 11/16/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/17/22 | 1.0 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/17/22 | 1.5 | Call / meeting with Board |
| Matthew O'Connell | 11/17/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/18/22 | 1.0 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/18/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/18/22 | 1.5 | Preparation and review of materials |
| Matthew O'Connell | 11/20/22 | 1.5 | Call / meeting with Company |
| Matthew O'Connell | 11/21/22 | 1.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/22/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/22/22 | 0.5 | Call / meeting with Company |
| Matthew O'Connell | 11/22/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/22/22 | 2.0 | Preparation and review of materials |
| Matthew O'Connell | 11/23/22 | 0.5 | PJT internal call / meeting |
| Matthew O'Connell | 11/23/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/27/22 | 2.5 | Preparation and review of materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Matthew O'Connell | 11/28/22 | 0.5 | PJT internal call / meeting |
| Matthew O'Connell | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/28/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/29/22 | 2.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/29/22 | 0.5 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/29/22 | 1.5 | Call / meeting with Company |
| Matthew O'Connell | 11/29/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/29/22 | 1.5 | Preparation and review of materials |
| Matthew O'Connell | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Matthew O'Connell | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/30/22 | 0.5 | Call / meeting with Company |
| Matthew O'Connell | 11/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Matthew O'Connell | 11/30/22 | 0.5 | Email correspondence on various matters |
| Matthew O'Connell | 11/30/22 | 1.0 | Preparation and review of materials |
| Matthew O'Connell | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| | | **73.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ethan Ross | 11/01/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/01/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/01/22 | 1.0 | Call / meeting with Company |
| Ethan Ross | 11/01/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/01/22 | 1.0 | Preparation and review of materials |
| Ethan Ross | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/02/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/02/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/03/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/03/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 11/03/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/04/22 | 1.0 | Call / meeting with Company |
| Ethan Ross | 11/04/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/04/22 | 1.0 | Preparation and review of materials |
| Ethan Ross | 11/07/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/07/22 | 0.5 | Preparation and review of materials |
| Ethan Ross | 11/07/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/08/22 | 1.5 | Call / meeting with Company |
| Ethan Ross | 11/08/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/08/22 | 1.5 | Preparation and review of materials |
| Ethan Ross | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/09/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/09/22 | 1.5 | Preparation and review of materials |
| Ethan Ross | 11/10/22 | 2.0 | Attending / preparing with counsel for court hearings |
| Ethan Ross | 11/10/22 | 0.5 | Call / meeting with Company |
| Ethan Ross | 11/10/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/10/22 | 2.5 | Preparation and review of materials |
| Ethan Ross | 11/10/22 | 1.0 | General diligence |
| Ethan Ross | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/11/22 | 0.5 | Call / meeting with Company |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ethan Ross | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/11/22 | 1.0 | Discussion with creditors and/or advisors |
| Ethan Ross | 11/11/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/11/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/13/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/13/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/14/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/14/22 | 1.5 | Preparation and review of materials |
| Ethan Ross | 11/15/22 | 1.0 | Call / meeting with Company |
| Ethan Ross | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/15/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/15/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/16/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/16/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/16/22 | 1.0 | Preparation and review of materials |
| Ethan Ross | 11/17/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/17/22 | 1.0 | Preparation and review of materials |
| Ethan Ross | 11/18/22 | 1.5 | Email correspondence on various matters |
| Ethan Ross | 11/18/22 | 4.0 | Preparation and review of materials |
| Ethan Ross | 11/19/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 11/20/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 11/21/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/21/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/21/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/22/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/22/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/22/22 | 3.0 | Preparation and review of materials |
