Andrew K. Glenn
Kurt A. Mayr
Shai Schmidt
Agustina G. Berro
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to the Ad Hoc Group of Unsecured Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENDO INTERNATIONAL plc, *et al.*, | ) | Case No. 22-22549 (JLG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**AMENDED VERIFIED STATEMENT OF THE AD HOC GROUP OF UNSECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the above-captioned Chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors"), Glenn Agre Bergman & Fuentes LLP ("Glenn Agre), counsel to an ad hoc group of holders of the Debtors' unsecured notes (the "Ad Hoc Group of Unsecured Noteholders") issued under (i) that certain Indenture, dated as of July 9, 2015 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), by and among Endo Designated Activity Company ("Endo DAC"), Endo Finance LLC ("Endo Finance") and Endo Finco Inc. ("Endo Finco") as issuers, UMB Bank, National Association

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these Chapter 11 Cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 1400 Atwater Drive, Malvern, PA 19355.

("UMB Bank"), as trustee, and the guarantors party thereto (the obligations incurred thereunder, the "2023 6.000% Notes Obligations"); (ii) that certain Indenture, dated as of January 27, 2015 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), by and among Endo DAC, Endo Finance, and Endo Finco as issuers, UMB Bank, as trustee, and the guarantors party thereto (the obligations incurred thereunder, the "2025 6.000% Notes Obligations"); (iii) that certain Indenture, dated as of June 16, 2020 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), by and among Endo DAC, Endo Finance, and Endo Finco as issuers, U.S. Bank Trust Company, National Association ("U.S. Bank"), as trustee, and the guarantors party thereto (the obligations incurred thereunder, the "2028 6.000% Notes Obligations"); and (iv) that certain Indenture, dated as of June 30, 2014 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), by and among Endo Finance and Endo Finco, as issuers, U.S. Bank, as trustee, and the guarantors party thereto (the obligations incurred thereunder, the "2023 5.375% Notes Obligations"), submits this amended verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019"), and respectfully states as follows:

1. On or around November 16, 2022, the Ad Hoc Group of Unsecured Noteholders retained Glenn Agre to represent certain bondholders in connection with the Chapter 11 Cases.

2. From time to time thereafter, certain additional members have joined the Ad Hoc Group of Unsecured Noteholders. As of the date of this Verified Statement, Glenn Agre represents the bondholders set forth in Exhibit A.

3. As of the date of this Verified Statement, Glenn Agre represents the Ad Hoc Group of Unsecured Noteholders and does not represent or purport to represent any entities other than

the Ad Hoc Group of Unsecured Noteholders in connection with the Chapter 11 Cases. In addition, neither the Ad Hoc Group of Unsecured Noteholders nor any member of the Ad Hoc Group of Unsecured Noteholders represents or purports to represent any other entities in connection with these cases.

4. The members of the Ad Hoc Group of Unsecured Noteholders have indicated to Glenn Agre that they hold disclosable economic interests or act as investment managers to funds and/or accounts that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019 and based upon information provided to Glenn Agre by each member of the Ad Hoc Group of Unsecured Noteholders, attached hereto as Exhibit A is a list of the names, addresses, nature, and amount of all disclosable economic interests of each present member of the Ad Hoc Group of Unsecured Noteholders in relation to the Debtors.

5. Nothing contained in this Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of Unsecured Noteholders or Glenn Agre to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these Chapter 11 Cases.

6. The members of the Ad Hoc Group of Unsecured Noteholders and Glenn Agre reserve the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

7. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

*[Signature on Next Page]*

Dated: April 17, 2023
New York, New York

*<u>/s/ Andrew K. Glenn</u>*
Andrew K. Glenn
Kurt A. Mayr
Shai Schmidt
Agustina G. Berro
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
nrahman@glennagre.com

*Counsel to the Ad Hoc Group of Unsecured Noteholders*

# Exhibit A[2]

| Name[3] | Address | 2023 5.375% Notes Obligations | 2023 6.000% Notes Obligations | 2025 6.000% Notes Obligations | 2028 6.000% Notes Obligations | Other Disclosable Economic Interests |
|---|---|---|---|---|---|---|
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by Alta Fundamental Advisers LLC, or a subsidiary thereof | 1500 Broadway, Suite 704, New York, NY 10036 | $3,599,000 | $10,829,000 | --- | $48,353,000 | 2027 9.500% Senior Secured Second Lien Notes Obligations[4]: $38,500,000 |
| Two Seas Capital LP for and on behalf of Two Sea Global (Master) Fund LP and affiliated funds | 32 Elm Place, 3rd Floor, Rye, NY 10580 | $1,500,000 | $400,000 | --- | $83,742,000 | 2027 9.500% Senior Secured Second Lien Notes Obligations: $60,347,000 |
| Funds and managed accounts managed by Contrarian Capital Management LLC | 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 | --- | $28,945,000 | $16,627,000 | $72,377,000 | --- |

[2] To the best of Glenn Agre's knowledge, the information herein is accurate as of April 17, 2023.

[3] Each entity on this Exhibit A is listed either in its principal capacity or in its capacity as agent, investment advisor, or investment manager for certain investment funds or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[4] "2027 9.500% Senior Secured Second Lien Notes Obligations" means the obligations incurred in connection with the senior secured second lien notes issued under that certain Indenture, dated as of June 16, 2020 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time), by and among Endo DAC, Endo Finance and Endo Finco, as issuers, Wells Fargo Bank, National Association, as trustee, and the guarantors party thereto.