| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Paul D. Leake<br>Lisa Laukitis<br>Shana A. Elberg<br>Abigail E. Davis<br>Evan A. Hill<br>Jason N. Kestecher<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>*Counsel for Debtors and Debtors in Possession* | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Frank A. Oswald<br>Kyle J. Ortiz<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br><br><br><br><br><br><br>*Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br><br>**ENDO INTERNATIONAL plc,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 22-22549 (JLG)**<br><br>**(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM HEARING ON**
**APRIL 20, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | **April 20, 2023 at 11:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004. |

| | |
|---|---|
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, for the Southern District of New York, or (iii) on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Endo; or by contacting Kroll directly at (877) 542-1878 (toll free for callers within the United States and Canada) and (929) 284-1688 (for international callers). |

I.  **STATUS CONFERENCE**

1.  Status Conference

II. **UNCONTESTED MATTERS**

2.  First Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1337]

    Response Deadline: March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

    (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

    (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received: None

    Status: The hearing on this matter is going forward.

3.  First Application of Togut, Segal & Segal LLP, Co-Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1338]

2

        Response Deadline:        March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

        Related Documents:

        (a)  Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

        (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

        Responses Received:        None

        Status:  The hearing on this matter is going forward.

4.   First Application of O'Melveny & Myers LLP, as Special Counsel for the Debtors for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1417]

        Response Deadline:        March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

        Related Documents:

        (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

        (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

        Responses Received:        None

        Status:  The hearing on this matter is going forward.

5.   First Application of A&L Goodbody LLP as Special Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1348]

|   |   |   |
|---|---|---|
|   | Response Deadline: | March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time) |

Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

Responses Received:      None

Status:  The hearing on this matter is going forward.

6. First Interim Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Fixed and Hourly Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1339]

|   |   |   |
|---|---|---|
|   | Response Deadline: | March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time) |

Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

Responses Received:      None

Status:  The hearing on this matter is going forward.

7. First Application of PJT Partners LP, Investment Banker for the Debtors, for Interim Allowance of Fixed Rate Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No.

1340]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

8. First Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1341]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

9. First Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors, for Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and

Including December 31, 2022 [Dkt. No. 1343]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

10. First Application of SolomonEdwardsGroup, LLC, as Bankruptcy Accounting Consultant for the Debtors, for Interim Allowance Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From October 3, 2022 Through and Including January 1, 2023 [Dkt. No. 1344]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

11. First Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of

Actual and Necessary Expenses Incurred From September 7, 2022 Through and Including December 31, 2022 [Dkt. No. 1349]

 Response Deadline:  March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

 Responses Received:  None

Status: The hearing on this matter is going forward.

12. First Interim Application of Lazard Frères & Co. LLC, Lead Counsel to the Official Committee of Opioid Claimants of Endo International plc, *et al.*, for Compensation and Reimbursement of Expenses for the Interim Period of September 8, 2022 Through and Including December 31, 2022 [Dkt. No. 1358]

 Response Deadline:  March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

(a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

 Responses Received:  None

Status: The hearing on this matter is going forward.

13. First Interim Application of Dundon Advisers LLC as Co-Financial Advisor to The Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September

        9, 2022 Through and Including December 31, 2022 [Dkt. No. 1294]

        Response Deadline:        March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

        Related Documents:

        (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

        (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

        Responses Received:        None

        Status:  The hearing on this matter is going forward.

14.    First Interim Application of Cooley LLP, Lead Counsel to the Official Committee of Opioid Claimants of Endo International plc, *et al.*, for Compensation and Reimbursement of Expenses for the Interim Period of September 8, 2022 Through and Including December 31, 2022 [Dkt. No. 1350]

        Response Deadline:        March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

        Related Documents:

        (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

        (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

        Responses Received:        None

        Status:  The hearing on this matter is going forward.

15.    First Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo International plc, *et al.*, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 8, 2022 Through and Including

December 31, 2022 [Dkt. No. 1351]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

    (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

    (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

16. First Interim Fee Application of Jefferies LLC for Allowance of Compensation Earned and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid Claimants for the Period from September 9, 2022 Through and Including December 31, 2022 [Dkt. No. 1352]

    Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

    (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

    (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

17. First Interim Application of Province, LLC, Financial Advisor to the Official Committee of Opioid Claimants of Endo International plc, *et al*., for Compensation and Reimbursement of Expenses for the Interim Period of September 9, 2022 Through and Including December 31, 2022 [Dkt. No. 1353]

| | | |
|---|---|---|
| | Response Deadline: | March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time) |

Related Documents:

(a)  Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

| | |
|---|---|
| Responses Received: | None |

Status:  The hearing on this matter is going forward.

18.  First Interim Application of Roger Frankel for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as the Legal Representative for Future Claimants for the Period August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1319]

| | |
|---|---|
| Response Deadline: | March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time) |

Related Documents:

(a)  Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

| | |
|---|---|
| Responses Received: | None |

Status:  The hearing on this matter is going forward.

19.  First Interim Application of Frankel Wyron LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period August 16, 2022 Through and Including

December 31, 2022 [Dkt. No. 1320]

Response Deadline:   March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

(a)  Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

Responses Received:   None

Status:  The hearing on this matter is going forward.

20. First Interim Application of Young Conaway Stargatt & Taylor, LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1321]

Response Deadline:   March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

Related Documents:

(a)  Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

(b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

Responses Received:   None

Status:  The hearing on this matter is going forward.

21. First Interim Application of NERA Economic Consulting for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Consultant to the Legal

      Representative for Future Claimants for the Period August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1322]

      Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

      Related Documents:

      (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

      (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

      Responses Received:    None

      Status: The hearing on this matter is going forward.

