**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> ENDO INTERNATIONAL plc, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-22549 (JLG) <br><br> (Jointly Administered) |

# MEDIATOR'S NOTICE AND STATUS REPORT

PLEASE TAKE NOTICE that, on January 27, 2023, the Court entered the Stipulation and Order (A) Granting Mediation and (B) Referring Matters to Mediation (the "Mediation Order")[2] appointing the Honorable Shelley C. Chapman (Ret.) as mediator (the "Mediator") to facilitate confidential negotiations among the Mediation Parties regarding the Mediation Topics (the "Mediation").

PLEASE TAKE FURTHER NOTICE that, on February 15, 2023, the Mediator filed the Mediator's Notice of Extension of Mediation which extended the termination date of the Mediation (the "Mediation Termination Date")[3] to March 1, 2023.

PLEASE TAKE FURTHER NOTICE that, on March 16, 2023, the Court entered the Stipulation and Order Extending Mediation (the "Extension Order")[4] which extended the Mediation Termination Date to March 31, 2023, effective *nunc pro tunc* to the original Mediation Termination Date, "unless the Mediation conclusion on an earlier date as determined

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases (the "Chapter 11 Cases"), a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 1400 Atwater Drive, Malvern, PA 19355.

[2] Docket No. 1257. Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Mediation Order.

[3] Docket No. 1342.

[4] Docket No. 1475.

by the Mediator or unless further extended by the Mediator to a date no later than April 28, 2023 (the 'End Date'), provided that the End Date may be further extended with the unanimous written consent of the Mediator and Mediation Parties."[5]

PLEASE TAKE FURTHER NOTICE that, on March 31, 2023, the Mediator extended the End Date to April 28, 2023.

## STATUS REPORT

The Mediator continues to engage in active and ongoing negotiations with the Mediation Parties, in particular with those parties with whom settlement has not yet been achieved. Given the ongoing negotiations, the Mediator believes it is in the best interest of all stakeholders for the End Date to be further extended to May 31, 2023. Prior to the filing of this Notice and Status Report, the Mediator has sought and obtained the written consent of each of the Mediation Parties for such extension.[6]

In addition, should the Court grant the Mediator's request for an extension of the End Date to May 31, 2023, the Mediator requests that such extension grant the Mediator the option to extend the May 31, 2023 End Date to June 16, 2023, in her sole discretion.

Dated: April 21, 2023  /s/ Hon. Shelley C. Chapman (Ret.)
HON. SHELLEY C. CHAPMAN (RET.)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

---

[5] Extension Order ¶ 2.
[6] The Mediator has contacted counsel for the Non-RSA 1Ls and has been advised that, in light of the Amended & Restated RSA, counsel has concluded its representation of such group and takes no position on the Mediator's request for consent.