**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> **ENDO INTERNATIONAL plc.**, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No.: 20-11254 (JLG) <br><br> Jointly Administered |

**ORDER (I) GRANTING FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 16, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

Upon consideration of the: (i) *First Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP, as Counsel to the Debtors* [Docket No. 1337]; (ii) *First Interim Application of Togut, Segal & Segal LLP, as Co-Counsel to the Debtors* [Docket No. 1338]; (iii) *First Interim Application of O'Melveny & Myers LLP, as Special Counsel to the Debtors* [Docket No. 1417]; (iv) *First Interim Application of A&L Goodbody LLP, as Special Counsel to the Debtors* [Docket No. 1348]; (v) *First Interim Application of KPMG LLP, Providing Tax and Compliance Services for the Debtors* [Docket No. 1339]; (vi) *First Interim Application of PJT Partners LP, as Investment Banker for the Debtors* [Docket No. 1340]; (vii) *First Interim Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors* [Docket No. 1341]; (viii) *First Interim Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors* [Docket No. 1343]; (ix) *First Interim Application of SolomonEdwardsGroup, LLC, as Investment Banker for the Debtors* [Docket No. 1344]; (x) *First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel to the Official*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

*Committee of Unsecured Creditors* [Docket No. 1349]; (xi) *First Interim Application of Lazard Frères & Co. LLC, as Investment Banker to the Official Committee of Unsecured Creditors* [Docket No. 1358]; (xii) *First Interim Application of Dundon Advisers LLC, as Co-Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1294]; (xiii) *First Interim Application of Cooley LLP, Lead Counsel to the Official Committee of Opioid Claimants* [Docket No. 1350]; (xiv) *First Interim Application of Akin Gump Strauss Hauer & Feld LLP, as Special Counsel to the Official Committee of Opioid Claimants* [Docket No. 1351]; (xv) *First Interim Application of Jefferies LLC, as Investment Banker for the Official Committee of Opioid Claimants* [Docket No. 1352]; (xvi) *First Interim Application of Province, LLC, as Financial Advisor to the Official Committee of Opioid Claimants* [Docket No. 1353]; (xvii) *First Interim Application of Roger Frankel, as Future Claimants' Representative* [Docket No, 1319]; (xviii) *First Interim Application of Frankel Wyron LLP, counsel to the Future Claimants' Representative* [Docket No. 1320]; (xix) *First Interim Application of Young Conaway Stargatt & Taylor, LLP, counsel to the Future Claimants' Representative* [Docket No. 1321]; (xx) *First Interim Application of NERA Economic Consulting, Consultant to the Future Claimants' Representative* [Docket No. 1322]; and (xxi) *First Interim Application of Ducera Partners LLC, Investment Banker to the Future Claimants' Representative* [Docket No. 1323], (collectively, the "<u>Applications</u>" submitted by the "<u>Professionals</u>") for professional services rendered and expenses incurred; and notice of the Applications having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on October 3, 2022 [Docket No. 326]; and a hearing to consider the Applications having been held before this

2

Court on April 20, 2023; and after due deliberation and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications, as well as the holdback releases requested in the Applications, are granted to the extent set forth in the attached Schedule "A" on an Interim basis. The Debtors are authorized and directed to remit to each of the Professionals the allowed amounts to which such Professional is entitled, as set forth in Schedule "A", to the extent not previously paid. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order, and the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

Dated:  May 8, 2023
        New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

Case No. 22-22549 (JLG)     CURRENT INTERIM FEE PERIOD     Schedule "A"

Various Dates through December 31, 2022 (First Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")** *Counsel to the Debtors* | 2/14/2023 Docket No. 1337 | $27,068,684.67 | $26,956,296.57[4] | $24,260,666.91 | $0.00 | $24,260,666.91 | $454,849.19 | $441,934.53[4] |
| **Togut, Segal & Segal LLP ("Togut Firm")** *Co-Counsel to the Debtors* | 2/14/2023 Docket No. 1338 | $1,450,555.00 | $1,446,555.00[5] | $1,301,899.50 | $0.00 | $1,301,899.50 | $5,144.85 | $5,144.85 |
| **O'Melveny & Myers LLP ("OMM")** *Special Counsel to the Debtors* | 3/1/2023 Docket No. 1417 | $3,120,533.73 | $3,120,533.73 | $2,808,480.36 | $0.00 | $2,808,480.36 | $364,686.44 | $364,686.44 |

---

[2] Total fees to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[3] Expenses to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[4] Pursuant to informal discussions with David Klauder, the court appointed Fee Examiner in these cases (the "Fee Examiner"), Skadden has agreed to voluntarily reduce its fees sought in the amount of $112,388.10 and its expenses sought in the amount of $12,914.66, aggregating a total reduction of fees and expenses in the amount of $125,302.76.

