**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br><br> **ENDO INTERNATIONAL plc.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No.: 22-22549 (JLG) <br><br> Jointly Administered |

**SECOND ORDER (I) GRANTING INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

Upon consideration of the: (i) *Second Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP, as Counsel to the Debtors* [Docket No. 2224]; (ii) *Second Interim Application of Togut, Segal & Segal LLP, as Co-Counsel to the Debtors* [Docket No. 2193]; (iii) *Second Interim Application of O'Melveny & Myers LLP, as Special Counsel to the Debtors* [Docket No. 2194]; (iv) *Second Interim Application of A&L Goodbody LLP, as Special Counsel to the Debtors* [Docket No. 2210]; (v) *Second Interim Application of KPMG LLP, Providing Tax and Compliance Services for the Debtors* [Docket No. 2200]; (vi) *Second Interim Application of PJT Partners LP, as Investment Banker for the Debtors* [Docket No. 2201]; (vii) *Second Interim Application of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors* [Docket No. 2198]; (viii) *Second Interim Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors* [Docket No. 2206]; (ix) *First Interim Application of PricewaterhouseCoopers Ireland, as Audit Services Provider for the Debtors* [Docket No. 2202];

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

(x) *Second Interim Application of SolomonEdwardsGroup, LLC, as Investment Banker for the Debtors* [Docket No. 2203]; (xi) *Second Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2208]; (xii) *First Interim Application of Lowenstein Sandler LLP as Special Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2212]; (xiii) *Second Interim Application of Lazard Frères & Co. LLC, as Investment Banker to the Official Committee of Unsecured Creditors* [Docket No. 2209]; (xiv) *Second Interim Application of Dundon Advisers LLC, as Co-Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 2185]; (xv) *First Interim Application of Berkeley Research Group LLC, Co-Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1474]; (xvi) *Second Interim Application of Berkeley Research Group LLC, Co-Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 2183]; (xvii) *First Interim Application of Grant Thornton LLP, Tax Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1898]; (xviii) *Second Interim Application of Cooley LLP, Lead Counsel to the Official Committee of Opioid Claimants* [Docket No. 2221]; (xix) *Second Interim Application of Akin Gump Strauss Hauer & Feld LLP, as Special Counsel to the Official Committee of Opioid Claimants* [Docket No. 2216]; (xx) *First Interim Application of Maples and Calder (Ireland) LLP, Special Foreign Counsel to the Official Committee of Opioid Claimants* [Docket No. 2234]; (xxi) *Second Interim Application of Jefferies LLC, as Investment Banker for the Official Committee of Opioid Claimants* [Docket No. 2218]; (xxii) *Second Interim Application of Province, LLC, as Financial Advisor to the Official Committee of Opioid Claimants* [Docket No. 2217]; (xxiii) *Second Interim Application of Roger Frankel, as Future Claimants' Representative* [Docket No. 2184]; (xxiv) *Second Interim Application of Frankel Wyron LLP, counsel to the Future Claimants' Representative* [Docket

No. 2186];  (xxv) *Second Interim Application of Young Conaway Stargatt & Taylor, LLP, counsel to the Future Claimants' Representative* [Docket No. 2187]; (xxvi) *First Interim Application of Gilbert LLP, Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* [Docket No. 2190];  (xxvii) *Second Interim Application of NERA Economic Consulting, Consultant to the Future Claimants' Representative* [Docket No. 2188];  (xxviii) *Second Interim Application of Ducera Partners LLC, Investment Banker to the Future Claimants' Representative* [Docket No. 2189];  (xxix) *First Interim Application of Pillsbury Winthrop Shaw Pittman LLP, Counsel to the Multi-State Endo Executive Committee* [Docket No. 2205];  (xxx) *First Interim Application of Houlihan Lokey Capital, Inc., Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* [Docket No. 2207];  (xxxi) *First Interim Application of Bielli & Klauder, LLC, Counsel to the Fee Examiner, David M. Klauder, Esq.* [Docket No. 2197]*;  and certain Ordinary Course Professionals who exceeded their Tier 1 Monthly OCP Cap pursuant to the Order Authorizing Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business [Docket No. 378] the ("*<u>OCP Order</u>*") as follows: (xxxii) Perkins Coie LLP, as a Tier 1A OCP Professional and Supplement  [Docket Nos. 2222 and 2453]*; (xxxiii) Womble Bond Dickinson (US) LLP, as a Tier 1A OCP Professional* [Docket No. 2220]*;  and (xxxiv) Shardul Amarchand Mangaldas & Co., as a Tier 1 OCP Professional* [Docket No. 2219] (the "<u>OCP Applications</u>"), (collectively with the OCP Applications, the "<u>Applications</u>" submitted by the "<u>Professionals</u>") for professional services rendered and expenses incurred;  and notice of the Applications having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on October 3, 2022 [Docket No. 326];  and a hearing to consider the

