**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No.: 22-22549 (JLG) |
| **ENDO INTERNATIONAL plc.,** *et al.*, | |
| **Debtors.**[1] | Jointly Administered |

### THIRD ORDER (I) GRANTING INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023

Upon consideration of the: (i) *Third Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From May 1, 2023 Through and Including August 31, 2023* [Docket No. 3031]; (ii) *Third Application of Togut, Segal & Segal LLP, Co-Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through and Including August 31, 2023* [Docket No. 3045]; (iii) *Third Interim Application of O'Melveny & Myers LLP, as Special Counsel for the Debtors for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through and Including August 31, 2023* [Docket No. 2995]; (iv) *Third Application of A&L Goodbody LLP as Special Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

*for Reimbursement of Actual and Necessary Expenses Incurred From April 1, 2023 Through and Including July 31, 2023* [Docket No. 3065]; (v) *Third Interim Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Fixed and Hourly Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2023 Through and Including July 31, 2023* [Docket No. 3035]; (vi) *Third Application of PJT Partners LP, Investment Banker for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through August 31, 2023* [Docket No. 3036]; (vii) *Third Application of Alvarez & Marsal North America, LLC as Financial Advisors  for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through and Including August 31, 2023* [Docket No. 3033]; (viii) *Third Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors, for Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through August 31, 2023* [Docket No. 3037];  (ix) *First Application of Ernst & Young LLP as Tax, Valuation and Consulting Services Provider for Interim Allowance of Hourly and Fixed Fee Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through August 31, 2023* [Docket No. 3034];   (x) *Third Application of SolomonEdwardsGroup, LLC, as Bankruptcy Accounting Consultant for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through August 27, 2023* [Docket No.3038];  (xi) *First Interim Application of Latham & Watkins LLP for*

*Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Individual Members of the Parent Board for the Period From January 16, 2023 Through August 31, 2023* [Docket No. 3026]; (xii) *First Interim Fee Application of Kroll Restructuring Administration LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period From August 16, 2022 Through August 31, 2023* [Docket No. 3032];  (xiii) *Third Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of  Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From May 1, 2023 Through August 31, 2023*  [Docket No. 3062];  (xiv) *Third Interim Fee Application of Lazard Frères & Co. LLC, Investment Banker to the Committee for the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3066];  (xv) *Third Interim Application of Dundon Advisers LLC as Co-Financial Advisor to The Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2023 Through and Including August 31, 2023* [Docket No. 3053];  (xvi)  *Third Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Financial Advisor to the Official Committee of Unsecured Creditors During the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3050];  (xvii) *Third Interim Application of Cooley LLP, Lead Counsel to the Official Committee of Opioid Claimants of Endo International plc, et al., for Compensation and Reimbursement of Expenses for the Interim Period of May 1, 2023 Through August 31, 2023* [Docket No. 3055];  (xviii) *Third Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo International plc, et al., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses*

3

*Incurred for the Period of May 1, 2023 Through and Including August 31, 2023* [Docket No.

3054]; (xix) *Third Interim Fee Application of Jefferies LLC for Allowance of Compensation

Earned and Reimbursement of Expenses Incurred as Investment Banker for the Official

Committee of Opioid Claimants for the Period From May 1, 2023 Through and Including August

31, 2023* [Docket No. 3056]; (xx) *Second Application of Maples and Calder (Ireland) LLP as

Special Foreign Counsel to the Official Committee of Opioid Claimants, for Interim Allowance

of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual

and Necessary Expenses Incurred From May 1, 2023 Through August 31, 2023s* [Docket No.

3057]; (xxi) *Third Interim Application of Province, LLC, Financial Advisor to the Official

Committee of Opioid Claimants of Endo International plc, et al., for Compensation and

Reimbursement of Expenses for the Interim Period of May 1, 2023 Through August 31, 2023*

[Docket No. 3059]; (xxii) *Third Interim Application of Roger Frankel for Interim Allowance of

Compensation for Professional Services Rendered and for Reimbursement of Actual and

Necessary Expenses Incurred as the Legal Representative for Future Claimants for the Period

From May 1, 2023 Through August 31, 2023* [Docket No. 3040]; (xxiii) *Third Interim

