UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> ENDO INTERNATIONAL plc, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-22549 (JLG) <br><br> (Jointly Administered) <br><br> Related Docket No. 3823 |

**ORDER GRANTING DEBTORS' MOTION
FOR AN ORDER SHORTENING THE NOTICE
AND OBJECTION PERIODS WITH RESPECT TO
DEBTORS' MOTION FOR AN ORDER AUTHORIZING
ENDO INTERNATIONAL PLC TO ENTER INTO THE WORK LETTER**

Upon the motion (the "Motion to Shorten")[2] of the Debtors for entry of an order (i) shortening the notice period on the *Debtors' Motion For an Order Authorizing Endo International plc to Enter Into the Work Letter* (the "Motion") (ii) scheduling the hearing (the "Hearing") on the Motion for March 19, 2024, at 10:00 a.m. (prevailing Eastern Time) and (iii) setting the objection deadline for the Motion to March 15, 2024, at 4:00 p.m. (prevailing Eastern Time) and reply deadline for objections or responses to the Motion to March 18, 2024, at 12:00 p.m. (prevailing Eastern Time); and the Debtors having filed the Motion; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interests of the

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Dr, Malvern PA 19355.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Motion to Shorten.

Debtors, their estates, and all parties-in-interest; and it appearing that notice of the Motion to Shorten has been given as set forth therein and that such notice is adequate under the circumstances and no other or further notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation; it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion shall be heard by this Court at the Confirmation Hearing on March 19, 2024, at 10:00 a.m. (prevailing Eastern Time) before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, Courtroom 723, New York, New York 10004, on a hybrid basis, both "in-person" and "live" via Zoom for Government. Parties wishing to appear at the Confirmation Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/ecourt-appearances) no later than March 15, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to those parties who have made an electronic appearance.

3. Any objections or responses to the Motion must be served and filed with the Court (with three single-sided copies delivered to Chambers) in accordance with the Case Management Order[3] on or before March 15, 2024, at 4:00 p.m. (prevailing Eastern Time).

---

[3] The *Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures* [Docket No. 374].

1

4. Any replies to any objections or responses to the Motion must be served and filed with the Court (with three single-sided copies delivered to Chambers) in accordance with the Case Management Order on or before March 18, 2024, at 12:00 p.m. (prevailing Eastern Time).

5. As soon as practicable following the entry of this Order, the Debtors shall promptly serve this Order and, if not already served, the Motion to Shorten, and the Motion on all parties included on the Master Service List in accordance with the Case Management Order.

6. This Order shall be effective immediately.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 13, 2024
      New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE