SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Evan A. Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Abigail E. Davis
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5100
Fax: (713) 655-5200

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **ENDO INTERNATIONAL plc,** *et al.*, | Case No. 22-22549 (JLG) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HYBRID
HEARING ON MARCH 19, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time of Hearing: | **March 19, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004. |

| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, for the Southern District of New York, or (iii) on the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Endo; or by contacting Kroll directly at (877) 542-1878 (toll free for callers within the United States and Canada) and (929) 284-1688 (for international callers). |
|---|---|

## I. STATUS CONFERENCE

    A.    Status Conference

## II. UNCONTESTED MATTER

1. Debtors' Motion for an Order Authorizing Endo International plc to Enter into the Work Letter [Docket No. 3822]

    Response Deadline:    March 15, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:    None

    Related Documents:

    (a)    Debtors' Motion for an Order Shortening the Notice and Objection Periods with Respect to Debtors' Motion for an Order Authorizing Endo International plc to Enter into the Work Letter [Docket No. 3823]

    (b)    Order Granting Debtors' Motion for an Order Shortening the Notice and Objection Periods with Respect to Debtors' Motion for an Order Authorizing Endo International plc to Enter into the Work Letter [Docket No. 3824]

    Reply Deadline:    March 18, 2024 at 12:00 p.m. (prevailing Eastern Time)

    Replies:    None

    Status:  The hearing on this matter is going forward.

## III. CONTESTED MATTER

2. Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3849] and Disclosure Statement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Endo

2

International plc and its Affiliated Debtors [Docket No. 3554]

Related Documents:

(a) Disclosure Statement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3554]

(b) Notice of Filing of Plan Supplement [Docket No. 3687]

(c) Notice of Filing of Redline of Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3696]

(d) Notice of Filing of Agreements with United States Department of Justice [Docket No. 3756]

(e) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors and (II) Approving the Disclosure Statement with Respect Thereto [Docket No. 3800]

(f) Notice of Filing of Second Plan Supplement [Docket No. 3802]

(g) Order Establishing Procedures for Evidentiary Hearing on March 19, 2024, on Request for (A) Approval of Disclosure Statement on a Final Basis and (B) Confirmation of Third Amended Joint Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3806]

(h) Notice of Filing of Third Plan Supplement [Docket No. 3848]

(i) Notice of Filing of Redline of Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3850]

Response Deadline:    February 22, 2024 at 4:00 p.m. (prevailing Eastern Time)

Responses Received from Represented Parties:

(a) Limited Objection of United BioSource LLC and MarketShare Movers, LLC to Notice of Plan Assumption, or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 3621]

(b) Strides Pharma, Inc. and its Affiliates': (I) Amended Objection to the Cure Notice; (II) Objection to Confirmation of the Plan; (III) Reservation of Rights; and (IV) Notice of Opt-Out of Any Applicable Third-Party Releases [Docket No. 3622]

22-22549-jlg    Doc 3855    Filed 03/18/24    Entered 03/18/24 15:19:56    Main Document
Pg 4 of 9

(c)  Dechra Veterinary Products, LLC's Reservation of Rights to Object to Adequate Assurance of Future Performance and Demand for Adequate Assurance of Future Performance [Docket No. 3624]

(d)  Limited Objection and Reservation of Rights of Certain Thermo Fisher Entities to Notice of Plan Assumption, or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 3625]

(e)  Limited Objection and Reservation of Rights of Pfizer Entities to Debtors' Notice of Plan Assumption, or Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 3628]

(f)  Commonwealth of Pennsylvania, Department of Revenue's Limited Objection to the Second Amended Joint Plan of Reorganization of Endo International PLC and its Affiliated Debtors [Docket No. 3693]

(g)  AbbVie Inc. and Related Entities' Limited Objection to and Reservation of Rights Concerning Confirmation of Debtors Plan and the Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 3701]

(h)  Limited Objection and Reservation of Rights of Padagis Israel Pharmaceuticals Ltd. Regarding Plan Confirmation [Docket No. 3702]

(i)  Deborah Troyer's Objection to the Third Amended Joint Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3706]

(j)  Limited Objection and Reservation of Rights of Certain Thermo Fisher Entities to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, with Reservation of Rights, and Opt Out of Third Party Releases [Docket No. 3709]

(k)  Quebec Plaintiff Objection to the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3710]

(l)  Declaration of Betlehem L. Endale in Support of the Quebec Plaintiff's Objection to the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3711]

(m)  Lexington Insurance Company's Objection to (1) the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Dkt No. 3535] and (2) Disclosure Statement with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Dkt No. 3554] [Docket No. 3714]

(n)  Objection of the Chubb Companies to Third Amended Joint Chapter 11

4

Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3715]

(o) Pfizer Entities' Limited Objection, Reservation of Rights, and Opt Out of Third Party Releases with Respect to the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 3717]

(p) Certain Insurers' Limited Objection to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 3718]

(q) Objection of Liberty Mutual to Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors and Related Disclosure Statement [Docket No. 3722]

(r) Joint Reservation of Rights of Certain Canadian Distributors, Manufacturers and Pharmacies to the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3723]

(s) First Lien Collateral Trustee's Reservation of Rights to Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3745]

(t) Objection of the Hartford Fire Insurance Company, the Hartford Financial Services Group and their Related Affiliated Sureties to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3746]

Pro Se Responses Received:

