**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re* | Chapter 11 |
|  | Case No.: 22-22549 (JLG) |
| **ENDO INTERNATIONAL plc.,** *et al.,* |  |
| **Debtors.**[1] | (Jointly Administered) |

**FOURTH ORDER (I) GRANTING INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023**

Upon consideration of the:  (i) *Fourth Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3672];  (ii*) Fourth Application of Togut, Segal & Segal LLP, Co-Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3654]; (iii) *Fourth Interim Application of O'Melveny & Myers LLP, as Special Counsel for the Debtors for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3620]; (iv) *Fourth Application of A&L Goodbody LLP as Special Counsel for the Debtors, for Interim Allowance of Hourly Compensation for*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

*Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 1, 2023 Through and Including December 31, 2023* [Docket No. 3650]; (v) *Fourth Interim Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Fixed and Hourly Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From August 1, 2023 Through and Including November 30, 2023* [Docket No. 3647]; (vi) *Fourth Application of PJT Partners LP, Investment Banker for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through December 31, 2023* [Docket No. 3651]; (vii) *Fourth Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3646]; (viii) *Fourth Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors, for Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through December 31, 2023* [Docket No. 3648]; (ix) *Second Application of PricewaterhouseCoopers LLP (Ireland), as Audit and Tax Services Provider for the Debtors, for Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From December 1, 2022 Through October 31, 2023* [Docket No. 3669]; (x) *Fourth Application of SolomonEdwardsGroup, LLC, as Bankruptcy Accounting Consultant for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From*

2

*August 28, 2023 Through December 31, 2023* [Docket No. 3649];  (xi) *Third Interim Application*

*of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses*

*Incurred as Special Counsel to the Individual Members of the Parent Board for the Period From*

*September 1, 2023 Through December 31, 2023* [Docket No. 3712]; (xii) *Third Interim Fee*

*Application of Kroll Restructuring Administration LLC, as Administrative Advisor to the*

*Debtors, for Services Rendered and Reimbursement of Expenses for the Period From September*

*1, 2023 Through December 31, 2023* [Docket No. 3645];  (xiii) *Fourth Application of Kramer*

*Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for*

*Interim Allowance of  Compensation for Professional Services Rendered and for Reimbursement*

*of Actual and Necessary Expenses Incurred From September 1, 2023 Through December 31,*

*2023*  [Docket No. 3676];  (xiv) *Fourth Interim Fee Application of Lazard Frères & Co. LLC,*

*Investment Banker to the Committee for the Period From September 1, 2023 Through December*

*31, 2023* [Docket No. 3674];  (xv) *Fourth Interim Application of Dundon Advisers LLC as Co-*

*Financial Advisor to The Official Committee of Unsecured Creditors for Allowance of*

*Compensation for Services Rendered and Reimbursement of Expenses for the Period September*

*1, 2023 Through and Including December 31, 2023* [Docket No. 3623];  (xvi)  *Fourth Interim*

*Application of Berkeley Research Group, LLC for Compensation for Services Rendered and*

*Reimbursement of Expenses as Co-Financial Advisor to the Official Committee of Unsecured*

*Creditors During the Period From September 1, 2023 Through December 31, 2023* [Docket No.

3656];  (xvii) *Fourth Interim Application of Cooley LLP, Lead Counsel to the Official Committee*

*of Opioid Claimants of Endo International plc, et al., for Compensation and Reimbursement of*

*Expenses for the Interim Period of September 1, 2023 Through December 31, 2023* [Docket No.

