**Hearing Date: July 18, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: July 11, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

AKIN GUMP STRAUSS HAUER & FELD LLP
Arik Preis
Mitchell P. Hurley
Kate Doorley
Theodore James Salwen
Brooks Barker
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Special Counsel to the Official Committee*
*of Opioid Claimants of Endo International plc,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENDO INTERNATIONAL PLC, *et al.*, | ) | Case No. 22-22549 (JLG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO THE NINETEENTH MONTHLY
FEE STATEMENT, FIFTH INTERIM AND FINAL APPLICATION OF
AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL
TO THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO
INTERNATIONAL PLC, *ET AL*., FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD OF SEPTEMBER 8, 2022
THROUGH AND INCLUDING APRIL 23, 2024**

In accordance with the Local Bankruptcy Rules for the Southern District of New York,

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), special counsel to the Official Committee

of Opioid Claimants of Endo International plc and its affiliated debtors and debtors in possession

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

submits this summary (the "Summary") of fees and expenses sought as actual, reasonable and

necessary in the fee application to which the Summary is attached (the "Application")[2] for the

periods from January 1, 2024 through and including April 23, 2024 (the "Fifth Interim Period")

and from September 8, 2022 through and including April 23, 2024 (the "Final Period" and, together

with the Fifth Interim Period, the "Compensation Periods").

Akin Gump submits the Application as its fifth interim and final fee application in

accordance with the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Retained Professionals*, dated October 3, 2022 [ECF No. 326] (the

"Interim Compensation Order").

| *General Information* | |
| --- | --- |
| Name of Applicant: | Akin Gump |
| Authorized to Provide Services to: | The Official Committee of Opioid Claimants of Endo International plc, *et al.* |
| Petition Date: | August 16, 2022 |
| Retention Date: | November 17, 2022, *nunc pro tunc* to September 8, 2022 |
| Prior Applications: | 4 |

| *Summary of Fees and Expenses Sought in this Application* | | |
| --- | --- | --- |
| | **Fifth Interim Period** | **Final Period** |
| Time Period Covered by this Application: | January 1, 2024 through and including April 23, 2024 | September 8, 2022 through and including April 23, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,914,826.00 | $18,650,992.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $6,005.91 | $216,786.50 |
| Total Compensation and Expenses Requested: | $1,920,831.91 | $18,867,778.50 |

---

[2] Capitalized terms used but not defined in the Summary shall have the meanings ascribed to such terms in the Application.

| *Summary of Past Requests for Compensation and Prior Payments* | | |
|---|---|---|
| Total Compensation Approved by Interim Order to Date: | $16,736,166.00[3] | |
| Total Expenses Approved by Interim Order to Date: | $210,780.59[4] | |
| Total Allowed Compensation Paid to Date: | $15,062,549.40 | |
| Total Allowed Expenses Paid to Date: | $210,780.59 | |
| | **Fifth Interim Period** | **Final Period** |
| Compensation Sought in this Application Already Paid But Not Yet Allowed: | $0.00 | $14,910,637.05 |
| Expenses Sought in this Application Already Paid But Not Yet Allowed: | $0.00 | $216,786.50 |
| Total Compensation and Expenses Sought To Be Allowed in this Application Already Paid But Not Yet Allowed: | $0.00 | $15,127,423.55 |
| Total Compensation and Expenses Sought To Be Allowed in this Application Not Yet Paid: | $1,920,831.91 | $3,746,360.86[5] |
| Voluntary Fee Waiver and Expense Reductions: | $158,383.81[6] | $2,021,983.93 |

---

[3] On May 8, 2023, the Court entered an order [ECF No. 1868] allowing the fees requested by Akin Gump in the First Interim Fee Application in the amount of $3,941,341.50. On October 4, 2023, the Court entered an order [ECF No. 2992] allowing the fees requested by Akin Gump in the Second Interim Fee Application in the amount of $6,217,158.30, reflecting a fee reduction of $57,788.20 proposed by the Fee Examiner and agreed to by Akin Gump. On December 22, 2023, the Court entered an order [ECF No. 3370] allowing the fees requested by Akin Gump in the Third Interim Fee Application in the amount of $5,058,542.70, reflecting a fee reduction of $24,691.30 proposed by the Fee Examiner and agreed to by Akin Gump. On May 2, 2024, the Court entered an order [ECF No. 4240] allowing the fees requested by Akin Gump in the Fourth Interim Fee Application in the amount of $1,519,123.50. The "Total Compensation Approved by Interim Order to Date" ($16,736,166.00) reflects the aforementioned reductions.

[4] On May 8, 2023, the Court entered an order [ECF No. 1868] allowing the expenses requested by Akin Gump in the First Interim Fee Application in the amount of $57,047.21, reflecting an expense reduction of $210.40 proposed by the Fee Examiner and agreed to by Akin Gump. On October 4, 2023, the Court entered an order [ECF No. 2992] allowing the expenses requested by Akin Gump in the Second Interim Fee Application in the total amount of $112,414.77, reflecting an expense reduction of $330.32 proposed by the Fee Examiner and agreed to by Akin Gump. On December 22, 2023, the Court entered an order [ECF No. 3370] allowing the expenses requested by Akin Gump in the Third Interim Fee Application in the total amount of $39,605.01. On May 2, 2024, the Court entered an order [ECF No. 4240] allowing the expenses requested by Akin Gump in the Fourth Interim Fee Application in the amount of $1,713.60. The "Total Expenses Approved by Interim Order to Date" ($210,780.59) reflects the aforementioned reductions.

[5] The OCC understands that, pursuant to a general agreement with the Fee Examiner, 10% of compensation for all professionals will remain subject to a holdback pending approval of any final fee applications. The "Total Compensation and Expenses Sought To Be Allowed in this Application Not Yet Paid" includes the 10% holdback amounts from Akin Gump's first three interim fee applications and the unpaid 20% holdback amount from Akin Gump's fourth interim fee application, which amounts total $1,825,528.95.

[6] Prior to filing its Monthly Fee Statements for the Fifth Interim Period, Akin Gump voluntarily reduced its fees by the aggregate amount of $154,843.50 and reduced its expenses by $3,540.31, including to comply with Section F of the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, dated January 29, 2013. In the Chapter 11 Cases to date, Akin Gump has reduced its

| *Summary of Rates and Other Related Information for the Compensation Periods* | | |
|---|---|---|
| | **Fifth Interim Period** | **Final Period** |
| Blended Rate in this Application for All Attorneys: | $1,543.65 | $1,320.29 |
| Blended Rate in this Application for All Timekeepers: | $1,486.99 | $1,222.61 |
| Number of Timekeepers Included in this Application: | 18 (15 attorneys; 3 paraprofessionals and other non-legal staff) | 70 (47 attorneys; 23 paraprofessionals and other non-legal staff) |
| Number of Attorneys Billing Fewer than 15 Hours to the Case: | 5 | 10 |
| Increases in Rates Since Date of Retention: | 2[7] | |
| Interim or Final Application: | Interim and Final | |

fees and expenses by the aggregate amount of $2,087,008.90 and $17,995.25, respectively, which amounts include, in addition to the above amounts for the Fifth Interim Period: (i) $884,431.90 of voluntary fee reductions and $936.85 of expense reductions applied prior to the filing of each of the Monthly Fee Statements for the First Interim Period; (ii) a $18,154.00 voluntary fee reduction taken in connection with the First Interim Fee Application; (iii) a $210.40 fee reduction for the First Interim Period pursuant to an agreement with the Fee Examiner; (iv) $399,231.00 of voluntary fee reductions and $4,019.30 of expense reductions applied prior to the filing of each of the Monthly Fee Statements for the Second Interim Period; (iv) a $57,788.20 fee reduction and $330.32 expense reduction for the Second Interim Period pursuant to an agreement with the Fee Examiner; (v) $368,974.00 of voluntary fee reductions and $8,216.46 of expense reductions applied prior to the filing of each of the Monthly Fee Statements for the Third Interim Period; (vi) a $24,691.30 fee reduction for the Third Interim Period pursuant to an agreement with the Fee Examiner; and (vii) $178,895.00 of voluntary fee reductions and $3,540.31 of expense reductions applied prior to the filing of each of the Monthly Fee Statements for the Fourth Interim Period.  For the avoidance of doubt, the foregoing voluntary reductions are not based on any determination that such fees or expenses are not appropriate or compensable.

[7] Akin Gump increased its rates on January 1, 2023 and January 1, 2024 consistent with its customary practice and as disclosed in the Akin Retention Application, the *Second Supplemental Declaration of Arik Preis In Support of the Application of the Official Committee of Opioid Claimants of Endo International plc,* et al. *To Retain and Employ Akin Gump Strauss Hauer & Feld LLP, Effective as of September 8, 2022*, dated December 15, 2022 [ECF No. 985], and the *Sixth Supplemental Declaration of Arik Preis In Support of the Application of the Official Committee of Opioid Claimants of Endo International plc,* et al. *To Retain and Employ Akin Gump Strauss Hauer & Feld LLP, Effective as of September 8, 2022*, dated December 14, 2023 [ECF No. 3334].

## SUMMARY OF MONTHLY FEE STATEMENTS IN THE FINAL PERIOD

| ECF Number | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Agreed Fee / Expense Reduction | Total Unpaid |
|---|---|---|---|---|---|---|---|
| 1108 | 9/8/22 – 9/30/22 | $799,339.50 | $6,209.89 | $3,547,207.35 | $57,047.21 | $210.40 | $394,134.15[1] |
| 1110 | 10/1/22 – 10/31/22 | $983,499.00 | $12,521.76 | | | | |
| 1111 | 11/1/22 – 11/30/22 | $1,210,259.00 | $27,048.19 | | | | |
| 1267 | 12/1/22 – 12/31/22 | $966,398.00 | $11,477.77 | | | | |
| 1450 | 1/1/23 – 1/31/23 | $1,507,834.50 | $23,836.08 | $5,595,442.47 | $112,414.77 | $58,118.52 | $621,715.83 |
| 1777 | 2/1/23 – 2/28/23 | $2,279,815.00 | $56,331.53 | | | | |
| 1894 | 3/1/23 – 3/31/23 | $1,627,331.00 | $21,163.19 | | | | |
| 2211 | 4/1/23 – 4/30/23 | $859,966.00 | $11,414.29 | | | | |
| 2472 | 5/1/23 – 5/31/23 | $1,097,644.50 | $5,595.98 | $4,552,688.43 | $39,605.01 | $24,691.30 | $505,854.27 |
| 2619 | 6/1/23 – 6/30/23 | $888,306.50 | $3,371.15 | | | | |
| 2886 | 7/1/23 – 7/31/23 | $1,719,699.50 | $17,647.53 | | | | |
| 3013 | 8/1/23 – 8/31/23 | $1,377,583.50 | $12,990.35 | | | | |
| 3100 | 9/1/23 – 9/30/23 | $312,787.50 | $466.10 | $1,215,298.80 | $1,713.60 | $0.00 | $303,824.70 |
| 3315 | 10/1/23 – 10/31/23 | $435,811.50 | $1,098.82 | | | | |
| 3631 | 11/1/23 – 11/30/23 | $197,390.50 | $39.47 | | | | |
| 3636 | 12/1/23 – 12/31/23 | $573,134.00 | $109.21 | | | | |
| 4147 | 1/1/24 – 1/31/24 | $354,374.00 | $305.70 | $0.00 | $0.00 | -- | $354,679.70 |
| 4227 | 2/1/24 – 2/29/2024 | $558,540.50 | $205.53 | $0.00 | $0.00 | -- | $558,746.03 |
| -- | 3/1/24 – 4/23/24 | $1,001,911.50 | $5,494.68 | $0.00 | $0.00 | -- | $1,007,917.41 |
| **Totals:** | | **$18,751,625.50** | **$217,327.22** | **$14,910,637.05** | **$210,780.59** | **$83,020.22** | **$3,746,360.86** |

Summary of Any Objections to Monthly Fee Statements: None

Compensation and Expenses Sought in This Application Not Yet Paid: **$3,746,360.86**

---

[1] This amount reflects an additional voluntary fee reduction of $18,154.00 taken by Akin Gump with respect to its compensation requested in the First Interim Fee Application.

v

**COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM
MARCH 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Partners | Department | Office | Year of Admission | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julius Chen | Litigation | DC | 2010 | $1,775.00 | 5.9 | $10,472.50 |
| Kate Doorley | Financial Restructuring | DC | 2012 | $1,825.00 | 73.9 | $134,867.50 |
| Olivier De Moor | Tax | NY | 2009 | $1,580.00 | 5.5 | $8,690.00 |
| Mitchell Hurley | Litigation | NY | 1997 | $2,195.00 | 15.3 | $33,583.50 |
| Katherine Porter | Litigation | NY | 2011 | $1,825.00 | 19.6 | $35,770.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $2,195.00 | 95.6 | $209,842.00 |
| Eli Miller | Corporate | NY | 2009 | $1,540.00 | 105.9 | $163,086.00 |
| **Partner Total:** | | | | | **321.7** | **$596,311.50** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **Rate** | **Total Hours** | **Total Compensation** |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,395.00 | 114.1 | $159,169.50 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,425.00 | 39.6 | $56,430.00 |
| **Senior Counsel & Counsel Total:** | | | | | **153.7** | **$215,599.50** |

vi

| Associates | Department | Office | Year of Admission | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Chasin | Litigation | NY | 2023 | $925.00 | 22.5 | $20,812.50 |
| Alexandra Kane | Financial Restructuring | NY | 2022 | $995.00 | 65.2 | $64,874.00 |
| Dara Mouhot | Litigation | NY | 2022 | $995.00 | 20.8 | $20,696.00 |
| Erica Reeves | Financial Restructuring | DC | 2021 | $995.00 | 45.0 | $44,775.00 |
| Amanda Sivin | Corporate | NY | 2024 | $840.00 | 24.6 | $20,664.00 |
| **Associate Total:** | | | | | **178.1** | **$171,821.50** |
| **Paraprofessionals** | **Department** | **Office** | **Year of Admission** | **Rate** | **Total Hours** | **Total Compensation** |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $530.00 | 28.0 | $14,840.00 |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $530.00 | 6.3 | $3,339.00 |
| **Paraprofessional Total:** | | | | | **34.3** | **$18,179.00** |
| **Total Hours / Fees Requested:** | | | | | **687.8** | **$1,001,911.50** |

**COMPENSATION BY PROFESSIONAL FOR THE FIFTH INTERIM PERIOD**
**JANUARY 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Partners | Department | Office | Year of Admission | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julius Chen | Litigation | DC | 2010 | $1,775.00 | 5.9 | $10,472.50 |
| Kate Doorley | Financial Restructuring | DC | 2012 | $1,825.00 | 161.5 | $294,737.50 |
| Olivier De Moor | Tax | NY | 2009 | $1,580.00 | 11.1 | $17,538.00 |
| Mitchell Hurley | Litigation | NY | 1997 | $2,195.00 | 23.8 | $52,241.00 |
| Katherine Porter | Litigation | NY | 2011 | $1,825.00 | 19.6 | $35,770.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $2,195.00 | 191.4 | $420,123.00 |
| Eli Miller | Corporate | NY | 2009 | $1,540.00 | 213.0 | $328,020.00 |
| **Partner Total:** | | | | | **626.3** | **$1,158,902.00** |
| **Senior Counsel & Counsel** | Department | Office | Year of Admission | Rate | Total Hours | Total Compensation |
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,395.00 | 209.7 | $292,531.50 |
| Jennifer Garrett | Litigation | NY | 2016 | $1,345.00 | 5.4 | $7,263.00 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,425.00 | 103.9 | $148,057.50 |
| **Senior Counsel & Counsel Total:** | | | | | **319.0** | **$447,852.0** |

| Associates | Department | Office | Year of Admission | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Chasin | Litigation | NY | 2023 | $925.00 | 22.5 | $20,812.50 |
| Alexandra Kane | Financial Restructuring | NY | 2022 | $995.00 | 127.9 | $127,260.50 |
| Dara Mouhot | Litigation | NY | 2022 | $995.00 | 26.8 | $26,666.00 |
| Erica Reeves | Financial Restructuring | DC | 2021 | $995.00 | 78.1 | $77,709.50 |
| Amanda Sivin | Corporate | NY | 2024 | $840.00 | 24.6 | $20,664.00 |
| **Associate Total:** | | | | | **279.9** | **$273,112.50** |
| **Paraprofessionals** | **Department** | **Office** | **Year of Admission** | **Rate** | **Total Hours** | **Total Compensation** |
| Adelle Else | Paralegal, Financial Restructuring | DC | N/A | $270.00 | 8.1 | $2,470.50 |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $530.00 | 55.0 | $29,150.00 |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $530.00 | 6.3 | $3,339.00 |
| **Paraprofessional Total:** | | | | | **69.4** | **$34,959.50** |
| **Total Hours / Fees Requested:** | | | | | **1,294.6** | **$1,914,826.00** |

ix

**COMPENSATION BY PROFESSIONAL FOR THE FINAL PERIOD**
**SEPTEMBER 8, 2022 THROUGH AND INCLUDING APRIL 23, 2024**

| Partners | Department | Office | Year of Admission | 2022 Rate | 2023 Rate | 2024 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Paul Butler | Litigation | DC | 1989 | $1,345.00 | N/A | N/A | 5.0 | $6,725.00 |
| Julius Chen | Litigation | DC | 2010 | NA | $1,380.00 | $1,775.00 | 15.1 | $23,168.50 |
| Ashley Vinson Crawford | Litigation | SF | 2003 | $1,265.00 | $1,440.00 | N/A | 340.6 | $487,594.00 |
| Olivier De Moor | Tax | NY | 2009 | $1,325.00 | $1,480.00 | $1,580.00 | 192.6 | $281,570.00 |
| Kate Doorley | Financial Restructuring | DC | 2012 | $1,225.00 | $1,500.00 | $1,825.00 | 1141.7 | $1,714,877.50 |
| Mitchell Hurley | Litigation | NY | 1997 | $1,775.00 | $1,995.00 | $2,195.00 | 717.6 | $1,396,178.00 |
| Howard Jacobson | Tax | DC | 1979 | $1,415.00 | N/A | N/A | 30.1 | $42,591.50 |
| Katherine Porter | Litigation | NY | 2011 | $1,240.00 | $1,605.00 | $1,825.00 | 325.2 | $499,905.00 |
| Arik Preis | Financial Restructuring | NY | 2001 | $1,775.00 | $1,995.00 | $2,195.00 | 1739.1 | $3,421,236.50 |
| Joseph Sorkin | Litigation | NY | 2001 | $1,565.00 | $1,775.00 | N/A | 122.7 | $193,348.50 |
| Eli Miller | Corporate | NY | 2009 | N/A | $1,440.00 | $1,540.00 | 517.3 | $766,212.00 |
| **Partner Total:** | | | | | | | **5,147.0** | **$8,833,406.50** |

x

| Senior Counsel & Counsel | Department | Office | Year of Admission | 2022 Rate | 2023 Rate | 2024 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Brooks Barker | Financial Restructuring | NY | 2018 | $1,045.00 | $1,250.00 | $1,395.00 | 2057.8 | $2,495,523.50 |
| Kristen Chin | White Collar & Congressional Investigations | NY | 2015 | N/A | $1,235.00 | N/A | 24.9 | $30,751.50 |
| Christine Doniak | Litigation | NY | 1998 | N/A | $1,055.00 | N/A | 61.6 | $64,988.00 |
| Eugene Elder | Health | DC | 1990 | $1,115.00 | $1,255.00 | N/A | 15.1 | $17,536.50 |
| Bill Foster | Litigation | SF | 2017 | N/A | $1,120.00 | N/A | 137.3 | $153,776.00 |
| Jennifer Garrett | Litigation | NY | 2016 | $1,025.00 | $1,235.00 | $1,345.00 | 114.5 | $131,795.50 |
| Rachel Kane | Litigation | SF | 2017 | N/A | $1,120.00 | N/A | 49.3 | $55,216.00 |
| Joanna Newdeck | Financial Restructuring | LO | 2006 | $1,300.00 | $1,500.00 | N/A | 45.7 | $60,610.00 |
| Patrick O'Brien | Litigation | DA | 2004 | N/A | $1,235.00 | N/A | 6.6 | $8,151.00 |
| Erin Parlar | Litigation | NY | 2015 | N/A | $1,375.00 | N/A | 365.5 | $502,562.50 |
| Holli Pryor-Baze | Litigation | HO | 1999 | N/A | $1,245.00 | N/A | 9.0 | $11,205.00 |
| Jillie Richards | Litigation | DC | 2007 | $1,050.50 | $1,200.00 | N/A | 152.0 | $175,650.00 |
| Kevin Rowe | Tax | NY | 1985 | $1,270.00 | $1,410.00 | N/A | 36.8 | $49,326.00 |
| James Salwen | Financial Restructuring | NY | 2017 | $1,095.00 | $1,320.00 | $1,425.00 | 1615.0 | $2,055,657.00 |
| Kaitlyn Tongalson | Litigation | NY | 2017 | N/A | $1,210.00 | N/A | 7.2 | $8,712.00 |
| Dennis Windscheffel | Litigation | SA | 2004 | $1,105.00 | $1,245.00 | N/A | 423.0 | $512,537.00 |
| **Senior Counsel & Counsel Total:** | | | | | | | **5,121.3** | **$6,333,997.50** |

| Associates | Department | Office | Year of Admission | 2022 Rate | 2023 Rate | 2024 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Megi Belegu | Litigation | NY | 2020 | N/A | $1,045.00 | N/A | 34.8 | $36,366.00 |
| Chris Barwick | Litigation | LC | 2022 | N/A | $735.00 | N/A | 17.0 | $12,495.00 |
| Alan Carrillo | Financial Restructuring | DA | 2018 | $880.00 | $1,045.00 | N/A | 148.0 | $132,352.00 |
| Daniel Chasin | Litigation | NY | 2023 | $670.00 | $790.00 | $925.00 | 416.8 | $308,837.50 |
| Maddalena Desimone | Litigation | NY | 2021 | N/A | $960.00 | N/A | 14.4 | $13,824.00 |
| Malak Doss | Financial Restructuring | NY | 2020 | N/A | $1,045.00 | N/A | 24.4 | $25,498.00 |
| Darren James | Litigation | NY | 2023 | N/A | $790.00 | N/A | 45.5 | $35,945.00 |
| Alexandra Kane | Financial Restructuring | NY | 2022 | N/A | $875.00 | $995.00 | 467.3 | $424,235.50 |
| Jenny Lyubomudrova | Corporate | NY | 2022 | N/A | $875.00 | N/A | 25.2 | $22,050.00 |
| Shelly Kim | Litigation | LC | 2018 | N/A | $1,070.00 | N/A | 11.3 | $12,091.00 |
| Dara Mouhot | Litigation | NY | 2022 | $670.00 | $875.00 | $995.00 | 270.1 | $220,206.00 |
| Amama Rasani | Litigation | NY | 2019 | N/A | $1,125.00 | N/A | 20.5 | $23,062.50 |
| Erica Reeves | Financial Restructuring | DC | 2021 | $710.00 | $875.00 | $995.00 | 857.3 | $724,034.50 |
| Jessica Ro | Litigation | LC | 2019 | N/A | $990.00 | N/A | 27.3 | $27,027.00 |
| Michelle Rodriguez | Litigation | NY | 2022 | N/A | $875.00 | N/A | 105.1 | $91,962.50 |
| Angela Sbano | Tax | NY | 2023 | $670.00 | $790.00 | N/A | 45.1 | $30,865.00 |
| Doug Scott | Tax | NY | 2015 | $755.00 | $960.00 | N/A | 140.6 | $128,559.50 |
| Amanda Sivin | Corporate | NY | 2024 | N/A | N/A | $840.00 | 24.6 | $20,664.00 |
| Joe Sullivan | Financial Restructuring | NY | 2023 | $710.00 | $790.00 | N/A | 602.9 | $459,595.00 |
| Jennifer Yu | Litigation | NY | 2022 | N/A | $875.00 | N/A | 12.0 | $10,500.00 |
| **Associate Total:** | | | | | | | **3,310.2** | **$2,760,170.00** |

