**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENDO INTERNATIONAL PLC, *et al.*, | ) | Case No. 22-22549 (JLG) |
| | ) | Related Doc # 4465 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER AUTHORIZING MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST, TO FILE OF CERTAIN INFORMATION UNDER SEAL

Upon the motion (the "Motion")[1] of Plaintiff Matthew Dundon, in his capacity as the trustee (the "Trustee") for the Endo GUC Trust (the "GUC Trust"), for entry of an order (this "Order") authorizing the Trustee to redact and file certain portions of the Trustees' Complaint (the "Complaint") under seal, as more fully set forth in the Motion; and upon the Declaration of Jonathan M. Wagner, Esq. attached as Exhibit B to the Motion; and the Court having reviewed and considered the Wagner Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a "non-core" proceeding as defined in 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate under the circumstances and no other or further notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all

---

[1] Capitalized terms used but not defined herein shall have the definitions given to them in the Motion.

1

of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, the Trustee is authorized to (a) publicly file a version of the Complaint with the Confidential Information redacted, and (b) file an unredacted version of the Complaint under seal.

3. The unredacted Complaint will be available to the Court, counsel to the Purchaser, and counsel to other parties with whom the Purchaser has agreed that the Confidential Information may be shared.

4. Nothing in this Order prejudices the rights of any party in interest, including the U.S. Trustee, to seek, on appropriate motion, the unsealing of the Confidential Information or any part thereof.

5. Upon the closure of these Chapter 11 Cases, the Court is directed to destroy its hard copies of the unsealed Standing Motion and supporting exhibits.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: July 26, 2024
    New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR
U.S. BANKRUPTCY JUDGE

2