**UNITED STATES BANKRUPTCY COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No.: 22-22549 (JLG) |
| **ENDO INTERNATIONAL plc.,** *et al.*, | |
| **Debtors.**[1] | (Jointly Administered) |

**FIFTH ORDER (I) GRANTING INTERIM APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM JANUARY 1, 2024, THROUGH AND INCLUDING APRIL 23, 2024;
AND (II) GRANTING FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FROM THE PETITION DATE THROUGH AND INCLUDING APRIL 23, 2024</u>**

Upon consideration of the: (i) *Fifth Interim and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for (I) the Fifth Interim Period from January 1, 2024 Through and Including April 23, 2024, and (II) the Final Period from August 16, 2022 Through and Including April 23, 2024* [Docket No. 4312]; (ii) *Fifth Application of Togut, Segal & Segal LLP, Co-Counsel for the Debtors, for (I) Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2024 through April 23, 2024; and (II) Final Allowance of Compensation from the Petition Date through April 23, 2024* [Docket No. 4298]; (iii) *Final Fee Application of O'Melveny & Myers LLP for Compensation for Services Rendered and for*

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

*Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from August 16, 2022 through April 23, 2024* [Docket No. 4276]; (iv) *Fifth Application of A&L Goodbody LLP as Special Counsel for the Debtors, for Interim Allowance of Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2024 Through and Including April 23, 2024* [Docket No. 4311]; (v) *First Interim and Final Application of Dechert LLP, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from April 1, 2023 through April 22, 2024* [Docket No. 4321]; (vi) *Third Interim Fee Application of Perkins Coie LLP, as Special Counsel to Certain of the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through April 23, 2024* [Docket No. 4305]; (vii) *Fifth Interim Application of KPMG LLP Providing Tax Compliance and Tax Consulting Services to the Debtors Requesting Allowance of Fixed and Hourly Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2024 Through and Including April 23, 2024* [Docket No. 4279]; (viii) *Fifth Application of PJT Partners LP, Investment Banker for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From August 16, 2022 Through and Including April 23, 2024* [Docket No. 4306]; (ix) *Fifth Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2024 Through and Including April 23, 2024* [Docket No. 4297]; (x) *Fifth Application of PricewaterhouseCoopers LLP, as Audit and Tax Services Provider for the Debtors, for Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered*

and for Reimbursement of Actual and Necessary Expenses Incurred From January 1, 2024

Through and Including April 23, 2024 [Docket No. 4291];  (xi) Third Application of

PricewaterhouseCoopers LLP (Ireland), as Audit and Tax Services Provider for the Debtors, for

Interim Allowance of Fixed Fee and Hourly Compensation for Professional Services Rendered

and for Reimbursement of Actual and Necessary Expenses Incurred From November 1, 2023

Through April 23, 2024 [Docket No. 4282];  (xii) Fifth Application of SolomonEdwardsGroup,

LLC, as Bankruptcy Accounting Consultant for the Debtors, for Interim Allowance of Hourly

Compensation for Professional Services Rendered and for Reimbursement of Actual and

Necessary Expenses Incurred From January 1, 2024 Through and Including April 23, 2024

[Docket No. 4289];  (xiii) Final Application of Ernst & Young LLP Providing Tax, Valuation

and Consulting Services for the Debtors Requesting Allowance of Final Allowance of Fixed and

Hourly Compensation for Professional Services Rendered and for Reimbursement of Actual and

Necessary Expenses Incurred from August 16, 2022 through August 31, 2023 [Docket No. 4283]

(xiv) Third Interim Application of Latham & Watkins LLP for Compensation for Services and

Reimbursement of Expenses Incurred as Special Counsel to the Individual Members of the

Parent Board for the Period From January 1, 2024 Through April 23, 2024 [Docket No. 4265];

(xv) Third Interim Fee Application of Kroll Restructuring Administration LLC, as Administrative

Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period

From January 1, 2024 Through April 23, 2024 [Docket No. 4304];  (xvi) Fifth Interim and Final

Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of

Unsecured Creditors, for Interim Allowance of  Compensation for Professional Services

Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From January 1,

2024 Through April 23, 2024 [Docket No. 4313];  (xvii) Second Application of Lowenstein

*Sandler LLP, Special Counsel for the Official Committee of Unsecured Creditors, for Interim
Allowance of Compensation for Professional Services Rendered and for Reimbursement of
Actual and Necessary Expenses Incurred From January 27, 2023 Through April 23, 2024*
[Docket No. 4278]; (xviii) *Second Interim, and Final Application of William Fry LLP, as Irish
Counsel to the Official Committee of Unsecured Creditors for Services Rendered and
Reimbursement of Expenses for the Periods from (I) February 1, 2024 Through April 23, 2024
and (II) October 31, 2022 Through April 23, 2024* [Docket No. 4293]; (xix) *Fifth Interim &
Final Fee Application of Lazard Freres & Co. LLC, Investment Banker to the Committee for the
Period from September 13, 2022 Through April 23, 2024* [Docket No. 4310]; (xx) *Fifth Interim
and Final Application of Dundon Advisers LLC as Co-Financial Advisor to the Official
Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and
Reimbursement of Expenses for the Periods January 1, 2024 Through and Including April 23,
2024 and Final Allowance of Fees and Expenses from September 9, 2022 - April 23, 2024*
[Docket No. 4290]; (xxi) *Fifth Interim, and Final Application of Berkeley Research Group,
LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Financial
Advisor to the Official Committee of Unsecured Creditors During the Period from September 9,
2022 Through April 23, 2024* [Docket No. 4281]; (xxii) *Final Fee Application of Grant
Thornton LLP as Tax Advisor to the Official Committee of Unsecured Creditors for Allowance of
Compensation and Reimbursement of Expenses for the Period October 27, 2022 Through April
23, 2024* [Docket No. 4280]; (xxiii) *Fifth Interim and Final Application of Cooley LLP, Lead
Counsel to the Official Committee of Opioid Claimants of Endo International plc, et al., for
Compensation and Reimbursement of Expenses for the (I) Interim Period of January 1, 2024
Through April 23, 2024, and (II) Final Period of September 8, 2022 Through April 23, 2024*

[Docket No. 4316];  (xxiv) *Fifth Interim and Final Application of Akin Gump Strauss Hauer &*
*Feld LLP as Special Counsel to the Official Committee of Opioid Claimants of Endo*
*International plc, et al., for Allowance of Compensation for Services Rendered and*
*Reimbursement of Expenses Incurred for the Period of September 8, 2022 Through and*
*Including April 23, 2024* [Docket No. 4314];  (xxv) *Fifth Interim and Final Fee Application of*
*Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of*
*Expenses Incurred as Investment Banker for the Official Committee of Opioid Claimants for the*
*Period from September 9, 2022 Through and Including April 23, 2024* [Docket No. 4317];
(xxvi) *Fourth Interim and Final Application of Maples and Calder (Ireland) LLP, Special*
*Foreign Counsel to the Official Committee of Opioid Claimants of Endo International plc, et al.,*
*for Compensation and Reimbursement of Expenses for the (I) Interim Period of January 1, 2024*
*Through April 23, 2024, and (II) Final Period of September 8, 2022 Through April 23, 2024*
[Docket No. 4319];  (xxvii) *Fifth and Final Application of Province, LLC, Financial Advisor to*
*the Official Committee of Opioid Claimants of Endo International plc, et al., for Compensation*
*and Reimbursement of Expenses for the Period of September 9, 2022 Through April 23, 2024*
[Docket No. 4320];  (xxviii) *Fifth Interim and Final Application of Roger Frankel for Interim*
*Allowance of Compensation for Professional Services Rendered and for Reimbursement of*
*Actual and Necessary Expenses Incurred as the Legal Representative for Future Claimants for*
*the Period From January 1, 2024 through April 23, 2024* [Docket No. 4299];  (xxix) *Fifth*
*Interim and Final Application of Frankel Wyron LLP for Interim Allowance of Compensation for*
*Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses*
*Incurred as Counsel to the Legal Representative for Future Claimants for the Period From*
*January 1, 2024 through April 23, 2024* [Docket No. 4299];  (xxx) *Fifth Interim and Final*

*Application of Young Conaway Stargatt & Taylor, LLP for Interim Allowance of Compensation*

*for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses*

*Incurred as Counsel to the Legal Representative for Future Claimants for the Period From*

*January 1, 2024 through April 23, 2024* [Docket No. 4299]; (xxxi) *Gilbert LLP's Fourth Interim*

*and Final Application for Services Rendered and Expenses Incurred as Special Insurance*

*Counsel to Roger Frankel, the Legal Representative for Future Claimants, and the Official*

*Committee of Unsecured Creditors for the Interim Period November 22, 2022 through April 23,*

*2024* [Docket No. 4308];  (xxxii) *Fifth Interim and Final Application of NERA Economic*

*Consulting for Interim Allowance of Compensation for Professional Services Rendered and for*

*Reimbursement of Actual and Necessary Expenses Incurred as Consultant to the Legal*

*Representative for Future Claimants for the Period From January 1, 2024 through April 23,*

*2024* [Docket No. 4302];  (xxxiii) *Fifth Interim and Final Application of Ducera Partners LLC*

*for Interim Allowance of Compensation for Professional Services Rendered and for*

*Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Legal*

*Representative for Future Claimants for the Period From January 1, 2024 through April 23,*

*2024* [Docket No. 4303];  (xxxiv) *Fourth Interim and Final Fee Application of Pillsbury*

*Winthrop Shaw Pittman LLP, Counsel to The Multi-State Endo Executive Committee, for the*

*Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2023*

*through April 23, 2024* [Docket No. 4318];  (xxxv) *Final Fee Application of Brown Rudnick LLP*

*as Special Counsel to the Multi State Endo Executive Committee for Services and*

*Reimbursement of Expenses Incurred for the Period of July 1, 2023 through April 23, 2024*

[Docket No. 4307] (xxxvi) *Final Fee Application of Houlihan Lokey, Investment Banker and*

*Financial Advisor to The Multi-State Endo Executive Committee, for Allowance of*

*Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through April 23, 2024* [Docket No. 4315]; and (xxxvii) *Final Application for Compensation and Reimbursement of Expenses of Elise S. Frejka, Consumer Privacy Ombudsman* [Docket No. 4292], (collectively the "Applications" submitted by the "Professionals") for professional services rendered and expenses incurred; and notice of the Applications having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* entered on October 3, 2022 [Docket No. 326]; and a hearing to consider the Applications having been held before this Court on July 18, 2024; and after due deliberation and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications, as well as the holdback releases requested in the Applications, are granted to the extent set forth in the attached Schedule "A" and Schedule "B" (collectively, the "Schedules") on a final basis. The fees and expenses sought by each Professional in the Applications are allowed on an interim basis as set forth in Schedule A and on a final basis as set forth in Schedule B. To the extent any professional still maintains a pre-petition retainer, that professional is authorized to apply their pre-petition retainers, if any, to satisfy a portion of their fees. The Debtors are authorized and directed to remit to each of the Professionals the allowed amounts to which such Professional is entitled (or such lesser amount as may be agreed by the Debtors and such Professional), as set forth in the Schedules, to the extent not already paid. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order, and the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

**ORDERED** that this Order is a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of the other Professionals.

**ORDERED** that this Order is without prejudice to the rights of the Professionals to seek further allowance and payment of compensation and reimbursement of expenses upon application to this Court in accordance with the Plan.

Dated:  August 15, 2024
         New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period[2] | (6)<br>Fees to be Paid<br>for Prior Fee<br>Period(s)<br>(Holdback<br>Release)[3] | (7)<br>Total Fees<br>Allowed<br>to be Paid[4]<br>(Columns 5+6) | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid<br>for Current<br>Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")<br><br>*Counsel to the Debtors* | 5/23/2024<br>Docket No.<br>4312 | $27,084,827.72 | $26,798,344.63[6] | $26,798,344.63 | $8,776,533.52 | $35,574,878.15 | $75,789.87 | $74,378.64[6] |
| Togut, Segal & Segal LLP ("Togut Firm")<br><br>*Co-Counsel to the Debtors* | 5/23/2024<br>Docket No.<br>4298 | $875,233.50 | $867,947.40[7] | $867,947.40 | $386,192.17 | $1,254,139.57 | $1,408.38 | $1,408.38 |

[2] Total fees to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[3] This amount to be paid only represents the net remaining 10% holdbacks (subject to final reconciliation) from the previous interim fee periods, for fees that were incurred from the Petition Date through and including December 31, 2023, and allowed pursuant to each of the (4) four interim fee Orders approved by the Court (the "Holdback Release") [Docket Nos. 1868, 2992, 3370, and 4240].

[4] Total fees to be paid for the current fee period plus any remaining holdbacks incurred through December 31, 2023, to the extent not previously paid.

[5] Expenses to be paid for the current fee period to the extent not previously paid less any agreed to voluntary reduction.

[6] Pursuant to informal discussions with David M. Klauder, Esq., the court appointed Fee Examiner in these cases (the "Fee Examiner"), Skadden has agreed to voluntarily reduce its fees sought in the amount of $286,483.09, and $1,411.23 in expenses for an aggregate reduction in the amount of $287,894.32.

[7] Pursuant to informal discussions with the Fee Examiner, the Togut Firm has agreed to voluntarily reduce its fees sought in the amount of $7,286.10.

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period[2] | (6)<br>Fees to be Paid<br>for Prior Fee<br>Period(s)<br>(Holdback<br>Release)[3] | (7)<br>Total Fees<br>Allowed<br>to be Paid[4]<br>(Columns 5+6) | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid<br>for Current<br>Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP ("OMM")<br><br>*Special Counsel to the Debtors* | 5/22/2024<br>Docket No. 4276 | $14,585.70 | $14,585.70 | $14,585.70[8] | $364,205.75 | $378,791.45 | $309.44 | $309.44 |
| A&L Goodbody LLP ("ALG")<br><br>*Special Counsel to the Debtors* | 5/23/2024<br>Docket No. 4311 | $2,535,093.63 | $2,530,186.47[9] | $2,530,186.47 | $816,109.77 | $3,346,296.24 | $956,224.04 | $956,224.04[10] |
| Dechert LLP ("Dechert")<br><br>*Special Counsel to the Debtors* | 5/23/2024<br>Docket No. 4321 | $3,087,332.80 | $3,087,332.80 | $3,087,332.80 | $0.00 | $3,087,332.80 | $456,362.04 | $456,362.04 |

---

[8] OMM's final application also sought allowance of its fees and expenses incurred for the period January 2024 in the amount of $9,354.40; and February 2024 in the amount of $9,539.64, respectively, which amounts are allowed and incorporated into Schedule B.

[9] Pursuant to informal discussions with the Fee Examiner, A&L has agreed to voluntarily reduce its fees sought in the amount of $4,907.16.

[10] ALG's Expenses include VAT in the amount of $597,900.44 incurred during the Fifth Interim Fee Period.

