CASE On 40 # 22 25 49

## ***Memorandum Endorsed Order Below***

Dear Judge Garrity

I am asking for a extension for mediation and to file paperwork, as I cannot find a Attorney, I have tried, I had no ideal that anyone was trying to get ahold of me throw Email until late Dec, 2023, I know your busy, please consider giveing me more time, Thank you

Oletta Helms

## ***Memorandum Endorsed Order***

The Court has reviewed the filing of Oletta Helms. The Court appreciates the purported claimant's pro se status, however, it is not clear to the Court what relief the purported claimant is seeking. The Court respectfully requests the Plan Administrator to contact the purported claimant to clarify the relief sought.

    Dated: September 26, 2024
    New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge

# Wakita resident injured in accident

WAKITA — The Oklahoma Highway Patrol reports that a Wakita resident is in serious condition following a one-vehicle accident that occurred at 7:34 p.m. Sunday at the intersection of County Road 880 and Major Road, approximately two miles east and four miles north of Wakita in Grant County.

Troopers report that Oletta A. Helms, 62, was southbound on CR 880 in a 2009 Dodge pickup when she departed the roadway to the left and then departed the roadway to the right. She then reportedly over corrected causing the vehicle to roll one complete time, coming to rest on its wheels.

Troopers report she was transported by Medford EMS to Integris Bass Baptist Medical Center in Enid where she is admitted in serious condition with head and arm injuries.

Troopers report that the cause of the collision is failure to maintain the lane and that she was using a seatbelt.

Investigated by Trooper Tate Butler No.191, FTT Trooper Carter Mathews No. 779, Trooper Seth Sturgeon No. 788 of Troop J. Assisted by Grant County Sheriff's Office, Manchester Fire Department, Medford EMS and Miller EMS.