**<u>EXHIBIT A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN (I) SUBSTANTIVE DUPLICATE CLAIMS, (II) CROSS DEBTOR DUPLICATE CLAIMS, AND (III) NO LIABILITY CLAIMS (SUBSTANTIVE)**

Upon the *Plan Administrator's Second Omnibus Objection to Certain (I) Substantive Duplicate Claims, (II) Cross Debtor Duplicate Claims, and (III) No Liability (Substantive)* (the "Objection")[2]; and it appearing that notice of the Objection was good and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on **Exhibits 1-3** annexed hereto, and any responses thereto; and the Court having reviewed and considered the McKeighan Declaration; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby

**FOUND AND DETERMINED THAT:**

A.     The Objection is a core proceeding under 28 U.S.C. § 157(b)(2);

---

[1]     The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 5330 Carmel Crest Lane, Charlotte, NC 28226.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

B.	Each holder of a Claim listed on **Exhibits 1-3** attached hereto was properly and timely served with a copy of the Objection, this Order, the accompanying exhibits, and the notice of hearing and response deadline;

C.	Any entity known to have an interest in any Claim subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.	The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest;

**IT IS THEREFORE ORDERED THAT:**

1.	The Objection is SUSTAINED, as set forth herein;

2.	Each of the Substantive Duplicate Claims listed under the heading "Claim To be Disallowed" on **Exhibit 1** hereto is hereby disallowed and expunged in its entirety.  The Claims listed under the heading "Remaining Claims" shall remain on the Claims Register, subject to the Plan Administrator's right to object to or otherwise contest such proofs of claim;

3.	Each of the Cross Debtor Duplicate Claims listed under the heading "Claim To be Disallowed" on **Exhibit 2** hereto is hereby disallowed and expunged in its entirety.  The Claims listed under the heading "Remaining Claims" shall remain on the Claims Register, subject to the Plan Administrator's right to object to or otherwise contest such proofs of claim;

4.	Each of the No Liability Claims listed on **Exhibit 3** hereto is hereby disallowed and expunged in its entirety;

5.	Nothing in the Objection or this Order shall be construed as an allowance of any Claim;

6.      The Plan Administrator's right to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) that may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Plan Administrator's right to object on other stated grounds or any other grounds that the Plan Administrator discovers during the pendency of these Chapter 11 Cases are further preserved;

7.      This Court shall retain jurisdiction over the Plan Administrator, the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order; and

8.      Each Claim and the objections by the Plan Administrator to such Claim, as addressed in the Objection and set forth on **Exhibit 1-3** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any Claimant whose Claims are subject to this Order shall apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: _____, 2024
New York, New York

_____
**HONORABLE JAMES L. GARRITY JR.**
**UNITED STATES BANKRUPTCY JUDGE**

## EXHIBIT 1

**(Substantive Duplicate Claims)**

Endo International plc Case No. 22-22349 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 1 - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | Crown Equipment Corporation Sebaly Shillito + Dyer C/O Robert Hanseman 40 N. Main St., Ste. 1900 Dayton, OH 45423 | 07/18/23 | 22-22546 (JLG) Par Pharmaceutical, Inc. | 91692 | $5,207.86 | Crown Equipment Corporation Sebaly Shillito + Dyer c/o Robert Hanseman 40 N. Main St., Ste. 1900 Dayton, OH 45423 | 07/13/23 | 22-22546 (JLG) Par Pharmaceutical, Inc. | 63365 | $5,207.86 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 2 | DC Gov't Office of Tax and Revenue P.O. Box 75520 Washington, DC 20013 | 01/30/23 | 22-22573 (JLG) Endo Health Solutions Inc. | 530 | $2,499.94 | DC Gov't Office of Tax and Revenue P.O. Box 75520 Washington, DC 20013 | 02/09/23 | 22-22573 (JLG) Endo Health Solutions Inc. | 562 | $2,499.94 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 3 | K2RH Inc. Attn: Julie Hamel 18495 J.L. Blanchard Mirabel, QC J7J 1G8 | 12/16/22 | 22-22617 (JLG) Paladin Labs Inc. | 428 | $29,877.80 | K2RH Inc. Attn: Julie Hamel 18495 J.L. Blanchard Mirabel, QC J7J 1G8 | 12/20/22 | 22-22617 (JLG) Paladin Labs Inc. | 433 | $29,877.80 |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| 4 | NM Taxation & Revenue Department P.O. Box 8575 Albuquerque, NM 87198-8575 | 10/03/22 | 22-22592 (JLG) Endo Pharmaceuticals Solutions Inc. | 211 | $461.05* | NM Taxation & Revenue Department PO Box 8575 Albuquerque, NM 87198-8575 | 10/03/22 | 22-22592 (JLG) Endo Pharmaceuticals Solutions Inc. | 224 | $461.05* |
| | Reason:  Liabilities asserted on Claim to be disallowed are duplicative of liabilities asserted on remaining Claim. | | | | | | | | | |
| | | | TOTAL | | $38,046.65* | | | TOTAL | | $38,046.65* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