| Ethan Ross | 11/23/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 11/23/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/23/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/25/22 | 1.5 | Email correspondence on various matters |
| Ethan Ross | 11/25/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/28/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/28/22 | 2.0 | Email correspondence on various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ethan Ross | 11/28/22 | 4.0 | Preparation and review of materials |
| Ethan Ross | 11/29/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/29/22 | 2.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/29/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/29/22 | 1.5 | Call / meeting with Company |
| Ethan Ross | 11/29/22 | 2.0 | Preparation and review of materials |
| Ethan Ross | 11/30/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/30/22 | 0.5 | Call / meeting with Company |
| Ethan Ross | 11/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 11/30/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 11/30/22 | 2.0 | Preparation and review of materials |
|  |  | **97.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lou Colagreco | 11/01/22 | 1.0 | Call / meeting with Company |
| Lou Colagreco | 11/01/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/07/22 | 0.5 | Call / meeting with Company |
| Lou Colagreco | 11/07/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/07/22 | 0.5 | General diligence |
| Lou Colagreco | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Lou Colagreco | 11/08/22 | 1.0 | Call / meeting with Company |
| Lou Colagreco | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/11/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/15/22 | 1.0 | Call / meeting with Company |
| Lou Colagreco | 11/15/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/17/22 | 0.5 | Preparation and review of materials |
| Lou Colagreco | 11/21/22 | 2.0 | Preparation and review of materials |
| Lou Colagreco | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Lou Colagreco | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/29/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/29/22 | 1.0 | Call / meeting with Company |
| Lou Colagreco | 11/29/22 | 0.5 | Preparation and review of materials |
| Lou Colagreco | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Lou Colagreco | 11/30/22 | 0.5 | PJT internal call / meeting |
| Lou Colagreco | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Lou Colagreco | 11/30/22 | 1.5 | Preparation and review of materials |
| | | **18.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marc Nagib | 11/01/22 | 1.0 | Call / meeting with Company |
| Marc Nagib | 11/01/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/07/22 | 0.5 | Call / meeting with Company |
| Marc Nagib | 11/07/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Marc Nagib | 11/08/22 | 1.0 | Call / meeting with Company |
| Marc Nagib | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/10/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/11/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/15/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/15/22 | 1.0 | Call / meeting with Company |
| Marc Nagib | 11/15/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/16/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/17/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/18/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/21/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Marc Nagib | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/29/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/29/22 | 1.0 | Call / meeting with Company |
| Marc Nagib | 11/29/22 | 0.5 | Preparation and review of materials |
| Marc Nagib | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Marc Nagib | 11/30/22 | 0.5 | PJT internal call / meeting |
| Marc Nagib | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Marc Nagib | 11/30/22 | 1.0 | Preparation and review of materials |
| | | **17.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Angela Weng | 11/01/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/01/22 | 1.0 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/01/22 | 3.0 | General diligence |
| Angela Weng | 11/01/22 | 1.5 | Preparation and review of materials |
| Angela Weng | 11/01/22 | 1.0 | Call / meeting with Company |
| Angela Weng | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/02/22 | 1.0 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/02/22 | 1.5 | Preparation and review of materials |
| Angela Weng | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/03/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/03/22 | 0.5 | PJT internal call / meeting |
| Angela Weng | 11/04/22 | 1.0 | Call / meeting with Company |
| Angela Weng | 11/04/22 | 1.5 | Preparation and review of materials |
| Angela Weng | 11/04/22 | 1.0 | Historical information review / research |
| Angela Weng | 11/07/22 | 1.0 | Historical information review / research |
| Angela Weng | 11/07/22 | 0.5 | PJT internal call / meeting |
| Angela Weng | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/08/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/08/22 | 2.0 | General diligence |
| Angela Weng | 11/08/22 | 1.5 | Call / meeting with Company |
| Angela Weng | 11/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/09/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/09/22 | 2.0 | Preparation and review of materials |
| Angela Weng | 11/09/22 | 1.0 | Preparation and review of materials |
| Angela Weng | 11/10/22 | 1.0 | Email correspondence on various matters |
| Angela Weng | 11/10/22 | 4.0 | Preparation and review of materials |
| Angela Weng | 11/10/22 | 2.0 | Attending / preparing with counsel for court hearings |