22.   First Interim Application of Ducera Partners LLC for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Legal Representative for Future Claimants for the Period August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1323]

      Response Deadline:    March 2, 2023 at 4:00 p.m. (Prevailing Eastern Time) Objection deadline for Fee Examiner only extended to April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

      Related Documents:

      (a) Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1361]

      (b) Notice of Adjournment of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred From August 16, 2022 Through and Including December 31, 2022 [Dkt. No. 1462]

      Responses Received:    None

      Status: The hearing on this matter is going forward.

23. Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into a Distribution Agreement With Slayback Pharma Limited Liability Company and Slayback Research Labs Limited, and (II) Granting Related Relief [Dkt. No. 1756]

    Response Deadline:    April 13, 2023 at 4:00 p.m. (Prevailing Eastern Time)

    Related Documents:

    (a) Notice of Filing of Redacted Exhibits to Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Enter Into a Distribution Agreement With Slayback Pharma Limited Liability Company and Slayback Research Labs Limited, and (II) Granting Related Relief [Dkt. No. 1761]

    (b) Order Authorizing Debtors Endo Ventures Limited and Par Pharmaceutical, Inc. to File Certain Information Under Seal [Dkt No. 1760]

    (c) Motion of Debtors for an Order Authorizing the Filing of Certain Information Under Seal [Dkt. No. 1759]

    Responses Received:    None

    Status: The hearing on this matter is going forward.

## III. ADVERSARY PROCEEDINGS

    A.  *Endo International plc, et al., v. Commonwealth of Kentucky, et al.,*
       Adversary Proceeding No. 22-07039 (JLG)

       Status: The pretrial conference on this matter has been adjourned to May 18, 2023 at 11:00 a.m. (Prevailing Eastern Time).

    B.  *Travis Blankenship, Next Friend and Guardian of Minor Child, Z.D.B., v. Endo International plc, et al.,*
       Adversary Proceeding No. 23-07007 (JLG)

1. Notice of Debtors' Motion to Dismiss or Stay the Amended Complaint [Adv. Proc. Dkt. No. 9]

    Response Deadline:    To be determined

    Related Documents:

    (a) Declaration of Abigail E. Davis in Support of Debtors' Motion to Dismiss or Stay the Amended Complaint [Adv. Proc. Dkt. No. 10]

    (b) Debtors' Motion for an Order Authorizing the Filing of Certain Information

Under Seal [Adv. Proc. Dkt. No. 6]

(c) Affidavit of Abigail E. Davis in Support of Debtors' Motion for Order Authorizing Filing of Certain Information Under Seal [Adv. Proc. Dkt. No. 7]

(d) Order Authorizing Debtors to File Certain Information Under Seal [Adv. Proc. Dkt. No. 8]

(e) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Proc. Dkt. No. 3]

(f) Corrected Amended Complaint [Adv. Proc. Dkt. No. 4]

(g) Defendant TDC Specialty Insurance Company's Joinder in Debtors' Motion to Dismiss or Stay the Amended Complaint [Adv. Proc. Dkt. No. 24]

Responses Received:

To be determined

Status: The hearing on this matter has been adjourned to May 11, 2023 at 2:00 p.m. The Pretrial Conference on this matter is going forward.

## IV. **WITHDRAWN MATTERS**

2. Certain Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 15]

    Response Deadline:                N/A

    Related Documents:

    (a) Declaration of Adam H. Fleischer in Support of Certain Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 16]

    (b) Notice of Certain Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 17]

    (c) Stipulation and Order Extending Certain Insurers' Time to Answer or Otherwise Respond to Plaintiff's Corrected Amended Complaint [Adv. Proc. Dkt. No. 30]

    (d) Notice of Withdrawal [Adv. Proc. Dkt. No. 31]

    (e) (So Ordered) Stipulation and Order Extending Certain Insurers' Time to Answer or Otherwise Respond to Plaintiff's Corrected Amended Complaint [Adv. Proc. Dkt. NO. 38]

    Responses Received:

    (f) Illinois Union's Joinder in Certain Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 26]

    (g) Notice of Withdrawal (Illinois Insurers' Joinder) [Adv. Proc. Dkt. No. 37]

    Status: The motion was withdrawn pursuant to Adv. Proc. Dkt. No. 31. The hearing on this matter will not be going forward.

3. Bermuda Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 20]

    Response Deadline:    N/A

    Related Documents:

    (a) Declaration of Paul R. Koepff in Support of the Bermuda Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 21]

    (b) Notice of the Bermuda Insurers' Uncontested Motion for an Order Allowing Them Until April 20, 2023 to Answer or Otherwise Respond to Plaintiff's Complaint [Adv. Proc. Dkt. No. 22]

    (c) Stipulation Extending the Bermuda Defendants' Time to Answer, Move or Otherwise Respond to Plaintiff's Corrected Amended Complaint [Adv. Proc. Dkt. No. 32]

    (d) Notice of Withdrawal [Adv. Proc. Dkt. No. 33]

    Responses Received:    None

    Status: The motion was withdrawn pursuant to Adv. Proc. Dkt. No. 33. The hearing on this matter will not be going forward.

Dated: April 18, 2023
       New York, New York

                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Paul D. Leake*
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Abigail E. Davis
Evan A. Hill
Jason N. Kestecher
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for the Debtors and Debtors in Possession*

- and -

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Frank A. Oswald
Kyle J. Ortiz
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

*Co-Counsel for the Debtors and Debtors in Possession*

16