[5] Pursuant to informal discussions with the Fee Examiner, the Togut Firm has agreed to voluntarily reduce its fees sought in the amount of $4,000.

Case No. 22-22549 (JLG)  CURRENT INTERIM FEE PERIOD  Schedule "A"
Case Name: *Endo International plc, et al.,*  Various Dates through December 31, 2022 (First Interim Fee Period)

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **A&L Goodbody LLP ("A&L")** *Special Counsel to the Debtors* | 2/15/2023 Docket No. 1348 | $2,878,971.70 | $2,872,471.70[6] | $2,585,224.53 | $0.00 | $2,585,224.53 | $702,931.13[6] | $702,717.10[6] |
| **KPMG LLP ("KPMG")** *Tax Compliance and Tax Consulting Services for the Debtors* | 2/15/2023 Docket No. 1339 | $384,334.58 | $384,334.58 | $345,901.12 | $0.00 | $345,901.12 | $1,292.03 | $1,292.03 |
| **PJT Partners LP ("PJT")** *Investment Banker for the Debtors* | 2/15/2023 Docket No. 1340 | $1,129,032.26 | $1,129,032.26 | $1,016,129.03 | $0.00 | $1,016,129.03 | $2,389.17 | $1,694.34[7] |
| **Alvarez & Marsal ("A&M")** *Financial Advisors for the Debtors* | 2/15/2023 Docket No. 1341 | $11,348,686.00 | $11,265,777.65[8] | $10,139,199.89 | $0.00 | $10,139,199.89 | $92,337.34 | $92,337.34 |

---

[6] Pursuant to informal discussions with the Fee Examiner, A&L has agreed to voluntarily reduce its fees sought in the amount of $6,500 and its expenses sought in the amount of $214.03, aggregating a total reduction of fees and expenses in the amount of $6,714.03. Expenses allowed also include allowed (VAT) expenses in the amount of $662,535.75.

[7] Pursuant to informal discussions with the Fee Examiner, PJT has agreed to voluntarily reduce its expenses sought in the amount of $694.83.

[8] Pursuant to informal discussions with the Fee Examiner, A&M has agreed to voluntarily reduce its fees sought in the amount of $82,908.35.

Case No. 22-22549 (JLG)

Case Name: *Endo International plc, et al.*,

CURRENT INTERIM FEE PERIOD
Various Dates through December 31, 2022 (First Interim Fee Period)

Schedule "A"

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **PricewaterhouseCoopers LLP ("PwC")** *Audit and Tax Services for the Debtors* | 2/15/2023 Docket No. 1343 | $4,286,190.50 | $4,286,190.50 | $3,857,571.45 | $0.00 | $3,857,571.45 | $14,422.33 | $14,422.33 |
| **SolomonEdwardsGroup, LLC ("SEG")** *Bankruptcy Accounting Consultant for the Debtors* | 2/15/2023 Docket No. 1344 | $255,417.50 | $255,417.50 | $229,875.75 | $0.00 | $229,875.75 | $0.00 | $0.00 |
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")** *Counsel to the Official Committee of Unsecured Creditors* | 2/15/2023 Docket No. 1349 | $8,809,672.00 | $8,809,672.00 | $7,928,704.80 | $0.00 | $7,928,704.80 | $108,203.92 | $108,203.92 |
| **Lazard Frères & Co. LLC ("Lazard")** *Investment Banker to the Official Committee of Unsecured Creditors* | 2/16/2023 Docket No. 1358 | $713,333.33 | $713,333.33 | $642,000.00 | $0.00 | $642,000.00 | $121,854.37 | $121,806.19[9] |

---

[9] Pursuant to informal discussions with the Fee Examiner, Lazard has agreed to voluntarily reduce its expenses sought in the amount of $48.18.