3

Applications having been held before this Court on September 21, 2023; and after due deliberation and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications, as well as the holdback releases requested in the Applications, are granted to the extent set forth in the attached Schedule "A" on an Interim basis. The Debtors are authorized and directed to remit to each of the Professionals the allowed amounts to which such Professional is entitled, as set forth in Schedule "A", to the extent not previously paid. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order, and the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

Dated: October 3, 2023
New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

Case No. 22-22549 (JLG)  **CURRENT INTERIM FEE PERIOD**  Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")** *Counsel to the Debtors* | 6/14/2023 Docket No. 2224 | $21,401,435.90 | $21,347,435.90[4] | $19,212,692.31 | $0.00 | $19,212,692.31 | $179,201.83 | $179,201.83 |
| **Togut, Segal & Segal LLP ("Togut Firm")** *Co-Counsel to the Debtors* | 6/14/2023 Docket No. 2193 | $874,299.00 | $870,705.16[5] | $783,634.64 | $0.00 | $783,634.64 | $3,440.52 | $2,721.62[5] |
| **O'Melveny & Myers LLP ("OMM")** *Special Counsel to the Debtors* | 6/14/2023 Docket No. 2194 | $190,143.30 | $183,154.30[6] | $164,838.87 | $0.00 | $164,838.87 | $796.87 | $796.87 |

---

[2] Total fees to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[3] Expenses to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[4] Pursuant to informal discussions with David M. Klauder, Esquire, the court appointed Fee Examiner in these cases (the "Fee Examiner"), Skadden has agreed to voluntarily reduce its fees sought in the amount of $54,000.

[5] Pursuant to informal discussions with the Fee Examiner, the Togut Firm has agreed to voluntarily reduce its fees sought in the amount of $3,593.84 and expenses in the amount of $1,168.90, for an aggregate reduction of fees and expenses in the amount of $4,762.74.

[6] Pursuant to informal discussions with the Fee Examiner, OMM has agreed to voluntarily reduce its fees sought in the amount of $6,989.

Case No. 22-22549 (JLG)      CURRENT INTERIM FEE PERIOD     Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **A&L Goodbody LLP ("A&L")** *Special Counsel to the Debtors* | 6/14/2023 Docket No. 2210 | $1,874,092.21 | $1,863,347.76[7] | $1,677,012.98 | $0.00 | $1,677,012.98 | $150,255.12 | $150,255.12 |
| **KPMG LLP ("KPMG")** *Tax Compliance and Tax Consulting Services for the Debtors* | 6/14/2023 Docket No. 2200 | $174,785.24 | $174,785.24 | $157,306.72 | $0.00 | $157,306.72 | $0.00 | $0.00 |
| **PJT Partners LP ("PJT")** *Investment Banker for the Debtors* | 6/14/2023 Docket No. 2201 | $1,000,000.00 | $1,000,000.00 | $900,000.00 | $0.00 | $900,000.00 | $1,719.34 | $1,719.34 |
| **Alvarez & Marsal North America ("A&M")** *Financial Advisors for the Debtors* | 6/14/2023 Docket No. 2198 | $5,420,133.50 | $5,375,133.50[8] | $4,837,620.15 | $0.00 | $4,837,620.15 | $17,414.85 | $17,059.82[8] |

---

[7] Pursuant to informal discussions with the Fee Examiner, A&L has agreed to voluntarily reduce its fees sought in the amount of $10,744.45.