Application of Frankel Wyron LLP for Interim Allowance of Compensation for Professional

Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as

Counsel to the Legal Representative for Future Claimants for the Period From May 1, 2023

Through August 31, 2023* [Docket No. 3041]; (xxiv) *Third Interim Application of Young

Conaway Stargatt & Taylor, LLP for Interim Allowance of Compensation for Professional

Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as

Counsel to the Legal Representative for Future Claimants for the Period From May 1, 2023

Through August 31, 2023* [Docket No. 3042]; (xxv) *Gilbert LLP's Second Application for*

*Services Rendered and Expenses Incurred as Special Insurance Counsel to Roger Frankel, the Legal Representative for Future Claimants, and the Official Committee of Unsecured Creditors for the Interim Period May 1, 2023 Through August 31, 2023* [Docket No. 3046]; (xxvi) *Third Interim Application of NERA Economic Consulting for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Consultant to the Legal Representative for Future Claimants for the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3043]; (xxvii) *Third Interim Application of Ducera Partners LLC for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Legal Representative for Future Claimants for the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3044]; (xxviii) *Second Interim Fee Application of Pillsbury Winthrop Shaw Pittman LLP, Counsel to the Multi-State Endo Executive Committee, for the Payment of Compensation and Reimbursement of Expenses for the Period From May 1, 2023 Through and Including August 31, 2023* [Docket No. 3063]; (xxix) *Second Interim Fee Application of Houlihan Lokey, Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3039]; (xxx) *Second Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Fee Examiner, David M. Klauder, Esquire, for the Period From May 1, 2023 Through August 31, 2023* [Docket No. 3003]*;* and (xxxi) *First Interim Application for Compensation and Reimbursement of Expenses of Elise S. Frejka, Consumer Privacy Ombudsman, for the Period April 5, 2023 Through October 31, 2023* [Docket No. 3086], (collectively the "<u>Applications</u>" submitted by the "<u>Professionals</u>") for

professional services rendered and expenses incurred; and notice of the Applications having

been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the

*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Retained Professionals* entered on October 3, 2022 [Docket No. 326]; and a hearing to consider

the Applications having been held before this Court on December 21, 2023; and after due

deliberation and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications, as well as the holdback releases requested in

the Applications, are granted to the extent set forth in the attached Schedule "A" on an Interim

basis. The Debtors are authorized and directed to remit to each of the Professionals the allowed

amounts to which such Professional is entitled, as set forth in Schedule "A", to the extent not

previously paid. The terms and conditions of this Order shall be immediately effective and

enforceable upon entry of this Order, and the Court shall retain jurisdiction with respect to any

matters, claims, rights, or disputes arising from or related to the implementation of this Order.

Dated:  December 22, 2023
        New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

Case No. 22-22549 (JLG)  **CURRENT INTERIM FEE PERIOD**  Schedule "A"
**Various Dates through August 31, 2023 (Third Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid<br>for Current Fee<br>Period (90%)[2] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")**<br><br>*Counsel to the Debtors* | 10/13/2023<br>Docket No.<br>3031 | $20,719,368.53 | $20,666,368.53[4] | $18,599,731.68 | $0.00 | $18,599,731.68 | $147,998.80 | $147,498.80[4] |
| **Togut, Segal & Segal LLP ("Togut Firm")**<br><br>*Co-Counsel to the Debtors* | 10/16/2023<br>Docket No.<br>3045 | $906,090.00 | $901,724.48[5] | $811,552.03 | $0.00 | $811,552.03 | $2,184.90 | $2,184.90 |
| **O'Melveny & Myers LLP ("OMM")**<br><br>*Special Counsel to the Debtors* | 10/6/2023<br>Docket No.<br>2995 | $307,120.70 | $296,633.06[6] | $266,969.75 | $0.00 | $266,969.75 | $66,351.80 | $66,351.80 |

---

[2] Total fees to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[3] Expenses to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[4] Pursuant to informal discussions with David M. Klauder, Esquire, the court appointed Fee Examiner in these cases (the "<u>Fee Examiner</u>"), Skadden has agreed to voluntarily reduce its fees sought in the amount of $53,000 and expenses in the amount of $500, for an aggregate reduction of fees and expenses in the amount of $53,500.