(u) Saeed Alizadeh [Docket Nos. 3373, 3513 & 3730]
(v) Joe Sabatini [Docket No. 3374]
(w) Hardeep Gill [Docket Nos. 3375, 3514 & 3771]
(x) Miha Sikosek [Docket Nos. 3727 & 3731]
(y) Gavin Cotton [Docket No. 3376]
(z) Emmanuel Christian [Docket No. 3377]
(aa) Mark Gluck [Docket No. 3380]
(bb) Adam Catone [Docket No. 3381]
(cc) Shoeil Sepidehdam [Docket No. 3382]
(dd) Paul Stewart [Docket Nos. 3383 & 3507]
(ee) Angel Waddell [Docket Nos. 3384 & 3511]
(ff) Vincent Capodanno [Docket No. 3385]
(gg) Daniel Baumgartner [Docket No. 3386]
(hh) Sandor Buczko [Docket Nos. 3387 & 3521]
(ii) Theodore Kidwell [Docket Nos. 3388 & 3740]
(jj) David Kim [Docket No. 3389]
(kk) Christopher Wells [Docket No. 3390]
(ll) Coby Lake [Docket No. 3494]
(mm) William Traenkle [Docket No. 3495]

5

(nn) Miha Sikosek [Docket Nos. 3496 & 3516]
(oo) Richard Maddox [Docket No. 3497]
(pp) Valerie Troup [Docket No. 3498]
(qq) Sandy Kamar [Docket No. 3505]
(rr) Marko Ramzi [Docket No. 3506]
(ss) Lukas Novak [Docket No. 3508]
(tt) Sohil Sepidehdam [Docket No. 3509]
(uu) Richard Burnham [Docket No. 3510]
(vv) Matic Slapar [Docket No. 3512]
(ww) Jordan Barnes [Docket Nos. 3515 & 3813]
(xx) Jeffrey A. Mainka [Docket Nos. 3517, 3729 & 3738]
(yy) Gregory T. Goldstein [Docket No. 3518]
(zz) Mark Leiner [Docket No. 3519]
(aaa) Andras Kertesz [Docket Nos. 3520 & 3733]
(bbb) Mercedes de Arana Hyman [Docket No. 3732]
(ccc) Robert Joyce [Docket No. 3734]
(ddd) Ziga Hribar [Docket No. 3735]
(eee) Peter Zupan [Docket No. 3736]
(fff) Ibrahim Arain [Docket Nos. 3737, 3815 & 3834]
(ggg) Shannon Steiner [Docket No. 3739]
(hhh) Emanuel E. Sewell [Docket No. 3777]
(iii) Emily Walden [Docket No. 3778]
(jjj) Maria Ecke [Docket No. 3779]
(kkk) Dinesh Shah [Docket Nos. 3784 and 3852]
(lll) Ebralidze David [Docket No. 3833]
(mmm) Laura Gwen [Docket No. 3678]

Reply Deadline:     March 7, 2024 at 12:00 p.m. (prevailing Eastern Time)

Replies:

(a) Statement of the Official Committee of Opioid Claimants in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International Plc and its Affiliated Debtors and in Response to Certain Objections Thereto [Docket No. 3785]

(b) Debtors' Memorandum of Law (I) in Support of (A) Approval of Disclosure Statement on a Final Basis and (B) Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto [Docket No. 3787]

(c) Statement of Ad Hoc First Lien Group in Support of (A) Approval of Disclosure Statement on a Final Basis, (B) Confirmation of Third Amended Joint Chapter 11 Plan of Reorganization of Endo International PLC and its Affiliated Debtors, and (C) Approval of the Rights Offering Motion [Docket No. 3789]

6

(d)     The Official Committee of Unsecured Creditors' Reply in Support of Confirmation of the Third Amended Joint Chapter 11 Plan and Omnibus Response to Objections Thereto [Docket No. 3796]

(e)     The Multi-State Endo Executive Committee's Statement in Support of Confirmation of the Debtors' Chapter 11 Plan [Docket No. 3798]

Declarations in Support of Confirmation of Plan:

(f)     Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Opioid Claimants in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International Plc and its Affiliated Debtors and in Response to Certain Objections Thereto [Docket No. 3786]

(g)     Declaration of Mark G. Barberio in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3790]

(h)     Declaration of Ray Dombrowski in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3791]

(i)     Declaration of Christopher J. Kearns in Support of Confirmation of the Plan of Reorganization [Docket No. 3792]

(j)     Declaration of Mark Buschmann in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3793]

(k)     Declaration of the Future Claimants' Representative in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 3794]

(l)     Declaration of Mark Bradley in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3795]

(m)     Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors [Docket No. 3799]

Witness Lists:

(a)     Debtors' Witness List in Connection With March 19, 2024 Hearing [Docket No. 3845]

7

(b)     Official Committee of Unsecured Creditors' Final Witness List in Connection with the Confirmation Hearing [Docket No. 3839]

(c)     The Official Committee of Opioid Claimants' Witness List in Connection with March 19, 2024 Hearing [Docket No. 3843]

(d)     Future Claimants' Representative's Preliminary Witness List in Connection with March 19, 2024 Hearing to Confirm the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 3830]

(e)     Ad Hoc First Lien Group's Witness List in Connection with the Confirmation Hearing [Docket No. 3842]

<u>Status</u>:  The hearing on this matter is going forward.


**[ *REMAINDER OF PAGE INTENTIONALLY LEFT BLANK* ]**

Dated: March 18, 2024
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Paul D. Leake*
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Evan A. Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Abigail E. Davis
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5100
Fax: (713) 655-5200

*Counsel to the Debtors and Debtors in Possession*

9