3668];  (xviii) *Fourth Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special*

*Counsel to the Official Committee of Opioid Claimants of Endo International plc, et al., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 1, 2023 Through and Including December 31, 2023* [Docket No. 3667]; (xix) *Fourth Interim Fee Application of Jefferies LLC for Allowance of Compensation Earned and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Opioid Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3670]; (xx) *Third Application of Maples and Calder (Ireland) LLP as Special Foreign Counsel to the Official Committee of Opioid Claimants, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3671]; (xxi) *Fourth Interim Application of Province, LLC, Financial Advisor to the Official Committee of Opioid Claimants of Endo International plc, et al., for Compensation and Reimbursement of Expenses for the Interim Period of September 1, 2023 Through and Including December 30, 2023* [Docket No. 3673]; (xxii) *Fourth Interim Application of Roger Frankel for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as the Legal Representative for Future Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3659]; (xxiii) *Fourth Interim Application of Frankel Wyron LLP for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3660]; (xxiv) *Fourth Interim Application of Young Conaway Stargatt & Taylor, LLP for Interim Allowance of Compensation for Professional*

*Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Legal Representative for Future Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3661]; (xxv) *Gilbert LLP's Third Application for Services Rendered and Expenses Incurred as Special Insurance Counsel to Roger Frankel, the Legal Representative for Future Claimants, and the Official Committee of Unsecured Creditors for the Interim Period September 1, 2023 Through and Including December 31, 2023* [Docket No. 3664]; (xxvi) *Fourth Interim Application of NERA Economic Consulting for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Consultant to the Legal Representative for Future Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3662]; (xxvii) *Fourth Interim Application of Ducera Partners LLC for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Legal Representative for Future Claimants for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3663]; (xxviii) *Third Interim Fee Application of Pillsbury Winthrop Shaw Pittman LLP, Counsel to the Multi-State Endo Executive Committee, for the Payment of Compensation and Reimbursement of Expenses for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3677]; (xxix) *Third Interim Fee Application of Houlihan Lokey, Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period From September 1, 2023 Through and Including December 31, 2023* [Docket No. 3658]; (xxx) *Second Interim Fee Application of Perkins Coie LLP, as Special Counsel to Certain of the Debtors and Debtors in Possession for Allowance of Compensation*

5

*and Reimbursement of Expenses for the Period from May 1, 2023 through December 31, 2023*

[Docket No. 3675];  (xxxi) *Third Interim Application of Bielli & Klauder, LLC for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the*

*Fee Examiner, David M. Klauder, Esquire, for the Period From September 1, 2023 Through and*

*Including December 31, 2023* [Docket No. 3612];   (xxxii) *First Interim Application of Brown*

*Rudnick LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred*

*as Special Counsel to the Multi-State Endo Executive Committee, for the Period From May 1,*

*2023 Through and Including August 31, 2023* [Docket No. 3325];  and (xxxiii) *Second Interim*

*Application of Brown Rudnick LLP for Compensation for Services Rendered and Reimbursement*

*of Expenses Incurred as Special Counsel to the Multi-State Endo Executive Committee, for the*

*Period From August 1, 2023 Through and Including December 31, 2023*[2] [Docket No. 3680],

(collectively the "Applications" submitted by the "Professionals") for professional services

rendered and expenses incurred;  and notice of the Applications having been given pursuant to

Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals* entered on October 3, 2022 [Docket No. 326];  and a hearing to consider the

Applications having been held before this Court on April 18, 2024; and after due deliberation

and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications, as well as the holdback releases requested in

the Applications, are granted to the extent set forth in the attached Schedule "A" on an Interim

basis.  The Debtors are authorized and directed to remit to each of the Professionals the allowed

---

[2] This Interim Fee Application is for a broader period of time; August 1, 2023 through December 31, 2023.
It overlaps the previous interim fee application period.

amounts to which such Professional is entitled, as set forth in Schedule "A", to the extent not

previously paid.  The terms and conditions of this Order shall be immediately effective and

enforceable upon entry of this Order, and the Court shall retain jurisdiction with respect to any

matters, claims, rights, or disputes arising from or related to the implementation of this Order.