| Paraprofessionals | Department | Office | Year of Admission | 2022 Rate | 2023 Rate | 2024 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Anna Anisimova | Law Clerk, Litigation | DC | N/A | N/A | $420.00 | N/A | 27.3 | $11,466.00 |
| Laverne Bender | EDiscovery | NY | N/A | $420.00 | $455.00 | N/A | 41.2 | $17,766.00 |
| Neil Bowden-Brown | EDiscovery | LO | N/A | $400.00 | $435.00 | N/A | 58.6 | $24,371.00 |
| Frank Castro | Paralegal, Litigation | SF | N/A | $400.00 | N/A | N/A | 102.3 | $40,920.00 |
| Daniel Chau | EDiscovery | NY | N/A | $420.00 | $455.00 | N/A | 217.2 | $96,491.50 |
| Adelle Else | Paralegal, Financial Restructuring | DC | N/A | $265.00 | N/A | $270.00 | 15.3 | $4,378.50 |
| Michelle Holness | Litigation | NY | N/A | $400.00 | $435.00 | N/A | 14.5 | $6,132.50 |
| Julie Hunter | EDiscovery | DA | N/A | N/A | $455.00 | N/A | 19.5 | $8,872.50 |
| Brenda Kemp | Paralegal, Financial Restructuring | DA | N/A | $420.00 | N/A | N/A | 90.2 | $37,884.00 |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $475.00 | $510.00 | $530.00 | 660.9 | $326,847.00 |
| Amy Laaraj | Paralegal, Litigation | NY | N/A | $400.00 | $510.00 | $530.00 | 107.8 | $48,669.00 |
| Sean Lay | EDiscovery | DC | N/A | N/A | $415.00 | N/A | 23.1 | $9,586.50 |
| Jim Ma | EDiscovery | NY | N/A | $450.00 | $485.00 | N/A | 45.1 | $20,739.50 |
| Jeniffer Mercedes | Paralegal, Litigation | DC | N/A | $235.00 | N/A | N/A | 23.3 | $5,475.50 |
| Michael Morse | EDiscovery | HO | N/A | $420.00 | $455.00 | N/A | 57.3 | $25,063.50 |
| Julien Raftopoulos | EDiscovery | LO | N/A | $450.00 | $485.00 | N/A | 31.1 | $14,261.00 |
| Mark Seydewitz | EDiscovery | FW | N/A | $320.00 | N/A | N/A | 13.0 | $4,160.00 |
| Cameron Roth | Paralegal, Litigation | DC | N/A | N/A | $385.00 | N/A | 5.4 | $2,079.00 |
| Risa Slavin | Paralegal, Litigation | LC | N/A | N/A | $480.00 | N/A | 21.9 | $10,512.00 |
| Doris Yen | Research | FW | N/A | N/A | $355.00 | N/A | 7.0 | $2,485.00 |
| Donna Moye | Practice Attorneys, Litigation | HO | 2003 | N/A | $635.00 | N/A | 36.7 | $23,304.50 |
| Karen Woodhouse | Practice Attorneys, Litigation | NY | 2003 | N/A | $490.00 | N/A | 39.9 | $19,551.00 |
| Melodie Young | Practice Attorneys, Litigation | NY | 2003 | $490.00 | $530.00 | N/A | 85.4 | $44,882.00 |
| **Paraprofessional Total:** | | | | | | | **1,744.0** | **$805,897.50** |
| **Subtotal Hours / Fees Requested** | | | | | | | **15,322.5** | **$18,733,471.50**[1] |
| **Less Unallocated Agreed Reductions** | | | | | | | **N/A** | **($82,479.50)** |
| **Total Hours / Fees Requested:** | | | | | | | **N/A** | **$18,650,992.00** |

---

[1] This subtotal reflects a $18,154.00 voluntary fee reduction taken in connection with the First Interim Fee Application. Subsequent reductions agreed between Akin Gump and the Fee Examiner were not allocated to specific billed time.

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
MARCH 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Task Code | Matter | Total Hours Billed | Total Compensation |
|---|---|---|---|
| 2 | Case Administration | 35.8 | $25,393.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 82.0 | $97,832.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 22.6 | $36,495.00 |
| 8 | Hearings and Court Matters/Court Preparation | 3.1 | $2,800.00 |
| 25 | Travel Time | 2.5 | $4,317.50[1] |
| 34 | Matters Related to Settlement | 541.8 | $835,073.50 |
| | **TOTAL:** | **687.8** | **$1,001,911.50** |

---

[1] This amount reflects a 50% reduction in fees for non-working travel time.

xiv

**COMPENSATION BY PROJECT CATEGORY FOR THE FIFTH INTERIM PERIOD**
**JANUARY 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Task Code | Matter | Total Hours Billed | Total Compensation |
|:---:|:---|:---:|---:|
| 2 | Case Administration | 74.3 | $51,430.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 187.3 | $219,794.00 |
| 6 | Retention of Professionals | 36.8 | $62,594.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 6.0 | $4,157.00 |
| 8 | Hearings and Court Matters/Court Preparation | 2.5 | $4,317.50 |
| 34 | Matters Related to Settlement | 987.7 | $1,572,533.50 |
| | **TOTAL:** | **1,294.6** | **$1,914,826.00** |

**COMPENSATION BY PROJECT CATEGORY FOR THE FINAL PERIOD**
**SEPTEMBER 8, 2022 THROUGH AND INCLUDING APRIL 23, 2024**

| Task Code | Matter | Total Hours Billed | Total Compensation |
|---|---|---|---|
| 2 | Case Administration | 371.5 | $229,214.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 1,276.9 | $1,321,443.00 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 17.8 | $10,180.00 |
| 5 | Review/Preparation of Schedules, Statements | 0.8 | $1,420.00 |
| 6 | Retention of Professionals | 990.0 | $797,651.50 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 1,163.3 | $1,549,823.50 |
| 8 | Hearings and Court Matters/Court Preparation | 344.0 | $435,997.50 |
| 9 | Financial Reports and Analysis | 0.4 | $316.00 |
| 12 | Claims Analysis/Claims Objections | 242.5 | $295,927.00 |
| 13 | Analysis of Prepetition Transactions | 2,888.1 | $2,754,823.50 |
| 14 | Insurance Issues | 635.6 | $765,628.50 |
| 16 | Automatic Stay Issues | 34.0 | $37,895.00 |
| 17 | Adversary Proceedings | 295.2 | $358,721.00 |
| 18 | Tax Issues | 197.4 | $209,700.50 |
| 19 | Labor Issues/Employee Benefits | 150.2 | $161,929.00 |
| 21 | Exclusivity | 118.5 | $157,349.50 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 235.2 | $426,025.00 |
| 23 | Asset Dispositions/363 Asset Sales/ Bidding Procedures | 69.6 | $105,745.00 |
| 25 | Travel Time | 16.7 | $24,101.00 |
| 28 | General Corporate Matters | 0.3 | $367.50 |
| 29 | Intercompany Claims/Intercompany Transactions/Cash Management | 12.8 | $20,762.00 |
| 30 | Customer, Supplier and Vendor Issues | 0.4 | $798.00 |
| 31 | Business Operations | 4.5 | $5,606.50 |
| 34 | Matters Related to Settlement | 5,888.5 | $8,616,475.00 |
| 35 | Third Party Discovery | 274.0 | $328,733.50 |
| 36 | Cooperation with UCC | 94.3 | $116,838.50 |
| **SUBTOTAL:** | | **15,322.5** | **$18,733,471.50[1]** |
| **Less Unallocated Agreed Reductions** | | **N/A** | **($82,479.50)** |
| **TOTAL:** | | **N/A** | **$18,650,992.00** |

---

[1] [1] This subtotal reflects a $18,154.00 voluntary fee reduction taken in connection with the First Interim Fee Application. Subsequent reductions agreed between Akin Gump and the Fee Examiner were not allocated to specific billed time.

**EXPENSE SUMMARY FOR THE PERIOD FROM
MARCH 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $411.90 |
| Computerized Legal Research - Westlaw - Out of Contract | $530.87 |
| Computerized Legal Research - Other | $440.90 |
| Color Copy | $238.20 |
| Courier Service/Messenger Service - Off Site | $450.00 |
| Duplication - In House | $1,167.70 |
| Duplication - Off Site | $192.30 |
| Meals - Business | $225.69 |
| Meals - Overtime | $100.00 |
| Telephone - Long Distance | $280.00 |
| Transcripts | $34.00 |
| Travel - Ground Transportation | $534.70 |
| Travel - Lodging (Hotel, Apt, Other) | $546.34 |
| Travel - Train Fare | $342.08 |
| **TOTAL:** | **$5,494.68** |

**EXPENSE SUMMARY FOR THE FIFTH INTERIM PERIOD**
**JANUARY 1, 2024 THROUGH AND INCLUDING APRIL 23, 2024**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $69.82 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $411.90 |
| Computerized Legal Research - Westlaw - Out of Contract | $530.87 |
| Computerized Legal Research - Other | $726.60 |
| Color Copy | $238.20 |
| Courier Service/Messenger Service - Off Site | $450.00 |
| Duplication - In House | $1,167.70 |
| Duplication - Off Site | $192.30 |
| Local Transportation - Overtime | $109.38 |
| Meals - Business | $225.69 |
| Meals - Overtime | $140.00 |
| Postage | $6.33 |
| Telephone - Long Distance | $280.00 |
| Transcripts | $34.00 |
| Travel - Ground Transportation | $534.70 |
| Travel - Lodging (Hotel, Apt, Other) | $546.34 |
| Travel - Train Fare | $342.08 |
| **TOTAL:** | **$6,005.91** |

**EXPENSE SUMMARY FOR THE FINAL PERIOD**
**SEPTEMBER 8, 2022 THROUGH AND INCLUDING APRIL 23, 2024**

| Disbursement Activity | Amount ($) |
|---|---|
| Client Development - Travel | $1,441.59 |
| Computerized Legal Research - Lexis - In Contract 30% Discount | $98,537.13 |
| Computerized Legal Research - Lexis - Out of Contract | $10.89 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $70,875.10 |
| Computerized Legal Research - Westlaw - Out of Contract | $530.87 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $1,251.87 |
| Computerized Legal Research - Courtlink - Out of Contract | $7.11 |
| Computerized Legal Research - Other | $5,990.98 |
| Color Copy | $1,903.50 |
| Courier Service/Messenger Service - Off Site | $1,617.16 |
| Document Retrieval | $25.15 |
| Duplication - In House | $3,340.10 |
| Duplication - Off Site | $192.30 |
| Local Transportation - Overtime | $2,047.31 |
| Meals - Overtime | $1,579.93 |
| Meals - Business | $465.51 |
| Meals - In House Catered | $318.32 |
| Meetings Miscellaneous | $7,929.32 |
| Overtime - Admin Staff | $89.02 |
| Postage | $11.67 |
| Professional Fees - Misc. | $310.80 |
| Recruiting - Transcript Fees | $2,476.95 |
| Telephone - Long Distance | $1,820.00 |
| Transcripts | $6,140.30 |
| Travel - Airfare | $1,071.21 |
| Travel - Train Fare | $2,610.84 |
| Travel - Ground Transportation | $1,558.00 |
| Travel - Lodging (Hotel, Apt, Other) | $2,983.29 |
| Travel -Parking | $108.00 |
| Travel - Telephone & Fax | $83.00 |
| **TOTAL:** | **$217,327.22[1]** |

---

[1] This amount reflects the total expenses billed by Akin Gump in its Monthly Fee Statements, but does not reflect $540.72 of expense reductions taken by Akin Gump pursuant to agreements with the Fee Examiner. The total amount of expenses requested by Akin Gump for the Final Period, inclusive of the foregoing agreed expense reductions, is $216,786.50.

AKIN GUMP STRAUSS HAUER & FELD LLP
Arik Preis
Mitchell P. Hurley
Kate Doorley
Theodore James Salwen
Brooks Barker
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Special Counsel to the Official Committee of Opioid
Claimants of Endo International plc,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENDO INTERNATIONAL PLC, *et al*., | : | Case No. 22-22549 (JLG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NINETEENTH MONTHLY FEE STATEMENT, FIFTH INTERIM
AND FINAL APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD
LLP AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF OPIOID
CLAIMANTS OF ENDO INTERNATIONAL PLC, *ET AL*., FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 8, 2022
THROUGH AND INCLUDING APRIL 23, 2024**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), special counsel to the Official

Committee of Opioid Claimants (the "OCC") of Endo International plc and its affiliated debtors

and debtors in possession (collectively, the "Debtors"), hereby submits its nineteenth monthly

statement of fees and disbursements covering the period from March 1, 2024 through and including

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

April 23, 2024, fifth interim application and final application (the "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), requesting: (i) interim allowance of compensation for services rendered to the OCC for the period of January 1, 2024 through and including April 23, 2024 (the "Fifth Interim Period") and for reimbursement of expenses incurred in connection therewith; and (ii) final allowance of compensation for services rendered to the OCC for the period of September 8, 2022 through and including April 23, 2024 (the "Final Period" and, together with the Fifth Interim Period, the "Compensation Periods") and for reimbursement of expenses incurred in connection therewith.  In support of this Application, Akin Gump submits the declaration of Arik Preis, a partner at Akin Gump, which is attached hereto as **Exhibit A**.  In further support of this Application, Akin Gump respectfully states as follows.

## INTRODUCTION

1.      By this Application, Akin Gump seeks: (i) interim allowance of compensation for the professional services rendered by Akin Gump during the Fifth Interim Period in the amount of $1,914,826.00, representing 1,225.2 hours of professional services and 69.4 hours of paraprofessional and other non-legal services; (ii) reimbursement of actual and necessary expenses incurred by Akin Gump during the Fifth Interim Period in the amount of $6,005.91; (iii) final approval of compensation for the professional services rendered by Akin Gump during the Final Period in the amount of $18,650,992.00, representing 13,578.5 hours of professional services and 1,744.0 hours of paraprofessional and other non-legal services; and (iv) final allowance of the

2

actual and necessary expenses incurred by Akin Gump during the Final Period in the amount of $216,786.50.

2.      This Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated October 3, 2022 [ECF No. 326] (the "Interim Compensation Order"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York (June 17, 2013) promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (the "Local Guidelines") and the United States Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases*, 78 Fed. Reg. 36248, effective as of November 1, 2013 (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Fee Guidelines").

3.      The OCC has been given the opportunity to review this Application and the Chair (as defined below) has approved the compensation and reimbursement of expenses requested herein.

**JURISDICTION AND VENUE**

4.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. Approval of this Application is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). To the extent that it is later determined that the Court lacks authority consistent with Article III of the U.S. Constitution to enter a final order in respect of this Application, the OCC consents to entry by the Court of a final order in respect of this Application.

5.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## BACKGROUND

**A.      The Debtors' Chapter 11 Cases**

7.      On August 16, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases (the "Chapter 11 Cases") are jointly administered for procedural purposes only.  The Debtors continue to operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request has been made for the appointment of a trustee or an examiner.

8.      On September 2, 2022, the Office of the United States Trustee for Region 2 (the "U.S. Trustee") appointed the OCC pursuant to Bankruptcy Code section 1102(a) as the fiduciary for all holders of claims arising from harm suffered due to the Debtors' opioid products and practices (collectively, "Opioid Claimants").[2]  *See Notice of Appointment of Official Committee of Opioid Claimants*, dated September 2, 2022 [ECF No. 163].  The OCC currently comprises seven members and one *ex officio* member.[3]

---

[2] The Opioid Claimants include at least 11 separate groups of creditors: (i) the federal government; (ii) the 50 States and other political subdivisions of the United States; (iii) political subdivisions of the States; (iv) Native American tribes; (v) independent public school districts; (vi) personal injury victims; (vii) children born with neonatal abstinence syndrome; (viii) hospitals; (ix) third party payors, including health insurance companies; (x) purchasers of private insurance; and (xi) independent emergency room physicians.

[3] The Committee currently comprises the following members: (i) Robert Asbury as Guardian Ad Litem for certain infants diagnosed with neonatal abstinence syndrome; (ii) Sabrina Barry; (iii) Blue Cross and Blue Shield Association; (iv) Erie County Medical Center Corporation; (v) Sean Higginbotham; (vi) Alan MacDonald; and (vii) Michael Masiowski, M.D.  The OCC has one *ex officio* member, Rochester City School District, on behalf of certain public school districts.

4

9.      On March 22, 2024, the Court entered an order confirming the Plan (as defined below).[4]  The Plan became effective as of April 23, 2024 (the "Effective Date").[5]  Pursuant to Article I, § 2.2(a) of the Plan, all final requests for payment of Fee Claims (as defined in the Plan) must be filed and served no later than 30 days after the Effective Date (*i.e.*, May 23, 2024).

**B.      Retention of Akin Gump**

10.     On September 8, 2022, the OCC selected Cooley LLP ("Cooley") to serve as lead and general bankruptcy counsel to the OCC ("General Counsel"), and Akin Gump to serve as special counsel to the OCC ("Special Counsel").  On October 20, 2022, the OCC filed the *Application of the Official Committee of Opioid Claimants of Endo International plc to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Special Counsel Effective as of September 8, 2022* [ECF No. 505] (the "Akin Retention Application"),[6] which was granted by an order of this Court dated November 17, 2022 [ECF No. 703] (the "Akin Retention Order").[7]

11.     The Akin Retention Order authorized the OCC to retain and employ Akin Gump as its special counsel in the Chapter 11 Cases in accordance with Akin Gump's normal hourly rates and disbursement policies effective as of September 8, 2022.  The Akin Retention Order further authorizes Akin Gump to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

---

[4] *See Findings of Fact, Conclusions of Law, and Order (I) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International Plc and Its Affiliated Debtors and (II) Approving the Disclosure Statement with Respect Thereto*, dated March 22, 2024 [ECF No. 3960].

[5] *See Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) the Administrative Expense Claims Bar Date*, dated April 23, 2024 [ECF No. 4212].

[6] Capitalized terms used but not defined in the Summary shall have the meanings ascribed to such terms in the Akin Retention Application.

[7] The OCC selected Province, Inc. ("Province") to serve as its financial advisor and Jefferies LLC ("Jefferies") to serve as its investment banker on September 9, 2022.  The OCC selected Maples Group ("Maples") to serve as special foreign counsel on November 14, 2022 and Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt") as conflicts counsel on January 1, 2023.  Orders authorizing the retention of Province [ECF No. 718], Cooley [ECF No. 724], Jefferies [ECF No. 1002], Maples [ECF No. 1285] and Klestadt [ECF No. 1290] were entered on November 18, 2022, November 22, 2022, December 22, 2022, February 2, 2023 and February 3, 2023, respectively.

### C.    Appointment of Fee Examiner

12.    On December 19, 2022, the Court entered the *Order Authorizing Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 989] appointing David M. Klauder, Esq. as fee examiner (the "Fee Examiner").  On January 11, 2023, the Fee Examiner filed the *Application of Fee Examiner, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rules 2014-1 and 2016-1, for the Entry of an Order Authorizing the Retention and Employment of Bielli & Klauder LLC as Counsel to the Fee Examiner,* Nunc Pro Tunc *to the Appointment Date* [ECF No. 1176], which was granted by order dated February 3, 2023 [ECF No. 1288].

### D.    Monthly Fee Statements

13.    On December 29, 2022, Akin Gump filed and served the *First Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of September 8, 2022 Through September 30, 2022* [ECF No. 1108] (the "First Monthly Fee Statement"),[8] pursuant to which Akin Gump sought payment of (i) $639,471.60 (80% of $799,339.50) as compensation for professional services rendered and (ii) $6,209.89 for reimbursement of expenses.  Akin Gump did not receive any objections to its First Monthly Fee Statement and received payment in respect thereof on January 20, 2023.

14.    On December 29, 2022, Akin Gump filed and served the *Second Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the*

---

[8] A copy of the First Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQzNTY1Mw==&id2=-1.

6

*Period of October 1, 2022 Through October 31, 2022* [ECF No. 1110] (the "Second Monthly Fee Statement"),[9] pursuant to which Akin Gump sought payment of (i) $786,799.20 (80% of $983,499.00) as compensation for professional services rendered and (ii) $12,521.76 for reimbursement of expenses.  Akin Gump did not receive any objections to the Second Monthly Fee Statement and received payment in respect thereof on January 20, 2023.

15.     On December 29, 2022, Akin Gump filed and served the *Third Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of November 1, 2022 Through November 30, 2022* [ECF No. 1111] (the "Third Monthly Fee Statement"),[10] pursuant to which Akin Gump sought payment of (i) $968,207.20 (80% of $1,210,259.00) as compensation for professional services rendered and (ii) $27,048.19 for reimbursement of expenses.  Akin Gump did not receive any objections to the Third Monthly Fee Statement and received payment in respect thereof on January 20, 2023.

16.     On January 30, 2023, Akin Gump filed and served the *Fourth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of December 1, 2022 Through December 31, 2022* [ECF No. 1267] (the "Fourth Monthly Fee Statement"),[11] pursuant to which Akin Gump sought payment of (i) $773,118.40 (80% of $966,398.00) as compensation for professional services rendered and (ii) $11,477.77 for

---

[9] A copy of the Second Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQzNTY1NQ==&id2=-1.

[10] A copy of the Third Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQzNTY1Ng==&id2=-1.

[11] A copy of the Fourth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQ0MTE1MA==&id2=-1.

reimbursement of expenses.  Akin Gump did not receive any objections to the Fourth Monthly Fee

Statement and received payment in respect thereof on February 24, 2023.

17.     On February 15, 2023, Akin Gump filed and served the *First Interim Fee*

*Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee*

*of Opioid Claimants of Endo International plc,* et al*, for Allowance of Compensation for Services*

*Rendered and Reimbursement of Expenses Incurred for the Period of September 8, 2022 Through*

*and Including December 31, 2022* [ECF No. 1351] (the "First Interim Fee Application"),[12]

pursuant to which Akin Gump sought allowance of (i) $3,941,341.50 as compensation for

professional services rendered and (ii) $57,257.61 for reimbursement of expenses.  Following

discussions with the Fee Examiner, Akin Gump agreed to a voluntary reduction of $210.40 in the

expenses requested pursuant to the First Interim Fee Application, and the Court entered an order

granting the First Interim Fee Application, including the agreed reduction, on May 8, 2023.  *See*

*Order (I) Granting First Interim Applications for Allowance of Compensation and Reimbursement*

*of Expenses Incurred from August 16, 2022 Through and Including December 31, 2022* [ECF

No. 1868] (the "First Interim Compensation Order").  Akin Gump received payment of the

compensation allowed by the First Interim Compensation Order, subject to a continuing 10%

holdback, on June 9, 2023.

18.     On March 7, 2023, Akin Gump filed and served the *Fifth Monthly Fee Statement*

*of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements*

*Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of*

*January 1, 2023 Through January 31, 2023* [ECF No. 1450] (the "Fifth Monthly Fee

---

[12] A copy of the First Interim Fee Application can be accessed on the docket or on the Debtors' case website at:
https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQ0NDY1NA==&id2=-1.