Case No. 22-22549 (JLG)   **CURRENT INTERIM FEE PERIOD**   Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Perkins Coie LLP ("Perkins")** <br><br> *Special Counsel to Certain of the Debtors and Debtors in Possession* | 5/23/2024 Docket No. 4305 and 4449 | $280,478.30 | $280,158.80[11] | $280,158.80 | $281,993.20 | $562,152.00 | $0.00 | $0.00 |
| **KPMG LLP ("KPMG")** <br><br> *Tax Compliance and Tax Consulting Services for the Debtors* | 5/23/2024 Docket No. 4279 | $211,568.46 | $211,568.46 | $211,568.46 | $126,784.46 | $338,352.92 | $0.00 | $0.00 |
| **PJT Partners LP ("PJT")** <br><br> *Investment Banker for the Debtors* | 5/23/2024 Docket No 4306 | $30,941,666.67 | $30,941,666.67 | $30,941,666.67 | $513,623.05 | $31,455,289.72 | $210.01 | $210.01 |
| **Alvarez & Marsal North America ("A&M")** <br><br> *Financial Advisors for the Debtors* | 5/23/2024 Docket No 4297 | $2,496,736.50 | $2,496,736.50 | $2,496,736.50 | $2,786,830.86 | $5,283,567.36 | $23,484.94 | $23,450.52[12] |

---

[11] Pursuant to informal discussions with the Fee Examiner, Perkins has agreed to voluntarily reduce its fees sought in the amount of $319.50.

[12] Pursuant to informal discussions with the Fee Examiner, A&M has agreed to voluntarily reduce its expenses sought in the amount of $34.42.

Case No. 22-22549 (JLG)　　　　　　　**CURRENT INTERIM FEE PERIOD**　　　　　　　Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **PricewaterhouseCoopers LLP ("PwC")** *Audit and Tax Services Provider for the Debtors* | 5/23/2024 Docket No. 4291 | $2,108,962.50 | $2,108,962.50 | $2,108,962.50 | $1,579,680.00 | $3,688,642.50 | $15,787.36 | $15,787.36 |
| **PricewaterhouseCoopers LLP ("PwC Ireland")** *Audit Provider for the Debtors* | 5/23/2024 Docket No. 4282 | $73,070.44 | $73,070.44 | $73,070.44 | $99,999.38 | $173,069.82 | $0.00 | $0.00 |
| **SolomonEdwardsGroup, LLC ("SEG")** *Bankruptcy Accounting Consultant for the Debtors* | 5/23/2024 Docket No. 4289 | $370,137.50 | $370,137.50 | $370,137.50 | $170,080.03 | $540,217.53 | $0.00 | $0.00 |
| **Latham & Watkins LLP ("Latham")** *Special Counsel to The Individual Members of the Parent Board* | 5/17/2024 Docket No. 4265 | $74,894.85 | $74,894.85 | $74,894.85 | $82,055.77 | $156,950.62 | $0.00 | $0.00 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 5/23/2024 Docket No. 4304 | $562,972.19 | $562,972.19 | $562,972.19 | $18,124.80 | $581,096.99 | $755.02 | $755.02 |

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")** *Counsel to the Official Committee of Unsecured Creditors* | 5/23/2024 Docket No. 4313 | $3,837,587.50 | $3,823,767.80[13] | $3,823,767.80 | $2,554,568.00 | $6,378,335.80 | $44,618.51 | $44,408.34[13] |
| **Lowenstein Sandler LLP ("Lowenstein")** *Special Counsel to the Official Committee of Unsecured Creditors* | 5/23/2024 Docket No. 4278 | $16,571.50 | $11,571.50 | $11,571.50[14] | $3,282.45 | $14,853.95[14] | $74.64 | $74.64 |
| **William Fry LLP ("William Fry")** *Irish Counsel to the Official Committee of Unsecured Creditors* | 5/23/2024 Docket No. 4293 | $108,324.33 | $99,165.83[15] | $99,165.83 | $0.00 | $99,165.83 | $84.29 | $84.29 |

[13] Pursuant to informal discussions with the Fee Examiner, Kramer Levin has agreed to voluntarily reduce its fees in the amount of $13,819.70 (an aggregate reduction of $14,029.87 including the $210.17 reduction in expenses).

[14] The total amount sought by Lowenstein included $5,000.00 in estimated fees for post-effective date services provided. Post effective date fees will not be paid under this Order, but rather will be paid and processed in accordance with the procedures established under the Debtors' confirmed Plan.

[15] Pursuant to informal discussions with the Fee Examiner, William Fry has agreed to voluntarily reduce its fees in the amount of $9,158.50.