# EXHIBIT 2

**(Cross Debtor Duplicate Claims)**

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 2 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22599 (JLG) Endo U.S. Inc. | 907548 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason: Liabilities asserted on proof of claim No. 907548 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |
| 2 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22613 (JLG) Endo Aesthetics LLC | 907550 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason: Liabilities asserted on proof of claim No. 907550 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Endo International plc Case No. 22-22349 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 2 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22592 (JLG) Endo Pharmaceuticals Solutions Inc. | 907553 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason:  Liabilities asserted on proof of claim No. 907553 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |
| 4 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22573 (JLG) Endo Health Solutions Inc. | 907554 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason:  Liabilities asserted on proof of claim No. 907554 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Endo International plc, Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 2 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22546 (JLG) Par Pharmaceutical, Inc. | 907555 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason:  Liabilities asserted on proof of claim No. 907555 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |
| 6 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22576 (JLG) Par Pharmaceutical Companies, Inc. | 907556 | $23,947.04* | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. and their affiliated sureties c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 06/04/24 | 22-22590 (JLG) Endo Pharmaceuticals Inc. | 907549 | $23,947.04* |
| | Reason:  Liabilities asserted on proof of claim No. 907556 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907549, except for the Debtor against which they are asserted. | | | | | | | | | |
| 7 | Strides Pharma, Inc. Haynes And Boone, LLP 1221 Mckinney Street, Suite 4000 Houston, TX 77010 | 05/28/24 | 22-22546 (JLG) Par Pharmaceutical, Inc. | 907531 | $1,070,561.98* | Strides Pharma, Inc. Haynes and Boone, LLP 1221 McKinney Street, Suite 4000 Houston, TX 77010 | 05/28/24 | 22-22549 (JLG) Endo International plc | 907530 | $1,070,561.98* |
| | Reason:  Liabilities asserted on proof of claim No. 907531 to be disallowed are duplicative of liabilities asserted on the surviving proof of claim No. 907530 except for the Debtor against which they are asserted. | | | | | | | | | |
| | | | **TOTAL** | | **$1,214,244.22*** | | | **TOTAL** | | **$1,214,244.22*** |

*Indicates claim contains unliquidated and/or undetermined amounts

3

**EXHIBIT 3**

**(No Liability Claims)**

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACE American Insurance Company on its own behalf and on behalf of all of the ACE Companies<br>c/o: Duane Morris LLP; Attn: Wendy M. Simkulak<br>30 S. 17th Street<br>Philadelphia, PA 19103 | 07/06/2023 | 22-22549 (JLG) | Endo International plc | 21739 | $100,000.00* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |
| 2 | Allergy Canada Ltd<br>23-45 Brisbane Road<br>Toronto, ON M3J 2K1<br>CANADA | 05/31/2023 | 22-22549 (JLG) | Endo International plc | 3978 | $6,000.00 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 3 | Berman, Logan Ryan<br>Address on File | 07/03/2023 | 22-22546 (JLG) | Par Pharmaceutical, Inc. | 14863 | $100,000.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 4 | Brown, Robert Joseph<br>Address on File | 07/04/2023 | 22-22549 (JLG) | Endo International plc | 17669 | $500,000.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 5 | Campbell, Shelia Gail<br>Address on File | 07/07/2023 | 22-22549 (JLG) | Endo International plc | 24214 | Undetermined* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | County of Orange Treasurer - Tax Collector P.O. Box 4515 Santa Ana, CA 92702-4515 | 07/10/2023 | 22-22556 (JLG) | Anchen Pharmaceuticals, Inc. | 70123 | $42,807.27 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' records indicate that they did not own the property for the timeframe asserted in the claimant's proof of claim. | | | | | |
| 7 | Cross, George Address on File | 07/07/2023 | 22-22549 (JLG) | Endo International plc | 63899 | $600,000.00 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 8 | Dawson, Sean Michael Address on File | 06/21/2023 | 22-22549 (JLG) | Endo International plc | 9887 | $84,213.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 9 | Dickey, Joycelyn Address on File | 07/10/2023 | 22-22549 (JLG) | Endo International plc | 68170 | Undetermined* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 10 | Federal Insurance Company on its own behalf and on behalf of all of the Chubb Companies c/o: Duane Morris Llp; Attn: Wendy M. Simkulak 30 S. 17th Street Philadelphia, PA 19103 | 07/06/2023 | 22-22549 (JLG) | Endo International plc | 21761 | $13,952.00* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | Fetterolf, Lee<br>Address on File | 06/21/2023 | 22-22549 (JLG) | Endo International plc | 10679 | $5,000,000.00* |

Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gary Bressler, Esq.<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 07/07/2023 | 22-22573 (JLG) | Endo Health Solutions Inc. | 24226 | $594,120.00* |

Reason: The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gary Bressler, Esq.<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 07/07/2023 | 22-22590 (JLG) | Endo Pharmaceuticals Inc. | 24323 | $594,120.00* |

Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims.

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gary Bressler, Esq.<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 07/07/2023 | 22-22613 (JLG) | Endo Aesthetics LLC | 24326 | $594,120.00* |

Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 07/07/2023 | 22-22592 (JLG) | Endo Pharmaceuticals Solutions Inc. | 24327 | $594,120.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 16 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 07/07/2023 | 22-22599 (JLG) | Endo U.S. Inc. | 24328 | $594,120.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 17 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 07/07/2023 | 22-22576 (JLG) | Par Pharmaceutical Companies, Inc. | 24337 | $594,120.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 18 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties c/o: Mcelroy, Deutsch, Mulvaney & Carpenter, LLP Attn: Gary Bressler, Esq. 300 Delaware Ave., Suite 1014 Wilmington, DE 19801 | 07/07/2023 | 22-22546 (JLG) | Par Pharmaceutical, Inc. | 24348 | $594,120.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22599 (JLG) | Endo U.S. Inc. | 907482 | $450,000.00* |
| | Reason: The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 20 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22576 (JLG) | Par Pharmaceutical Companies, Inc. | 907485 | $450,000.00* |
| | Reason: The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 21 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22546 (JLG) | Par Pharmaceutical, Inc. | 907486 | $450,000.00* |
| | Reason: The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 22 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22590 (JLG) | Endo Pharmaceuticals Inc. | 907487 | $450,000.00* |
| | Reason: The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22592 (JLG) | Endo Pharmaceuticals Solutions Inc. | 907488 | $450,000.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 24 | Hartford Fire Insurance Company, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22573 (JLG) | Endo Health Solutions Inc. | 907494 | $450,000.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 25 | Hartford Fire Insurance Compay, The Hartford Financial Services Group, Inc. And Their Affiliated Sureties<br>Gary D. Bressler, Esq.<br>C/O Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Ave., Suite 1014<br>Wilmington, DE 19801 | 05/23/2024 | 22-22613 (JLG) | Endo Aesthetics LLC | 907490 | $450,000.00* |
| | Reason:  The Debtors have no liability on the "protective" surety bond(s) and Indemnity Agreement claim relating to potential claims. | | | | | |
| 26 | Humana Pharmacy, Inc.<br>Fox Swibel Levin & Carroll LLP<br>c/o: Kenneth Thomas<br>200 West Madison Street, Ste. 3000<br>Chicago, IL 60606 | 07/05/2023 | 22-22549 (JLG) | Endo International plc | 68155 | $726.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | Lemon, Danny<br>Address on File | 05/16/2023 | 22-22549 (JLG) | Endo International plc | 1339 | $500,000.00 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 28 | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 | 09/08/2022 | 22-22590 (JLG) | Endo Pharmaceuticals Inc. | 77 | $4,131.92* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' records indicate that the asserted tax liability was paid in full. | | | | | |
| 29 | Matthews, Thomas<br>Address on File | 05/15/2023 | 22-22549 (JLG) | Endo International plc | 1265 | $182,500.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 30 | New York State Department of Taxation And Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | 05/19/2023 | 22-22592 (JLG) | Endo Pharmaceuticals Solutions Inc. | 1650 | $38,377.56* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The asserted Debtor entity was included in consolidated tax return filing(s). | | | | | |