| Angela Weng | 11/10/22 | 0.5 | Call / meeting with Company |
| Angela Weng | 11/10/22 | 2.0 | Preparation and review of materials |
| Angela Weng | 11/10/22 | 1.0 | Preparation and review of materials |
| Angela Weng | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/11/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/11/22 | 0.5 | Call / meeting with Company |
| Angela Weng | 11/11/22 | 0.5 | Call / meeting with Debtors' advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Angela Weng | 11/11/22 | 1.0 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/12/22 | 1.0 | Preparation and review of materials |
| Angela Weng | 11/13/22 | 1.0 | Preparation and review of materials |
| Angela Weng | 11/14/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/14/22 | 0.5 | Attending / preparing with counsel for court hearings |
| Angela Weng | 11/15/22 | 1.0 | Email correspondence on various matters |
| Angela Weng | 11/15/22 | 1.0 | Call / meeting with Company |
| Angela Weng | 11/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/15/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/16/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/16/22 | 2.5 | Preparation and review of materials |
| Angela Weng | 11/16/22 | 0.5 | PJT internal call / meeting |
| Angela Weng | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/17/22 | 3.0 | Preparation and review of materials |
| Angela Weng | 11/18/22 | 3.5 | Preparation and review of materials |
| Angela Weng | 11/18/22 | 0.5 | Call / meeting with Debtors' advisors |
| Angela Weng | 11/18/22 | 3.0 | Preparation and review of materials |
| Angela Weng | 11/20/22 | 1.5 | Call / meeting with Company |
| Angela Weng | 11/21/22 | 1.0 | Preparation and review of materials |
| Angela Weng | 11/21/22 | 2.0 | Preparation and review of materials |
| Angela Weng | 11/21/22 | 1.0 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/21/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/22/22 | 0.5 | Discussion with creditors and/or their advisors |
| Angela Weng | 11/23/22 | 0.5 | PJT internal call / meeting |
| Angela Weng | 11/23/22 | 2.5 | Preparation and review of materials |
| Angela Weng | 11/24/22 | 3.0 | Preparation and review of materials |
| Angela Weng | 11/28/22 | 2.0 | Preparation and review of materials |
| Angela Weng | 11/28/22 | 0.5 | PJT internal call / meeting |
| | | **76.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Catherine Ruan | 11/01/22 | 1.0 | Call / meeting with Company |
| Catherine Ruan | 11/01/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/07/22 | 0.5 | Call / meeting with Company |
| Catherine Ruan | 11/07/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Catherine Ruan | 11/08/22 | 1.0 | Call / meeting with Company |
| Catherine Ruan | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/11/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/15/22 | 1.0 | Call / meeting with Company |
| Catherine Ruan | 11/15/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/17/22 | 1.5 | Preparation and review of materials |
| Catherine Ruan | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Catherine Ruan | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/29/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/29/22 | 1.0 | Call / meeting with Company |
| Catherine Ruan | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Catherine Ruan | 11/30/22 | 0.5 | PJT internal call / meeting |
| Catherine Ruan | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Catherine Ruan | 11/30/22 | 1.0 | Preparation and review of materials |
| | | **15.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Charlie Ankeny | 11/01/22 | 1.0 | Call / meeting with Company |
| Charlie Ankeny | 11/01/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/07/22 | 0.5 | Call / meeting with Company |
| Charlie Ankeny | 11/07/22 | 1.0 | Email correspondence on various matters |
| Charlie Ankeny | 11/07/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/07/22 | 0.5 | Discussion with creditors and/or their advisors |
| Charlie Ankeny | 11/08/22 | 1.0 | Call / meeting with Company |
| Charlie Ankeny | 11/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/10/22 | 0.5 | Preparation and review of materials |
| Charlie Ankeny | 11/11/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/15/22 | 1.0 | Preparation and review of materials |
| Charlie Ankeny | 11/15/22 | 1.0 | Call / meeting with Company |
| Charlie Ankeny | 11/15/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/16/22 | 2.0 | Preparation and review of materials |
| Charlie Ankeny | 11/16/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/17/22 | 1.0 | Preparation and review of materials |
| Charlie Ankeny | 11/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/17/22 | 2.0 | Preparation and review of materials |
| Charlie Ankeny | 11/18/22 | 1.0 | Preparation and review of materials |
| Charlie Ankeny | 11/21/22 | 1.0 | Preparation and review of materials |
| Charlie Ankeny | 11/21/22 | 1.0 | Preparation and review of materials |
| Charlie Ankeny | 11/28/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/28/22 | 0.5 | Discussion with creditors and/or their advisors |
| Charlie Ankeny | 11/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/29/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/29/22 | 1.0 | Call / meeting with Company |
| Charlie Ankeny | 11/29/22 | 2.0 | Preparation and review of materials |
| Charlie Ankeny | 11/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Charlie Ankeny | 11/30/22 | 0.5 | PJT internal call / meeting |
| Charlie Ankeny | 11/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Charlie Ankeny | 11/30/22 | 2.0 | Preparation and review of materials |
| | | **27.5** | |