3

Case No. 22-22549 (JLG)　　　　　　　　　　　　**CURRENT INTERIM FEE PERIOD**　　　　　　　　　　　　Schedule "A"
　　　　　　　　　　　　　　　　　　　　　Various Dates through December 31, 2022 (First Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Dundon Advisers LLC ("Dundon")** *Co-Financial Advisor to the Official Committee of Unsecured Creditors* | 2/7/2023 Docket No. 1294 | $979,008.00 | $947,543.93[10] | $852,789.54 | $0.00 | $852,789.54 | $0.00 | $0.00 |
| **Cooley LLP "(Cooley")** *Lead Counsel to the Official Committee of Opioid Claimants* | 2/15/2023 Docket No. 1350 | $4,940,379.00 | $4,884,533.80[11] | $4,396,080.42 | $0.00 | $4,396,080.42 | $21,855.69 | $21,855.69 |
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")** *Special Counsel to the Official Committee of Opioid Claimants* | 2/15/2023 Docket No. 1351 | $3,941,341.50 | $3,941,341.50 | $3,547,207.35 | $0.00 | $3,547,207.35 | $57,257.61 | $57,047.21[12] |

---

[10] Pursuant to informal discussions with the Fee Examiner, Dundon has agreed to voluntarily reduce its fees sought in the amount of $31,464.07.

[11] Pursuant to informal discussions with the Fee Examiner, Cooley has agreed to voluntarily reduce its fees sought in the amount of $55,845.20.

[12] Pursuant to informal discussions with the Fee Examiner, Akin has agreed to voluntarily reduce its expenses sought in the amount of $210.40.

Case No. 22-22549 (JLG)      CURRENT INTERIM FEE PERIOD      Schedule "A"

Various Dates through December 31, 2022 (First Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Jefferies LLC ("Jefferies")** *Investment Banker for the Official Committee of Opioid Claimants* | 2/15/2023 Docket No. 1352 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $76,623.00 | $76,623.00 |
| **Province, LLC ("Province")** *Financial Advisor to the Official Committee of Opioid Claimants* | 2/15/2023 Docket No. 1353 | $4,137,731.50 | $4,137,731.50 | $3,723,958.35 | $0.00 | $3,723,958.35 | $8,995.55 | $8,944.80[13] |
| **Roger Frankel ("FCR")** *Future Claimants' Representative* | 2/14/2023 Docket No. 1319 | $343,128.00 | $343,128.00 | $308,815.20 | $0.00 | $308,815.20 | $452.84 | $452.84 |
| **Frankel Wyron LLP ("Frankel")** *Counsel to the Future Claimants' Representative* | 2/14/2023 Docket No. 1320 | $185,915.00 | $185,915.00 | $167,323.50 | $0.00 | $167,323.50 | $210.00 | $210.00 |

---

[13] Pursuant to informal discussions with the Fee Examiner, Province has agreed to voluntarily reduce its expenses sought in the amount of $50.75.

5

Case No. 22-22549 (JLG)  CURRENT INTERIM FEE PERIOD  Schedule "A"
Various Dates through December 31, 2022 (First Interim Fee Period)
Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP ("YCST")** *Counsel to the Future Claimants' Representative* | 2/14/2023 Docket No. 1321 | $1,769,856.50 | $1,759,856.50[14] | $1,583,870.85 | $0.00 | $1,583,870.85 | $22,402.42 | $19,823.62[12] |
| **NERA Economic Consulting ("NERA")** *Economic Consulting Consultant to the Future Claimants' Representative* | 2/14/2023 Docket No. 1322 | $138,689.00 | $138,035.00[15] | $124,231.50 | $0.00 | $124,231.50 | $18,612.00 | $18,612.00 |
| **Ducera Partners LLC ("Ducera")** *Investment Banker to the Future Claimants' Representative* | 2/14/2023 Docket No. 1323 | $500,000.00 | $500,000.00 | $450,000.00 | $0.00 | $450,000.00 | $354.83 | $25.00[16] |

**DATE ON WHICH ORDER WAS SIGNED: 5/8/2023**          **INITIALS: JLG  USBJ**

---

[14] Pursuant to informal discussions with the Fee Examiner, YCST has agreed to voluntarily reduce its fees sought in the amount of $10,000; and expenses sought in the amount of $2,578.80, aggregating a total reduction of fees and expenses in the amount of $12,578.80.

[15] Pursuant to informal discussions with the Fee Examiner, NERA has agreed to voluntarily reduce its fees sought in the amount of $654.

[16] Pursuant to informal discussions with the Fee Examiner, Ducera has agreed to voluntarily reduce its expenses sought in the amount of $329.83.

6