[8] Pursuant to informal discussions with the Fee Examiner, A&M has agreed to voluntarily reduce its fees sought in the amount of $45,000 and expenses in the amount of $355.03 for an aggregate reduction of fees and expenses in the amount of $45,355.03.

2

Case No. 22-22549 (JLG)  **CURRENT INTERIM FEE PERIOD**  Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)² | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period³ |
|---|---|---|---|---|---|---|---|---|
| **PricewaterhouseCoopers LLP ("PwC")** *Audit and Tax Services for the Debtors* | 6/14/2023 Docket No. 2206 | $3,452,493.60 | $3,452,493.60 | $3,107,244.24 | $0.00 | $3,107,244.24 | $9,038.20 | $9,038.20 |
| **PricewaterhouseCoopers Ireland ("PwC Ireland")** *Audit Services for the Debtors* | 6/14/2023 Docket No. 2202 | $233,474.09 | $233,474.09 | $210,126.68 | $0.00 | $210,126.68 | $0.00 | $0.00 |
| **SolomonEdwardsGroup, LLC ("SEG")** *Bankruptcy Accounting Consultant for the Debtors* | 6/14/2023 Docket No. 2203 | $414,295.00 | $414,295.00 | $372,865.50 | $0.00 | $372,865.50 | $0.00 | $0.00 |
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")** *Counsel to the Official Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2208 | $8,912,544.00 | $8,912,544.00 | $8,021,289.60 | $0.00 | $8,021,289.60 | $167,933.43 | $167,259.96⁹ |
| **Lowenstein Sandler** *Special Counsel to the Official Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2212 | $32,624.50 | $32,624.50 | $29,362.05 | $0.00 | $29,362.05 | $0.00 | $0.00 |

---

[9] Pursuant to informal discussions with the Fee Examiner, Kramer has agreed to voluntarily reduce its expenses sought in the amount of $673.47.

3

Case No. 22-22549 (JLG)     CURRENT INTERIM FEE PERIOD     Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Lazard Frères & Co. LLC ("Lazard")** *Investment Banker to the Official Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2209 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $64,721.35 | $64,198.80[10] |
| **Dundon Advisers LLC ("Dundon")** *Co-Financial Advisor to the Official Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2185 | $599,095.50 | $593,095.50[11] | $533,785.95 | $0.00 | $533,785.95 | $0.00 | $0.00 |
| **Berkeley Research Group LLC ("Berkeley")** *Co-Financial Advisor to The Official Committee of Unsecured Creditors* | 3/15/2023 Docket No. 1474 | $4,163,285.00 | $4,145,452.00[12] | $3,730,906.80 | $0.00 | $3,730,906.80 | $524.94 | $524.94 |

---

[10] Pursuant to informal discussions with the Fee Examiner, Lazard has agreed to voluntarily reduce its expenses sought in the amount of $522.55.

[11] Pursuant to informal discussions with the Fee Examiner, Dundon has agreed to voluntarily reduce its fees sought in the amount of $6,000.

[12] Pursuant to informal discussions with the Fee Examiner, Berkeley has agreed to voluntarily reduce its fees sought in their first interim application in the amount of $17,833.