[5] Pursuant to informal discussions with the Fee Examiner, the Togut Firm has agreed to voluntarily reduce its fees sought in the amount of $4,365.52.

[6] Pursuant to informal discussions with the Fee Examiner, OMM has agreed to voluntarily reduce its fees sought in the amount of $10,487.64.

Case No. 22-22549 (JLG)                 **CURRENT INTERIM FEE PERIOD**                          Schedule "A"
**Various Dates through August 31, 2023 (Third Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid<br>for Current Fee<br>Period (90%)[2] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[3] |
|---|---|---|---|---|---|---|---|---|
| **A&L Goodbody LLP ("A&L")**<br><br>*Special Counsel to the Debtors* | 10/16/2023<br>Docket No.<br>3065 | $1,582,659.52 | $1,577,766.71[7] | $1,419,990.04 | $0.00 | $1,419,990.04 | $22,396.53 | $22,396.53 |
| **KPMG LLP ("KPMG")**<br><br>*Tax Compliance and Tax Consulting Services for the Debtors* | 10/16/2023<br>Docket No.<br>3035 | $344,865.40 | $344,865.40 | $310,378.86 | $0.00 | $310,378.86 | $0.00 | $0.00 |
| **PJT Partners LP ("PJT")**<br><br>*Investment Banker for the Debtors* | 10/16/2023<br>Docket No.<br>3036 | $1,000,000.00 | $1,000,000.00 | $900,000.00 | $0.00 | $900,000.00 | $1,474.12 | $1,474.12 |
| **Alvarez & Marsal North America ("A&M")**<br><br>*Financial Advisors for the Debtors* | 10/16/2023<br>Docket No.<br>3033 | $4,297,450.00 | $4,297,450.00 | $3,867,705.00 | $0.00 | $3,867,705.00 | $3,935.12 | $3,935.12 |
| **PricewaterhouseCoopers LLP ("PwC")**<br><br>*Audit and Tax Services for the Debtors* | 10/16/2023<br>Docket No.<br>3037 | $2,763,407.60 | $2,763,407.60 | $2,487,066.84 | $0.00 | $2,487,066.84 | $31,806.89 | $29,166.48[8] |

---

[7] Pursuant to informal discussions with the Fee Examiner, A&L has agreed to voluntarily reduce its fees sought in the amount of $4,892.81 (€4,480).

[8] Pursuant to informal discussions with the Fee Examiner, PwC has agreed to voluntarily reduce its expenses sought in the amount of $2,640.41.

Case No. 22-22549 (JLG)                         CURRENT INTERIM FEE PERIOD                         Schedule "A"
                                    Various Dates through August 31, 2023 (Third Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Ernst & Young ("E&Y")**<br><br>*Tax Services for the Debtors* | 10/16/2023 Docket No. 3034 | $789,901.50 | $789,901.50 | $710,911.35 | $0.00 | $710,911.35 | $2,780.00 | $2,780.00 |
| **SolomonEdwardsGroup, LLC ("SEG")**<br><br>*Bankruptcy Accounting Consultant for the Debtors* | 10/16/2023 Docket No. 3038 | $483,188.75 | $474,667.75[9] | $427,200.98 | $0.00 | $427,200.98 | $0.00 | $0.00 |
| **Latham & Watkins LLP ("Latham")**<br><br>*Special Counsel to The Individual Members of the Parent Board* | 10/16/2023 Docket No. 3026 | $569,301.30 | $559,301.30[10] | $503,371.17 | $0.00 | $503,371.17 | $0.00 | $0.00 |
| **Kroll Restructuring Administration LLC**<br><br>*Administrative Advisor to the Debtors* | 10/16/2023 Docket No. 3032 | $48,457.44 | $48,457.44 | $43,611.70 | $0.00 | $43,611.70 | $0.00 | $0.00 |

[9] Pursuant to informal discussions with the Fee Examiner, SEG has agreed to voluntarily reduce its fees sought in the amount of $8,521.

[10] Pursuant to informal discussions with the Fee Examiner, Latham has agreed to voluntarily reduce its fees sought in the amount of $10,000.