Dated:  April 30, 2024
           New York, New York


/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

Case No. 22-22549 (JLG)  CURRENT INTERIM FEE PERIOD  Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period (90%)$^3$ | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period$^4$ |
|---|---|---|---|---|---|---|---|---|
| **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")**<br><br>*Counsel to the Debtors* | 2/14/2024<br>Docket No.<br>3672 | $18,864,576.48 | $18,795,234.18$^5$ | $16,915,710.76 | $0.00 | $16,915,710.76 | $6,369.87 | $6,369.87 |
| **Togut, Segal & Segal LLP ("Togut Firm")**<br><br>*Co-Counsel to the Debtors* | 2/14/2024<br>Docket No.<br>3654 | $642,937.00 | $642,937.00 | $578,643.30 | $0.00 | $578,643.30 | $942.21 | $942.21 |
| **O'Melveny & Myers LLP ("OMM")**<br><br>*Special Counsel to the Debtors* | 2/08/2024<br>Docket No.<br>3620 | $41,736.40 | $41,736.40 | $37,562.76 | $0.00 | $37,562.76 | $751.08 | $751.08 |

---

[3] Total fees to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[4] Expenses to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[5] Pursuant to informal discussions with David M. Klauder, Esquire, the court appointed Fee Examiner in these cases (the "Fee Examiner"), Skadden has agreed to voluntarily reduce its fees sought in the amount of $69,342.30.

Case No. 22-22549 (JLG)  **CURRENT INTERIM FEE PERIOD**  Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[3] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| **A&L Goodbody LLP ("A&L")**<br><br>*Special Counsel to the Debtors* | 2/14/2024 Docket No. 3650 | $2,228,473.32 | $2,226,027.32[6] | $2,003,424.58 | $0.00 | $2,003,424.58 | $622,153.78[7] | $622,153.78 |
| **KPMG LLP ("KPMG")**<br><br>*Tax Compliance and Tax Consulting Services for the Debtors* | 2/14/2024 Docket No. 3647 | $363,859.31 | $363,859.31 | $327,473.38 | $0.00 | $327,473.38 | $70.00 | $70.00 |
| **PJT Partners LP ("PJT")**<br><br>*Investment Banker for the Debtors* | 2/14/2024 Docket No. 3651 | $1,000,000.00 | $1,000,000.00 | $900,000.00 | $0.00 | $900,000.00 | $174.91 | $174.91 |
| **Alvarez & Marsal North America ("A&M")**<br><br>*Financial Advisors for the Debtors* | 2/14/2024 Docket No. 3646 | $2,238,482.90 | $2,238,482.90 | $2,014,634.61 | $0.00 | $2,014,634.61 | $12,748.22 | $12,748.22 |

---

[6] Pursuant to informal discussions with the Fee Examiner, A&L has agreed to voluntarily reduce its fees sought in the amount of $2,446.

[7] A&L Goodbody LLP's expenses include the allowance of a VAT Expense in the amount of $520,475.67.

2

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period (90%)[3] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[4] |
|---|---|---|---|---|---|---|---|---|
| **PricewaterhouseCoopers LLP ("PwC")**<br><br>*Audit and Tax Services for the Debtors* | 2/14/2024<br>Docket No.<br>3648 | $2,642,304.40 | $2,642,304.40 | $2,378,073.96 | $0.00 | $2,378,073.96 | $10,720.25 | $10,720.25 |
| **PricewaterhouseCoopers LLP ("PwC Ireland")**<br><br>*Audit Provider for the Debtors* | 2/14/2024<br>Docket No.<br>3669 | $766,519.69 | $766,519.69 | $689,867.72 | $0.00 | $689,867.72 | $0.00 | $0.00 |
| **SolomonEdwardsGroup, LLC ("SEG")**<br><br>*Bankruptcy Accounting Consultant for the Debtors* | 2/14/2024<br>Docket No.<br>3649 | $398,660.00 | $398,660.00 | $367,554.00 | $0.00 | $367,554.00[8] | $70.00 | $70.00 |
| **Latham & Watkins LLP ("Latham")**<br><br>*Special Counsel to The Individual Members of the Parent Board* | 2/22/2024<br>Docket No.<br>3712 | $115,942.95 | $111,027.15[9] | $99,924.44 | $0.00 | $99,924.44 | $0.00 | $0.00 |

---

[8] During this fee period certain SEG fees were not subject to the 20% holdback as further explained in the SEG Application (the fixed fee of $87,600, is the total fixed fee not subject to holdback for the entire 4-month fee period.

[9] Pursuant to informal discussions with the Fee Examiner, Latham has agreed to voluntarily reduce its fees sought in the amount of $4,915.80.