Statement"),[13] pursuant to which Akin Gump sought payment of (i) $1,206,267.60 (80% of $1,507,834.50) as compensation for professional services rendered and (ii) $23,836.08 for reimbursement of expenses. Akin Gump did not receive any objections to the Fifth Monthly Fee Statement and received payment in respect thereof on March 31, 2023.

19. On April 5, 2023, Akin Gump filed and served the *Sixth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of February 1, 2023 Through February 28, 2023* [ECF No. 1777] (the "Sixth Monthly Fee Statement"),[14] pursuant to which Akin Gump sought payment of (i) $1,823,852.00 (80% of $2,279,815.00) as compensation for professional services rendered and (ii) $56,331.53 for reimbursement of expenses. Akin Gump did not receive any objections to the Sixth Monthly Fee Statement and received payment in respect thereof on April 27, 2023.

20. On May 11, 2023, Akin Gump filed and served the *Seventh Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of March 1, 2023 Through March 31, 2023* [ECF No. 1894] (the "Seventh Monthly Fee Statement"),[15] pursuant to which Akin Gump sought payment of (i) $1,301,864.80 (80% of $1,627,331.00) as compensation for professional services rendered and (ii) $21,163.19 for reimbursement of expenses. Akin Gump did not receive any objections to the Seventh Monthly Fee Statement and received payment in respect thereof on June 2, 2023.

---

[13] A copy of the Fifth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQ2MTI4NA==&id2=-1.

[14] A copy of the Sixth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTQ4OTkzOA==&id2=-1.

[15] A copy of the Seventh Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTUwMDgzNQ==&id2=-1.

21.     On June 14, 2023, Akin Gump filed and served the *Eighth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of April 1, 2023 Through April 30, 2023* [ECF No. 2211] (the "Eighth Monthly Fee Statement"),[16] pursuant to which Akin Gump sought payment of (i) $687,972.80 (80% of $859,966.00) as compensation for professional services rendered and (ii) $11,414.29 for reimbursement of expenses.  Akin Gump did not receive any objections to the Eighth Monthly Fee Statement and received payment in respect thereof on July 7, 2023.

22.     On June 14, 2023, Akin Gump filed and served the *Second Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo International plc,* et al*., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of January 1, 2023 Through and Including April 30, 2023* [ECF No. 2216] (the "Second Interim Fee Application," and the period covered thereby, the "Second Interim Period"),[17] pursuant to which Akin Gump sought allowance of (i) $6,274,946.50 as compensation for professional services rendered and (ii) $112,745.09 for reimbursement of expenses.  Following discussions with the Fee Examiner, Akin Gump agreed to a voluntary reduction of $57,788.20 in the fees and $330.32 in the expenses requested pursuant to the Second Interim Fee Application, and the Court entered an order granting the Second Interim Fee Application, including the agreed reductions, on October 3, 2023.  *See Second Order (I) Granting Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from January 1, 2023 Through and Including April 30, 2023* [ECF No. 2992] (the

---

[16] A copy of the Eighth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTUyNzMyMw==&id2=-1.

[17] A copy of the Second Interim Fee Application can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTUyNzM3NQ==&id2=-1.

"Second Interim Compensation Order"). Akin Gump received payment of the compensation allowed by the Second Interim Compensation Order, subject to a continuing 10% holdback, on October 20, 2023.

23.    On July 18, 2023, Akin Gump filed and served the *Ninth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of May 1, 2023 Through May 31, 2023* [ECF No. 2472] (the "Ninth Monthly Fee Statement"),[18] pursuant to which Akin Gump sought payment of (i) $878,115.60 (80% of $1,097,644.50) as compensation for professional services rendered and (ii) $5,595.98 for reimbursement of expenses. Akin Gump did not receive any objections to the Ninth Monthly Fee Statement and received payment in respect thereof on August 11, 2023.

24.    On August 11, 2023, Akin Gump filed and served the *Tenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of June 1, 2023 Through June 30, 2023* [ECF No. 2619] (the "Tenth Monthly Fee Statement"),[19] pursuant to which Akin Gump sought payment of (i) $710,645.20 (80% of $888,306.50) as compensation for professional services rendered and (ii) $3,371.15 for reimbursement of expenses. Akin Gump did not receive any objections to the Tenth Monthly Fee Statement and received payment in respect thereof on September 8, 2023.

25.    On September 25, 2023, Akin Gump filed and served the *Eleventh Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and*

---

[18] A copy of the Ninth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MTYxMzQwMA==&id2=-1.

[19] A copy of the Tenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjQ1OTQ5MQ==&id2=-1.

*Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of July 1, 2023 Through July 31, 2023* [ECF No. 2886] (the "Eleventh Monthly Fee Statement"),[20] pursuant to which Akin Gump sought payment of (i) $1,375,759.60 (80% of $1,719,699.50) as compensation for professional services rendered and (ii) $17,647.53 for reimbursement of expenses.  Akin Gump did not receive any objections to the Eleventh Monthly Fee Statement and received payment in respect thereof on October 20, 2023.

26.    On October 11, 2023, Akin Gump filed and served the *Twelfth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of August 1, 2023 Through August 31, 2023* [ECF No. 3013] (the "Twelfth Monthly Fee Statement"),[21] pursuant to which Akin Gump sought payment of (i) $1,102,066.80 (80% of $1,377,583.50) as compensation for professional services rendered and (ii) $12,990.35 for reimbursement of expenses.  Akin Gump did not receive any objections to the Twelfth Monthly Fee Statement and received payment in respect thereof on November 3, 2023.

27.    On October 16, 2023, Akin Gump filed and served the *Third Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo International plc,* et al.*, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of May 1, 2023 Through and Including August 31, 2023* [ECF No. 3054] (the "Third Interim Fee Application," and the period covered thereby, the "Third Interim Period"),[22] pursuant to which Akin Gump sought allowance of

---

[20] A copy of the Eleventh Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjU0MTc1Nw==&id2=-1.

[21] A copy of the Twelfth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjU3NjIyNA==&id2=-1.

[22] A copy of the Third Interim Fee Application can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjU3ODA0NA==&id2=-1.

(i) 5,083,234.00 as compensation for professional services rendered and (ii) $39,605.01 for reimbursement of expenses. Following discussions with the Fee Examiner, Akin Gump agreed to a voluntary reduction of $24,691.30 in the fees requested pursuant to the Third Interim Fee Application, and the Court entered an order granting the Third Interim Fee Application, including the agreed reductions, on December 22, 2023. *See Third Order (I) Granting Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from May 1, 2023 Through and Including August 31, 2023* [ECF No. 3370] (the "Third Interim Compensation Order"). Akin Gump received payment of the compensation allowed by the Third Interim Compensation Order, subject to a continuing 10% holdback, on January 19, 2024.

28. On November 10, 2023, Akin Gump filed and served the *Thirteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of September 1, 2023 Through September 30, 2023* [ECF No. 3100] (the "Thirteenth Monthly Fee Statement"),[23] pursuant to which Akin Gump sought payment of (i) $250,230.00 (80% of $312,787.50) as compensation for professional services rendered and (ii) $466.10 for reimbursement of expenses. Akin Gump did not receive any objections to the Thirteenth Monthly Fee Statement and received payment in respect thereof on December 1, 2023.

29. On December 8, 2023, Akin Gump filed and served the *Fourteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of October 1, 2023 Through October 31, 2023* [ECF No. 3315] (the "Fourteenth Monthly

---

[23] A copy of the Thirteenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjU5MDQ4OQ==&id2=-1.

Fee Statement"),[24] pursuant to which Akin Gump sought payment of (i) $348,649.20 (80% of $435,811.50) as compensation for professional services rendered and (ii) $1,098.82 for reimbursement of expenses. Akin Gump did not receive any objections to the Fourteenth Monthly Fee Statement and received payment in respect thereof on January 5, 2024.

30. On February 12, 2024, Akin Gump filed and served the *Fifteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of November 1, 2023 Through November 30, 2023* [ECF No. 3631] (the "Fifteenth Monthly Fee Statement"),[25] pursuant to which Akin Gump sought payment of (i) $157,912.40 (80% of $197,390.50) as compensation for professional services rendered and (ii) $39.47 for reimbursement of expenses. Akin Gump did not receive any objections to the Fifteenth Monthly Fee Statement and received payment in respect thereof on March 8, 2024.

31. On February 12, 2024, Akin Gump filed and served the *Sixteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of December 1, 2023 Through December 31, 2023* [ECF No. 3636] (the "Sixteenth Monthly Fee Statement"),[26] pursuant to which Akin Gump sought payment of (i) $458,507.20 (80% of $573,134.00) as compensation for professional services rendered and (ii) $109.21 for reimbursement of expenses. Akin Gump did not receive any objections to the Sixteenth Monthly Fee Statement and received payment in respect thereof on March 8, 2024.

---

[24] A copy of the Fourteenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MjYwNjg5MA==&id2=-1.

[25] A copy of the Fifteenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MzA2NTg0Ng==&id2=-1.

[26] A copy of the Sixteenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MzA2NTg1NA==&id2=-1.

32.      On February 14, 2024, Akin Gump filed and served the *Fourth Interim Application of Akin Gump Strauss Hauer & Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo International plc,* et al.*, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 1, 2023 Through and Including December 31, 2023* [ECF No. 3667] (the "Fourth Interim Fee Application," and the period covered thereby, the "Fourth Interim Period"),[27] pursuant to which Akin Gump sought allowance of (i) 1,519,123.50 as compensation for professional services rendered and (ii) $1,713.60 for reimbursement of expenses.  The Court entered an order granting the Fourth Interim Fee Application on May 2, 2024.  *See Fourth Order (I) Granting Interim Applications for Allowance of Compensation and Reimbursement of Expenses Incurred from September 1, 2023 Through and Including December 31, 2023* [ECF No. 4240].

33.      On April 2, 2024, Akin Gump filed and served the *Seventeenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of January 1, 2024 Through January 31,2024* [ECF No. 4147] (the "Seventeenth Monthly Fee Statement"),[28] pursuant to which Akin Gump sought payment of (i) $283,499.20 (80% of $354,374.00) as compensation for professional services rendered and (ii) $305.70 for reimbursement of expenses.  As of the date hereof, Akin Gump has not received any objections to the Seventeenth Monthly Fee Statement and has not yet received payment in respect thereof.

34.      On April 29, 2024, Akin Gump filed and served the *Eighteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and*

---

[27] A copy of the Fourth Interim Fee Application can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MzA2NjYyNw==&id2=-1.

[28] A copy of the Seventeenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: h https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MzA5MzIxNA==&id2=-1.

*Disbursements Incurred as Special Counsel to the Official Committee of Opioid Claimants for the Period of February 1, 2024 Through February 29, 2024* [ECF No. 427] (the "Eighteenth Monthly Fee Statement" and, collectively with the First through Seventeenth Monthly Fee Statements, the "Monthly Fee Statements"),[29] pursuant to which Akin Gump sought payment of (i) $446,832.40 (80% of $558,540.50) as compensation for professional services rendered and (ii) $205.53 for reimbursement of expenses.  As of the date hereof, Akin Gump has not received any objections to the Eighteenth Monthly Fee Statement and has not yet received payment in respect thereof.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

35.    By this Application, Akin Gump requests: (i) interim allowance of compensation for the professional services rendered by Akin Gump during the Fifth Interim Period in the amount of $1,914,826.00, representing 1,225.2 hours of professional services and 69.4 hours of paraprofessional and other non-legal services; (ii) reimbursement of actual and necessary expenses incurred by Akin Gump during the Fifth Interim Period in the amount of $6,005.91; and (iii) final allowance of compensation for the professional services rendered by Akin Gump during the Final Period in the amount of $18,650,992.00, representing 13,578.5 hours of professional services and 1,744.0 hours of paraprofessional and other non-legal services.  During the Fifth Interim Period, Akin Gump professionals and paraprofessionals expended a total of 1,294.6 hours for which compensation is sought, and during the Final Period, Akin Gump professionals and paraprofessionals expended a total of 15,322.5 hours for which compensation is sought.

36.    The fees charged by Akin Gump in the Chapter 11 Cases are billed in accordance with Akin Gump's existing billing rates and procedures in effect during the Compensation Periods.

---

[29] A copy of the Eighteenth Monthly Fee Statement can be accessed on the docket or on the Debtors' case website at: https://restructuring.ra.kroll.com/endo/Home-DownloadPDF?id1=MzEwMTUzNA==&id2=-1.

The rates Akin Gump charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are the same rates Akin Gump charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  The disclosures required by the U.S. Trustee Guidelines regarding the customary and comparable compensation are annexed hereto as **Exhibit B**.

37.     Akin Gump maintains computerized records of the time spent by all Akin Gump professionals and paraprofessionals in connection with its representation of the OCC in the Chapter 11 Cases.  Summaries of compensation by timekeeper for the Compensation Periods follow the summary cover sheet to this Application at pages vi–xiii, and summaries of fees by task code follow the summary cover sheet to this Application at pages xiv–xvi.  In addition, a summary of fees by task code against budgeted fees and hours for the Fifth Interim Period is attached hereto as **Exhibit C.**

38.     Akin Gump also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Summaries of the categories of expenses and amounts for which reimbursement is requested by this Application for the Compensation Periods follow the summary cover sheet to this Application at xvii–xix.

39.     Akin Gump's staffing plan for the Fifth Interim Period is attached hereto as **Exhibit D**.

40.     The itemized time records for Akin Gump professionals and paraprofessionals performing services for the OCC during the Compensation Periods have been filed and served with the Monthly Fee Statements in accordance with the Interim Compensation Order, except for

the invoice for the Nineteenth Monthly Fee Statement (covering March 2024 and April 1–23, 2024), which is attached hereto as **Exhibit E**.

**SUMMARY OF SERVICES PERFORMED BY
AKIN GUMP DURING THE COMPENSATION PERIODS**

41.     The services provided by Akin Gump during the Compensation Periods were actual and necessary for the administration of the Chapter 11 Cases, performed at the request of the OCC and commensurate with the complexity and significance of the matter.  Moreover, the nature of the issues in the Chapter 11 Cases and the need to act or respond to such issues on an expedited basis in furtherance of the OCC's objectives and the interests of Opioid Claimants required the expenditure of significant time by Akin Gump professionals and paraprofessionals from numerous legal disciplines during the Compensation Periods.  Work done by Akin Gump professionals and paraprofessionals during the Compensation Periods was, however, limited to (i) the Opioid-Related Matters; (ii) certain other matters not already being addressed by Cooley that were appropriate for Akin Gump to handle; and (iii) other specific situations where Akin Gump's experience enabled it to assist (without duplicating) Cooley.  Indeed, in light of Akin Gump's limited role as Special Counsel, immediately following Akin Gump's retention by the OCC and, thereafter, throughout the Compensation Period, Cooley and Akin Gump engaged in extensive efforts to delineate the two firms' respective roles in connection with all matters in the Chapter 11 Cases, with Akin Gump providing counsel and expertise with regard to the Opioid-Related Matters, and other matters where appropriate, as set forth in the Akin Retention Application and in accordance with the Akin Retention Order.  Furthermore, Cooley professionals and Akin Gump professionals regularly coordinated to ensure that the services provided by Akin Gump to the OCC with respect to the Opioid-Related Matters, as well as other matters handled by Akin Gump, were

18

complementary to, and not duplicative of, the services being rendered by Cooley as General Counsel or any other professionals retained by the OCC in connection with the Chapter 11 Cases.

42.     Summaries of the services Akin Gump professionals and paraprofessionals performed for the OCC during the First, Second, Third and Fourth Interim Periods have been included in the First, Second, Third and Fourth Interim Fee Applications, which were filed and served in accordance with the Interim Compensation Order and are incorporated herein by reference.

43.     The following is a summary of the professional services rendered by Akin Gump during the Fifth Interim Period. This summary is organized in accordance with Akin Gump's internal system of task codes established at the outset of the Chapter 11 Cases based on the Fee Guidelines. In classifying services into task codes, Akin Gump attempted to place the services performed in the category that most closely related to the services provided. In addition, in connection with the resolution in principle the OCC negotiated with the Ad Hoc First Lien Group during Court-ordered mediation, Akin Gump created three new task codes for certain services provided to the OCC on or after March 3, 2023. Pursuant to the term sheet subsequently entered into between the parties memorializing the terms of their resolution,[30] the payment of fees incurred on and after March 24, 2023 by all professionals retained or otherwise employed by the OCC that are compensated on an hourly basis are capped (the "Fee Cap") at (i) $8.5 million from and including March 24, 2023 through and including October 31, 2023, and (ii) $500,000 per month beginning November 1, 2023, subject to carve outs for certain services provided to the OCC in connection with the OCC Resolution.[31] As described in more detail below, Akin Gump created

---

[30] See Amended OCC Resolution Term Sheet, dated July 13, 2023 [ECF No. 2415, Ex. B] (the "OCC Resolution Term Sheet," and the agreements embodied therein, the "OCC Resolution").

[31] See OCC Resolution Term Sheet at 12.

task codes 34, 35 and 36 for the purpose of classifying those services subject to the Fee Cap separately from those services not subject to such cap, with uncapped services placed in the new task codes.

44.     The following summary of services rendered during the Fifth Interim Period is not intended to be a detailed description of the work performed.  Rather, it merely is an attempt to highlight certain of those areas in which services were rendered to the OCC, as well as to identify some of the matters and issues that Akin Gump was required to address during the Fifth Interim Period.

### A.     General Case Administration (Task Code 2)

| Total Hours | Fees |
|---|---|
| 74.3 | $51,430.00 |

45.     This category includes time spent by Akin Gump professionals and paraprofessionals performing various general administrative tasks necessary to the OCC's involvement in the Chapter 11 Cases, including, among other things: (i) maintaining distribution lists; (ii) monitoring the docket for the Chapter 11 Cases and related proceedings to track filings and to remain apprised of critical dates; (iii) ensuring that the appropriate parties and professionals are notified of filed documents, relevant objection and response deadlines, hearing dates and other critical dates; (iv) updating internal case calendars with key dates and deadlines; and (v) performing other necessary general administrative tasks.

46.     During the Fifth Interim Period, Akin Gump professionals and paraprofessionals monitored the docket for the Chapter 11 Cases and related proceedings to remain apprised of all critical matters impacting Opioid Related Matters, as well as other matters for which Akin Gump provided services to the OCC.  For each significant filing impacting such matters, Akin Gump professionals and paraprofessionals worked to ensure that the appropriate parties were notified of

20

its contents, relevant response deadlines, hearing dates and any other critical matters related thereto, to the extent Cooley was not otherwise handling such matters.  Due to Akin Gump's experience counseling official committees, and in particular committees of mass tort claimants, Akin Gump believes it was able to address all issues relating to case administration that have arisen during the pendency of the Chapter 11 Cases in an effective and efficient manner, and without duplicating the efforts of Cooley.

**B.      Akin Gump Fee Application/Monthly Billing Reports (Task Code 3)**

| Total Hours | Fees |
|---|---|
| 187.3 | $219,794.00 |

47.     This category includes time spent by Akin Gump professionals and paraprofessionals in connection with the preparation of Akin Gump's monthly fee statements and fee applications.  During the Fifth Interim Period, these efforts included ensuring that the schedules attached to the Fifteenth, Sixteenth, Seventeenth and Eighteenth Monthly Fee Statements complied with the Fee Guidelines, and that such schedules did not contain information that was privileged, confidential or subject to attorney work product protection.  Akin Gump professionals and paraprofessionals also prepared and finalized for filing the Fifteenth, Sixteenth and Seventeenth Monthly Fee Statements, as well as the Fourth Interim Fee Application.  To minimize costs in connection with this time-intensive process, Akin Gump relied on paraprofessionals to prepare the initial drafts of the Monthly Fee Statements and portions of the Fourth Interim Fee Application, thereby limiting the time spent by professionals on these tasks, where reasonably practicable.

**C.      Creditor Committee Matters/Meetings (Task Code 7)**

| Total Hours | Fees |
|---|---|
| 36.8 | $62,594.00 |

48.     This category includes time spent by Akin Gump professionals and paraprofessionals: (i) preparing for and participating in meetings and conference calls with the OCC as a whole or with individual members of the OCC, including frequent conference calls with the full OCC; (ii) communicating with the OCC's other advisors regarding pending matters and case strategy; (iii) participating in meetings and calls with various parties in interest on the OCC's behalf; (iv) providing OCC members with updates regarding opioid related case matters; (v) maintaining a website for Opioid Claimants to obtain information about the Chapter 11 Cases; and (vi) attending to other general OCC matters.

49.     More specifically, during the Fifth Interim Period, Akin Gump professionals participated, together with the OCC's other advisors, in no fewer than eight telephonic meetings with the full OCC.  During these meetings with the OCC, Akin Gump assisted the OCC in fulfilling its duty to exercise informed judgment and formulate positions regarding the various issues arising in the Chapter 11 Cases, in connection with both the Opioid Related Matters and other matters handled by Akin Gump.  Akin Gump also, in coordination with Cooley, provided analysis of the Opioid Related Matters for regular email updates to the OCC regarding the status of and current issues in the Chapter 11 Cases.  Such email updates ensured that the OCC remained apprised of relevant issues arising within its sphere of responsibility and statutory duties.

50.     This Category also includes time spent by Akin Gump professionals continuing to coordinate with Kroll, LLC, the Debtors' claims and noticing agent, to maintain and update a website providing Opioid Claimants with non-confidential and non-privileged information about the Chapter 11 Cases, a detailed case calendar for upcoming critical events, additional information regarding proof of claim instructions and contact information for addressing other concerns.  Since the Court entered the *Order Clarifying the Requirement of the Official Committee of Opioid*

22

*Claimants to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information* [ECF No. 1246] on January 24, 2023, the OCC has maintained this website and kept it updated with current information for Opioid Claimants.

**D.      Matters Related to Settlement (Task Code 34)**

| Total Hours | Fees |
| --- | --- |
| 987.7 | $1,572,533.50 |

51.      This category includes time spent by Akin Gump professionals during the Fifth Interim Period in connection with implementation of the OCC Resolution and other connected resolutions in the Chapter 11 cases, including among other things the Debtors' motion seeking conditional approval of the Disclosure Statement,[32] the Solicitation Materials, the Plan,[33] the PPOC Sub-Trust Documents (as defined below) and related documents.

52.      More specifically, Akin Gump professionals and paraprofessionals spent time early in the Fifth Interim Period preparing for and attending the hearing (the "DS Hearing") held by the Court on January 9, 2024 for approval of the Conditional DS Motion (which related to the Plan incorporating the OCC Resolution).  In connection with these efforts, which began prior to the commencement of the Fifth Interim Period, Akin Gump professionals continued among other things to review, analyze and comment on various documents prepared in connection with the DS Hearing and solicitation of the Plan.  Akin Gump professionals also conducted research, prepared

---

[32] *Debtors' Motion for an Order (I) Scheduling a Combined Hearing for Approval of the Disclosure Statement and Confirmation of the Plan; (II) Conditionally Approving the Adequacy of the Disclosure Statement; (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes, and (D) Procedures for Objections; and (IV) Granting Related Relief,* dated December 19, 2023 [ECF No. 3357] (the "Conditional DS Motion").