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period[2] | (6)<br>Fees to be Paid<br>for Prior Fee<br>Period(s)<br>(Holdback<br>Release)[3] | (7)<br>Total Fees<br>Allowed<br>to be Paid[4]<br>(Columns 5+6) | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid<br>for Current<br>Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Lazard Frères & Co. LLC ("Lazard")**<br><br>*Investment Banker to the Official Committee of Unsecured Creditors* | 5/23/2024<br>Docket No.<br>4310 | $6,800,000.00 | $6,800,000.00 | $6,800,000.00[16] | $711,333.33 | $7,511,333.33 | $108.88 | $108.88 |
| **Dundon Advisers LLC ("Dundon")**<br><br>*Co-Financial Advisor to the Official Committee of Unsecured Creditors* | 5/23/2024<br>Docket No.<br>4290 | $267,147.00 | $267,147.00 | $267,147.00 | $241,316.75 | $508,463.75 | $0.00 | $0.00 |
| **Berkeley Research Group LLC ("Berkeley")**<br><br>*Co-Financial Advisor to The Official Committee of Unsecured Creditors* | 5/23/2024<br>Docket No.<br>4281 | $544,124.50 | $544,124.50 | $544,124.50 | $916,117.35 | $1,460,241.85 | $0.00 | $0.00 |
| **Cooley LLP "(Cooley")**<br><br>*Lead Counsel to the Official Committee of Opioid Claimants* | 5/23/2024<br>Docket No.<br>4316 | $637,337.00 | $637,337.00 | $637,337.00 | $941,428.80 | $1,578,765.80 | $8,447.32 | $8,447.32 |

---

[16] Lazard's Final Fee Period included a Restructuring Fee in the amount of $6,000,000 which was previously paid at closing.

6

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")**<br><br>*Special Counsel to the Official Committee of Opioid Claimants* | 5/23/2024 Docket No. 4314 | $1,914,826.00 | $1,914,826.00 | $1,914,826.00 | $1,673,616.60 | $3,588,442.60 | $6,005.91 | $6,005.91 |
| **Jefferies LLC ("Jefferies")**<br><br>*Investment Banker for the Official Committee of Opioid Claimants* | 5/23/2024 Docket No. 4317 | $800,000.00 | $800,000.00 | $800,000.00 | $400,000.00 | $1,200,000.00[17] | $21,239.00 | $21,239.00 |
| **Maples & Calder (Ireland) LLP ("Maples")**<br><br>*Special Foreign Counsel to the Official Committee of Opioid Claimants* | 5/23/2024 Docket No. 4319 | $93,290.90 | $93,290.90 | $93,290.90 | $32,766.00 | $126,056.90 | $221.48 | $221.48 |

---

[17] Jefferies' Transaction Fee (as defined in the Jefferies final fee application [Docket No. 4317]) of $6,250,000 (subject to applicable crediting) is reflected in the final fee period on Schedule "B".

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

### Various Dates through April 23, 2024 (Fifth Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Province, LLC ("Province")** <br><br> *Financial Advisor to the Official Committee of Opioid Claimants* | 5/23/2024 Docket No. 4320 and 4453 | $288,389.00 | $288,389.00 | $288,389.00[18] | $1,274,216.58 | $1,562,605.58 | $0.00 | $0.00 |
| **Roger Frankel ("FCR")** <br><br> *Future Claimants' Representative* | 5/23/2024 Docket No. 4299 | $385,140.00 | $385,140.00 | $385,140.00 | $165,268.30 | $550,408.30 | $2,211.20 | $2,211.20 |
| **Frankel Wyron LLP ("Frankel")** <br><br> *Counsel to the Future Claimants' Representative* | 5/23/2024 Docket No. 4300 | $125,784.75 | $125,784.75 | $125,784.75 | $75,021.51 | $200,806.26 | $1,392.45 | $1,392.45 |
| **Young Conaway Stargatt & Taylor, LLP ("YCST")** <br><br> *Counsel to the Future Claimants' Representative* | 5/23/2024 Docket No. 4301 | $1,118,598.00 | $1,118,598.00 | $1,118,598.00 | $743,129.35 | $1,861,727.35 | $7,900.71 | $7,900.71 |

---

[18] This amount sought for fees only represents fees incurred for the period March 1, 2024 through April 23, 2024, Province's Seventeenth Monthly Fee Period. Province's January 2024 and February 2024 allowed fees are captured and reflected in Schedule "B".

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees Allowed to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Gilbert LLP ("Gilbert")**<br><br>*Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* | 5/23/2024 Docket No. 4308 | $584,309.75 | $581,331.25[19] | $581,331.25 | $218,741.16 | $800,072.41 | $2,211.79 | $2,211.79 |
| **NERA Economic Consulting ("NERA")**<br><br>*Economic Consulting Consultant to the Future Claimants' Representative* | 5/23/2024 Docket No. 4302 | $4,780.00 | $4,780.00 | $4,780.00 | $129,981.50 | $134,761.50 | $1,932.00 | $1,932.00 |
| **Ducera Partners LLC ("Ducera")**<br><br>*Investment Banker to the Future Claimants' Representative* | 5/23/2024 Docket No. 4303 | $1,595,841.00 | $1,595,841.00 | $1,595,841.00 | $200,000.00 | $1,795,841.00 | $0.00 | $0.00 |

---

[19] Pursuant to informal discussions with the Fee Examiner, Gilbert has agreed to voluntarily reduce its fees in the amount of $2,978.50.