| 31 | NM Taxation & Revenue Department<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | 09/20/2022 | 22-22573 (JLG) | Endo Health Solutions Inc. | 170 | $170,247.89* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The asserted Debtor entity was included in consolidated tax return filing(s). | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | NM Taxation & Revenue Department<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | 10/03/2022 | 22-22599 (JLG) | Endo U.S. Inc. | 214 | $1,829.30* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' records indicate that the asserted tax liability was paid in full. | | | | | |
| 33 | NM Taxation & Revenue Department<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | 09/30/2022 | 22-22599 (JLG) | Endo U.S. Inc. | 217 | $1,829.30* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' records indicate that the asserted tax liability was paid in full. | | | | | |
| 34 | Pathology Logistix, LLC<br>3024 Greystone Dr.<br>Morgantown, WV 26508 | 05/23/2023 | 22-22594 (JLG) | Astora Women's Health, LLC | 1684 | $8,400.00 |
| | Reason: The Debtors are not liable for the liabilities asserted in the claim. The liabilities are asserted against third-party non-Debtor (Reed Smith). | | | | | |
| 35 | Rao, Rajeshwari<br>Address on File | 07/17/2023 | 22-22549 (JLG) | Endo International plc | 70794 | $8,211.91 |
| | Reason: Claim filed is for a liability related to an entity that is not a debtor. | | | | | |
| 36 | Richardson, Doris<br>Address on File | 06/27/2023 | 22-22549 (JLG) | Endo International plc | 71100 | $2,000.00 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 37 | Scanlon, Roger Allen<br>Address on File | 07/06/2023 | 22-22549 (JLG) | Endo International plc | 21968 | $72,442.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | Silverson Machines, Inc. P.O. Box 589 East Longmeadow, MA 01028 | 12/09/2022 | 22-22549 (JLG) | Endo International plc | 403 | $7,855.00 |
| | Reason: The Debtors are not liable for the liabilities asserted in the claim. The liabilities are asserted against third-party non-Debtor (Endoceutics Pharma). | | | | | |
| 39 | State of Minnesota, Department of Revenue Minnesota Revenue P.O. Box 64447 - Bky St Paul, MN 55164-0447 | 10/18/2022 | 22-22563 (JLG) | Generics Bidco I, LLC | 267 | $2,759.77 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors are not subject to the tax liability asserted in the claimant's proof of claim. | | | | | |
| 40 | Tarter, Deartra M. Address on File | 07/07/2023 | 22-22549 (JLG) | Endo International plc | 69995 | $580,000.00 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 41 | Tennessee Department of Revenue c/o: Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | 09/08/2022 | 22-22610 (JLG) | DAVA International, LLC | 82 | $20,701.36 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' records indicate that the asserted tax liability was paid in full. | | | | | |
| 42 | The Travelers Indemnity Company and those certain of its Property Casualty Insurance Affiliates Travelers - Account Resolution One Tower Square, 0000-Gcm10 Hartford, CT 06183 | 03/31/2023 | 22-22549 (JLG) | Endo International plc | 714 | $269,023.00* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Endo International plc Case No. 22-22549 (JLG)
Second Substantive Omnibus Claims Objection
Ex. 3- No Liability Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | Yasso, Benjamin<br>Address on File | 10/17/2022 | 22-22546 (JLG) | Par Pharmaceutical, Inc. | 262 | $1,394.74 |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The final judgment as a result of the trial was a finding of no cause of action against the Debtors. | | | | | |
| 44 | Yasso, Benjamin<br>Address on File | 05/31/2023 | 22-22580 (JLG) | Par Sterile Products, LLC | 3831 | $140,000.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Additionally, the claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim. | | | | | |
| 45 | Yasso, Benjamin<br>Address on File | 05/31/2023 | 22-22580 (JLG) | Par Sterile Products, LLC | 3948 | $140,000.00* |
| | Reason: The Debtors are not liable for the claim per a review of the claimant's proof of claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The final judgment as a result of the trial was a finding of no cause of action against the Debtors. | | | | | |
| 46 | Zurich American Insurance<br>P.O. Box 68549<br>Schaumburg, IL 60196 | 09/19/2022 | 22-22549 (JLG) | Endo International plc | 135 | Undetermined* |
| | Reason: The Debtors have no liability on the "protective" insurance claim relating to potential claims arising from the insurance program/policy. | | | | | |
| | | | | | TOTAL | $15,908,242.02* |

*Indicates claim contains unliquidated and/or undetermined amounts

10