Case No. 22-22549 (JLG)     CURRENT INTERIM FEE PERIOD     Schedule "A"
Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Berkeley Research Group LLC ("Berkeley")** *Co-Financial Advisor to The Official Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2183 | $3,168,259.00 | $3,150,759.00[13] | $2,835,683.10 | $0.00 | $2,835,683.10 | $160.00 | $160.00 |
| **Grant Thornton LLP ("Grant")** *Tax Advisor to The Official Committee of Unsecured Creditors* | 5/11/2023 Docket No. 1898 | $317,259.25 | $314,585.95[14] | $283,127.36 | $0.00 | $283,127.36 | $11,052.00 | $11,052.00 |
| **Cooley LLP "(Cooley")** *Lead Counsel to the Official Committee of Opioid Claimants* | 6/14/2023 Docket No. 2221 | $2,985,730.00 | $2,948,551.30[15] | $2,653,696.17 | $0.00 | $2,653,696.17 | $32,894.74 | $32,894.74 |

---

[13] Pursuant to informal discussions with the Fee Examiner, Berkeley has agreed to voluntarily reduce its fees sought in their second interim application in the amount of $17,500.

[14] Pursuant to informal discussions with the Fee Examiner, Grant has agreed to voluntarily reduce its fees sought in the amount of $2,673.30.

[15] Pursuant to informal discussions with the Fee Examiner, Cooley has agreed to voluntarily reduce its fees sought in the amount of $37,178.30.

Case No. 22-22549 (JLG)  **CURRENT INTERIM FEE PERIOD**  Schedule "A"
Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")** *Special Counsel to the Official Committee of Opioid Claimants* | 6/14/2023 Docket No. 2216 | $6,274,946.50 | $6,217,158.30[16] | $5,595,442.47 | $0.00 | $5,595,442.47 | $112,745.09 | $112,414.77[16] |
| **Maples & Calder (Ireland) LLP** *Special Foreign Counsel to the Official Committee of Opioid Claimants* | 6/16/2023 Docket No. 2234 | $210,369.00 | $210,369.00 | $189,332.10 | $0.00 | $189,332.10 | $69,724.70 | $69,724.70 |
| **Jefferies LLC ("Jefferies")** *Investment Banker for the Official Committee of Opioid Claimants* | 6/14/2023 Docket No. 2218 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $38,866.00 | $38,866.00 |

---

[16] Pursuant to informal discussions with the Fee Examiner, Akin has agreed to voluntarily reduce its fees sought in the amount of $57,788.20 and expenses in the amount of $330.32, for an aggregate reduction of fees and expenses in the amount of $58,118.52.

6

Case No. 22-22549 (JLG)     CURRENT INTERIM FEE PERIOD     Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Province, LLC ("Province")** *Financial Advisor to the Official Committee of Opioid Claimants* | 6/14/2023 Docket No. 2217 | $3,590,469.50 | $3,580,267.30[17] | $3,222,240.57 | $0.00 | $3,222,240.57 | $12,353.63 | $12,353.63 |
| **Roger Frankel ("FCR")** *Future Claimants' Representative* | 6/14/2023 Docket No. 2184 | $547,560.00 | $547,560.00 | $492,804.00 | $0.00 | $492,804.00 | $1,498.00 | $1,498.00 |
| **Frankel Wyron LLP ("Frankel")** *Counsel to the Future Claimants' Representative* | 6/14/2023 Docket No. 2186 | $252,618.75 | $252,618.75 | $227,356.88 | $0.00 | $227,356.88 | $908.00 | $908.00 |
| **Young Conaway Stargatt & Taylor, LLP ("YCST")** *Counsel to the Future Claimants' Representative* | 6/14/2023 Docket No. 2187 | $2,656,716.00 | $2,643,230.50[18] | $2,378,907.45 | $0.00 | $2,378,907.45 | $22,112.43 | $22,112.43 |

---

[17] Pursuant to informal discussions with the Fee Examiner, Province has agreed to voluntarily reduce its fees sought in the amount of $10,202.20.

[18] Pursuant to informal discussions with the Fee Examiner, YCST has agreed to voluntarily reduce its fees sought in the amount of $13,485.50.