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"
Various Dates through August 31, 2023 (Third Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")**<br><br>*Counsel to the Official Committee of Unsecured Creditors* | 10/16/2023 Docket No. 3062 | $5,227,092.00 | $5,205,508.50[11] | $4,684,957.65 | $0.00 | $4,684,957.65 | $110,803.53 | $110,258.22[11] |
| **Lazard Frères & Co. LLC ("Lazard")**<br><br>*Investment Banker to the Official Committee of Unsecured Creditors* | 10/16/2023 Docket No. 3066 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $3,473.84 | $3,448.84[12] |
| **Dundon Advisers LLC ("Dundon")**<br><br>*Co-Financial Advisor to the Official Committee of Unsecured Creditors* | 10/16/2023 Docket No. 3053 | $362,316.00 | $358,292.00[13] | $322,462.80 | $0.00 | $322,462.80 | $0.00 | $0.00 |

---

[11] Pursuant to informal discussions with the Fee Examiner, Kramer has agreed to voluntarily reduce its fees sought in the amount of $21,583.50 and expenses sought in the amount of $545.31 for an aggregate reduction in the amount of $22,128.81.

[12] Pursuant to informal discussions with the Fee Examiner, Lazard has agreed to voluntarily reduce its expenses sought in the amount of $25.

[13] Pursuant to informal discussions with the Fee Examiner, Dundon has agreed to voluntarily reduce its fees sought in the amount of $4,024.

Case No. 22-22549 (JLG)     **CURRENT INTERIM FEE PERIOD**     Schedule "A"
**Various Dates through August 31, 2023 (Third Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Berkeley Research Group LLC ("Berkeley")** *Co-Financial Advisor to The Official Committee of Unsecured Creditors* | 10/16/2023 Docket No. 3050 | $1,316,017.00 | $1,308,517.00[14] | $1,177,665.30 | $0.00 | $1,177,665.30 | $71.75 | $71.75 |
| **Cooley LLP "(Cooley)"** *Lead Counsel to the Official Committee of Opioid Claimants* | 10/16/2023 Docket No. 3055 | $1,006,092.00 | $1,006,092.00 | $905,482.80 | $0.00 | $905,482.80 | $6,752.19 | $6,752.19 |
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")** *Special Counsel to the Official Committee of Opioid Claimants* | 10/16/2023 Docket No. 3054 | $5,083,234.00 | $5,058,542.70[15] | $4,552,688.43 | $0.00 | $4,552,688.43 | $39,605.01 | $39,605.01 |

[14] Pursuant to informal discussions with the Fee Examiner, Berkeley has agreed to voluntarily reduce its fees sought in their third interim application in the amount of $7,500.

[15] Pursuant to informal discussions with the Fee Examiner, Akin has agreed to voluntarily reduce its fees sought in the amount of $24,691.30.

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"
Various Dates through August 31, 2023 (Third Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Jefferies LLC ("Jefferies")**<br><br>*Investment Banker for the Official Committee of Opioid Claimants* | 10/16/2023 Docket No. 3056 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $55,979.88 | $55,979.88 |
| **Maples & Calder (Ireland) LLP ("Maples")**<br><br>*Special Foreign Counsel to the Official Committee of Opioid Claimants* | 10/16/2023 Docket No. 3057 | $50,554.60 | $50,274.22[16] | $45,246.80 | $0.00 | $45,246.80 | $19,751.00 | $19,751.00 |
| **Province, LLC ("Province")**<br><br>*Financial Advisor to the Official Committee of Opioid Claimants* | 10/16/2023 Docket No. 3059 | $1,675,665.00 | $1,675,665.00 | $1,508,098.50 | $0.00 | $1,508,098.50 | $8,536.51 | $8,536.51 |
| **Roger Frankel ("FCR")**<br><br>*Future Claimants' Representative* | 10/16/2023 Docket No. 3040 | $534,885.00 | $534,885.00 | $481,396.50 | $0.00 | $481,396.50 | $1,006.69 | $1,006.69 |

[16] Pursuant to informal discussions with the Fee Examiner, the Maples firm has agreed to voluntarily reduce its fees sought in the amount of $230.38.