**Case No. 22-22549 (JLG)**          **CURRENT INTERIM FEE PERIOD**          Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

**Case Name:** *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[3] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Kroll Restructuring Administration LLC** <br><br>*Administrative Advisor to the Debtors* | 2/14/2024 Docket No. 3645 | $66,395.33 | $66,395.33 | $59,755.80 | $0.00 | $59,755.80 | $0.00 | $0.00 |
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")** <br><br>*Counsel to the Official Committee of Unsecured Creditors* | 2/14/2024 Docket No. 3676 | $2,630,873.00 | $2,617,955.55[8] | $2,356,160.00 | $0.00 | $2,356,160.00 | $75,161.28 | $75,038.14[10] |
| **Lazard Frères & Co. LLC ("Lazard")** <br><br>*Investment Banker to the Official Committee of Unsecured Creditors* | 2/14/2024 Docket No. 3674 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $0.00 | $0.00 |
| **Dundon Advisers LLC ("Dundon")** <br><br>*Co-Financial Advisor to the Official Committee of Unsecured Creditors* | 2/09/2024 Docket No. 3623 | $472,748.00 | $472,748.00 | $425,473.20 | $0.00 | $425,473.20 | $0.00 | $0.00 |

[10] Pursuant to informal discussions with the Fee Examiner, Kramer has agreed to voluntarily reduce its fees in the amount of $12,917.45 and expenses in the amount of $123.14 for an aggregate reduction in the amount of $13,040.59.

Case No. 22-22549 (JLG) CURRENT INTERIM FEE PERIOD Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[3] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Berkeley Research Group LLC ("Berkeley")** *Co-Financial Advisor to The Official Committee of Unsecured Creditors* | 2/14/2024 Docket No. 3656 | $556,445.50 | $556,445.50 | $500,800.95 | $0.00 | $500,800.95 | $70.00 | $70.00 |
| **Cooley LLP "(Cooley")** *Lead Counsel to the Official Committee of Opioid Claimants* | 2/14/2024 Docket No. 3668 | $482,087.00 | $480,680.00[11] | $432,612.00 | $0.00 | $432,612.00 | $6,520.22 | $6,520.22 |
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")** *Special Counsel to the Official Committee of Opioid Claimants* | 2/14/2024 Docket No. 3667 | $1,519,123.50 | $1,519,123.50 | $1,367,211.15 | $0.00 | $1,367,211.15 | $1,713.60 | $1,713.60 |
| **Jefferies LLC ("Jefferies")** *Investment Banker for the Official Committee of Opioid Claimants* | 2/14/2024 Docket No. 3670 | $800,000.00 | $800,000.00 | $720,000.00 | $0.00 | $720,000.00 | $17,034.90 | $17,034.90 |

---

[11] Pursuant to informal discussions with the Fee Examiner, Cooley has agreed to voluntarily reduce its fees sought in the amount of $1,407.

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[3] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Maples & Calder (Ireland) LLP ("Maples")** *Special Foreign Counsel to the Official Committee of Opioid Claimants* | 2/14/2024 Docket No. 3671 | $66,736.40 | $66,736.40 | $60,062.76 | $0.00 | $60,062.76 | $3,828.70 | $3,828.70 |
| **Province, LLC ("Province")** *Financial Advisor to the Official Committee of Opioid Claimants* | 2/14/2024 Docket No. 3673 | $583,346.00 | $583,346.00 | $525,011.40 | $0.00 | $525,011.40 | $1,150.00 | $1,150.00 |
| **Roger Frankel ("FCR")** *Future Claimants' Representative* | 2/14/2024 Docket No. 3659 | $227,110.00 | $227,110.00 | $204,399.00 | $0.00 | $204,399.00 | $120.00 | $120.00 |
| **Frankel Wyron LLP ("Frankel")** *Counsel to the Future Claimants' Representative* | 2/14/2024 Docket No. 3660 | $36,675.00 | $36,675.00 | $33,007.50 | $0.00 | $33,007.50 | $70.00 | $70.00 |
| **Young Conaway Stargatt & Taylor, LLP ("YCST")** *Counsel to the Future Claimants' Representative* | 2/14/2024 Docket No. 3661 | $499,572.00 | $499,572.00 | $449,614.80 | $0.00 | $449,614.80 | $2,986.06 | $2,986.06 |