[33] *Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors,* dated December 19, 2023 [ECF No. 3355], subsequently amended by the *Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors,* dated January 5, 2024 [ECF No. 3523], the *Second Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors,* dated January 9, 2024 [ECF No. 3535], the *Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors,* dated February 20, 2024 [ECF No. 3695]; and the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors,* dated March 18, 2024 [ECF No. 3849] (the "Plan").

analyses, and engaged in communications with the OCC and the advisors to the Debtors, the Ad

Hoc First Lien Group, the Official Committee of Unsecured Creditors (the "UCC") and other key

constituencies regarding the Conditional DS Motion, the Disclosure Statement, the Solicitation

Materials, the Plan and related documents to ensure the appropriateness and accuracy of the

Disclosure Statement and the representations made therein, as well as the procedures proposed for

soliciting Plan acceptance from the OCC's constituents, and to ensure conformity with the OCC

Resolution and the other resolutions reached in the Mediation.[34]

53.     This category also includes time spent by Akin Gump professionals and

paraprofessionals in connection with preparing for the confirmation hearing.  More specifically,

Akin Gump professionals spent time during the Fifth Interim Period (i) researching, analyzing,

negotiating and performing diligence in respect of numerous complex issues relating to the Plan

and related documents, as well as various iterations of the foregoing documents; (ii) ensuring the

implementation of the OCC Resolution and the OCC Resolution Term Sheet in connection with

the Plan; (iii) preparing a letter (the "Plan Support Letter") explaining to Present Private Opioid

Claimants (as defined in the Plan) the OCC's support for the Plan, as well as providing information

regarding voting on the Plan and granting the releases contained therein;[35] (iv) reviewing each of

the objections to the Plan filed by various parties, including the objection filed by Jean-François

Bourassa, a plaintiff in an opioid-related putative class action filed in the Superior Court of Quebec

---

[34] The "Mediation" refers to the Court-ordered mediation (the "Mediation") conducted before Judge Shelley C. Chapman (Ret.) as mediator (the "Mediator") among: (i) the Debtors; (ii) the Ad Hoc First Lien Group; (iii) the Ad Hoc Cross-Holder Group; (iv) an ad hoc group consisting of certain holders of the Debtors' prepetition first lien debt that were not parties to the RSA (the "Non-RSA 1Ls"); (v) the UCC; (vi) the OCC; (vii) the FCR; (viii) the Multi-State Endo Executive Committee; and (ix) the United States of America. *See Stipulation and Order (A) Granting Mediation and (B) Referring Matters to Mediation*, dated January 27, 2023 [ECF No. 1257].

[35] The Plan Support Letter was disseminated to all Present Private Opioid Claimants (as defined in the Plan) as part of the Debtors' Plan solicitation materials.

on behalf of residents of the Province of Quebec,[36] and preparing summaries of the same for the OCC; (v) preparing an extensive brief in support of confirmation of the Plan that addressed many critical issues raised by certain objections filed with respect thereto, including the Canadian Plaintiff's Objection;[37] (vi) conducting extensive legal research and analysis regarding key confirmation issues and drafting internal and OCC memoranda regarding such issues; (vii) engaging in efforts to resolve issues by objecting parties, including by communicating extensively with various objecting parties and working with the advisors to the Debtors, the Ad Hoc First Lien Group and the UCC and other key creditor constituencies regarding appropriate modifications to the Plan and related documents; (viii) ensuring that the Plan and related documents included appropriate protections for the rights of Opioid Claimants, including in connection with the aforementioned modifications; (ix) preparing for, coordinating the parties' presentations at and attending the hearing held by the Court on March 19, 2024 in connection with confirmation of the Plan; and (x) otherwise providing services and assistance to the OCC in furtherance of the implementation of the OCC Resolution and in connection with the OCC's obligations under the Committee Resolutions Stipulation and the OCC Resolution Term Sheet. Akin Gump professionals and paraprofessionals also reviewed and analyzed various documents produced or prepared in connection with confirmation, including discovery materials, witness and exhibit lists, expert reports, declarations in support of the Plan and confirmation-related schedules and protocols and engaged in a meet and confer process with the advisors to the Debtors and key creditor constituencies regarding the same. Akin Gump professionals also spent significant time

---

[36] *See Objection to the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors*, dated February 22, 2024 [ECF No. 3710] (the "Canadian Plaintiff's Objection").

[37] *See Statement of the Official Committee of Opioid Claimants in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International Plc and its Affiliated Debtors and in Response to Certain Objections Thereto*, dated March 7, 2024 [ECF No. 3785] (the "Plan Support Statement").

working with Province to prepare Michael Atkinson's declaration in support of the Plan Support Statement and confirmation of the Plan.[38]

54.    Akin Gump professionals also devoted significant time during the Fifth Interim Period in connection with various iterations of the agreements, distribution procedures and other documentation for the various trusts to which Present Private Opioid Claims (as defined in the Plan) are channeled pursuant to the Plan.  Beyond the research, analysis and negotiation with financial participants in the Chapter 11 Cases required in connection with these efforts, Akin Gump professionals also coordinated numerous matters among various Opioid Claimant consistencies and professionals, as well as the proposed advisors and trustees for the PPOC Sub-Trusts. Following these efforts, and reflecting an agreement among various parties that costs could be saved by simplifying the trust structure created by the OCC Resolution as originally contemplated, Akin Gump professionals also negotiated the terms of the *Stipulation by and Among the Debtors, the Official Committee of Opioid Claimants, and the Ad Hoc First Lien Group Regarding the PPOC Trust*, dated April 19, 2024 [ECF No. 4197].  The cost savings achieved by this stipulation, which reflects the parties' agreements with respect to the elimination of the PPOC Trust (as defined in the Plan) from the trust structure, will inure to the benefit of the OCC's constituents.

55.    Each of the workstreams discussed above includes time spent by Akin professionals engaging in frequent communications and participating in regularly scheduled meetings and conference calls with, among others, the advisors for the Debtors, the UCC, the Ad Hoc First Lien Group and the OCC's other professionals regarding the documentation and implementation of the OCC Resolution and the UCC's resolution, as well as other developments and matters potentially

---

[38] *See Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Opioid Claimants in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of Endo International Plc and its Affiliated Debtors and in Response to Certain Objections Thereto*, dated March 7, 2024 [ECF No. 3786].

impacting both resolutions, the Plan, the Disclosure Statement and the PPOC Sub-Trust Documents, including the matters described in greater detail above.

56.     Finally, but crucially, this category also includes time spent by Akin Gump professionals, on behalf of the OCC, responding to inquiries from Opioid Claimants. During the Fifth Interim Period, these inquiries primarily regarded the OCC Resolution, the Plan, as well as the Plan Support Letter and the required steps for electing to participate in releases and associated increased recoveries under the OCC Resolution. These efforts by Akin Gump professionals assisted the OCC in fulfilling its responsibility under Bankruptcy Code section 1102(b)(3) to "provide access to information for creditors . . . not appointed to the [C]ommittee." Indeed, throughout the pendency of the Chapter 11 Cases, Akin Gump professionals have fielded a high volume of inquiries from Opioid Claimants. Akin Gump professionals spent a significant amount of time during the Fifth Interim Period reviewing claimant inquiries and communicating with such claimants, including correspondence by mail with incarcerated claimants, to inform them of developments in the Chapter 11 Cases and the status of their claims. Since the beginning of the Chapter 11 Cases, Akin Gump professionals have communicated, often on multiple occasions, with more than 350 Opioid Claimants.

**E.      Other Task Codes**

57.     Akin Gump billed *de minimis* amounts (fewer than fifteen hours) to the following task codes during the Fifth Interim Period:

| Task Code | Matter | Total Hours Billed | Total Value ($) |
|---|---|---|---|
| 8 | Hearings and Court Matters/Court Preparation | 6.0 | $4,157.00 |
| 25 | Travel Time | 2.5 | $4,317.50[39] |

### ACTUAL AND NECESSARY DISBURSEMENTS

58.    Akin Gump seeks allowance of reimbursement in the amount of $6,005.91 for expenses incurred during the Fifth Interim Period and $217,327.22 for expense incurred during the Final Period in the course of providing professional services to the OCC.  Akin Gump's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.  For example, as it relates to computerized research, Akin Gump believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain.  Other reimbursable expenses (whether the service is performed by Akin Gump in-house or through a third-party vendor) include, but are not limited to, long-distance calls, overtime meals, deliveries, court costs, transcript fees, discovery and temporary legal staffing services, travel and clerk fees.

### FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

59.    Bankruptcy Code section 330 provides, in relevant part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered[.]" *See* 11 U.S.C. § 330(a)(1).  In turn, Bankruptcy Code section 330 provides as follows:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>> (A) the time spent on such services;
>> (B) the rates charged for such services;
>> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

---

[39] This amount reflects a 50% reduction in fees for non-working travel time.

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonably based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

60. The clear congressional intent and policy expressed in Bankruptcy Code section 330 is to provide for adequate compensation to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases. *In re Drexel Burnham Lambert Grp., Inc.*, 133 B.R. 13, 20 (Bankr. S.D.N.Y. 1991) ("Congress' objective in requiring that the market, not the Court, establish attorneys' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."); *see also In re Busy Beaver Bldg. Ctrs., Inc.*, 19 F.3d 833, 850 (3d. Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citations and internal quotation marks omitted).

61. In assessing the "reasonableness" of the fees requested, the Second Circuit has stated that courts should consider the factors enumerated in *Johnson v. Ga. Highway Express, Inc.*, while also incorporating the "lodestar method." *See Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany and Albany County Bd. of Elections,* 522 F.3d 182, 190 (2d Cir. 2007) (citing *Johnson v. Ga. Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974), *abrogated on other grounds by Blanchard v. Bergeron,* 489 U.S. 87, 92–93, 96 (1989)). The "lodestar method" of calculating the reasonable fee contemplates "the number of hours reasonably expended . . . multiplied by a reasonable hourly rate." *See Hensley v. Eckerhart* et al., 461 U.S. 424, 433 (1983); *Gisbrecht v. Barnhart*, 535 U.S. 789, 801 (2002); *Perdue v. Kenny A.*, 130 S.Ct. 1662, 1672 (2010);

29

*In re Drexel Burnham Lambert Grp., Inc.* 133 B.R. 13 (Bankr. S.D.N.Y. 1991). The factors set forth in *Johnson* and *In re First Colonial Corp. of Am.*, 544 F.2d 1291, 1298–99 (5th Cir. 1977) have been adopted by most courts.[40]  *See In re Nine Assocs., Inc.*, 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine Magazine, Inc.*, 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 1986) (same); *Green v. City of New York*, 403 Fed. Appx. 626, 629 (2d Cir. 2010) (summary order); *see generally* 3 COLLIER ON BANKRUPTCY ¶ 330.03[9] (Lawrence P. King ed., 16th ed. 2016) (describing *First Colonial* and *Johnson* as the "leading cases to be considered in determining a reasonable allowance of compensation").

62.     Akin Gump respectfully submits that a consideration of these factors should result in the Court's allowance of the full compensation sought in this Application.

a.      <u>Time and Labor Required</u>.  Akin Gump billed a total of 1,225.2 hours of professional services and 69.4 hours of paraprofessional and other non-legal services during the Fifth Interim Period, and a total of 13,578.5 hours of professional services and 1,744.0 hours of paraprofessional and other non-legal services during the Final Period.  As evidenced by this Application, Akin Gump professionals and paraprofessionals worked diligently and efficiently without unnecessary duplication of efforts throughout the Compensation Periods.  This is especially clear when considering the nature and complexity of the issues that arose in the Chapter 11 Cases during the Compensation Periods.  In particular, the Compensation Periods involved many material matters and issues that required a favorable resolution for the Debtors' estates and Opioid Claimants, including, among other things, matters and issues arising in connection with the OCC Resolution, the Plan, the Disclosure Statement, the Conditional DS Motion and the PPOC Sub-Trust Documents during the Fifth Interim Period, as well as the

---

[40] The factors articulated by the Fifth Circuit in *First Colonial* were first articulated by the Fifth Circuit in *Johnson,* with the *First Colonial* court adding the factor of the "spirit of economy," which was later rejected by Congress.  *See Stroock & Stroock & Lavan v. Hillsborough Holdings Corp. (In re Hillsborough Holdings Corp.)*, 127 F.3d 1398, 1403 (11th Cir. 1997).

30

Voluntary Opioid Term Sheet,[41] the Wages Motion,[42] the PII Motion,[43] the Bar Date Motion,[44] the PI Motion,[45] the Exclusivity Extension Motion,[46] the Bidding Procedures Motion,[47] the Mediation, the Debtors' proposed sale transaction (the "Proposed Sale"), the Blankenship Proceeding,[48] the Trustee Motion,[49] the allocation of the private opioid trust funds among the various groups of private Opioid Claimants (the "Allocation Mediation"), the DMP Stipulation Motion,[50] the Class Claim Motion,[51] the Intervention Motion,[52] the NAS AHG Lift Stay Motion,[53] various tax- and insurance-related matters issues and the OCC's investigation and analysis of potential estate claims during the Final Period. Akin Gump's representation of the OCC has required it to balance the need to provide quality services with the need to act quickly and represent the OCC in an effective,

[41] *See Voluntary Opioid Trust Term Sheet*, dated August 17, 2022 (the "Voluntary Opioid Term Sheet"), Ex. E to *Restructuring Term Sheet*, dated August 17, 2022 [ECF No. 20, Ex. 1], Ex. A to *Restructuring Support Agreement*, dated August 17, 2022 [ECF No. 20, Ex. 1].

[42] *See Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfer; and (III) Granted Related Relief*, dated August 17, 2022 [ECF No. 7] (the "Wages Motion").

[43] *See Motion of the Debtors for an Order (I) Waiving the Requirement That Each Debtor Files a Separate List of Its 20 Largest Unsecured Creditors; (II) Authorizing the Debtors to File a Single Consolidated List of Their 50 Largest Unsecured, Non-Insider Creditors; (III) Authorizing the Debtors and the Claims and Noticing Agent to Redact Personally Identifiable Information for Individuals; (IV) Authorizing the Claims and Noticing Agent to Withhold Publication of Claims Filed by Individuals Until Further Order of the Court; (V) Establishing Procedures for Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases; and (VI) Granting Related Relief*, dated August 17, 2022 [ECF No. 6] (the "PII Motion").

[44] *See Motion of Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Procedures for Filing Proofs of Claim; (III) Approving the Proofs of Claim Forms; (IV) Approving the Forms and Manner of Notice Thereof; and (V) Approving the Confidentiality Protocol*, dated November 23, 2022 [ECF No. 733].

[45] *See Debtors' Motion for a Preliminary Injunction Pursuant to Section 105(a) of the Bankruptcy Code*, dated September 9, 2022 [Adv. Pro. 22-07039, ECF No. 2] (the "PI Motion").

[46] *See Motion of Debtors for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof*, dated December 14, 2022 [ECF No. 979] (the "Exclusivity Extension Motion").

[47] *See Debtors' Motion for an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving Certain Transaction Steps, (III) Approving the Sale of Substantially All of the Debtors' Assets and (IV) Granting Related Relief*, dated November 23, 2022 [ECF No. 728] (the "Bidding Procedures Motion").

[48] *See Travis Blankenship v. Endo International plc,* et al., Adv. Pro No. 23-07007 (Bankr. S.D.N.Y.) (the "Blankenship Proceeding").

[49] *See The United States' Motion to Appoint a Chapter 11 Trustee*, dated July 18, 2023 [ECF No. 2486] (the "Trustee Motion").

[50] *See Debtors' Motion for an Order Approving the Stipulation and Agreed Order Among the Debtors and the DMPs Resolving the DMP's Objection to the Bidding Procedures and Sale Motion*, dated July 18, 2023 [ECF No. 2466] (the "DMP Stipulation Motion").

[51] *See Motion of Jodie Philipsen and Janice Seymour for an Order (I) Certifying the Class of Australian Mesh Claimants and Authorizing the Filing of a Class Proof of Claim, or Alternatively, (II) Extending the Bar Date to File Proofs of Claim*, dated June 1, 2023 [ECF No. 2138] (the "Class Claim Motion").

[52] *Motion to Intervene by the Official Committee of Opioid Claimants*, Adv. Pro. No. 23-07007 (Bankr. S.D.N.Y. Apr. 19, 2023) [ECF No. 42] (the "Intervention Motion").

[53] *See Motion to Lift Automatic Stay*, dated April 19, 2023 [ECF No. 1817] (the "NAS AHG Lift Stay Motion").

31

efficient and timely manner. Akin Gump submits that the hours spent were reasonable given the size and complexity of the Chapter 11 Cases, the significant— and often urgent—legal and business issues raised and the numerous pleadings filed in the Chapter 11 Cases.

b.      <u>Novelty and Difficulty of the Questions</u>. Akin Gump tasked knowledgeable attorneys to research, analyze and provide advice on difficult and complex bankruptcy, litigation, corporate, tax, trusts and estates, insurance and other issues. As further described herein, Akin Gump's teams of skilled practitioners assisted the OCC in analyzing, among other things, novel and/or difficult questions in connection with, among other things, the OCC Resolution, the Plan, the Disclosure Statement, the Conditional DS Motion and the PPOC Sub-Trust Documents during the Fifth Interim Period, as well as the Voluntary Opioid Term Sheet, the Wages Motion, the PII Motion, the Bar Date Motion, the PI Motion, the Exclusivity Extension Motion, the Bidding Procedures Motion, the Mediation, the Proposed Sale, the Blankenship Proceeding, the Trustee Motion, the Allocation Mediation, the DMP Stipulation Motion, the Class Claim Motion, the Intervention Motion, the NAS AHG Lift Stay Motion, various tax-related issues and the OCC's investigation and analysis of potential estate claims during the Final Period.

c.      <u>Skill Requisite to Perform the Legal Services Properly</u>. Akin Gump believes that its recognized expertise in the area of corporate reorganization, its ability to draw from highly experienced professionals in other areas of Akin Gump's practice and its creative approach to the resolution of complex issues has contributed to the administration of the Chapter 11 Cases and benefited the Debtors' estates and Opioid Claimants. Due to the nature and complexity of the legal issues presented by the Chapter 11 Cases, Akin Gump was required to exhibit a high degree of legal skill in areas related to, *inter alia*, bankruptcy, litigation, tax and corporate transaction matters. Additionally, Akin Gump's strong working relationship with the legal and financial advisors to other parties in interest enabled Akin Gump to work with such advisors towards a swift, consensual resolution of many of the salient issues in the Chapter 11 Cases.

d.      <u>Preclusion of Other Employment by Applicant Due to Acceptance of the Case</u>. Due to the size of Akin Gump's financial restructuring and litigation departments, Akin Gump's representation of the OCC did not preclude its acceptance of new clients, but the demands for immediate and substantive action in the Chapter 11 Cases imposed significant burdens on Akin Gump professionals and paraprofessionals working concurrently on other matters.

e.      <u>Customary Fee</u>. The rates Akin Gump charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are the same rates Akin Gump charges for professional and paraprofessional services rendered in comparable non-bankruptcy matters. Akin Gump's fee structure also is equivalent to the fee structure used by Akin Gump for restructuring, workout, bankruptcy,

32

insolvency and comparable matters, as well as similar complex corporate and litigation matters, whether in-court or otherwise, regardless of whether a fee application is required. The firm's customary hourly rates and rate structure reflect that restructuring and related matters typically involve great complexity, numerous tasks requiring a high level of expertise and severe time pressures, as is the case here. Akin Gump's rate structure is similar to the rate structure used by other, similar law firms that work on other, similar matters.

f.     <u>Whether the Fee Is Fixed or Contingent</u>. Pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professionals employed under Bankruptcy Code section 1103 are contingent pending final approval by the Court, and are subject to adjustment depending upon the services rendered and the results obtained. The contingency of full and actual compensation to Akin Gump increased the risk Akin Gump was assuming by representing the OCC in the Chapter 11 Cases.

g.     <u>Time Limitations Imposed by the Client or Other Circumstances</u>. As previously set forth herein, Akin Gump was required to attend to certain issues arising in the Chapter 11 Cases under compressed timelines. For example, Akin Gump and the OCC's other advisors were faced with limited time in which to formulate, recommend and execute approaches to numerous key matters, including in connection with the OCC Resolution, the Plan, the Disclosure Statement, the Conditional DS Motion and the PPOC Sub-Trust Documents during the Fifth Interim Period, as well as the Voluntary Opioid Term Sheet, the Wages Motion, the PII Motion, the Bar Date Motion, the PI Motion, the Exclusivity Extension Motion, the Bidding Procedures Motion, the Mediation, the Proposed Sale, the Blankenship Proceeding, the Trustee Motion, the Allocation Mediation, the DMP Stipulation Motion, the Class Claim Motion, the Intervention Motion, the NAS AHG Lift Stay Motion, various tax- and insurance-related issues and the OCC's investigation and analysis of potential estate claims during the Final Period. The tremendous efforts of Akin Gump professionals and paraprofessionals in completing this work under compressed timelines permitted the OCC to address effectively various issues for the benefit of Opioid Claimants.

h.     <u>Amount Involved and Results Obtained</u>. Akin Gump professionals and paraprofessionals worked diligently to maximize value for the Debtors' estates and creditors. During the Compensation Periods, and as described in the summary of services herein, Akin Gump was instrumental in preserving potential sources of recovery for the benefit of Opioid Claimants. In particular, Akin Gump's efforts in connection with, among other things, the OCC Resolution, the Plan, the Disclosure Statement, the Conditional DS Motion and the PPOC Sub-Trust Documents during the Fifth Interim Period, as well as the Voluntary Opioid Term Sheet, the Bar Date Motion, the PI Motion, the Bidding Procedures Motion, the Mediation, the Proposed Sale, the Blankenship Proceeding, the Allocation Mediation, the DMP Stipulation Motion, the Class Claim Motion, the Intervention Motion, the NAS AHG Lift Stay Motion, various tax- and insurance-related issues and the OCC's investigation and analysis of potential estate claims during the Final Period have

33

been instrumental in preserving value for the benefit of Opioid Claimants as well as benefitting other claimant constituencies. Akin Gump submits that the fees requested in this Application are reasonable and appropriate when considering the results obtained on behalf of Opioid Claimants as more fully described in the summary of services.

i.   <u>Experience, Reputation and Ability of Attorneys</u>. Akin Gump is an international law firm that consistently is recognized as a top tier law firm in the field of creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code. During the Compensation Periods, Akin Gump solicited the skill and expertise of its professionals and paraprofessionals, a number of which have practiced law for over 20 years in a number of jurisdictions and legal disciplines. Akin Gump professionals have actively represented creditors and creditors' committees, as well as other parties in interest, in a number of the nation's largest chapter 11 cases, including the three prior opioid manufacturer chapter 11 cases (*In re Purdue Pharma L.P.*, *In re Mallinckrodt plc* and *In re Insys Therapeutics, Inc.*), as well as *In re Sears Holdings Corp.*, *In re PG&E Corp.*, *In re Nine West Holdings, Inc.*, *In re iHeartMedia, Inc.*, *In re Cumulus Media Inc.*, *In re Avaya Inc.*, *In re Chassix Holdings, Inc.*, *In re Energy Future Holdings Corp.*, *In re Dynegy Holdings, LLC*, *In re Nortel Networks Inc.*, *In re Lightsquared Inc.*, *In re Longview Power, LLC*, *In re Eastman Kodak Company*, *In re Cal Dive International, Inc.*, *In re Washington Mutual Inc.*, *In re NII Holdings, Inc.*, *In re MPM Silicones, LLC*, *In re Overseas Shipholding Group, Inc.*, *In re QCE Finance LLC*, *In re Residential Capital, LLC*, *In re Solutia, Inc.*, *In re WorldCom, Inc.*, *In re XO Communications, Inc.*, *In re Tower Automotive LLC*, *In re VeraSun Energy Corp.* and many others. Akin Gump's extensive experience enables it to perform the services described herein competently and expeditiously. In addition to its expertise in the area of corporate reorganization, Akin Gump has called upon the expertise of its partners and associates in other practice areas to perform the wide-ranging scope of the legal work necessitated by the Chapter 11 Cases, as described above.

j.   <u>"Undesirability" of the Cases</u>. This factor is not applicable to the Chapter 11 Cases.

k.   <u>Nature and Length of Professional Relationship</u>. Akin Gump has been rendering professional services to the OCC since it was selected as special counsel to the OCC on September 8, 2022.