9

Case No. 22-22549 (JLG)                    CURRENT INTERIM FEE PERIOD                    Schedule "A"

Various Dates through April 23, 2024 (Fifth Interim Fee Period)

Case Name: *Endo International plc, et al.,*

| (1)<br>Applicant | (2)<br>Date/Doc.<br>No. of<br>Application | (3)<br>Interim Fees<br>Requested in<br>Application | (4)<br>Fees Allowed | (5)<br>Fees to be<br>Paid for<br>Current Fee<br>Period[2] | (6)<br>Fees to be Paid<br>for Prior Fee<br>Period(s)<br>(Holdback<br>Release)[3] | (7)<br>Total Fees<br>Allowed<br>to be Paid[4]<br>(Columns 5+6) | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>Allowed and<br>to be Paid<br>for Current<br>Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury")**<br><br>*Counsel to the Multi-State Endo Executive Committee* | 5/23/2024<br>Docket No.<br>4318 | $676,588.85 | $676,588.85 | $676,588.85 | $196,084.23 | $872,673.08 | $1,913.94 | $1,787.34[20] |
| **Brown Rudnick LLP ("B&R")**<br><br>*Special Counsel to the Multi State Endo Executive Committee* | 5/23/2024<br>Docket No.<br>4307 | $220,401.00[21] | $216,251.00 | $216,251.00 | $0.00 | $216,251.00 | $601.11[20] | $540.87 |

---

[20] Pursuant to informal discussions with the Fee Examiner, Pillsbury has agreed to voluntarily reduce its expenses sought in the amount of $69.00. In addition, Pillsbury was previously paid $57.60 in disbursements for the January Fee Statement [D.I. 3819].

[21] The total amount sought by B&R included $4,150.00 in fees for post-effective date services provided; and $60.24 in post-effective date expenses incurred. Post effective date fees and expenses will not be paid under this Order, but will be paid and processed in accordance with the procedures established under the Debtors' confirmed Plan.

| Case No. 22-22549 (JLG) | | CURRENT INTERIM FEE PERIOD | | | | | | Schedule "A" |

**Various Dates through April 23, 2024 (Fifth Interim Fee Period)**

Case Name: *Endo International plc, et al.,*

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
|---|---|---|---|---|---|---|---|---|
| **Houlihan Lokey Capital Inc. ("Houlihan Lokey")** *Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* | 5/23/2024 Docket No. 4315 | $3,725,000.00 | $3,725,000.00[22] | $3,725,000.00 | $270,000.00 | $3,995,000.00 | $508.63 | $498.29[23] |
| **Ernst & Young (E&Y)** *Tax, Valuation and Consulting Services Provider to the Debtors and Debtors in Possession* | 5/23/2024 Docket No. 4283 | $0.00[24] | $0.00 | $0.00 | $78,990.15 | $78,990.15 | $0.00 | $0.00 |
| **Grant Thornton LLP ("GT")** *Tax Advisor to the Official Committee of Unsecured Creditors* | 5/23/2024 Docket No. 4280 | $0.00[24] | $0.00 | $0.00 | $31,458.59 | $31,458.59 | $13,945.50 | $13,945.50 |

[22]  Total fees sought by Houlihan Lokey in their final fee period includes a Deferred Fee (as defined in the Application) Docket No. 4315 in the amount of $2,825,000.

[23]  Pursuant to informal discussions with the Fee Examiner, Houlihan Lokey has agreed to voluntarily reduce its expenses sought in the amount of $10.34.

[24]  The Final Applications for E&Y [Docket No. 4280], GT [Docket No. 4280], and Elise Frejka [Docket No. 4292], only sought approval of their respective final fees; and did not incur any fees or expenses during the Fifth Interim Fee Period.

| Case No. 22-22549 (JLG) | | | CURRENT INTERIM FEE PERIOD | | | | | Schedule "A" |
|---|---|---|---|---|---|---|---|---|
| **Various Dates through April 23, 2024 (Fifth Interim Fee Period)** | | | | | | | | |
| Case Name: *Endo International plc, et al.,* | | | | | | | | |
| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested in Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[2] | (6) Fees to be Paid for Prior Fee Period(s) (Holdback Release)[3] | (7) Total Fees to be Paid[4] (Columns 5+6) | (8) Interim Expenses Requested | (9) Expenses Allowed and to be Paid for Current Fee Period[5] |
| **Elise A. Frejka**  *As Consumer Privacy Ombudsman* | 5/23/2024 Docket No. 4292 | $0.00[24] | $0.00[24] | $0.00 | $0.00[25] | $0.00 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED: 8/15/2024**          **INITIALS: JLG USBJ**

---

[25] The Ombudsman has confirmed with the Fee Examiner appointed in these Chapter 11 cases that the Order Authorizing Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327 [Docket No. 989] is not applicable to this Application and therefore is not subject to the Fee Examiner's review or the holdbacks.