**Case No. 22-22549 (JLG)**  CURRENT INTERIM FEE PERIOD  Schedule "A"
Various Dates through April 30, 2023 (Second Interim Fee Period)

**Case Name:** *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Gilbert LLP ("Gilbert")**  *Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* | 6/14/2023 Docket No. 2190 | $757,523.00 | $747,707.05[19] | $672,936.35 | $0.00 | $672,936.35 | $280.00 | $280.00 |
| **NERA Economic Consulting ("NERA")**  *Economic Consulting Consultant to the Future Claimants' Representative* | 6/14/2023 Docket No. 2188 | $568,879.50 | $568,879.50 | $511,991.55 | $0.00 | $511,991.55 | $13,212.00 | $13,212.00 |
| **Ducera Partners LLC ("Ducera")**  *Investment Banker to the Future Claimants' Representative* | 6/14/2023 Docket No. 2189 | $500,000.00 | $500,000.00 | $450,000.00 | $0.00 | $450,000.00 | $15,277.50 | $15,277.50 |

---

[19] Pursuant to informal discussions with the Fee Examiner, Gilbert has agreed to voluntarily reduce its fees sought in the amount of $9,815.95.

| Case No. 22-22549 (JLG) | | CURRENT INTERIM FEE PERIOD | | | | | | Schedule "A" |
|---|---|---|---|---|---|---|---|---|
| Case Name: *Endo International plc, et al.,* | | Various Dates through April 30, 2023 (Second Interim Fee Period) | | | | | | |

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Pillsbury Winthrop Shaw Pittman LLP "(Pillsbury Winthrop")** *Counsel to the Multi-State Endo Executive Committee* | 6/14/2023 Docket No. 2205 | $815,055.75 | $814,023.55[20] | $732,621.20 | $0.00 | $732,621.20 | $3,574.42 | $3,574.42 |
| **Houlihan Lokey Capital Inc. ("Houlihan Lokey")** *Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* | 6/14/2023 Docket No. 2207 | $900,000.00 | $900,000.00 | $810,000.00 | $0.00 | $810,000.00 | $49.50 | $49.50 |
| **Bielli & Klauder, LLC ("B&K")** *Counsel to the Fee Examiner, David M. Klauder, Esq.* | 6/14/2023 Docket No. 2197 | $160,000.00 | $160,000.00 | $144,000.00 | $0.00 | $144,000.00 | $0.00 | $0.00 |

---

[20] Pursuant to informal discussions with the Fee Examiner, Pillsbury Winthrop has agreed to voluntarily reduce its fees sought in the amount of $1,032.20.

9

Case No. 22-22549 (JLG)          CURRENT INTERIM FEE PERIOD          Schedule "A"

Various Dates through April 30, 2023 (Second Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Perkins Coie LLP ("Perkins")** *Tier 1A OCP Professional* | 6/14/2023 7/17/2023 Docket Nos. 2222, 2453 | $1,719,308.70 | $1,716,941.10[21] | $1,500,000.00[22] | $0.00 | $1,500,000.00 | $0.00 | $0.00 |
| **Womble Bond Dickinson (US) LLP ("Womble Bond")** *Tier 1A OCP Professional* | 6/14/2023 Docket No. 2220 | $789,679.00 | $789,679.00 | $789,679.00[23] | $0.00 | $789,679.00 | $0.00 | $0.00 |
| **Shardul Amarchand Mangaldas & Co., ("Shardul")** *Tier 1 OCP Professional* | 6/14/2023 Docket No. 2219 | $490,992.78 | $490,992.78 | $490,992.78[23] | $0.00 | $490,992.78 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED: 10/3/2023**          **INITIALS: JLG USBJ**

---

[21] Pursuant to informal discussions with the Fee Examiner, the Perkins firm agreed to a voluntary reduction in fees sought in the amount of $2,367.60.

[22] Fees to be paid represents fees that are below Perkins' Tier 1A OCP Case Cap of $2,700,000.00 pursuant to Notice of Tier Change Professionals Utilized in the Ordinary Course of Business [Docket No. 2175].