Case No. 22-22549 (JLG)

**CURRENT INTERIM FEE PERIOD**
**Various Dates through August 31, 2023 (Third Interim Fee Period)**

Schedule "A"

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid<br>for Current Fee<br>Period (90%)[2] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Frankel Wyron LLP ("Frankel")**<br><br>*Counsel to the Future Claimants' Representative* | 10/16/2023<br>Docket No.<br>3041 | $275,006.25 | $275,006.25 | $247,505.63 | $0.00 | $247,505.63 | $3,235.93 | $2,965.72[17] |
| **Young Conaway Stargatt & Taylor, LLP ("YCST")**<br><br>*Counsel to the Future Claimants' Representative* | 10/16/2023<br>Docket No.<br>3042 | $2,533,634.50 | $2,528,634.50[18] | $2,275,771.05 | $0.00 | $2,275,771.05 | $33,306.01 | $32,538.84[18] |
| **Gilbert LLP ("Gilbert")**<br><br>*Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* | 10/16/2023<br>Docket No.<br>3046 | $976,476.00 | $976,476.00 | $878,828.40 | $0.00 | $878,828.40 | $840.00 | $840.00 |
| **NERA Economic Consulting ("NERA")**<br><br>*Economic Consulting Consultant to the Future Claimants' Representative* | 10/16/2023<br>Docket No.<br>3043 | $589,240.50 | $589,240.50 | $530,316.45 | $0.00 | $530,316.45 | $6,900.00 | $6,900.00 |

[17] Pursuant to informal discussions with the Fee Examiner, Frankel has agreed to voluntarily reduce its expenses sought in the amount of $270.21.

[18] Pursuant to informal discussions with the Fee Examiner, YCST has agreed to voluntarily reduce its fees sought in the amount of $5,000 and expenses in the amount of 767.17, aggregating a total reduction in fees and expenses in the amount of $5,767.17.

Case No. 22-22549 (JLG)

**CURRENT INTERIM FEE PERIOD**
**Various Dates through August 31, 2023 (Third Interim Fee Period)**

Schedule "A"

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Ducera Partners LLC ("Ducera")**<br><br>*Investment Banker to the Future Claimants' Representative* | 10/16/2023 Docket No. 3044 | $500,000.00 | $500,000.00 | $450,000.00 | $0.00 | $450,000.00 | $0.00 | $0.00 |
| **Pillsbury Winthrop Shaw Pittman LLP "(Pillsbury Winthrop")**<br><br>*Counsel to the Multi-State Endo Executive Committee* | 10/16/2023 Docket No. 3063 | $719,540.10 | $717,122.10[19] | $645,409.89 | $0.00 | $645,409.89 | $2,116.99 | $2,116.99 |
| **Houlihan Lokey Capital Inc. ("Houlihan Lokey")**<br><br>*Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* | 10/16/2023 Docket No. 3039 | $900,000.00 | $900,000.00 | $810,000.00 | $0.00 | $810,000.00 | $88.62 | $88.62 |

---

[19] Pursuant to informal discussions with the Fee Examiner, Pillsbury Winthrop has agreed to voluntarily reduce its fees sought in the amount of $2,418.

Case No. 22-22549 (JLG)                    **CURRENT INTERIM FEE PERIOD**                    Schedule "A"
                              **Various Dates through August 31, 2023 (Third Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid<br>for Current Fee<br>Period (90%)[2] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[3] |
|---|---|---|---|---|---|---|---|---|
| **Bielli & Klauder, LLC ("B&K")**<br><br>*Counsel to the Fee Examiner, David M. Klauder, Esq.* | 10/10/2023<br>Docket No.<br>3003 | $160,000.00 | $160,000.00 | $144,000.00 | $0.00 | $144,000.00 | $0.00 | $0.00 |
| **Elise S. Frejka/Frejka PLLC ("Frejka")**<br><br>*As Consumer Privacy Ombudsman* | 10/31/2023<br>Docket No.<br>3086 | $28,812.50 | $28,812.50[20] | $28,812.50[20] | $0.00 | $28,812.50 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: 12/22/2023                    INITIALS: JLG USBJ

---

[20] The Ombudsman has ~~conferred~~ **confirmed [JLG]** with the Fee Examiner appointed in these Chapter 11 Cases that the Order Authorizing Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327 [Docket No. 989] is not applicable to this Application and therefore is not subject to the Fee Examiner's review or the holdbacks.