6

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (90%)[3] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Gilbert LLP ("Gilbert")** *Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* | 2/14/2024 Docket No. 3664 | $463,228.50 | $463,228.50 | $416,905.65 | $0.00 | $416,905.65 | $297.50 | $297.50 |
| **NERA Economic Consulting ("NERA")** *Economic Consulting Consultant to the Future Claimants' Representative* | 2/14/2024 Docket No. 3662 | $3,660.00 | $3,660.00 | $3,294.00 | $0.00 | $3,294.00 | $7,384.00 | $7,384.00 |
| **Ducera Partners LLC ("Ducera")** *Investment Banker to the Future Claimants' Representative* | 2/14/2024 Docket No. 3663 | $500,000.00 | $500,000.00 | $450,000.00 | $0.00 | $450,000.00 | $0.00 | $0.00 |
| **Pillsbury Winthrop Shaw Pittman LLP "(Pillsbury Winthrop")** *Counsel to the Multi-State Endo Executive Committee* | 2/14/2024 Docket No. 3677 | $438,175.10 | $429,696.70[12] | $386,727.03 | $0.00 | $386,727.03 | $1,298.67 | $1,298.67 |

---

[12] Pursuant to informal discussions with the Fee Examiner, Pillsbury Winthrop has agreed to voluntarily reduce its fees sought in the amount of $8,478.40.

7

**Case No. 22-22549 (JLG)**    CURRENT INTERIM FEE PERIOD    Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

**Case Name:** *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period (90%)[3] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Houlihan Lokey Capital Inc. ("Houlihan Lokey")**<br><br>*Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* | 2/14/2024<br>Docket No.<br>3658 | $900,000.00 | $900,000.00 | $810,000.00 | $0.00 | $810,000.00 | $210.12 | $210.12 |
| **Bielli & Klauder, LLC ("B&K")**<br><br>*Counsel to the Fee Examiner, David M. Klauder, Esq.* | 2/14/2024<br>Docket No.<br>3612 | $160,000.00 | $160,000.00 | $144,000.00 | $0.00 | $144,000.00 | $0.00 | $0.00 |
| **Brown Rudnick LLP ("B&R")**<br><br>*Special Counsel to the Multi State Endo Executive Committee* | 12/11/2023<br>Docket No.<br>3325 | $51,988.00 | $51,988.00 | $46,789.20 | $0.00 | $46,789.20 | $13.95 | $13.95 |

8

Case No. 22-22549 (JLG)                     CURRENT INTERIM FEE PERIOD                     Schedule "A"

**Various Dates through December 31, 2023 (Fourth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period (90%)[3] | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(Holdback<br>Release) | (7)<br>Total Fees to<br>be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid for<br>Current Fee<br>Period[4] |
|---|---|---|---|---|---|---|---|---|
| **Brown Rudnick LLP ("B&R")**<br><br>*Special Counsel to the Multi State Endo Executive Committee* | 2/15/2024<br>Docket No.<br>3680 | $12,649.00 | $12,461.00[13] | $11,214.90 | $0.00 | $11,214.90 | $45.80 | $45.80 |
| **Perkins Coie LLP ("Perkins")**<br><br>*Special Counsel to Certain of the Debtors and Debtors in Possession* | 2/14/2024<br>Docket No.<br>3675 | $676,298.20 | $650,521.00[14] | $585,468.90 | $0.00 | $585,468.90 | $70.00 | $70.00 |

**DATE ON WHICH ORDER WAS SIGNED: 4/30/2024**                     **INITIALS: JLG USBJ**

---

[13] Pursuant to informal discussions with the Fee Examiner, B&R has agreed to voluntarily reduce its fees sought in the amount of $188.00.

[14] Pursuant to informal discussions with the Fee Examiner, Perkins has agreed to voluntarily reduce its fees sought in the amount of $25,777.20.