63.   For the reasons set forth above, the services rendered by Akin Gump were necessary and beneficial to the OCC and consistently performed in a timely manner. The compensation sought in this Application is reasonable in light of the value of such services to the OCC and all Opioid Claimants, Akin Gump's demonstrated skill and expertise in the bankruptcy field (as well

34

as other areas of expertise relevant to the Chapter 11 Cases) and the customary compensation charged by comparably skilled practitioners at Akin Gump. Accordingly, Akin Gump respectfully submits that the Court should approve the compensation for professional services and reimbursement of expenses sought herein.

64.     No agreement or understanding exists between Akin Gump and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with the Chapter 11 Cases. No prior application has been made in this Court or in any other court for the relief requested herein as it relates to the Compensation Period.

## ATTORNEY STATEMENT PURSUANT TO U.S. TRUSTEE GUIDELINES

65.     The following is provided in response to the request for additional information set forth in ¶ C.5 of the U.S. Trustee Guidelines.

**Question**:  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Response:  No.

**Question**:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:  Not applicable.

**Question**:  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Response:  No.

**Question**:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

Response:   Yes.  During the Fifth Interim Period, 131.2 hours and $148,512.00 in fees were spent reviewing time records for compliance with the Fee Guidelines and ensuring that time records required to be filed publicly would not contain privileged, confidential or otherwise sensitive information.

**Question**:   Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Response:   See above.

**Question**:   If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Response:   Akin Gump disclosed to the OCC the hourly rates charged at the time of its retention and the hourly rates to be charged beginning in January 2022 in the Akin Retention Application, to which the OCC agreed.  On December 15, 2022 and December 14, 2023 Akin Gump filed notices disclosing to the OCC and other parties in interest that its hourly rates would be adjusted, in accordance with its customary practice, effective as of January 1, 2023 and January 1, 2024, following the conclusion of the Compensation Period.  *See Second Supplemental Declaration of Arik Preis In Support of the Application of the Official Committee of Opioid Claimants of Endo International plc,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP, Effective as of September 8, 2022* [ECF No. 985]; *Sixth Supplemental Declaration of Arik Preis In Support of the Application of the Official Committee of Opioid Claimants of Endo International plc,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP, Effective as of September 8, 2022* [ECF No. 3334].

## **RESERVATION OF RIGHTS**

To the extent that there are services rendered or expenses incurred that relate to the Compensation Period but were not processed prior to the preparation of the Application, Akin Gump reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

[*The remainder of this page has been left blank intentionally.*]

36

## CONCLUSION

WHEREFORE, Akin Gump respectfully requests: (i) interim allowance of compensation for professional services rendered during the Fifth Interim Period in the amount of $1,914,826.00 and expense reimbursement in the amount of $6,005.91; (ii) final allowance of compensation for professional services rendered during the Final Period in the amount of $18,733,471.50 and expense reimbursement in the amount of $217,327.22; (iii) the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Akin Gump's right to seek additional compensation for services performed and expenses incurred during the Compensation Period which were not processed at the time of the Application; and (iv) such other and further relief as the Court deems just, proper and equitable.

Dated: New York, New York
     May 23, 2024

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Arik Preis
Arik Preis
Mitchell P. Hurley
Theodore James Salwen
Brooks Barker
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
apreis@akingump.com
mhurley@akingump.com
jsalwen@akingump.com
bbarker@akingump.com

Kate Doorley
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
kdoorley@akingump.com

*Special Counsel to the Official Committee of Opioid Claimants of Endo International plc,* et al.

37

**<u>EXHIBIT A</u>**

**CERTIFICATION OF ARIK PREIS**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ENDO INTERNATIONAL PLC, *et al*., | : | Case No. 22-22549 (JLG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**CERTIFICATION UNDER THE FEE GUIDELINES IN RESPECT OF THE
NINETEENTH MONTHLY FEE STATEMENT, FIFTH INTERIM AND FINAL
APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL
COUNSEL TO THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO
INTERNATIONAL PLC, *ET AL*., FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD OF SEPTEMBER 8, 2022
THROUGH AND INCLUDING APRIL 23, 2024**

I, Arik Preis, hereby certify that:

1.      I am a partner with Akin Gump,[2] with responsibility for the Chapter 11 Cases of the above captioned Debtors.  Akin Gump is special counsel to the Official Committee of Opioid Claimants (the "OCC") of Endo International plc and its affiliated debtors and debtors in possession (collectively, the "Debtors").

2.      In accordance with the Fee Guidelines, this certification is made with respect to the Application for interim allowance of compensation and reimbursement of expenses incurred during the Compensation Periods.

3.      In respect of section B.1 of the Local Guidelines, I certify that:

a.      I have read the Application;

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

[2] Capitalized terms used herein but otherwise not defined shall have the meanings ascribed to such terms in the Application.

b.  to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Fee Guidelines;

c.  the fees and disbursements sought are billed at rates in accordance with those customarily charged by Akin Gump and generally accepted by Akin Gump's clients; and

d.  in providing a reimbursable service, Akin Gump does not make a profit on that service, whether the service is performed by Akin Gump in-house or through a third party.

4.  In accordance with section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Akin Gump has complied with those provisions requiring it to provide the Debtors and the OCC with a statement of Akin Gump's fees and disbursements accrued during the previous month, although, due to administrative limitations, such statements were not always provided within the timeframe set forth in the Local Guidelines or the Interim Compensation Order.

5.  In respect of section B.3 of the Local Guidelines, I certify that the Debtors, the U.S. Trustee and the members of the OCC are each being provided with a copy of the Application.

Dated: New York, New York    By: */s/ Arik Preis*
       May 23, 2024               Arik Preis

2

## EXHIBIT B

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURE
FOR THE FIFTH INTERIM PERIOD**

| | Blended Hourly Rates | |
|---|---|---|
| **Category of Timekeeper** | **Billed by Non-FR Timekeepers for Preceding Year[1]** | **Billed in this Application for the Fifth Interim Period** |
| Partner | $1,366.42 | $1,850.39 |
| Senior Counsel & Counsel | $1,089.20 | $1,403.92 |
| Associate | $816.60 | $975.75 |
| Paraprofessional | $493.93 | $503.74 |
| **All Timekeepers Aggregated** | **$1,037.27** | **$1,479.09** |

---

[1] Consistent with U.S. Trustee Guidelines, this column discloses the blended hourly rate for the aggregate of all timekeepers in the domestic offices of Akin Gump in which timekeepers collectively billed more than 10% of the hours to these cases during the Compensation Period (*i.e.*, New York and the District of Columbia), segregated by category, and excluding all data from timekeepers practicing primarily in the financial restructuring group.  This data is based on information from a rolling 12-month period ending April 23, 2024.

**EXHIBIT C**

**SUMMARY OF COMPENSATION BY TASK CODE AGAINST BUDGETED
HOURS AND FEES FOR THE FIFTH INTERIM PERIOD**

| Task Code | Task Code Category | Hours Budgeted (Low–High) | Amount Budgeted (Low–High) | Actual Hours Billed | Actual Value ($) |
|---|---|---|---|---|---|
| 2 | Case Administration | 50–100 | $35,000–$70,000 | 74.3 | $51,430.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 125–250 | $146,875–$293,750 | 187.3 | $219,794.00 |
| 4 | Analysis of Other Professional Fee Applications/Reports | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 5 | Review/Preparation of Schedules, Statements | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 6 | Retention of Professionals | 10–50 | $9,000–$45,000 | 36.8 | $62,594.00 |
| 7 | Creditor Committee Matters/Meetings (including 341 meetings) | 0–25 | $0–$18,750 | 6 | $4,157.00 |
| 8 | Hearings and Court Matters/Court Preparation | 0–25 | $0–$43,125 | 2.5 | $4,317.50 |
| 9 | Financial Reports and Analysis | 0–10 | $0–$8,000 | 0.0 | $0.00 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 0–0 | $0.00 | 0.0 | $0.00 |
| 11 | Executory Contract/Lease Issues | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 12 | Claims Analysis/Claims Objections (incl. Motions for Class Proofs of Claim) | 0–25 | $0–$31,250 | 0.0 | $0.00 |
| 13 | Analysis of Prepetition Transactions | 0–25 | $0–$25,625 | 0.0 | $0.00 |
| 14 | Insurance Issues | 0–25 | $0–$31,250 | 0.0 | $0.00 |
| 16 | Automatic Stay Issues | 0–25 | $0–$28,750 | 0.0 | $0.00 |
| 17 | Adversary Proceedings | 0–25 | $0–$30,625 | 0.0 | $0.00 |
| 18 | Tax Issues | 0–10 | $0–$11,500 | 0.0 | $0.00 |
| 19 | Labor Issues/Employee Benefits | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 20 | Interaction with/Review of Other Opioid Companies and Cases | 0–0 | $0.00 | 0.0 | $0.00 |
| 21 | Exclusivity | 0–25 | $0–$34,375 | 0.0 | $0.00 |
| 22 | Disclosure Statement/ Solicitation/ Plan/ Confirmation | 0–25 | $0–$37,500 | 0.0 | $0.00 |
| 23 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 0–25 | $0–$37,500 | 0.0 | $0.00 |
| 24 | Real Estate Issues | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 25 | Travel Time | 0–15 | $0–$20,625 | 0.0 | $0.00 |
| 26 | Securities Law Issues | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 27 | Environmental | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 28 | General Corporate Matters | 0–10 | $0–$12,250 | 0.0 | $0.00 |
| 29 | Intercompany Claims/Transactions & Cash Management | 0–10 | $0–$14,500 | 0.0 | $0.00 |
| 30 | Customer, Supplier and Vendor Issues (including Critical Vendors) | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 31 | Business Operations | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 32 | Intellectual Property | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 33 | Foreign Proceedings | 0–10 | $0–$11,000 | 0.0 | $0.00 |
| 34 | Matters Related to Settlement | 650–1,300 | $1,040,000–2,080,000 | 987.7 | $1,572,533.50 |
| 35 | Third Party Discovery | 0–10 | $0–$13,000 | 0.0 | $0.00 |
| 36 | Cooperation with UCC | 0–10 | $0–$13,000 | 0.0 | $0.00 |
| | **TOTAL:** | **835–2,135** | **$1,230,875–$3,021,375** | **1,294.6** | **$1,914,826.00** |

**EXHIBIT D**

**STAFFING PLAN FOR THE FIFTH INTERIM PERIOD**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 7 | $1,850.00 |
| Senior Counsel & Counsel | 3 | $1,400.00 |
| Associates | 5 | $975.00 |
| Practice Attorneys & Paraprofessionals | 3 | $515.00 |