| Case No. 22-22549 (JLG) | | | | Schedule "B" |
|---|---|---|---|---|
| Case Name: *Endo International plc, et al.,* | | | | |
| **FINAL FEE APPLICATION TOTALS** | | | | |
| **Various dates through and including April 23, 2024 (ALL FEE PERIODS)** | | | | |
| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid[2] |
| **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")**<br><br>*Counsel to the Debtors* | $114,919,505.20 | $114,563,679.81 | $850,793.90 | $849,382.67 |
| **Togut, Segal & Segal LLP ("Togut Firm")**<br><br>*Co-Counsel to the Debtors* | $4,749,114.50 | $4,729,869.04 | $13,120.86 | $12,401.96 |
| **O'Melveny & Myers LLP ("OMM")**<br><br>*Special Counsel to the Debtors* | $3,677,730.79 | $3,677,730.79[3] | $433,048.71 | $433,048.71 |
| **A&L Goodbody LLP ("A&L")**<br><br>*Special Counsel to the Debtors* | $11,074,707.12 | $11,069,799.96 | $2,813,159.80 | $2,813,159.80 |
| **Dechert LLP ("Dechert")**<br><br>*Special Counsel to the Debtors* | $3,087,332.80 | $3,087,332.80 | $456,362.04 | $456,362.04 |
| **Perkins Coie LLP ("Perkins")**<br><br>*Special Counsel to Certain of the Debtors and Debtors in Possession* | $2,676,085.20 | $2,647,620.60 | $70.00 | $70.00 |
| **KPMG LLP ("KPMG")**<br><br>*Tax Compliance and Tax Consulting Services for the Debtors* | $1,479,412.99 | $1,479,412.99 | $70.00 | $70.00 |
| **PJT Partners LP ("PJT")**<br><br>*Investment Banker for the Debtors* | $35,070,698.93 | $35,070,698.93 | $5,967.55 | $5,967.55 |

---

[1] Represents Total Fees allowed to be paid to the extent not previously paid for all fee periods, including remaining holdbacks.

[2] Represents Total Expenses allowed to be paid to the extent not previously paid for all fee periods.

[3] This amount also includes OMM's allowed fees and expenses for the period January 2024 and February 2024 in the aggregate amount of 21,240.68.

**Case No. 22-22549 (JLG)**                                                                    Schedule "B"
**Case Name: *Endo International plc, et al.,***

**FINAL FEE APPLICATION TOTALS**
**Various dates through and including April 23, 2024 (ALL FEE PERIODS)**

| (1)<br>Applicant | (2)<br>Total Fees<br>Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be<br>Paid[2] |
|---|---|---|---|---|
| **Alvarez & Marsal North America ("A&M")**<br><br>*Financial Advisors for the Debtors* | $25,801,488.90 | $25,673,580.56 | $149,920.47 | $149,531.13 |
| **PricewaterhouseCoopers LLP ("PwC")**<br><br>*Audit and Tax Services Provider for the Debtors* | $15,253,358.60 | $15,253,358.60 | $81,775.03 | $79,134.62 |
| **PricewaterhouseCoopers LLP ("PwC Ireland")**<br><br>*Audit Provider for the Debtors* | $1,073,064.22 | $1,073,064.22 | $0.00 | $0.00 |
| **SolomonEdwardsGroup, LLC ("SEG")**<br><br>*Bankruptcy Accounting Consultant for the Debtors* | $1,921,699.75 | $1,913,177.75 | $70.00 | $70.00 |
| **Ernst & Young (E&Y)**<br><br>*Tax, Valuation and Consulting Services Provider to the Debtors and Debtors in Possession* | $789,901.50 | $789,901.50 | $2,780.00 | $2,780.00 |
| **Latham & Watkins LLP ("Latham")**<br><br>*Special Counsel to The Individual Members of the Parent Board* | $760,139.10 | $745,223.30 | $0.00 | $0.00 |

14

| Case No. 22-22549 (JLG) | | | | Schedule "B" |
|---|---|---|---|---|
| Case Name: *Endo International plc, et al.,* | | | | |

**FINAL FEE APPLICATION TOTALS**
**Various dates through and including April 23, 2024 (ALL FEE PERIODS)**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid[2] |
|---|---|---|---|---|
| **Kroll Restructuring Administration LLC ("Kroll")** | | | | |
| *Administrative Advisor to the Debtors* | $677,824.97 | $677,824.97 | $755.02 | $755.02 |
| **Kramer Levin Naftalis & Frankel LLP ("Kramer")** | | | | |
| *Counsel to the Official Committee of Unsecured Creditors* | $29,417,768.50 | $29,369,447.85 | $506,720.67 | $505,168.58 |
| **Lowenstein Sandler LLP ("Lowenstein")** | | | | |
| *Special Counsel to the Official Committee of Unsecured Creditors* | $49,196.00 | $44,196.00 | $74.64 | $74.64 |
| **William Fry LLP ("William Fry")** | | | | |
| *Irish Counsel to the Official Committee of Unsecured Creditors* | $646,169.96 | $637,011.46[4] | $4,974.87 | $4,974.87 |
| **Lazard Frères & Co. LLC ("Lazard")** | | | | |
| *Investment Banker to the Official Committee of Unsecured Creditors* | $9,913,333.33 | $9,913,333.33 | $190,158.44 | $189,562.71 |
| **Dundon Advisers LLC ("Dundon")** | | | | |
| *Co-Financial Advisor to the Official Committee of Unsecured Creditors* | $2,680,314.50 | $2,638,826.43 | $0.00 | $0.00 |

---

[4] This amount also incorporates allowed fees and expenses for William Fry incurred as reflected in the First Interim Fee Application filed at Docket No. 3854.