**EXHIBIT E**

**March 1 – April 23, 2024 Invoice**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



| | | |
|---|---|---|
| ENDO OPIOID CLAIMANTS COMMITTEE | Invoice Number | 2096986 |
| 2 N LASALLE STREET | Invoice Date | 05/23/24 |
| SUITE 1300 | Client Number | 105861 |
| CHICAGO, IL  60602 | Matter Number | 0001 |
| ATTN: HAROLD  ISRAEL | | |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 35.80 | $25,393.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 82.00 | $97,832.50 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 22.60 | $36,495.00 |
| 0008 | Hearings and Court Matters/Court Preparation | 3.10 | $2,800.00 |
| 0025 | Travel Time | 2.50 | $4,317.50 |
| 0034 | Matters Related to Settlement | 541.80 | $835,073.50 |
| | TOTAL | 687.80 | $1,001,911.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 03/01/24 | ENM | 0034 | Review confirmation order and comments (1.3); comment on confirmation order (.6); confer with K. Doorley re trust documents (.1). | 2.00 | $3,080.00 |
| 03/01/24 | EYP | 0034 | Comment on confirmation brief. | 1.00 | $2,195.00 |
| 03/01/24 | OJD | 0034 | Call with Skadden tax team re plan matters (.3); review materials re same (.2); draft summary re same (.3). | 0.80 | $1,264.00 |
| 03/01/24 | KND | 0034 | Call with E. Miller re trust documents (.1); revise confirmation brief (1.8); comment on draft confirmation order (3.1). | 5.00 | $9,125.00 |
| 03/01/24 | BKB | 0034 | Revise sections of OCC confirmation statement (1.6); correspondence with restructuring team members re same (.3); conduct research re same (2.2); calls and correspondence with claimants re resolution and plan voting (1.2); review and revise additional summaries re plan objections (.8); update and circulate chart re same (.4). | 6.50 | $9,067.50 |
| 03/02/24 | EYP | 0034 | Revise confirmation brief (3.7); correspond with E. Reeves re hearing preparation (.1); review hearing transcripts re same (.2). | 4.00 | $8,780.00 |
| 03/02/24 | KND | 0034 | Comment on revised draft of confirmation order. | 0.80 | $1,460.00 |
| 03/02/24 | TJS | 0034 | Review correspondence and updated drafts re confirmation filings (1.1); call with D. Mouhot re same (.2). | 1.30 | $1,852.50 |
| 03/02/24 | BKB | 0003 | Draft (.7) and revise (1.2) sections of interim fee application. | 1.90 | $2,650.50 |
| 03/02/24 | BKB | 0034 | Consolidate internal comments to draft of proposed confirmation order (.8); correspondence with restructuring team members re same (.2); review materials re same (.5); further revise same (2.5); correspondence with Chambers re confirmation hearing logistics (.2); correspondence with restructuring team members re same (.3); correspondence and calls with claimants re late ballot submissions (.9). | 5.40 | $7,533.00 |
| 03/02/24 | DRM | 0034 | Revise declaration in support of confirmation (1.8); correspond with K. Doorley re same (.1); confer with J. Salwen re same (.2). | 2.10 | $2,089.50 |
| 03/02/24 | ENR | 0034 | Correspond with A. Preis re confirmation hearing preparation | 0.10 | $99.50 |
| 03/03/24 | EYP | 0034 | Comment on confirmation brief (2.8) and confirmation order (2.2) | 5.00 | $10,975.00 |
| 03/03/24 | KND | 0034 | Revise confirmation statement. | 2.80 | $5,110.00 |
| 03/03/24 | BKB | 0034 | Conduct research re OCC confirmation statement (3.7); correspondence with restructuring team members re same (.3); revise confirmation order markup (.6); correspondence with Debtors' counsel and restructuring team members re same (.2). | 4.80 | $6,696.00 |
| 03/03/24 | BKB | 0003 | Draft sections of interim fee application (1.1); review invoice in connection with | 1.40 | $1,953.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | same (.3). | | |
| 03/04/24 | MPH | 0007 | Attend OCC call re case considerations (.3); review correspondence to OCC and attached materials re same (.4); analyze open case considerations and work streams (.3). | 1.00 | $2,195.00 |
| 03/04/24 | DK | 0002 | Review and organize filings from case dockets (.4); prepare and circulate same for attorneys' review (.1). | 0.50 | $265.00 |
| 03/04/24 | ENM | 0034 | Review Debtors' comments to third party payor trust agreement (.8); correspond with K. Doorley re third party payor trust agreement comments (.1); call with counsel to Debtor re third party payor trust agreement comments (.4); call with counsel to third party payors re third party payor trust agreement comments (.5); correspond re trustee matters (.5). | 2.30 | $3,542.00 |
| 03/04/24 | EYP | 0034 | Comment on revised confirmation brief (1.4); review (.7) and comment on (1.4) various plan supplement documents; prepare for upcoming hearing (.4); correspond with Skadden re late filed ballots (.5). | 4.40 | $9,658.00 |
| 03/04/24 | EYP | 0007 | Call with OCC re case updates (.3); correspond with OCC re same (.2); correspondence with OCC re various case updates (.6). | 1.10 | $2,414.50 |
| 03/04/24 | OJD | 0007 | Attend call with OCC re various case updates. | 0.30 | $474.00 |
| 03/04/24 | OJD | 0034 | Call with Skadden tax team members re tax comments to plan (.3); draft summary re same (.3); follow up correspondence to Skadden re same (.2). | 0.80 | $1,264.00 |
| 03/04/24 | KND | 0034 | Review (.7) and comment on (1.4) Debtors' confirmation brief; review comments to confirmation order (.4); review UCC comments to OCC brief (.6); correspond with E. Miller re trust agreement (.1); review revisions to M. Atkinson declaration (.9); review correspondence with case parties re confirmation-related items (.7). | 4.80 | $8,760.00 |
| 03/04/24 | TJS | 0007 | Attend OCC call re case considerations and updates. | 0.30 | $427.50 |
| 03/04/24 | TJS | 0034 | Revise confirmation brief (1.6); correspondence with B. Barker re same (.3). | 1.90 | $2,707.50 |
| 03/04/24 | BKB | 0007 | Review OCC correspondence (.2) and attached materials (.2) re case updates and strategy; review updates to critical dates memo (.1); review OCC website for updates (.2). | 0.70 | $976.50 |
| 03/04/24 | BKB | 0034 | Update confirmation order markup (.8); correspondence with J. Salwen re confirmation brief (.3); calls with claimants re resolution and plan updates (.5). | 1.60 | $2,232.00 |
| 03/04/24 | DRM | 0034 | Revise Atkinson declaration re confirmation (1.0); correspond with Province re same (.1). | 1.10 | $1,094.50 |
| 03/04/24 | ENR | 0007 | Review OCC correspondence and | 0.30 | $298.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | materials re various case updates. | | |
| 03/04/24 | AK | 0002 | Review docket update re recently filed pleadings. | 0.10 | $99.50 |
| 03/05/24 | MPH | 0034 | Review correspondence re confirmation updates (.4); review documents re same (.4). | 0.80 | $1,756.00 |
| 03/05/24 | DK | 0002 | Review main case and adversary proceeding dockets (.4); prepare pleadings for attorneys' review (.2). | 0.60 | $318.00 |
| 03/05/24 | ENM | 0034 | Correspond with sub-trust counsel re trustee and related trust considerations (.4); review comments to trust documents (.4); revise same (.3); review (.2) and revise (.3) updated present private opioid claimant trust documents; review (.4) and revise (.5) sub-trust documents. | 2.50 | $3,850.00 |
| 03/05/24 | EYP | 0034 | Confer with Skadden and Kramer re confirmation (.5); correspond with Kramer Levin re plan supplements (.3); review materials re confirmation briefing (1.3); review revisions to M. Atkinson declaration (1.3); analyze open issues re plan supplement documents (1.1). | 4.50 | $9,877.50 |
| 03/05/24 | KND | 0034 | Review (.7) and comment on (1.5) M. Atkinson declaration; attend call with Kramer and Skadden teams re confirmation hearing preparations (.5); review revised confirmation statement (1.7). | 4.40 | $8,030.00 |
| 03/05/24 | TJS | 0034 | Correspondence with parties in interest re confirmation order and briefing (.3); call with Kramer and Skadden teams re confirmation hearing preparations (.5). | 0.80 | $1,140.00 |
| 03/05/24 | TJS | 0003 | Review January invoice for compliance with U.S. Trustee guidelines. | 0.70 | $997.50 |
| 03/05/24 | AL | 0034 | Update M. Atkinson declaration re third amended plan (.6); correspondence with B. Barker re same (.2). | 0.80 | $424.00 |
| 03/05/24 | BKB | 0034 | Revise sections of confirmation statement (.9) and supporting declaration (1.4); correspond with A. Laaraj re same (.2); calls with claimants re resolution and confirmation updates (.4). | 2.90 | $4,045.50 |
| 03/05/24 | AK | 0002 | Review docket update re recently filed pleadings. | 0.20 | $199.00 |
| 03/06/24 | DK | 0002 | Review main case and adversary proceeding dockets (.3); prepare pleadings for attorneys' review (.2). | 0.50 | $265.00 |
| 03/06/24 | ENM | 0034 | Review third party payor counsel comments to trust distribution procedures and claim form (.5); calls and correspondence with third party payor counsel re trust agreement revisions (.5); review (.2) and revise (.3) third party payor trust agreement; review related trust documents (.3). | 1.80 | $2,772.00 |
| 03/06/24 | EYP | 0034 | Comment on revised confirmation plan supplement documents (1.0); analyze issue re same (.8); confer with J. Salwen re confirmation brief (.2). | 2.00 | $4,390.00 |
| 03/06/24 | KND | 0034 | Comment on draft confirmation order (1.2); | 4.20 | $7,665.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|------|------|
| | | | confer with J. Salwen re work streams in connection with same (.8); revise confirmation brief (.8); revise M. Atkinson declaration (.4); confer with Kramer Levin re confirmation order (.3); review other case party statements in support of confirmation (.7). | | |
| 03/06/24 | TJS | 0034 | Review further revised OCC confirmation brief (.7); call with A. Preis re same (.2); correspondence with parties in interest re revisions to confirmation order (.4); revise M. Atkinson declaration in support of confirmation to reflect comments (.3); correspondence with M. Atkinson re same (.3); confer with K. Doorley re confirmation work streams (.8). | 2.70 | $3,847.50 |
| 03/06/24 | AL | 0034 | Conduct cite check of confirmation statement (3.2); implement revisions to confirmation statement (1.2). | 4.40 | $2,332.00 |
| 03/06/24 | BKB | 0034 | Calls and correspondence with claimants re inquiries (.5); confer with E. Reeves re M. Atkinson declaration (.2); revise sections of same (4.1); correspondence with restructuring team members re same (.4). | 5.20 | $7,254.00 |
| 03/06/24 | ENR | 0034 | Revise M. Atkinson declaration re confirmation (2.0); confer with B. Barker re same (.2). | 2.20 | $2,189.00 |
| 03/06/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.50 | $497.50 |
| 03/06/24 | AK | 0034 | Update OCC confirmation statement (2.8); correspondence with A. Laaraj re same (.3); correspondence with B. Barker re same (.2). | 3.30 | $3,283.50 |
| 03/07/24 | DK | 0002 | Review main case and adversary proceeding dockets (.3); prepare pleadings for attorneys' review (.2). | 0.50 | $265.00 |
| 03/07/24 | EYP | 0034 | Comment on updated confirmation statement (2.1); review and analyze confirmation briefings filed by parties in interest (2.9). | 5.00 | $10,975.00 |
| 03/07/24 | KND | 0034 | Review revisions to confirmation order (2.3); correspond with J. Salwen re same (.2); revise confirmation statement (2.3); revise Atkinson declaration (.8); call with J. Salwen re same (.4); correspond with J. Salwen re voting declaration (.1). | 6.10 | $11,132.50 |
| 03/07/24 | TJS | 0034 | Revise OCC confirmation brief and Atkinson declaration (1.5); call with K. Doorley re same (.4); correspondence with parties in interest re confirmation order matters and language (.5); review voting declaration (.3); correspondence with K. Doorley re same (.1); correspond with K. Doorley re confirmation order (.2). | 3.00 | $4,275.00 |
| 03/07/24 | ENR | 0034 | Draft summaries for OCC of confirmation pleadings. | 3.10 | $3,084.50 |
| 03/07/24 | AK | 0002 | Review and circulate docket filings after regular normal hours. | 0.40 | $398.00 |
| 03/08/24 | DK | 0002 | Review case dockets for recently filed pleadings (.4); organize and circulate | 1.00 | $530.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | pleadings for attorneys' review (.6). | | |
| 03/08/24 | KPP | 0034 | Review scheduling order re confirmation hearing. | 0.20 | $365.00 |
| 03/08/24 | EYP | 0007 | Correspondence with OCC re various case updates (.7); correspond with claimants re same (.3). | 1.00 | $2,195.00 |
| 03/08/24 | KND | 0034 | Correspondence with J. Salwen re confirmation items and voting declarations. | 0.50 | $912.50 |
| 03/08/24 | TJS | 0034 | Calls (.3) and correspondence (.2) with Debtors' counsel re voting declaration; correspondence with K. Doorley re same (.4). | 0.90 | $1,282.50 |
| 03/08/24 | TJS | 0003 | Review January invoice for compliance with U.S. Trustee guidelines. | 0.40 | $570.00 |
| 03/08/24 | BKB | 0034 | Review confirmation support briefing and declarations (1.6); calls with claimants re resolution and case updates (.8). | 2.40 | $3,348.00 |
| 03/08/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 0.60 | $837.00 |
| 03/08/24 | ENR | 0034 | Revise summaries re plan replies. | 0.80 | $796.00 |
| 03/08/24 | AK | 0034 | Review plan briefing (.7); draft summary of same (.8). | 1.50 | $1,492.50 |
| 03/08/24 | AK | 0002 | Circulate docket filings after regular business hours. | 0.70 | $696.50 |
| 03/09/24 | EYP | 0034 | Review pleadings in preparation for confirmation (1.7); analyze issues re same (1.4); comment on materials for confirmation hearing (.9). | 4.00 | $8,780.00 |
| 03/09/24 | BKB | 0034 | Review and revise additional summaries re plan objections (.7); review materials re same (.4); update chart re same (.2); review UCC confirmation brief (.6); review states' confirmation brief (.4); call with claimant re resolution and case status (.4). | 2.70 | $3,766.50 |
| 03/09/24 | AK | 0034 | Prepare summary of additional pleading re plan. | 0.90 | $895.50 |
| 03/10/24 | KND | 0034 | Correspondence with restructuring team members re confirmation considerations. | 0.40 | $730.00 |
| 03/10/24 | TJS | 0034 | Correspondence with members of restructuring team re confirmation prep (.3); conduct research and review materials re same (1.1). | 1.40 | $1,995.00 |
| 03/10/24 | BKB | 0034 | Conduct research re confirmation issues (1.9); correspondence with restructuring team members re same (.3); review confirmation pleadings and related materials (.8); revise summaries re same (.5); confer with A. Kane re same (.4). | 3.90 | $5,440.50 |
| 03/10/24 | ENR | 0034 | Draft summaries for OCC of plan replies. | 3.60 | $3,582.00 |
| 03/10/24 | AK | 0034 | Review pleadings re plan (1.2); draft summaries re same (4.1); confer with B. Barker re same (.4); conduct research re confirmation considerations (2.9); prepare analysis re same (.8). | 9.40 | $9,353.00 |
| 03/11/24 | MPH | 0034 | Confer with K. Porter and A. Crawford re confirmation hearing preparation (.1); review materials re same (.2). | 0.30 | $658.50 |
| 03/11/24 | DK | 0002 | Review main case and adversary proceeding dockets (.4); prepare pleadings for attorneys' review (.3). | 0.70 | $371.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 03/11/24 | KPP | 0034 | Call with A. Crawford and M. Hurley re confirmation hearing (.1); address preparation for hearing (1.3). | 1.40 | $2,555.00 |
| 03/11/24 | EYP | 0034 | Review materials in preparation for confirmation hearing (1.9); correspondence with Skadden re same (.4); correspondence with the OCC re confirmation and case updates (.6); analyze and materials issues re confirmation (1.1). | 4.00 | $8,780.00 |
| 03/11/24 | KND | 0034 | Review materials re confirmation hearing (.8); confer with J. Salwen re same (.5). | 1.30 | $2,372.50 |
| 03/11/24 | TJS | 0034 | Confer with K. Doorley re various work streams in connection with confirmation hearing (.5); review materials re same (1.2); comment on ancillary confirmation materials (.2). | 1.90 | $2,707.50 |
| 03/11/24 | BKB | 0003 | Review and revise fee statement in preparation for filing (.8); finalize same (.2). | 1.00 | $1,395.00 |
| 03/11/24 | BKB | 0034 | Correspondence with E. Reeves re confirmation hearing logistics (.2); calls and correspondence with claimants re late ballot submissions and case updates (.4); follow up research re confirmation issues (1.8). | 2.40 | $3,348.00 |
| 03/11/24 | ENR | 0034 | Correspond with B. Barker re upcoming hearing. | 0.10 | $99.50 |
| 03/11/24 | AK | 0002 | Review docket updates. | 0.40 | $398.00 |
| 03/11/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.40 | $2,388.00 |
| 03/12/24 | MPH | 0034 | Attend pre-hearing conference (.7); attend call with Skadden, Gibson and Kramer teams re pre-hearing conference (.8); review updates re same (.9). | 2.40 | $5,268.00 |
| 03/12/24 | DK | 0002 | Review multiple case dockets and adversary proceedings (.2); review and organize filings re same (.2); circulate same to team for attorneys' review (.2). | 0.60 | $318.00 |
| 03/12/24 | ENM | 0034 | Attend pre-hearing conference. | 0.70 | $1,078.00 |
| 03/12/24 | KPP | 0034 | Attend pre-hearing conference (.7); attend follow up conference re same (.5); review materials re same (.7); attend call with Skadden, Gibson and Kramer team re hearing logistics (.8); review materials re same (.1). | 2.80 | $5,110.00 |
| 03/12/24 | EYP | 0034 | Participate on pre-hearing conference (.7); participate on call with Kramer, Gibson and Skadden re preparation for same (.8); participate on follow up call with chambers re same (.5); review (.8) and comment on (1.2) materials re same. | 4.00 | $8,780.00 |
| 03/12/24 | KND | 0034 | Attend call with Kramer, Gibson and Skadden teams re preparation for hearing status conference (.8); attend status conference with Court re confirmation hearing (.7); attend follow up chambers conference re same (.5); review materials re same (.9). | 2.90 | $5,292.50 |
| 03/12/24 | KND | 0003 | Review January invoice for compliance with U.S. Trustee guidelines. | 1.40 | $2,555.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 03/12/24 | TJS | 0034 | Attend pre-hearing conference re confirmation hearing (.7); attend follow up chambers conference re same (.5) review materials re same (.2); attend call with Kramer, Gibson and Skadden teams re same (.8); correspondence with B. Barker re various matters in connection with confirmation hearing and associated filings (.3); analyze issues re same (.6). | 3.10 | $4,417.50 |
| 03/12/24 | BKB | 0034 | Review correspondence among parties in interest re preparation for pre-hearing conference (.3); attend same (.7); review (.2) and revise (.4) summary re same; analyze considerations and materials re preparation for confirmation hearing (.9); correspondence with J. Salwen re same (.3); confer with E. Reeves re summaries of chambers conferences (.1); calls with opioid claimants re resolution and case updates (.5). | 3.40 | $4,743.00 |
| 03/12/24 | BKB | 0002 | Review docket updates re recently filed pleadings (.3); attend to case administration matters (.2); manage internal distribution lists (.2); review and update internal case calendars re key case dates and deadlines (.2). | 0.90 | $1,255.50 |
| 03/12/24 | DRM | 0034 | Prepare exhibit list for upcoming hearing (.7); prepare exhibits (.7). | 1.40 | $1,393.00 |
| 03/12/24 | DAC | 0034 | Revise exhibit list for confirmation hearing (2.5); review materials in connection with same (.5); draft witness list for confirmation hearing (1.2). | 4.20 | $3,885.00 |
| 03/12/24 | ENR | 0034 | Draft summaries of declarations in support of plan confirmation (.7); call with B. Barker re same (.1); attend pre-hearing conference (.7); draft (.3) and revise (.6) summary re same; confer with B. Barker re same (.1). | 2.50 | $2,487.50 |
| 03/12/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.50 | $2,487.50 |
| 03/12/24 | AK | 0002 | Review docket update. | 0.20 | $199.00 |
| 03/13/24 | DK | 0002 | Review main and adversary proceeding dockets (.6); prepare and circulate docket update with pleadings for attorneys' review (.3). | 0.90 | $477.00 |
| 03/13/24 | KPP | 0034 | Attention to hearing logistics, exhibits, witnesses, and other confirmation issues (.9); confer with K. Doorley re same (.3). | 1.20 | $2,190.00 |
| 03/13/24 | EYP | 0034 | Review pleadings re plan confirmation (1.0); correspondence with Skadden re same (.5); analyze voting issues (.7); correspond with Skadden re same (.3); review (.2) and comment on (.3) exhibit list for confirmation hearing. | 3.00 | $6,585.00 |
| 03/13/24 | KND | 0034 | Review updates re confirmation hearing (.3); confer with K. Porter re same (.3). | 0.60 | $1,095.00 |
| 03/13/24 | BKB | 0034 | Prepare materials re confirmation hearing (1.4); confer with E. Reeves re same (.2). | 1.60 | $2,232.00 |
| 03/13/24 | DRM | 0034 | Draft (.2) and revise (.3) potential demonstratives for confirmation hearing; draft (.4) and revise (.6) cross examination | 1.50 | $1,492.50 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | outline for witness preparation of M. Atkinson. | | |
| 03/13/24 | DAC | 0034 | Review OCC exhibits for confirmation hearing. | 0.20 | $185.00 |
| 03/13/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 0.20 | $199.00 |
| 03/13/24 | ENR | 0034 | Confer with B. Barker re confirmation hearing materials preparation. | 0.20 | $199.00 |
| 03/13/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.20 | $199.00 |
| 03/13/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.20 | $2,189.00 |
| 03/14/24 | MPH | 0007 | Attend OCC call re case developments. | 0.80 | $1,756.00 |
| 03/14/24 | DK | 0034 | Correspondence with D. Mouhot re filing witness list (.2); attend to filing and service of same (.8). | 1.00 | $530.00 |
| 03/14/24 | DK | 0002 | Review adversary proceeding dockets (.2); review main case docket (.4); prepare and organize same (.3); prepare pleadings for attorneys' review (.2). | 1.10 | $583.00 |
| 03/14/24 | ENM | 0007 | Attend OCC status call. | 0.80 | $1,232.00 |
| 03/14/24 | ENM | 0034 | Correspond with sub-trust counsel re distribution amounts and timing. | 0.30 | $462.00 |
| 03/14/24 | KPP | 0034 | Review information and correspondence re hearing preparation (.4); review exhibits (1.5); review declarations (.7); review witness attendance (.3). | 2.90 | $5,292.50 |
| 03/14/24 | KPP | 0007 | Attend OCC call re case updates. | 0.80 | $1,460.00 |
| 03/14/24 | EYP | 0034 | Analyze confirmation matters (.7); correspondence with K. Doorley re same (.2); review confirmation litigation matters (.9). | 1.80 | $3,951.00 |
| 03/14/24 | EYP | 0007 | Attend call with OCC re general updates. | 0.80 | $1,756.00 |
| 03/14/24 | OJD | 0007 | Attend OCC call re next steps. | 0.80 | $1,264.00 |
| 03/14/24 | ZJC | 0007 | Attend committee call re case status (partial). | 0.70 | $1,242.50 |
| 03/14/24 | KND | 0034 | Correspondence with Akin team re logistics for confirmation hearing (.9); review draft witness list (.3); correspondence with A. Preis re confirmation-related items (.3). | 1.50 | $2,737.50 |
| 03/14/24 | KND | 0007 | Attend OCC call. | 0.80 | $1,460.00 |
| 03/14/24 | TJS | 0007 | Attend OCC call re case updates. | 0.80 | $1,140.00 |
| 03/14/24 | AL | 0003 | Update exhibits to seventeenth monthly fee statement. | 1.10 | $583.00 |
| 03/14/24 | DRM | 0034 | Draft cross outline for witness preparation of M. Atkinson re confirmation hearing (1.3); prepare exhibit binders re confirmation hearing (.8); prepare exhibit binders for the court (.7); prepare other hearing materials (.5); coordinate preparation of same with mail room (.6); coordinate filing of witness list with D. Krasa (.2); coordinate delivery of materials to court with mail room (.9). | 5.00 | $4,975.00 |
| 03/14/24 | DAC | 0034 | Draft request to court re remote declarant testimony (2.3); review correspondence with parties re confirmation hearing logistics (.5); prepare for meeting with OCC witness re cross examination preparation (.4); review Debtors' confirmation hearing | 4.90 | $4,532.50 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | exhibits (1.7). | | |
| 03/14/24 | DAC | 0007 | Analyze correspondence to OCC and attached materials re case considerations and strategy. | 0.50 | $462.50 |
| 03/14/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.80 | $2,786.00 |
| 03/14/24 | ENR | 0007 | Review Committee correspondence re case updates. | 0.80 | $796.00 |
| 03/14/24 | AK | 0003 | Review monthly invoice for compliance with U.S. Trustee guidelines. | 0.70 | $696.50 |
| 03/14/24 | AK | 0002 | Review docket for filed pleadings. | 0.30 | $298.50 |
| 03/15/24 | MPH | 0034 | Review filings re confirmation (.5); review correspondence re same (.9). | 1.40 | $3,073.00 |
| 03/15/24 | DK | 0034 | Correspondence with B. Barker re confirmation hearing preparation (.1); register attorney and advisors' team re in-person appearances at same (.8); correspondence with D. Mouhot re witness list (.1). | 1.00 | $530.00 |
| 03/15/24 | DK | 0002 | Review all case dockets (.6); prepare pleadings for attorneys' review (.4). | 1.00 | $530.00 |
| 03/15/24 | ENM | 0034 | Review trust distribution procedures and trust agreement (.6); correspond with A. Preis re process on NAS trust distribution procedures (.4). | 1.00 | $1,540.00 |
| 03/15/24 | KPP | 0034 | Attend to hearing logistics and preparation (.7); review declarations re hearing (.3); review witness and exhibit lists re same (.1); review correspondence re same (.3). | 1.40 | $2,555.00 |
| 03/15/24 | EYP | 0034 | Review voting considerations (.8); review Canadian declaration (.6) ; analyze confirmation matters (.9); correspondence with E. Miller re NAS trust (.2). | 2.50 | $5,487.50 |
| 03/15/24 | KND | 0034 | Prepare for confirmation hearing. | 2.00 | $3,650.00 |
| 03/15/24 | BKB | 0003 | Review invoice in connection with preparation of monthly fee statement. | 1.70 | $2,371.50 |
| 03/15/24 | BKB | 0034 | Attend to confirmation hearing preparation (1.2); correspondence with D. Krasa re same (.2); review materials re same (1.4); correspondence to restructuring team members re same (.1); various calls with claimants re resolution and plan updates (.9). | 3.80 | $5,301.00 |
| 03/15/24 | DRM | 0034 | Coordinate witness list filing with D. Krasa (.2); coordinate preparation of materials for confirmation hearing (.8); review same (.7); circulate exhibits and exhibit list to Court (.2); address logistics for delivery of printed materials (.3). | 2.20 | $2,189.00 |
| 03/15/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines (1.8); correspond with A. Kane re same (.1). | 1.90 | $1,890.50 |
| 03/15/24 | AK | 0002 | Circulate docket filings after regular business hours. | 0.50 | $497.50 |
| 03/15/24 | AK | 0003 | Review invoice to ensure compliance with guidelines of U.S. Trustee (5.8); correspond with E. Reeves re same (.3). | 6.10 | $6,069.50 |
| 03/16/24 | ENM | 0034 | Review plan revisions (.4); correspond with A. Preis and K. Doorley re same (.1). | 0.50 | $770.00 |
| 03/16/24 | EYP | 0034 | Prepare for confirmation (1.4); review | 3.00 | $6,585.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | various documents in connection with same (1.1); correspondence with K. Doorley re confirmation order (.2); correspondence with K. Doorley and E. Miller re plan mark up (.3). | | |
| 03/16/24 | KND | 0034 | Review revised confirmation order (.5); correspondence with A. Preis re same (.2); review revisions to Plan (.5); correspondence with A. Preis and E. Miller re same (.2); correspondence to Akin team re confirmation hearing preparation (.5). | 1.90 | $3,467.50 |
| 03/16/24 | DAC | 0034 | Review parties' exhibits for confirmation hearing. | 2.00 | $1,850.00 |
| 03/16/24 | ENR | 0007 | Review updates to OCC re case updates. | 0.20 | $199.00 |
| 03/17/24 | MPH | 0034 | Review correspondence re plan confirmation. | 0.80 | $1,756.00 |
| 03/17/24 | ENM | 0034 | Review proposed filing version of trust distribution procedures (.3); correspond with A. Preis re same (.1). | 0.40 | $616.00 |
| 03/17/24 | EYP | 0034 | Analyze (2.2) and prepare responses to (1.3) objections in connection with hearing preparation; review revised documents in connection with same (1.8); correspondence with E. Miller re trust distribution procedures (.2). | 5.50 | $12,072.50 |
| 03/17/24 | KND | 0034 | Correspondence to Akin team re preparation for confirmation hearing. | 0.60 | $1,095.00 |
| 03/17/24 | BKB | 0003 | Review invoice in connection with preparation of monthly fee statement. | 2.30 | $3,208.50 |
| 03/18/24 | MPH | 0034 | Attend hearing preparation call with M. Atkinson. | 0.90 | $1,975.50 |
| 03/18/24 | DK | 0002 | Review case dockets for updates (.8); organize and circulate docket filings to team (.3). | 1.10 | $583.00 |
| 03/18/24 | DK | 0034 | Correspondence with B. Barker re preparation for confirmation hearing (.1); register additional attorneys and advisors re same (.5). | 0.60 | $318.00 |
| 03/18/24 | ENM | 0034 | Prepare for confirmation hearing (1.2); correspond with Akin team members re same (.3); correspondence with B. Barker re trust documents (.3); coordinate review of plan supplement versus agreed documents re third party payor trust distribution procedures issues (.3); review redlines re same (.3); correspond to Akin team members re plan (.2); attend call with Debtors and supporting parties re hearing (.4). | 3.00 | $4,620.00 |
| 03/18/24 | ENM | 0007 | Attend OCC call re case status. | 0.30 | $462.00 |
| 03/18/24 | KPP | 0034 | Attend hearing preparation call with M. Atkinson (.9); meet and confer with counsel for the Quebec Plaintiff re confirmation matters (.3); attention to preparing for hearing (1.4); correspondence with E. Miller, A. Preis, J. Salwen and K. Doorley re same (.3). | 2.90 | $5,292.50 |
| 03/18/24 | EYP | 0034 | Prepare remarks for confirmation hearing (.5); correspondence with E. Miller, K. Porter, K. Doorley and J. Salwen re | 2.80 | $6,146.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | confirmation hearing (.9); attend call with Skadden, Gibson and Kramer teams re hearing and resolution matters (.4); correspondence with OCC members and claimants re confirmation hearing matters (1.0). | | |
| 03/18/24 | EYP | 0007 | Call with OCC re case updates (.3); correspondence with OCC re same (.4). | 0.70 | $1,536.50 |
| 03/18/24 | OJD | 0007 | Attend call with OCC re case updates. | 0.30 | $474.00 |
| 03/18/24 | ZJC | 0007 | Attend committee call re case developments. | 0.30 | $532.50 |
| 03/18/24 | KND | 0034 | Prepare for confirmation hearing (4.2); correspondence with A. Preis, J. Salwen, E. Miller and K. Porter re same (1.6); attend call with Skadden, Kramer and Gibson teams re same (.4); attend call with M. Atkinson re hearing preparation (.9). | 7.10 | $12,957.50 |
| 03/18/24 | TJS | 0007 | Attend OCC call. | 0.30 | $427.50 |
| 03/18/24 | TJS | 0034 | Prepare for confirmation hearing (3.1); correspondence with A. Preis, K. Doorley, E. Miller and K. Porter re same (.5); attend call with supporting parties re same (.4). | 4.00 | $5,700.00 |
| 03/18/24 | BKB | 0025 | Travel to and from courthouse re preparation for confirmation hearing (1.0). | 0.50 | $697.50 |
| 03/18/24 | BKB | 0034 | Coordinate preparation of materials for confirmation hearing (.4); correspondence with D. Krasa re same (.1); review same (.4); correspondence to restructuring team members re same (.1); conduct research and review materials re preparation for hearing (.6); review materials (2.1) and draft remarks (.5) for confirmation hearing; calls with claimants re case and plan status (.2); review most recent version of TDPs (.1); correspondence with E. Miller re same (.1). | 4.60 | $6,417.00 |
| 03/18/24 | DRM | 0034 | Attend witness preparation call with M. Atkinson. | 0.90 | $895.50 |
| 03/18/24 | DRM | 0007 | Review correspondence to Committee re case developments. | 0.30 | $298.50 |
| 03/18/24 | DAC | 0034 | Meet with M. Atkinson to prepare for confirmation hearing (.9); review parties' exhibits re confirmation hearing (2.0); attend meet and confer with Quebec Plaintiff counsel re confirmation hearing exhibits (.3). | 3.20 | $2,960.00 |
| 03/18/24 | DAC | 0007 | Analyze correspondence to OCC and attached materials re case considerations and strategy. | 0.30 | $277.50 |
| 03/18/24 | ENR | 0034 | Review materials and correspondence re OCC resolution and plan confirmation considerations. | 0.40 | $398.00 |
| 03/18/24 | ENR | 0007 | Review OCC correspondence re case updates. | 0.30 | $298.50 |
| 03/18/24 | ENR | 0034 | Prepare materials for confirmation hearing (3.1); review agenda re same (.6). | 3.70 | $3,681.50 |
| 03/18/24 | AK | 0002 | Review and circulate docket updates after regular business hours. | 0.30 | $298.50 |
| 03/19/24 | MPH | 0034 | Attend confirmation hearing. | 6.40 | $14,048.00 |
| 03/19/24 | MPH | 0025 | Travel in connection with confirmation | 0.50 | $1,097.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | hearing (1.1). | | |
| 03/19/24 | DK | 0002 | Review all case dockets (.3); review and organize same for attorneys' review (.2); circulate same to team (.1). | 0.60 | $318.00 |
| 03/19/24 | DK | 0034 | Correspondence with B. Barker re confirmation hearing preparation (.1); prepare and organize materials re same (.8). | 0.90 | $477.00 |
| 03/19/24 | ENM | 0034 | Attend confirmation hearing (6.4); review materials in preparation for same (.3). | 6.70 | $10,318.00 |
| 03/19/24 | KPP | 0034 | Attend confirmation hearing (partial). | 6.00 | $10,950.00 |
| 03/19/24 | EYP | 0034 | Prepare for confirmation hearing (2.6); attend confirmation hearing (6.4); various follow up re confirmation hearing (1.5). | 10.50 | $23,047.50 |
| 03/19/24 | ZJC | 0034 | Observe confirmation hearing in preparation for potential appeals (partial). | 4.90 | $8,697.50 |
| 03/19/24 | KND | 0025 | Travel to DC from confirmation hearing (2.0). | 1.00 | $1,825.00 |
| 03/19/24 | KND | 0034 | Attend confirmation hearing (6.4); prepare for same (3.2). | 9.60 | $17,520.00 |
| 03/19/24 | TJS | 0034 | Prepare for (2.3) and attend (6.4) confirmation hearing. | 8.70 | $12,397.50 |
| 03/19/24 | BKB | 0025 | Travel to and from courthouse re preparation for confirmation hearing (1.0). | 0.50 | $697.50 |
| 03/19/24 | BKB | 0034 | Prepare materials for confirmation hearing (2.8); correspondence with E. Reeves re summary of same for OCC (.2); coordinate logistics re confirmation hearing (.3); coordinate preparation of hearing materials re same (.4); correspondence with D. Krasa re same (.3); conduct research re confirmation matters (3.4); prepare analysis re same (1.4). | 8.80 | $12,276.00 |
| 03/19/24 | DRM | 0034 | Prepare materials for confirmation hearing. | 6.30 | $6,268.50 |
| 03/19/24 | DAC | 0034 | Prepare materials for attorney review re confirmation hearing (1.4); conduct research re confirmation considerations (3.9); prepare memo summarizing findings re same (1.9). | 7.20 | $6,660.00 |
| 03/19/24 | ENR | 0034 | Attend confirmation hearing (6.4); draft (1.1) and revise (1.6) summary re same; correspond with B. Barker re same (.2). | 9.30 | $9,253.50 |
| 03/19/24 | AK | 0002 | Circulate docket filings after regular business hours. | 0.80 | $796.00 |
| 03/19/24 | AK | 0034 | Attend confirmation hearing (partial) (5.4); correspondence with B. Barker and E. Reeves re summary of same (.3); draft (2.1) and revise (1.3) summary re same for OCC; review filings in connection with same (.4). | 9.50 | $9,452.50 |
| 03/20/24 | DK | 0002 | Review main case (.2) and adversary proceeding (.2) dockets; review and organize same for attorneys' review (.2); circulate docket updates to team (.2). | 0.80 | $424.00 |
| 03/20/24 | ENM | 0034 | Review steps plan (.2); correspond with A. Preis re trust and resolution related matters (.2). | 0.40 | $616.00 |