**Case No. 22-22549 (JLG)**                                                                 Schedule "B"
**Case Name: *Endo International plc, et al.,***

## FINAL FEE APPLICATION TOTALS
### Various dates through and including April 23, 2024 (ALL FEE PERIODS)

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid[2] |
|---|---|---|---|---|
| **Berkeley Research Group LLC ("Berkeley")**<br><br>*Co-Financial Advisor to The Official Committee of Unsecured Creditors* | $9,748,131.00 | $9,705,298.00 | $826.69 | $         826.69 |
| **Grant Thornton LLP ("GT")**<br><br>*Tax Advisor to the Official Committee of Unsecured Creditors* | $317,259.25 | $314,585.95 | $24,997.50 | $24,997.50 |
| **Cooley LLP "(Cooley")**<br><br>*Lead Counsel to the Official Committee of Opioid Claimants* | $10,051,625.00 | $9,957,194.10 | $76,470.16 | $76,470.16 |
| **Akin Gump Strauss Hauer & Feld LLP ("Akin")**<br><br>*Special Counsel to the Official Committee of Opioid Claimants* | $18,733,471.50 | $18,650,992.00 | $217,327.22 | $216,786.50 |
| **Jefferies LLC ("Jefferies")**<br><br>*Investment Banker for the Official Committee of Opioid Claimants* | $8,450,000.00 | $8,450,000.00[5] | $224,274.78 | $209,742.78 |
| **Maples & Calder (Ireland) LLP ("Maples")**<br><br>*Special Foreign Counsel to the Official Committee of Opioid Claimants* | $427,562.21 | $420,062.21 | $93,525.88 | $93,525.88 |

---

[5] Total Amount Sought by Jefferies LLC includes a "Transaction Fee" as defined in the Application [Docket No. 4317] in the amount of $6,250,000.00.

**Case No. 22-22549 (JLG)**  Schedule "B"  "

**Case Name:** *Endo International plc, et al.,*

**FINAL FEE APPLICATION TOTALS**
**Various dates through and including April 23, 2024 (ALL FEE PERIODS)**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid[2] |
|---|---|---|---|---|
| **Province, LLC ("Province")**<br><br>*Financial Advisor to the Official Committee of Opioid Claimants* | $10,483,554.80[6] | $10,483,554.80 | $31,642.24 | $31,642.24 |
| **Roger Frankel ("FCR")**<br><br>*Future Claimants' Representative* | $2,037,823.00 | $2,037,823.00 | $5,288.73 | $5,288.73 |
| **Frankel Wyron LLP ("Frankel")**<br><br>*Counsel to the Future Claimants' Representative* | $875,999.75 | $875,999.75 | $5,816.38 | $5,546.17 |
| **Young Conaway Stargatt & Taylor, LLP ("YCST")**<br><br>*Counsel to the Future Claimants' Representative* | $8,578,377.00 | $8,549,891.50 | $88,707.63 | $85,361.66 |
| **Gilbert LLP ("Gilbert")**<br><br>*Special Insurance Counsel to the Future Claimants' Representative and the Committee of Unsecured Creditors* | $2,781,537.25 | $2,768,742.80 | $3,629.29 | $3,629.29 |
| **NERA Economic Consulting ("NERA")**<br><br>*Economic Consulting Consultant to the Future Claimants' Representative* | $1,305,249.00 | $1,304,595.00 | $48,040.00 | $48,040.00 |

---

[6] Province filed a Supplemental Notice to correct the total amount sought in Fees [Docket No. 4453].

17

| Case No. 22-22549 (JLG) | | | | Schedule "B" |
| Case Name: *Endo International plc, et al.,* | | | | |
| **FINAL FEE APPLICATION TOTALS** | | | | |
| **Various dates through and including April 23, 2024 (ALL FEE PERIODS)** | | | | |

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid[1] | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid[2] |
|---|---|---|---|---|
| **Ducera Partners LLC ("Ducera")**<br><br>*Investment Banker to the Future Claimants' Representative* | $3,595,841.00 | $3,595,841.00 | $15,632.33 | $15,302.50 |
| **Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury")**<br><br>*Counsel to the Multi-State Endo Executive Committee* | $2,649,359.80 | $2,637,431.20 | $8,904.02 | $8,835.02 |
| **Brown Rudnick LLP ("B&R")**<br><br>*Special Counsel to the Multi State Endo Executive Committee* | $285,038.00 | $280,700.00 | $660.86 | $600.62 |
| **Houlihan Lokey Capital Inc. ("Houlihan Lokey")**<br><br>*Investment Banker and Financial Advisor to the Multi-State Endo Executive Committee* | $6,425,000.00[7] | $6,425,000.00 | $856.87 | $846.53 |
| **Elise A. Frejka**<br><br>*As Consumer Privacy Ombudsman* | $28,812.50 | $28,812.50 | $0.00 | $0.00 |

**DATE ON WHICH ORDER WAS SIGNED: 8/15/2024**         **INITIALS: JLG USBJ**

---

[7] Total amount sought by Houlihan Lokey includes a "Deferred Fee" as defined in the Application [Docket No. 4315] in the amount of $2,825,000.