| 03/20/24 | EYP | 0034 | Analyze post-confirmation matters (.4); analyze Irish scheme matters (.5); correspond with E. Miller re trust and | 1.00 | $2,195.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | resolution considerations (.1). | | |
| 03/20/24 | TJS | 0034 | Correspondence with multiple parties in interest re various confirmation matters. | 0.30 | $427.50 |
| 03/20/24 | BKB | 0034 | Review (1.2) and revise (.8) summary of confirmation hearing for OCC; review plan related materials and correspondence (.2); attend calls with claimants re resolution and case updates (.3); correspondence with claimants re same (.2). | 2.70 | $3,766.50 |
| 03/20/24 | BKB | 0003 | Review invoice in connection with preparation of January invoice and fee statement (.8); correspondence to restructuring team members re same (.1); correspondence with E. Reeves re invoice review (.2). | 1.10 | $1,534.50 |
| 03/20/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines (1.0); correspond with B. Barker re same (.1). | 1.10 | $1,094.50 |
| 03/20/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.20 | $199.00 |
| 03/21/24 | DK | 0002 | Review case dockets (.2); organize recently filed pleadings from same (.2); circulate same to team for attorneys' review (.1). | 0.50 | $265.00 |
| 03/21/24 | TJS | 0034 | Review follow-up correspondence re various confirmation matters. | 0.40 | $570.00 |
| 03/21/24 | BKB | 0034 | Review transcript re confirmation hearing (.9); revise sections of confirmation hearing summary re same (1.5). | 2.40 | $3,348.00 |
| 03/21/24 | ENR | 0007 | Review case update correspondence to OCC. | 0.10 | $99.50 |
| 03/21/24 | AK | 0034 | Review confirmation hearing summary and transcript. | 1.60 | $1,592.00 |
| 03/22/24 | DK | 0002 | Review main case docket (.2); review adversary proceeding dockets (.2); circulate pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 03/22/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.50 | $3,487.50 |
| 03/22/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.30 | $298.50 |
| 03/25/24 | DK | 0002 | Review case dockets (.2); organize same for attorney review (.2); circulate docket update to team (.1). | 0.50 | $265.00 |
| 03/25/24 | DK | 0008 | Review and update hearing transcripts file. | 0.50 | $265.00 |
| 03/25/24 | BKB | 0003 | Review invoice in connection with U.S. Trustee guidelines. | 3.60 | $5,022.00 |
| 03/25/24 | ENR | 0034 | Analyze materials re plan and resolution matters. | 0.20 | $199.00 |
| 03/25/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.30 | $298.50 |
| 03/26/24 | DK | 0002 | Review dockets for recently filed pleadings (.3); review and organize same for attorneys' review (.2). | 0.50 | $265.00 |
| 03/26/24 | KND | 0034 | Review updates re emergence items. | 0.20 | $365.00 |
| 03/26/24 | AK | 0002 | Review docket updates re recent filings. | 0.10 | $99.50 |
| 03/27/24 | DK | 0002 | Review case dockets (.3); prepare and organize the above (.2); prepare pleadings for attorneys' review (.1). | 0.60 | $318.00 |
| 03/27/24 | BKB | 0003 | Review fee examiner report re fourth interim fee application (.3); correspondence | 0.40 | $558.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | to restructuring team members re same (.1). | | |
| 03/27/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.30 | $298.50 |
| 03/28/24 | DK | 0002 | Review main case (.2) and adversary proceeding (.2) dockets; prepare pleadings for attorneys' review (.3). | 0.70 | $371.00 |
| 03/28/24 | BKB | 0034 | Review correspondence from Togut team re emergence matter (.2) analyze considerations same (.2); calls with claimants re case updates and OCC resolution (.6). | 1.00 | $1,395.00 |
| 03/28/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 0.50 | $697.50 |
| 03/28/24 | AK | 0002 | Review docket updates re recent filings. | 0.10 | $99.50 |
| 03/29/24 | DK | 0002 | Review case dockets (.2); prepare and organize pleadings from same for attorney review (.2); circulate same to team for attorneys' review (.1). | 0.50 | $265.00 |
| 03/29/24 | EYP | 0034 | Consider post-confirmation matters. | 0.50 | $1,097.50 |
| 03/29/24 | TJS | 0034 | Review correspondence re emergence timeline and next steps. | 0.20 | $285.00 |
| 03/29/24 | BKB | 0034 | Conduct research re professional fee escrow inquiry in connection with plan effective date preparation. | 0.90 | $1,255.50 |
| 03/29/24 | AK | 0002 | Review and circulate docket filings after regular business hours. | 0.30 | $298.50 |
| 04/01/24 | DK | 0002 | Review case dockets (.2); prepare pleadings for attorneys' review (.2); circulate same to team (.1). | 0.50 | $265.00 |
| 04/01/24 | ENM | 0034 | Call with counsel to third-party payors re trust document considerations (.2); review documents in preparation for same (.3); call with K. Doorley re same (.2); call with counsel to Debtors re same (.3). | 1.00 | $1,540.00 |
| 04/01/24 | KND | 0034 | Call with E. Miller re trust documents. | 0.20 | $365.00 |
| 04/01/24 | TJS | 0003 | Review February invoice for compliance with U.S. Trustee and local guidelines. | 1.10 | $1,567.50 |
| 04/01/24 | BKB | 0003 | Review invoice in connection with preparation of January fee statement (.9); finalize fee statement for filing (.4). | 1.30 | $1,813.50 |
| 04/01/24 | BKB | 0034 | Calls with claimants re claim and resolution status. | 0.80 | $1,116.00 |
| 04/01/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.30 | $298.50 |
| 04/02/24 | DK | 0002 | Review main case and adversary proceeding dockets (.2); review and organize same (.1); prepare pleadings for attorneys' review (.1). | 0.40 | $212.00 |
| 04/02/24 | ENM | 0034 | Call with Debtors' counsel re open items on third-party payors trust (.3); follow-up correspondence with third-party payors' counsel re same (.2); correspondence with restructuring team members re trust matters (.4). | 0.90 | $1,386.00 |
| 04/02/24 | EYP | 0034 | Analyze documents re closing and emergence (.6); correspondence with claimants re resolution and trust considerations (.4); review considerations re professional fee escrow for closing (.3); | 2.00 | $4,390.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | correspondence with restructuring team members and E. Miller re same (.3); correspondence with restructuring team members re closing items (.4). | | |
| 04/02/24 | KND | 0034 | Correspondence with restructuring team members and E. Miller re trust documentation matters. | 0.20 | $365.00 |
| 04/02/24 | KND | 0003 | Correspondence with J. Salwen re invoice review considerations. | 0.10 | $182.50 |
| 04/02/24 | TJS | 0034 | Analyze open issues re emergence timeline (.2); correspondence with restructuring team members and E. Miller re closing items (.2). | 0.40 | $570.00 |
| 04/02/24 | TJS | 0003 | Review February invoice for compliance with U.S. Trustee guidelines (2.2); correspondence with K. Doorley re same (.1). | 2.30 | $3,277.50 |
| 04/02/24 | BKB | 0034 | Calls with claimants re case and resolution updates (.5); correspondence with claimants re same (.4); correspondence with restructuring team members and E. Miller re closing items (.3). | 1.20 | $1,674.00 |
| 04/02/24 | BKB | 0007 | Prepare updates for OCC website (.7); review and revise detailed case calendar for same (.7); correspondence with Kroll team re website updates (.1). | 1.50 | $2,092.50 |
| 04/02/24 | ENR | 0034 | Review correspondence re trust documents and closing items. | 0.10 | $99.50 |
| 04/02/24 | AK | 0002 | Review docket updates (.1); review and circulate docket filings outside of regular business hours (.3). | 0.40 | $398.00 |
| 04/03/24 | DK | 0002 | Review case dockets (.2); review and organize pleadings from same (.2); circulate pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 04/03/24 | ENM | 0034 | Call with restructuring team re closing items (.3): call with third party payors' counsel re information access considerations (.6). | 0.90 | $1,386.00 |
| 04/03/24 | EYP | 0034 | Review draft order re post-confirmation time table (.4); call with Debtors' counsel re closing considerations (.3); review and comment on revisions to trust documents (.4); call (.3) and correspondence (.4) with restructuring team members and E. Miller re closing items; analyze trust matters (.2). | 2.00 | $4,390.00 |
| 04/03/24 | KND | 0034 | Call with E. Miller and restructuring team members re closing items (.3); review correspondence from claimants re resolution and case inquiries (.2). | 0.50 | $912.50 |
| 04/03/24 | KND | 0003 | Review February invoice for compliance with U.S. Trustee guidelines. | 1.30 | $2,372.50 |
| 04/03/24 | AK | 0002 | Review and circulate docket filings outside of regular business hours. | 0.70 | $696.50 |
| 04/04/24 | DK | 0002 | Review case dockets (.3); review and organize same (.2); prepare pleadings for attorneys' review (.1). | 0.60 | $318.00 |
| 04/04/24 | ENM | 0034 | Correspondence with restructuring team members re open items re closing (.2); call with counsel to third-party payors re trust matters (.5); call with counsel to Debtors | 3.10 | $4,774.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | and restructuring team members re closing considerations (.3); review plan and supplement documents re master trust (.8); call with restructuring team members re same (.3); review draft order re post-confirmation schedule (.3); review documentation re open items for emergence (.3); call with K. Doorley re trust considerations (.4). | | |
| 04/04/24 | EYP | 0034 | Analyze materials re trust considerations (.4); call with E. Miller, K. Doorley, J. Salwen and Skadden team re same (.3); correspondence with E. Miller and restructuring team members re closing items and trust considerations (.6); correspondence with parties in interest re same (.4); analyze considerations re same (.3). | 2.00 | $4,390.00 |
| 04/04/24 | OJD | 0034 | Conduct research re trust matters in connection with implementation of OCC resolution. | 0.30 | $474.00 |
| 04/04/24 | KND | 0034 | Call with E. Miller re trust considerations (.4); call with E. Miller, A. Preis, J. Salwen and Skadden team re same (.3); review correspondence re closing items (.4). | 1.10 | $2,007.50 |
| 04/04/24 | TJS | 0034 | Call with E. Miller, A. Preis, K. Doorley and Skadden team re trust matters (.3); review materials re same (.4); correspondence with restructuring and corporate team members re same (.1); comment on draft order re post-confirmation schedule (.3); correspondence with restructuring and corporate team members re same (.1). | 1.20 | $1,710.00 |
| 04/04/24 | BKB | 0003 | Coordinate preparation of January fee statement (.6); review and revise draft of same (1.7); review and revise exhibits to same (.6). | 2.90 | $4,045.50 |
| 04/04/24 | ENR | 0007 | Review OCC correspondence re case updates. | 0.10 | $99.50 |
| 04/04/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/05/24 | DK | 0002 | Review case dockets (.2); review and organize same (.2); prepare pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 04/05/24 | ENM | 0034 | Call with third-party payors' counsel re trust matters (.3); correspondence with restructuring team members re same (.2); call with counsel to Debtors' and first lien lenders re master trust (.6); call with A. Sivin re background and trust update matters (.7); review summary of master trust considerations (.7); draft summary of stipulation (1.3); call with K. Doorley re trust and closing matters (.3). | 4.10 | $6,314.00 |
| 04/05/24 | EYP | 0034 | Call with Gibson and Skadden teams re trust matters (.6); correspondence with E. Miller and restructuring team members re same (.2); review materials re same (.2). | 1.00 | $2,195.00 |
| 04/05/24 | OJD | 0034 | Review revisions to trust documents (.3); call with E. Miller re trust-related tax | 0.50 | $790.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | treatment (.2). | | |
| 04/05/24 | KND | 0034 | Call with Gibson and Skadden teams re trust considerations (.6); correspondence with E. Miller and restructuring team members re same (.2); call with E. Miller re same and related closing considerations (.3). | 1.10 | $2,007.50 |
| 04/05/24 | TJS | 0034 | Call with advisors for Debtors and Ad Hoc First Lien Group re trust matters (.6); review materials re same (.1); correspondence with E. Miller and restructuring team members re same (.1). | 0.80 | $1,140.00 |
| 04/05/24 | BKB | 0034 | Calls with claimants re claim and resolution status (.6); review materials and correspondence re trust and closing considerations (.3). | 0.90 | $1,255.50 |
| 04/05/24 | ARS | 0034 | Confer with E. Miller re trust documents and related considerations (.7); review trust documents (.3); review sub-trust agreements (.7); create summary chart re same (1.7). | 3.40 | $2,856.00 |
| 04/05/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/06/24 | ENM | 0034 | Correspondence with trust counsel and trustee re trust matters and documents. | 0.30 | $462.00 |
| 04/06/24 | OJD | 0034 | Follow-up correspondence with counsel for second lien lenders re tax inquiry and related sub-trust considerations. | 0.20 | $316.00 |
| 04/08/24 | DK | 0002 | Review case dockets (.3); review and organize pleadings for attorneys' review (.2); organize pleadings for attorneys' review (.1). | 0.60 | $318.00 |
| 04/08/24 | ENM | 0034 | Review and revise sub-trust agreements (1.5); review comments to same (.3); analyze ballot report in connection with same (.3); calls with third-party payors' counsel re trust documents (.4); call with K. Doorley re trust considerations and stipulation (.9); correspondence with K. Doorley (.4) and B. Barker (.2) re same; correspondence with counsel to Debtors and first lien lenders re stipulation and third-party payors considerations (.5); call with A. Sivin re trust and related process considerations (.3). | 4.80 | $7,392.00 |
| 04/08/24 | KND | 0034 | Calls with E. Miller re trust documents and emergence (.9); review correspondence and materials re same (.5). | 1.40 | $2,555.00 |
| 04/08/24 | BKB | 0034 | Calls (.8) and correspondence (.3) with claimants re claim and resolution status; correspondence with E. Miller re trust matters (.3). | 1.40 | $1,953.00 |
| 04/08/24 | ARS | 0034 | Call with E. Miller re trust and process matters (.3); review materials in preparation for same (.2); analyze sub-trust agreements (.6); draft comments to sub-trust agreements (1.4). | 2.50 | $2,100.00 |
| 04/08/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.30 | $298.50 |
| 04/09/24 | DK | 0002 | Review case dockets (.3); review and | 0.60 | $318.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | organize pleadings from same for attorneys' review (.2); circulate same to team (.1). | | |
| 04/09/24 | ENM | 0034 | Correspondence with sub-trust counsel re trust considerations (.5); call with personal injury counsel re same (.5); correspondence with sub-trust counsel re trust formation and related considerations (.5); review and revise sub-trust documents re same (1.5); call with Debtors' counsel re master trust stipulation (.5); call with K. Doorley re trust documentation (.8); correspondence with A. Preis re same (.1); call with A. Sivin re trust documents and related considerations (.1). | 4.50 | $6,930.00 |
| 04/09/24 | EYP | 0034 | Analyze materials and correspondence re trust and closing matters (.5); correspondence with sub-trust counsel re same (.4); call with Debtors' counsel re master trust stipulation (.5); correspondence with E. Miller re same (.2); analyze revisions to same (.1); review comments to trust documents (.3). | 2.00 | $4,390.00 |
| 04/09/24 | KND | 0034 | Call with E. Miller re trust documentation. | 0.80 | $1,460.00 |
| 04/09/24 | KND | 0003 | Review Akin fee statement. | 0.50 | $912.50 |
| 04/09/24 | BKB | 0034 | Calls and correspondence with claimants re claim and resolution status. | 0.40 | $558.00 |
| 04/09/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.70 | $2,686.50 |
| 04/09/24 | ARS | 0034 | Call with E. Miller re trust considerations (.1); revise sections of emergency room physicians and personal injury trust agreements (.6); comment on hospital trust agreement (1.2). | 1.90 | $1,596.00 |
| 04/09/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.30 | $298.50 |
| 04/09/24 | AK | 0003 | Review March invoice for compliance with U.S. Trustee guidelines. | 0.70 | $696.50 |
| 04/10/24 | DK | 0008 | Confer with B. Barker re preparation for hearing (.1); register attorneys and OCC professionals for upcoming hearing (.7). | 0.80 | $424.00 |
| 04/10/24 | DK | 0002 | Review main case and adversary proceeding dockets (.2); review and organize pleadings for attorneys' review (.1); prepare pleadings for attorneys' review (.1). | 0.40 | $212.00 |
| 04/10/24 | ENM | 0034 | Calls and correspondence with sub-trust counsel re trust documents and process considerations (1.2); call with Wilmington Trust re same (.3); call with counsel to emergency room physicians re same and re trust agreement (.5); correspondence with A. Preis re master trust stipulation (.2); review (.5) and revise (1.4) trust agreements; confer with A. Sivin re trust documentation (.3). | 4.40 | $6,776.00 |
| 04/10/24 | EYP | 0034 | Correspondence with E. Miller re master trust stipulation (.4); review trust documentation and revisions to same (.4); analyze closing considerations (.2). | 1.00 | $2,195.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|------|------|
| 04/10/24 | BKB | 0002 | Review recently filed pleadings from docket updates. | 0.30 | $418.50 |
| 04/10/24 | ARS | 0034 | Confer with E. Miller re trust documentation (.3); revise same (.7); prepare comments to sub-trust documents (1.0); review and revise all trust agreements (2.0). | 4.00 | $3,360.00 |
| 04/10/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 2.30 | $2,288.50 |
| 04/10/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/11/24 | DK | 0002 | Review case dockets (.2); review and organize pleadings from same for attorneys' review (.2); prepare and circulate docket updates to team (.1). | 0.50 | $265.00 |
| 04/11/24 | ENM | 0034 | Calls (.9) and correspondence (.5) with trust counsel, trustees and banks re trust documents and formation considerations; analyze materials re same (.8); review and revise trust distribution procedures (2.5); analyze balloting reports (.5); review revisions to master trust stipulation (.2); correspondence with K. Doorley re same (.5); review sub-trust counsel's comments on trust agreement (.3); correspondence with sub-trust's counsel re same (.1). | 6.30 | $9,702.00 |
| 04/11/24 | OJD | 0034 | Review draft stipulation re elimination of master trust (.3); comment on same (.2). | 0.50 | $790.00 |
| 04/11/24 | KND | 0034 | Review stipulation re master trust (.8); correspondence with E. Miller re same (.3). | 1.10 | $2,007.50 |
| 04/11/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 4.90 | $4,875.50 |
| 04/11/24 | ARS | 0034 | Revise section of trust document. | 0.60 | $504.00 |
| 04/11/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 6.80 | $6,766.00 |
| 04/11/24 | AK | 0002 | Review recent docket filings. | 0.10 | $99.50 |
| 04/12/24 | DK | 0002 | Review case dockets (.2); review and organize pleadings for attorneys' review (.2); prepare pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 04/12/24 | ENM | 0034 | Calls and correspondence with sub-trust counsel re trust documents and formation considerations (1.2); call with Wilmington Trust re same (.3); call with counsel to sub-trust re same and re trust agreement (.5); correspondence (.3) and call (.2) with A. Sivin re same re same; revise trust agreements (.5). | 3.00 | $4,620.00 |
| 04/12/24 | OJD | 0034 | Analyze materials and considerations re stipulation eliminating master trust. | 0.30 | $474.00 |
| 04/12/24 | ENR | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 1.60 | $1,592.00 |
| 04/12/24 | ARS | 0034 | Call with E. Miller re revisions to sub-trust documents (.2); review and revise sub-trust documents (1.9). | 2.10 | $1,764.00 |
| 04/12/24 | AK | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 4.00 | $3,980.00 |
| 04/12/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/13/24 | ENM | 0034 | Review and comment on sub-trust agreement re Delaware trustee matters | 2.20 | $3,388.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | (1.1); correspondence with K. Doorley re revisions to trust distribution procedures (.4); review and revise sub-trust agreement (.3); correspondence with A. Sivin re same (.2); review revisions to trust distribution procedures re open items (.2). | | |
| 04/13/24 | KND | 0034 | Review revisions to trust documents (.4); correspondence with E. Miller re same (.1). | 0.50 | $912.50 |
| 04/13/24 | ARS | 0034 | Revise sub-trust agreement (.9); correspondence with E. Miller re same (.1). | 1.00 | $840.00 |
| 04/14/24 | ENM | 0034 | Correspondence with sub-trust counsel re trust distribution procedures revisions (.4); review master trust stipulation revisions (.4); review payment considerations (.2); correspondence with A. Preis re same (.1); correspondence with counsel and trustees for sub-trusts re same (.2) and related trust matters (.4). | 1.70 | $2,618.00 |
| 04/14/24 | EYP | 0034 | Correspondence with E. Miller re trust matters (.4); analyze materials re same (.2); review revisions to trust documents and master trust stipulation (.4). | 1.00 | $2,195.00 |
| 04/14/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 1.90 | $2,650.50 |
| 04/15/24 | DK | 0002 | Review case dockets (.2); review and organize pleadings for attorneys' review (.2); prepare pleadings for attorneys' review (.2). | 0.60 | $318.00 |
| 04/15/24 | ENM | 0034 | Call with K. Doorley re trust agreement considerations (.4); correspondence with A. Preis and K. Doorley re same (.5); review materials re same (.2); review and revise sub-trust agreements (2.2); review and revise trust distribution procedures (1.5); review claim form revisions (.7); correspondence with Debtors and trust representatives re funding details (.8). | 6.30 | $9,702.00 |
| 04/15/24 | EYP | 0034 | Review revisions to trust documents (.3); correspondence with E. Miller and K. Doorley re same (.4); correspondence with Debtors' and trusts' counsel re same and re closing items (.3). | 1.00 | $2,195.00 |
| 04/15/24 | OJD | 0034 | Review Gibson team's comments on stipulation re elimination of master trust. | 0.40 | $632.00 |
| 04/15/24 | KND | 0034 | Call with E. Miller re trust agreement considerations (.4); review correspondence re same (.3). | 0.70 | $1,277.50 |
| 04/15/24 | BKB | 0008 | Prepare hearing materials for interim fee application hearing. | 0.80 | $1,116.00 |
| 04/15/24 | BKB | 0034 | Calls and correspondence with claimants re claim and resolution status. | 1.40 | $1,953.00 |
| 04/15/24 | ENR | 0008 | Prepare materials re upcoming hearing (.9); correspondence with B. Barker re same (.1). | 1.00 | $995.00 |
| 04/15/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/16/24 | DK | 0002 | Review case dockets (.2); review and organize same (.2); prepare pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 04/16/24 | ENM | 0034 | Review (1.2) and revise (3.3) sub-trust | 7.60 | $11,704.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | agreements for stipulation considerations and trustee comments; review and revise trust distribution procedures re same (.5); review master trust stipulation markup (.3); call with K. Doorley re trust considerations (.4); calls and correspondence with sub-trust counsel re same (.8); call with Debtors' counsel re same (.2); call with A. Preis re same (.5); analyze trust considerations re emergence (.2); call with A. Sivin re comments to trust agreement (.2). | | |
| 04/16/24 | EYP | 0034 | Call with first lien lenders re closing (.7); correspondence with parties in interest re closing and resolution implementation (1.0); analyze materials and considerations re same (.7); call with E. Miller re trust matters and documents (.5); review revisions to trust documents (.6). | 3.50 | $7,682.50 |
| 04/16/24 | KND | 0034 | Call with E. Miller re trust documents (.4); review correspondence re closing matters (.3). | 0.70 | $1,277.50 |
| 04/16/24 | ARS | 0034 | Confer with E. Miller re comments to trust agreements (.2); revise trust agreement based on internal comments (1.8); review materials in connection with same (.2). | 2.20 | $1,848.00 |
| 04/16/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/17/24 | DK | 0002 | Review case dockets (.3); review and organize same (.2); prepare pleadings for attorneys' review (.2). | 0.70 | $371.00 |
| 04/17/24 | ENM | 0034 | Review revised trust documents (2.2); correspondence with A. Preis re same (.5); markup trust documents (.5); calls with claimant counsel re open considerations (.5); attention to trust and closing items (.3); correspondence with sub-trust counsel and trustees re same (.5). | 4.50 | $6,930.00 |
| 04/17/24 | EYP | 0034 | Correspondence with E. Miller re trust documentation and revisions to same (.6); review and comment on same (.9); correspondence with Debtors' advisors and trusts' counsel re closing items and trust documents (.5). | 2.00 | $4,390.00 |
| 04/17/24 | KND | 0034 | Review revised trust documents. | 0.60 | $1,095.00 |
| 04/17/24 | TJS | 0034 | Review updates re plan effectiveness and consummation. | 0.40 | $570.00 |
| 04/17/24 | BKB | 0034 | Calls and correspondence with claimants re claim and resolution status. | 0.80 | $1,116.00 |
| 04/17/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.30 | $298.50 |
| 04/18/24 | DK | 0002 | Review case dockets (.2); prepare and organize filings from same (.2); circulate docket updates to team for attorneys' review (.1). | 0.50 | $265.00 |
| 04/18/24 | ENM | 0034 | Review Debtors' and first lien lenders' comments to trust agreements and trust distribution procedures (2.9); correspondence with A. Preis and K. Doorley re same (.2); correspondence with | 6.70 | $10,318.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | sub-trust counsel re same (1.7); call with claimant group's counsel re revisions to trust documents (.8); correspond with sub-trust counsel and Wilmington re same and closing items (.3); correspondence with Debtors' and sub-trusts' counsel re trust payments (.3); analyze considerations re trust documents and finalization of same (.3); call with A. Sivin re revisions to trust documents (.2). | | |
| 04/18/24 | ENM | 0007 | Attend OCC call re case developments and closing (.3); review OCC correspondence re same (.1). | 0.40 | $616.00 |
| 04/18/24 | EYP | 0007 | Attend OCC call re case updates and closing. | 0.30 | $658.50 |
| 04/18/24 | EYP | 0034 | Review parties' comments to trust documents and procedures (.2); correspondence with E. Miller and K. Doorley re same (.3); analyze trust considerations and closing items (.2). | 0.70 | $1,536.50 |
| 04/18/24 | OJD | 0007 | Attend OCC call re case status and closing. | 0.30 | $474.00 |
| 04/18/24 | KND | 0034 | Review correspondence re revisions to trust documents (.2); review same (.5); correspondence with E. Miller and A. Preis re same (.2). | 0.90 | $1,642.50 |
| 04/18/24 | KND | 0007 | Attend OCC call re case status. | 0.30 | $547.50 |
| 04/18/24 | TJS | 0007 | Attend OCC call re case developments and closing. | 0.30 | $427.50 |
| 04/18/24 | BKB | 0007 | Review OCC correspondence re case updates (.2); attend OCC call (.3); calls with claimants re case updates (.8). | 1.30 | $1,813.50 |
| 04/18/24 | BKB | 0002 | Review docket updates. | 0.20 | $279.00 |
| 04/18/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines. | 3.50 | $4,882.50 |
| 04/18/24 | ENR | 0007 | Review OCC correspondence re case updates and strategy. | 0.30 | $298.50 |
| 04/18/24 | ARS | 0034 | Confer with E. Miller re revisions to trust documents (.2); revise trust agreements based on same (2.4); revise trust distribution procedures based on internal comments (2.0). | 4.60 | $3,864.00 |
| 04/18/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.20 | $199.00 |
| 04/19/24 | DK | 0002 | Review case dockets (.2); review and organize same (.2); prepare pleadings for attorneys' review (.1). | 0.50 | $265.00 |
| 04/19/24 | ENM | 0034 | Review final stipulation re master trust (.2); call with trustee re closing matters (.5); review trustee counsel's comments on sub-trust documents (2.5); correspondence with sub-trust counsel re same (.5); correspondence with counsel for Debtors and first lien lenders re same (.3); correspondence with sub-trust counsel and trustees re final trust documentations (.3); correspondence with parties re trust signature pages (.4); review third-party payors trust markup from third-party payors' counsel (.5); calls with third-party payors' counsel re sub-trust (1.2); review | 8.80 | $13,552.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | Debtors' markup on third-party payors trust agreement (.4); call with Debtors' counsel re third-party payors considerations (.5); revise third-party payors trust re same (.7); correspondence e with sub-trust counsel and trustees re trust payments (.3); correspondence with A. Preis re closing items (.2); call with K. Doorley re trust documentation (.3). | | |
| 04/19/24 | EYP | 0034 | Review final version of stipulation re master trust (.4); correspondence with Debtors' counsel re same (.2); review correspondence with sub-trust counsel and trustees re closing items (.2); correspondence with E. Miller re same (.2). | 1.00 | $2,195.00 |
| 04/19/24 | KND | 0034 | Call with E. Miller re Endo trust documents (.3); review correspondence and drafts of same (.5). | 0.80 | $1,460.00 |
| 04/19/24 | BKB | 0003 | Review invoice in connection with review of monthly fee statement (.3); revise fee statement (.3); revise exhibits to same (.4). | 1.00 | $1,395.00 |
| 04/19/24 | BKB | 0034 | Calls and correspondence with claimants re claim and resolution status, trust documents. | 1.50 | $2,092.50 |
| 04/19/24 | BKB | 0003 | Review invoice for compliance with U.S. Trustee guidelines (2.2); review proposed omnibus fee order (.3); correspondence with Cooley re same (.1). | 2.60 | $3,627.00 |
| 04/19/24 | ARS | 0034 | Revise third-party payors trust agreement. | 2.10 | $1,764.00 |
| 04/19/24 | AK | 0002 | Review docket updates re recently filed pleadings. | 0.30 | $298.50 |
| 04/20/24 | ENM | 0034 | Correspondence with sub-trust counsel and trustees re trust documentation and revisions (.5); comment on trust documents (.7); correspondence with A. Preis re trust and closing items (.3). | 1.50 | $2,310.00 |
| 04/20/24 | EYP | 0034 | Review filed version of master trust stipulation (.2); correspondence with Debtors' counsel re closing matters and trust considerations (.3); correspondence with E. Miller re same (.2); review correspondence with sub-trust counsel and trustees re same (.3). | 1.00 | $2,195.00 |
| 04/20/24 | BKB | 0034 | Calls and correspondence with claimants re claim and resolution status. | 0.70 | $976.50 |
| 04/20/24 | ENR | 0007 | Review correspondence to OCC re case updates. | 0.10 | $99.50 |
| 04/21/24 | ENM | 0034 | Review open items for trust materials (1.2); correspondence with Debtors' counsel re same (.5); correspondence with sub-trust counsel re signatures and related closing items (.8); correspondence with sub-trust counsel re final trust document revisions (.8); compile and review final documents (1.5); correspondence with trustee re signature release (.8); correspondence with Debtors' counsel re same (.7). | 6.30 | $9,702.00 |
| 04/22/24 | DK | 0002 | Review case dockets (.5); review and organize same (.2); prepare pleadings for attorneys' review (.1). | 0.80 | $424.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 04/22/24 | ENM | 0007 | Attend OCC call re status and closing. | 0.20 | $308.00 |
| 04/22/24 | ENM | 0034 | Correspondence with trust counsel and trustees re final trust documents and signature pages (1.5); correspondence with A. Preis and K. Doorley re closing items and process (.3); analyze materials and considerations re same (.2). | 2.00 | $3,080.00 |
| 04/22/24 | EYP | 0034 | Review materials and correspondence re trust and closing matters (.6); correspondence with Debtors' advisors re same (.4); correspondence with K. Doorley and E. Miller re closing items (.3); analyze considerations re same (.1); review final revisions to trust documentation (.4). | 1.80 | $3,951.00 |
| 04/22/24 | EYP | 0007 | Attend Committee call re closing and case status. | 0.20 | $439.00 |
| 04/22/24 | KND | 0034 | Correspondence with E. Miller and A. Preis re closing items (.1); review correspondence and documents re same (.3). | 0.40 | $730.00 |
| 04/22/24 | KND | 0007 | Attend Committee call re closing and case status. | 0.20 | $365.00 |
| 04/22/24 | BKB | 0007 | Review OCC correspondence re case updates (.2); attend OCC call (.2); calls with claimants re case updates (.7). | 1.10 | $1,534.50 |
| 04/22/24 | ENR | 0007 | Review correspondence to OCC re open case considerations and closing. | 0.20 | $199.00 |
| 04/22/24 | ARS | 0007 | Review correspondence to Committee re case status and closing. | 0.20 | $168.00 |
| 04/22/24 | AK | 0007 | Review and analyze OCC update correspondence re closing items and considerations. | 0.20 | $199.00 |
| 04/22/24 | AK | 0002 | Review and circulate docket filings outside of regular business hours. | 0.40 | $398.00 |
| 04/23/24 | DK | 0002 | Review case dockets (.4); review and organize same (.2); prepare pleadings for attorneys' review (.2). | 0.80 | $424.00 |
| 04/23/24 | ENM | 0034 | Attend closing call with advisors for Debtors, Ad Hoc First Lien Group and UCC (.2); correspondence with A. Preis and K. Doorley re same (.2); correspondence with sub-trust's counsel and trustees re trust agreement signature pages and fully executed documents (.5); correspondence with same re trust payments (.5); call with claimant re next steps (.3). | 1.70 | $2,618.00 |
| 04/23/24 | EYP | 0034 | Attend closing call with advisors for Debtors, Ad Hoc First Lien Group and UCC (.2); correspondence with E. Miller and K. Doorley re same (.3); correspondence with advisors for Debtors and trusts re same (.3); analyze materials and considerations re same (.2). | 1.00 | $2,195.00 |
| 04/23/24 | KND | 0034 | Attend closing call with advisors for Debtors, Ad Hoc First Lien Group and UCC (.2); correspondence with A. Preis and E. Miller re same (.3); draft correspondence to OCC re same (.1). | 0.60 | $1,095.00 |
| 04/23/24 | ENR | 0002 | Provide docket update to team outside of regular business hours. | 0.10 | $99.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 04/23/24 | AK | 0002 | Review and circulate docket filings outside of normal business hours. | 0.40 | $398.00 |
| | | | Total Hours | 687.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| M P HURLEY | 15.30 | at | $2195.00 | = | $33,583.50 |
| E N MILLER | 105.90 | at | $1540.00 | = | $163,086.00 |
| K P PORTER | 19.60 | at | $1825.00 | = | $35,770.00 |
| A PREIS | 95.60 | at | $2195.00 | = | $209,842.00 |
| O J DE MOOR | 5.50 | at | $1580.00 | = | $8,690.00 |
| Z CHEN | 5.90 | at | $1775.00 | = | $10,472.50 |
| K DOORLEY | 73.90 | at | $1825.00 | = | $134,867.50 |
| J SALWEN | 39.60 | at | $1425.00 | = | $56,430.00 |
| B K BARKER | 114.10 | at | $1395.00 | = | $159,169.50 |
| D R MOUHOT | 20.80 | at | $995.00 | = | $20,696.00 |
| D A CHASIN | 22.50 | at | $925.00 | = | $20,812.50 |
| E N REEVES | 45.00 | at | $995.00 | = | $44,775.00 |
| A R SIVIN | 24.60 | at | $840.00 | = | $20,664.00 |
| A KANE | 65.20 | at | $995.00 | = | $64,874.00 |
| D K KRASA | 28.00 | at | $530.00 | = | $14,840.00 |
| A LAARAJ | 6.30 | at | $530.00 | = | $3,339.00 |

Current Fees                                                    $1,001,911.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $440.90 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $411.90 |
| Computerized Legal Research - Westlaw - out of contract | $530.87 |
| Courier Service/Messenger Service- Off Site | $450.00 |
| Duplication - Off Site | $192.30 |
| Duplication - In House | $1,167.70 |
| Color Copy | $238.20 |
| Meals - Overtime | $100.00 |
| Meals - Business | $225.69 |
| Telephone - Long Distance | $280.00 |
| Transcripts | $34.00 |
| Travel - Ground Transportation | $534.70 |
| Travel - Lodging (Hotel, Apt, Other) | $546.34 |
| Travel - Train Fare | $342.08 |

Current Expenses                                                    $5,494.68

| Date | | Value |
|------|---|-------|
| 03/03/24 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-226 DATE: 3/3/2024 Brooks Barker - Aquamarine 38 - 2/27/2024 - Overtime Meal | $20.00 |

| Date | Description | Amount |
|---|---|---|
| 03/03/24 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-226 DATE: 3/3/2024<br>Brooks Barker - Aki sushi - 2/29/2024 - Overtime Meal | $20.00 |
| 03/03/24 | Computerized Legal Research - Westlaw - out of contract  User: BARKER BROOKS Date: 3/3/2024 AcctNumber: 1000193694 ConnectTime: 0.0 | $530.87 |
| 03/03/24 | Computerized Legal Research - Westlaw - in contract 30% discount  User: BARKER BROOKS Date: 3/3/2024 AcctNumber: 1000193694 ConnectTime: 0.0 | $411.90 |
| 03/07/24 | Travel - Ground Transportation  VENDOR: LIANG, CANDY INVOICE#: 6544151903181808 DATE: 3/18/2024<br>Taxi/Car Service/Public Transport, 03/07/24, Drop off documents at SDNY Bankruptcy Court, MTA Transit | $5.80 |
| 03/10/24 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184-227 DATE: 3/10/2024<br>Brooks Barker - Olive Garden - 3/6/2024 - Overtime Meal | $20.00 |
| 03/12/24 | Meals - Overtime  VENDOR: KATHERINE P. PORTER INVOICE#: 6540927203131905 DATE: 3/13/2024<br>All working late in office Meals, 03/12/24, K. Porter Working Late in Office Dinner re Endo,  Le Botaniste Restaurant, Katherine Porter | $20.00 |
| 03/12/24 | Telephone - Long Distance  VENDOR: BROOKS K. BARKER INVOICE#: 6543081603152100 DATE: 3/15/2024<br>Court Calls, 03/12/24, Court call for James Salwen., Court Solutions | $70.00 |
| 03/12/24 | Telephone - Long Distance  VENDOR: BROOKS K. BARKER INVOICE#: 6543081603152100 DATE: 3/15/2024<br>Court Calls, 03/12/24, Court call for Arik Preis., Court Solutions | $70.00 |
| 03/12/24 | Telephone - Long Distance  VENDOR: BROOKS K. BARKER INVOICE#: 6543081603152100 DATE: 3/15/2024<br>Court Calls, 03/12/24, Court call for Brooks Barker., Court Solutions | $70.00 |
| 03/12/24 | Telephone - Long Distance  VENDOR: BROOKS K. BARKER INVOICE#: 6543081603152100 DATE: 3/15/2024<br>Court Calls, 03/12/24, Court call for Katherine Porter., Court Solutions | $70.00 |
| 03/13/24 | Travel - Train Fare  VENDOR: HSBC TRAVEL CC -  GHOST CARD INVOICE#: R9836280 DATE: 3/13/2024 NAME: DOORLEY  K TICKET #: A867D1 ROUTE: | $316.20 |
| 03/13/24 | Travel - Train Fare  VENDOR: HSBC | $25.88 |

|  |  |  |
|---|---|---|
|  | TRAVEL CC - GHOST CARD INVOICE#: R9836280 DATE: 3/13/2024 NAME: DOORLEY K TICKET #: A867D1 ROUTE: |  |
| 03/15/24 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 59995 DATE: 3/20/2024 Vendor: Dial Car Voucher #: 532869 Date: 03/15/2024 Name: Greg Tomey\|\|Car Service, Vendor: Dial Car Voucher #: 532869 Date: 03/15/2024 Name: Greg Tomey | $91.97 |
| 03/18/24 | Meals - Business  VENDOR: KATE DOORLEY INVOICE#: 6557384703222007 DATE: 3/22/2024 Hotel - Dinner, 03/18/24, In Room Dining - Dinner (attend Endo confirmation hearing), The Knickerbocker Hotel, Kate Doorley | $20.00 |
| 03/18/24 | Travel - Ground Transportation VENDOR: KATE DOORLEY INVOICE#: 6557384703222007 DATE: 3/22/2024 Taxi/Car Service/Public Transport, 03/18/24, Attend Endo confirmation hearing in NY (ride from Akin DC office to Washington Union Station), Uber | $32.86 |
| 03/18/24 | Duplication - In House  Photocopy - Reeves, Erica, DC, 307 page(s) | $30.70 |
| 03/19/24 | Color Copy  Photocopy - Barker, Brooks, NY, 468 page(s) | $46.80 |
| 03/19/24 | Color Copy  Photocopy - Barker, Brooks, NY, 1914 page(s) | $191.40 |
| 03/19/24 | Travel - Ground Transportation VENDOR: BROOKS K. BARKER INVOICE#: 6556003603212201 DATE: 3/21/2024 Taxi/Car Service/Public Transport, 03/19/24, Car returning from confirmation hearing., Arro | $52.72 |
| 03/19/24 | Travel - Ground Transportation VENDOR: BROOKS K. BARKER INVOICE#: 6556003603212201 DATE: 3/21/2024 Taxi/Car Service/Public Transport, 03/19/24, Car to attend confirmation hearing., Uber | $55.27 |
| 03/19/24 | Meals - Business  VENDOR: DARA R. MOUHOT INVOICE#: 6552967403220102 DATE: 3/22/2024 Lunch, 03/19/24, D. Mouhot purchase of lunch for 10 attorneys at the Endo confirmation hearing at SDNY Bankruptcy., Potbelly Sandwich Works, Cullen Speckhart-Cooley LLP, Dara Mouhot, Danny Chasin, Arik Preis, Brooks Barker, Katherine Porter, Theodore Salwen, Mitchell Hurley, Kate Doorley, Eli Miller | $185.69 |
| 03/19/24 | Meals - Business  VENDOR: BROOKS K. BARKER INVOICE#: | $20.00 |

| | | |
|---|---|---|
| 03/19/24 | 6554446703220102 DATE: 3/22/2024 Other Food and Beverages, 03/19/24, Meal while attending confirmation hearing., Starbucks, Brooks Barker Duplication - Off Site  VENDOR: BROOKS K. BARKER INVOICE#: 6554446703220102 DATE: 3/22/2024 Duplicating (Off Site), 03/19/24, Document duplication, FedEx | $192.30 |
| 03/19/24 | Travel - Ground Transportation VENDOR: KATHERINE P. PORTER INVOICE#: 6558862003221405 DATE: 3/22/2024 Taxi/Car Service/Public Transport, 03/19/24, K. Porter Lyft Car Service from Endo Court hearing to office, Lyft Car Service | $42.40 |
| 03/19/24 | Travel - Ground Transportation VENDOR: KATE DOORLEY INVOICE#: 6557384703222007 DATE: 3/22/2024 Taxi/Car Service/Public Transport, 03/19/24, Attend Endo confirmation hearing in NY (ride from Washington Union Station to residence), Uber | $42.21 |
| 03/19/24 | Travel - Lodging (Hotel, Apt, Other) VENDOR: KATE DOORLEY INVOICE#: 6557384703222007 DATE: 3/22/2024 Hotel - Lodging, 03/19/24, One night lodging (attend Endo confirmation hearing), The Knickerbocker Hotel | $546.34 |
| 03/19/24 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 100165 DATE: 3/31/2024 SENDER'S NAME: BROOKS BARKER; JOB NUMBER: 1603298; PICKUP: One Bryant Park; DESTINATION: One Bowling Green; DATE: 03/19/2024 | $225.00 |
| 03/19/24 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 100165 DATE: 3/31/2024 SENDER'S NAME: Brooks Barker; JOB NUMBER: 1603417; PICKUP: One Bowling Green; DESTINATION: One Bryant Park; DATE: 03/19/2024 | $225.00 |
| 03/20/24 | Travel - Ground Transportation VENDOR: HSBC TRAVEL CC - GHOST CARD INVOICE#: R9856699 DATE: 3/20/2024 NAME: PORTER  K TICKET #: CarHire100766 ROUTE: | $15.00 |
| 03/20/24 | Transcripts  VENDOR: BROOKS K. BARKER INVOICE#: 6556003603212201 DATE: 3/21/2024 Transcript Fees, 03/20/24, Transcript fees, U.S. Bankruptcy Court | $34.00 |
| 03/24/24 | Meals - Overtime  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEAMLE upload INVOICE#: SL-184- | $20.00 |

| | | |
|---|---|---|
| | 229 DATE: 3/24/2024<br>Brooks Barker - Aki sushi - 3/18/2024 -<br>Overtime Meal | |
| 03/29/24 | Duplication - In House  Photocopy -<br>Mouhot, Dara, NY, 11370 page(s) | $1,137.00 |
| 03/31/24 | Travel - Ground Transportation<br>VENDOR: SUNNY'S WORLDWIDE<br>CHAUFFEURED TRANSPORTI<br>INVOICE#: 284949 DATE: 3/31/2024<br>03/19/2024 618 Broadway, Hasting-on-<br>Hudson NY to Southern District of New<br>York Bankruptcy Court ser, 1 bowling<br>Green New York NY | $196.47 |
| 04/04/24 | Computerized Legal Research - Other<br>VENDOR: PACER SERVICE CENTER<br>INVOICE#: 2503192-Q12024 DATE:<br>4/4/2024<br>-- Usage From 1/1/2024 to 3/31/2024 | $56.40 |
| 04/04/24 | Computerized Legal Research - Other<br>VENDOR: PACER SERVICE CENTER<br>INVOICE#: 2503192-Q12024 DATE:<br>4/4/2024<br>-- Usage From 1/1/2024 to 3/31/2024 | $15.30 |
| 04/04/24 | Computerized Legal Research - Other<br>VENDOR: PACER SERVICE CENTER<br>INVOICE#: 2503192-Q12024 DATE:<br>4/4/2024<br>-- Usage From 1/1/2024 to 3/31/2024 | $369.20 |
| | Current Expenses | $5,494.68 |

**Total Amount of This Invoice**                                    **$1,007,406.18**